# EXHIBIT A

Policy and Procedure
Page 4

VII.   CONTINGENCY PLANNING

Any deviation from the predetermined guidelines must thoroughly document the
reason for the deviation. (i.e. traffic backing up, intermittent inclement weather.)

VIII.   DATA COLLECTION AND EVALUATION

To monitor and ensure standardization and consistency of the sobriety checkpoint
program a systematic method of data collection will be incorporated.

1.   After action report may include, but is not limited to:

   a.   Time, date, and location of the sobriety checkpoint.
   b.   Weather conditions.
   c.   Number of vehicles passing through sobriety checkpoint.
   d.   Average time delay to motorists.
   e.   Predetermined order of selecting motorists.
   f.   Number and types of arrests.
   g.   Number of motorists detained for field sobriety testing.
   h.   Identification of unusual incidents such as safety problems/other
        concerns.

IX.   GENERAL ROADBLOCKS

   a.   This section allows officers to conduct random roadblocks for
        all traffic violations, escapees or wanted subjects.

   b.   The requirements of this section shall not be confused with
        the policy set out above on the methods to be used for
        sobriety checkpoints.

   c.   All Deputies may conduct general roadblocks when necessary
        to check for traffic violations, escapees, or wanted subjects
        upon the public streets, highways and right-of-ways within
        this county.