# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
# NORTHERN DIVISION

| | |
|---|---|
| LATOYA BROWN; LAWRENCE BLACKMON; HERBERT ANTHONY GREEN; KHADAFY MANNING; QUINNETTA MANNING; MARVIN MCFIELD; NICHOLAS SINGLETON; STEVEN SMITH; BESSIE THOMAS; and BETTY JEAN WILLIAMS TUCKER, individually and on behalf of a class of all others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> MADISON COUNTY, MISSISSIPPI; SHERIFF RANDALL S. TUCKER, in his official capacity; and MADISON COUNTY SHERIFF'S DEPUTIES JOHN DOES #1 through #6, in their individual capacities, <br><br> Defendants. | Civil Action No. 3:17-cv-00347-WHB-LRA <br><br> **NOTICE OF DEPOSITION** |

NOTICE IS HEREBY GIVEN that Plaintiffs, by and through counsel, shall depose the following persons, on the date, at the location, and beginning approximately at the time designated below for each, upon oral examination by stenographic and/or videographic means, under oath before a duly authorized court reporter or other officer authorized by law to administer oaths under law.

| Date | Time | Deponent | Location |
|---|---|---|---|
| October 24, 2017 | 9:00 a.m. CT | Mark Sandridge | Hilton Garden Inn Jackson Downtown<br>235 West Capitol Street<br>Jackson, Mississippi 39201<br>(hereinafter "Hilton Garden") |
| October 25, 2017 | 9:00 a.m. CT | Jeffery Waldrop | Hilton Garden |
| October 31, 2017 | 9:00 a.m. CT | Barry Chandler | Hilton Garden |

| | | | |
|---|---|---|---|
| November 1, 2017 | 9:00 a.m. CT | Tommy Jones | Hilton Garden |
| November 2, 2017 | 9:00 a.m. CT | Terry Barfield | Hilton Garden |
| November 3, 2017 | 9:00 a.m. CT | Rylon Thompson | Hilton Garden |
| November 7, 2017 | 9:00 a.m. CT | Samuel Howard | Hilton Garden |
| November 8, 2017 | 9:00 a.m. CT | James Hall | Hilton Garden |
| November 15, 2017 | 9:00 a.m. CT | Slade Moore | Hilton Garden |
| November 16, 2017 | 9:00 a.m. CT | Darian Smith | Hilton Garden |
| November 17, 2017 | 9:00 a.m. CT | Will Weisenberger | Hilton Garden |
| November 28, 2017 | 9:00 a.m. CT | Trey Baxter | Hilton Garden |
| December 5, 2017 | 9:00 a.m. CT | Paul Griffin | Hilton Garden |
| December 12, 2017 | 9:00 a.m. CT | Jeremy Williams | Hilton Garden |
| December 19, 2017 | 9:00 a.m. CT | Randall Tucker | Hilton Garden |

Dated: September 28, 2017

By: /s/ *Joshua F. Tom*
    Joshua F. Tom

SIMPSON THACHER & BARTLETT LLP
Jonathan K. Youngwood (*pro hac vice*)
Janet A. Gochman (*pro hac vice*)
Isaac Rethy (*pro hac vice*)
Kavitha S. Sivashanker (*pro hac vice* forthcoming)
Nihara K. Choudhri (*pro hac vice*)
Yukiu Chan (*pro hac vice*)
425 Lexington Avenue
New York, NY 10017
(212) 455-2000
jyoungwood@stblaw.com
jgochman@stblaw.com
irethy@stblaw.com
kavitha.sivashanker@stblaw.com
nchoudhri@stblaw.com
monica.chan@stblaw.com

AMERICAN CIVIL LIBERTIES UNION
OF MISSISSIPPI FOUNDATION
Paloma Wu (*pro hac vice*)
Joshua Tom (Miss. Bar No. 105392)
233 East Capitol Street
Jackson, MS 39201
(601) 354-3408
PWu@aclu-ms.org
JTom@aclu-ms.org

AMERICAN CIVIL LIBERTIES UNION
FOUNDATION
Ezekiel Edwards (*pro hac vice* forthcoming)
Jeffery Robinson (*pro hac vice* forthcoming)
125 Broad Street
New York, NY 10004
(212) 549-2610
eedwards@aclu.org
jrobinson@aclu.org

*Attorneys for Plaintiffs*

## **CERTIFICATE OF SERVICE**

I hereby certify that on September 28, 2017, I caused the foregoing **NOTICE OF DEPOSITION** to be electronically filed with the Clerk of the Court using the CM/ECF system, through which copies have been served to:

WISE CARTER CHILD & CARAWAY, P.A.
Michael B. Wallace (Miss. Bar No. 6904)
Charles E. Ross (Miss. Bar No. 5683)
James E. Graves (Miss. Bar No. 102252)
Charles E. Cowan (Miss. Bar No. 104478)
T. Russell Nobile (Miss. Bar No. 100682)
Post Office Box 651
Jackson, MS 39205
(601) 968-5534
mbw@wisecarter.com
cer@wisecarter.com
jeg@wisecarter.com
cec@wisecarter.com

CURRIE JOHNSON & MYERS, P.A.
Rebecca B. Cowan (Miss. Bar No. 7735)
P.O. Box 750
Jackson, MS 39205
(601) 969-1010
bcowan@curriejohnson.com

*/s/ Jade Morgan*
Jade Morgan