UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

LATOYA BROWN; LAWRENCE BLACKMON
HERBERT ANTHONY GREEN; KHADAFY MANNING;
QUINETTA MANNING; MARVIN MCFIELD;
NICHOLAS SINGLETON; STEVEN SMITH; BESSIE
THOMAS; and
BETTY JEAN WILLIAMS TUCKER, individually and on
Behalf of a class of all other similarly situated,                          **PLAINTIFFS**

V.                                              CIVIL ACTION NO. 3:17-CV-347-WHB-LRA

MADISON COUNTY, MISSISSIPPI;
SHERIFF RANDALL S. TUCKER, in his official capacity;
and MADISON COUNTY SHERIFF'S DEPUTIES JOHN
DOES #1 through #6, in their individual capacities,                         **DEFENDANTS**

## NOTICE OF APPEARANCE

J. Lawson Hester, Esquire, of the law firm of Pettis, Barfield & Hester, P.A., enters an appearance as one of the attorneys of record for the Defendants, Madison County, Mississippi and Sheriff Randall S. Tucker, in his official capacity, in the above styled and numbered civil action.

Respectfully submitted this the 5th day of January, 2018.

           **MADISON COUNTY, MISSISSIPPI
           and SHERIFF RANDALL S.
           TUCKER, IN HIS OFFICIAL
           CAPACITY**

           By: */s/ J. Lawson Hester*
            J. Lawson Hester, Esq.

OF COUNSEL

J. Lawson Hester (MSB No. 2394)
lhester@pbhfirm.com
PETTIS, BARFIELD & HESTER, P.A.
4450 Old Canton Road, Suite 210
Jackson, Mississippi  39211
Telephone:     (601) 987-5300
Facsimile:     (601) 987-5353

## CERTIFICATE OF SERVICE

I, J. Lawson Hester, hereby certify that I have this day, electronically filed the above and foregoing with the Clerk of Court using the ECF system which will automatically provide e- mail notification of said filing upon the following:

Joshua F. Tom
ACLU OF MISSISSIPPI - Jackson
P. O. Box 2242
233 East Capitol Street (39201)
Jackson, MS 39225-2242
jtom@aclu-ms.org

Ezekiel Edwards - PHV
AMERICAN CIVIL LIBERTIES UNION FOUNDATION, INC.-New York
125 Broad Street, 18th Floor
New York, NY 10004
eedwards@aclu.org

Isaac Rethy - PHV
SIMPSON, THACHER & BARTLETT, LLP
425 Lexington Avenue
New York, NY 10017-3954
irethy@stblaw.com

Janet Gochman - PHV
SIMPSON, THACHER & BARTLETT, LLP
425 Lexington Avenue
New York, NY 10017-3954
jgochman@stblaw.com

Jonathan Youngwood - PHV
SIMPSON, THACHER & BARTLETT, LLP
425 Lexington Avenue
New York, NY 10017-3954
jyoungwood@stblaw.com

Jumin Lee - PHV
SIMPSON, THACHER & BARTLETT, LLP
425 Lexington Avenue
New York, NY 10017-3954
christopherjumin.lee@stblaw.com

Kavitha Satya Sivashanker - PHV
SIMPSON, THACHER & BARTLETT, LLP
425 Lexington Avenue
New York, NY 10017-3954
kavitha.sivashanker@stblaw.com

Nihara Karim Choudhri - PHV
SIMPSON, THACHER & BARTLETT, LLP
425 Lexington Avenue
New York, NY 10017-3954
nchoudhri@stblaw.com

Paloma Wu
SOUTHERN POVERTY LAW CENTER - Jackson
111 East Capitol Street, Suite 280
Jackson, MS 39201
paloma.wu@splcenter.org

Yukiu Chan - PHV
SIMPSON, THACHER & BARTLETT, LLP
425 Lexington Avenue
New York, NY 10017-3954
monica.chan@stblaw.com
***COUNSEL FOR PLAINTIFFS***

Charles E. Cowan
WISE, CARTER, CHILD & CARAWAY, PA - Jackson
401 East Capitol Street, Suite 600
P. O. Box 651 (39205-0651)
Jackson, MS 39201
cec@wisecarter.com

Charles E. Ross
WISE, CARTER, CHILD & CARAWAY
P. O. Box 651
Jackson, MS 39205-0651
cer@wisecarter.com


James Earl Graves, III
WISE, CARTER, CHILD & CARAWAY, PA - Jackson
401 East Capitol Street, Suite 600
P. O. Box 651 (39205-0651)
Jackson, MS 39201
jeg@wisecarter.com


Katherine Bryant Snell
KATIE BRYANT SNELL, PLLC
P. O. Box 3007
741 Avignon Dr., Ste. A (Ridgeland - 39157)
Madison, MS 39130
katie@katiebryantsnell.com


Michael B. Wallace
WISE, CARTER, CHILD & CARAWAY, PA - Jackson
401 East Capitol Street, Suite 600
P. O. Box 651 (39205-0651)
Jackson, MS 39201
mbw@wisecarter.com

Rebecca B. Cowan
CURRIE, JOHNSON & MYERS, PA - Jackson
P. O. Box 750
1044 River Oaks Drive (39232)
Jackson, MS 39205-0750
bcowan@curriejohnson.com

T. Russell Nobile
WISE, CARTER, CHILD & CARRAWAY, PA- Gulfport
2510 14th Street, Suite 1125
Gulfport, MS 39501
trn@wisecarter.com
***COUNSEL FOR DEFENDANTS MADISON COUNTY, MISSISSIPPI; SHERIFF RANDALL S. TUCKER in his official capacity; MADISON COUNTY SHERIFF'S DEPUTIES, in their individual capacities, and JOHN DOES 1-6 in their individual capacities***

William I. Gault, Jr.
NIPPES, HEALY & GAULT, PLLC
6360 I-55 North, Suite 350 (39211)
P.O. Box 12314
Jackson, MS 39236
bgault@billgaultlaw.com
***COUNSEL FOR TOWN OF FLORA POLICE DEPARTMENT***

SO CERTIFIED this the 5th day of January, 2018.

                                        */s/ J. Lawson Hester*
                                        J. Lawson Hester