**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION**

LATOYA BROWN; LAWRENCE BLACKMON
HERBERT ANTHONY GREEN; KHADAFY MANNING;
QUINETTA MANNING; MARVIN MCFIELD; NICHOLAS
SINGLETON; STEVEN SMITH; BESSIE THOMAS; and
BETTY JEAN WILLIAMS TUCKER, individually and on
behalf of a class of all other similarly situated,          **PLAINTIFFS**

v.                                            **CIVIL ACTION NO. 3:17-cv-347 WHB LRA**

MADISON COUNTY, MISSISSIPPI; SHERIFF
RANDALL S. TUCKER, in his official capacity; and
MADISON COUNTY SHERIFF'S DEPUTIES JOHN
 DOES #1 through #6, in their individual capacities,          **DEFENDANTS**
_____

**RE-NOTICE OF DEPOSITION**
_____

PLEASE TAKE NOTICE that Defendants Madison County, Mississippi and Sheriff Randall C. Tucker, by and through counsel, shall depose the following person, on the date, at the location, and time designated below, upon oral examination by stenographic and/or videographic means, under oath before a duly authorized court reporter or other officer authorized by law to administer oaths under law.

NAME:       Herbert Anthony Green

DATE:       January 15, 2017

TIME:       9:00 A.M.

PLACE:      Wise Carter Child & Caraway, P.A.
            401 E. Capitol St.
            Heritage Bldg, Suite 600
            Jackson, MS   39201

This the 8th day of January, 2018.

      *s/James E. Graves, III*
      Michael B. Wallace (MSB #6904)
      Charles E. Ross (MSB #5683)
      James E. Graves (MSB #102252)
      Charles E. Cowan (MSB #104478)
      T. Russell Nobile (MSB #100682)
      WISE CARTER CHILD & CARAWAY, P.A.
      Post Office Box 651
      Jackson, Mississippi 39205-0651
      Telephone: 601-968-5534
      mbw@wisecarter.com
      cer@wisecarter.com
      jeg@wisecarter.com
      cec@wisecarter.com

      Rebecca B. Cowan (MSB #7735)
      CURRIE JOHNSON & MYERS, P.A.
      P.O. Box 750
      Jackson, Mississippi 39205-0750
      Telephone: 601-969-1010
      bcowan@curriejohnson.com

      Katie Bryant Snell (MSB# 103607)
      KATIE BRYANT SNELL, PLLC
      P.O. Box 3007
      Madison, Mississippi 39130-3007
      Telephone: 601-460-9800
      katie@katiebryantsnell.com

      **ATTORNEYS FOR DEFENDANTS MADISON COUNTY, MISSISSIPPI and SHERIFF RANDALL C. TUCKER, in his official capacity.**

## CERTIFICATE OF SERVICE

I, James E. Graves, III, hereby certify that I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to the following:

>Joshua Tom (MSB #105392)
>Paloma Wu *(pro hac vice* forthcoming)
>AMERICAN CIVIL LIBERTIES UNION OF MISSISSIPPI FOUNDATION
>233 East Capitol Street
>Jackson, MS 39201
>(601) 354-3408
>PWu@aclu-ms.org
>JTom@aclu-ms.org
>
>Jonathan K. Youngwood *(pro hac vice* forthcoming)
>Janet A. Gochman *(pro hac vice* forthcoming)
>Isaac Rethy *(pro hac vice* forthcoming)
>Nihara K. Choudhri *(pro hac vice* forthcoming)
>Yukiu Chan *(pro hac vice* forthcoming)
>SIMPSON THATCHER & BARTLETT LLP
>425 Lexington A venue
>New York, NY 10017
>(212) 455-2000
>jyoungwood@stblaw.com
>jgochman@stblaw.com
>irethy@stblaw.com
>nchoudhri@stblaw.com
>monica.chan@stblaw.com
>
>Ezekiel Edwards *(pro hac vice* forthcoming)
>Jeffery Robinson *(pro hac vice* forthcoming)
>AMERICAN CIVIL LIBERTIES UNION FOUNDATION
>125 Broad Street
>New York, NY 10004
>(212) 549-2610
>eedwards@aclu.org
>jrobinson@aclu.org

This the 8th day of January, 2018.

>>*s/ James E. Graves, III*
>>James E. Graves, III