# UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
### NORTHERN DIVISION

| | |
|---|---|
| LATOYA BROWN; LAWRENCE BLACKMON; HERBERT ANTHONY GREEN; KHADAFY MANNING; QUINNETTA MANNING; MARVIN MCFIELD; NICHOLAS SINGLETON; STEVEN SMITH; BESSIE THOMAS; and BETTY JEAN WILLIAMS TUCKER, individually and on behalf of a class of all others similarly situated,<br><br>　　Plaintiffs,<br><br>　　　v.<br><br>MADISON COUNTY, MISSISSIPPI; SHERIFF RANDALL S. TUCKER, in his official capacity; and MADISON COUNTY SHERIFF'S DEPUTIES JOHN DOES #1 through #6, in their individual capacities,<br><br>　　Defendants. | Civil Action No.<br>3:17-cv-00347-WHB-LRA<br><br><br>**RE-NOTICE OF DEPOSITION OF PAUL GRIFFIN** |

NOTICE IS HEREBY GIVEN that Plaintiffs, by and through counsel, shall depose the following persons, on the date, at the location, and beginning approximately at the time designated below for each, upon oral examination by stenographic and/or videographic means, under oath before a duly authorized court reporter or other officer authorized by law to administer oaths under law.

| Date | Time | Deponent | Location |
|---|---|---|---|
| January 10, 2018 | 4:00 p.m. CT | Paul Griffin | 135 Mississippi Pkwy<br>Canton, MS 39046 |

Dated: January 8, 2018

By: /s/ Joshua Tom
      Joshua Tom

SIMPSON THACHER & BARTLETT LLP
Jonathan K. Youngwood (*pro hac vice*)
Janet A. Gochman (*pro hac vice*)
Isaac Rethy (*pro hac vice*)
Kavitha S. Sivashanker (*pro hac vice*)
Nihara K. Choudhri (*pro hac vice*)
Yukiu Chan (*pro hac vice*)
Brooke Jarrett (*pro hac vice*)
Jumin Lee (*pro hac vice*)
425 Lexington Avenue
New York, NY 10017
(212) 455-2000
jyoungwood@stblaw.com
jgochman@stblaw.com
irethy@stblaw.com
kavitha.sivashanker@stblaw.com
nchoudhri@stblaw.com
monica.chan@stblaw.com
bonnie.jarrett@stblaw.com
christopherjumin.lee@stblaw.com

AMERICAN CIVIL LIBERTIES UNION
OF MISSISSIPPI FOUNDATION
Joshua Tom (Miss. Bar No. 105392)
233 East Capitol Street
Jackson, MS 39201
(601) 354-3408
JTom@aclu-ms.org

AMERICAN CIVIL LIBERTIES UNION
FOUNDATION
Ezekiel Edwards (*pro hac vice*)
Jeffery Robinson (*pro hac vice* forthcoming)
125 Broad Street
New York, NY 10004
(212) 549-2610
eedwards@aclu.org
jrobinson@aclu.org

*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on January 8, 2018, I caused the foregoing **RE-NOTICE OF DEPOSITION OF PAUL GRIFFIN** to be electronically filed with the Clerk of the Court using the CM/ECF system, through which copies have been served to:

>WISE CARTER CHILD & CARAWAY, P.A.
>Michael B. Wallace (Miss. Bar No. 6904)
>Charles E. Ross (Miss. Bar No. 5683)
>James E. Graves (Miss. Bar No. 102252)
>Charles E. Cowan (Miss. Bar No. 104478)
>T. Russell Nobile (Miss. Bar No. 100682)
>Post Office Box 651
>Jackson, MS 39205
>(601) 968-5534
>mbw@wisecarter.com
>cer@wisecarter.com
>jeg@wisecarter.com
>cec@wisecarter.com
>
>CURRIE JOHNSON & MYERS, P.A.
>Rebecca B. Cowan (Miss. Bar No. 7735)
>P.O. Box 750
>Jackson, MS 39205
>(601) 969-1010
>bcowan@curriejohnson.com

*/s/ Jade Morgan*
Jade Morgan