| | |
|---|---|
| From: | John Neal |
| To: | LeeAnn Sanders |
| Subject: | RE: breakfast |
| Date: | Thursday, November 17, 2016 4:22:08 PM |

Yes mam...it is. Chief responded earlier but glad to know the Sheriff will be there also.

John

Chief John R. Neal
Ridgeland Police Department
115 W. School Street
Ridgeland, MS  39157
601-856-2121 (Department)
601-853-2014 (Office)
601-853-2028 (Fax)
www.ridgelandms.org



F.B.I. National Academy
    Session #235

**From:** LeeAnn Sanders [mailto:LeeAnn.Sanders@madison-co.com]
**Sent:** Thursday, November 17, 2016 4:09 PM
**To:** John Neal
**Subject:** breakfast

Hey John!
I was checking to see if the breakfast was still on for tomorrow morning.
I forgot to respond and let you know that Sheriff and Chief will be there if it is.
Thanks!
LeeAnn


LeeAnn Sanders
*Administrative Assistant*
*Madison County Sheriff's Office*
*2941 Highway 51*
*Canton, MS  39046*
*Phone: 601-855-0721*
*Fax: 601-859-9163*
Leeann.sanders@madison-co.com

| | |
|---|---|
| From: | John Neal |
| To: | LeeAnn Sanders |
| Sent: | 11/17/2016 10:22:05 PM |
| Subject: | RE: breakfast |
| Attachments: | image001.jpg |

Yes mam...it is. Chief responded earlier but glad to know the Sheriff will be there also.

John

Chief John R. Neal
Ridgeland Police Department
115 W. School Street
Ridgeland, MS 39157
601-856-2121 (Department)
601-853-2014 (Office)
601-853-2028 (Fax)
www.ridgelandms.org



F.B.I. National Academy
Session #235

**From:** LeeAnn Sanders [mailto:LeeAnn.Sanders@madison-co.com]
**Sent:** Thursday, November 17, 2016 4:09 PM
**To:** John Neal
**Subject:** breakfast

Hey John!
I was checking to see if the breakfast was still on for tomorrow morning.
I forgot to respond and let you know that Sheriff and Chief will be there if it is.
Thanks!
LeeAnn


LeeAnn Sanders
*Administrative Assistant*
*Madison County Sheriff's Office*
*2941 Highway 51*
*Canton, MS 39046*
*Phone: 601-855-0721*
*Fax: 601-859-9163*
Leeann.sanders@madison-co.com