IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

LATOYA BROWN; LAWRENCE
BLACKMON; HERBERT ANTHONY
GREEN; KHADAFY MANNING;
QUINNETTA MANNING; MARVIN
MCFIELD; NICHOLAS SINGLETON;
STEVEN SMITH; BESSIE THOMAS; and
BETTY JEAN WILLIAMS TUCKER,
individually and on behalf of a class of all
others similarly situated,

      Plaintiffs,

v.                                                     Civil Action No. 3:17cv00347-WHB-LRA

MADISON COUNTY, MISSISSIPPI;
SHERIFF RANDALL S. TUCKER, in
his official capacity; and MADISON COUNTY
SHERIFF'S DEPUTIES JOHN DOES #1
through #6, in their individual capacities,

      Defendants.

## MOTION FOR WITHDRAWAL OF ATTORNEY YUKIU CHAN

Pursuant to Local Rules 83.1(b)(3), the undersigned attorney Yukiu Chan respectfully moves to withdraw as counsel of record for Plaintiffs. The undersigned is no longer associated with the firm Simpson Thacher & Bartlett LLP as of January 12, 2018. Simpson Thacher & Bartlett LLP will continue to serve as counsel for Plaintiffs.

Dated: January 12, 2018

Respectfully Submitted,

_____
SIMPSON THACHER & BARTLETT LLP
Yukiu Chan (pro hac vice)
425 Lexington Avenue
New York, NY 10017
(212) 455-2000
monica.chan@stblaw.com

**CERTIFICATE OF SERVICE**

I, Joshua Tom, hereby certify that on the 12th day of January, 2018, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will automatically send email notification of such filing to all parties on file with the court.

/s/Joshua Tom

Joshua Tom