**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**
**JACKSON DIVISION**

LATOYA BROWN; LAWRENCE BLACKMON
HERBERT ANTHONY GREEN; KHADAFY MANNING;
QUINETTA MANNING; MARVIN MCFIELD; NICHOLAS
SINGLETON; STEVEN SMITH; BESSIE THOMAS; and
BETTY JEAN WILLIAMS TUCKER, individually and on
behalf of a class of all other similarly situated,   **PLAINTIFFS**

v.   **CIVIL ACTION NO. 3:17-cv-347 WHB LRA**

MADISON COUNTY, MISSISSIPPI; SHERIFF
RANDALL S. TUCKER, in his official capacity; and
MADISON COUNTY SHERIFF'S DEPUTIES JOHN
 DOES #1 through #6, in their individual capacities,   **DEFENDANTS**
_____

**SECOND RE-NOTICE OF DEPOSITION**
_____

PLEASE TAKE NOTICE that Defendants Madison County, Mississippi and Sheriff Randall C. Tucker, by and through counsel, shall depose the following person, on the date, at the location, and time designated below, upon oral examination by stenographic and/or videographic means, under oath before a duly authorized court reporter or other officer authorized by law to administer oaths under law.

NAME:   Herbert Anthony Green

DATE:   January 15, 2017

TIME:   11:30 A.M.

PLACE:   Wise Carter Child & Caraway, P.A.
401 E. Capitol St.
Heritage Bldg, Suite 600
Jackson, MS   39201

This the 12th day of January, 2018.

        *s/James E. Graves, III*
        Michael B. Wallace (MSB #6904)
        Charles E. Ross (MSB #5683)
        James E. Graves (MSB #102252)
        Charles E. Cowan (MSB #104478)
        T. Russell Nobile (MSB #100682)
        WISE CARTER CHILD & CARAWAY, P.A.
        Post Office Box 651
        Jackson, Mississippi  39205-0651
        Telephone: 601-968-5534
        mbw@wisecarter.com
        cer@wisecarter.com
        jeg@wisecarter.com
        cec@wisecarter.com

        Rebecca B. Cowan (MSB #7735)
        CURRIE JOHNSON & MYERS, P.A.
        P.O. Box 750
        Jackson, Mississippi  39205-0750
        Telephone: 601-969-1010
        bcowan@curriejohnson.com

        Katie Bryant Snell (MSB# 103607)
        KATIE BRYANT SNELL, PLLC
        P.O. Box 3007
        Madison, Mississippi 39130-3007
        Telephone: 601-460-9800
        katie@katiebryantsnell.com

        **ATTORNEYS FOR DEFENDANTS MADISON COUNTY, MISSISSIPPI and SHERIFF RANDALL C. TUCKER, in his official capacity.**

**CERTIFICATE OF SERVICE**

  I, James E. Graves, III, hereby certify that I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to the following:

> Joshua Tom (MSB #105392)
> Paloma Wu *(pro hac vice* forthcoming)
> AMERICAN CIVIL LIBERTIES UNION OF MISSISSIPPI FOUNDATION
> 233 East Capitol Street
> Jackson, MS 39201
> (601) 354-3408
> PWu@aclu-ms.org
> JTom@aclu-ms.org
>
> Jonathan K. Youngwood *(pro hac vice* forthcoming)
> Janet A. Gochman *(pro hac vice* forthcoming)
> Isaac Rethy *(pro hac vice* forthcoming)
> Nihara K. Choudhri *(pro hac vice* forthcoming)
> Yukiu Chan *(pro hac vice* forthcoming)
> SIMPSON THATCHER & BARTLETT LLP
> 425 Lexington A venue
> New York, NY 10017
> (212) 455-2000
> jyoungwood@stblaw.com
> jgochman@stblaw.com
> irethy@stblaw.com
> nchoudhri@stblaw.com
> monica.chan@stblaw.com
>
> Ezekiel Edwards *(pro hac vice* forthcoming)
> Jeffery Robinson *(pro hac vice* forthcoming)
> AMERICAN CIVIL LIBERTIES UNION FOUNDATION
> 125 Broad Street
> New York, NY 10004
> (212) 549-2610
> eedwards@aclu.org
> jrobinson@aclu.org

This the 12th day of January, 2018.

             *s/ James E. Graves, III*
             James E. Graves, III