UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

LATOYA BROWN; LAWRENCE BLACKMON
HERBERT ANTHONY GREEN; KHADAFY MANNING;
QUINETTA MANNING; MARVIN MCFIELD; NICHOLAS
SINGLETON; STEVEN SMITH; BESSIE THOMAS; and
BETTY JEAN WILLIAMS TUCKER, individually and on
Behalf of a class of all other similarly situated,                          PLAINTIFFS

VS.                                 CIVIL ACTION NO. 3:17-CV-347-WHB-LRA

MADISON COUNTY, MISSISSIPPI;
SHERIFF RANDALL S. TUCKER, in his official capacity; and
MADISON COUNTY SHERIFF'S DEPUTIES JOHN
DOES #1 through #6, in their individual capacities,                         DEFENDANTS

## NOTICE OF SERVICE DISCOVERY

TO:   ALL COUNSEL OF RECORD

NOTICE is hereby given that the Defendants, Madison County, Mississippi and Sheriff Randall C. Tucker, in his official capacity, in accordance with the *Federal Rule of Civil Procedure* 34, have this date served a copy of their responses to the plaintiffs' Second Set of Interrogatories.

The original of this legal document is being retained by the undersigned counsel for the defendants.

THIS the 16th day of January, 2018.

                              Respectfully submitted:

                              **MADISON COUNTY, MISSISSIPPI and
                              SHERIFF RANDALL C. TUCKER, IN
                              HIS OFFICIAL CAPACITY**

                              BY: */s/ Rebecca B. Cowan*
                                   Rebecca B. Cowan (MSB #7735)

1

OF COUNSEL:

CURRIE JOHNSON & MYERS, P.A.
1044 River Oaks Dr.
Jackson, MS   39232
P.O. Box 750
Jackson, Mississippi  39205-0750
Telephone: 601-969-1010
Facsimile:  601-969-5120
bcowan@curriejohnson.com

Michael B. Wallace (MSB #6904)
Charles E. Ross (MSB #5683)
James E. Graves (MSB #102252)
Charles E. Cowan (MSB #104478)
WISE CARTER CHILD & CARAWAY, P.A.
Post Office Box 651
Jackson, Mississippi  39205-0651
Telephone: 601-968-5534
Facsimile: 601- 944-7738
mbw@wisecarter.com
cer@wisecarter.com
jeg@wisecarter.com
cec@wisecarter.com
and
T. Russell Nobile (MSB #100682)
WISE CARTER CHILD & CARAWAY, P.A.
2510 14th Street, Suite 1125
Gulfport, Mississippi 39501
Telephone: 228-867-7141
Facsimile: 228-867-7142
trn@wisecarter.com

Katie Bryant Snell (MSB #103607)
KATIE BRYANT SNELL, PLLC
P.O. Box 3007
Madison, Mississippi 39130-3007
Telephone: 601-460-9800
katie@katiebryantsnell.com

J. Lawson Hester #2394
Pettis, Barfield & Hester, P.A.
4450 Old Canton Road, Suite 210
Jackson, MS 39211
Telephone:  601-987-5300
Facsimile: 601-987-5353
lhester@pbhfirm.com

## CERTIFICATE OF SERVICE

I, Rebecca B. Cowan, counsel for the above referenced defendants, do hereby certify that I have this day, electronically filed the above and foregoing with the Clerk of Court using the ECF system which will automatically provide e-mail notification of said filing upon the following:

    Joshua Tom, Esq.
    American Civil Liberties Union of Mississippi Foundation
    233 E. Capitol Street
    Jackson, MS 39201
    PWu@aclu-ms.org
    JTom@aclu-ms.org

    Jonathan K. Youngwood, Esq. (*pro hac vice*)
    Janet A. Gochman, Esq. (*pro hac vice*)
    Isaac Rethy, Esq. (*pro hac vice*)
    Kavitha S. Sivashanker, Esq. (*pro hac vice*)
    Nihara K. Choudhri, Esq. (*pro hac vice*)
    Simpson Thatcher & Bartlett, LLP
    425 Lexington Avenue
    New York, NY 10017
    jyoungblood@stblaw.com
    jgochman@stblaw.com
    irethy@stblaw.com
    nchoudhri@stblaw.com

    Ezekiel Edwards, Esq. (*pro hac vice*)
    Jeffery Robinson, Esq. (*pro hac vice*)
    American Civil Liberties Union Foundation
    125 Broad Street
    New York, NY 10004
    eedwards@aclu.org
    jrobinson@aclu.org

So, certified this the 16th day of January, 2018.

                                          */s/ Rebecca B. Cowan*
                                          Rebecca B. Cowan