UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

| | |
|---|---|
| LATOYA BROWN; LAWRENCE BLACKMON; HERBERT ANTHONY GREEN; KHADAFY MANNING; QUINNETTA MANNING; MARVIN MCFIELD; NICHOLAS SINGLETON; STEVEN SMITH; BESSIE THOMAS; and BETTY JEAN WILLIAMS TUCKER, individually and on behalf of a class of all others similarly situated,<br><br>     Plaintiffs,<br><br>          v.<br><br>MADISON COUNTY, MISSISSIPPI; SHERIFF RANDALL S. TUCKER, in his official capacity; and MADISON COUNTY SHERIFF'S DEPUTIES JOHN DOES #1 through #6, in their individual capacities,<br><br>     Defendants. | Civil Action No. 3:17-cv-00347-WHB-LRA<br><br>**NOTICE OF SERVICE OF PLAINTIFFS LATOYA BROWN, KHADAFY MANNING, QUINNETTA MANNING, NICHOLAS SINGLETON, STEVEN SMITH, BESSIE THOMAS, AND BETTY JEAN WILLIAMS TUCKER'S SECOND SUPPLEMENTAL RESPONSES AND OBJECTIONS TO DEFENDANTS' FIRST SET OF INTERROGATORIES AND LAWRENCE BLACKMON'S THIRD SUPPLEMENTAL RESPONSES AND OBJECTIONS TO DEFENDANTS' FIRST SET OF INTERROGATORIES** |

**TO:**   All Counsel of Record

Pursuant to L.U.Civ.R. 5(d)(3), notice is hereby given that on the date entered below I served the following discovery device(s):

(✔) Check as appropriate:

\_\_\_\_\_   Interrogatories to:

\_\_\_\_\_   Requests for Production of Documents to:

\_\_\_\_\_   Requests for Admissions to:

✔   Responses to Interrogatories to:

Plaintiffs Latoya Brown, Khadafy Manning, Quinnetta Manning, Nicholas Singleton, Steven Smith, Bessie Thomas, and Betty Jean Williams Tucker's Second Supplemental Responses and Objections to Defendants Madison County, Mississippi's and Sheriff Randall S. Tucker's First Set of Interrogatories and Plaintiff Lawrence Blackmon's Third Supplemental Responses and Objections to Defendants Madison County, Mississippi's and Sheriff Randall S. Tucker's First Set of Interrogatories.

\_\_\_\_\_   Responses to Requests for Production of Documents:

\_\_\_\_\_   Responses to Requests for Admissions to:

Pursuant to L.U.Civ.R. 5(d)(3), I acknowledge my responsibilities as the custodian of the original(s) of the documents(s) identified above.

Dated: January 16, 2018

By: /s/ *Joshua Tom*
    Joshua Tom

| | |
|---|---|
| SIMPSON THACHER & BARTLETT LLP<br>Jonathan K. Youngwood (*pro hac vice*)<br>Janet A. Gochman (*pro hac vice*)<br>Isaac Rethy (*pro hac vice*)<br>Kavitha S. Sivashanker (*pro hac vice*)<br>Nihara K. Choudhri (*pro hac vice*)<br>Jumin Lee (*pro hac vice*)<br>Brooke Jarrett (*pro hac vice*)<br>425 Lexington Avenue<br>New York, NY 10017<br>(212) 455-2000<br>jyoungwood@stblaw.com<br>jgochman@stblaw.com<br>irethy@stblaw.com<br>kavitha.sivashanker@stblaw.com<br>nchoudhri@stblaw.com<br>christopherjumin.lee@stblaw.com<br>bonnie.jarrett@stblaw.com | AMERICAN CIVIL LIBERTIES UNION OF MISSISSIPPI FOUNDATION<br>Joshua Tom (Miss. Bar No. 105392)<br>233 East Capitol Street<br>Jackson, MS 39201<br>(601) 354-3408<br>JTom@aclu-ms.org<br><br>AMERICAN CIVIL LIBERTIES UNION FOUNDATION<br>Ezekiel Edwards (*pro hac vice*)<br>Jeffery Robinson (*pro hac vice* forthcoming)<br>125 Broad Street<br>New York, NY 10004<br>(212) 549-2610<br>eedwards@aclu.org<br>jrobinson@aclu.org<br><br>*Attorneys for Plaintiffs* |

## CERTIFICATE OF SERVICE

I hereby certify that on January 16, 2018, I caused the foregoing **NOTICE OF SERVICE OF PLAINTIFFS LATOYA BROWN, KHADAFY MANNING, QUINNETTA MANNING, NICHOLAS SINGLETON, STEVEN SMITH, BESSIE THOMAS, AND BETTY JEAN WILLIAMS TUCKER'S SECOND SUPPLEMENTAL RESPONSES AND OBJECTIONS TO DEFENDANTS' FIRST SET OF INTERROGATORIES AND LAWRENCE BLACKMON'S THIRD SUPPLEMENTAL RESPONSES AND OBJECTIONS TO DEFENDANTS' FIRST SET OF INTERROGATORIES** to be electronically filed with the Clerk of the Court using the CM/ECF system, through which copies have been served to:

> WISE CARTER CHILD & CARAWAY, P.A.
> Michael B. Wallace (Miss. Bar No. 6904)
> Charles E. Ross (Miss. Bar No. 5683)
> James E. Graves (Miss. Bar No. 102252)
> Charles E. Cowan (Miss. Bar No. 104478)
> T. Russell Nobile (Miss. Bar No. 100682)
> Post Office Box 651
> Jackson, MS 39205
> (601) 968-5534
> mbw@wisecarter.com
> cer@wisecarter.com
> jeg@wisecarter.com
> cec@wisecarter.com
>
> CURRIE JOHNSON & MYERS, P.A.
> Rebecca B. Cowan (Miss. Bar No. 7735)
> P.O. Box 750
> Jackson, MS 39205
> (601) 969-1010
> bcowan@curriejohnson.com

                                                    */s/ Jade Morgan*
                                                    Jade Morgan