IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

**LATOYA BROWN, ET AL**                                                                        **PLAINTIFFS**

**VS.**                                               **CIVIL ACTION NO. 3:17cv347-WHB-LRA**

**MADISON COUNTY, MISSISSIPPI, ET AL**                                      **DEFENDANTS**

## ORDER

Plaintiffs initially requested 60 additional days of class certification-related discovery, to end March 16, 2018, and 60 additional days to file their Motion for Class Certification, to be filed prior to March 30, 2018 [142].  After briefing, and the confirmation by Defendants that expert discovery shall not be completed until a later date, the Court finds that the motion is well advised and shall be granted to the extent set forth below.  Good cause has been set forth, and the Court finds that no party has been less than diligent in prosecuting its claims or defenses.

IT IS, THEREFORE, ORDERED:

1. Plaintiff's motion to modify the CMO [142] is **granted**.

2. The deadline for completing class certification-related fact discovery is extended until **February 16, 2018.**

3. Plaintiffs shall file their class certification motion on or prior to **March 14, 2018.**

SO ORDERED, this the 18th day of January 2018.

/s/ Linda R. Anderson
UNITED STATES MAGISTRATE JUDGE