Form 6 (ND/SD Miss. Dec. 2016)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI

Brown, et al.                                  Plaintiff

v.                                             CIVIL ACTION NO.    3:17-cv-00347-WHB-LRA

Madison County, MS, et al.                     Defendant

APPLICATION FOR ADMISSION PRO HAC VICE

(A) Name: Christopher K. Shields

Firm Name: Simpson Thacher & Bartlett LLP

Office Address: 425 Lexington Ave.

City: New York          State: NY          Zip: 10017

Telephone: 212-455-2431          Fax: 212-455-2502

E-Mail: christopher.shields@stblaw.com

(B) Client(s): See attachment

Address:

City:          State          Zip

Telephone:          Fax:

The following information is optional:

1

FORM 6 (ND/SD MISS. DEC. 2016)

Have you had a prior or continuing representation in other matters of one or more of the clients you propose to represent, and is there a relationship between those other matter(s) and the proceeding for which you seek admission?

Do you have any special experience, expertise, or other factor that you believe makes it particularly desirable that you be permitted to represent the client(s) you propose to represent in this case?

(C) I am admitted to practice in the:

☑ State of New York

☐ District of Columbia

and I am currently in good standing with that Court. A certificate to that effect, issued by the appropriate licensing authority within ninety days of the date of this Application, is enclosed; the physical address, telephone number and website/email address for that admitting Court are:

New York State Supreme Court
Appellate Division, First Department
27 Madison Avenue
New York, NY 10010
(212) 340-0400

All other courts before which I have been admitted to practice:

2

FORM 6 (ND/SD MISS. DEC. 2016)

| Jurisdiction | Period of Admission |
|---|---|
| U.S. District Court for the Southern District of New York | 2016-Present |
| U.S. District Court for the Eastern District of New York | 2016-Present |

|  |  | Yes | No |
|---|---|---|---|
| (D) | Have you been denied admission pro hac vice in this state? | ○ | ● |
|  | Have you had admission pro hac vice revoked in this state? | ○ | ● |
|  | Has Applicant been formally disciplined or sanctioned by any court in this state in the last five years? | ○ | ● |

If the answer was "yes," describe, as to each such proceeding, the nature of the allegations, the name of the person or authority bringing such proceedings; the dates the proceedings were initiated and finally concluded; the style of the proceedings; and the findings made and actions taken in connection with those proceedings:

|  |  | Yes | No |
|---|---|---|---|
| (E) | Has any formal, written disciplinary proceeding ever been brought against you by a disciplinary authority in any other jurisdiction within the last five years? | ○ | ● |

FORM 6 (ND/SD MISS. DEC. 2016)

      If the answer was "yes," describe, as to each such proceeding, the nature of the allegations; the name of the person or authority bringing such proceedings; the date the proceedings were initiated and finally concluded; the style of the proceedings; and the findings made and actions taken in connection with those proceedings.

|  |  | Yes | No |
|---|---|---|---|
| (F) | Have you been formally held in contempt or otherwise sanctioned by any court in a written order in the last five years for disobeying its rules or orders? | ○ | ● |

      If the answer was "yes," describe, as to each such order, the nature of the allegations, the name of the court before which such proceedings were conducted; the date of the contempt order or sanction, the caption of the proceedings, and the substances of the court's rulings (a copy of the written order or transcript of the oral rulings must be attached to the application).

(G)     Please identify each proceeding in which you have filed an application to proceed pro hac vice in this state within the preceding two years, as follows:

| Name and Address of Court | Date of Application | Outcome of Application |
|---|---|---|

4

FORM 6 (ND/SD MISS. DEC. 2016)

(H) Please identify each case in which you have appeared as counsel pro hac vice in this state within the immediately preceding twelve months, are presently appearing as counsel pro hac vice, or have pending applications for admission to appear pro hac vice, as follows:

| Name and Address of Court | Style of Case |
| --- | --- |
| | |

(I) Have you read and become familiar with all the LOCAL UNIFORM CIVIL RULES OF THE UNITED STATES DISTRICT COURTS FOR THE NORTHERN AND SOUTHERN DISTRICTS OF MISSISSIPPI? **Yes** ☒ No ☐

Have you read and become familiar with the MISSISSIPPI RULES OF PROFESSIONAL CONDUCT? **Yes** ☒ No ☐

(J) Please provide the following information about the resident attorney who has been associated for this case:

Name and Bar Number: Joshua F. Tom, MS Bar No. 105392

Firm Name: ACLU of Mississippi

Office Address: P.O. Box 2242

City: Jackson   State: MS   Zip: 39225

Telephone: 601-354-3408   Fax: 601-355-6465

Email address: jtom@aclu-ms.org

FORM 6 (ND/SD MISS. DEC. 2016)

(K) The undersigned resident attorney certifies that he/she agrees to the association with Applicant in this matter and to the appearance as attorney of record with Applicant.

_____
Resident Attorney

I certify that the information provided in this Application is true and correct.

1/29/18
Date

_____
Applicant's Handwritten Signature

Unless exempted by Local Rule 83.1(d)(5), the application fee established by this Court must be enclosed with this Application.

### CERTIFICATE OF SERVICE

The undersigned Resident Attorney certifies that a copy of this Application for Admission Pro Hac Vice has been mailed or otherwise served on this date on all parties who have appeared in this case.

This the 29 day of January, 20 18.

_____
Resident Attorney

6

## ATTACHMENT IN RESPONSE TO QUESTION (B)

## Clients

**LATOYA BROWN**
388 Ricks Drive, Apt. 3H
Canton, MS 39046
601-316-4087

**LAWRENCE BLACKMON**
102 Meadows Lane
Alexandria, VA 22304
601-942-3621

**HERBERT ANTHONY GREEN**
320 Martin Luther King Drive
Canton, MS 39046

**KHADAFY MANNING**
712 King Ranch Road
Canton, MS 39046
769-226-4207

**QUINNETTA MANNING**
388 Ricks Drive, Apt. 6G
Canton, MS 39046
769-234-4713

**MARVIN MCFIELD**
108 Norris Street
Flora, MS 39071
601-965-6721

**NICK SINGLETON**
224 N West St.
Canton, MS 39046
601-940-0860

**STEVEN SMITH**
388 Ricks Drive, Apt. 3H
Canton, MS 39046
601-826-2242

**BESSIE THOMAS**
712 King Ranch Road
Canton, MS 39046
601-761-1691

**BETTY JEAN WILLIAMS TUCKER**
112 King Ranch Circle
Canton, MS 39046
601-383-3712

1

### Appellate Division of the Supreme Court of the State of New York
### First Judicial Department

I, Susanna Rojas, Clerk of the Appellate Division of the Supreme Court of the State of New York, First Judicial Department, certify that

## CHRISTOPHER KELLEY SHIELDS

was duly licensed and admitted to practice as an Attorney and Counsellor at Law in all the courts of the State of New York on **April 11, 2016**, has duly taken and subscribed the oath of office prescribed by law, has been enrolled in the Roll of Attorneys and Counsellors at Law on file in my office, has duly registered with the administrative office of the courts, and according to the records of this court is in good standing as an attorney and counsellor at law.

In Witness Whereof, I have hereunto set my hand and affixed the seal of this court on

**January 23, 2018**

9468

Clerk of the Court