UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

| | |
|---|---|
| LATOYA BROWN; LAWRENCE BLACKMON; HERBERT ANTHONY GREEN; KHADAFY MANNING; QUINNETTA MANNING; MARVIN MCFIELD; NICHOLAS SINGLETON; STEVEN SMITH; BESSIE THOMAS; and BETTY JEAN WILLIAMS TUCKER, individually and on behalf of a class of all others similarly situated,<br><br>    Plaintiffs,<br><br>        v.<br><br>MADISON COUNTY, MISSISSIPPI; SHERIFF RANDALL S. TUCKER, in his official capacity; and MADISON COUNTY SHERIFF'S DEPUTIES JOHN DOES #1 through #6, in their individual capacities,<br><br>    Defendants. | Civil Action No.<br>3:17-cv-00347-WHB-LRA |

**ORDER DIRECTING CLERK OF COURT TO ISSUE SUBPOENA AND AUTHORIZING SERVICE BY UNITED STATES MARSHAL**

WHEREAS, Plaintiffs have moved the Court for an Order allowing Plaintiffs to serve a subpoena issued pursuant to Federal Rule of Civil Procedure 45 on former Madison County Sheriff Toby Trowbridge (the "Witness") by alternate means; and

WHEREAS, the court has determined that good cause exists to authorize service of the subpoena by the United States Marshal, IT IS HEREBY ORDERED THAT:

1.     The United States Marshal is directed to serve the Subpoena (attached hereto as Exhibit A) along with the witness fee, mileage allowance and a copy of this Order upon the Witness as soon as practicable. Plaintiffs shall tender the witness fee and mileage allowance to the United States Marshal for service.

2.	The date and time specified in the Subpoena for compliance is set for February 13, 2018 at 9:00 a.m.  If the witness is unable to attend at such date and time, Plaintiffs and the Witness may agree to such other date and time as is reasonably convenient to Plaintiffs, Defendants, and to the Witness.  Notwithstanding the class certification discovery deadline set forth in the Court's Order dated January 18, 2018, the date for such compliance may, if necessary, be set for a date later than February 16, 2018, but no later than March 2, 2018.

3.	If the Subpoena has not been complied with by February 16, 2018, or Plaintiffs have not, by such date, received satisfactory assurances from the Witness that the Subpoena will be complied with on or before March 2, 2018, Plaintiffs shall contact the Court to seek further relief.

4.	Plaintiffs shall pay to the United States Marshal any applicable fees, as set forth in 28 C.F.R. § 0.114.

SO ORDERED, this the 2nd day of February 2018.

\_\_S Linda R. Anderson_____
UNITED STATES MAGISTRATE JUDGE