USM-285 is a 5-part form. Fill out the form and print 5 copies. Sign as needed and route as specified below.

Case 3:17-cv-00347-WHB-LRA   Document 177   Filed 02/12/18   Page 1 of 3

**U.S. Department of Justice**
United States Marshals Service

# PROCESS RECEIPT AND RETURN
See "Instructions for Service of Process by U.S. Marshal"

SOUTHERN DISTRICT OF MISSISSIPPI
FILED
FEB 12 2018
BY_____ARTHUR JOHNSTON_____DEPUTY

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| Latoya Brown, et al | 3:17cv347WHB-LRA |

| DEFENDANT | TYPE OF PROCESS |
|---|---|
| Madison County, MS, et al | Subpeona |

**SERVE AT**
NAME OF INDIVIDUAL, COMPANY, CORPORATION. ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Former Madison County Sheriff Toby Trowbridge
ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
219 Cedar Hill Road, Flora, MS 39071

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

Joshua Tom
American Civil Liberties Union of Mississippi
P.O. Box 2242
Jackson, MS 39225

| | |
|---|---|
| Number of process to be served with this Form 285 | 1 |
| Number of parties to be served in this case | 1 |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):

See attached.

Signature of Attorney other Originator requesting service on behalf of:
☐ PLAINTIFF
☐ DEFENDANT
TELEPHONE NUMBER: 601-354-3408 ext 112
DATE: 2/5/18

## SPACE BELOW FOR USE OF U.S. MARSHAL ONLY-- DO NOT WRITE BELOW THIS LINE

I acknowledge receipt for the total number of process indicated. (Sign only for USM 285 if more than one USM 285 is submitted)

| Total Process | District of Origin | District to Serve | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|
| 1 | No. 43 | No. 43 | LM Shepherd | 2/5/2018 |

☐ I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (See remarks below)

Name and title of individual served (if not shown above)

☐ A person of suitable age and discretion then residing in defendant's usual place of abode

Address (complete only different than shown above)
High St + I 55

Date: 2/9/18
Time: 12:09 pm

Signature of U.S. Marshal or Deputy: 4205

| Service Fee | Total Mileage Charges including endeavors | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal* or (Amount of Refund*) | |
|---|---|---|---|---|---|---|
| 65.00 | 5.42 | | | | 70.42 | $0.00 |

REMARKS:
Process was mailed _____.
(Process was served)/returned unexecuted _____.

PRINT 5 COPIES:
1. CLERK OF THE COURT
2. USMS RECORD
3. NOTICE OF SERVICE
4. BILLING STATEMENT*: To be returned to the U.S. Marshal with payment, if any amount is owed. Please remit promptly payable to U.S. Marshal.
5. ACKNOWLEDGMENT OF RECEIPT

PRIOR EDITIONS MAY BE USED

Form USM-285
Rev. 12/80

AO 88A (Rev. 02/14) Subpoena to Testify at a Deposition in a Civil Action (Page 2)

Civil Action No. 3:17-cv-347 WHB LRA

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

I received this subpoena for *(name of individual and title, if any)* __Toby Trowbridge__
on *(date)* __2/9/2018__

☑ I served the subpoena by delivering a copy to the named individual as follows:
__Toby Trowbridge_____
on *(date)* _____ ; or

☐ I returned the subpoena unexecuted because: _____

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness the fees for one day's attendance, and the mileage allowed by law, in the amount of

$ _____ .

My fees are $ __5.42__ for travel and $ __65.00__ for services, for a total of $ __70.42__ 0.00 .

I declare under penalty of perjury that this information is true.

Date: __2/9/18__

_____
Server's signature

__Christopher C. Baker  DUSM__
Printed name and title

__501 E. Court St. Jackson, MS 39201__
Server's address

Additional information regarding attempted service, etc.:

AO 88A (Rev. 02/14) Subpoena to Testify at a Deposition in a Civil Action

## UNITED STATES DISTRICT COURT
for the
Southern District of Mississippi

| Latoya Brown, et al. | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Civil Action No. 3:17-cv-347-WHB-LRA |
| Madison County, Mississippi; et al. | ) |
| *Defendant* | ) |

**SUBPOENA TO TESTIFY AT A DEPOSITION IN A CIVIL ACTION**

To: Toby Trowbridge

*(Name of person to whom this subpoena is directed)*

☑ *Testimony:* **YOU ARE COMMANDED** to appear at the time, date, and place set forth below to testify at a deposition to be taken in this civil action. If you are an organization, you must designate one or more officers, directors, or managing agents, or designate other persons who consent to testify on your behalf about the following matters, or those set forth in an attachment:

| Place: Hilton Garden Inn Jackson Downtown 235 West Capitol Street, Jackson, MS 39201 | Date and Time: 02/13/2018 9:00 am |
|---|---|

The deposition will be recorded by this method: stenographic and/or videographic means

☑ *Production:* You, or your representatives, must also bring with you to the deposition the following documents, electronically stored information, or objects, and must permit inspection, copying, testing, or sampling of the material: See Schedule A

The following provisions of Fed. R. Civ. P. 45 are attached – Rule 45(c), relating to the place of compliance; Rule 45(d), relating to your protection as a person subject to a subpoena; and Rule 45(e) and (g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

Date: 01/30/2018

*CLERK OF COURT*

OR

_____           /s/ Joshua Tom (Miss. Bar No. 105392)
*Signature of Clerk or Deputy Clerk*           *Attorney's signature*

The name, address, e-mail address, and telephone number of the attorney representing *(name of party)* Plaintiffs Latoya Brown, et al. _____, who issues or requests this subpoena, are:
Joshua F. Tom, ACLU of Mississippi, 233 East Capitol Street, Jackson, MS 39201
(601) 354-3408, JTom@ACLU-MS.org

**Notice to the person who issues or requests this subpoena**
If this subpoena commands the production of documents, electronically stored information, or tangible things before trial, a notice and a copy of the subpoena must be served on each party in this case before it is served on the person to whom it is directed. Fed. R. Civ. P. 45(a)(4).