IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

**LATOYA BROWN; LAWRENCE BLACKMON
HERBERT ANTHONY GREEN; KHADAFY MANNING;
QUINETTA MANNING; MARVIN MCFIELD; NICHOLAS
SINGLETON; STEVEN SMITH; BESSIE THOMAS; and
BETTY JEAN WILLIAMS TUCKER, individually and on
behalf of a class of all other similarly situated,**            **PLAINTIFFS**

**v.**            **CIVIL ACTION NO. 3:17-cv-347 WHB LRA**

**MADISON COUNTY, MISSISSIPPI; SHERIFF
RANDALL C. TUCKER, in his official capacity; and
MADISON COUNTY SHERIFF'S DEPUTIES JOHN
DOES #1 through #6, in their individual capacities,**            **DEFENDANTS**

---

**MOTION TO DISMISS CLAIMS OF PLAINTIFF, MARVIN MCFIELD, WITH
PREJUDICE FOR FAILURE TO PROSECUTE UNDER
*FEDERAL RULE OF PROCEDURE* 41(b)**

---

COME NOW Defendants, Madison County, Mississippi, and Sheriff Randall C. Tucker, in his official capacity, by and through counsel, and respectfully move to have the claims of Plaintiff, Marvin McField, dismissed with prejudice under *Fed.R.Civ.P.* Rule 41(b) for failure to prosecute. Mr. McField's' claims must be dismissed under Rule 41(b) based on his failure to respond to Defendants' second set of interrogatories propounded to him in this action, his failure to supplement his responses to Defendants' first set of interrogatories, and his failure to appear for a deposition in this action.

Mr. McField's refusal to respond to or supplement his answers to interrogatories and his failure to appear for a deposition in this action has prejudiced Defendants. Defendants have been refused an opportunity to conduct discovery on Mr. McField's claims, thereby preventing them from being able to defend against these claims through further discovery or pleadings.

WHEREFORE, PREMISES CONSIDERED, for the reasons set forth above, along with the argument and authorities found in Defendants' Memorandum supporting their Motion to Dismiss, the claims of Plaintiff, Marvin McField, should be dismissed with prejudice in this action pursuant to Rule 41(b).

This the 14th day of February, 2018.

    Respectfully submitted:

    **MADISON COUNTY, MISSISSIPPI and SHERIFF RANDALL C. TUCKER, IN HIS OFFICIAL CAPACITY**

By:    /s/ Rebecca B. Cowan

    OF COUNSEL:
    Rebecca B. Cowan (MSB #7735)
    CURRIE JOHNSON & MYERS, P.A.
    1044 River Oaks Dr.
    Jackson, MS   39232
    P.O. Box 750
    Jackson, Mississippi  39205-0750
    Telephone: 601-969-1010
    Facsimile:  601-969-5120
    bcowan@curriejohnson.com

    Michael B. Wallace (MSB #6904)
    Charles E. Ross (MSB #5683)
    James E. Graves (MSB #102252)
    Charles E. Cowan (MSB #104478)
    WISE CARTER CHILD & CARAWAY, P.A.
    Post Office Box 651
    Jackson, Mississippi 39205-0651
    Telephone: 601-968-5534
    Facsimile: 601-944-7738
    mbw@wisecarter.com
    cer@wisecarter.com
    jeg@wisecarter.com
    cec@wisecarter.com

    and

T. Russell Nobile (MSB #100682)
WISE CARTER CHILD & CARAWAY, P.A.
2510 14th Street, Suite 1125
Gulfport, Mississippi 39501
Telephone: 228-867-7141
Facsimile: 228-867-7142
trn@wisecarter.com

Katie Bryant Snell (MSB #103607)
KATIE BRYANT SNELL, PLLC
P.O. Box 3007
Madison, Mississippi 39130-3007
Telephone: 601-460-9800
katie@katiebryantsnell.com

J. Lawson Hester (MSB #2394)
PETTIS, BARFIELD & HESTER, P.A.
4450 Old Canton Road, Suite 210
Jackson, Mississippi 39211
Telephone:  601-987-5300
Facsimile:  601-987-5353
lhester@pbhfirm.com

## **CERTIFICATE OF SERVICE**

I, Rebecca B. Cowan, do hereby certify that I have this day, electronically filed the above and foregoing with the Clerk of the Court using the ECF system which will automatically provide e-mail notification of said filing upon the following:

Joshua Tom, Esq.
American Civil Liberties Union of Mississippi Foundation
233 E. Capitol Street
Jackson, Mississippi 39201
JTom@aclu-ms.org

Jonathan K. Youngwood, Esq. (*pro hac vice*)
Janet A. Gochman, Esq. (*pro hac vice*)
Isaac Rethy, Esq. (*pro hac vice*)
Nihara K. Choudhri, Esq. (*pro hac vice*)
Brooke Jarrett, Esq. (*pro hac vice*)
Jumin Lee, Esq. (*pro hac vice*)
Christopher K. Shields, Esq. (*pro hac vice)*
Simpson Thatcher & Bartlett, LLP
425 Lexington Avenue
New York, NY 10017
jyoungwood@stblaw.com
jgochman@stblaw.com
irethy@stblaw.com
nchoudhri@stblaw.com
bonnie.jarrett@stblaw.com
christopherjumin.lee@stblaw.com

Ezekiel Edwards, Esq. (*pro hac vice*)
Jeffery Robinson, Esq. (*pro hac vice)*
American Civil Liberties Union Foundation
125 Broad Street, 18th Floor
New York, NY 10004
eedwards@aclu.org
jrobinson@aclu.org

So, certified this the 14th day of February, 2018.

/s/ Rebecca B. Cowan