# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
# NORTHERN DIVISION

**LATOYA BROWN; LAWRENCE BLACKMON**
**HERBERT ANTHONY GREEN; KHADAFY MANNING;**
**QUINETTA MANNING; MARVIN MCFIELD; NICHOLAS**
**SINGLETON; STEVEN SMITH; BESSIE THOMAS; and**
**BETTY JEAN WILLIAMS TUCKER, individually and on**
behalf of a class of all other similarly situated,                **PLAINTIFFS**

**v.**                              **CIVIL ACTION NO. 3:17-cv-347 WHB LRA**

**MADISON COUNTY, MISSISSIPPI; SHERIFF**
**RANDALL C. TUCKER, in his official capacity; and**
**MADISON COUNTY SHERIFF'S DEPUTIES JOHN**
**DOES #1 through #6, in their individual capacities,**         **DEFENDANTS**

---

### MOTION TO DISMISS CLAIMS OF PLAINTIFF, HERBERT ANTHONY GREEN, WITH PREJUDICE FOR FAILURE TO PROSECUTE UNDER *FEDERAL RULE OF PROCEDURE* 41(b)

---

COME NOW Defendants, Madison County, Mississippi, and Sheriff Randall C. Tucker, in his official capacity, by and through counsel, and respectfully move to have the claims of Plaintiff, Herbert Anthony Green, dismissed with prejudice under *Fed.R.Civ.P.* Rule 41(b) for failure to prosecute. Mr. Green's claims must be dismissed under Rule 41(b) based on his failure to verify his supplemental responses to Defendants' first set of interrogatories, his failure to respond to Defendants' second set of interrogatories, his failure to supplement his responses to Defendants' first set of interrogatories a second time, and his failure to appear for three duly noticed depositions in this action.

Mr. Green's refusal to respond to or supplement his answers to interrogatories and his refusal to appear for a deposition in this matter has prejudiced Defendants. Defendants have been

deprived of an opportunity to conduct discovery on Mr. Green's claims, thereby preventing them from being able to defend against these claims through further discovery or pleadings.

WHEREFORE, PREMISES CONSIDERED, for the reasons set forth above, along with the argument and authorities found in Defendants' Memorandum supporting their Motion to Dismiss, the claims of Plaintiff, Herbert Anthony Green, should be dismissed with prejudice in this action pursuant to Rule 41(b).

This the 14th day of February, 2018.

Respectfully submitted:

**MADISON COUNTY, MISSISSIPPI and SHERIFF RANDALL C. TUCKER, IN HIS OFFICIAL CAPACITY**

By:   */s/ Rebecca B. Cowan*

OF COUNSEL:
Rebecca B. Cowan (MSB #7735)
CURRIE JOHNSON & MYERS, P.A.
1044 River Oaks Dr.
Jackson, MS   39232
P.O. Box 750
Jackson, Mississippi  39205-0750
Telephone: 601-969-1010
Facsimile:  601-969-5120
bcowan@curriejohnson.com

Michael B. Wallace (MSB #6904)
Charles E. Ross (MSB #5683)
James E. Graves (MSB #102252)
Charles E. Cowan (MSB #104478)
WISE CARTER CHILD & CARAWAY, P.A.
Post Office Box 651
Jackson, Mississippi 39205-0651
Telephone: 601-968-5534
Facsimile: 601-944-7738
mbw@wisecarter.com
cer@wisecarter.com
jeg@wisecarter.com
cec@wisecarter.com

and

T. Russell Nobile (MSB #100682)
WISE CARTER CHILD & CARAWAY, P.A.
2510 14th Street, Suite 1125
Gulfport, Mississippi 39501
Telephone: 228-867-7141
Facsimile: 228-867-7142
trn@wisecarter.com

Katie Bryant Snell (MSB #103607)
KATIE BRYANT SNELL, PLLC
P.O. Box 3007
Madison, Mississippi 39130-3007
Telephone: 601-460-9800
katie@katiebryantsnell.com

J. Lawson Hester (MSB #2394)
PETTIS, BARFIELD & HESTER, P.A.
4450 Old Canton Road, Suite 210
Jackson, Mississippi 39211
Telephone: 601-987-5300
Facsimile: 601-987-5353
lhester@pbhfirm.com

**CERTIFICATE OF SERVICE**

I, Rebecca B. Cowan, do hereby certify that I have this day, electronically filed the above and foregoing with the Clerk of the Court using the ECF system which will automatically provide e-mail notification of said filing upon the following:

    Joshua Tom, Esq.
    American Civil Liberties Union of Mississippi Foundation
    233 E. Capitol Street
    Jackson, Mississippi 39201
    JTom@aclu-ms.org

    Jonathan K. Youngwood, Esq. (*pro hac vice*)
    Janet A. Gochman, Esq. (*pro hac vice*)
    Isaac Rethy, Esq. (*pro hac vice*)
    Nihara K. Choudhri, Esq. (*pro hac vice*)
    Brooke Jarrett, Esq. (*pro hac vice*)
    Jumin Lee, Esq. (*pro hac vice*)
    Christopher K. Shields, Esq. (*pro hac vice*)
    Simpson Thatcher & Bartlett, LLP
    425 Lexington Avenue
    New York, NY 10017
    jyoungwood@stblaw.com
    jgochman@stblaw.com
    irethy@stblaw.com
    nchoudhri@stblaw.com
    bonnie.jarrett@stblaw.com
    christopherjumin.lee@stblaw.com

    Ezekiel Edwards, Esq. (*pro hac vice*)
    Jeffery Robinson, Esq. (*pro hac vice)*
    American Civil Liberties Union Foundation
    125 Broad Street, 18th Floor
    New York, NY 10004
    eedwards@aclu.org
    jrobinson@aclu.org

So, certified this the 14th day of February, 2018.

                                                         /s/ Rebecca B. Cowan