**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF MISSISSIPPI**

| | |
|---|---|
| LATOYA BROWN; LAWRENCE BLACKMON; HERBERT ANTHONY GREEN; KHADAFY MANNING; QUINNETTA MANNING; MARVIN MCFIELD; NICHOLAS SINGLETON; STEVEN SMITH; BESSIE THOMAS; and BETTY JEAN WILLIAMS TUCKER, individually and on behalf of a class of all others similarly situated,<br><br>    Plaintiffs,<br><br>       v.<br><br>MADISON COUNTY, MISSISSIPPI; SHERIFF RANDALL S. TUCKER, in his official capacity; and MADISON COUNTY SHERIFF'S DEPUTIES JOHN DOES #1 through #6, in their individual capacities,<br><br>    Defendants. | Civil Action No. 3:17-cv-00347-WHB-LRA |

**NOTICE OF RECEIPT OF ORIGINAL DEPOSITION**

**TO:**    **All Counsel of Record**

1.    Pursuant to L.U.CIV.R. 5(d)(2), notice is hereby given that I have received, and will retain as the custodian thereof, the original of the following deposition:

    Deponent:    Paul Griffin

    Taken at the instance of:    Plaintiffs

**2.** Pursuant to L.U.C<small>IV</small>.R. 5(d)(2), a copy of the cover sheet accompanying this deposition is attached hereto as "Exhibit A."

| | |
|---|---|
|   02/15/2018   | *s/ Joshua Tom*_____ _____ |
| Date | Joshua Tom, Attorney for Plaintiffs |

Joshua Tom (MSB#105392)
ACLU of Mississippi
Post Office Box 2242
Jackson, MS 39225
Telephone: (601) 354-3408
Facsimile: (601) 355-6465

**CERTIFICATE OF SERVICE**

   I hereby certify that on February 15, 2018, I electronically filed the foregoing with the Clerk of the Court using the ECF system, through which copies have been served to:

WISE CARTER CHILD & CARAWAY, P.A.
Michael B. Wallace (Miss. Bar No. 6904)
Charles E. Ross (Miss. Bar No. 5683)
James E. Graves (Miss. Bar No. 102252)
Charles E. Cowan (Miss. Bar No. 104478)
T. Russell Nobile (Miss. Bar No. 100682)
Post Office Box 651
Jackson, MS 39205
(601) 968-5534
mbw@wisecarter.com
cer@wisecarter.com
jeg@wisecarter.com
cec@wisecarter.com

CURRIE JOHNSON & MYERS, P.A.
Rebecca B. Cowan (Miss. Bar No. 7735)
P.O Box 750
Jackson, MS 39205
(601) 969-1010
bcowan@curriejohnson.com

             */s/ Jade Morgan*_____
              Jade Morgan

```
 1
 2          IN THE UNITED STATES DISTRICT COURT
         FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
 3                   NORTHERN DIVISION
    _____
 4  LATOYA BROWN; LAWRENCE
    BLACKMON; HERBERT ANTHONY
 5  GREEN; KHADAFY MANNING;
    QUINNETTA MANNING; MARVIN
 6  McFIELD; NICHOLAS SINGLETON;
    STEVEN SMITH; BESSIE THOMAS; and
 7  BETTY JEAN WILLIAMS TUCKER,
    individually and on behalf of a class
 8  of all others similarly situated,
 9         PLAINTIFFS,
10  V.                                    CIVIL ACTION NO.
                                          3:17-cv-00347-WHB-LRA
11  MADISON COUNTY, MISSISSIPPI;
    SHERIFF RANDALL S. TUCKER in his
12  official capacity; and MADISON COUNTY
    SHERIFF'S DEPUTIES JOHN DOES #1
13  through #6, in their individual capacities,
14         DEFENDANTS.
    _____
15
16
17            DEPOSITION OF PAUL GRIFFIN
18            WEDNESDAY, JANUARY 10, 2018
19    MADISON COUNTY BUSINESS LEAGUE & FOUNDATION
20              135 MISSISSIPPI PARKWAY
21                   CANTON, MS
22                    4:10 P.M.
23
24      REPORTED BY: DEBORAH H. NELSON, CSR #1256
25      JOB NO.: 136018
```