**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF MISSISSIPPI**

| | |
|---|---|
| LATOYA BROWN; LAWRENCE BLACKMON; HERBERT ANTHONY GREEN; KHADAFY MANNING; QUINNETTA MANNING; MARVIN MCFIELD; NICHOLAS SINGLETON; STEVEN SMITH; BESSIE THOMAS; and BETTY JEAN WILLIAMS TUCKER, individually and on behalf of a class of all others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> MADISON COUNTY, MISSISSIPPI; SHERIFF RANDALL S. TUCKER, in his official capacity; and MADISON COUNTY SHERIFF'S DEPUTIES JOHN DOES #1 through #6, in their individual capacities, <br><br> Defendants. | Civil Action No. 3:17-cv-00347-WHB-LRA |

**NOTICE OF RECEIPT OF ORIGINAL DEPOSITION**

**TO:**   **All Counsel of Record**

1. Pursuant to L.U.CIV.R. 5(d)(2), notice is hereby given that I have received, and will retain as the custodian thereof, the original of the following deposition:

    Deponent:                            James Hall_____

    Taken at the instance of:      Plaintiffs_____

**2.** Pursuant to L.U.Cɪᴠ.R. 5(d)(2), a copy of the cover sheet accompanying this deposition is attached hereto as "Exhibit A."


   02/15/2018                                  *s/ Joshua Tom*
        Date                                      Joshua Tom, Attorney for Plaintiffs

Joshua Tom (MSB#105392)
ACLU of Mississippi
Post Office Box 2242
Jackson, MS 39225
Telephone: (601) 354-3408
Facsimile: (601) 355-6465

## **CERTIFICATE OF SERVICE**

       I hereby certify that on February 15, 2018, I electronically filed the foregoing with the Clerk of the Court using the ECF system, through which copies have been served to:

WISE CARTER CHILD & CARAWAY, P.A.
Michael B. Wallace (Miss. Bar No. 6904)
Charles E. Ross (Miss. Bar No. 5683)
James E. Graves (Miss. Bar No. 102252)
Charles E. Cowan (Miss. Bar No. 104478)
T. Russell Nobile (Miss. Bar No. 100682)
Post Office Box 651
Jackson, MS 39205
(601) 968-5534
mbw@wisecarter.com
cer@wisecarter.com
jeg@wisecarter.com
cec@wisecarter.com

CURRIE JOHNSON & MYERS, P.A.
Rebecca B. Cowan (Miss. Bar No. 7735)
P.O Box 750
Jackson, MS 39205
(601) 969-1010
bcowan@curriejohnson.com

                                              */s/ Jade Morgan*_____
                                                  Jade Morgan

```
 1                      JAMES HALL
 2              UNITED STATES DISTRICT COURT
         FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
 3                    NORTHERN DIVISION
 4

    LATOYA BROWN; LAWRENCE BLACKMON;
 5  HERBERT ANTHONY GREEN; KHADAFY
    MANNING; QUINNETTA MANNING; MARVIN
 6  MCFIELD; NICHOLAS SINGLETON;
    STEVEN SMITH; BESSIE THOMAS; AND
 7  BETTY JEAN WILLIAMS TUCKER,
    INDIVIDUALLY AND ON BEHALF OF A CLASS
 8  OF ALL OTHERS SIMILARLY SITUATED            PLAINTIFFS
 9

10  V.              CIVIL ACTION NO. 3:17-CV-00347-WHB-LRA
11

    MADISON COUNTY, MISSISSIPPI;
12  SHERIFF RANDALL S. TUCKER, IN HIS
    OFFICIAL CAPACITY; AND MADISON COUNTY
13  SHERIFF'S DEPUTIES JOHN DOES #1 THROUGH
    #6, IN THEIR INDIVIDUAL CAPACITIES         DEFENDANTS
14

15              DEPOSITION OF JAMES HALL
16

          Taken at the instance of the Plaintiffs on
17              Monday, December 4, 2017,
                   Jackson, Mississippi,
18                beginning at 1:20 p.m.
19
20
21
22
23

24  JOB NO: 133423
25  REPORTED BY:  Tamara Hartwig Fulgham, CSR, BCR
```