**CERTIFICATE OF SERVICE**

   I hereby certify that on February 15, 2018, I electronically filed the foregoing with the Clerk of the Court using the ECF system, through which copies have been served to:

WISE CARTER CHILD & CARAWAY, P.A.
Michael B. Wallace (Miss. Bar No. 6904)
Charles E. Ross (Miss. Bar No. 5683)
James E. Graves (Miss. Bar No. 102252)
Charles E. Cowan (Miss. Bar No. 104478)
T. Russell Nobile (Miss. Bar No. 100682)
Post Office Box 651
Jackson, MS 39205
(601) 968-5534
mbw@wisecarter.com
cer@wisecarter.com
jeg@wisecarter.com
cec@wisecarter.com

CURRIE JOHNSON & MYERS, P.A.
Rebecca B. Cowan (Miss. Bar No. 7735)
P.O Box 750
Jackson, MS 39205
(601) 969-1010
bcowan@curriejohnson.com

             */s/ Joshua Tom*_____
              Joshua Tom