UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

| | |
|---|---|
| LATOYA BROWN; LAWRENCE BLACKMON; HERBERT ANTHONY GREEN; KHADAFY MANNING; QUINNETTA MANNING; MARVIN MCFIELD; NICHOLAS SINGLETON; STEVEN SMITH; BESSIE THOMAS; and BETTY JEAN WILLIAMS TUCKER, individually and on behalf of a class of all others similarly situated,<br><br>        Plaintiffs,<br><br>    v.<br><br>MADISON COUNTY, MISSISSIPPI; SHERIFF RANDALL S. TUCKER, in his official capacity; and MADISON COUNTY SHERIFF'S DEPUTIES JOHN DOES #1 through #6, in their individual capacities,<br><br>        Defendants. | Civil Action No. 3:17-cv-00347-WHB-LRA<br><br>**NOTICE OF SERVICE OF PLAINTIFFS LATOYA BROWN'S, KHADAFY MANNING'S, QUINNETTA MANNING'S, NICHOLAS SINGLETON'S, STEVEN SMITH'S, BESSIE THOMAS'S, AND BETTY JEAN WILLIAM TUCKER'S THIRD SUPPLEMENTAL RESPONSES AND OBJECTIONS TO DEFENDANTS' FIRST SET OF INTERROGATORIES AND SUPPLEMENTAL RESPONSES AND OBJECTIONS TO DEFENDANTS' SECOND SET OF INTERROGATORIES AND PLAINTIFF LAWRENCE BLACKMON'S FOURTH SUPPLEMENTAL RESPONSES AND OBJECTIONS TO DEFENDANTS' FIRST SET OF INTERROGATORIES AND SUPPLEMENTAL RESPONSES AND OBJECTIONS TO DEFENDANTS' SECOND SET OF INTERROGATORIES** |

**To:    All Counsel of Record**

Pursuant to L.U.Cɪᴠ.R. 5(d)(3), notice is hereby given that on the date entered below I served the following discovery device(s):

(✔) Check as appropriate:

_____    Interrogatories to:

   \_\_\_\_\_   Requests for Production of Documents to:

   \_\_\_\_\_   Requests for Admissions to:

   ✔   Responses to Interrogatories to:

Plaintiffs Latoya Brown's, Khadafy Manning's, Quinnetta Manning's, Nicholas Singleton's, Steven Smith's, Bessie Thomas's, and Betty Jean Williams Tucker's Third Supplemental Responses and Objections to Defendants Madison County's and Sheriff Randall S. Tucker's First Set of Interrogatories and Supplemental Responses and Objections to Defendants Madison County's and Sheriff Randall S. Tucker's Second Set of Interrogatories, and Plaintiff Lawrence Blackmon's Fourth Supplemental Responses and Objections to Defendants Madison County's and Sheriff Randall S. Tucker's First Set of Interrogatories and Supplemental Responses and Objections to Defendants Madison County's and Sheriff Randall S. Tucker's Second Set of Interrogatories

   \_\_\_\_\_   Responses to Requests for Production of Documents:

Plaintiffs' Responses and Objections to Defendants' Second Set of Requests for Production.

   \_\_\_\_\_   Responses to Requests for Admissions to:


Pursuant to L.U.C1v.R. 5(d)(3), I acknowledge my responsibilities as the custodian of the original(s) of the documents(s) identified above.

Dated: February 16, 2018

By: /s/ *Joshua Tom*
    Joshua Tom

SIMPSON THACHER & BARTLETT LLP
Jonathan K. Youngwood (*pro hac vice*)
Janet A. Gochman (*pro hac vice*)
Isaac Rethy (*pro hac vice*)
Kavitha S. Sivashanker (*pro hac vice*)
Nihara K. Choudhri (*pro hac vice*)
Christopher Shields (*pro hac vice*)
Brooke Jarrett (*pro hac vice*)
Jumin Lee (*pro hac vice*)
425 Lexington Avenue
New York, NY 10017
(212) 455-2000
jyoungwood@stblaw.com
jgochman@stblaw.com
irethy@stblaw.com
kavitha.sivashanker@stblaw.com
nchoudhri@stblaw.com
christopher.shields@stblaw.com
bonnie.jarrett@stblaw.com
christopherjumin.lee@stblaw.com

AMERICAN CIVIL LIBERTIES UNION
OF MISSISSIPPI FOUNDATION
Joshua Tom (Miss. Bar No. 105392)
233 East Capitol Street
Jackson, MS 39201
(601) 354-3408
JTom@aclu-ms.org

AMERICAN CIVIL LIBERTIES UNION
FOUNDATION
Ezekiel Edwards (*pro hac vice*)
Jeffery Robinson (*pro hac vice* forthcoming)
125 Broad Street
New York, NY 10004
(212) 549-2610
eedwards@aclu.org
jrobinson@aclu.org

*Attorneys for Plaintiffs*

**CERTIFICATE OF SERVICE**

I hereby certify that on February 16, 2018, I caused the foregoing **NOTICE OF SERVICE OF PLAINTIFFS LATOYA BROWN'S, KHADAFY MANNING'S, QUINNETTA MANNING'S, NICHOLAS SINGLETON'S, STEVEN SMITH'S, BESSIE THOMAS'S, AND BETTY JEAN WILLIAM TUCKER'S THIRD SUPPLEMENTAL RESPONSES AND OBJECTIONS TO DEFENDANTS' FIRST SET OF INTERROGATORIES AND SUPPLEMENTAL RESPONSES AND OBJECTIONS TO DEFENDANTS' SECOND SET OF INTERROGATORIES AND PLAINTIFF LAWRENCE BLACKMON'S FOURTH SUPPLEMENTAL RESPONSES AND OBJECTIONS TO DEFENDANTS' FIRST SET OF INTERROGATORIES AND SUPPLEMENTAL RESPONSES AND OBJECTIONS TO DEFENDANTS' SECOND SET OF INTERROGATORIES** to be electronically filed with the Clerk of the Court using the CM/ECF system, through which copies have been served to:

> WISE CARTER CHILD & CARAWAY, P.A.
> Michael B. Wallace (Miss. Bar No. 6904)
> Charles E. Ross (Miss. Bar No. 5683)
> James E. Graves (Miss. Bar No. 102252)
> Charles E. Cowan (Miss. Bar No. 104478)
> T. Russell Nobile (Miss. Bar No. 100682)
> Post Office Box 651
> Jackson, MS 39205
> (601) 968-5534
> mbw@wisecarter.com
> cer@wisecarter.com
> jeg@wisecarter.com
> cec@wisecarter.com
>
> CURRIE JOHNSON & MYERS, P.A.
> Rebecca B. Cowan (Miss. Bar No. 7735)
> P.O. Box 750
> Jackson, MS 39205
> (601) 969-1010

bcowan@curriejohnson.com

KATIE BRYANT SNELL, PLLC
Katie Bryant Snell (Miss. Bar No. #103607)
P.O. Box 3007
Madison, Mississippi 39130-3007
Telephone: 601-460-9800
katie@katiebryantsnell.com

PETTIS, BARFIELD & HESTER, P.A.
J. Lawson Hester (Miss. Bar No. #2394)
4450 Old Canton Road, Suite 210
Jackson, Mississippi 39211
Telephone: (601) 987-5300
Facsimile: (601) 987-5353
lhester@pbhfirm.com

                                            */s/ Joshua Tom*
                                            Joshua Tom