**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF MISSISSIPPI**

| | |
|---|---|
| LATOYA BROWN; LAWRENCE BLACKMON; HERBERT ANTHONY GREEN; KHADAFY MANNING; QUINNETTA MANNING; MARVIN MCFIELD; NICHOLAS SINGLETON; STEVEN SMITH; BESSIE THOMAS; and BETTY JEAN WILLIAMS TUCKER, individually and on behalf of a class of all others similarly situated,<br><br>     Plaintiffs,<br><br>          v.<br><br>MADISON COUNTY, MISSISSIPPI; SHERIFF RANDALL S. TUCKER, in his official capacity; and MADISON COUNTY SHERIFF'S DEPUTIES JOHN DOES #1 through #6, in their individual capacities,<br><br>     Defendants. | Civil Action No.<br>3:17-cv-00347-WHB-LRA |

**NOTICE OF RECEIPT OF ORIGINAL DEPOSITION**

**TO:**   **All Counsel of Record**

1.   Pursuant to L.U.CIV.R. 5(d)(2), notice is hereby given that I have received, and will retain as the custodian thereof, the original of the following deposition:

   Deponent:                     Jason Barnes_____

   Taken at the instance of:     Plaintiffs_____

**2.**     Pursuant to L.U.Cɪᴠ.R. 5(d)(2), a copy of the cover sheet accompanying this deposition is attached hereto as "Exhibit A."

|  |  |
|---|---|
| 02/20/2018 | *s/ Joshua Tom* |
| Date | Joshua Tom, Attorney for Plaintiffs |

Joshua Tom (MSB#105392)
ACLU of Mississippi
Post Office Box 2242
Jackson, MS 39225
Telephone: (601) 354-3408
Facsimile: (601) 355-6465

# **CERTIFICATE OF SERVICE**

      I hereby certify that on February 20, 2018, I electronically filed the foregoing with the Clerk of the Court using the ECF system, through which copies have been served to:

WISE CARTER CHILD & CARAWAY, P.A.
Michael B. Wallace (Miss. Bar No. 6904)
Charles E. Ross (Miss. Bar No. 5683)
James E. Graves (Miss. Bar No. 102252)
Charles E. Cowan (Miss. Bar No. 104478)
T. Russell Nobile (Miss. Bar No. 100682)
Post Office Box 651
Jackson, MS 39205
(601) 968-5534
mbw@wisecarter.com
cer@wisecarter.com
jeg@wisecarter.com
cec@wisecarter.com

CURRIE JOHNSON & MYERS, P.A.
Rebecca B. Cowan (Miss. Bar No. 7735)
P.O Box 750
Jackson, MS 39205
(601) 969-1010
bcowan@curriejohnson.com

                                        */s/ Joshua Tom*_____
                                            Joshua Tom

```
 1                    JASON BARNES
 2        IN THE UNITED STATES DISTRICT COURT
       FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
 3                  NORTHERN DIVISION
 4   LATOYA BROWN; LAWRENCE
     BLACKMON; HERBERT ANTHONY
 5   GREEN; KHADAFY MANNING;
     QUINNETTA MANNING; MARVIN
 6   McFIELD; NICHOLAS SINGLETON;
     STEVEN SMITH; BESSIE THOMAS; and
 7   BETTY JEAN WILLIAMS TUCKER,
     individually and on behalf of a class
 8   of all others similarly situated,        PLAINTIFFS
 9
10   V.           CIVIL ACTION NO. 3:17-cv-00347-WHB-LRA
11   MADISON COUNTY, MISSISSIPPI;
     SHERIFF RANDALL S. TUCKER in his
12   official capacity; and MADISON COUNTY
     SHERIFF'S DEPUTIES JOHN DOES #1
13   through #6, in their individual capacities,
14                                            DEFENDANTS
15
16      **************************************************
17              DEPOSITION OF JASON BARNES
18      **************************************************
19              APPEARANCES NOTED HEREIN
20
          DATE: WEDNESDAY, FEBRUARY 7, 2018
21           PLACE: HILTON GARDEN INN
                WEST CAPITOL STREET
22                 Jackson, MS
                TIME:  2:00 P.M.
23
24      REPORTED BY: DEBORAH H. NELSON
                  CSR #1256
25   Job No: 137169
```