UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

| | |
|---|---|
| LATOYA BROWN; LAWRENCE BLACKMON; HERBERT ANTHONY GREEN; KHADAFY MANNING; QUINNETTA MANNING; MARVIN MCFIELD; NICHOLAS SINGLETON; STEVEN SMITH; BESSIE THOMAS; and BETTY JEAN WILLIAMS TUCKER, individually and on behalf of a class of all others similarly situated,<br><br>　　　　Plaintiffs,<br><br>　　　　v.<br><br>MADISON COUNTY, MISSISSIPPI; SHERIFF RANDALL S. TUCKER, in his official capacity; and MADISON COUNTY SHERIFF'S DEPUTIES JOHN DOES #1 through #6, in their individual capacities,<br><br>　　　　Defendants. | Civil Action No. 3:17-cv-00347-WHB-LRA<br><br>**JOINT MOTION FOR ENTRY OF STIPULATED SCHEDULING ORDER** |

　　　　Plaintiffs and Defendants (collectively, the "Parties") respectfully submit this Joint Motion for entry of a stipulated scheduling order regarding the briefing schedule for class certification and for expert disclosures and discovery related to class certification. In support of this Joint Motion, the Parties would show as follows:

　　　　1.　　On January 18, 2018, the Court entered an Order [Dkt. #169] which established February 16, 2018 as the deadline for completing class certification-related fact discovery and March 14, 2018 as the deadline for Plaintiffs to file their class certification motion.

　　　　2.　　Prior to entry of the Order, the Parties advised the Court of their agreement that (i) Plaintiffs' expert submissions in support of class certification, and Plaintiffs' related Rule 26

disclosures, would be submitted concurrently with the filing of Plaintiffs' class certification motion; (ii) the Parties would submit any further expert submissions and disclosures concurrently with the filing of their respective opposition and reply briefs; and (iii) class certification-related expert discovery would commence on the date of each Party's respective expert disclosures. *See* Dkt. #143 at 3 n.1; Dkt. #157 at 1-2.

3. Following entry of the Order, the parties have conferred further and agree that the Parties should be afforded a period of 30 days from the completion of the last deposition of the Party opposite's expert(s) to file their respective opposition and reply briefs and to conduct expert discovery, and therefore that each Party should be afforded fifty-five (55) days total to take discovery of the party opposite's expert(s) and to submit their respective opposition and reply brief. The Parties further agree that disclosed experts will be made available to be deposed where the experts may be found, on a date no later than twenty-five (25) days following the respective experts' disclosure unless the Parties specifically agree on a later date within the respective expert discovery period. The Parties further agree that the Parties will assume the respective costs associated with their own experts' time spent preparing for those depositions. The Parties further agree that the Party deposing the opposite Party's expert will be responsible for that expert's time spent in the deposition.

4. The Parties now jointly submit that good cause exists for entry of the Stipulated Scheduling Order, reflecting the foregoing agreement of the Parties, in the form attached hereto as **Exhibit A**, and therefore respectfully request that the Court approve and adopt this Stipulated Scheduling Order as an Order of the Court.

Dated: February 26, 2018

By: /s/ *Joshua Tom*
    Joshua Tom

AMERICAN CIVIL LIBERTIES UNION
OF MISSISSIPPI FOUNDATION
Joshua Tom (MSB #105392)
233 East Capitol Street
Jackson, MS 39201
(601) 354-3408
JTom@aclu-ms.org

AMERICAN CIVIL LIBERTIES UNION
FOUNDATION
Ezekiel Edwards (*pro hac vice*)
Jeffery Robinson (*pro hac vice* forthcoming)
125 Broad Street
New York, NY 10004
(212) 549-2610
eedwards@aclu.org
jrobinson@aclu.org

SIMPSON THACHER & BARTLETT LLP
Jonathan K. Youngwood (*pro hac vice*)
Janet A. Gochman (*pro hac vice*)
Isaac Rethy (*pro hac vice*)
Kavitha S. Sivashanker (*pro hac vice*)
Nihara K. Choudhri (*pro hac vice*)
Christopher Shields (*pro hac vice*)
Brooke Jarrett (*pro hac vice*)
Christopher Jumin Lee (*pro hac vice*)
425 Lexington Avenue
New York, NY 10017
(212) 455-2000
jyoungwood@stblaw.com
jgochman@stblaw.com
irethy@stblaw.com
kavitha.sivashanker@stblaw.com
nchoudhri@stblaw.com
christopher.shields@stblaw.com
bonnie.jarrett@stblaw.com
christopherjumin.lee@stblaw.com

