UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

| | |
|---|---|
| LATOYA BROWN; LAWRENCE BLACKMON; HERBERT ANTHONY GREEN; KHADAFY MANNING; QUINNETTA MANNING; MARVIN MCFIELD; NICHOLAS SINGLETON; STEVEN SMITH; BESSIE THOMAS; and BETTY JEAN WILLIAMS TUCKER, individually and on behalf of a class of all others similarly situated,<br><br>    Plaintiffs,<br><br>    v.<br><br>MADISON COUNTY, MISSISSIPPI; SHERIFF RANDALL S. TUCKER, in his official capacity; and MADISON COUNTY SHERIFF'S DEPUTIES JOHN DOES #1 through #6, in their individual capacities,<br><br>    Defendants. | Civil Action No.<br>3:17-cv-00347-WHB-LRA |

## STIPULATED SCHEDULING ORDER

Plaintiffs and Defendants hereby stipulate and agree that, subject to the approval of the Court, the following schedule shall apply in this case:

1. The deadline for submission of any expert reports and/or declarations in support of Plaintiffs' motion for class certification, and Plaintiffs' related disclosures, is **March 14, 2018**.

2. Discovery of any expert who submits a report and/or declaration in support of Plaintiffs' motion for class certification shall commence on **March 14, 2018**. Plaintiffs shall make any such expert(s) available to be deposed where the experts may be found on a date no later than twenty-five (25) days following the experts' disclosure, except where the Parties agree to conduct

such deposition(s) at a later date within this expert discovery period. Plaintiffs will endeavor in good faith to offer their expert(s) for deposition on an early date or dates in the 25-day period following disclosure, to the extent reasonably practicable.

3. The deadline for submission of (i) Defendants' brief in opposition to Plaintiffs' motion for class certification and (ii) any expert reports and/or declarations in opposition to Plaintiffs' motion for class certification, and Defendants' related disclosures, will be **May 8, 2018**.

4. Discovery of any expert who submits a report and/or declaration in support of Defendants' brief in opposition to Plaintiffs' motion for class certification shall commence when Defendants submit such brief and conclude on **July 2, 2018**. Defendants shall make any such experts available to be deposed where the experts may be found on a date no later than on a date no later than twenty-five (25) days following the experts' disclosure, except where the Parties agree to conduct such deposition(s) at a later date within this expert discovery period. Defendants will endeavor in good faith to offer their expert(s) for deposition on an early date or dates in the 25-day period following disclosure, to the extent reasonably practicable.

5. The Parties will assume the respective costs associated with their own experts' time spent preparing for those depositions. The Parties deposing the opposite Party's experts will be responsible for the opposite Party's experts' time spent in those depositions.

6. The deadline for submission of (i) Plaintiffs' reply brief in further support of Plaintiffs' motion for class certification and (ii) any rebuttal expert reports and/or declarations on behalf of Plaintiffs, and related disclosures, will be **July 2, 2018**.

Dated: February 26, 2018

By: /s/ *Joshua Tom*
    Joshua Tom

AMERICAN CIVIL LIBERTIES UNION
OF MISSISSIPPI FOUNDATION
Joshua Tom (MSB #105392)
233 East Capitol Street
Jackson, MS 39201
(601) 354-3408
JTom@aclu-ms.org

AMERICAN CIVIL LIBERTIES UNION
FOUNDATION
Ezekiel Edwards (*pro hac vice*)
Jeffery Robinson (*pro hac vice* forthcoming)
125 Broad Street
New York, NY 10004
(212) 549-2610
eedwards@aclu.org
jrobinson@aclu.org

SIMPSON THACHER & BARTLETT LLP
Jonathan K. Youngwood (*pro hac vice*)
Janet A. Gochman (*pro hac vice*)
Isaac Rethy (*pro hac vice*)
Kavitha S. Sivashanker (*pro hac vice*)
Nihara K. Choudhri (*pro hac vice*)
Christopher Shields (*pro hac vice*)
Brooke Jarrett (*pro hac vice*)
Christopher Jumin Lee (*pro hac vice*)
425 Lexington Avenue
New York, NY 10017
(212) 455-2000
jyoungwood@stblaw.com
jgochman@stblaw.com
irethy@stblaw.com
kavitha.sivashanker@stblaw.com
nchoudhri@stblaw.com
christopher.shields@stblaw.com
bonnie.jarrett@stblaw.com
christopherjumin.lee@stblaw.com

*Attorneys for Plaintiffs*

By: /s/ *Charles E. Ross*
    Charles E. Ross

WISE CARTER CHILD & CARAWAY, P.A.
Michael B. Wallace (MSB #6904)
Charles E. Ross (MSB #5683)
James E. Graves (MSB #102252)
Charles E. Cowan (MSB #104478)
Post Office Box 651
Jackson, Mississippi 39205-0651
Telephone: 601-968-5534
Facsimile: 601- 944-7738
mbw@wisecarter.com
cer@wisecarter.com
jeg@wisecarter.com
cec@wisecarter.com

and

WISE CARTER CHILD & CARAWAY, P.A.
T. Russell Nobile (MSB #100682)
2510 14th Street, Suite 1125
Gulfport, Mississippi 39501
Telephone: 228-867-7141
Facsimile: 228-867-7142
trn@wisecarter.com
OF COUNSEL:

CURRIE JOHNSON & MYERS, P.A.
Rebecca B. Cowan (MSB #7735)
1044 River Oaks Dr.
Jackson, MS 39232
P.O. Box 750
Jackson, Mississippi 39205-0750
Telephone: 601-969-1010
Facsimile: 601-969-5120
bcowan@curriejohnson.com

KATIE BRYANT SNELL, PLLC
Katie Bryant Snell (MSB #103607)
P.O. Box 3007
Madison, Mississippi 39130-3007
Telephone: 601-460-9800

katie@katiebryantsnell.com

PETTIS, BARFIELD & HESTER, P.A.
J. Lawson Hester (MSB #2394)
4450 Old Canton Road, Suite 210
Jackson, Mississippi 39211
Telephone: (601) 987-5300
Facsimile: (601) 987-5353
lhester@pbhfirm.com

*Attorneys for Defendants*

The foregoing Stipulated Scheduling Order is approved and adopted as an Order of the Court in the United States District Court for the Southern District of Mississippi, Northern Division, this 27th day of February, 2018.

LINDA R. ANDERSON
UNITED STATES MAGISTRATE JUDGE

4