# UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
### NORTHERN DIVISION

| | |
|---|---|
| LATOYA BROWN; LAWRENCE BLACKMON; HERBERT ANTHONY GREEN; KHADAFY MANNING; QUINNETTA MANNING; MARVIN MCFIELD; NICHOLAS SINGLETON; STEVEN SMITH; BESSIE THOMAS; and BETTY JEAN WILLIAMS TUCKER, individually and on behalf of a class of all others similarly situated,<br><br>        Plaintiffs,<br><br>            v.<br><br>MADISON COUNTY, MISSISSIPPI; SHERIFF RANDALL S. TUCKER, in his official capacity; and MADISON COUNTY SHERIFF'S DEPUTIES JOHN DOES #1 through #6, in their individual capacities,<br><br>        Defendants. | Civil Action No.<br>3:17-cv-00347-WHB-LRA |

## PLAINTIFFS' RESPONSE TO DEFENDANTS' MOTION TO DISMISS
## CLAIMS OF MARVIN MCFIELD FOR FAILURE TO PROSECUTE

Plaintiffs respectfully file this Response to Defendants' Motion to Dismiss Claims of

Plaintiff, Marvin McField, with Prejudice for Failure to Prosecute Under Federal Rule of [Civil]

Procedure 41(b) (ECF. No. 180, the "Motion"), and state:

1.        Plaintiffs do not oppose dismissal of Mr. McField's claims, but maintain that such

dismissal should be *without* prejudice.

2.        Dismissal without prejudice is the appropriate outcome under these

circumstances.  "[D]ismissal[] with prejudice . . . is reserved for the most egregious of cases,"

*Rogers v. Kroger Co.*, 669 F.2d 317, 320 (5th Cir. 1982), and only where "a lesser sanction

would not better serve the interests of justice." *Gray v. Fid. Acceptance Corp.*, 634 F.2d 226, 227 (5th Cir. 1981).

3.      Defendants fail to demonstrate that the lesser sanction of dismissal without prejudice would not better serve the interests of justice.  Defendants argue that Mr. McField's nonparticipation in recent discovery efforts "ha[s] resulted in a significant impairment of Defendants' ability to defend against Mr. McField's claims against them."  Defs.' Mem. at 3 (ECF No. 181).  This will be fully cured by dismissal without prejudice, since there will then be no claims by Mr. McField for Defendants to defend.

4.      Plaintiffs have separately filed a Memorandum of Law in response to the Motion and incorporate that Memorandum herein as if set forth in full.

WHEREFORE, for the reasons set forth herein and in Plaintiffs' Memorandum of Law, Defendants' Motion to Dismiss Claims of Plaintiff, Marvin McField, with Prejudice for Failure to Prosecute Under Federal Rule of Procedure 41(b) should be denied to the extent the Motion seeks dismissal with prejudice, and the Court should instead enter an Order dismissing the claims of Plaintiff Marvin McField without prejudice.

Respectfully submitted this 28th day of February, 2018.

By:  _/s/ Joshua Tom_____
     Joshua Tom

SIMPSON THACHER & BARTLETT LLP
Jonathan K. Youngwood (*pro hac vice*)
Janet A. Gochman (*pro hac vice*)
Isaac Rethy (*pro hac vice*)
Kavitha S. Sivashanker (*pro hac vice*)
Nihara K. Choudhri (*pro hac vice*)
Jumin Lee (*pro hac vice*)
Brooke Jarrett (*pro hac vice*)
425 Lexington Avenue
New York, NY 10017
(212) 455-2000
jyoungwood@stblaw.com
jgochman@stblaw.com
irethy@stblaw.com
kavitha.sivashanker@stblaw.com
nchoudhri@stblaw.com
christopherjumin.lee@stblaw.com
bonnie.jarrett@stblaw.com

AMERICAN CIVIL LIBERTIES UNION
OF MISSISSIPPI FOUNDATION
Joshua Tom (Miss. Bar No. 105392)
233 East Capitol Street
Jackson, MS 39201
(601) 354-3408
JTom@aclu-ms.org

AMERICAN CIVIL LIBERTIES UNION
FOUNDATION
Ezekiel Edwards (*pro hac vice*)
Jeffery Robinson (*pro hac vice* forthcoming)
125 Broad Street
New York, NY 10004
(212) 549-2610
eedwards@aclu.org
jrobinson@aclu.org

*Attorneys for Plaintiffs*

3

## **CERTIFICATE OF SERVICE**

I hereby certify that on February 28, 2018, I caused the foregoing **PLAINTIFFS'**

**RESPONSE TO DEFENDANTS' MOTION TO DISMISS CLAIMS OF MARVIN**

**MCFIELD FOR FAILURE TO PROSECUTE** to be electronically filed with the Clerk of the

Court using the CM/ECF system, through which copies have been served to:


WISE CARTER CHILD & CARAWAY, P.A.
Michael B. Wallace (Miss. Bar No. 6904)
Charles E. Ross (Miss. Bar No. 5683)
James E. Graves (Miss. Bar No. 102252)
Charles E. Cowan (Miss. Bar No. 104478)
T. Russell Nobile (Miss. Bar No. 100682)
Post Office Box 651
Jackson, MS 39205
(601) 968-5534
mbw@wisecarter.com
cer@wisecarter.com
jeg@wisecarter.com
cec@wisecarter.com

CURRIE JOHNSON & MYERS, P.A.
Rebecca B. Cowan (Miss. Bar No. 7735)
P.O. Box 750
Jackson, MS 39205
(601) 969-1010
bcowan@curriejohnson.com


_/s/ Joshua Tom_
Joshua Tom