IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

**LATOYA BROWN; LAWRENCE BLACKMON**
**HERBERT ANTHONY GREEN; KHADAFY MANNING;**
**QUINETTA MANNING; MARVIN MCFIELD; NICHOLAS**
**SINGLETON; STEVEN SMITH; BESSIE THOMAS; and**
**BETTY JEAN WILLIAMS TUCKER, individually and on**
behalf of a class of all other similarly situated,                     **PLAINTIFFS**

VS.                                      **CIVIL ACTION NO. 3:17-cv-347 WHB LRA**

**MADISON COUNTY, MISSISSIPPI; SHERIFF**
**RANDALL C. TUCKER, in his official capacity; and**
**MADISON COUNTY SHERIFF'S DEPUTIES JOHN**
**DOES #1 through #6, in their individual capacities,**                 **DEFENDANTS**

---

**MOTON FOR SUMMARY JUDGMENT AS TO INDIVIDUAL**
**AND CLASS BASED CLAIMS BY PLAINTIFF, STEVEN SMITH**

---

COME NOW Defendants, Madison County, Mississippi, and Sheriff Randall C. Tucker, in his official capacity, by and through counsel, and move this Court pursuant to *Fed. R. Civ. P.* 56(a) to enter summary judgment in their favor on all claims by Plaintiff, Steven Smith ("Smith") in this action. For further grounds of their Motion, Defendants submit the following:

1.  Smith sues on behalf of himself and a purported class of individuals he defines as:

    People who (1) are, or who appear to be, Black and those in their company, and (2) were, are, or will be in Madison County, and (3) were, are, or will be, subject to the MCSD's policy, custom, and/or practice of systematically executing unreasonable searches and seizures of person, homes, cars, and property on the basis of race."

2.  Smith seeks only injunctive and declaratory relief from Defendants. [Dkt. #1, Pgs. 82-85].

3. Smith's claims must be dismissed with prejudice for the following reasons:

    a. He cannot establish that he has been subjected to intentional racial discrimination in violation of the Fourteenth Amendment under 42 U.S.C. §1983 or under Title VI, 42 U.S.C. § 2000d *et seq*;

    b. He cannot establish that he has suffered a violation of his Fourth Amendment rights under 42 U.S.C. §1983;

    c. He lacks standing under Article III to bring his own claims for injunctive and declaratory relief because he has not suffered a constitutional injury; and

    d. He lacks standing to pursue the claims of his purported class members because he cannot show that he is likely to suffer any injury in the future from any conduct by the MCSD since he no longer resides in Madison County or, for that matter, in the State of Mississippi.

4. Defendants incorporate their Memorandum in Support of their Motion for Summary Judgment with this Motion.

WHEREFORE, PREMISES CONSIDERED, Defendants move this Court to dismiss all of Steven Smith's claims against them with prejudice.

This the 7th day of March, 2018.

                                        Respectfully submitted:

                                        **MADISON COUNTY, MISSISSIPPI and SHERIFF RANDALL C. TUCKER, IN HIS OFFICIAL CAPACITY**

                                        By:    */s/ Rebecca B. Cowan*

OF COUNSEL:

Rebecca B. Cowan (MSB #7735)
CURRIE JOHNSON & MYERS, P.A.
1044 River Oaks Dr.
Jackson, MS   39232
P.O. Box 750
Jackson, Mississippi  39205-0750
Telephone: 601-969-1010
Facsimile:  601-969-5120
bcowan@curriejohnson.com

Michael B. Wallace (MSB #6904)
Charles E. Ross (MSB #5683)
James E. Graves (MSB #102252)
Charles E. Cowan (MSB #104478)
WISE CARTER CHILD & CARAWAY, P.A.
Post Office Box 651
Jackson, Mississippi 39205-0651
Telephone: 601-968-5534
Facsimile: 601-944-7738
mbw@wisecarter.com
cer@wisecarter.com
jeg@wisecarter.com
cec@wisecarter.com

and

T. Russell Nobile (MSB #100682)
WISE CARTER CHILD & CARAWAY, P.A.
2510 14th Street, Suite 1125
Gulfport, Mississippi 39501
Telephone: 228-867-7141
Facsimile: 228-867-7142
trn@wisecarter.com

Katie Bryant Snell (MSB #103607)
KATIE BRYANT SNELL, PLLC
P.O. Box 3007
Madison, Mississippi 39130-3007
Telephone: 601-460-9800
katie@katiebryantsnell.com

        J. Lawson Hester (MSB #2394)
        PETTIS, BARFIELD & HESTER, P.A.
        4450 Old Canton Road, Suite 210
        Jackson, Mississippi 39211
        Telephone:  601-987-5300
        Facsimile:  601-987-5353
        lhester@pbhfirm.com

**CERTIFICATE OF SERVICE**

I, Rebecca B. Cowan, do hereby certify that I have this day, electronically filed the above and foregoing with the Clerk of the Court using the ECF system which will automatically provide e-mail notification of said filing upon the following:

> Joshua Tom, Esq.
> American Civil Liberties Union of Mississippi Foundation
> 233 E. Capitol Street
> Jackson, Mississippi 39201
> JTom@aclu-ms.org
>
> Jonathan K. Youngwood, Esq. (*pro hac vice*)
> Janet A. Gochman, Esq. (*pro hac vice*)
> Isaac Rethy, Esq. (*pro hac vice*)
> Nihara K. Choudhri, Esq. (*pro hac vice*)
> Brooke Jarrett, Esq. (*pro hac vice*)
> Jumin Lee, Esq. (*pro hac vice*)
> Christopher K. Shields, Esq. (*pro hac vice)*
> Simpson Thatcher & Bartlett, LLP
> 425 Lexington Avenue
> New York, NY 10017
> jyoungwood@stblaw.com
> jgochman@stblaw.com
> irethy@stblaw.com
> nchoudhri@stblaw.com
> bonnie.jarrett@stblaw.com
> christopherjumin.lee@stblaw.com
>
> Ezekiel Edwards, Esq. (*pro hac vice*)
> Jeffery Robinson, Esq. (*pro hac vice)*
> American Civil Liberties Union Foundation
> 125 Broad Street, 18th Floor
> New York, NY 10004
> eedwards@aclu.org
> jrobinson@aclu.org

So, certified this the 7th day of March, 2018.

/s/ Rebecca B. Cowan

5