**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**
**NORTHERN DIVISION**

**LATOYA BROWN; LAWRENCE BLACKMON**
**HERBERT ANTHONY GREEN; KHADAFY MANNING;**
**QUINETTA MANNING; MARVIN MCFIELD; NICHOLAS**
**SINGLETON; STEVEN SMITH; BESSIE THOMAS; and**
**BETTY JEAN WILLIAMS TUCKER, individually and on**
**behalf of a class of all other similarly situated,**                     **PLAINTIFFS**

**VS.**                          **CIVIL ACTION NO. 3:17-cv-347 WHB LRA**

**MADISON COUNTY, MISSISSIPPI; SHERIFF**
**RANDALL C. TUCKER, in his official capacity; and**
**MADISON COUNTY SHERIFF'S DEPUTIES JOHN**
**DOES #1 through #6, in their individual capacities,**          **DEFENDANTS**

---

**UNOPPOSED MOTION FOR LEAVE TO FILE EXHIBITS UNDER SEAL**

---

Defendants, Madison County, Mississippi, and Sheriff C. Randall Tucker (collectively "Defendants"), by and through counsel, move the Court for leave to file their Statement of Facts and attached Exhibits A and B, which support their [Dkt. #212] Memorandum in Support of Motion for Summary Judgment as to Individual and Class Based Claims of Plaintiff, Steven Smith, under seal and in support hereof would show unto the Court the following:[1]

1.      On March 7, 2018, Defendants filed a [Dkt. #212] Memorandum Brief in Support of their [Dkt. # 211] Motion for Summary Judgment as to Individual and Class Based Claims of Plaintiff, Steven Smith in this matter.   The Statement of Facts for Defendants' Memorandum relies on portions of Steven Smith's deposition (Exhibit A) and his Supplemental Responses and Objections to Interrogatories (Exhibit B) he provided to Defendants.   Steven Smith's deposition

---

[1] Defendants respectfully request that this Court waive the requirement of a Memorandum Brief in Support of this motion given the simplicity and clarity of the relief Defendants seek.

transcript and his Supplemental Interrogatory Responses cannot be attached to Defendants' filed Memorandum because either portions of or all of these discovery pleadings have been marked "confidential" by his counsel of record pursuant to the stipulated protective order entered by the Court.   *See* [Dkt. #32].

2.      Defendants respectfully request that the Court allow their Statement of Facts and its attached Exhibits to be conventionally filed under seal because sealing is consistent with the protected nature of these documents, as Plaintiffs' counsel have designated specific portions of Smith's deposition and his entire Supplemental Responses and Objections to Defendants' Interrogatories as confidential pursuant to the stipulated protective order.

3.      Counsel for Defendants have conferred with the attorneys for Plaintiffs and have confirmed that they do not oppose the sealing of the Statement of Facts, along with its Exhibits.

WHEREFORE, Defendants respectfully request that the Court enter an order allowing the conventional filing under seal of their Statement of Facts with accompanying Exhibits, which support Defendants' Memorandum in Support of Motion for Summary Judgment as to Individual and Class Based Claims of Plaintiff, Steven Smith.

This the 7th day of March, 2018.

Respectfully submitted,

**MADISON COUNTY, MISSISSIPPI and SHERIFF RANDALL C. TUCKER, IN HIS OFFICIAL CAPACITY**

By:     */s/ Rebecca B. Cowan*
        Rebecca B. Cowan (MSB #7735)

OF COUNSEL:

CURRIE JOHNSON & MYERS, P.A.
P.O. Box 750
Jackson, Mississippi    39205-0750
Telephone: 601-969-1010
Facsimile:   601-969-5120
bcowan@curriejohnson.com

Michael B. Wallace (MSB #6904)
Charles E. Ross (MSB #5683)
James E. Graves (MSB #102252)
Charles E. Cowan (MSB #104478)
WISE CARTER CHILD & CARAWAY, P.A.
Post Office Box 651
Jackson, Mississippi 39205-0651
Telephone: 601-968-5534
Facsimile: 601-944-7738
mbw@wisecarter.com
cer@wisecarter.com
jeg@wisecarter.com
cec@wisecarter.com

and

T. Russell Nobile (MSB #100682)
WISE CARTER CHILD & CARAWAY, P.A.
2510 14th Street, Suite 1125
Gulfport, Mississippi 39501
Telephone: 228-867-7141
Facsimile: 228-867-7142
trn@wisecarter.com

Katie Bryant Snell (MSB #103607)
KATIE BRYANT SNELL, PLLC
P.O. Box 3007
Madison, Mississippi 39130-3007
Telephone: 601-460-9800
katie@katiebryantsnell.com

J. Lawson Hester (MSB #2394)
PETTIS, BARFIELD & HESTER, P.A.
4450 Old Canton Road, Suite 210
Jackson, Mississippi 39211
Telephone:   601-987-5300
Facsimile:   601-987-5353
lhester@pbhfirm.com

## <u>CERTIFICATE OF SERVICE</u>

I, Rebecca B. Cowan, do hereby certify that I have this day, electronically filed the above and foregoing with the Clerk of the Court using the ECF system which will automatically provide e-mail notification of said filing upon the following:

Joshua Tom, Esq.
American Civil Liberties Union of Mississippi Foundation
233 E. Capitol Street
Jackson, Mississippi 39201
JTom@aclu-ms.org

Jonathan K. Youngwood, Esq. (*pro hac vice*)
Janet A. Gochman, Esq. (*pro hac vice*)
Isaac Rethy, Esq. (*pro hac vice*)
Nihara K. Choudhri, Esq. (*pro hac vice*)
Brooke Jarrett, Esq. (*pro hac vice*)
Jumin Lee, Esq. (*pro hac vice*)
Christopher K. Shields, Esq. (*pro hac vice*)
Simpson Thatcher & Bartlett, LLP
425 Lexington Avenue
New York, NY 10017
jyoungwood@stblaw.com
jgochman@stblaw.com
irethy@stblaw.com
nchoudhri@stblaw.com
bonnie.jarrett@stblaw.com
christopherjumin.lee@stblaw.com
christopher.shields@stblaw.com

Ezekiel Edwards, Esq. (*pro hac vice*)
Jeffery Robinson, Esq. (*pro hac vice*)
American Civil Liberties Union Foundation
125 Broad Street, 18th Floor
New York, NY 10004
eedwards@aclu.org
jrobinson@aclu.org

So, certified this the 7th day of March, 2018.

/s/ Rebecca B. Cowan
Rebecca B. Cowan