# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
# NORTHERN DIVISION

| | |
|---|---|
| LATOYA BROWN; LAWRENCE BLACKMON; HERBERT ANTHONY GREEN; KHADAFY MANNING; QUINNETTA MANNING; MARVIN MCFIELD; NICHOLAS SINGLETON; STEVEN SMITH; BESSIE THOMAS; and BETTY JEAN WILLIAMS TUCKER, individually and on behalf of a class of all others similarly situated, | Civil Action No. 3:17-cv-00347-WHB-LRA |
| Plaintiffs, | |
| v. | |
| MADISON COUNTY, MISSISSIPPI; SHERIFF RANDALL S. TUCKER, in his official capacity; and MADISON COUNTY SHERIFF'S DEPUTIES JOHN DOES #1 through #6, in their individual capacities, | |
| Defendants. | |

## PLAINTIFFS' RESPONSE TO DEFENDANTS' MOTION TO STRIKE PLAINTIFF BETTY JEAN WILLIAMS TUCKER'S DEPOSITION ERRATA SHEET

Plaintiffs respectfully file this Response to Defendants' Motion to Strike Plaintiff Betty Jean Williams Tucker's Deposition Errata Sheet (ECF No. 198, the "Motion"), and state:

1. Plaintiffs oppose the Motion and provide that Plaintiff Betty Jean Williams Tucker's Reasons for Changes on Errata Sheet, filed as Exhibit A to this Response, cures any defect with her deposition errata sheet by providing adequate explanations for her corrections of (i) her husband's first name from the incorrectly transcribed "Alva" to "Albert"; and (ii) one line of deposition testimony from "Probably so" to "I do not remember" to accurately reflect her lack of recollection of the timing of the referenced incident.

2. Allowing Ms. Tucker's Reasons for Changes on Errata Sheet to be considered is the appropriate and reasonable outcome given that Ms. Tucker completely filled out the deposition errata sheet provided by eDeposition Services, the court reporting service chosen by Defendants for Ms. Tucker's deposition, and such errata sheet provided no place for reasons or explanations to be provided for changes made by the deponent.

3. Defendants also failed to meet and confer with Plaintiffs prior to filing the Motion in violation of Local Rule 37(a) and Paragraph 6(F)(4) of the Case Management Order (ECF No. 30), and thus the Motion should be denied. Had Defendants complied with the meet and confer requirement, this minor dispute may have been resolved without the need to consume valuable judicial resources.

4. Defendants further did not file the discovery Motion "sufficiently in advance of the discovery deadline to allow response to the motion, ruling by the court and time to effectuate the court's order before the discovery deadline," in violation of Local Rule 7(b)(2)(C). Defendants were provided with Ms. Tucker's errata sheet on January 23, 2018. *See* Defs.' Ex. B, ECF No. 198-2. Yet, despite having three weeks to review Ms. Tucker's deposition errata sheet prior to the February 16, 2018 deadline for the completion of class certification-related fact discovery (Order, ECF No. 169), Defendants only filed the Motion one week after this deadline on February 23, 2018. ECF No. 198. Thus, the Motion is untimely and should be denied on this basis as well.

5. Plaintiffs have separately filed a Memorandum of Law in response to the Motion and incorporate that Memorandum herein as if set forth in full.

WHEREFORE, for the reasons set forth herein and in Plaintiffs' Memorandum of Law, Defendants' Motion should be denied.

Respectfully submitted this 9th day of March, 2018.

By: */s/ Joshua Tom*
    Joshua Tom

| | |
|---|---|
| SIMPSON THACHER & BARTLETT LLP<br>Jonathan K. Youngwood (*pro hac vice*)<br>Janet A. Gochman (*pro hac vice*)<br>Isaac Rethy (*pro hac vice*)<br>Kavitha S. Sivashanker (*pro hac vice*)<br>Nihara K. Choudhri (*pro hac vice*)<br>Christopher K. Shields (*pro hac vice*)<br>Jumin Lee (*pro hac vice*)<br>Brooke Jarrett (*pro hac vice*)<br>425 Lexington Avenue<br>New York, NY 10017<br>(212) 455-2000<br>jyoungwood@stblaw.com<br>jgochman@stblaw.com<br>irethy@stblaw.com<br>kavitha.sivashanker@stblaw.com<br>nchoudhri@stblaw.com<br>christopher.shields@stblaw.com<br>christopherjumin.lee@stblaw.com<br>bonnie.jarrett@stblaw.com | AMERICAN CIVIL LIBERTIES UNION OF MISSISSIPPI FOUNDATION<br>Joshua Tom (Miss. Bar No. 105392)<br>233 East Capitol Street<br>Jackson, MS 39201<br>(601) 354-3408<br>JTom@aclu-ms.org<br><br>AMERICAN CIVIL LIBERTIES UNION FOUNDATION<br>Ezekiel Edwards (*pro hac vice*)<br>Jeffery Robinson (*pro hac vice* forthcoming)<br>125 Broad Street<br>New York, NY 10004<br>(212) 549-2610<br>eedwards@aclu.org<br>jrobinson@aclu.org<br><br>*Attorneys for Plaintiffs* |

## **CERTIFICATE OF SERVICE**

I hereby certify that on March 9, 2018, I caused the foregoing **RESPONSE TO DEFENDANTS' MOTION TO STRIKE PLAINTIFF BETTY JEAN WILLIAMS TUCKER'S DEPOSITION ERRATA SHEET** to be electronically filed with the Clerk of the Court using the CM/ECF system, through which copies have been served to:

WISE CARTER CHILD & CARAWAY, P.A.
Michael B. Wallace (Miss. Bar No. 6904)
Charles E. Ross (Miss. Bar No. 5683)
James E. Graves (Miss. Bar No. 102252)
Charles E. Cowan (Miss. Bar No. 104478)
T. Russell Nobile (Miss. Bar No. 100682)
Post Office Box 651
Jackson, MS 39205
(601) 968-5534
mbw@wisecarter.com
cer@wisecarter.com
jeg@wisecarter.com
cec@wisecarter.com

CURRIE JOHNSON & MYERS, P.A.
Rebecca B. Cowan (Miss. Bar No. 7735)
P.O. Box 750
Jackson, MS 39205
(601) 969-1010
bcowan@curriejohnson.com

PETTIS, BARFIELD & HESTER, P.A.
J. Lawson Hester
4450 Old Canton Road, Suite 210
Jackson, MS 39211
(601) 987-5300
lhester@pbhfirm.com

*/s/ Joshua Tom*
Joshua Tom