# EXHIBIT 74

| | |
|---|---|
| **From:** | RandyTucker |
| **To:** | bharbour@madison-co.com; mso18@aol.com; tucker_betty@bellsouth.net; tcurtis@madison-co.com; TAYLOR.CHASTAIN@MADISON-CO.COM; tjones@madison-co.com; 'John Martin Harris' |
| **Sent:** | 6/5/2009 1:17:47 PM |
| **Subject:** | FW: "WHITE" Pride" |
| **Attachments:** | ATT00064.jpg |

**From:** Joe Butler [mailto:jbutler.madisonso@yahoo.com]
**Sent:** Thursday, June 04, 2009 10:35 AM
**To:** Kevin Akins; Brian Albin; Trip Bailey; Doug Barneski; Cheif Belvedresi; LeeBo Brock; Mike Brown; Bryan Burnside; Brad Butler; Jim Butler; Taylor Chastain; Sean Dodds; Amanda Dodds; Lee Drake; Robby Gray; Brad Harbour; Josh/Andrea Harkins; Jay Houston; Bee Hudson; Taco Johnson; Chad Joy; Jason King; Russell Kirby; Johnny Little; Kip Luby; Anthony Mitchell; Bo/Barbie scales; Darren Smith; Chad Trigg; Randy Tucker; Jerry Upton; Steve Vinson; Jeff Waldrop; Bill Weisenberger; Will Weisenberger; Robin Welch; Dick Wheeler; TJ Williams; Jeremy Williams; Todd Wilson; Chris Wright; Joey Wuess
**Subject:** "WHITE" Pride"

-

"GOD BLESS AMERICA"

# "WHITE" Pride"

*This is great. I have been wondering about why Whites are racists, and no other race is.....*

☐

## Proud to be White

CONFIDENTIAL                                                                                                                                MCSD_Emails_Reproduced-00281

# Michael Richards makes his point.................
# Michael Richards better known as *Kramer* from TVs Seinfeld does make a good point.

# This was his defense speech in court after making racial comments in his comedy act.  He makes some very interesting points...

# Someone finally said it.  How many are actually paying attention to this?  There are African

CONFIDENTIAL

MCSD_Emails_Reproduced-00282

Americans, Mexican Americans, Asian Americans, Arab Americans, etc.

And then there are just Americans. You pass me on the street and sneer in my direction. You call me 'White boy,' 'Cracker,' 'Honkey,' 'Whitey,' 'Caveman'... and that's OK..

But when I call you, Nigger, Kike, Towel head, Sand-nigger, Camel Jockey, Beaner, Gook, or Chink .. You call me a racist.

CONFIDENTIAL

MCSD_Emails_Reproduced-00283

**You say that whites commit a lot of violence against you... so why are the ghettos the most dangerous places to live?**

**You have the United Negro College Fund. You have Martin Luther King Day.**

**You have Black History Month. You have Cesar Chavez Day..**

**You have Yom Hashoah.  You have Ma'uled Al-Nabi.**

CONFIDENTIAL
MCSD_Emails_Reproduced-00284

**You have the NAACP. You have BET.... If we had WET (White Entertainment Television), we'd be racists. If we had a White Pride Day, you would call us racists.**

**If we had White History Month, we'd be racists.**

**If we had any organization for only whites to 'advance' OUR lives, we'd be racists.**

**We have a Hispanic Chamber of Commerce, a Black Chamber of Commerce, and then we just have**

CONFIDENTIAL                                                                 MCSD_Emails_Reproduced-00285

the plain Chamber of Commerce. Wonder who pays for that??

A white woman could not be in the Miss Black American pageant, but any color can be in the Miss America pageant.

If we had a college fund that only gave white students scholarships... You know we'd be racists.

There are over 60 openly proclaimed Black Colleges in the US .  Yet if there were 'White colleges', that would be a racist

**college.**

**In the Million Man March, you believed that you were marching for your race and rights.  If we marched for our race and rights, you would call us racists.**

**You are proud to be black, brown, yellow and orange, and you're not afraid to announce it.  But when we announce our white pride, you call us racists.**

**You rob us, carjack us, and shoot at us. But, when a white police**

CONFIDENTIAL MCSD_Emails_Reproduced-00287

**officer shoots a black gang member or beats up a black drug dealer running from the law and posing a threat to society, you call him a racist.**

**I am proud.... But you call me a racist.**

**Why is it that only whites can be racists??**

**There is nothing improper about this e-mail.. Let's see which of you are proud enough to send it on.  I sadly don't think many will.**

CONFIDENTIAL

MCSD_Emails_Reproduced-00288

# That's why we have <u>LOST</u> most of <u>OUR RIGHTS</u> in this country. We won't stand up for ourselves!

## *BE PROUD TO BE WHITE!*

### It's not a crime YET... but getting very close!

### It is estimated that ONLY 5% of those reaching this point in this e-mail, will pass it on.

---

**An Excellent Credit Score is 750.. <u>See Yours in Just 2 Easy Steps!</u>**

---

Insert movie times and more without leaving Hotmail®. <u>See how.</u>

CONFIDENTIAL                                                                      MCSD_Emails_Reproduced-00289