# EXHIBIT 87

# MADISON COUNTY SHERIFF'S OFFICE
# NARCOTICS UNIT
# *CASE FILE COVER SHEET*

CASE # \_\_\_\_\_

CRIME: \_\_\_\_\_

DATE & TIME OF OCCURRENCE: \_\_\_\_\_ AT \_\_\_\_\_

LOCATION OF OCCURRENCE: \_\_\_\_\_

ARRESTING OFFICER (S): \_\_\_\_\_ EID# : \_\_\_\_\_ / \_\_\_\_\_ EID# : \_\_\_\_\_

INVESTIGATING OFFICER (S): \_\_\_\_\_ EID# : \_\_\_\_\_ / \_\_\_\_\_ EID# : \_\_\_\_\_

## SUSPECT (S)

NAME: \_\_\_\_\_

ADDRESS: \_\_\_\_\_

D.O.B.: \_\_\_\_\_   SOCIAL SECURITY #: \_\_\_\_\_

DISPOSITION: <u>ARRESTED</u>, _____   RACE: <u>BLACK</u>   SEX: <u>MALE</u>   HOME PHONE: \_\_\_\_\_

DRUG AMOUNT (if applicable) : \_\_\_\_\_   VALUE: \_\_\_\_\_


NAME: \_\_\_\_\_

ADDRESS: \_\_\_\_\_

D.O.B.: \_\_\_\_\_   SOCIAL SECURITY #: \_\_\_\_\_

DISPOSITION: _____, _____   RACE: \_\_\_\_\_   SEX: \_\_\_\_\_   HOME PHONE: \_\_\_\_\_

DRUG AMOUNT (if applicable) : \_\_\_\_\_   VALUE: \_\_\_\_\_

## CHECK LIST

| | | | |
|---|---|---|---|
| OFFENSE REPORT | \_ | WITNESS STATEMENT | \_ |
| RIGHTS SHEET | \_ | PHOTOGRAPHS | \_ |
| ARREST WARRANT | \_ | ARREST HISTORY | \_ |
| AFFIDAVIT | \_ | SEARCH WARRANT | \_ |
| VICTIMS STATEMENT | \_ | CRIME LAB REPORT | \_ |
| SUSPECTS STATEMENT | \_ | NARRATIVE REPORT | \_ |

EVIDENCE LOCATION: \_\_\_\_\_