# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
# NORTHERN DIVISION

**LATOYA BROWN; LAWRENCE BLACKMON**
**HERBERT ANTHONY GREEN; KHADAFY MANNING;**
**QUINETTA MANNING; MARVIN MCFIELD; NICHOLAS**
**SINGLETON; STEVEN SMITH; BESSIE THOMAS; and**
**BETTY JEAN WILLIAMS TUCKER, individually and on**
**behalf of a class of all other similarly situated,**                **PLAINTIFFS**

**VS.**                                           **CIVIL ACTION NO. 3:17-cv-347 WHB LRA**

**MADISON COUNTY, MISSISSIPPI; SHERIFF**
**RANDALL C. TUCKER, in his official capacity; and**
**MADISON COUNTY SHERIFF'S DEPUTIES JOHN**
**DOES #1 through #6, in their individual capacities,**              **DEFENDANTS**

## ORDER GRANTING [DKT. #224 AND #225] UNOPPOSED MOTIONS
## FOR LEAVE TO FILE REVISED MEMORANDUMS IN SUPPORT OF
## MOTIONS FOR SUMMARY JUDGMENT BY DEFENDANTS

Upon Defendants, Madison County, Mississippi, and Sheriff C. Randall Tucker, having moved this Court for permission to file Revised Memorandums in Support of Motions for Summary Judgment they have filed as to the claims of Plaintiffs, Latoya Brown and Steven Smith, and upon this Court having determined that the motions are well-taken and should be granted;

IT IS HEREBY ORDERED AND ADJUDGED that Defendants are hereby granted leave of Court to file Revised Memoranda in Support of their [Dkt. #209 and #211] Motions for Summary Judgment as to Individual and Class Based Claims of Plaintiffs, Latoya Brown and Steven Smith.  The Revised Memoranda shall be filed on or before March 21, 2018.

SO ORDERED this the 14th day of March, 2018.

s/William H. Barbour, Jr.
UNITED STATES DISTRICT JUDGE