IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

LATOYA BROWN; LAWRENCE BLACKMON
HERBERT ANTHONY GREEN; KHADAFY MANNING;
QUINETTA MANNING; MARVIN MCFIELD; NICHOLAS
SINGLETON; STEVEN SMITH; BESSIE THOMAS; and
BETTY JEAN WILLIAMS TUCKER, individually and on
behalf of a class of all other similarly situated,                                    PLAINTIFFS

VS.                                           CIVIL ACTION NO. 3:17-cv-347 WHB LRA

MADISON COUNTY, MISSISSIPPI; SHERIFF
RANDALL C. TUCKER, in his official capacity; and
MADISON COUNTY SHERIFF'S DEPUTIES JOHN
     DOES #1 through #6, in their individual capacities,     DEFENDANTS

**ORDER GRANTING PLAINTIFFS' UNOPPOSED MOTION TO SEAL AS
RESTRICTED PORTIONS OF CERTAIN EXHIBITS**

Upon Plaintiffs, having moved this Court for permission to conventionally file certain portions of Exhibits 3, 10, and 89 to Plaintiffs' Motion for Class Certification (ECF No. 231) as restricted from public access only, and upon this Court having exercised its discretion in light of the relevant facts and circumstances of the particular case and weighed the interests advanced by the parties in light of the public interest and the duty of the courts;

IT IS HEREBY ORDERED AND ADJUDGED that Plaintiffs' Motion to Seal as Restricted Portions of Certain Exhibits (ECF No. 235) is granted.  The redacted portions of Exhibits 3, 10 and 89 to Plaintiffs' Motion for Class Certification found at ECF Nos. 231-3, 231-10, and 231-89 are restricted from public access, with CM/ECF access to these unredacted exhibits limited to Plaintiffs' and Defendants' counsel in this case.

SO ORDERED AND ADJUDGED, this  15th day of March, 2018.

                                        s/ William H. Barbour, Jr.
                                        UNITED STATES DISTRICT JUDGE