### IN THE UNITED STATES DISTRICT COURT
### FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
### JACKSON DIVISION

LATOYA BROWN; LAWRENCE BLACKMON
HERBERT ANTHONY GREEN; KHADAFY MANNING;
QUINETTA MANNING; MARVIN MCFIELD; NICHOLAS
SINGLETON; STEVEN SMITH; BESSIE THOMAS; and
BETTY JEAN WILLIAMS TUCKER, individually and on
behalf of a class of all other similarly situated,                               PLAINTIFFS

v.                                              CIVIL ACTION NO. 3:17-cv-347 WHB LRA

MADISON COUNTY, MISSISSIPPI; SHERIFF
RANDALL S. TUCKER, in his official capacity; and
MADISON COUNTY SHERIFF'S DEPUTIES JOHN
 DOES #1 through #6, in their individual capacities,                             DEFENDANTS
_____

### NOTICE OF DEPOSITION WITH DOCUMENT PRODUCTION
_____

PLEASE TAKE NOTICE that Defendants Madison County, Mississippi and Sheriff Randall C. Tucker, by and through counsel, shall depose the following person, on the date, at the location, and time designated below, upon oral examination by stenographic means, under oath before a duly authorized court reporter or other officer authorized by law to administer oaths under law.

NAME:       BRYAN RICCHETTI, Ph.D.

DATE:       Friday, April 6, 2018

TIME:       9:00 A.M.

PLACE:      Cornerstone Research
            181 West Madison Street
            Chicago, Illinois  60602
            Tel. #:  312-345-7300

The oral examination shall continue from day to day until completed.  You are notified to appear and take part in the examination as you deem proper.

Plaintiffs are further commanded to have the deponent have with him at such time any and all items listed in Exhibit "A" attached hereto.

This the 27th day of March, 2018.

          *s/ Charles E. Ross*
          Michael B. Wallace (MSB #6904)
          Charles E. Ross (MSB #5683)
          James E. Graves (MSB #102252)
          Charles E. Cowan (MSB #104478)
          T. Russell Nobile (MSB #100682)
          WISE CARTER CHILD & CARAWAY, P.A.
          Post Office Box 651
          Jackson, Mississippi  39205-0651
          Telephone: 601-968-5534
          mbw@wisecarter.com
          cer@wisecarter.com
          jeg@wisecarter.com
          cec@wisecarter.com

          Rebecca B. Cowan (MSB #7735)
          CURRIE JOHNSON & MYERS, P.A.
          P.O. Box 750
          Jackson, Mississippi  39205-0750
          Telephone: 601-969-1010
          bcowan@curriejohnson.com

          Katie Bryant Snell (MSB# 103607)
          KATIE BRYANT SNELL, PLLC
          P.O. Box 3007
          Madison, Mississippi 39130-3007
          Telephone: 601-460-9800
          katie@katiebryantsnell.com

          **ATTORNEYS FOR DEFENDANTS MADISON COUNTY, MISSISSIPPI and SHERIFF RANDALL C. TUCKER, in his official capacity.**

**CERTIFICATE OF SERVICE**

  I, Charles E. Ross, hereby certify that I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to the following:

    Joshua Tom (MSB #105392)
    Paloma Wu *(pro hac vice* forthcoming)
    AMERICAN CIVIL LIBERTIES UNION OF MISSISSIPPI FOUNDATION
    233 East Capitol Street
    Jackson, MS 39201
    (601) 354-3408
    PWu@aclu-ms.org
    JTom@aclu-ms.org

    Jonathan K. Youngwood *(pro hac vice* forthcoming)
    Janet A. Gochman *(pro hac vice* forthcoming)
    Isaac Rethy *(pro hac vice* forthcoming)
    Nihara K. Choudhri *(pro hac vice* forthcoming)
    Yukiu Chan *(pro hac vice* forthcoming)
    SIMPSON THATCHER & BARTLETT LLP
    425 Lexington A venue
    New York, NY 10017
    (212) 455-2000
    jyoungwood@stblaw.com
    jgochman@stblaw.com
    irethy@stblaw.com
    nchoudhri@stblaw.com
    monica.chan@stblaw.com

    Ezekiel Edwards *(pro hac vice* forthcoming)
    Jeffery Robinson *(pro hac vice* forthcoming)
    AMERICAN CIVIL LIBERTIES UNION FOUNDATION
    125 Broad Street
    New York, NY 10004
    (212) 549-2610
    eedwards@aclu.org
    jrobinson@aclu.org

  This the 27th day of March, 2018.

            *s/ Charles E. Ross*
            Charles E. Ross

## EXHIBIT "A"

Deponent BRYAN RICCHETI, Ph.D, is requested to bring the following documents with him to his deposition to be taken on Friday, April 6, 2018, at 9:00 a.m.

1. Your entire file in this matter to include all materials supplied to you by counsel for Plaintiff and any computations, draft reports, notes or other documents prepared by you with regard to this case, your opinions, or your testimony.

2. Any and all billing and time records.