**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**
**JACKSON DIVISION**

**LATOYA BROWN; LAWRENCE BLACKMON**
**HERBERT ANTHONY GREEN; KHADAFY MANNING;**
**QUINETTA MANNING; MARVIN MCFIELD; NICHOLAS**
**SINGLETON; STEVEN SMITH; BESSIE THOMAS; and**
**BETTY JEAN WILLIAMS TUCKER, individually and on**
**behalf of a class of all other similarly situated,**                        **PLAINTIFFS**

**v.**                                         **CIVIL ACTION NO. 3:17-cv-347 WHB LRA**

**MADISON COUNTY, MISSISSIPPI; SHERIFF**
**RANDALL S. TUCKER, in his official capacity; and**
**MADISON COUNTY SHERIFF'S DEPUTIES JOHN**
**DOES #1 through #6, in their individual capacities,**                       **DEFENDANTS**
_____

**NOTICE OF DEPOSITION WITH DOCUMENT PRODUCTION**
_____

PLEASE TAKE NOTICE that Defendants Madison County, Mississippi and Sheriff Randall C. Tucker, by and through counsel, shall depose the following person, on the date, at the location, and time designated below, upon oral examination by stenographic means, under oath before a duly authorized court reporter or other officer authorized by law to administer oaths under law.

NAME:        RAHUL GUHA, PH.D

DATE:        Wednesday, April 18, 2018

TIME:        9:00 A.M.

PLACE:       Law Offices of Simpson Thacher & Bartlett LLP
             425 Lexington Avenue
             New York, NY  10017
             Tel. #:  212-455-3869

The oral examination shall continue from day to day until completed.  You are notified to appear and take part in the examination as you deem proper.

Plaintiffs are further commanded to have the deponent have with him at such time any and all items listed in Exhibit "A" attached hereto.

This the 27th day of March, 2018.

    *s/ Charles E. Ross*
Michael B. Wallace (MSB #6904)
Charles E. Ross (MSB #5683)
James E. Graves (MSB #102252)
Charles E. Cowan (MSB #104478)
T. Russell Nobile (MSB #100682)
WISE CARTER CHILD & CARAWAY, P.A.
Post Office Box 651
Jackson, Mississippi  39205-0651
Telephone: 601-968-5534
mbw@wisecarter.com
cer@wisecarter.com
jeg@wisecarter.com
cec@wisecarter.com

Rebecca B. Cowan (MSB #7735)
CURRIE JOHNSON & MYERS, P.A.
P.O. Box 750
Jackson, Mississippi  39205-0750
Telephone: 601-969-1010
bcowan@curriejohnson.com

Katie Bryant Snell (MSB# 103607)
KATIE BRYANT SNELL, PLLC
P.O. Box 3007
Madison, Mississippi 39130-3007
Telephone: 601-460-9800
katie@katiebryantsnell.com

**ATTORNEYS FOR DEFENDANTS MADISON COUNTY, MISSISSIPPI and SHERIFF RANDALL C. TUCKER, in his official capacity.**

## CERTIFICATE OF SERVICE

I, Charles E. Ross, hereby certify that I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to the following:

>Joshua Tom (MSB #105392)
>Paloma Wu *(pro hac vice* forthcoming)
>AMERICAN CIVIL LIBERTIES UNION OF MISSISSIPPI FOUNDATION
>233 East Capitol Street
>Jackson, MS 39201
>(601) 354-3408
>PWu@aclu-ms.org
>JTom@aclu-ms.org
>
>Jonathan K. Youngwood *(pro hac vice* forthcoming)
>Janet A. Gochman *(pro hac vice* forthcoming)
>Isaac Rethy *(pro hac vice* forthcoming)
>Nihara K. Choudhri *(pro hac vice* forthcoming)
>Yukiu Chan *(pro hac vice* forthcoming)
>SIMPSON THATCHER & BARTLETT LLP
>425 Lexington Avenue
>New York, NY 10017
>(212) 455-2000
>jyoungwood@stblaw.com
>jgochman@stblaw.com
>irethy@stblaw.com
>nchoudhri@stblaw.com
>monica.chan@stblaw.com
>
>Ezekiel Edwards *(pro hac vice* forthcoming)
>Jeffery Robinson *(pro hac vice* forthcoming)
>AMERICAN CIVIL LIBERTIES UNION FOUNDATION
>125 Broad Street
>New York, NY 10004
>(212) 549-2610
>eedwards@aclu.org
>jrobinson@aclu.org

This the 27th day of March, 2018.

>*s/ Charles E. Ross*
>Charles E. Ross

## **EXHIBIT "A"**

Deponent RAHUL GUHA, PH.D., is requested to bring the following documents with him to his deposition to be taken on Wednesday, April 18, 2018, at 9:00 a.m.

1. Your entire file in this matter to include all materials supplied to you by counsel for Plaintiff and any computations, draft reports, notes or other documents prepared by you with regard to this case, your opinions, or your testimony.

2. Any and all billing and time records.