# UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
### NORTHERN DIVISION

| | |
|---|---|
| LATOYA BROWN, *et al.*, individually and on behalf of a class of all others similarly situated,<br><br>    Plaintiffs,<br><br>        v.<br><br>MADISON COUNTY, MISSISSIPPI, *et al.*,<br><br>    Defendants. | Civil Action No.<br>3:17-cv-00347-WHB-LRA<br><br>**JOINT MOTION FOR<br>EXTENSION OF BRIEFING<br>SCHEDULE FOR DEFENDANTS'<br>MOTION TO DENY<br><u>CLASS CERTIFICATION</u>** |

Plaintiffs and Defendants (collectively, the "Parties") respectfully submit this Joint Motion for extension of deadlines in connection with Defendants' Motion to Deny Class Certification (ECF Nos. 238-29).  In support of this Joint Motion, the Parties would show as follows:

1.     On February 27, 2018, Magistrate Judge Anderson entered a Stipulated Scheduling Order concerning the schedule for briefing and expert discovery on Plaintiffs' motion for class certification (ECF No. 202).  Pursuant to this Order, Plaintiffs' motion for class certification was filed on March 14, 2018 (ECF Nos. 231-32).  Defendants' opposition to the motion for class certification is due on May 8, 2018, and Plaintiffs' reply in further support of the motion is due on July 2, 2018.

2.     The Parties have conferred and agree, subject to the Court's approval, that the schedule for briefing Defendants' Motion to Deny Class Certification, which was also filed on March 14, 2018, should be modified to correspond to the existing schedule for briefing on Plaintiffs' motion for class certification.

3.      Under the briefing schedule proposed by the Parties, Plaintiffs' briefing in opposition to Defendants' Motion to Deny Class Certification would be due on or before May 8, 2018, and Defendants' reply briefing would be due on or before July 2, 2018.

4.      The Parties now jointly submit that good cause exists for entry of an Order reflecting the foregoing agreement of the Parties. The Parties are contemporaneously submitting an agreed proposed Order to the Court via e-mail, and respectfully request that the Court approve and adopt the proposed Order as an Order of the Court.

5.      The Parties reserve all rights, claims, and defenses, both procedural and substantive, with respect to all pending motions and other matters, and this Joint Motion does not constitute a waiver or concession with respect to any such right, claim, or defense.

Dated: April 5, 2018

By: _/s/ Joshua Tom_____          By: _/s/ Michael B. Wallace_____
    Joshua Tom                               Michael B. Wallace

AMERICAN CIVIL LIBERTIES UNION          WISE CARTER CHILD & CARAWAY, P.A.
OF MISSISSIPPI FOUNDATION               Michael B. Wallace (MSB #6904)
Joshua Tom (MSB #105392)                Charles E. Ross (MSB #5683)
233 East Capitol Street                 James E. Graves (MSB #102252)
Jackson, MS 39201                       Charles E. Cowan (MSB #104478)
(601) 354-3408                          Post Office Box 651
JTom@aclu-ms.org                        Jackson, Mississippi 39205-0651
                                        Telephone: 601-968-5534
AMERICAN CIVIL LIBERTIES UNION          Facsimile: 601- 944-7738
FOUNDATION                              mbw@wisecarter.com
Ezekiel Edwards (*pro hac vice*)        cer@wisecarter.com
Jeffery Robinson (*pro hac vice* forthcoming)   jeg@wisecarter.com
125 Broad Street                        cec@wisecarter.com
New York, NY 10004
(212) 549-2610                          and
eedwards@aclu.org
jrobinson@aclu.org                      WISE CARTER CHILD & CARAWAY, P.A.
                                        T. Russell Nobile (MSB #100682)
                                        2510 14th Street, Suite 1125
                                        Gulfport, Mississippi 39501

2

SIMPSON THACHER & BARTLETT LLP
Jonathan K. Youngwood (*pro hac vice*)
Janet A. Gochman (*pro hac vice*)
Isaac Rethy (*pro hac vice*)
Kavitha S. Sivashanker (*pro hac vice*)
Nihara K. Choudhri (*pro hac vice*)
Christopher Shields (*pro hac vice*)
Brooke Jarrett (*pro hac vice*)
Christopher Jumin Lee (*pro hac vice*)
425 Lexington Avenue
New York, NY 10017
(212) 455-2000
jyoungwood@stblaw.com
jgochman@stblaw.com
irethy@stblaw.com
kavitha.sivashanker@stblaw.com
nchoudhri@stblaw.com
christopher.shields@stblaw.com
bonnie.jarrett@stblaw.com
christopherjumin.lee@stblaw.com

*Attorneys for Plaintiffs*

Telephone: 228-867-7141
Facsimile: 228-867-7142
trn@wisecarter.com

OF COUNSEL:

CURRIE JOHNSON & MYERS, P.A.
Rebecca B. Cowan (MSB #7735)
1044 River Oaks Dr.
Jackson, MS 39232
P.O. Box 750
Jackson, Mississippi 39205-0750
Telephone: 601-969-1010
Facsimile: 601-969-5120
bcowan@curriejohnson.com

KATIE BRYANT SNELL, PLLC
Katie Bryant Snell (MSB #103607)
P.O. Box 3007
Madison, Mississippi 39130-3007
Telephone: 601-460-9800
katie@katiebryantsnell.com

PETTIS, BARFIELD & HESTER, P.A.
J. Lawson Hester (MSB #2394)
4450 Old Canton Road, Suite 210
Jackson, Mississippi 39211
Telephone: (601) 987-5300
Facsimile: (601) 987-5353
lhester@pbhfirm.com

*Attorneys for Defendants*

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on April 5, 2018, I caused the foregoing **JOINT MOTION FOR EXTENSION OF BRIEFING SCHEDULE FOR DEFENDANTS' MOTION TO DENY CLASS CERTIFICATION** to be electronically filed with the Clerk of the Court using the CM/ECF system, which has generated and delivered electronic notice of filing to all counsel of record who have consented to electronic service.

*/s/ Joshua Tom* _____