**IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION**

| | |
|---|---|
| **LATOYA BROWN; et al** | **PLAINTIFFS** |
| **v.** | **CAUSE NO. 3:17cv347-WHB-LRA** |
| **MADISON COUNTY, MISSISSIPPI; et al** | **DEFENDANTS** |

_____

**NOTICE OF ATTORNEY APPEARANCE**
_____

**NOW COMES** Jason E. Dare of Pettis, Barfield & Hester, P.A., and enters an appearance as one of the counsel of record for the Defendants, Madison County, Mississippi and Sheriff Randall Tucker, in his official capacity, in the above-styled and numbered action.

**RESPECTFULLY SUBMITTED,** this the 6th day of April, 2018.

             **MADISON COUNTY, MISSISSIPPI and SHERIFF
             RANDALL TUCKER, IN HIS OFFICIAL
             CAPACITY – Defendants**

    **BY:**  _/s/ Jason E. Dare_
         **JASON E. DARE**

**OF COUNSEL:**

J. Lawson Hester (MSB No. 2394)
lhester@pbhfirm.com
Jason E. Dare (MSB No. 100973)
jdare@pbhfirm.com
Pettis, Barfield & Hester, P.A.
Post Office Box 16089
Jackson, Mississippi  39236-6089
Telephone: (601) 987-5300
Facsimile: (601) 987-5353

**OF COUNSEL (cont.):**

Michael B. Wallace (MSB No. 6904)
mbw@wisecarter.com
Charles E. Ross (MSB No. 5683)
cer@wisecarter.com
James E. Graves (MSB No. 102252)
jeg@wisecarter.com
Charles E. Cowan (MSB No. 104478)
cec@wisecarter.com
WISE CARTER CHILD & CARAWAY, P.A.
Post Office Box 651
Jackson, Mississippi 39205-0651
Telephone:    (601) 968-5534
Facsimile:     (601) 944-7738

T. Russell Nobile (MSB No. 100682)
trn@wisecarter.com
WISE CARTER CHILD & CARAWAY, P.A.
2510 14th Street, Suite 1125
Gulfport, Mississippi 39501
Telephone:    (228) 867-7141
Facsimile:     (228) 867-7142

Rebecca B. Cowan (MSB No. 7735)
bcowan@curriejohnson.com
CURRIE JOHNSON & MYERS, P.A.
Post Office Box 750
Jackson, Mississippi  39205-0750
Telephone:    (601) 969-1010
Facsimile:     (601) 969-5120

Katie Bryant Snell (MSB No. 103607)
katie@katiebryantsnell.com
KATIE BRYANT SNELL, PLLC
Post Office Box 3007
Madison, Mississippi  39130-3007
Telephone:    (601) 460-9800
Facsimile:     (601) 460-9801

**CERTIFICATE OF SERVICE**

I, JASON E. DARE, hereby certify that on this day, I electronically filed the foregoing with the Clerk of the Court using the ECF system, which sent a true and correct copy of the pleading to all counsel of record, including the following:

Joshua Tom, Esq. (PWu@aclu-ms.org; JTom@aclu-ms.org)
AMERICAN CIVIL LIBERTIES UNION OF MISSISSIPPI FOUNDATION
233 E. Capitol Street
Jackson, Mississippi 39201

Jonathan K. Youngwood, Esq. (*pro hac vice*) (jyoungwood@stblaw.com)
Janet A. Gochman, Esq. (*pro hac vice*) (jgochman@stblaw.com)
Isaac Rethy, Esq. (*pro hac vice*) (irethy@stblaw.com)
Nihara K. Choudhri, Esq. (*pro hac vice*) (nchoudhri@stblaw.com)
Kavitha Satya Sivashanker, Esq. (*pro hac vice*) (kavitha.sivashanker@stblaw.com)
Brooke Jarrett, Esq. (*pro hac vice*) (bonnie.jarrett@stblaw.com)
Jumin Lee, Esq. (*pro hac vice*) (christopherjumin.lee@stblaw.com)
Christopher K. Shields, Esq. (*pro hac vice*) (christopher.shields@stblaw.com)
SIMPSON THATCHER & BARTLETT, LLP
425 Lexington Avenue
New York, New York  10017

Ezekiel Edwards, Esq. (*pro hac vice*) (eedwards@aclu.org)
Jeffery Robinson, Esq. (*pro hac vice*) (jrobinson@aclu.org)
AMERICAN CIVIL LIBERTIES UNION FOUNDATION
125 Broad Street
New York, New York  10004

**SO CERTIFIED,** this the 6th day of April, 2018.

                                                             */s/ Jason E. Dare*
                                                             **JASON E. DARE**