# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
# NORTHERN DIVISION

**LATOYA BROWN,** *et al.*, **individually and on behalf of a class of all others similarly situated,**

                     **PLAINTIFFS**

**VS.**          **CIVIL ACTION NO. 3:17-cv-347 WHB LRA**

**MADISON COUNTY, MISSISSIPPI,** *et al.*,

                     **DEFENDANTS**

## ORDER

This Order resolves Plaintiffs' Expedited Motion For Coordination Of Briefing On Defendants' Motions For Summary Judgment And For Extension Of Time (ECF No. 251, the "Motion"), consistent with the Court's oral ruling on the telephonic hearing held on April 10, 2018.

IT IS HEREBY ORDERED AS FOLLOWS:

1. The Motion is **GRANTED IN PART AND DENIED IN PART**, as set forth herein.

2. Plaintiffs are authorized to file a consolidated memorandum of law not exceeding 75 pages in response to Defendants' six motions for summary judgment that have been filed as of April 10, 2018 (ECF Nos. 209, 211, 218, 220, 222 and 228, collectively referred to herein as the "Rule 56 Motions"). Plaintiffs' response to the Rule 56 Motions shall be filed on or before **May 1, 2018**.

3. Defendants' reply briefing in further support of the Rule 56 Motions shall not exceed 50 pages and shall be filed on or before **May 22, 2018**.

4.	The briefing schedule set forth by this Order supersedes any schedule previously applicable to the Rule 56 Motions.  Except as set forth herein, all other scheduling orders in this Action remain in full effect.

SO ORDERED AND ADJUDGED, this the 13th day of April, 2018.


_S/ Linda R. Anderson_____
UNITED STATES MAGISTRATE JUDGE