### IN THE UNITED STATES DISTRICT COURT
### FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
### NORTHERN DIVISION

**LATOYA BROWN,** *et al.***, individually and on
behalf of a class of all others similarly situated,**

**PLAINTIFFS**

**VS.**                                **CIVIL ACTION NO. 3:17-cv-347 WHB LRA**


**MADISON COUNTY, MISSISSIPPI,** *et al.***,**

**DEFENDANTS**


### ORDER

The Court has considered the Motion filed by Plaintiffs seeking further consolidation of briefing on Defendants' summary judgment motions.  The Motion is GRANTED.

1.      Plaintiffs are authorized to file a consolidated memorandum of law not exceeding 95 pages in response to Defendants' seven motions for summary judgment that have been filed as of April 20, 2018 (ECF Nos. 209, 211, 218, 220, 222, 228 and 256) collectively referred to herein as the "Rule 56 Motions").  Plaintiffs' response to the Rule 56 Motions shall be filed on or before **May 1, 2018**.

3.      Defendants' reply briefing in further support of the Rule 56 Motions shall not exceed 65 pages and shall be filed on or before **May 22, 2018**.

4.      Except as set forth herein, all other scheduling orders in this Action remain in full effect.

SO ORDERED, this the 26th day of April, 2018.


___S/ Linda R. Anderson_____
UNITED STATES MAGISTRATE JUDGE