# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
# NORTHERN DIVISION

**LATOYA BROWN; ET AL.**                                                                 **PLAINTIFFS**

**CIVIL ACTION NO. 3:17-CV-347-WHB-LRA**

**V.**

**MADISON COUNTY, MISSISSIPPI; ET AL.**                                      **DEFENDANTS**

### NOTICE OF SERVICE OF SECOND SUPPLEMENTAL RULE 26(a)(1) INITIAL DISCLOSURES OF DEFENDANTS MADISON COUNTY, MISSISSIPPI AND SHERIFF RANDALL TUCKER, IN HIS OFFICIAL CAPACITY

TO:   ALL COUNSEL OF RECORD

NOTICE is hereby given that the Defendants, Madison County, Mississippi and Sheriff Randall Tucker, in his official capacity, have served a copy of their *second* supplemental Rule 26(a)(1) Initial Disclosures in accordance with the *Federal Rules of Civil Procedure* 26(a)(1). The original of this legal document is being retained by the undersigned counsel for the defendants.

THIS the 8th day of May, 2018.

Respectfully submitted:

**MADISON COUNTY, MISSISSIPPI and
SHERIFF RANDALL S. TUCKER, IN
HIS OFFICIAL CAPACITY**

BY:   */s/ Rebecca B. Cowan*
          Rebecca B. Cowan (MSB #7735)

OF COUNSEL:

CURRIE JOHNSON & MYERS, P.A.
1044 River Oaks Drive
Jackson, MS   39232
P.O. Box 750
Jackson, MS  39205-0750
Telephone: 601-969-1010
Facsimile:  601-969-5120
bcowan@curriejohsnon.com

Katie Bryant Snell (MSB #103607)
KATIE BRYANT SNELL, PLLC
P.O. Box 3007
Madison, Mississippi 39130-3007
Telephone: 601-460-9800
katie@katiebryantsnell.com

Michael B. Wallace (MSB #6904)
Charles E. Ross (MSB #5683)
James E. Graves (MSB #102252)
Charles E. Cowan (MSB #104478)
WISE CARTER CHILD & CARAWAY, P.A.
Post Office Box 651
Jackson, Mississippi  39205-0651
Telephone: 601-968-5534
Facsimile: 601- 944-7738
mbw@wisecarter.com
cer@wisecarter.com
jeg@wisecarter.com
cec@wisecarter.com

T. Russell Nobile (MSB #100682)
WISE CARTER CHILD & CARAWAY, P.A.
2510 14th Street, Suite 1125
Gulfport, Mississippi 39501
Telephone: 228-867-7141
Facsimile: 228-867-7142
trn@wisecarter.com

J. Lawson Hester (MSB #2394)
Jason E. Dare (MSB #100973)
PETTIS, BARFIELD & HESTER, P.A.
4450 Old Canton Rd., Suite 210
Jackson, Mississippi 39211
Telephone:  601-987-5300
Facsimile:  601-987-5353
lhester@pbhfirm.com
jdare@pbhfirm.com

**CERTIFICATE OF SERVICE**

    I, Rebecca B. Cowan, hereby certify that I have this day, electronically filed the above and foregoing with the Clerk of Court using the ECF system which will automatically provide e-mail notification of said filing upon the following:

Joshua Tom, Esq.
American Civil Liberties Union of Mississippi Foundation
233 E. Capitol Street
Jackson, MS 39201
JTom@aclu-ms.org

Jonathan K. Youngwood, Esq. (*pro hac vice*)
Janet A. Gochman, Esq. (*pro hac vice*)
Isaac Rethy, Esq. (*pro hac vice*)
Kavitha S. Sivashanker, Esq. (*pro hac vice*)
Nihara K. Choudhri, Esq. (*pro hac vice*)
Christopher K. Shields (*pro hac vice*)
Brooke Jarrett, Esq. (*pro hac vice*)
Christopher Jumin Lee, Esq. (*pro hac vice*)
Simpson Thatcher & Bartlett, LLP
425 Lexington Avenue
New York, NY 10017
jyoungblood@stblaw.com
jgochman@stblaw.com
irethy@stblaw.com
nchoudhri@stblaw.com
kavitha.sivashanker@stblaw.com
bonnie.jarrett@stblaw.com
christopher.shields@stblaw.com
christopherjumin.lee@stblaw.com

Ezekiel Edwards, Esq. (*pro hac vice*)
Jeffery Robinson, Esq. (*pro hac vice forthcoming*)
American Civil Liberties Union Foundation
125 Broad Street
New York, NY 10004
eedwards@aclu.org
jrobinson@aclu.org

This the 8th day of May, 2018.

                                        */s/ Rebecca B. Cowan*
                                        Rebecca B. Cowan