*Attorneys for Plaintiffs*

By: /s/ *Charles E. Ross*
    Charles E. Ross

WISE CARTER CHILD & CARAWAY, P.A.
Michael B. Wallace (MSB #6904)
Charles E. Ross (MSB #5683)
James E. Graves (MSB #102252)
Charles E. Cowan (MSB #104478)
Post Office Box 651
Jackson, Mississippi 39205-0651
Telephone: 601-968-5534
Facsimile: 601- 944-7738
mbw@wisecarter.com
cer@wisecarter.com
jeg@wisecarter.com
cec@wisecarter.com

and

WISE CARTER CHILD & CARAWAY, P.A.
T. Russell Nobile (MSB #100682)
2510 14th Street, Suite 1125
Gulfport, Mississippi 39501
Telephone: 228-867-7141
Facsimile: 228-867-7142
trn@wisecarter.com

OF COUNSEL:

CURRIE JOHNSON & MYERS, P.A.
Rebecca B. Cowan (MSB #7735)
1044 River Oaks Dr.
Jackson, MS 39232
P.O. Box 750
Jackson, Mississippi 39205-0750
Telephone: 601-969-1010
Facsimile: 601-969-5120
bcowan@curriejohnson.com

KATIE BRYANT SNELL, PLLC
Katie Bryant Snell (MSB #103607)
P.O. Box 3007
Madison, Mississippi 39130-3007
Telephone: 601-460-9800

3

katie@katiebryantsnell.com

PETTIS, BARFIELD & HESTER, P.A.
J. Lawson Hester (MSB #2394)
4450 Old Canton Road, Suite 210
Jackson, Mississippi 39211
Telephone: (601) 987-5300
Facsimile: (601) 987-5353
lhester@pbhfirm.com

*Attorneys for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that on February 26, 2018, I caused the foregoing **JOINT MOTION FOR ENTRY OF STIPULATED SCHEDULING ORDER** to be electronically filed with the Clerk of the Court using the CM/ECF system, which has generated and delivered electronic notice of filing to all counsel of record who have consented to electronic service.

                                                  */s/ Joshua Tom*

# **EXHIBIT A**

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

| | |
|---|---|
| LATOYA BROWN; LAWRENCE BLACKMON; HERBERT ANTHONY GREEN; KHADAFY MANNING; QUINNETTA MANNING; MARVIN MCFIELD; NICHOLAS SINGLETON; STEVEN SMITH; BESSIE THOMAS; and BETTY JEAN WILLIAMS TUCKER, individually and on behalf of a class of all others similarly situated,<br><br>        Plaintiffs,<br><br>             v.<br><br>MADISON COUNTY, MISSISSIPPI; SHERIFF RANDALL S. TUCKER, in his official capacity; and MADISON COUNTY SHERIFF'S DEPUTIES JOHN DOES #1 through #6, in their individual capacities,<br><br>        Defendants. | Civil Action No.<br>3:17-cv-00347-WHB-LRA |

## STIPULATED SCHEDULING ORDER

Plaintiffs and Defendants hereby stipulate and agree that, subject to the approval of the Court, the following schedule shall apply in this case:

1.  The deadline for submission of any expert reports and/or declarations in support of Plaintiffs' motion for class certification, and Plaintiffs' related disclosures, is **March 14, 2018**.

2.  Discovery of any expert who submits a report and/or declaration in support of Plaintiffs' motion for class certification shall commence on **March 14, 2018**. Plaintiffs shall make any such expert(s) available to be deposed where the experts may be found on a date no later than twenty-five (25) days following the experts' disclosure, except where the Parties agree to conduct

such deposition(s) at a later date within this expert discovery period.  Plaintiffs will endeavor in good faith to offer their expert(s) for deposition on an early date or dates in the 25-day period following disclosure, to the extent reasonably practicable.

3. The deadline for submission of (i) Defendants' brief in opposition to Plaintiffs' motion for class certification and (ii) any expert reports and/or declarations in opposition to Plaintiffs' motion for class certification, and Defendants' related disclosures, will be **May 8, 2018**.

4. Discovery of any expert who submits a report and/or declaration in support of Defendants' brief in opposition to Plaintiffs' motion for class certification shall commence when Defendants submit such brief and conclude on **July 2, 2018**.  Defendants shall make any such experts available to be deposed where the experts may be found on a date no later than on a date no later than twenty-five (25) days following the experts' disclosure, except where the Parties agree to conduct such deposition(s) at a later date within this expert discovery period.  Defendants will endeavor in good faith to offer their expert(s) for deposition on an early date or dates in the 25-day period following disclosure, to the extent reasonably practicable.

5. The Parties will assume the respective costs associated with their own experts' time spent preparing for those depositions.  The Parties deposing the opposite Party's experts will be responsible for the opposite Party's experts' time spent in those depositions.

6. The deadline for submission of (i) Plaintiffs' reply brief in further support of Plaintiffs' motion for class certification and (ii) any rebuttal expert reports and/or declarations on behalf of Plaintiffs, and related disclosures, will be **July 2, 2018**.

Dated: February 26, 2018

By: /s/ *Joshua Tom*  
    Joshua Tom

AMERICAN CIVIL LIBERTIES UNION  
OF MISSISSIPPI FOUNDATION  
Joshua Tom (MSB #105392)  
233 East Capitol Street  
Jackson, MS 39201  
(601) 354-3408  
JTom@aclu-ms.org

AMERICAN CIVIL LIBERTIES UNION  
FOUNDATION  
Ezekiel Edwards (*pro hac vice*)  
Jeffery Robinson (*pro hac vice* forthcoming)  
125 Broad Street  
New York, NY 10004  
(212) 549-2610  
eedwards@aclu.org  
jrobinson@aclu.org

SIMPSON THACHER & BARTLETT LLP  
Jonathan K. Youngwood (*pro hac vice*)  
Janet A. Gochman (*pro hac vice*)  
Isaac Rethy (*pro hac vice*)  
Kavitha S. Sivashanker (*pro hac vice*)  
Nihara K. Choudhri (*pro hac vice*)  
Christopher Shields (*pro hac vice*)  
Brooke Jarrett (*pro hac vice*)  
Christopher Jumin Lee (*pro hac vice*)  
425 Lexington Avenue  
New York, NY 10017  
(212) 455-2000  
jyoungwood@stblaw.com  
jgochman@stblaw.com  
irethy@stblaw.com  
kavitha.sivashanker@stblaw.com  
nchoudhri@stblaw.com  
christopher.shields@stblaw.com  
bonnie.jarrett@stblaw.com  
christopherjumin.lee@stblaw.com

*Attorneys for Plaintiffs*

By: /s/ *Charles E. Ross*  
    Charles E. Ross

WISE CARTER CHILD & CARAWAY, P.A.  
Michael B. Wallace (MSB #6904)  
Charles E. Ross (MSB #5683)  
James E. Graves (MSB #102252)  
Charles E. Cowan (MSB #104478)  
Post Office Box 651  
Jackson, Mississippi 39205-0651  
Telephone: 601-968-5534  
Facsimile: 601- 944-7738  
mbw@wisecarter.com  
cer@wisecarter.com  
jeg@wisecarter.com  
cec@wisecarter.com

and

WISE CARTER CHILD & CARAWAY, P.A.  
T. Russell Nobile (MSB #100682)  
2510 14th Street, Suite 1125  
Gulfport, Mississippi 39501  
Telephone: 228-867-7141  
Facsimile: 228-867-7142  
trn@wisecarter.com  
OF COUNSEL:

CURRIE JOHNSON & MYERS, P.A.  
Rebecca B. Cowan (MSB #7735)  
1044 River Oaks Dr.  
Jackson, MS 39232  
P.O. Box 750  
Jackson, Mississippi 39205-0750  
Telephone: 601-969-1010  
Facsimile: 601-969-5120  
bcowan@curriejohnson.com

KATIE BRYANT SNELL, PLLC  
Katie Bryant Snell (MSB #103607)  
P.O. Box 3007  
Madison, Mississippi 39130-3007  
Telephone: 601-460-9800

3

katie@katiebryantsnell.com

PETTIS, BARFIELD & HESTER, P.A.
J. Lawson Hester (MSB #2394)
4450 Old Canton Road, Suite 210
Jackson, Mississippi 39211
Telephone: (601) 987-5300
Facsimile: (601) 987-5353
lhester@pbhfirm.com

*Attorneys for Defendants*

The foregoing Stipulated Scheduling Order is approved and adopted as an Order of the Court in the United States District Court for the Southern District of Mississippi, Northern Division, this _____ day of February, 2018.

_____
LINDA R. ANDERSON
UNITED STATES MAGISTRATE JUDGE