# EXHIBIT 60

EXHIBIT DD

**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**
**NORTHERN DIVISION**

| | |
|---|---|
| LATOYA BROWN; LAWRENCE BLACKMON; HERBERT ANTHONY GREEN; KHADAFY MANNING; QUINNETTA MANNING; MARVIN MCFIELD; NICHOLAS SINGLETON; STEVEN SMITH; BESSIE THOMAS; and BETTY JEAN WILLIAMS TUCKER, individually and on behalf of a class of all others similarly situated,<br><br>    Plaintiffs,<br><br>        v.<br><br>MADISON COUNTY, MISSISSIPPI; SHERIFF RANDALL S. TUCKER, in his official capacity; and MADISON COUNTY SHERIFF'S DEPUTIES JOHN DOES #1 through #6, in their individual capacities,<br><br>    Defendants. | Civil Action No.<br>3:17-cv-00347-WHB-LRA<br><br><br>**DECLARATION OF EARLINE WILDER** |

I, EARLINE WILDER, declare the following under penalty of perjury pursuant to 28 U.S.C. § 1746:

1.     My name is Earline Wilder. I am 41-year-old a Black woman. I live in Canton Estates in Canton, Mississippi.

2.     The Madison County Sheriff's Department regularly sets up roadblocks at the entrance the Canton Estates. Because the roadblocks are at the entrance, residents can't enter or exit the community without passing through the roadblock.

PL-MCSD 0000072

2

3. They set up the roadblocks in the mornings and in the evenings when people are leaving for and coming home from work. Sometimes the roadblocks are set up multiple times in a week.

4. I believe they set up roadblocks in Canton Estates because the residents are Black.

5. I have been stopped at the roadblocks twice. I the MCSD officers had no reason to stop me. I was only stopped because I was driving into Canton Estates. Everyone I saw enter before and after me was stopped as well.

6. The MCSD officers also have a jump out patrol that drives recklessly around my community and puts our children in danger. I have witnessed them speeding on the grass around our homes where children are out playing.

7. As a result, I have to keep my children and grandchildren inside when the MCSD is in my neighborhood because I fear they will be hurt.

I declare under penalty of perjury that the statements above are true and correct.

Earlene M. Webber

10/22/17

Date

# EXHIBIT 61

## UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
## NORTHERN DIVISION

LATOYA BROWN; LAWRENCE
BLACKMON; HERBERT ANTHONY
GREEN; KHADAFY MANNING;
QUINNETTA MANNING; MARVIN
MCFIELD; NICHOLAS SINGLETON;
STEVEN SMITH; BESSIE THOMAS; and
BETTY JEAN WILLIAMS TUCKER,
individually and on behalf of a class of all
others similarly situated,

Plaintiffs,

v.

MADISON COUNTY, MISSISSIPPI;
SHERIFF RANDALL S. TUCKER, in his
official capacity; and MADISON COUNTY
SHERIFF'S DEPUTIES JOHN DOES #1
through #6, in their individual capacities,

Defendants.

Civil Action No.
3:17-cv-00347-WHB-LRA

**DECLARATION OF MICHELLE WILLIAMS**

I, Michelle Williams, declare the following under penalty of perjury pursuant to 28 U.S.C. §

1746:

1. My name is Michelle Williams. I am 31 years old. I am a Black woman. I live

in Fort Pierce, Florida.

2. In April 2015, I was living in Oxford, Mississippi. I was a full-time law student at

University of Mississippi School of Law. I was finishing my third year. I was also seven

months pregnant.

3. My husband and I own a piece of land in Port Gibson, Mississippi. In order to get

from Oxford to Port Gibson, we had to drive through Madison County.

PL-MCSD 00000107

4.   Late at night on April 12, 2015, we were driving home to Oxford from Port Gibson. I was driving, my husband was in the front seat, and my 11-month-old daughter was in the back seat.

5.   We were driving a brand new car, so we did not yet have a tag on the car. But we had all of the necessary information with us.

6.   We pulled off of I-55 in Madison County to get gas and some food. As soon as we pulled back onto the highway, a MCSD car started to follow us. As soon as we left the lit area around the exit, the MCSD officer turned on his lights signaling me to pull over. It was very dark and we were the only car on the road.

7.   I was already scared of the Madison County Sheriff's Department. Several months earlier there had been a presentation at my law school which included information on the vast levels of racism in the city of Madison and the Madison County Sheriff's Department. I was warned to be very careful when driving through Madison County and was wary of the MCSD.

8.   This was also at a time when almost every night on the news I would see that Black people, particularly Black men, were being killed during seemingly routine interactions with police officers. Just the night before, I remember seeing on the news that a man was killed during a traffic stop.

9.   I was scared for my safety. I was even more scared for my husband and my child.

10.   I immediately slowed down and put on my hazard lights to indicate to the officer that I saw him. I called dispatch to ask them to get in touch with the officer and tell him I was afraid to pull over on a dark, empty road, but that I would pull over at the next lighted area. Dispatch agreed.

PL-MCSD 00000108

11.     When dispatch came back on the phone with me, however, he told me that the officer had told him the next lighted area was in Memphis, Tennessee.

12.     I had driven this road many times before and I knew this was not true.

13.     The officer sped up beside and was shining a flashlight in my car. This made us even more afraid.

14.     I asked my husband if he would feel comfortable if I pulled over and he was terrified as well. He said no.

15.     I then gave dispatch all of my information: my name, social security number, my driver's license number, my address. He told me I would receive a ticket in the mail.

16.     I was relieved by this result and agreed to look out for, and promptly respond to, the ticket. The officer pulled away and we continued back to Oxford.

17.     Two days later the Oxford Police department showed up to arrest me for the incident in Madison County. I was extremely embarrassed because my husband was in the Oxford Police Academy at that time. But I was also completely confused – I had been told I would be receiving a ticket in the mail, I couldn't understand how this had transformed into my arrest.

18.     The Oxford Police brought me to their jail to hold me until the MCSD arrived to take me to Madison County. Oxford Police called three times to the MCSD telling them to come pick me up, but they did not show up. During the last phone call they said they told the MCSD they were going to let me go home if the MCSD didn't arrive shortly.

19.     The MCSD finally showed up very late at night. All told, I waited almost five or six hours for them in Oxford.

PL-MCSD 00000109

20.     They drove me to the Madison County Detention Center. The judge made it extremely difficult for me to get bail. Even though I had no criminal history, a husband at home with an infant missing work, and was seven months pregnant, I spent three nights in jail.

21.     When I went before the judge, I was charged with resisting arrest, despite there being no attempt at an arrest. I was also charged with failure to stop, speeding, and not having a tag.

22.     I plead guilty to speeding. I showed proof of tag, and that charge was dismissed.

23.     I did not plead guilty to resisting arrest or failure to stop. I tried to explain to the judge that I wanted to stop, but too afraid to stop on an empty dark road.

24.     The judge, who was white, told me my concern was unwarranted. She told me she knew the officer and "he's a big teddy bear." She found me guilty.

25.     This is the same officer who followed me until it was dark, lied about how far it was until the next lighted area, drove around my car in menacing way, shined a flashlight in my face, and misled me to believe I would receive a ticket in the mail just to turn around and have me arrested. I do not believe this man is a teddy bear.

26.     I did not have any money to appeal.

27.     In May 2015, I graduated from law school. After graduation, I applied to take the Mississippi Bar.

28.     In order to take the bar, I first had to sit for a character and fitness exam. During the interview with the Character and Fitness Committee, I was asked questions about what happened on that night in April 2015 with the MCSD. I answered their questions honestly. I told them I was trying to comply and I was afraid.

29.     Ultimately, the committee decided I was not allowed to sit for the bar exam. They told me I had showed a lack of respect for law enforcement.

30.     I had thirty days to appeal to a court, but I couldn't afford it.

31.     This one incident with the MCSD essentially ruined my life. I have wanted to be a lawyer since I was nine years old. Despite having no money, I worked hard to get into law school, and even harder to graduate. My family was so supportive and excited for me that I was following my dreams.

32.     Yet, I was denied a chance to take the bar. I fell into a state of depression. I felt like I wasn't doing my part to support my husband and my children. I had gotten so far, and I let my family down.

33.     We ultimately moved to Florida, where my mom lived, just a few months ago. My hope was I could take the Florida bar, having been denied my opportunity in Mississippi. My mom was going to take care of my children while I studied. Sadly, just a month ago, my mom passed away.

34.     I don't know what I am going to do or where we are going to live now. We still have property in Mississippi, but travelling back to Mississippi, or visiting my law school, means I may have to drive through Madison County again. I am afraid of what may happen to me.

I declare under penalty of perjury that the statements above are true and correct.

_Michelle Williams_

2/12/18
Date

*LaToya Brown, et al. vs. Madison County, Mississippi, et al.*
**United States District Court**
**Southern District of Mississippi**
**Civil Action No. 3:17-CV-347-WHB-LRA**

### AFFIDAVIT OF RECORDS CUSTODIAN

I, Chief Jeremy Williams, am the duly authorized custodian of the Madison County Sheriff's Department's records on James Bacon, and as such have the authority to certify the attached records. The records attached hereto constitute a true and correct copy of the incident report from May 11, 2012. The attached records were prepared by the personnel of **Madison County Sheriff's Department**, or person acting under the control of either, in the ordinary course of business.

And further affiant saith not.

By: _____
Chief Jeremy Williams

SWORN TO AND SUBSCRIBED before me, this the 2nd day of MAY , 2018.

_____
NOTARY PUBLIC

My Commission Expires:

01/17/20

STATE OF MISSISSIPPI
NOTARY PUBLIC
ID #58304
LYNN THORNBURG
Commission Expires
Jan 17, 2020
MADISON COUNTY

**EXHIBIT**
FF

Complete Incident Report                                    Page 1 of 2



**MADISON COUNTY SO**
2941 U.S. Highway 51
Canton, MS 39046
Sheriff Randall Tucker
601-859-2345

### INCIDENT REPORT

| Incident Number | Report Date | Report Time | Day of Week | Primary Officer |
|---|---|---|---|---|
| SO12006796 | 05/11/12 | 09:33 | FRIDAY | ID# 800  BROCK, WILLIAM L |

| Received | Dispatched | Arrived | Cleared | Occurred Between the Dates/Times Of: |
|---|---|---|---|---|
| 09:33 | 09:33 | 09:33 | 11:16 | 05/11/12 09:33   and:  05/11/12 09:33 |

| Address (House No, Dir, Street) | City | Address (Bldg, Unit, Apt) |
|---|---|---|
| HWY 51 / MORGAN RD | CANTON, MS | Bldg:   Apt: |

| Premise Type | Zone/Beat | Grid/Tract | Subdivision |
|---|---|---|---|
| HIGHWAY/ROAD/ALLEY | | | |

| Original Offense Description | Actual Offense Description | Weapons Involved |
|---|---|---|
| ROAD BLOCK | PAPER SERVICE-WARRANT | UNKNOWN |

| UCR Description | Attempt/Completed | Forced Entry | Call Disposition |
|---|---|---|---|
| ALL OTHER OFFENSES | C | | ARREST MADE |

| Additional Offenses | UCR Descriptions |
|---|---|
| | |

**Additional Information/Comments**
801450760

| Investigator Assigned | Status of the Incident |
|---|---|
| | |

| Supervisor #1 | Supervisor #2 |
|---|---|
| Z-HILDERBRAND, BRITTA | Z-HILDERBRAND, BRITTA |

### PERSONS INVOLVED

| Person No | Involvement | If Victim, Relationship to Offender (if applicable) | Confidential |
|---|---|---|---|
| 001 | ARREST | | |

| Name | Race | Gender | HGT | WGT | Date of Birth |
|---|---|---|---|---|---|
| JAMES CABLE BACON | B | M | 509 | 224 | 03/22/1959 |

| Age Then | Age Today | Hair | Eyes | Complexion | Build | Facial Hair |
|---|---|---|---|---|---|---|
| 53 | 058 | BLACK | BROWN | DARK BROWN | STOCKY | GOATEE |

| Social Security | Address | Telephone |
|---|---|---|
| | 121 BACON COVE  CAMDEN  MS | 00000 - 000 - 0000 |

| Employment | Work Address | Work Telephone |
|---|---|---|
| | | 00000 - 000 - 0000 |

| Occupation | Driver's License |
|---|---|
| | |

### NARRATIVE DATA

ON MAY 11, 2012 I, DEPUTY BROCK WAS OUT AT HWY 51/MORGAN RD WITH MHP DOING A
SAFTY CHECK POINT. WHILE I WAS THERE TROOPER COLLINS HAD A SUBJECT (JAMES
BACON) FOR EXPIRED DL. TROOPER COLLINS GAVE ME MR BACON'S DL AND I RAN IT
THROUGH THE S.O. TO CHECK LOCAL WARRANTS. A FEW MINUTES LATER THE S.O. ADVISED
ME THAT WE HAD BAD CHECK WARRANT WITH 3 RETURNS ON THE DRIVER. AFTER
TROOPER COLLINS ISSUED THE DRIVER HIS CITATION HE WAS TURNED OVER TO MY
CUSTODY. I THEN TRANSPORTED HIM TO THE MADISON COUNTY DETENTION CENTER
WHERE HE WAS SERVED AND GIVEN COPIES OF THE WARRANTS WITH HIS COURT DATE
FOR 06/11/12.

Complete Incident Report                                      Page 2 of 2

END OF REPORT

DEPUTY LEE BROCK SO-9

View the Warrant Information

## VIEW WARRANT: BCU08-0063

STATUS OF WARRANT: WARRANT/SERVED     CASE # or DOCKET: [          ]     [Back / Cancel]

### SUSPECT

LAST NAME: BACON          FIRST: JAMES          MIDDLE: C

HOUSE#: 121   DIR: [    ]     STREET NAME: BACON COVE          APT#: [      ]

CITY: CAMDEN          STATE: MISSISSIPPI          ZIP CODE: 39045

ZONE: COUNTY WIDE

SEX: MALE          RACE: BLACK          D.O.B. (MMDDYYYY) 03221959

SSN: 428 - 04 - 2906     DL #: [          ]     STATE: MISSISSIPPI

### WARRANT DETAILS

ISSUED
BY: JUDGE - HANNAN     WARRANT DATE/SIGNED: (MMDDYY) 101408     STATUTE/CHARGE:
97-19-55 Bad Checks - Penalties/Restitu

SERVED
BY: BROCK, WILLIAM L     DATE SERVED: (MMDDYY) 051112     DATE RECALLED: (MMDDYY) [      ]

COPY SENT TO: [          ]     DATE SENT: (MMDDYY) [      ]

### AFFIANT/VICTIM

LAST NAME: [          ]     FIRST: [          ]     MIDDLE: [          ]

COMMENTS:
3 WARRANTS 3 RETURNS !! $3000 BOND OR $1426 00 COUR
OTHER ADDRESS--595 MT PILGRAM RD CAMDEN MS 39045
**ARRESTED**

View the Warrant Information

**VIEW WARRANT:   CAP08-0586**

STATUS OF WARRANT: [WARRANT/RECALLED ▼]   CASE # or DOCKET: [        ]   [Back / Cancel]

**SUSPECT**

LAST NAME: [BACON]   FIRST: [JAMES]   MIDDLE: [        ]

HOUSE#: [121]   DIR: [   ]   STREET NAME: [BACON COVE]   APT#: [     ]

CITY: [CAMDEN]   STATE: [MISSISSIPPI ▼]   ZIP CODE: [       ]

ZONE: [COUNTY WIDE ▼]

SEX: [MALE ▼]   RACE: [BLACK ▼]   D.O.B. (MMDDYYYY) [06221987]

SSN: [351] [78] [2906]   DL #: [          ]   STATE: [MISSISSIPPI ▼]

**WARRANT DETAILS**

ISSUED
BY: [Z-CLERK - WESTBROOK ▼]   WARRANT DATE/SIGNED: (MMDDYY) [100908]   STATUTE/CHARGE:
[97-17-23 Burglary; Inhabited Dwelling H ▼]

SERVED
BY: [                ▼]   DATE SERVED: (MMDDYY) [     ]   DATE RECALLED: (MMDDYY) [100908]

COPY SENT TO: [             ]   DATE SENT: (MMDDYY) [     ]

**AFFIANT/VICTIM**

LAST NAME: [          ]   FIRST: [        ]   MIDDLE: [        ]

COMMENTS:
[2 INDICTMENTS N/P SAME DATE ISSUED SUBJECT PLEAD T]
[INFORMATION CHARGES BURGLARY OF DWELLING AND 5]
[                                                 ]

Judge: _____2_____

Case No.(s): _____

Arraignment Date: _____

Bond: _____

Defendant: Bracey, Michael

Address: _____

SS # _____     SL # _____

Phone # _____

Employer: _____

Phone # of Employer: _____

Supervisor: _____  Verified: _____

Charges: Poss. of Mary., Failure to Yield, Seatbelt

Affiant: Brand Thames   Date Subpoenaed: _____

_____

_____

Other Witnesses:

Dummy File / Original file transferred to Co Court

Bonding Companies: _____

App. Date: _____

Hearing Date: May 16, 13 9 a.m.

Continued   to 8/15/13 for @ 9:00 a.m.

Continued   to_____ for_____

Continued   to_____ for_____

Attorney: Camp

Notes: DUI appealed to Cnty Ct

_____

_____

EXHIBIT GG

| MADISON COUNTY | Judicial District: ☐ 1 ☐ 2 Agency Code __0045__ | № 096126 |
|---|---|---|

IN THE COURT DESIGNATED BELOW, THE AFFIANT HEREIN, BEING DULY SWORN, UPON OATH DOES DEPOSE AND SAY: AT THE FOLLOWING LOCATION, TIME AND DATE:

Location of Violation: Lincoln St    At/Near: Norris St    Hwy

| Day | Date | Time | Accident | District | Precinct |
|---|---|---|---|---|---|
| Sun | 3-18-12 | 0026 ☐ AM ☐ PM | ☐ yes ☐ no | | |

Defendant: (First Name) Michael  (Middle Name) Anthony  (Last Name) Bracey

License Address: 108 Lincoln St

| City Flora | State MS | Zip Code 39071 |
|---|---|---|

| Driver's License Number 802159353 | Class A | State MS | Sex M | Race B | Date of Birth |
|---|---|---|---|---|---|

| Vehicle License Number MBL652 | State MS | Year 2005 | Make Ford | Model F150 | Type P/U |
|---|---|---|---|---|---|

Defendant's Current Address: _____

Defendant's Current Telephone Number: _____

That the above named defendant, while operating the aforementioned motor vehicle, did willfully and unlawfully commit the offense of:
(Check Only One Offense Each Ticket)                    SPEED _____  ZONE _____

☐ S92 Speeding
☐ M14 Disregard For Traffic Device
☐ N70 Driving Wrong Side Road
☐ B26 Driving While License Suspended
☐ M34 Following Too Closely
☐ M70 Improper Passing
☐ N01 Failure To Yield Right Of Way
☐ M84 Reckless Driving
☐ M81 Careless Driving
☐ Explanation: _____

☐ F02 Child Restraint Violation
☐ F04 Seatbelt Violation
☐ B51 No Drivers License (Expired)
☐ B55 No Motor Vehicle Inspection (Expired)
☐ B53 Expired Tag/No Tag
☐ B26 Driving While License Suspended
  (Under Implied Consent Law)
☐ N50 Improper Turn
☐ D36 No Proof of Liability Ins.
☐ Other Violation _____

☐ Check Only If Driver License Is Deposited In Lieu Of Bond Or Other Security.
☐ Violation Pursuant To Commercial Driver's License Law.
  Required Placard Under Hazardous Materials Transportation Act.

Against the peace and dignity of the State of Mississippi.

Affiant / Officer's Signature _____    Unit / Badge # 44

Sworn to before me this the 18 day of March , 20 12

Clerk  Lt. O. Brown DK

You are hereby notified to appear before the court (Justice/Municipal) to answer the charge on the 27 day of April , 20 12 At ____ AM/PM at:

Court's Physical Address: 2961 SOUTH LIBERTY ST. CANTON, MS 39046

Court's Mailing Address: 2961 SOUTH LIBERTY ST. CANTON, MS 39046

Court's Telephone Number: 601-859-6337    www.madisoncotix.com

NOTE: CONTACT THE COURT TO CONFIRM THE COURT DATE
SEE REVERSE SIDE FOR ADDITIONAL INFORMATION

ORIGINAL/AFFIDAVIT Case _____ Page _____ Docket _____     7-09

LAWRENCE-GREENWOOD 00600

---

| MADISON COUNTY | ial District: ☐ 1 ☐ 2 Agency Code __0045__ | № 09612 |
|---|---|---|

IN THE COURT DESIGNATED BELOW, THE AFFIANT HEREIN, BEING DULY SWORN, UPON O DOES DEPOSE AND SAY: AT THE FOLLOWING LOCATION, TIME AND DATE:

Location of Violation: Lincoln St    At/Near: Norris St    Hwy

| Day | Date | Time | Accident | District | Precinct |
|---|---|---|---|---|---|
| Sun | 3-18-12 | 0026 ☐ AM ☐ PM | ☐ yes ☐ no | | |

Defendant: (First Name) Michael  (Middle Name) Anthony  (Last Name) Bracey

License Address: 108 Lincoln St

| City Flora | State MS | Zip Code 3907 |
|---|---|---|

| Driver's License Number 802159353 | Class A | State MS | Sex M | Race B | Date of Birth |
|---|---|---|---|---|---|

| Vehicle License Number MBL652 | State MS | Year 2005 | Make Ford | Model F150 | Type P/U |
|---|---|---|---|---|---|

Defendant's Current Address: _____

Defendant's Current Telephone Number: _____

That the above named defendant, while operating the aforementioned motor vehicle, did will and unlawfully commit the offense of:
(Check Only One Offense Each Ticket)                    SPEED _____  ZONE _____

☐ S92 Speeding
☐ M14 Disregard For Traffic Device
☐ N70 Driving Wrong Side Road
☐ B26 Driving While License Suspended
☐ M34 Following Too Closely
☐ M70 Improper Passing
☐ N01 Failure To Yield Right Of Way
☐ M84 Reckless Driving
☐ M81 Careless Driving
☐ Explanation: _____

☐ F02 Child Restraint Violation
☐ F04 Seatbelt Violation
☐ B51 No Drivers License (Expired)
☐ B55 No Motor Vehicle Inspection (Expired)
☐ B53 Expired Tag/No Tag
☐ B26 Driving While License Suspended
  (Under Implied Consent Law)
☐ N50 Improper Turn
☐ D36 No Proof of Liability Ins.
☐ Other Violation _____

☐ Check Only If Driver License Is Deposited In Lieu Of Bond Or Other Security.
☐ Violation Pursuant To Commercial Driver's License Law.
  Required Placard Under Hazardous Materials Transportation Act.

Against the peace and dignity of the State of Mississippi.

Affiant / Officer's Signature _____    Unit / Badge # 44

Sworn to before me this the 18 day of March , 20 12

Clerk  Lt. O. Brown DK

You are hereby notified to appear before the court (Justice/Municipal) to answer the charge the 27 day of April , 20 12 At ____ AM/PM at:

Court's Physical Address: 2961 SOUTH LIBERTY ST. CANTON, MS 3904

Court's Mailing Address: 2961 SOUTH LIBERTY ST. CANTON, MS 3904

Court's Telephone Number: 601-859-6337    www.madisoncotix.com

NOTE: CONTACT THE COURT TO CONFIRM THE COURT DATE
SEE REVERSE SIDE FOR ADDITIONAL INFORMATION

ORIGINAL/AFFIDAVIT Case _____ Page _____ Docket _____

LAWRENCE-GREENWOOD 00600

TRAFFIC TICKET

District: ☐ 1 ☐ 2

**MADISON COUNTY** | Agency Code **0046** | № **096128**

IN THE COURT DESIGNATED BELOW, THE AFFIANT HEREIN, BEING DULY SWORN, UPON OATH DOES DEPOSE AND SAY, AT THE FOLLOWING LOCATION, TIME AND DATE:

| Location of Violation | At/Near | Hwy |
|---|---|---|
| Lincoln St | Norris St | |

| Day | Date | Time | Accident | District | Precinct |
|---|---|---|---|---|---|
| Sun | 3-18-12 | 0026 ☑ AM ☐ PM | ☐ yes ☑ no | | |

Defendant: (First Name, Middle Name, Last Name)
Michael A. Bracey

License Address
108 Lincoln St

| City | State | Zip Code |
|---|---|---|
| Flora | MS | 39071 |

| Driver's License Number | Class | State | Sex | Race | Date of Birth |
|---|---|---|---|---|---|
| 802159353 | A | MS | M | B | |

| Vehicle License Number | State | Year | Make | Model | Type |
|---|---|---|---|---|---|
| MB1652 | MS | 2005 | Ford | F150 | PU |

Defendant's Current Address:

Defendant's Current Telephone Number: 601-624-5336

That the above named defendant, while operating the aforementioned motor vehicle, did willfully and unlawfully commit the offense of:
(Check Only One Offense Each Ticket)

| | SPEED | ZONE |
|---|---|---|

☐ S92 Speeding
☐ MJ4 Disregard For Traffic Device
☐ N70 Driving Wrong Side Road
☐ B26 Driving While License Suspended
☐ M34 Following Too Closely
☐ M70 Improper Passing
☐ N01 Failure To Yield Right Of Way
☐ M84 Reckless Driving
☐ M81 Careless Driving
☐ Explanation: _____

☐ F02 Child Restraint Violation
☐ F04 Seatbelt Violation
☐ B51 No Drivers License (Expired)
☐ B55 No Motor Vehicle Inspection (Expired)
☐ B53 Expired Tag/No Tag
☐ B26 Driving While License Suspended
   (Under Implied Consent Law)
☐ N50 Improper Turn
☐ D26 No Proof of Liability Ins.
☑ Other Violation Fail yield lights

☐ Check Only If Driver License Is Deposited In Lieu Of Bond Or Other Security.
☐ Violation Pursuant To Commercial Driver's License Law.
☐ Required Placard Under Hazardous Materials Transportation Act.

Against the peace and dignity of the State of Mississippi.

Affiant / Officer's Signature _____ Unit / Badge # 44

Sworn to before me this the 18 day of March , 20 12

Clerk Lt. O Brown DK

You are hereby notified to appear before the court (Justice/Municipal) to answer the charge on the 21 day of Apri , 20 12 At _____ AM/PM at:

Court's Physical Address: 2961 SOUTH LIBERTY ST. CANTON, MS 39046

Court's Mailing Address: 2961 SOUTH LIBERTY ST. CANTON, MS 39046

Court's Telephone Number: 601-859-6337   www.madisoncotix.com

NOTE: CONTACT THE COURT TO CONFIRM THE COURT DATE
SEE REVERSE SIDE FOR ADDITIONAL INFORMATION

ORIGINAL/AFFIDAVIT Case _____ Page _____ Docket _____   7-00

LAWRENCE-GREENWOOD 00600

MADISON COUNTY JUSTICE C   R.

CASE RECORD OF STATE VERSUS BRACEY MICHAEL ANTHONY

CASE: MSO00-96127    CHARGE NO PROOF LIABILITY INSURANCE

COURT DATE:   9/13/2012

BRACEY MICHAEL ANTHONY
108 LINCOLN ST
FLORA                  MS 39071-0000

AFFIANT/WITNESS:  DEPUTY BRANDON THAMES

ATTORNEY FOR DEF:  Defendant waived rights to attorney

BOND:                          JAIL RCPT#
APPEAL BOND:

================================================================================
================================================================================

O R D E R

DEFENDANT IS FOUND:  <u>GUILTY</u>

SENTENCE:
 DEFENDANT PRESENTED PROOF OF HAVING SECURED VALID INSURANCE AFTER TH E
 DATE OF CITATION TO THE BENCH IN OPEN COURT.

FINE $ __100.00__        COSTS $  132.50     TOTAL $      232.50

SO ORDERED, THIS THE 13th DAY OF Sept  2012

DOC. 2947      PAGE  108        BY: 
                                JUSTICE COURT JUDGE

CASE: MSO00096127   VIOLATION DATE:  3/18/2012   DATE CLOSED:

DRIVING UNDER THE INFLUENCE

| Madison County | Agency Code **0046** | № **011950** |
|---|---|---|

IN THE COURT DESIGNATED BELOW, THE AFFIANT HEREIN BEING DULY SWORN, UPON OATH DOES DEPOSE AND SAY THAT WITHIN THE COUNTY OF **MADISON** STATE OF MISSISSIPPI, AT THE FOLLOWING LOCATION, TIME AND DATE:     JUDICIAL DISTRICT ☐ 1   ☐ 2

HWY/ST **Lincoln St**     DISTRICT

| DAY **Sun** | DATE **3-18-12** | TIME OF STOP **0076** ☐ A.M. ☐ P.M. | ACCIDENT? ☐ YES ☑ NO |
|---|---|---|---|

NAME (FIRST NAME, MIDDLE NAME, LAST NAME)   **Michael  Anthony  Bracey**

LICENSE ADDRESS  **108 Lincoln St**

| CITY **Flora** | STATE **MS** | ZIP CODE **39071** |
|---|---|---|

| DRIVER LICENSE NUMBER **802159353** | STATE **MS** | SEX **Male** | RACE **B** | DATE OF BIRTH |
|---|---|---|---|---|

| VEHICLE LICENSE NUMBER **MB+ 652** | STATE **MS** | YEAR/VEH **2009/Ford** | MODEL **F-150** | VEHICLE TYPE? **P/U** |
|---|---|---|---|---|

Defendant's Current Address: _____

Defendant's Telephone Number: **601-624-5336**

☐ Offense occurred within the city limits of _____, Mississippi
☐ Violation pursuant to Commercial Driver's License Law
☐ Require placard under Hazardous Materials Transportation Act

That the aforesaid person did, in violation of § 63-11-30 (1) Mississippi Code of 1972, willfully and unlawfully drive or otherwise operate a motor vehicle within this state:

☐ (a) under the influence of intoxicating liquor; or
☑ (b) under the influence of any other substance which has impaired such person's ability to operate a motor vehicle; or
☐ (c) ☐ having an alcohol concentration of eight one-hundredths percent (.08%) or more for persons who are above the legal age to purchase alcoholic beverages under state law, to wit _____%
   ☐ having an alcohol concentration of two one-hundredths percent (.02%) or more for persons who are below the legal age to purchase alcoholic beverages under state law, to wit _____%
☑ (d) under the influence of any drug or controlled substance, the possession of which is unlawful under the Mississippi Controlled Substances Law, or
☐ (e) having an alcohol concentration of four one-hundredths percent (.04%) or more for persons operating a commercial motor vehicle, to wit: _____%

AGAINST THE PEACE AND DIGNITY OF THE STATE OF MISSISSIPPI

Affiant / Officer's Signature _____   Unit / Badge #  **44**

Sworn to before me, this the **18** day of **March**, 20 **12**

(NAME AND TITLE) **O.B.** **F. O. Brown D/C**

ARRAIGNMENT DATE BEFORE ☐ MUNICIPAL COURT ☑ JUSTICE COURT
ON THE **27** DAY OF **April**, 20 **12**

Court's Physical Address: **276/ 294T HWY. 51 CANTON, MS 39046**

Court's Mailing Address: **276/ 294T HWY. 51 CANTON, MS 39046**

Court's Phone Number: **601-859-1337** 601-855-0715

| CASE # | PAGE # | DOCKET # |
|---|---|---|

Offense:   First ☑   Second ☐   Third or Subsequent ☐

THE DEFENDANT CHARGED HEREIN:
_____ WAIVED defendant's right to an attorney after having been advised by the trial judge of the defendant's right to an attorney, and, if the defendant could not afford an attorney that one would be appointed free of charge to represent the defendant; or _____ WAS REPRESENTED (EMPLOYED OR APPOINTED) by an attorney whose name, address and telephone number is:

Name _____ Phone (____) _____
Address _____

SIGNATURE OF JUDGE _____

ORIGINAL/AFFIDAVIT     7-09

## _ENERAL AFFIDAVIT_

THE STATE OF MISSISSIPPI

COUNTY OF MADISON

PERSONALLY APPEARED BEFORE ME _Lt. O. Brown D/C_

A Justice Court Judge/Clerk of said County,

DEPUTY BRANDON THAMES

2935 HWY 51 South

Canton, Ms. 39046

Makes affidavit that:

MICHAEL ANTHONY BRACEY

Date of Birth                      S.S.#    _____

Address        108 LINCOLN ST

City           FLORA        State MS      Zip 39071

on or about MARCH 18, 2012 in the county aforesaid

DID WILLFULLY, UNLAWFULLY AND KNOWINLGY POSSESS IN THE PASSENGER AREA OF SAID MOTOR VEHICLE AN AMOUNT OF MARIJUANA IN EXCESS OF 1 GRAM BUT NOT MORE THAN THIRTY GRAMS ON MARCH 18, 2012 AT LINCOLN STREET NEAR NORRIS STREET.

AGAINST THE PEACE AND DIGNITY OF THE STATE OF MISSISSIPPI.

Sworn to and subscribed before me, this _18_ day of _March_ , 20 _12_ .

_Lt. O. Brown D/C_

Justice Court Judge/Clerk

Madison County Justice Court

175 N. Union Street

Canton, Ms. 39046

Page 1 of 2

MISSISSIPPI MILITARY DEPARTMENT
THE ADJUTANT GENERAL'S OFFICE
POST OFFICE BOX 5027
JACKSON, MISSISSIPPI   39296-5027

ORDERS 045-015                                          14 February 2013

CAMP KEVIN D                     MAJ  JOINT FORCE HQ, MSNG
(8AGAA-001) PO BOX 5027              JACKSON      MS   39296

You are ordered to Active Duty for Operational Support - Reserve Component (ADOS-RC)
for the period shown plus allowable travel time.  Upon completion of the period of
ADOS-RC unless sooner released or extended by proper authority, you will return to
the place where you entered ADOS-RC and be released from such duty.

Period (TDY) : 06 May 2013      - 25 May 2013
Report to: BISHKEK, KYRGYZSTAN
Reporting time/date: 6 MAY 2013
Purpose: 13CQ01 / MET TRAINING EXERCISE
Additional instructions:
   (a) Soldiers with orders authorizing travel entitlements beyond mileage
       reimbursement will file their voucher utilizing DTS.  Mileage only
       entitlements can be reimbursed via Military Pay.
   (b) Travel by commercial, military or POV is authorized. If commercial trans-
       portation is elected, you are directed to make all tvl arrangements through
       DTS for tickets, rental car and lodging. For any questions, call the DTS
       Helpdesk: SSG Wiley 601-313-1512 or Ms Chandler 601-313-1894.
   (c) GOVERNMENT MEALS ARE NOT AVAILABLE OR DIRECTED.
   (d) ALL GOVERNMENT TRAVEL CARD HOLDERS ARE REMINDED THAT UNDER PUBLIC LAW
       105-264 USE OF THE GOVERNMENT TRAVEL CHARGE CARD IS MANDATORY FOR ALL
       LODGING AND OTHER AUTHORIZED TDY EXPENSES INCURRED BY THE TRAVELER WHILE
       ON OFFICIAL TRAVEL ORDERS.
   (e) DTS TRAVEL VOUCHER WILL BE SUBMITTED NLT 5 DAYS AFTER
       PERFORMING DUTY, IF APPLICABLE.
   (f) GOVERNMENT QUARTERS ARE NOT AVAILABLE UNDER THE FOLLOWING CIRCUMSTANCE:
   (g) TDY is to other than a U.S. installation.
   (h) IF INDIVIDUAL IS A GOVERNMENT TRAVEL CARD HOLDER AND IN A PER DIEM STATUS,
       ATM ADVANCE WILL NOT EXCEED AN AVERAGE OF $25.00 PER DAY FOR EACH DAY OF
       TDY AUTHORIZED ON ORDER.
   (i) IF YOU ARE A GOVERNMENT CHARGE CARD HOLDER, YOU ARE PERSONALLY RESPONSIBLE
       TO PAY ALL CHARGES BY THE STATEMENT DUE DATE. SPLIT-DISBURSEMENT OPTION OF
       PAYMENT IS DIRECTED. IF YOU CANNOT COMPLY WITH THIS ORGANIZATION'S TRAVEL
       CARD POLICY, CONTACT YOUR SUPERVISOR IMMEDIATELY.
   (j) STATEMENT OF ATTENDANCE (SOA) (FOR 8 DAYS OR MORE OF ACTIVE DUTY)
       THE INDIVIDUAL INDICATED ABOVE HAS REPORTED FOR DUTY IN ACCORDANCE
       WITH COMPETENT ORDERS, AND UPON COMPLETION OF THE DUTY IS DUE PAY
       AND ALLOWANCES IN THE GRADE AND STATUS SHOWN.
       MILEAGE_____      SIGNATURE_____
   (k) I CERTIFY THAT I HAVE PERSONAL KNOWLEDGE OR I HAVE PERSONALLY
       VERIFIED THE COMPLETION OF DUTY AS STATED ON SOA SUBMITTED ON
       TL #_____.  ANY CHANGES IN DATES OF DUTY ARE STATED ABOVE
       AND ARE SUPPORTED BY THE ATTACHED AMENDMENT ORDER.
       SIGNATURE_____

                    FOR OFFICIAL USE ONLY - PRIVACY ACT
                    FOR OFFICIAL USE ONLY - PRIVACY ACT

ORDERS  045-015  HQ MS NG, OTAG,  14 February 2013

Additional instructions (cont):

(l) PERFORMANCE OF DUTY IS SUBJECT TO THE AVAILABILITY OF FUNDS.
(m) If a Soldier on orders pays for Lodging, enter DTS in the mileage block of
    the Certificate of Performance (COP) or Statement of Attendance (SOA) as
    applicable.  Mileage will be paid in DTS along with per diem.
(n) TRAD/OFF/PHA

FOR ARMY USE
Auth: TITLE 10 USC 12301 (b) (d)
HOR: 118 CARLTON BLVD         RIDGELAND         MS39157
APC DJMS-RC: C8F37A  TDC 37A Overseas Security Cooperation Support
APC STANFINS Pay: LCI9  APC STANFINS Travel: LCI9
Acct clas:
  Off pay/alw: 2132060 18-1022 P1G11.3000-1198/1199/1210/1250 S22065  CQO 8AGAA
    SRN: CAM05960450150  JON/CCC: LCI944/44LCI9  Cost Estimate: $    6,318
PEBD: 920307
Federal WE: M00
State tax code: MS
Marital status / Number of dependents: M01
Type of incentive pay: NONE
Type of special pay: NONE
Scty cl: SECRET
Format: 282

FOR THE ADJUTANT GENERAL:

                                \\\\\\\\\\\\\//////////
                                \\    HQ, MSARNG     //
                                \\     OFFICIAL      //
                                \\\\\\\\\\\\\//////////
                                GREGORY S. MICHEL
DISTRIBUTION:                   COL, GS, MSARNG
1-ORD FILE, 1-201 FILE, 1-MSC,  Deputy Chief of Staff, Personnel
3-INDIV, 7-UNIT, 1-HQ

                    FOR OFFICIAL USE ONLY - PRIVACY ACT
                    FOR OFFICIAL USE ONLY - PRIVACY ACT

```
                  Justice Court of Madison County
                       2961 S. Liberty Street
                        Canton, MS  39046
                           859-6337


    To: BRACEY MICHAEL ANTHONY
        108 LINCOLN ST
        FLORA MS 39071


                           IMPORTANT NOTICE


    THE STATE OF MISSISSIPPI          Date:  5/15/2013

    vs:                               Cause No: MSO 00-096126

    BRACEY MICHAEL ANTHONY

    RE: SEATBELT VIOLATION


    This is to notify you that the above styled case has been set for

    SET FOR HEARING          on the 15th day of     August A. D. 2013

    at  9:00 AM.  Your attendance is required.

    MARSHA WEEMS STACEY presiding.


                               Susan McCarty, Clerk
                               Madison County Justice Court


                        By: _____


                            Shelia Taylor, DC         DC



                        CC: KEVIN CAMP
                            1764 LELIA DRIVE
                            JACKSON MS 39216



          ALL COURT ORDERED FINES AND COST ARE DUE ON COURT DATE
        WE DO NOT ACCEPT PERSONAL CHECKS OR DEBIT CARDS OR ATM CARDS
```

Justice Court of Madison County
2961 S. Liberty Street
Canton, MS  39046
859-6337


To: DEPUTY BRANDON THAMES
    2935 HWY 51 SOUTH
    CANTON MS 39046


IMPORTANT NOTICE


THE STATE OF MISSISSIPPI            Date:  5/15/2013

vs:                                 Cause No: MSO 00-096126

BRACEY MICHAEL ANTHONY

RE: SEATBELT VIOLATION


This is to notify you that the above styled case has been set for

SET FOR HEARING            on the 15th day of     August A. D. 2013

at  9:00 AM.  Your attendance is required.

MARSHA WEEMS STACEY presiding.


                            Susan McCarty, Clerk
                            Madison County Justice Court


                    By: _____


                    Shelia Taylor, DC          DC


        CC: KEVIN CAMP
            1764 LELIA DRIVE
            JACKSON MS 39216


    ALL COURT ORDERED FINES AND COST ARE DUE ON COURT DATE
  WE DO NOT ACCEPT PERSONAL CHECKS OR DEBIT CARDS OR ATM CARDS

```
                    Justice Court of Madison County
                         2961 S. Liberty Street
                          Canton, MS  39046
                              859-6337


      To: KEVIN CAMP
          1764 LELIA DRIVE
          JACKSON MS 39216


                            IMPORTANT NOTICE

      THE STATE OF MISSISSIPPI        Date:  5/15/2013

      vs:                            Cause No: MSO 00-096126

      BRACEY MICHAEL ANTHONY

      RE: SEATBELT VIOLATION


      This is to notify you that the above styled case has been set for

      SET FOR HEARING          on the 15th day of    August A. D. 2013

      at  9:00 AM.  Your attendance is required.

      MARSHA WEEMS STACEY presiding.


                               Susan McCarty, Clerk
                               Madison County Justice Court


                        By: _____


                          Shelia Taylor, DC        DC
```

                    ALL COURT ORDERED FINES AND COST ARE DUE ON COURT DATE
                 WE DO NOT ACCEPT PERSONAL CHECKS OR DEBIT CARDS OR ATM CARDS



DATE: _5/06/2013_

TO: JUDGE MARSHA WEEMS STACEY _____

RE: STATE OF MISSISSIPPI

       VERSUS

     BRACEY MICHAEL ANTHONY _____


AFFIANT/DEFENDANT/ATTORNEY HAS CALLED REQUESTING A CONTINUANCE
IN THIS CASE FOR THE FOLLOWING REASON:

CONTINUANCE REQUESTED BY ATTY/HE WILL BE OUT OF TOWN ON
ACTIVE MILITARY DUTY _____


   X_____ CONTINUANCE WILL BE GRANTED


   _____ CONTINUANCE WILL NOT BE GRANTED

THIS THE 10th DAY OF May _____, 2013.

                        MARSHA WEEMS STACEY


_____
DEPUTY CLERK

ATTORNEY FOR DEFENDANT: CAMP,KEVIN

8/15/13

IN THE JUSTICE COURT OF MADISON COUNTY, MISSISSIPPI

STATE OF MISSISSIPPI                                          PLAINTIFF

VS.                                          CAUSE NO. _____

MICHAEL ANTHONY BRACEY                                       DEFENDANT

## MOTION FOR CONTINUANCE

COMES NOW the Defendant, MICHAEL ANTHONY BRACEY, by and through his attorney of record, and moves this Honorable Court for a continuance of his trial date which has been set for May 16, 2013 at 9:00 a.m. , and would respectfully show unto this Court the following, to-wit:

1.

That this Court has jurisdiction over the subject and party matter.

2.

That Counsel for the Defendant, a member of the Mississippi Army National Guard, will be on Active Duty in Bishkek, Krygyzstan.   (Please find a copy of Counsel's Military Orders attached  as Exhibit "A").

3.

This continuance is not sought for reason of delay, but that justice may be served.

WHEREFORE, PREMISES CONSIDERED, the Defendant hereby requests this Honorable Court for a continuance of the trial date in this cause.

Respectfully submitted,

MICHAEL ANTHONY BRACEY

BY: _____

KEVIN D. CAMP

Kevin D. Camp (MSB NO. 10634)
Jared K. Tomlinson (MSB NO. 103886)
THE CAMP LAW FIRM, PLLC
1764 Lelia Drive
Jackson, MS 39216
Telephone: (601) 948-5800
*ATTORNEY FOR DEFENDANT*

## CERTIFICATE OF SERVICE

I, Kevin D. Camp, do hereby certify that I have this day delivered a true and correct copy of the above, foregoing document in a manner prescribed by law to:

Allen Phillips, County Prosecutor
Justice Court of Madison County
P.O. Box 487
Madison MS 39046

This service effective this, the ____1st____ day of ____May____ 2013:

( )    Handing same to said attorney(s).

( )    Delivering same to the office of said attorney (s).

(X)    **Depositing a copy thereof in the United States Mail,
       postage pre-paid and addressed as indicated above.**

( )    Depositing a copy thereof in the United States Mail,
       certified, return receipt, restricted delivery, address
       correction requested, postage pre-paid and addressed as
       indicated above.

( )    Faxing as well mailing.

_____
Kevin D. Camp

MADISON COUNTY JUSTICE C R

CASE RECORD OF STATE VERSUS BRACEY MICHAEL ANTHONY

CASE: MS00-11950    CHARGE DUI

COURT DATE:    9/13/2012

BRACEY MICHAEL ANTHONY
108 LINCOLN ST
FLORA              MS 39071-0000

AFFIANT/WITNESS:  DEPUTY BRANDON THAMES

ATTORNEY FOR DEF:  Defendant waived rights to attorney

BOND:  2,125.00  INTERNATIONAL          JAIL RCPT#
APPEAL BOND:

=================================================================
=================================================================

O R D E R

DEFENDANT IS FOUND:  GUILTY PLEA

SENTENCE:
 48 HOURS, SUSPENDED. ORDERED TO ATTEND MASEP.  NO DRIVING WHILE NOT IN
 POSSESSION OF VALID D.L.

FINE $  250.00              COSTS $  315.50    TOTAL $      565.50
SO ORDERED, THIS THE 13th DAY OF Sept  2012

DOC. 2955        PAGE  113        BY: _____
                                      JUSTICE COURT JUDGE

CASE: MSO00011950   VIOLATION DATE:  3/18/2012   DATE CLOSED:

MADISON COUNTY JUSTICE CR

CASE RECORD OF STATE VERSUS BRACEY MICHAEL ANTHONY

CASE: MSO00-96128    CHARGE FAILURE TO YIELD

COURT DATE:   9/13/2012

BRACEY MICHAEL ANTHONY
108 LINCOLN ST
FLORA                 MS 39071-0000

AFFIANT/WITNESS:  DEPUTY BRANDON THAMES

ATTORNEY FOR DEF:

BOND:                            JAIL RCPT#
APPEAL BOND:

===================================================================
===================================================================

O R D E R

DEFENDANT IS FOUND:  NOLLE PROSEQUI

SENTENCE:
 MOTION BY STATE TO NOLLE PROSEQUI

SO ORDERED, THIS THE 13th DAY OF Sept 2012

DOC. 2947       PAGE  109       BY: _____
                                   JUSTICE COURT JUDGE

CASE: MSO00096128    VIOLATION DATE:  3/18/2012   DATE CLOSED:  9/13/2012

MADISON COUNTY JUSTICE C   R

CASE RECORD OF STATE VERSUS BRACEY MICHAEL ANTHONY

CASE: MSO00-96126    CHARGE SEATBELT VIOLATION

COURT DATE:   9/13/2012

BRACEY MICHAEL ANTHONY
108 LINCOLN ST
FLORA                MS 39071-0000

AFFIANT/WITNESS:  DEPUTY BRANDON THAMES

ATTORNEY FOR DEF:

BOND:                              JAIL RCPT#
APPEAL BOND:


=================================================================
=================================================================

O R D E R

DEFENDANT IS FOUND:  <u>NOLLE PROSEQUI</u>

SENTENCE:
 MOTION BY STATE TO NOLLE PROSEQUI


SO ORDERED, THIS THE 13th DAY OF Sept  2012

DOC. 2947      PAGE  107        BY:
                                     JUSTICE COURT JUDGE

CASE: MSO00096126   VIOLATION DATE:  3/18/2012  DATE CLOSED:  9/13/2012

IN THE JUSTICE COURT OF MADISON COUNTY, MISSISSIPPI

STATE OF MISSISSIPPI
VERSUS                          CAUSE NO. MSO00011950
BRACEY MICHAEL ANTHONY

WAIVER OF RIGHTS AND ENTRY OF GUILTY PLEA

I, the undersigned defendant, desire to plead guilty to the
charge(s) of DUI

I understand that by pleading guilty to these charges I will
be found guilty and sentenced by the Court.  The sentence
may include a fine, restitution, court costs and/or imprison-
ment in jail.

I further understand that by entering this plea I am giving
up certain rights.

I am giving up the right to a trial, to confront and cross-
examine witnesses against me and to call and/or subpoena wit-
nesses against me.

I am giving up the right to have a lawyer; I understand that
if i cannot afford a lawyer, one may be appointed to repre-
sent me.

I am giving up the right to have the State prove the charges
against me beyond a reasonable doubt.

I am giving up the right to a jury trial.

I further understand that if I am convicted of another crime,
my guilty plea in this case could cause me to get a more severe
penalty for that later crime.

I am giving up my right to object to the form and/or content
of any testimony and evidence the State may introduce against
me at a trial.

I understand that, if there was a trial, I would be allowed
to testify, but I would not have to. If I didn't testify it
could not be used against me.

I hereby certify under oath that there have been no threats
or promises made to me in order to get me to enter this plea.

I further certify under oath that I have read and understand
all the of the above and that I desire to waive my rights and
enter a plea of guilty.

SWORN to and subscribed before me this, the 13th day of Sept 2012

JUSTICE COURT JUDGE/CLERK

The Court finds that the defendant knowingly and intelligently
and not under duress, waived his rights and entered a plea of guilty.

MARSHA WEEMS STACEY
JUSTICE COURT JUDGE

# SAFEWAY INSURANCE   Mississippi Automobile Insurance Card

Keeping Promises.

Coverage Term:
09/11/2012 4:42 PM -
11/11/2012 12:01 AM CT
Policy Number : 1247143-MS-PP-001

Safeway Insurance Company
P.O. Box 98179
Jackson MS 392989

Mississippi Law requires this card to be kept in the insured vehicle for presentation upon demand.

Agent      THE POLICY CENTER, INC. (601) 372-9536

Insured
MICHAEL  BRACEY

108 LINCOLN ST
FLORA, MS 39071

In case of accident - Notify Safeway Insurance Company promptly at (888) 203-5729.

Vehicle
Year      Make/Model                    Vehicle Identification No.
2005      FORD F-150 SUPERCAB           1FTPX12595FA18235

This card is only valid as long as the policy remains in force and in no event beyond the expiration date shown.

Justice Court of Madison County
2961 S. Liberty Street
Canton, MS  39046
859-6337


To: DEPUTY BRANDON THAMES
    2935 HWY 51 SOUTH
    CANTON MS 39046


IMPORTANT NOTICE

THE STATE OF MISSISSIPPI         Date:  7/12/2012

vs:                              Cause No: MSO 00-096128

BRACEY MICHAEL ANTHONY

RE: FAILURE TO YIELD


This is to notify you that the above styled case has been set for

SET FOR HEARING         on the 13th day of September A. D. 2012

at  9:00 AM.  Your attendance is required.

MARSHA WEEMS STACEY presiding.


                        Susan McCarty, Clerk
                        Madison County Justice Court


            By: _____


            Cheryl J Horn,DC              DC


CC: TOHAVEATTORNEYPRESENT ADVISED
    XXXXXXXXXXXXXXXXXXXXXXXXXXXXXX
    XXXXXXXXXXXX XX 39046


  ALL COURT ORDERED FINES AND COST ARE DUE ON COURT DATE
WE DO NOT ACCEPT PERSONAL CHECKS OR DEBIT CARDS OR ATM CARDS

Justice Court of Madison County
2961 S. Liberty Street
Canton, MS  39046
859-6337

To: BRACEY MICHAEL ANTHONY
    108 LINCOLN ST
    FLORA MS 39071

IMPORTANT NOTICE

THE STATE OF MISSISSIPPI          Date:  7/12/2012

vs:                               Cause No: MSO 00-096128

BRACEY MICHAEL ANTHONY

RE: FAILURE TO YIELD

This is to notify you that the above styled case has been set for

SET FOR HEARING          on the 13th day of September A. D. 2012

at  9:00 AM.  Your attendance is required.

MARSHA WEEMS STACEY presiding.

                              Susan McCarty, Clerk
                              Madison County Justice Court

                    By: _____

                    Cheryl J Horn,DC                DC

                    CC: TOHAVEATTORNEYPRESENT ADVISED
                        XXXXXXXXXXXXXXXXXXXXXXXXXXXX
                        XXXXXXXXXXXX XX 39046

        ALL COURT ORDERED FINES AND COST ARE DUE ON COURT DATE
     WE DO NOT ACCEPT PERSONAL CHECKS OR DEBIT CARDS OR ATM CARDS

Justice Court of Madison County
2961 S. Liberty Street
Canton, MS  39046
859-6337


To: DEPUTY BRANDON THAMES
    2935 HWY 51 SOUTH
    CANTON MS 39046


IMPORTANT NOTICE


THE STATE OF MISSISSIPPI          Date:  7/12/2012

vs:                               Cause No: MSO 00-096127

BRACEY MICHAEL ANTHONY

RE: NO PROOF LIABILITY INSURANCE

This is to notify you that the above styled case has been set for

SET FOR HEARING          on the 13th day of September A. D. 2012

at  9:00 AM.  Your attendance is required.

MARSHA WEEMS STACEY presiding.


                              Susan McCarty, Clerk
                              Madison County Justice Court


                    By: _____


                    Cheryl J Horn,DC              DC



                    CC: TOHAVEATTORNEYPRESENT ADVISED
                        XXXXXXXXXXXXXXXXXXXXXXXXXXXX
                        XXXXXXXXXXXX XX 39046



        ALL COURT ORDERED FINES AND COST ARE DUE ON COURT DATE
    WE DO NOT ACCEPT PERSONAL CHECKS OR DEBIT CARDS OR ATM CARDS

Justice Court of Madison County
2961 S. Liberty Street
Canton, MS  39046
859-6337


To: BRACEY MICHAEL ANTHONY
    108 LINCOLN ST
    FLORA MS 39071


IMPORTANT NOTICE


THE STATE OF MISSISSIPPI          Date:  7/12/2012

vs:                               Cause No: MSO 00-096127

BRACEY MICHAEL ANTHONY

RE: NO PROOF LIABILITY INSURANCE


This is to notify you that the above styled case has been set for

SET FOR HEARING          on the 13th day of September A. D. 2012

at  9:00 AM.   Your attendance is required.

MARSHA WEEMS STACEY presiding.


                              Susan McCarty, Clerk
                              Madison County Justice Court


                    By: _____


                    Cheryl J Horn,DC              DC


CC: TOHAVEATTORNEYPRESENT ADVISED
    XXXXXXXXXXXXXXXXXXXXXXXXXXXX
    XXXXXXXXXXXX XX 39046


ALL COURT ORDERED FINES AND COST ARE DUE ON COURT DATE
WE DO NOT ACCEPT PERSONAL CHECKS OR DEBIT CARDS OR ATM CARDS

Justice Court of Madison County
2961 S. Liberty Street
Canton, MS  39046
859-6337

To: THAMES BRANDON DEPUTY
2935 HWY 51 SOUTH
CANTON MS 39046

IMPORTANT NOTICE

THE STATE OF MISSISSIPPI          Date:  7/12/2012

vs:                               Cause No: MIS 00-021083

BRACEY MICHAEL ANTHONY

RE: POSS OF MARIJUANA IN MOTOR VEHICLE

This is to notify you that the above styled case has been set for

SET FOR HEARING          on the 13th day of September A. D. 2012

at  9:00 AM.  Your attendance is required.

MARSHA WEEMS STACEY presiding.

Susan McCarty, Clerk
Madison County Justice Court

By: _____

Cheryl J Horn,DC                     DC

CC: TOHAVEATTORNEYPRESENT ADVISED
XXXXXXXXXXXXXXXXXXXXXXXXXXX
XXXXXXXXXXXX XX 39046

ALL COURT ORDERED FINES AND COST ARE DUE ON COURT DATE
WE DO NOT ACCEPT PERSONAL CHECKS OR DEBIT CARDS OR ATM CARDS

Justice Court of Madison County
2961 S. Liberty Street
Canton, MS  39046
859-6337


To: DEPUTY BRANDON THAMES
    2935 HWY 51 SOUTH
    CANTON MS 39046


IMPORTANT NOTICE


THE STATE OF MISSISSIPPI          Date:  7/12/2012

vs:                               Cause No: MSO 00-096126

BRACEY MICHAEL ANTHONY

RE: SEATBELT VIOLATION


This is to notify you that the above styled case has been set for

SET FOR HEARING            on the 13th day of September A. D. 2012

at  9:00 AM.  Your attendance is required.

MARSHA WEEMS STACEY presiding.


                        Susan McCarty, Clerk
                        Madison County Justice Court


            By: _____


            Cheryl J Horn,DC              DC


        CC: TOHAVEATTORNEYPRESENT ADVISED
            XXXXXXXXXXXXXXXXXXXXXXXXXXXX
            XXXXXXXXXXXX XX 39046


    ALL COURT ORDERED FINES AND COST ARE DUE ON COURT DATE
  WE DO NOT ACCEPT PERSONAL CHECKS OR DEBIT CARDS OR ATM CARDS

Justice Court of Madison County
2961 S. Liberty Street
Canton, MS  39046
859-6337


To: BRACEY MICHAEL ANTHONY
    108 LINCOLN ST
    FLORA MS 39071


IMPORTANT NOTICE


THE STATE OF MISSISSIPPI          Date:  7/12/2012

vs:                               Cause No: MSO 00-096126

BRACEY MICHAEL ANTHONY

RE: SEATBELT VIOLATION


This is to notify you that the above styled case has been set for

SET FOR HEARING          on the 13th day of September A. D. 2012

at  9:00 AM.  Your attendance is required.

MARSHA WEEMS STACEY presiding.


                              Susan McCarty, Clerk
                              Madison County Justice Court

                    By:  _____


                         Cheryl J Horn,DC              DC


                    CC: TOHAVEATTORNEYPRESENT ADVISED
                        XXXXXXXXXXXXXXXXXXXXXXXXXXXXXX
                        XXXXXXXXXXXXX XX 39046


        ALL COURT ORDERED FINES AND COST ARE DUE ON COURT DATE
      WE DO NOT ACCEPT PERSONAL CHECKS OR DEBIT CARDS OR ATM CARDS

Justice Court of Madison County
2961 S. Liberty Street
Canton, MS  39046
859-6337

To: BRACEY MICHAEL ANTHONY
    108 LINCOLN ST
    FLORA MS 39071

IMPORTANT NOTICE

THE STATE OF MISSISSIPPI          Date:  7/12/2012

vs:                               Cause No: MIS 00-021083

BRACEY MICHAEL ANTHONY

RE: POSS OF MARIJUANA IN MOTOR VEHICLE

This is to notify you that the above styled case has been set for

SET FOR HEARING          on the 13th day of September A. D. 2012

at  9:00 AM.  Your attendance is required.

MARSHA WEEMS STACEY presiding.

Susan McCarty, Clerk
Madison County Justice Court

By: _____

Cheryl J Horn,DC                    DC

CC: TOHAVEATTORNEYPRESENT ADVISED
    XXXXXXXXXXXXXXXXXXXXXXXXXXXXXX
    XXXXXXXXXXXXX XX 39046

ALL COURT ORDERED FINES AND COST ARE DUE ON COURT DATE
WE DO NOT ACCEPT PERSONAL CHECKS OR DEBIT CARDS OR ATM CARDS

Justice Court of Madison County
2961 S. Liberty Street
Canton, MS  39046
859-6337


To: DEPUTY BRANDON THAMES
    2935 HWY 51 SOUTH
    CANTON MS 39046


IMPORTANT NOTICE

THE STATE OF MISSISSIPPI          Date:  7/12/2012

vs:                               Cause No: MSO 00-011950

BRACEY MICHAEL ANTHONY

RE: DUI


This is to notify you that the above styled case has been set for

SET FOR HEARING           on the 13th day of September A. D. 2012

at  9:00 AM.   Your attendance is required.

MARSHA WEEMS STACEY presiding.


                            Susan McCarty, Clerk
                            Madison County Justice Court


                    By: _____


                    Cheryl J Horn,DC              DC


                    CC: TOHAVEATTORNEYPRESENT ADVISED
                        XXXXXXXXXXXXXXXXXXXXXXXXXXXX
                        XXXXXXXXXXXX XX 39046


ALL COURT ORDERED FINES AND COST ARE DUE ON COURT DATE
WE DO NOT ACCEPT PERSONAL CHECKS OR DEBIT CARDS OR ATM CARDS

Justice Court of Madison County
2961 S. Liberty Street
Canton, MS  39046
859-6337

To: BRACEY MICHAEL ANTHONY
    108 LINCOLN ST
    FLORA MS 39071

IMPORTANT NOTICE

THE STATE OF MISSISSIPPI              Date:  7/12/2012

vs:                                   Cause No: MSO 00-011950

BRACEY MICHAEL ANTHONY

RE: DUI

This is to notify you that the above styled case has been set for

SET FOR HEARING          on the 13th day of September A. D. 2012

at  9:00 AM.   Your attendance is required.

MARSHA WEEMS STACEY presiding.

Susan McCarty,  Clerk
Madison County Justice Court

By: _____

Cheryl J Horn,DC                DC

CC: TOHAVEATTORNEYPRESENT ADVISED
    XXXXXXXXXXXXXXXXXXXXXXXXXXX
    XXXXXXXXXXXXX XX 39046

ALL COURT ORDERED FINES AND COST ARE DUE ON COURT DATE
WE DO NOT ACCEPT PERSONAL CHECKS OR DEBIT CARDS OR ATM CARDS

Justice Court of Madison County
2961 S. Liberty Street
Canton, MS 39046
859-6337


To: BRACEY MICHAEL ANTHONY
    108 LINCOLN ST
    FLORA MS 39071


IMPORTANT NOTICE


THE STATE OF MISSISSIPPI          Date:  5/18/2012

vs:                               Cause No: MSO 00-011950

BRACEY MICHAEL ANTHODUI


This is to notify you that the above styled case has been set for

SET FOR HEARING          on the 12th day of      July A. D. 2012

at  9:00 AM   Your attendance is required.

MARSHA WEEMS STACEY presiding.


                              Susan McCarty. Clerk
                              Madison County Justice Court

                  By: _____


                  Shelia Taylor, DC          DC




     ALL COURT ORDERED FINES AND COST ARE DUE ON COURT DATE
    WE DO NOT ACCEPT PERSONAL CHECKS OR DEBIT CARDS OR ATM CARDS

Justice Court of Madison County
2961 S. Liberty Street
Canton, MS  39046
859-6337


To: DEPUTY BRANDON THAMES
    2935 HWY 51 SOUTH
    CANTON MS 39046

IMPORTANT NOTICE

THE STATE OF MISSISSIPPI          Date:  5/18/2012

vs:                               Cause No:  MSO 00-011950

BRACEY MICHAEL ANTHODUI

This is to notify you that the above styled case has been set for

SET FOR HEARING          on the 12th day of          July A. D. 2012

at  9:00 AM   Your attendance is required.

MARSHA WEEMS STACEY presiding.


                              Susan McCarty, Clerk
                              Madison County Justice Court


                        By: _____


                        Shelia Taylor, DC              DC


ALL COURT ORDERED FINES AND COST ARE DUE ON COURT DATE
WE DO NOT ACCEPT PERSONAL CHECKS OR DEBIT CARDS OR ATM CARDS

Justice Court of Madison County
2961 S. Liberty Street
Canton, MS  39046
859-6337


To:  BRACEY MICHAEL ANTHONY
     108 LINCOLN ST
     FLORA MS 39071


IMPORTANT NOTICE


THE STATE OF MISSISSIPPI            Date:  5/18/2012

vs:                                Cause No:  MIS 00-021083

BRACEY MICHAEL ANTHOPOSS OF MARIJUANA IN MOTOR VEHICLE


This is to notify you that the above styled case has been set for

SET FOR HEARING          on the 12th day of       July A. D. 2012

at  9:00 AM   Your attendance is required.

MARSHA WEEMS STACEY presiding.


                              Susan McCarty, Clerk
                              Madison County Justice Court


                         By:  _____


                              Shelia Taylor, DC            DC


        ALL COURT ORDERED FINES AND COST ARE DUE ON COURT DATE
     WE DO NOT ACCEPT PERSONAL CHECKS OR DEBIT CARDS OR ATM CARDS

Justice Court of Madison County
2961 S. Liberty Street
Canton, MS  39046
859-6337


To: THAMES BRANDON DEPUTY
    2935 HWY 51 SOUTH
    CANTON MS 39046


IMPORTANT NOTICE


THE STATE OF MISSISSIPPI          Date:  5/18/2012

vs.                               Cause No:  MIS 00-021083

BRACEY MICHAEL ANTHOPOSS OF MARIJUANA IN MOTOR VEHICLE


This is to notify you that the above styled case has been set for

SET FOR HEARING          on the 12th day of       July A. D. 2012

at  9:00 AM   Your attendance is required.

MARSHA WEEMS STACEY presiding.


                          Susan McCarty, Clerk
                          Madison County Justice Court


              By: _____


              Shelia Taylor, DC           DC


         ALL COURT ORDERED FINES AND COST ARE DUE ON COURT DATE
       WE DO NOT ACCEPT PERSONAL CHECKS OR DEBIT CARDS OR ATM CARDS

Justice Court of Madison County
2961 S. Liberty Street
Canton, MS  39046
859-6337

To:  BRACEY MICHAEL ANTHONY
     108 LINCOLN ST
     FLORA MS 39071

IMPORTANT NOTICE

THE STATE OF MISSISSIPPI              Date:   5/18/2012

vs:                                   Cause No:  MSO 00-096128

BRACEY MICHAEL ANTHOFAILURE TO YIELD

This is to notify you that the above styled case has been set for

SET FOR HEARING          on the 12th day of      July A. D. 2012

at  9:00 AM   Your attendance is required.

MARSHA WEEMS STACEY presiding.

                              Susan McCarty, Clerk
                              Madison County Justice Court

             By: _____


             Shelia Taylor, DC              DC

ALL COURT ORDERED FINES AND COST ARE DUE ON COURT DATE
WE DO NOT ACCEPT PERSONAL CHECKS OR DEBIT CARDS OR ATM CARDS

Justice Court of Madison County
2961 S. Liberty Street
Canton, MS  39046
859-6337


To: DEPUTY BRANDON THAMES
    2935 HWY 51 SOUTH
    CANTON MS 39046


IMPORTANT NOTICE

THE STATE OF MISSISSIPPI          Date:   5/18/2012

vs:                               Cause No:  MSO 00-096128

BRACEY MICHAEL ANTHOFAILURE TO YIELD

This is to notify you that the above styled case has been set for

SET FOR HEARING          on the 12th day of       July A. D. 2012

at  9:00 AM   Your attendance is required.

MARSHA WEEMS STACEY presiding.


                              Susan McCarty, Clerk
                              Madison County Justice Court


                    By: _____


                    Shelia Taylor, DC          DC



ALL COURT ORDERED FINES AND COST ARE DUE ON COURT DATE
WE DO NOT ACCEPT PERSONAL CHECKS OR DEBIT CARDS OR ATM CARDS

IN THE JUSTICE COURT OF MADISON COUNTY, MISSISSIPPI

STATE OF MISSISSIPPI
VERSUS                                    CAUSE NO. MS000011950
BRACEY MICHAEL ANTHONY

<u>WAIVER OF RIGHTS AND ENTRY OF GUILTY PLEA</u>

I, the undersigned defendant, desire to plead guilty to the
charge(s) of DUI

I understand that by pleading guilty to these charges I will
be found guilty and sentenced by the Court.  The sentence
may include a fine, restitution, court costs and/or imprison-
ment in jail.

I further understand that by entering this plea I am giving
up certain rights.

I am giving up the right to a trial, to confront and cross-
examine witnesses against me and to call and/or subpoena wit-
nesses against me.

I am giving up the right to have a lawyer; I understand that
if i cannot afford a lawyer, one may be appointed to repre-
sent me.

I am giving up the right to have the State prove the charges
against me beyond a reasonable doubt.

I am giving up the right to a jury trial.

I further understand that if I am convicted of another crime,
my guilty plea in this case could cause me to get a more severe
penalty for that later crime.

I am giving up my right to object to the form and/or content
of any testimony and evidence the State may introduce against
me at a trial.

I understand that, if there was a trial, I would be allowed
to testify, but I would not have to. If I didn't testify it
could not be used against me.

I hereby certify under oath that there have been no threats
or promises made to me in order to get me to enter this plea.

I further certify under oath that I have read and understand
all the of the above and that I desire to waive my rights and
enter a plea of guilty.

SWORN to and subscribed before me this, the 13" day of Sep 201

_____
JUSTICE COURT JUDGE/CLERK

The Court finds that the defendant knowingly and intelligently
and not under duress, waived his rights and entered a plea of guilty.

MARSHA WEEMS STACEY
JUSTICE COURT JUDGE

IN THE JUSTICE COURT OF MADISON COUNTY, MISSISSIPPI

STATE OF MISSISSIPPI
VERSUS                                    CAUSE NO.MSC00011950
BRACEY MICHAEL ANTHONY

WAIVER OF RIGHTS AND ENTRY OF GUILTY PLEA

I, the undersigned defendant, desire to plead guilty to the charge(s) of DUI

I understand that by pleading guilty to these charges I will be found guilty and sentenced by the Court.  The sentence may include a fine, restitution, court costs and/or imprisonment in jail.

I further understand that by entering this plea I am giving up certain rights.

I am giving up the right to a trial, to confront and cross-examine witnesses against me and to call and/or subpoena witnesses against me.

I am giving up the right to have a lawyer; I understand that if I cannot afford a lawyer, one may be appointed to represent me.

I am giving up the right to have the State prove the charges against me beyond a reasonable doubt.

I am giving up the right to a jury trial.

I further understand that if I am convicted of another crime, my guilty plea in this case could cause me to get a more severe penalty for that later crime.

I am giving up my right to object to the form and/or content of any testimony and evidence the State may introduce against me at a trial.

I understand that, if there was a trial, I would be allowed to testify, but I would not have to. If I didn't testify it could not be used against me.

I hereby certify under oath that there have been no threats or promises made to me in order to get me to enter this plea.

I further certify under oath that I have read and understand all the of the above and that I desire to waive my rights and enter a plea of guilty.

SWORN to and subscribed before me this, the ____ day of _____ ____.

_____
JUSTICE COURT JUDGE/CLERK

The Court finds that the defendant knowingly and intelligently and not under duress, waived his rights and entered a plea of guilty.

_____
MARSHA WEEMS STACEY
JUSTICE COURT JUDGE

COURT ORDER OR ATTENDANCE
OF THE CANTON MASEP CLASS

You have been convicted of a first offense of violating subsection (1)
of Mississippi Code 63-11-30 and are required to attend and complete
MASEP. Mississippi license reinstatement on a 1st offense DUI is not
possible without MASEP completion. You must enroll in session one and
attend all four sessions in sequence. Be sure to present this court
order at your first class.

TIME: 6:30 P.M. - 9:30 P.M.         NAME BRACEY MICHAEL ANTHONY
      TUESDAY NIGHTS                ADDRESS 109 LINCOLN ST
                                    FLORA              MS 390710000

PLACE: MADISON CO. WIN JOB CENTER
       152 WATFORD PARKWAY DR.
       CANTON, MS   39046           DRIVER'S
                                    LICENSE 803159353

INFORMATION: 1-800-678-2534
    or (662) 325-3429 between       DATE OF
    8 AM - 5 PM Monday -Friday      BIRTH
FEE: $150 Check or money order payable to MASEP must be paid at Session 1

Check box & fill in BAC, if available
[ ] (a) alcohol, no BAC
[ ] (b) other drug
[ ] (c) (1) legal age, over .08%, BAC _____
        (2) under age, over .02%, BAC _____
[ ] (d) controlled substance

|            | SESSION 1 | SESSION 2 | SESSION 3 | SESSION 4 |
|------------|-----------|-----------|-----------|-----------|
| 2012 Class 1  | JAN 10 | JAN 17 | JAN 24 | JAN 31 |
| 2012 Class 2  | FEB 14 | FEB 21 | FEB 28 | MAR 06 |
| 2012 Class 3  | MAR 13 | MAR 20 | MAR 27 | APR 03 |
| 2012 Class 4  | APR 17 | APR 24 | MAY 01 | MAY 08 |
| 2012 Class 5  | MAY 15 | MAY 22 | MAY 29 | JUN 05 |
| 2012 Class 6  | JUN 12 | JUN 19 | JUN 26 | JUL 10 |
| 2012 Class 7  | JUL 31 | AUG 07 | AUG 14 | AUG 21 |
| 2012 Class 8  | SEP 04 | SEP 11 | SEP 18 | SEP 25 |
| 2012 Class 9  | OCT 09 | OCT 16 | OCT 23 | OCT 30 |
| 2012 Class 10 | NOV 06 | NOV 13 | NOV 27 | DEC 04 |

MASEP RULES:                          YOUTH COURT CASES ONLY:
1. Do not consume any alcohol or other   Report MASEP status to
   drugs prior to attending class.       Mississippi Highway Patrol
2. You must be on time for each session.
3. Do not bring guests.                  _____ Yes    _____ No
4. No disruptive classroom behavior
5. You must adhere to all program rules  PLACE JUDGE'S SEAL HERE
   and policies.
                                      DATE 1/3/12
JUDGE: MARSHA WEEMS STACEY                Mail to MASEP, Box 5287
                                          Ms. State, MS 39762
COURT: MADISON CO. JUSTICE COURT

Justice Court of Madison County
2961 S. Liberty Street
Canton, MS  39046
859-6337


To:  BRACEY MICHAEL ANTHONY
     108 LINCOLN ST
     FLORA MS 39071


IMPORTANT NOTICE


THE STATE OF MISSISSIPPI          Date:  5/18/2012

vs:                               Cause No:  MSO 00-096127

BRACEY MICHAEL ANTHONO PROOF LIABILITY INSURANCE


This is to notify you that the above styled case has been set for

SET FOR HEARING          on the 12th day of       July A. D. 2012

at  9:00 AM.   Your attendance is required.

MARSHA WEEMS STACEY presiding.


                              Susan McCarty, Clerk
                              Madison County Justice Court


                    By: _____


                    Shelia Taylor, DC          DC


ALL COURT ORDERED FINES AND COST ARE DUE ON COURT DATE
WE DO NOT ACCEPT PERSONAL CHECKS OR DEBIT CARDS OR ATM CARDS

Justice Court of Madison County
2961 S. Liberty Street
Canton, MS  39046
859-6337


To: DEPUTY BRANDON THAMES
    2935 HWY 51 SOUTH
    CANTON MS 39046


IMPORTANT NOTICE

THE STATE OF MISSISSIPPI          Date:  5/18/2012

vs:                               Cause No: MSO 00-096127

BRACEY MICHAEL ANTHONO PROOF LIABILITY INSURANCE

This is to notify you that the above styled case has been set for

SET FOR HEARING          on the 12th day of       July A. D. 2012

at  9:00 AM   Your attendance is required.

MARSHA WEEMS STACEY presiding.


                              Susan McCarty, Clerk
                              Madison County Justice Court


                    By: _____


                    Shelia Taylor, DC          DC


        ALL COURT ORDERED FINES AND COST ARE DUE ON COURT DATE
     WE DO NOT ACCEPT PERSONAL CHECKS OR DEBIT CARDS OR ATM CARDS

Justice Court of Madison County
2961 S. Liberty Street
Canton, MS  39046
859-6337


To: BRACEY MICHAEL ANTHONY
    108 LINCOLN ST
    FLORA MS 39071


IMPORTANT NOTICE


THE STATE OF MISSISSIPPI          Date:  5/18/2012

vs:                               Cause No: MSO 00-096126

BRACEY MICHAEL ANTHOSEATBELT VIOLATION


This is to notify you that the above styled case has been set for

SET FOR HEARING          on the 12th day of      July A. D. 2012

at  9:00 AM   Your attendance is required.

MARSHA WEEMS STACEY presiding.


                              Susan McCarty, Clerk
                              Madison County Justice Court


                         By: _____


                         Shelia Taylor, DC              DC




      ALL COURT ORDERED FINES AND COST ARE DUE ON COURT DATE
    WE DO NOT ACCEPT PERSONAL CHECKS OR DEBIT CARDS OR ATM CARDS

Justice Court of Madison County
2961 S. Liberty Street
Canton, MS  39046
859-6337


To:  DEPUTY BRANDON THAMES
     2935 HWY 51 SOUTH
     CANTON MS 39046


IMPORTANT NOTICE


THE STATE OF MISSISSIPPI             Date:   5/18/2012

vs:                                  Cause No: MSO 00-096126

BRACEY MICHAEL ANTHOSEATBELT VIOLATION

This is to notify you that the above styled case has been set for

SET FOR HEARING          on the 12th day of      July A. D. 2012

at  9:00 AM   Your attendance is required.

MARSHA WEEMS STACEY presiding.


                          Susan McCarty, Clerk
                          Madison County Justice Court


                     By:  _____


                     Shelia Taylor, DC           DC




        ALL COURT ORDERED FINES AND COST ARE DUE ON COURT DATE
    WE DO NOT ACCEPT PERSONAL CHECKS OR DEBIT CARDS OR ATM CARDS

Justice Court of Madison County
2961 S. Liberty Street
Canton, MS  39046
859-6337


To:  BRACEY MICHAEL ANTHONY
     108 LINCOLN ST
     FLORA MS 39071


IMPORTANT NOTICE


THE STATE OF MISSISSIPPI              Date:  3/21/2012

vs:                                  Cause No:  MIS 00-021083

BRACEY MICHAEL ANTHOPOSS OF MARIJUANA IN MOTOR VEHICLE


This is to notify you that the above styled case has been set for
INITIAL APPEARANCE        on the 15th day of        May A. D. 2012
at  1:00 PM.   Your attendance is required.

MARSHA WEEMS STACEY presiding.


                              Susan McCarty, Clerk
                              Madison County Justice Court


                    By: _____


                    MAKETA DAVIS                    DC


ALL COURT ORDERED FINES AND COST ARE DUE ON COURT DATE
WE DO NOT ACCEPT PERSONAL CHECKS OR DEBIT CARDS OR ATM CARDS

Justice Court of Madison County
2961 S. Liberty Street
Canton, MS  39046
859-6337

To:  BRACEY MICHAEL ANTHONY
     108 LINCOLN ST
     FLORA MS 39071

IMPORTANT NOTICE

THE STATE OF MISSISSIPPI          Date:   3/21/2012

vs:                               Cause No:  MSO 00-011950

BRACEY MICHAEL ANTHODUI

This is to notify you that the above styled case has been set for
INITIAL APPEARANCE          on the 15th day of          May A. D. 2012
at  1:00 PM    Your attendance is required.

MARSHA WEEMS STACEY presiding.

Susan McCarty, Clerk
Madison County Justice Court

By: _____

MAKETA DAVIS                            DC

ALL COURT ORDERED FINES AND COST ARE DUE ON COURT DATE
WE DO NOT ACCEPT PERSONAL CHECKS OR DEBIT CARDS OR ATM CARDS

Justice Court of Madison County
2961 S. Liberty Street
Canton, MS  39046
859-6337


To:  BRACEY MICHAEL ANTHONY
     108 LINCOLN ST
     FLORA MS 39071


IMPORTANT NOTICE


THE STATE OF MISSISSIPPI          Date:   3/21/2012

vs:                               Cause No:  MSO 00-096128

BRACEY MICHAEL ANTHOFAILURE TO YIELD


This is to notify you that the above styled case has been set for

INITIAL APPEARANCE          on the 15th day of       May A. D. 2012

at  1:00 PM.   Your attendance is required.

MARSHA WEEMS STACEY presiding.


                              Susan McCarty, Clerk
                              Madison County Justice Court


            By: _____


            MAKETA DAVIS                    DC


ALL COURT ORDERED FINES AND COST ARE DUE ON COURT DATE
WE DO NOT ACCEPT PERSONAL CHECKS OR DEBIT CARDS OR ATM CARDS

Justice Court of Madison County
2961 S. Liberty Street
Canton, MS 39046
859-6337

To: BRACEY MICHAEL ANTHONY
    108 LINCOLN ST
    FLORA MS 39071

IMPORTANT NOTICE

THE STATE OF MISSISSIPPI          Date:  3/21/2012

vs:                               Cause No: MSO 00-096127

BRACEY MICHAEL ANTHONO PROOF LIABILITY INSURANCE

This is to notify you that the above styled case has been set for

INITIAL APPEARANCE        on the 15th day of        May A. D. 2012

at  1:00 PM   Your attendance is required.

MARSHA WEEMS STACEY presiding.

                                  Susan McCarty, Clerk
                                  Madison County Justice Court

                          By: _____


                          MAKETA DAVIS                    DC




        ALL COURT ORDERED FINES AND COST ARE DUE ON COURT DATE
     WE DO NOT ACCEPT PERSONAL CHECKS OR DEBIT CARDS OR ATM CARDS

Justice Court of Madison County
2961 S. Liberty Street
Canton, MS 39046
859-6337


To: BRACEY MICHAEL ANTHONY
    108 LINCOLN ST
    FLORA MS 39071


IMPORTANT NOTICE

THE STATE OF MISSISSIPPI          Date:   3/21/2012

vs:                               Cause No:  MSO 00-096126

BRACEY MICHAEL ANTHOSEATBELT VIOLATION

This is to notify you that the above styled case has been set for
INITIAL APPEARANCE        on the 15th day of        May A. D. 2012
at  1:00 PM.   Your attendance is required.

MARSHA WEEMS STACEY presiding.

                              Susan McCarty, Clerk
                              Madison County Justice Court


                         By: _____


                              MAKETA DAVIS                    DC


ALL COURT ORDERED FINES AND COST ARE DUE ON COURT DATE
WE DO NOT ACCEPT PERSONAL CHECKS OR DEBIT CARDS OR ATM CARDS

VERIFY FIRST - THIS DOCUMENT IS PRINTED IN BLUE, RED & BLACK INKS.

| Only the original Power of Attorney will bind this Surety. | **POWER OF ATTORNEY**<br>INTE...ATIONAL FIDELITY INSURANCE COM...NY<br>P.O. Box 9810, CALABASAS, CA 91372-9810   (800) 935-2245 | **POWER NUMBER** IS3K-166477 |

**THIS POWER VOID IF NOT USED BY:** December 31, 2012          **POWER AMOUNT $** 3,000

KNOW ALL MEN BY THESE PRESENTS, that INTERNATIONAL FIDELITY INSURANCE COMPANY, a corporation duly organized and existing under the laws of the State of New Jersey, has constituted and appointed, and does hereby constitute and appoint, its true and lawful Attorney-in-Fact, with full power and authority to sign the company name and affix its corporate seal to, and deliver on its behalf as surety, any and all obligations as herein provided, and the execution of such obligations in pursuance of these presents shall be as binding upon the company as fully and to all intents and purposes as if done by the regularly elected officers of said company at its home office in their own proper person; and the said company hereby ratifies and confirms all and whatsoever its said Attorney-in-Fact may lawfully do and perform in the premises by virtue of these presents.

THIS POWER OF ATTORNEY IS VOID IF ALTERED OR ERASED, THE OBLIGATION OF THE COMPANY SHALL NOT EXCEED THE SUM OF

THREE THOUSAND**********************************

**AND MAY BE EXECUTED FOR RECOGNIZANCE ON CRIMINAL BAIL BONDS ONLY.**

Authority of such Attorney-in-Fact is limited to the execution of appearance bonds and cannot be construed to guarantee defendant's future lawful conduct, adherence to tra... limitation, fines, restitution, payments or penalties, or any other condition imposed by a court not specifically related to court appearances. A separate Power of Attorney mu... be attached to each bond executed.  Powers of Attorney must not be returned to Attorney-in-Fact, but should remain a permanent part of the court records.

Bond Amt $ 2125.00          Date Executed March 18, 2012

Defendant Michael A. Bracey          D.O.B. _____

Case # _____          Appearance Date _____

Offense No Seatbelt, Poss of Marij in Motor vehicle, No Insur, DUI,
                  Disobey Traffic Device

County Madison

Court City Canton          Court State MS   Div./Dept. Justice

If rewrite, give orig. power # _____          ☐ Increase   ☐ Decrease

Executing Agent Phil Way Jr          Signature/if applicable, add your COURT assigned Agent #

Form# IFI.0100 (9/06)          ORIGINAL

NOTICE: Stacking of Powers is strictly prohibited. No more than o... power from this Surety may be used to post any one bail amount...

IN WITNESS WHEREOF, said INTERNATIONAL FIDELI... INSURANCE COMPANY, by virtue of authority conferred by ... Board of Directors, has caused these presents to be sealed with ... corporate seal, signed by its Chairman of the Board and attest... by its Secretary, this 23rd day of March, 1998.

Francis Mitterhoff, Chairman of the Board.

Norman Kenvitz, Secretary.

NOT VALID FOR IMMIGRATION

01476016

**Da Bail Bondsman**

**Broderick Washington**
*Bail Agent*

A & D Bail Bonds
740 Hwy 49 N
Suite S
Flora, MS 39071

Cell: 601.214
Office: 601.879
Email: blueballbonds@gma

**State, Federal, Transfer Bonds**

Agent: BRODERICK WASHINGTON
208 TRAVIS COVE, FLORA Ms 390711
L/s 10176610-601-214-0492
MADISON, MS 39110

STATE OF MISSISSIPPI

COUNTY OF _MADIson_

We, _Michael A. Bracey_ Principal, and International Fidelity Insurance Company And A&D BAIL Bonding Agency, Agree and bind ourselves to pay unto the state of Mississippi _Two thousand one hundred seventy-five_ Dollars($ _2/25.ᵒᵒ_ )unless, the said _Michael A. Bracey_ shall not appear before the _Justice_ court of _Madison_ county in the City of _Canton_ the__day____of 20___time_____to answer the charge _No seat belt, Poss. of Marij. in Motor Vehicle, No Insur, D.U.I. Disobey Traffic Device_ then and there remain from day to day remanded to files in the court having jurisdiction in the matter.

**Written Day of the Bond** _18_ **day of** _March_**20** _12_

Principal's: X _Michael A. Bracey_

(ATTORNEY-IN-FACT(SURETY) BENJAMIN F.WALLACE

APPROVED THIS 8 day of JUNE 2006

INTERNATIONAL FIDELITY INSURANCE COMPANY P.O. BOX 9810 CALABASAS, CA 91302

TELEPHONE 1(818-222-4999)      BENJAMIN WALLACE L/s

9911432/553 HAZELTON DR.

MADISON MS 39110

IN THE JUSTICE COURT OF MADISON COUNTY, MISSISSIPPI

STATE OF MISSISSIPPI                                          PLAINTIFF

VS.                                               CAUSE NO. _____

MICHAEL ANTHONY BRACEY                                        DEFENDANT

## MOTION FOR CONTINUANCE

COMES NOW the Defendant, MICHAEL ANTHONY BRACEY, by and through his attorney of record, and moves this Honorable Court for a continuance of his trial date which has been set for May 16, 2013 at 9:00 a.m. , and would respectfully show unto this Court the following, to-wit:

1.

That this Court has jurisdiction over the subject and party matter.

2.

That Counsel for the Defendant, a member of the Mississippi Army National Guard, will be on Active Duty in Bishkek, Krygyzstan.   (Please find a copy of Counsel's Military Orders attached  as Exhibit "A").

3.

This continuance is not sought for reason of delay, but that justice may be served.

WHEREFORE, PREMISES CONSIDERED, the Defendant hereby requests this Honorable Court for a continuance of the trial date in this cause.

Respectfully submitted,

MICHAEL ANTHONY BRACEY

BY: _____
KEVIN D. CAMP

Kevin D. Camp (MSB NO. 10634)
Jared K. Tomlinson (MSB NO. 103886)
THE CAMP LAW FIRM, PLLC
1764 Lelia Drive
Jackson, MS 39216
Telephone: (601) 948-5800
*ATTORNEY FOR DEFENDANT*

## CERTIFICATE OF SERVICE

I, Kevin D. Camp, do hereby certify that I have this day delivered a true and correct copy of the above, foregoing document in a manner prescribed by law to:

Allen Phillips, County Prosecutor
Justice Court of Madison County
P.O. Box 487
Madison MS 39046

This service effective this, the ___1st___ day of ___May___ 2013:

( )     Handing same to said attorney(s).

( )     Delivering same to the office of said attorney (s).

(X)     **Depositing a copy thereof in the United States Mail,
        postage pre-paid and addressed as indicated above.**

( )     Depositing a copy thereof in the United States Mail,
        certified, return receipt, restricted delivery, address
        correction requested, postage pre-paid and addressed as
        indicated above.

( )     Faxing as well mailing.

Kevin D. Camp

MISSISSIPPI MILITARY DEPARTMENT
THE ADJUTANT GENERAL'S OFFICE
POST OFFICE BOX 5027
JACKSON, MISSISSIPPI   39296-5027

ORDERS 045-015                                          14 February 2013

CAMP KEVIN D                      MAJ   JOINT FORCE HQ, MSNG
(8AGAA-001) PO BOX 5027                JACKSON        MS    39296

You are ordered to Active Duty for Operational Support - Reserve Component(ADOS-RC)
for the period shown plus allowable travel time.  Upon completion of the period of
ADOS-RC unless sooner released or extended by proper authority, you will return to
the place where you entered ADOS-RC and be released from such duty.

Period (TDY) : 06 May 2013    - 25 May 2013
Report to: BISHKEK, KYRGYZSTAN
Reporting time/date: 6 MAY 2013
Purpose: 13CQ01 / MET TRAINING EXERCISE
Additional instructions:
  (a) Soldiers with orders authorizing travel entitlements beyond mileage
      reimbursement will file their voucher utilizing DTS.  Mileage only
      entitlements can be reimbursed via Military Pay.
  (b) Travel by commercial, military or POV is authorized. If commercial trans-
      portation is elected, you are directed to make all tvl arrangements through
      DTS for tickets, rental car and lodging. For any questions, call the DTS
      Helpdesk: SSG Wiley 601-313-1512 or Ms Chandler 601-313-1894.
  (c) GOVERNMENT MEALS ARE NOT AVAILABLE OR DIRECTED.
  (d) ALL GOVERNMENT TRAVEL CARD HOLDERS ARE REMINDED THAT UNDER PUBLIC LAW
      105-264 USE OF THE GOVERNMENT TRAVEL CHARGE CARD IS MANDATORY FOR ALL
      LODGING AND OTHER AUTHORIZED TDY EXPENSES INCURRED BY THE TRAVELER WHILE
      ON OFFICIAL TRAVEL ORDERS.
  (e) DTS TRAVEL VOUCHER WILL BE SUBMITTED NLT 5 DAYS AFTER
      PERFORMING DUTY, IF APPLICABLE.
  (f) GOVERNMENT QUARTERS ARE NOT AVAILABLE UNDER THE FOLLOWING CIRCUMSTANCE:
  (g) TDY is to other than a U.S. installation.
  (h) IF INDIVIDUAL IS A GOVERNMENT TRAVEL CARD HOLDER AND IN A PER DIEM STATUS,
      ATM ADVANCE WILL NOT EXCEED AN AVERAGE OF $25.00 PER DAY FOR EACH DAY OF
      TDY AUTHORIZED ON ORDER.
  (i) IF YOU ARE A GOVERNMENT CHARGE CARD HOLDER, YOU ARE PERSONALLY RESPONSIBLE
      TO PAY ALL CHARGES BY THE STATEMENT DUE DATE. SPLIT-DISBURSEMENT OPTION OF
      PAYMENT IS DIRECTED. IF YOU CANNOT COMPLY WITH THIS ORGANIZATION'S TRAVEL
      CARD POLICY, CONTACT YOUR SUPERVISOR IMMEDIATELY.
  (j) STATEMENT OF ATTENDANCE (SOA) (FOR 8 DAYS OR MORE FOR ACTIVE DUTY)
      THE INDIVIDUAL INDICATED ABOVE HAS REPORTED FOR DUTY IN ACCORDANCE
      WITH COMPETENT ORDERS, AND UPON COMPLETION OF THE DUTY IS DUE PAY
      AND ALLOWANCES IN THE GRADE AND STATUS SHOWN.
      MILEAGE_____        SIGNATURE_____
  (k) I CERTIFY THAT I HAVE PERSONAL KNOWLEDGE OR I HAVE PERSONALLY
      VERIFIED THE COMPLETION OF DUTY AS STATED ON SOA SUBMITTED ON
      TL #_____.   ANY CHANGES IN DATES OF DUTY ARE STATED ABOVE
      AND ARE SUPPORTED BY THE ATTACHED AMENDMENT ORDER.
      SIGNATURE_____

                        FOR OFFICIAL USE ONLY - PRIVACY ACT
                        FOR OFFICIAL USE ONLY - PRIVACY ACT

ORDERS  045-015  HQ MS NG, OTAG,  14 February 2013

Additional instructions (cont):

(l) PERFORMANCE OF DUTY IS SUBJECT TO THE AVAILABILITY OF FUNDS.
(m) If a Soldier on orders pays for Lodging, enter DTS in the mileage block of
    the Certificate of Performance (COP) or Statement of Attendance (SOA) as
    applicable.  Mileage will be paid in DTS along with per diem.
(n) TRAD/OFF/PHA

FOR ARMY USE
Auth: TITLE 10 USC 12301 (b) (d)
HOR: 118 CARLTON BLVD        RIDGELAND        MS39157
APC DJMS-RC: C8F37A  TDC 37A Overseas Security Cooperation Support
APC STANFINS Pay:  LCI9   APC STANFINS Travel:  LCI9
Acct clas:
  Off pay/alw: 2132060 18-1022 P1G11.3000-1198/1199/1210/1250 S22065  CQO  8AGAA
    SRN:  CAM05960450150  JON/CCC: LCI944/44LCI9  Cost Estimate: $   6,318
PEBD: 920307
Federal WE: M00
State tax code: MS
Marital status / Number of dependents: M01
Type of incentive pay: NONE
Type of special pay: NONE
Scty cl: SECRET
Format: 282

FOR THE ADJUTANT GENERAL:

                                    \\\\\\\\\\\\\//////////
                                    \\   HQ, MSARNG    //
                                    \\     OFFICIAL    //
                                    \\\\\\\\\\\\\//////////
DISTRIBUTION:                       GREGORY S. MICHEL
1-ORD FILE, 1-201 FILE, 1-MSC,      COL, GS, MSARNG
3-INDIV, 7-UNIT, 1-HQ               Deputy Chief of Staff, Personnel


                    FOR OFFICIAL USE ONLY - PRIVACY ACT
                    FOR OFFICIAL USE ONLY - PRIVACY ACT

Justice Court of Madison County
2961 S. Liberty Street
Canton, MS  39046
859-6337

To: THAMES BRANDON DEPUTY
    2935 HWY 51 SOUTH
    CANTON MS 39046

IMPORTANT NOTICE

THE STATE OF MISSISSIPPI          Date:  1/23/2013

vs:                               Cause No: MIS 00-021083

BRACEY MICHAEL ANTHONY

RE: POSS OF MARIJUANA IN MOTOR VEHICLE

This is to notify you that the above styled case has been set for

SET FOR HEARING          on the 16th day of       May A. D. 2013

at  9:00 AM.   Your attendance is required.

MARSHA WEEMS STACEY presiding.

Susan McCarty,  Clerk
Madison County Justice Court

By: _____


Cheryl J Horn,DC                    DC


CC: KEVIN CAMP
    1764 LELIA DRIVE
    JACKSON MS 39216


ALL COURT ORDERED FINES AND COST ARE DUE ON COURT DATE
WE DO NOT ACCEPT PERSONAL CHECKS OR DEBIT CARDS OR ATM CARDS

Justice Court of Madison County
2961 S. Liberty Street
Canton, MS  39046
859-6337


To: DEPUTY BRANDON THAMES
    2935 HWY 51 SOUTH
    CANTON MS 39046


IMPORTANT NOTICE


THE STATE OF MISSISSIPPI           Date:  1/23/2013

vs:                                Cause No: MSO 00-096126

BRACEY MICHAEL ANTHONY

RE: SEATBELT VIOLATION


This is to notify you that the above styled case has been set for

SET FOR HEARING           on the 16th day of        May A. D. 2013

at  9:00 AM.   Your attendance is required.

MARSHA WEEMS STACEY presiding.


                              Susan McCarty, Clerk
                              Madison County Justice Court


                       By: _____


                         Cheryl J Horn,DC              DC



                       CC: KEVIN CAMP
                           1764 LELIA DRIVE
                           JACKSON MS 39216



      ALL COURT ORDERED FINES AND COST ARE DUE ON COURT DATE
    WE DO NOT ACCEPT PERSONAL CHECKS OR DEBIT CARDS OR ATM CARDS

Justice Court of Madison County
2961 S. Liberty Street
Canton, MS  39046
859-6337

To: DEPUTY BRANDON THAMES
    2935 HWY 51 SOUTH
    CANTON MS 39046

IMPORTANT NOTICE

THE STATE OF MISSISSIPPI          Date:  1/23/2013

vs:                               Cause No: MSO 00-096128

BRACEY MICHAEL ANTHONY

RE: FAILURE TO YIELD

This is to notify you that the above styled case has been set for
SET FOR HEARING           on the 16th day of       May A. D. 2013
at  9:00 AM.   Your attendance is required.
MARSHA WEEMS STACEY presiding.

                              Susan McCarty, Clerk
                              Madison County Justice Court


                     By: _____


                              Cheryl J Horn,DC              DC



                     CC: KEVIN CAMP
                         1764 LELIA DRIVE
                         JACKSON MS 39216



     ALL COURT ORDERED FINES AND COST ARE DUE ON COURT DATE
   WE DO NOT ACCEPT PERSONAL CHECKS OR DEBIT CARDS OR ATM CARDS

Justice Court of Madison County
2961 S. Liberty Street
Canton, MS  39046
859-6337


To: KEVIN CAMP
    1764 LELIA DRIVE
    JACKSON MS 39216


IMPORTANT NOTICE


THE STATE OF MISSISSIPPI            Date:  1/23/2013

vs:                                 Cause No: MIS 00-021083

BRACEY MICHAEL ANTHONY

RE: POSS OF MARIJUANA IN MOTOR VEHICLE


This is to notify you that the above styled case has been set for

SET FOR HEARING           on the 16th day of        May A. D. 2013

at  9:00 AM.  Your attendance is required.

MARSHA WEEMS STACEY presiding.


                          Susan McCarty, Clerk
                          Madison County Justice Court


                   By: _____


                   Cheryl J Horn, DC            DC


        ALL COURT ORDERED FINES AND COST ARE DUE ON COURT DATE
     WE DO NOT ACCEPT PERSONAL CHECKS OR DEBIT CARDS OR ATM CARDS

Justice Court of Madison County
2961 S. Liberty Street
Canton, MS  39046
859-6337


To: KEVIN CAMP
    1764 LELIA DRIVE
    JACKSON MS 39216


IMPORTANT NOTICE

THE STATE OF MISSISSIPPI          Date:  1/23/2013

vs:                               Cause No: MSO 00-096126

BRACEY MICHAEL ANTHONY

RE: SEATBELT VIOLATION


This is to notify you that the above styled case has been set for

SET FOR HEARING          on the 16th day of        May A. D. 2013

at  9:00 AM.   Your attendance is required.

MARSHA WEEMS STACEY presiding.


                              Susan McCarty, Clerk
                              Madison County Justice Court


                    By: _____


                    Cheryl J Horn,DC            DC


ALL COURT ORDERED FINES AND COST ARE DUE ON COURT DATE
WE DO NOT ACCEPT PERSONAL CHECKS OR DEBIT CARDS OR ATM CARDS

Justice Court of Madison County
2961 S. Liberty Street
Canton, MS  39046
859-6337


To: KEVIN CAMP
    1764 LELIA DRIVE
    JACKSON MS 39216


IMPORTANT NOTICE


THE STATE OF MISSISSIPPI          Date:  1/23/2013

vs:                               Cause No: MSO 00-096128

BRACEY MICHAEL ANTHONY

RE: FAILURE TO YIELD


This is to notify you that the above styled case has been set for

SET FOR HEARING          on the 16th day of      May A. D. 2013

at  9:00 AM.   Your attendance is required.

MARSHA WEEMS STACEY presiding.


                              Susan McCarty, Clerk
                              Madison County Justice Court


                    By: _____


                    Cheryl J Horn,DC               DC


ALL COURT ORDERED FINES AND COST ARE DUE ON COURT DATE
WE DO NOT ACCEPT PERSONAL CHECKS OR DEBIT CARDS OR ATM CARDS

Justice Court of Madison County
2961 S. Liberty Street
Canton, MS  39046
859-6337

To: BRACEY MICHAEL ANTHONY
    108 LINCOLN ST
    FLORA MS 39071

IMPORTANT NOTICE

THE STATE OF MISSISSIPPI               Date:  1/23/2013

vs:                                    Cause No: MIS 00-021083

BRACEY MICHAEL ANTHONY

RE: POSS OF MARIJUANA IN MOTOR VEHICLE

This is to notify you that the above styled case has been set for

SET FOR HEARING           on the 16th day of        May A. D. 2013

at  9:00 AM.   Your attendance is required.

MARSHA WEEMS STACEY presiding.

                            Susan McCarty, Clerk
                            Madison County Justice Court

                    By: _____


                            Cheryl J Horn,DC              DC




            CC: KEVIN CAMP
                1764 LELIA DRIVE
                JACKSON MS 39216




   ALL COURT ORDERED FINES AND COST ARE DUE ON COURT DATE
 WE DO NOT ACCEPT PERSONAL CHECKS OR DEBIT CARDS OR ATM CARDS

Justice Court of Madison County
2961 S. Liberty Street
Canton, MS  39046
859-6337


To: BRACEY MICHAEL ANTHONY
    108 LINCOLN ST
    FLORA MS 39071


IMPORTANT NOTICE


THE STATE OF MISSISSIPPI            Date:  1/23/2013

VS:                                 Cause No: MSO 00-096126

BRACEY MICHAEL ANTHONY

RE: SEATBELT VIOLATION


This is to notify you that the above styled case has been set for

SET FOR HEARING          on the 16th day of       May A. D. 2013

at  9:00 AM.   Your attendance is required.

MARSHA WEEMS STACEY presiding.


                              Susan McCarty, Clerk
                              Madison County Justice Court

                    By:  _____


                              Cheryl J Horn,DC              DC



                    CC: KEVIN CAMP
                        1764 LELIA DRIVE
                        JACKSON MS 39216



    ALL COURT ORDERED FINES AND COST ARE DUE ON COURT DATE
   WE DO NOT ACCEPT PERSONAL CHECKS OR DEBIT CARDS OR ATM CARDS

Justice Court of Madison County
2961 S. Liberty Street
Canton, MS  39046
859-6337

To: BRACEY MICHAEL ANTHONY
    108 LINCOLN ST
    FLORA MS 39071

IMPORTANT NOTICE

THE STATE OF MISSISSIPPI            Date:  1/23/2013

vs:                                 Cause No: MSO 00-096128

BRACEY MICHAEL ANTHONY

RE: FAILURE TO YIELD


This is to notify you that the above styled case has been set for

SET FOR HEARING           on the 16th day of        May A. D. 2013

at  9:00 AM.   Your attendance is required.

MARSHA WEEMS STACEY presiding.


                              Susan McCarty, Clerk
                              Madison County Justice Court


                    By: _____


                    Cheryl J Horn, DC                DC



              CC: KEVIN CAMP
                  1764 LELIA DRIVE
                  JACKSON MS 39216



  ALL COURT ORDERED FINES AND COST ARE DUE ON COURT DATE
WE DO NOT ACCEPT PERSONAL CHECKS OR DEBIT CARDS OR ATM CARDS

MADISON COUNTY JUSTICE C R

CASE RECORD OF STATE VERSUS BRACEY MICHAEL ANTHONY

CASE: MIS00-21083    CHARGE POSS OF MARIJUANA IN MOTOR VEHICLE

COURT DATE:   9/13/2012

BRACEY MICHAEL ANTHONY
108 LINCOLN ST
FLORA                MS 39071-0000

AFFIANT/WITNESS:

ATTORNEY FOR DEF:

BOND:                                JAIL RCPT#
APPEAL BOND:

=================================================================
=================================================================

O R D E R

DEFENDANT IS FOUND:   NOLLE PROSEQUI

SENTENCE:
 MOTION BY STATE TO NOLLE PROSEQUI

SO ORDERED, THIS THE 13th DAY OF Sept , 2012

DOC. 2947        PAGE  110        BY:

JUSTICE COURT JUDGE

CASE: MIS00021083    VIOLATION DATE:           DATE CLOSED:  9/13/2012

Justice Court of Madison County
2961 S. Liberty Street
Canton, MS  39046
859-6337


To: BRACEY MICHAEL ANTHONY
    108 LINCOLN ST
    FLORA MS 39071


IMPORTANT NOTICE


THE STATE OF MISSISSIPPI        Date:  5/15/2013

vs:                             Cause No: MIS 00-021083

BRACEY MICHAEL ANTHONY

RE: POSS OF MARIJUANA IN MOTOR VEHICLE


This is to notify you that the above styled case has been set for

SET FOR HEARING        on the 15th day of    August A. D. 2013

at  9:00 AM.  Your attendance is required.

MARSHA WEEMS STACEY presiding.


                        Susan McCarty, Clerk
                        Madison County Justice Court


                By: _____


                    Shelia Taylor, DC          DC



                CC: KEVIN CAMP
                    1764 LELIA DRIVE
                    JACKSON MS 39216



    ALL COURT ORDERED FINES AND COST ARE DUE ON COURT DATE
  WE DO NOT ACCEPT PERSONAL CHECKS OR DEBIT CARDS OR ATM CARDS

Justice Court of Madison County
2961 S. Liberty Street
Canton, MS  39046
859-6337

To: THAMES BRANDON DEPUTY
    2935 HWY 51 SOUTH
    CANTON MS 39046

IMPORTANT NOTICE

THE STATE OF MISSISSIPPI          Date:  5/15/2013

vs:                               Cause No: MIS 00-021083

BRACEY MICHAEL ANTHONY

RE: POSS OF MARIJUANA IN MOTOR VEHICLE

This is to notify you that the above styled case has been set for

SET FOR HEARING          on the 15th day of     August A. D. 2013

at  9:00 AM.  Your attendance is required.

MARSHA WEEMS STACEY presiding.

                              Susan McCarty, Clerk
                              Madison County Justice Court

                    By: _____

                         Shelia Taylor, DC          DC

          CC: KEVIN CAMP
              1764 LELIA DRIVE
              JACKSON MS 39216

      ALL COURT ORDERED FINES AND COST ARE DUE ON COURT DATE
    WE DO NOT ACCEPT PERSONAL CHECKS OR DEBIT CARDS OR ATM CARDS

Justice Court of Madison County
2961 S. Liberty Street
Canton, MS  39046
859-6337


To: KEVIN CAMP
    1764 LELIA DRIVE
    JACKSON MS 39216


IMPORTANT NOTICE


THE STATE OF MISSISSIPPI          Date:  5/15/2013

vs:                               Cause No: MIS 00-021083

BRACEY MICHAEL ANTHONY

RE: POSS OF MARIJUANA IN MOTOR VEHICLE


This is to notify you that the above styled case has been set for

SET FOR HEARING          on the 15th day of    August A. D. 2013

at  9:00 AM.  Your attendance is required.

MARSHA WEEMS STACEY presiding.


                              Susan McCarty, Clerk
                              Madison County Justice Court


                    By:  _____


                    Shelia Taylor, DC          DC




          ALL COURT ORDERED FINES AND COST ARE DUE ON COURT DATE
       WE DO NOT ACCEPT PERSONAL CHECKS OR DEBIT CARDS OR ATM CARDS

Justice Court of Madison County
2961 S. Liberty Street
Canton, MS  39046
859-6337

To: BRACEY MICHAEL ANTHONY
    108 LINCOLN ST
    FLORA MS 39071

IMPORTANT NOTICE

THE STATE OF MISSISSIPPI          Date:  5/15/2013

vs:                               Cause No: MSO 00-096128

BRACEY MICHAEL ANTHONY

RE: FAILURE TO YIELD

This is to notify you that the above styled case has been set for

SET FOR HEARING          on the 15th day of      August A. D. 2013

at  9:00 AM.   Your attendance is required.

MARSHA WEEMS STACEY presiding.

                              Susan McCarty, Clerk
                              Madison County Justice Court


                    By: _____


                    Shelia Taylor, DC          DC




                CC: KEVIN CAMP
                    1764 LELIA DRIVE
                    JACKSON MS 39216



    ALL COURT ORDERED FINES AND COST ARE DUE ON COURT DATE
    WE DO NOT ACCEPT PERSONAL CHECKS OR DEBIT CARDS OR ATM CARDS

Justice Court of Madison County
2961 S. Liberty Street
Canton, MS  39046
859-6337


To: DEPUTY BRANDON THAMES
    2935 HWY 51 SOUTH
    CANTON MS 39046


IMPORTANT NOTICE

THE STATE OF MISSISSIPPI          Date:  5/15/2013

vs:                               Cause No: MSO 00-096128

BRACEY MICHAEL ANTHONY

RE: FAILURE TO YIELD


This is to notify you that the above styled case has been set for

SET FOR HEARING          on the 15th day of     August A. D. 2013

at  9:00 AM.  Your attendance is required.

MARSHA WEEMS STACEY presiding.


                          Susan McCarty, Clerk
                          Madison County Justice Court


                    By: _____


                          Shelia Taylor, DC          DC



                    CC: KEVIN CAMP
                        1764 LELIA DRIVE
                        JACKSON MS 39216



     ALL COURT ORDERED FINES AND COST ARE DUE ON COURT DATE
   WE DO NOT ACCEPT PERSONAL CHECKS OR DEBIT CARDS OR ATM CARDS

Justice Court of Madison County
2961 S. Liberty Street
Canton, MS  39046
859-6337

To: KEVIN CAMP
    1764 LELIA DRIVE
    JACKSON MS 39216

IMPORTANT NOTICE

THE STATE OF MISSISSIPPI          Date:  5/15/2013

vs:                               Cause No: MSO 00-096128

BRACEY MICHAEL ANTHONY

RE: FAILURE TO YIELD

This is to notify you that the above styled case has been set for

SET FOR HEARING          on the 15th day of    August A. D. 2013

at  9:00 AM.  Your attendance is required.

MARSHA WEEMS STACEY presiding.

                              Susan McCarty, Clerk
                              Madison County Justice Court

                    By: _____

                    Shelia Taylor, DC          DC

    ALL COURT ORDERED FINES AND COST ARE DUE ON COURT DATE
WE DO NOT ACCEPT PERSONAL CHECKS OR DEBIT CARDS OR ATM CARDS

Bruno, Anthony

Defendant

Address

SS#                                          SID#

Phone#

Employer

Phone #/of Employer

Supervisor                                   Verified

Charges                                      Case No.
                                             Arraignment Date
                                             List #
Affiant          Date Subpoenaed            Bond

Other Witnesses:

Bonding Companies:

App. Date:
Hearing Date:
Continued to

**EXHIBIT**

HH

# STATE OF MISSISSIPPI – UNIFORM TRAFFIC TICKET

**MADISON COUNTY**

Judicial District: ☑ 1  ☐ 2

Agency Code **0045**

№ 098978

IN THE COURT DESIGNATED BELOW, THE AFFIANT HEREIN, BEING DULY SWORN, UPON OATH DOES DEPOSE AND SAY: AT THE FOLLOWING LOCATION, TIME AND DATE:

Location of Violation: *Kearney Park Rd.*   At/Near *Middle Rd.*   Hwy

| Day | Date | Time | Accident | District | Precinct |
| --- | --- | --- | --- | --- | --- |
| *Sun.* | *1-29-12* | *2:00* ☐ AM ☐ PM | ☐ yes ☑ no | 01 | |

Defendant ( First Name,  Middle Name,  Last Name)
*Anthony   Maurice   Brown*

License Address  *1330   Hwy 49*

| City | State | Zip Code |
| --- | --- | --- |
| *Flora* | *MS* | *39071* |

| Driver's License Number | Class | State | Sex | Race | Date of Birth |
| --- | --- | --- | --- | --- | --- |
| *801 29 4219* | *R* | *MS* | *M* | *B* | |

| Vehicle License Number | State | Year | Make | Model | Type |
| --- | --- | --- | --- | --- | --- |
| *074TJ* | *MS* | *11-12* | *Isuzu* | *Rodeo* | *Suv. blk* |

Defendant's Current Address: _____

Defendant's Current Telephone Number: _____

That the above named defendant, while operating the aforementioned motor vehicle, did willfully and unlawfully commit the offense of:

*(Check Only One Offense Each Ticket)*   SPEED   ZONE

| | |
| --- | --- |
| ☐ S92 Speeding | ☐ F02 Child Restraint Violation |
| ☑ M14 Disregard For Traffic Device | ☐ F04 Seatbelt Violation |
| ☐ N70 Driving Wrong Side Road | ☐ B51 No Drivers License (Expired) |
| ☐ B26 Driving While License Suspended | ☐ B55 No Motor Vehicle Inspection (Expired) |
| ☐ M34 Following Too Closely | ☐ B53 Expired Tag/No Tag |
| ☐ M70 Improper Passing | ☐ B26 Driving While License Suspended |
| ☐ N01 Failure To Yield Right Of Way | (Under Implied Consent Law) |
| ☐ M84 Reckless Driving | ☐ N50 Improper Turn |
| ☐ M81 Careless Driving | ☐ D36 No Proof of Liability Ins. |
| ☑ Explanation: *Stop sign* | ☐ Other Violation (_____) |

☐ Check Only If Driver License Is Deposited In Lieu Of Bond Or Other Security.
☐ Violation Pursuant To Commercial Driver's License Law.
☐ Required Placard Under Hazardous Materials Transportation Act.

Against the peace and dignity of the State of Mississippi

Affiant / Officer's Signature _____   Unit / Badge # *50-12*

Sworn to before me this the *22* day of *Feb*, 20 *12*

Clerk *McCarty*

You are hereby notified to appear before the court (Justice/Municipal) to answer the charge on the *28* day of *Feb*, 20 *12*  At *8:00* ☐AM/PM at:

Court's Physical Address: **2961 SOUTH LIBERTY ST. CANTON, MS 39046**

Court's Mailing Address: **2961 SOUTH LIBERTY ST. CANTON, MS 39046**

Court's Telephone Number: **601-859-6337**   www.madisoncotix.com

NOTE: CONTACT THE COURT TO CONFIRM THE COURT DATE
SEE REVERSE SIDE FOR ADDITIONAL INFORMATION

ORIGINAL/AFFIDAVIT  Case _____  Page _____  Docket _____   7-09

LAWRENCE-GREENWOOD 00800

Judge: _____ 4 _____

Case No.(s): _____

Arraignment Date: _____

Bond: _____

Defendant: Carter, Willie L. _____

Address: _____

SS # _____  SL # _____

Phone # _____

Employer: _____

Phone # of Employer: _____

Supervisor: _____  Verified: _____

Charges: DUI 1st, Careless Driving _____

Affiant: Thames, Timothy B  Date Subpoenaed: _____

_____  _____

_____  _____

Other Witnesses:

_____

_____

_____

_____

_____

_____

Bonding Companies: _____  App. Date: 08/25/09 @ 1:00 p.m.

_____  Hearing Date: 01/28/10 @ 9:00 A.M.

_____  Continued to 1/29/10 for 9:00 A.M.

_____  Continued to _____ for _____

_____  Continued to _____ for _____

Attorney: _____

Notes: Continued for defense 1-28-10 _____

**EXHIBIT**

II

## STATE OF MISSISSIPPI - UNIFORM TRAFFIC TICKET

No. 071887  □1 □2

IN THE COURT DESIGNATED BELOW, THE AFFIANT HEREIN, BEING DULY SWORN, UPON OATH DOES DEPOSE AND SAY THAT WITHIN THE COUNTY OF MISSISSIPPI, AT THE FOLLOWING LOCATION, TIME AND DATE:

(NAME OF LAW ENFORCEMENT AGENCY)
COUNTY/MUNICIPALITY OF:
**MADISON COUNTY**

AGENCY CODE **0045**

JUDICIAL DISTRICT   □1 □2

Location of Violation: Lottville Rd / Elias Dr.

At/Near

Day: Sat   Date: 6-13-09   Time: 8230 □AM □PM   Accident □yes □no   District   Precinct

Defendant, First Name: Willie   Middle Name: L.   Last Name: Carter

Address: P O Box 175

City: Camden   State: MS   Zip Code: 39045   Date of Birth

Driver's License Number: 200923361   Class MS   State B   Sex M   Race B

Vehicle License Number: MBX 31   State MS   Year MS09   Make DWSM   Model Jeep   Type GC SUV

THAT THE ABOVE NAMED DEFENDANT, WHILE OPERATING THE AFOREMENTIONED MOTOR VEHICLE, DID WILLFULLY AND UNLAWFULLY COMMIT THE OFFENSE OF:

(CHECK ONLY ONE OFFENSE EACH TICKET)

| Speed | Zone |
|---|---|

- □ S92 Speeding
- □ M14 Disregard For Traffic Device
- □ N70 Driving Wrong Side Road
- □ B26 Driving While License Suspended
- □ M34 Following Too Closely
- □ M70 Improper Passing
- □ N01 Failure to Yield Right of Way
- □ Other Violation - [Code Section
- □ B51 No Drivers License (Expired)
- □ B55 No Motor Vehicle Inspection (Expired)
- □ B53 Expired Tag/No Tag
- □ B26 Driving While License Suspended
  (Under Implied Consent Law)
- □ M56 Reckless Driving
- □ M81 Careless Driving
- □ N50 Improper Turn
- □ D36 No Proof Of Liability Ins.

Explanation: ___

- □ Violation Pursuant To Commercial Driver's License Law.
- □ Required Placard Under Hazardous Materials Transportation Act.

Against the peace and dignity of the State of Mississippi.

Affiant / Officer's Signature ___ Unit / Badge #

Sworn to before me this the 14 Day of July (Year) 09

___ Clerk

(This copy must be filed with the Court or Court Clerk)

Case ___ Page ___ Docket ___

Address: **2961 SOUTH LIBERTY ST. CANTON, MS 39046**
Telephone Number **601-859-6337**

**ORIGINAL / AFFIDAVIT**

8-1-02

---

## JRM TRAFFIC TICKET   DRIVING UNDER THE INF... NCE

AGENCY CO **0045**   **Madison County**   No. 007802

IN THE COURT DESIGNATED BELOW, THE AFFIANT HEREIN, BEING DULY SWORN, UPON OATH DOES DEPOSE AND SAY THAT WITHIN THE COUNTY OF **MADISON** AT THE FOLLOWING LOCATION, TIME AND DATE:

HWY/ST: Lottville Rd   DISTRICT

DAY: Saturday   DATE: 6-13-2009   TIME OF STOP: 0230 □AM □PM   ACCIDENT? □YES □NO

NAME (FIRST, MIDDLE AND LAST): Willie L. Carter

ADDRESS: 160 Harmon Rd

CITY: Canton   STATE: MS   ZIP CODE: 39046   DATE OF BIRTH

DRIVER LICENSE NUMBER: 200923361   CLASS MS   STATE MS   SEX M   RACE B

VEHICLE LICENSE NUMBER: MBX 36   STATE MS   YEAR 09   MAKE Jeep   GC   SUV

- □ Offense occurred within the city limits of ___ Mississippi
- □ Violation pursuant to Commercial Driver's License Law.   □ Required placard under Hazardous Materials Transportation Act

That the aforesaid person did, in violation of §63-11-30(1) Mississippi Code of 1972, willfully and unlawfully drive or otherwise operate a motor vehicle within this state:

- □ (a) Under the influence of intoxicating liquor; or
- □ (b) under the influence of any other substance which impaired such person's ability to operate a motor vehicle; or
- □ (c) Having an alcohol concentration of eight one-hundredths percent, (.08%) or more for persons who are above the legal age to purchase alcoholic beverages under state law, to wit: ___ % or
- □ (d) Having an alcohol concentration of two one-hundredths percent (.02%) or more for persons who are below the legal age to purchase alcoholic beverages under state law, to wit: ___ % or
- □ under the influence of any drug or controlled substance, the possession of which is unlawful under the Mississippi Controlled Substances Law.
- □ (e) having an alcohol concentration of four one-hundredths percent (.04%) or more for persons operating a commercial vehicle, to wit: ___ %.

After such person has been convicted of ___ one prior offense or ___ two prior offenses under §63-11-30 (1) on the ___ day of ___ in the ___ county/city of ___ State of ___, in the ___ court of ___ county/city of ___ State of ___ on the ___ day of ___ and the offenses having been committed within five years.

AGAINST THE PEACE AND DIGNITY OF THE STATE OF MISSISSIPPI

OFFICER'S SIGNATURE ___   UNIT / BADGE # 504

SWORN TO BEFORE ME, THIS THE 14 DAY OF July ___ 2009

(NAME AND TITLE) ___

ON THE 30 DAY OF July PHONE 601-859-6337

MUNICIPAL COURT □JUSTICE COURT
ADDRESS: **128 N. UNION, CANTON, MS 39046**

ARRAIGNMENT DATE BEFORE:

CASE # ___
DOCKET # ___ PAGE # ___

Guilty DUI 1st   4/29/10

**ORIGINAL/AFFIDAVIT** - THIS COPY MUST BE FILED WITH THE COURT OR COURT CLERK

THE DEFENDANT CHARGED HEREIN:
___ WAIVED defendant's right to an attorney after having been advised by the trial judge of the defendant's right to an attorney, and, if the defendant could not afford an attorney that one would be appointed free of charge to represent the defendant; or
___ WAS REPRESENTED (EMPLOYED OR APPOINTED) by an attorney whose name, address and telephone number is:
Name: ___
Address: ___

SIGNATURE OF JUDGE ___

## PLEASE PRINT INFORMATION
IN THE DESIGNATED BELOW, THE AFFIANT HEREIN, BEING DULY SWORN,
UPON OATH DOES DEPOSE AND SAY AT THE FOLLOWING LOCATION, TIME, & DATE

| AGENCY CODE | TICKET NUMBER |
|---|---|
| 0045 | 007802 |

| LOCATION | | HIGHWAY/STREET |
|---|---|---|
| LOTTVILLE/LELIAS | | 2000 |

| DAY | DATE | TIME OF STOP | TIME OF TEST |
|---|---|---|---|
| SAT | 06/13/2009 | 02:39 | 03:07 |

| NAME (LAST, FIRST, MIDDLE) |
|---|
| CARTER, WILLIE, L |

| ADDRESS |
|---|
| P O BOX 175 |

| CITY | STATE | ZIP CODE |
|---|---|---|
| CAMDEN | MS | 39045 |

| DRIVER LICENSE NUMBER | STATE | BIRTH DATE | SEX | RACE |
|---|---|---|---|---|
| 800923361 | MS | | M | B |

| SOCIAL SECURITY | EXPIRATION | WEIGHT |
|---|---|---|
| | 03/02/2011 | 200 |

| HEIGHT | CDL LICENSE | CLASS | RESTRICTIONS | ENDORSEMENTS |
|---|---|---|---|---|
| 5-07 | Y | D | | |

| VEHICLE LICENSE NUMBER | STATE | YEAR | MAKE | MODEL | VEHICLE TYPE |
|---|---|---|---|---|---|
| MBX361 | MS | 2001 | JEEP | GRAND CHER | PASSENGER |

Was driver operating a commercial vehicle that required a class A, B, or C CDL at time of arrest?
N

Was driver transporting hazardous material at time of arrest?
N

JUSTICE JUSTICE COURT

ADDRESS   2961 S. LIBERTY

CITY   CANTON

### STATE OF MISSISSIPPI – DEPARTMENT OF PUBLIC SAFETY
Receipt for Driver License and Temporary Driving Permit
CHEMICAL TEST REFUSAL

Breath Test Y        Blood Test        Urine Test

Person using this form as a driving permit forty-five (45) days after date of arrest, should have this license status checked through any Mississippi Highway Patrol Station of Mississippi Justice Information Center terminal to determine if subject is driving while license is suspended.

This receipt and permit is issued to individuals who have refused a chemical test to determine Breath Alcohol Content as required in Section 63-11-5 in accordance w/section 63-11-21 or 63-1-84 in accordance w/section 63-1-83 Mississippi Code 1972 as annotated.

### OFFICER'S STATEMENT
I the undersigned law enforcement officer state; (a) that he refused to submit to the test upon request as provided in Section 63-11-5 or 63-1-84 of the Mississippi Code, 1972 Annotated; (b) that the person was informed that if he refused to take the test his license/privilege to drive would be suspended or denied for a period of ninety (90) days or for a period of one year in the event of any previous conviction of such person under Section 63-11-30 of the Mississippi Code,1972

Annotated, if operating a non-commercial vehicle, or for one (1) year of life if operating a commercial vehicle; (c) that the law enforcement officer had reasonable grounds and probable cause to believe the person had been driving a motor vehicle upon the public highways of this state while under the influence of intoxicating liquor as indicated below:

| Slurred Speech Y | Smell of Intoxicating Beverage Present Y | Coordination Impaired Y |
|---|---|---|
| Driving off roadway Y | Weaving in Roadway Y | Eyes Dilated Y |
| Other N | | |

Arresting Officer's Name: THAMES, TIMOTHY, B
Signature of
Arresting Officer: _[signature]_                              Badge No. 44
Enforcement Agency: MADISON SO

STAPLE DRIVER LICENSE HERE                    SWORN TO AND SUBSCRIBED BEFORE ME
IS LICENSE ATTACHED                    this the _____ day of _____, 20_____
Y
IF NO, WHY _____         Notary Public or court Clerk
                                    WITHIN 24 HOURS MAIL TO:
                                    Statistical Branch
                                    Dept. D
                                    P.O. Box 958
                                    Jackson, Mississippi 39205

DO NOT FOLD

## MISSISSIPPI DEPARTMENT OF PUBLIC SAFETY

**OPERATOR MUST READ THE FOLLOWING TO THE SUBJECT:**

"Mr. (Mrs. or Ms.) CARTER                    you have the right to refuse
the Intoxilyzer test which is being offered to determine your breath alcohol content.
Should you elect to refuse, your driver's license and/or driving privilege to operate a
motor vehicle upon the public streets and highways of this state shall be suspended for
ninety (90) days if it is the first offense, or for one (1) year if you have been
previously convicted of a violation of Section 63-11-30, Mississippi Code of 1972."
**WARNING GIVEN: Y**

**Time of Observation Start:** 02:40     **Test Date:** 06/13/2009     **Start Test Time:** 03:07

**Intoxilyzer ~ Alcohol Analyzer Model 8000**   **DPS#:** 36818        **SN:** 80-000562
**Instrument Location:** Madison S.O.     **Location Number:** 011
**Standard Lot #:** 594176        **Standard Expiration:** 04/01/2012

**Sub Name:**   CARTER,WILLIE,L
**Address:** P O BOX 175
**City:** CAMDEN                **State:** MS        **Zip Code:** 39045
**Sub DOB:**          Sub Sex: M
**Driver License Number:** 800923361              **SSN:**

**Operator's Name:**  THAMES,TIMOTHY,B



BrAC g/210L
**Insufficient Sample**

**OPERATOR MUST READ THE FOLLOWING TO THE SUBJECT:**

"You have the right to make a telephone call for legal or medical assistance after being
booked."

**Driver:** Y        **Accident:** N        **Violation:** Y
**Enforcement Agency:** MADISON SO
**County and City where violation occurred:** MADISON          , MADISON COUNTY
**Judge / Clerk:** MCCARTY        JUSTICE JUSTICE COURT
**Address:** 2961 S. LIBERTY
**Committed to:** MCSO

**Operator's Signature**  _____  **Citation/Ticket No:** 007802
                          THAMES,TIMOTHY,B

**Approved by: Mississippi Crime Laboratory & Commissioner of Public Safety**

COURT COPY                              DPS/TP-01B (02/07)



MADISON COUNTY JUSTICE COURT

CASE RECORD OF STATE VERSUS CARTER WILLIE L

CASE: MSO00-07802    CHARGE DUI

COURT DATE:   4/29/2010

CARTER WILLIE L
160 HARGON RD
CANTON              MS 39046-0000

AFFIANT/WITNESS:  DEPUTY BRANDON THAMES

ATTORNEY FOR DEF:  HON. GREGORY WEBER

BOND:   775.00  ESCO                    JAIL RCPT#
APPEAL BOND:

========================================================================
========================================================================

O R D E R

DEFENDANT IS FOUND:  <u>GUILTY</u>

SENTENCE:   GUILTY IN ABSENTIA BY SWORN TESTIMONY OF OFFICER
                              48 HOURS, SUSPENDED; ORDE
            RED TO ATTEND MASEP
            NO DRIVING WHILE LICENSE ARE UNDER SUSPENSION

FINE $ ___500.50___        COSTS $   304.50    TOTAL $      805.00

SO ORDERED, THIS THE 29 DAY OF *April 2010*.

DOC. 4300      PAGE   239      BY: *Carole A Davis*
                              JUSTICE COURT JUDGE

CASE: MSO00007802    VIOLATION DATE:  6/13/2009   DATE CLOSED:

MADISON COUNTY JUSTICE COURT

CASE RECORD OF STATE VERSUS CARTER WILLIE L

CASE: MSO00-71887   CHARGE CARELESS DRIVING

COURT DATE:   4/29/2010

CARTER WILLIE L
P O BOX 175
CAMDEN              MS 39045-0000

AFFIANT/WITNESS:   DEPUTY BRANDON THAMES

ATTORNEY FOR DEF:   HON. GREGORY WEBER

BOND:                              JAIL RCPT#
APPEAL BOND:

=================================================================
=================================================================

O R D E R

DEFENDANT IS FOUND:   GUILTY

SENTENCE:   GUILTY IN ABSENTIA

FINE $    50.00          COSTS $   129.50    TOTAL $      179.50

SO ORDERED, THIS THE 29 DAY OF April 2010

DOC. 4340      PAGE   89      BY: Carole A Davis
                                   JUSTICE COURT JUDGE

CASE: MSO00071887   VIOLATION DATE:   6/13/2009   DATE CLOSED:

Justice Court of Madison County
2961 S. Liberty Street
Canton, MS  39046
859-6337


To: CARTER WILLIE L
    160 HARGON RD
    CANTON MS 39046


IMPORTANT NOTICE


THE STATE OF MISSISSIPPI          Date:  1/29/2010

vs:                               Cause No: MSO 00-007802

CARTER WILLIE L      DUI


This is to notify you that the above styled case has been set for

SET FOR HEARING          on the 29th day of      April A. D. 2010

at  9:00 AM.   Your attendance is required.

CAROLE DAVIS presiding.


                              Susan McCarty, Clerk
                              Madison County Justice Court


                    By: _____


                              Earnestine Brown, CDC          DC


ALL COURT ORDERED FINES AND COST ARE DUE ON COURT DATE
WE DO NOT ACCEPT PERSONAL CHECKS OR DEBIT CARDS OR ATM CARDS

Justice Court of Madison County
2961 S. Liberty Street
Canton, MS  39046
859-6337

To: DEPUTY BRANDON THAMES
    2935 HWY 51 SOUTH
    CANTON MS 39046

IMPORTANT NOTICE

THE STATE OF MISSISSIPPI          Date:  1/29/2010

vs:                               Cause No: MSO 00-007802

CARTER WILLIE L      DUI

This is to notify you that the above styled case has been set for

SET FOR HEARING          on the 29th day of     April A. D. 2010

at  9:00 AM.  Your attendance is required.

CAROLE DAVIS presiding.

                              Susan McCarty, Clerk
                              Madison County Justice Court

                    By: _____

                              Earnestine Brown, CDC          DC

ALL COURT ORDERED FINES AND COST ARE DUE ON COURT DATE
WE DO NOT ACCEPT PERSONAL CHECKS OR DEBIT CARDS OR ATM CARDS

Justice Court of Madison County
2961 S. Liberty Street
Canton, MS  39046
859-6337

To: CARTER WILLIE L
    P O BOX 175
    CAMDEN MS 39045

IMPORTANT NOTICE

THE STATE OF MISSISSIPPI            Date:  1/29/2010

vs:                                 Cause No: MSO 00-071887

CARTER WILLIE L     CARELESS DRIVING

This is to notify you that the above styled case has been set for

SET FOR HEARING            on the 29th day of      April A. D. 2010

at  9:00 AM.   Your attendance is required.

CAROLE DAVIS presiding.

                              Susan McCarty, Clerk
                              Madison County Justice Court


                    By: _____


                         Earnestine Brown, CDC        DC


        ALL COURT ORDERED FINES AND COST ARE DUE ON COURT DATE
    WE DO NOT ACCEPT PERSONAL CHECKS OR DEBIT CARDS OR ATM CARDS

Justice Court of Madison County
2961 S. Liberty Street
Canton, MS  39046
859-6337

To: DEPUTY BRANDON THAMES
    2935 HWY 51 SOUTH
    CANTON MS 39046

IMPORTANT NOTICE

THE STATE OF MISSISSIPPI          Date:  1/29/2010

vs:                               Cause No: MSO 00-071887

CARTER WILLIE L     CARELESS DRIVING

This is to notify you that the above styled case has been set for

SET FOR HEARING          on the 29th day of      April A. D. 2010

at  9:00 AM.  Your attendance is required.

CAROLE DAVIS presiding.

                              Susan McCarty, Clerk
                              Madison County Justice Court


                    By: _____


                         Earnestine Brown, CDC        DC


ALL COURT ORDERED FINES AND COST ARE DUE ON COURT DATE
WE DO NOT ACCEPT PERSONAL CHECKS OR DEBIT CARDS OR ATM CARDS

CASE RECORD OF STATE VERSUS CARTER WILLIE L

CASE: MSO00007802   DUI

COURT DATE:   1/28/2010      SET FOR:   SET FOR HEARING

CARTER WILLIE L
160 HARGON RD
CANTON                , MS 390460000

BOND       775.00   ESCO

AFFIANT/WITNESS:   DEPUTY BRANDON THAMES

ATTORNEY FOR DEF:

APPEARED: _____      PLEA: _____

====================================================================
====================================================================

O R D E R

DEFENDANT IS FOUND: *Continued for defense*

SENTENCE:

FINE $ _____      COSTS $   304.50      TOTAL $

SO ORDERED, THIS THE *28* DAY OF *January 2010*

DOC. _____   PAGE _____      *Carole H Davis*
                                    JUSTICE COURT JUDGE

Justice Court of Madison County
2961 S. Liberty Street
Canton, MS  39046
859-6337

To: CARTER WILLIE L
P O BOX 175
CAMDEN MS 39045

IMPORTANT NOTICE

THE STATE OF MISSISSIPPI                Date:   9/01/2009

vs:                                     Cause No:  MSO 00-071887

CARTER WILLIE L      CARELESS DRIVING

This is to notify you that the above styled case has been set for

SET FOR HEARING            on the 28th day of    January A. D. 2010

at  9:00 AM   Your attendance is required.

CAROLE DAVIS presiding.

Susan McCarty, Clerk
Madison County Justice Court

By: _____

Shelia Taylor, DC                    DC

ALL COURT ORDERED FINES AND COST ARE DUE ON COURT DATE
WE DO NOT ACCEPT PERSONAL CHECKS OR DEBIT CARDS OR ATM CARDS

Justice Court of Madison County
2961 S. Liberty Street
Canton, MS   39046
859-6337

To:  DEPUTY BRANDON THAMES
     2935 HWY 51 SOUTH
     CANTON MS 39046

IMPORTANT NOTICE

THE STATE OF MISSISSIPPI          Date:   9/01/2009

vs:                               Cause No:  MSO 00-007802

CARTER WILLIE L       DUI

This is to notify you that the above styled case has been set for

SET FOR HEARING          on the 28th day of    January A. D. 2010

at  9:00 AM.   Your attendance is required.

CAROLE DAVIS presiding.

                          Susan McCarty, Clerk
                          Madison County Justice Court


                   By: _____


                   Shelia Taylor, DC              DC


        ALL COURT ORDERED FINES AND COST ARE DUE ON COURT DATE
     WE DO NOT ACCEPT PERSONAL CHECKS OR DEBIT CARDS OR ATM CARDS

Justice Court of Madison County
2961 S. Liberty Street
Canton, MS 39046
859-6337

To: DEPUTY BRANDON THAMES
2935 HWY 51 SOUTH
CANTON MS 39046

IMPORTANT NOTICE

THE STATE OF MISSISSIPPI          Date:  9/01/2009

vs:                               Cause No:  MSO 00-071887

CARTER WILLIE L     CARELESS DRIVING

This is to notify you that the above styled case has been set for

SET FOR HEARING          on the 28th day of     January A. D. 2010

at  9:00 AM.   Your attendance is required.

CAROLE DAVIS presiding.

Susan McCarty, Clerk
Madison County Justice Court

By: _____

Shelia Taylor, DC              DC

ALL COURT ORDERED FINES AND COST ARE DUE ON COURT DATE
WE DO NOT ACCEPT PERSONAL CHECKS OR DEBIT CARDS OR ATM CARDS

Justice Court of Madison County
2961 S. Liberty Street
Canton, MS  39046
859-6337

To:  CARTER WILLIE L
     160 HARGON RD
     CANTON MS 39046

IMPORTANT NOTICE

THE STATE OF MISSISSIPPI          Date:   6/27/2009

vs:                               Cause No:  MSO 00-007802

CARTER WILLIE L        DUI

This is to notify you that the above styled case has been set for
INITIAL APPEARANCE        on the 25th day of    August A. D. 2009
at  9:00 AM.   Your attendance is required.
CAROLE DAVIS presiding.

                              Susan McCarty, Clerk
                              Madison County Justice Court

                    By:  _____

                              Shelia Taylor, DC          DC


ALL COURT ORDERED FINES AND COST ARE DUE ON COURT DATE
WE DO NOT ACCEPT PERSONAL CHECKS OR DEBIT CARDS OR ATM CARDS

Justice Court of Madison County
2961 S. Liberty Street
Canton, MS 39046
859-6337

To: CARTER WILLIE L
P O BOX 175
CAMDEN MS 39045

IMPORTANT NOTICE

THE STATE OF MISSISSIPPI                  Date:   6/27/2009

vs:                                        Cause No:  MSO 00-071887

CARTER WILLIE L        CARELESS DRIVING

This is to notify you that the above styled case has been set for
INITIAL APPEARANCE        on the 25th day of      August A. D. 2009
at  9:00 AM   Your attendance is required.
CAROLE DAVIS presiding.

Susan McCarty, Clerk
Madison County Justice Court

By: _____

Shelia Taylor, DC                    DC

ALL COURT ORDERED FINES AND COST ARE DUE ON COURT DATE.
WE DO NOT ACCEPT PERSONAL CHECKS OR DEBIT CARDS OR ATM CARDS

**ESCO'S**
BONDING COMPANY

8/25/09

(4)

SEND ALL COURT NOTICES TO

ESCO'S BONDING COMPANY
Post Office Box 549
274 W. Pence Street
Canton, Mississippi 39046

## APPEARANCE BOND

IDA M. SIMMONS
License Number: 7805375
339 Martin L King Drive
Canton, Ms 39046
601-859-1500

AMAYA CLARK
License Number 545
415 Smith Carr Road
Canton, Mississippi 39046
601-624-9002

IN ___Justice___ COURT, STATE OF __MISSISSIPPI__

STATE OF __MS__

VS.          COUNTY OF ___Madison___

___Willie Carter___

Know All Men By These Presents:

That we, _____Willie Carter_____ as
Principal and IDA M. SIMMONS DBA ESCO BONDING COMPANY, A Surety (Identified by attached POWER OF ATTORNEY

No. _____ ) are held and firmly bound unto the___Justice Court___
( Court, City, County or State)

In the sum of___(& 775.00 )___ Dollars . for the
Payment whereof well and truly to be made we bind ourselves, our heirs, executors, administrators, successor and assigns.
Jointly and severally firmly by these presents.

Signed and sealed this___11th___ day of___June___ A.D. 20 __09__

The Condition of this obligation is such that if the said___Willie Carter___, Principal.
Shall appear at the next Regular or Special Term of the___Justice Court___
(Name)

Court___Canton, MS___to be held in and for said County to
(Location)

Answer a charged of___DUI 2st   Careless Driving___
and shall appear from day to day and term to term of said Court and not depart the same without leave then this obligation to be
void. else to remain in full force and virtue.

Taken before and approved by me:

_____          x willie carter_____ (L.S.)
                                  ESCO'S BONDING COMPANY

_____          Amaya Esco_____ (L.S.)
By_____                 Attorney - In Fact

THIS BOND NOT VALID UNLESS ACCOMPANIED BY AN INDIVIDUALLY NUMBERED POWER OF ATTORNEY
PROPERLY EXECUTED

NOTE: This is an Appearance Bond and cannot be construed as a guarantee for failure to provide payment.
back alimony payments. Fines. or Wage Law claims, nor can it be used as a Bond on Appeal.

BAIL ONLY
POWER AMOUNT
$5,500.00

ES 14319

# ESCO'S BONDING COMPANY

274 W. PEACE STREET • CANTON, MISSISSIPPI 39046

KNOW ALL MEN BY THESE PRESENTS: that Ida M. Simmons d/b/a Esco's Bonding Company, a professional bondsman, as licensed by the Commissioner of Insurance of Mississippi, License Number 7805375, does constitute and appoint, and by thee presents does make, constitute and appoint below named agent its true and lawful Attorney-In-Fact for it and in its name, place and stead, to execute, seal and deliver for and on its behalf and as its act and deed, as surety, a bail bond only. Authority of such Attorney-In-Fact is limited to appearance bonds and cannot be construed to guarantee defendant's future lawful conduct, adherence to travel limitation, fines, restitution, payments or penalties, or any other condition imposed by a court not specifically related to court appearance. This Power of Attorney is for use with Bail Bonds only. Not valid if used in connection with Federal Immigration Bonds. This power void if altered or erased, void if used with other powers of this company or in combination with powers from any other surety company, void if used to furnish bail in excess of the stated face amount of this power, and can only be used once.
The obligation of the company shall not exceed the sum of

FIVE THOUSAND FIVE HUNDRED ($5,500.00) DOLLARS

AND PROVIDED THIS Power of Attorney is filed with the bond and retained as a part of the court records. The said Attorney-In-Fact is hereby authorized to insert in this Power of Attorney the name of the person on whose behalf this bond was given. IN WITHNESS WHEREOF, Ida M. Simmons has caused these presents to be signed by its duly authorized officer, proper for the purpose and its

seal to be hereunto affixed this _13th_ day of _June_ _2009_

Bond Amount $ _775.00_ Appearance Date _____

Defendant _Willie Carter_

Date of Birth _____

Court _Justice_ City _Canton_

Offense _DUI 1st  Careless Driving_

Executing Agent _Armond Esco_

**ESCO'S BONDING COMPANY**

SEAL
★ ★ ★

**IDA M. SIMMONS, Professional Bondsman**

Judge: _____

Case No.(s): _____

Arraignment Date: _____

Bond: _____

Defendant: Davis, Rasheld

Address: _____

SS #: _____     SL #: _____

Phone #: _____

Employer: _____

Phone # of Employer: _____

Supervisor: _____     Verified: _____

Charges: DUI (1st), No DL (expired), No Proof of Ins

Affiant: Wade Zimmerman   Date Subpoenaed: _____

_____

_____

Other Witnesses: _____

_____

_____

_____

_____

_____

Bonding Companies: _____     App. Date: 9-18-12 @ 1:00 pm

_____     Hearing Date: _____

_____     Continued   to_____ for_____

_____     Continued   to_____ for_____

_____     Continued   to_____ for_____

Attorney: _____

Notes: _____

**EXHIBIT**

JJ

UNIFORM TRAFFIC TICKET

DRIVING UNDER THE INFLUENCE

AGENCY CODE
90 45   MISSISSIPPI HIGHWAY SAFETY PATROL   7   180079

IN THE COURT DESIGNATED BELOW, THE AFFIANT HEREIN, BEING DULY SWORN, UPON OATH DOES DEPOSE AND SAY THAT WITHIN THE COUNTY OF _____ , STATE OF MISSISSIPPI, AT THE FOLLOWING LOCATION, TIME AND DATE:

HWY / ST   MS 16 w/a w/ US51   DISTRICT   1   TROUP C

DAY   SAT   DATE   8·18·12   TIME   1915   A.M. P.M.   ACCIDENT   ☐ YES ☒ NO

NAME (FIRST NAME, MIDDLE NAME, LAST NAME)   RASHAD J DAVIS

LICENSE ADDRESS   84 FOOLEY AVE

DRIVER LICENSE NUMBER   516 835 66 5617   CLASS   STATE   MS   SEX   M   RACE   B   DATE OF BIRTH

VEHICLE LICENSE NUMBER   MCA 427   STATE   MS   YEAR VEH.   96   MAKE   GMC   MODEL   Yukon   VEHICLE TYPE

CITY   CANTON   STATE   MS   ZIP CODE   39046

DEFENDANT'S CURRENT ADDRESS

DEFENDANT'S CURRENT TELEPHONE NUMBER

☐ Offense occurred within the city limits of _____ Mississippi
☐ Violation pursuant to Commercial Driver's License Law.   ☐ Required placard under Hazardous Materials Transportation Act

That the aforesaid person did, in violation of §63-11-30(1) Mississippi Code of 1972, willfully and unlawfully drive or otherwise operate a motor vehicle within this state:

☐ (a)   Under the influence of intoxicating liquor; or
☒ (b)   under the influence of any other substance which impaired such person's ability to operate a motor vehicle; or
☐ (c)   ☐ Having an alcohol concentration of eight one-hundredths percent (.08%) or more for persons who are above the legal age to purchase alcoholic beverages under state law, to wit: _____ % or
☐ Having an alcohol concentration of two one-hundredths percent (.02%) or more for persons who are below the legal age to purchase alcoholic beverages under state law, to wit: _____ % or
☐ (d)   under the influence of any drug or controlled substance, the possession of which is unlawful under the Mississippi Controlled Substances Law; or
☐   having an alcohol concentration of four one-hundredths percent (.04%) or more for persons operating a commercial motor vehicle, to wit: _____ %.

After such person has been convicted of _____ one prior offense or _____ two prior offenses under § 63-11-30 (1) on the _____ day of _____ , 20 ____ , in the _____ court of _____ county/city of _____ State of _____ , 20 ____ ; on the _____ day of _____ , 20 ____ , in the _____ court of _____ county/city of _____ , State of _____ and the offenses having been committed within five years.

AGAINST THE PEACE AND DIGNITY OF THE STATE OF MISSISSIPPI

OFFICER'S SIGNATURE   UNIT / BADGE #   C-11

SWORN TO BEFORE ME, THIS THE 20 DAY OF Aug 20 ____ at 2:00 am/pm
(NAME AND TITLE)

ARRAIGNMENT DATE BEFORE:
☐ MUNICIPAL COURT ☒ JUSTICE COURT ON THE 29 DAY OF Sept 20 12 at 1000 am/pm
COURT'S PHYSICAL ADDRESS   2961 S. Liberty St   Canton MS 39046
COURT'S MAILING ADDRESS
COURT'S TELEPHONE NUMBER (601) 859 6337

CASE #   PAGE #   DOCKET #
OFFENSE:   FIRST ☐   SECOND ☐   THIRD OR SUBSEQUENT ☐
ORIGINAL/AFFIDAVIT - THIS COPY MUST BE FILED WITH THE COURT OR COURT CLERK
Guilty 9-18-12

THE DEFENDANT CHARGED HEREIN: _____ WAIVED defendant's right to an attorney after having been advised by the trial judge of the defendant's right to an attorney, and, if the defendant could not afford an attorney that one would be appointed free of charge to represent the defendant; or _____ WAS REPRESENTED (EMPLOYED OR APPOINTED) by an attorney whose name, address and telephone number is:
Name: _____   Phone: ( )
Address: _____

SIGNATURE OF JUDGE

ORIGINAL / AFFIDAVIT   Rev. 7-09



## Ticket 2004463320

**STATE OF MISSISSIPPI - UNIFORM TRAFFIC TICKET**

IN THE COURT DESIGNATED BELOW, THE AFFIANT HEREIN, BEING DULY SWORN, UPON OATH DOES DEPOSE AND SAY, AT THE FOLLOWING LOCATION, TIME AND DATE:

MISSISSIPPI HIGHWAY SAFETY PATROL

| COUNTY OF MADISON | | AGENCY CODE 9045 | NINE DIGIT TICKET NUMBER 2004463320 |
| JUDICIAL DISTRICT ☑1 ☐2 | | | |

| LOCATION OF VIOLATION MS 16 W/B R/B | | AT/NEAR W/US 51 | 9045 | | | HWY 16 |

| DAY SAT | DATE 8/18/2012 | TIME 7:15 ☐AM ☑PM | ACCIDENT ☐YES ☑NO | DISTRICT 1 | PRECINCT C |

DEFENDANT: (FIRST NAME) RASHIED J DAVIS    MIDDLE NAME.    LAST NAME).

LICENSE ADDRESS
104 FOOLEY AVE

| CITY CANTON | STATE MS | | | | | | ZIP CODE 39046 |

| DRIVERS LICENSE NUMBER 335665617 | | CLASS R | STATE MS | SEX M | RACE B | | DATE OF BIRTH |

| VEHICLE LICENSE NUMBER MCA427 | STATE MS | YEAR 2013 | MAKE GMC | | MODEL YUKON | TYPE SV |

Defendant's current address  104 FOOLEY AVE CANTON MS 39046

Defendant's current telephone number   N/A

THAT THE ABOVE NAMED DEFENDANT, WHILE OPERATING THE AFOREMENTIONED MOTOR VEHICLE, DID WILLFULLY AND UNLAWFULLY COMMIT THE OFFENSE OF: (Check Only One Offense Each Ticket)

| Speed | Zone | | ☐ F90 Child Restraint Violation |
| N/A | N/A | | ☐ F91 Seatbelt Violation |
| | | | ☐ S51 No Drivers License (Expired) |
| ☐ S92 Speeding | | | ☐ S55 No Motor Vehicle Inspection (Expired) |
| ☐ M14 Disregard For Traffic Device | | | ☐ S51 No Drivers License (Expired) |
| ☐ N70 Driving Wrong Side Road | | | ☐ E26 Driving While License Suspended |
| ☐ E26 Driving While License Suspended (Under Implied Consent Law) | | | (Under Implied Consent Law) |
| ☐ M34 Reckless Driving | | | ☐ M34 Reckless Driving |
| ☐ M31 Careless Driving | | | ☐ M31 Careless Driving |
| ☐ N70 Improper Passing | | | ☐ N50 Improper Turn |
| ☐ N01 Failure To Yield Right Of Way. | | | ☐ D36 No Proof Of Liability Insurance |
| ☐ Other Violation - (Code Section | | | ☐ Other Violation - (Code Section |

Explanation:

☐ Check Only If Drivers License Is Deposited In Lieu Of Bond Or Other Security.
☐ Violation Pursuant To Commercial Driver's License Law
☐ Required Placard Under Hazardous Materials Transportation Act.

AGAINST THE PEACE AND DIGNITY OF THE STATE OF MISSISSIPPI.

| AFFIANT/OFFICER'S NAME W ZIMMERMAN | | UNIT/BADGE # C011 |

SWORN TO BEFORE ME THIS THE _____ DAY OF _____ 20____

_____
CLERK

You are hereby notified to appear before the Court (JUSTICE/MUNICIPAL) to answer the charge on the ___28___ day of ___September___ 20___12___ at ___10:00 A.M.___ at the

Court's Physical Address   2961 S. LIBERTY ST, CANTON MS 39046

Court's Mailing Address   2961 S. LIBERTY ST, CANTON MS 39046

Court's Telephone Number   601-859-6377

NOTE: CONTACT THE COURT TO CONFIRM THE COURT DATE
SEE REVERSE SIDE FOR ADDITIONAL INFORMATION

| COMMISSIONER'S COPY | CASE | PAGE | DOCKET |

(This copy must be filed with the Court or Court Clerk)

9045100

Reprinted on: 8/22/2012 at 1:59 PM by Susan McCarty

07-09

---

## Ticket 2004463321

**STATE OF MISSISSIPPI - UNIFORM TRAFFIC TICKET**

IN THE COURT DESIGNATED BELOW, THE AFFIANT HEREIN, BEING DULY SWORN, UPON OATH DOES DEPOSE AND SAY, AT THE FOLLOWING LOCATION, TIME AND DATE:

MISSISSIPPI HIGHWAY SAFETY PATROL

| COUNTY OF MADISON | | AGENCY CODE 9045 | NINE DIGIT TICKET NUMBER 2004463321 |
| JUDICIAL DISTRICT ☑1 ☐2 | | | |

| LOCATION OF VIOLATION MS 16 W/B R/B | | AT/NEAR W/US 51 | | | | HWY 16 |

| DAY SAT | DATE 8/18/2012 | TIME 7:15 ☐AM ☑PM | ACCIDENT ☐YES ☑NO | DISTRICT 1 | PRECINCT C |

DEFENDANT: (FIRST NAME) RASHIED J DAVIS    MIDDLE NAME.    LAST NAME).

LICENSE ADDRESS
104 FOOLEY AVE

| CITY CANTON | STATE MS | | | | | | ZIP CODE 39046 |

| DRIVERS LICENSE NUMBER 335665617 | | CLASS R | STATE MS | SEX M | RACE B | | DATE OF BIRTH |

| VEHICLE LICENSE NUMBER MCA427 | STATE MS | YEAR 2013 | MAKE GMC | | MODEL YUKON | TYPE SV |

Defendant's current address  104 FOOLEY AVE CANTON MS 39046

Defendant's current telephone number   N/A

THAT THE ABOVE NAMED DEFENDANT, WHILE OPERATING THE AFOREMENTIONED MOTOR VEHICLE, DID WILLFULLY AND UNLAWFULLY COMMIT THE OFFENSE OF: (Check Only One Offense Each Ticket)

| Speed | Zone | | ☐ F90 Child Restraint Violation |
| N/A | N/A | | ☐ F91 Seatbelt Violation |
| | | | ☐ S51 No Drivers License (Expired) |
| ☐ S92 Speeding | | | ☐ S55 No Motor Vehicle Inspection (Expired) |
| ☐ M14 Disregard For Traffic Device | | | ☐ S51 No Drivers License (Expired) |
| ☐ N70 Driving Wrong Side Road | | | ☐ E26 Driving While License Suspended |
| ☐ E26 Driving While License Suspended (Under Implied Consent Law) | | | (Under Implied Consent Law) |
| ☐ M34 Reckless Driving | | | ☐ M34 Reckless Driving |
| ☐ M31 Careless Driving | | | ☐ M31 Careless Driving |
| ☐ N70 Improper Passing | | | ☐ N50 Improper Turn |
| ☐ N01 Failure To Yield Right Of Way. | | | ☑ D36 No Proof Of Liability Insurance |
| ☐ Other Violation - (Code Section | | | ☐ Other Violation - (Code Section |

Explanation:   POSS MARIJUANA IN VEHICLE

☐ Check Only If Drivers License Is Deposited In Lieu Of Bond Or Other Security.
☐ Violation Pursuant To Commercial Driver's License Law
☐ Required Placard Under Hazardous Materials Transportation Act.

AGAINST THE PEACE AND DIGNITY OF THE STATE OF MISSISSIPPI.

| AFFIANT/OFFICER'S NAME W ZIMMERMAN | | UNIT/BADGE # C011 |

SWORN TO BEFORE ME THIS THE _____ DAY OF _____ 20____

_____
CLERK

You are hereby notified to appear before the Court (JUSTICE/MUNICIPAL) to answer the charge on the ___28___ day of ___September___ 20___12___ at ___10:00 A.M.___ at the

Court's Physical Address   2961 S. LIBERTY ST, CANTON MS 39046

Court's Mailing Address   2961 S. LIBERTY ST, CANTON MS 39046

Court's Telephone Number   601-859-6377

NOTE: CONTACT THE COURT TO CONFIRM THE COURT DATE
SEE REVERSE SIDE FOR ADDITIONAL INFORMATION

| COMMISSIONER'S COPY | CASE | PAGE | DOCKET |

(This copy must be filed with the Court or Court Clerk)

9045100

Reprinted on: 8/22/2012 at 1:59 PM by Susan McCarty

07-09

IN THE JUSTICE COURT OF MADISON COUNTY, MISSISSIPPI

STATE OF MISSISSIPPI
VERSUS
DAVIS RASHEID J

CAUSE NO. MHP70180079

### WAIVER OF RIGHTS AND ENTRY OF GUILTY PLEA

I, the undersigned defendant, desire to plead guilty to the charge(s) of DUI

I understand that by pleading guilty to these charges I will be found guilty and sentenced by the Court. The sentence may include a fine, restitution, court costs and/or imprisonment in jail.

I further understand that by entering this plea I am giving up certain rights.

I am giving up the right to a trial, to confront and cross-examine witnesses against me and to call and/or subpoena witnesses against me.

I am giving up the right to have a lawyer; I understand that if i cannot afford a lawyer, one may be appointed to represent me.

I am giving up the right to have the State prove the charges against me beyond a reasonable doubt.

I am giving up the right to a jury trial.

I further understand that if I am convicted of another crime, my guilty plea in this case could cause me to get a more severe penalty for that later crime.

I am giving up my right to object to the form and/or content of any testimony and evidence the State may introduce against me at a trial.

I understand that, if there was a trial, I would be allowed to testify, but I would not have to. If I didn't testify it could not be used against me.

I hereby certify under oath that there have been no threats or promises made to me in order to get me to enter this plea.

I further certify under oath that I have read and understand all the of the above and that I desire to waive my rights and enter a plea of guilty.

α Rasheid Davis

SWORN to and subscribed before me this, the _18_ day of _July Spt._ 1

JUSTICE COURT JUDGE/CLERK

The Court finds that the defendant knowingly and intelligently and not under duress, waived his rights and entered a plea of guilty.

BILL WEISENBERGER
JUSTICE COURT JUDGE

COURT ORDER   R ATTENDANCE
OF THE CANTON MASEP CLASS

You have been convicted of a first offense of violating subsection (1)
of Mississippi Code 63-11-30 and are required to attend and complete
MASEP. Mississippi license reinstatement on a 1st offense DUI is not
possible without MASEP completion. You must enroll in session one and
attend all four sessions in sequence. Be sure to present this court
order at your first class.

TIME: 6:30 P.M. - 9:30 P.M.       NAME DAVIS RASHEID J
      TUESDAY NIGHTS              ADDRESS 104 FOOLEY AVE
                                  CANTON              MS 390460000
PLACE: MADISON CO. WIN JOB CENTER
       152 WATFORD PARKWAY DR.
       CANTON, MS    39046        DRIVER'S
                                  LICENSE 335665617
INFORMATION: 1-800-678-2534
    or (662) 325-3423 between     DATE OF
    8 AM - 5 PM Monday -Friday    BIRTH _____
FEE: $150 Check or money order payable to MASEP must be paid at Session 1

Check box & fill in BAC, if available
[ ] (a) alcohol, no BAC
[ ] (b) other drug
[ ] (c) (1) legal age, over .08%, BAC _____
        (2) under age, over .02%, BAC _____
[ ] (d) controlled substance

|              | SESSION 1 | SESSION 2 | SESSION 3 | SESSION 4 |
|--------------|-----------|-----------|-----------|-----------|
| 2012 Class 1 | JAN 10    | JAN 17    | JAN 24    | JAN 31    |
| 2012 Class 2 | FEB 14    | FEB 21    | FEB 28    | MAR 06    |
| 2012 Class 3 | MAR 13    | MAR 20    | MAR 27    | APR 03    |
| 2012 Class 4 | APR 17    | APR 24    | MAY 01    | MAY 08    |
| 2012 Class 5 | MAY 15    | MAY 22    | MAY 29    | JUN 05    |
| 2012 Class 6 | JUN 12    | JUN 19    | JUN 26    | JUL 10    |
| 2012 Class 7 | JUL 31    | AUG 07    | AUG 14    | AUG 21    |
| 2012 Class 8 | SEP 04    | SEP 11    | SEP 18    | SEP 25    |
| 2012 Class 9 | OCT 09    | OCT 16    | OCT 23    | OCT 30    |
| 2012 Class 10| NOV 06    | NOV 13    | NOV 27    | DEC 04    |

MASEP RULES:                          YOUTH COURT CASES ONLY:
1. Do not consume any alcohol or other    Report MASEP status to
   drug prior to attending class.         Mississippi Highway Patrol
2. You must be on time for each session.
3. Do not bring guests.               ____ Yes    ____ No
4. No disruptive classroom behavior.
5. You must adhere to all program rules   PLACE JUDGE'S SEAL HERE
   and policies.

JUDGE: BILL WEISENBERGER             DATE: 9-18-12

COURT: MADISON CO. JUSTICE COURT          Mail to MASEP,      5287
                                          Ms. State, MS 39762



MADISON COUNTY JUSTICE COU

CASE RECORD OF STATE VERSUS DAVIS RASHIED J

CASE: MHP20-463320   CHARGE No Drivers License (Expired)

COURT DATE:   9/18/2012      SET FOR: INITIAL APPEARANCE

DAVIS RASHIED J
104 FOOLEY AVE
CANTON            MS 39046-0000

AFFIANT/WITNESS:  TROOPER WADE ZIMMERMAN

ATTORNEY FOR DEF:

BOND:                            JAIL RCPT#
APPEAL BOND:

==================================================================
==================================================================

O R D E R

DEFENDANT IS FOUND:   _____

SENTENCE:
 48 HOURS JAIL TIME SUSPENDED FINED $200.00

 1 YEAR PROBATION

FINE $   200.00            COSTS $   117.50     TOTAL $      317.50

SO ORDERED, THIS THE _18_ DAY OF _Sept_, _17_.

DOC. 3944      PAGE  103        BY: _____
                                   JUSTICE COURT JUDGE

CASE: MHP200463320  VIOLATION DATE:  8/18/2012   DATE CLOSED:

MADISON COUNTY JUSTICE COURT

CASE RECORD OF STATE VERSUS DAVIS RASHEID J

CASE: MHP70-180079   CHARGE DUI

COURT DATE:   9/18/2012

DAVIS RASHEID J
104 FOOLEY AVE
CANTON            MS 39046-0000

AFFIANT/WITNESS:   TROOPER WADE ZIMMERMAN

ATTORNEY FOR DEF:   Defendant waived rights to attorney

BOND:                              JAIL RCPT#
APPEAL BOND:

======================================================================
======================================================================

O R D E R

DEFENDANT IS FOUND:   <u>GUILTY PLEA</u>

SENTENCE:
 ORDERED TO ATTEND MASEP; NO DRIVING WHILE LICENSE ARE SUSPENDED;48 HOURS
 JAIL TIME SUSPENDED
 I YEAR PROBATION PENDING NO OTHER CHARGES FOR NO DL CITATIONS AND/ OR
 ANY OTHER ALCOHOL OR DRUG CITATIONS.

FINE $   <u>300.00</u>          COSTS $   315.50     TOTAL $      615.50

SO ORDERED, THIS THE  18  DAY OF  Sept , 12 .

DOC. 3944       PAGE   114        BY:
                                       JUSTICE COURT JUDGE

CASE: MHP70180079    VIOLATION DATE:   8/18/2012   DATE CLOSED:



Justice Court of Madison County
2961 S. Liberty Street
Canton, MS  39046
859-6337

To: DAVIS RASHIED J
    104 FOOLEY AVE
    CANTON MS 39046

IMPORTANT NOTICE

THE STATE OF MISSISSIPPI          Date:  8/22/2012

vs:                               Cause No: MHP 20-046332(0)

DAVIS RASHIED J

RE: No Drivers License (Expired)

This is to notify you that the above styled case has been set for

INITIAL APPEARANCE          on the 18th day of September A. D. 2012

at  1:00 PM.  Your attendance is required.

BRUCE MCKINLEY presiding.


                              Susan McCarty, Clerk
                              Madison County Justice Court

                    By: _____


                              MAKETA DAVIS                    DC


ALL COURT ORDERED FINES AND COST ARE DUE ON COURT DATE
WE DO NOT ACCEPT PERSONAL CHECKS OR DEBIT CARDS OR ATM CARDS

IN THE JUSTICE COURT OF MADISON COUNTY, MISSISSIPPI

STATE OF MISSISSIPPI
VERSUS                                    CAUSE NO. MHP70180079
DAVIS RASHEID J

### WAIVER OF RIGHTS AND ENTRY OF GUILTY PLEA

I, the undersigned defendant, desire to plead guilty to the
charge(s) of DUI

I understand that by pleading guilty to these charges I will
be found guilty and sentenced by the Court. The sentence
may include a fine, restitution, court costs and/or imprison-
ment in jail.

I further understand that by entering this plea I am giving
up certain rights.

I am giving up the right to a trial, to confront and cross-
examine witnesses against me and to call and/or subpoena wit-
nesses against me.

I am giving up the right to have a lawyer; I understand that
if i cannot afford a lawyer, one may be appointed to repre-
sent me.

I am giving up the right to have the State prove the charges
against me beyond a reasonable doubt.

I am giving up the right to a jury trial.

I further understand that if I am convicted of another crime,
my guilty plea in this case could cause me to get a more severe
penalty for that later crime.

I am giving up my right to object to the form and/or content
of any testimony and evidence the State may introduce against
me at a trial.

I understand that, if there was a trial, I would be allowed
to testify, but I would not have to. If I didn't testify it
could not be used against me.

I hereby certify under oath that there have been no threats
or promises made to me in order to get me to enter this plea.

I further certify under oath that I have read and understand
all the of the above and that I desire to waive my rights and
enter a plea of guilty.

                                    X _Rasheid Davis_

SWORN to and subscribed before me this, the _18_ day of ~~Jay~~ Sept. 12

                                    _Bill Weisenberger_
                                    JUSTICE COURT JUDGE/CLERK

The Court finds that the defendant knowingly and intelligently
and not under duress, waived his rights and entered a plea of guilty.

                                    BILL WEISENBERGER
                                    JUSTICE COURT JUDGE

IN THE JUSTICE COURT OF MADISON COUNTY, MISSISSIPPI

STATE OF MISSISSIPPI
VERSUS
DAVIS RASHEID J                          CAUSE NO. MHP70180079

### WAIVER OF RIGHTS AND ENTRY OF GUILTY PLEA

I, the undersigned defendant, desire to plead guilty to the charge(s) of DUI

I understand that by pleading guilty to these charges I will be found guilty and sentenced by the Court.  The sentence may include a fine, restitution, court costs and/or imprisonment in jail.

I further understand that by entering this plea I am giving up certain rights.

I am giving up the right to a trial, to confront and cross-examine witnesses against me and to call and/or subpoena witnesses against me.

I am giving up the right to have a lawyer; I understand that if I cannot afford a lawyer, one may be appointed to represent me.

I am giving up the right to have the State prove the charges against me beyond a reasonable doubt.

I am giving up the right to a jury trial.

I further understand that if I am convicted of another crime, my guilty plea in this case could cause me to get a more severe penalty for that later crime.

I am giving up my right to object to the form and/or content of any testimony and evidence the State may introduce against me at a trial.

I understand that, if there was a trial, I would be allowed to testify, but I would not have to. If I didn't testify it could not be used against me.

I hereby certify under oath that there have been no threats or promises made to me in order to get me to enter this plea.

I further certify under oath that I have read and understand all the of the above and that I desire to waive my rights and enter a plea of guilty.

X Rasheid Davis

SWORN to and subscribed before me this, the 18 day of ___ ___, 12

JUSTICE COURT JUDGE/CLERK

The Court finds that the defendant knowingly and intelligently and not under duress, waived his rights and entered a plea of guilty.

BILL WEISENBERGER
JUSTICE COURT JUDGE

COURT ORDER FOR ATTENDANCE
OF THE CANTON MASEP CLASS

You have been convicted of a first offense of violating subsection (1) of Mississippi Code 63-11-30 and are required to attend and complete MASEP. Mississippi license reinstatement on a 1st offense DUI is not possible without MASEP completion. You must enroll in session one and attend all four sessions in sequence. Be sure to present this court order at your first class.

TIME: 6:30 P.M. - 9:30 P.M.  NAME DAVIS RASHEID J
TUESDAY NIGHTS  ADDRESS 104 FOOLEY AVE
CANTON  MS 390460000

PLACE: MADISON CO. WIN JOB CENTER
152 WATFORD PARKWAY DR.
CANTON, MS  39046  DRIVER'S
LICENSE 335665617

INFORMATION: 1-800-678-2534
or (662) 325-3423 between  DATE OF
8 AM - 5 PM Monday -Friday  BIRTH
FEE: $150 Check or money order payable to MASEP must be paid at Session 1

Check box & fill in BAC, if available
[ ] (a) alcohol, no BAC
[ ] (b) other drug
[ ] (c) (1) legal age, over .08%, BAC _____
       (2) under age, over .02%, BAC _____
[ ] (d) controlled substance

|  | SESSION 1 | SESSION 2 | SESSION 3 | SESSION 4 |
|---|---|---|---|---|
| 2012 Class 1 | JAN 10 | JAN 17 | JAN 24 | JAN 31 |
| 2012 Class 2 | FEB 14 | FEB 21 | FEB 28 | MAR 06 |
| 2012 Class 3 | MAR 13 | MAR 20 | MAR 27 | APR 03 |
| 2012 Class 4 | APR 17 | APR 24 | MAY 01 | MAY 08 |
| 2012 Class 5 | MAY 15 | MAY 22 | MAY 29 | JUN 05 |
| 2012 Class 6 | JUN 12 | JUN 19 | JUN 26 | JUL 10 |
| 2012 Class 7 | JUL 31 | AUG 07 | AUG 14 | AUG 21 |
| 2012 Class 8 | SEP 04 | SEP 11 | SEP 18 | SEP 25 |
| 2012 Class 9 | OCT 09 | OCT 16 | OCT 23 | OCT 30 |
| 2012 Class 10 | NOV 06 | NOV 13 | NOV 27 | DEC 04 |

MASEP RULES:
1. Do not consume any alcohol or other drugs prior to attending class.
2. You must be on time for each session.
3. Do not bring guests.
4. No disruptive classroom behavior
5. You must adhere to all program rules and policies.

JUDGE: BILL WEISENBERGER

COURT: MADISON CO. JUSTICE COURT

YOUTH COURT CASES ONLY:
Report MASEP status to
Mississippi Highway Patrol

_____ Yes  _____ No

PLACE JUDGE'S SEAL HERE

DATE: 9-18-12

Mail to MASEP, Box 5287
Ms. State, MS 39762



**Justice Court of Madison County**
**2961 S. Liberty Street**
**Canton, MS   39046**
**859-6337**

To: DAVIS RASHIED J
104 FOOLEY AVE
CANTON MS 39046

IMPORTANT NOTICE

THE STATE OF MISSISSIPPI            Date:   8/22/2012

vs:                                 Cause No: MHP 20-046332(0)

DAVIS RASHIED J

RE: No Drivers License (Expired)


This is to notify you that the above styled case has been set for

INITIAL APPEARANCE        on the 18th day of September A. D. 2012

at  1:00 PM.   Your attendance is required.

BRUCE MCKINLEY presiding.


                              Susan McCarty, Clerk
                              Madison County Justice Court


                    By: _____


                    MAKETA DAVIS                    DC


ALL COURT ORDERED FINES AND COST ARE DUE ON COURT DATE
WE DO NOT ACCEPT PERSONAL CHECKS OR DEBIT CARDS OR ATM CARDS

Justice Court of Madison County
2961 S. Liberty Street
Canton, MS  39046
859-6337

To: DAVIS RASHEID J
    104 FOOLEY AVE
    CANTON MS 39046

IMPORTANT NOTICE

THE STATE OF MISSISSIPPI                Date:   8/22/2012

vs:                                     Cause No: MHP 70-180079

DAVIS RASHEID J

RE: DUI

This is to notify you that the above styled case has been set for
INITIAL APPEARANCE          on the 18th day of September A. D. 2012
at  1:00 PM.  Your attendance is required.
BILL WEISENBERGER presiding.

                              Susan McCarty, Clerk
                              Madison County Justice Court

                    By: _____

                    MAKETA DAVIS                      DC

ALL COURT ORDERED FINES AND COST ARE DUE ON COURT DATE
WE DO NOT ACCEPT PERSONAL CHECKS OR DEBIT CARDS OR ATM CARDS

Davis Rasheid J.

Judge: _____ 1

Case No.(s): _____

Arraignment Date: 7/10/15

Bond: 12,500

Defendant: Davis Rasheid J.

Address: _____

SS #: _____ SL #: _____

Phone #: _____

Employer: _____

Phone # of Employer: _____

Supervisor: _____ Verified: _____

Charges: — Nolle Prosse of officer rec.
Tampering With Evidence (97-9-125), Resisting Arrest
Disorderly Conduct-Failure to Comply, Poss of Marijuana In a Motor Vehicle

Affiant: Deputy Perry Abels SO-25 Date Subpoenaed: _____

_____

_____

Other Witnesses:

_____

_____

_____

_____

_____

_____

Bonding Companies: _____ App. Date: _____

_____ Hearing Date: 03/30/17 @ 9 A.M. def.

_____ Continued to July 13,17 9 a.m. for _____

_____ Continued to _____ for _____

_____ Continued to _____ for _____

Attorney: _____

Notes: _____

_____

# GENERAL AFFIDAVIT

Fel 006764

**THE STATE OF MISSISSIPPI**

**COUNTY OF MADISON**

**PERSONALLY APPEARED BEFORE ME** _Sarah Steele_

**A Justice Court Judge/Clerk of said County,**

### DEPUTY PERRY ABELS SO-25

### 2941 HWY 51 SOUTH

### Canton, MS 39046

**Makes affidavit that:**

### RASHEID J. DAVIS

| | | |
|---|---|---|
| **Date of Birth** | _____ | **S.S.#** _____ |
| **Address** | 226 EAST MOON STREET | |
| **City** | RIDGELAND | **State** MS **Zip** 39157 |

**on or about** JULY 11, 2015 **in the county aforesaid**

DID WILLFULLY, UNLAWFULLY AND FELONIOUSLY BELIEVING THAT AN OFFICIAL PROCEEDING WAS PENDING DID INTENTIONALLY DESTROY PHYSICAL EVIDENCE BY EATING THE SAID EVIDENCE, THIS OCCURING ON GEORGE WASHINGTON AVE. IN MADISON COUNTY.

AGAINST THE PEACE AND DIGNITY OF THE STATE OF MISSISSIPPI.

_SO-25_

Sworn to and subscribed before me, this _13_ day of _July_ , 20_15_

_Justice Court Judge/ Clerk_

Madison County Justice Court

175 N. Union Street

Canton, Ms. 39046

## <u>GENERAL AFFIDAVIT</u>

THE STATE OF MISSISSIPPI

COUNTY OF MADISON

PERSONALLY APPEARED BEFORE ME

A Justice Court Judge/Clerk of said County,

<u>**DEPUTY PERRY ABELS SO-25**</u>

<u>2941 HWY 51 South</u>

<u>Canton, Ms. 39046</u>

Makes affidavit that:

<u>**RASHEID J. DAVIS**</u>

| | | |
|---|---|---|
| Date of Birth | | S.S.# |
| Address | <u>226 EAST MOON STREET</u> | |
| City | <u>RIDGELAND</u> | State <u>MS</u>    Zip <u>39157</u> |

on or about <u>JULY 11</u>, 20<u>15</u> **in the county aforesaid**

<u>DID WILLFULLY AND UNLAWFULLY RESIST ARREST BY FIGHTING WITH DEPUTY PERRY ABELS WHO WAS ATTEMPTING TO MAKE THE LAWFUL ARREST OF THIS SUBJECT. THIS OCCURRING ON GEORGE WASHINGTON AVE IN MADISON COUNTY MISSISSIPPI</u>

AGAINST THE PEACE AND DIGNITY OF THE STATE OF MISSISSIPPI.

Sworn to and subscribed before me, this <u>13</u> day of <u>July</u> , 20<u>15</u> .

Justice Court Judge/ Clerk

Madison County Justice Court

175 N. Union Street

Canton, Ms. 39046

# GENERAL AFFIDAVIT

D26590
2

THE STATE OF MISSISSIPPI

COUNTY OF MADISON

PERSONALLY APPEARED BEFORE ME

A Justice Court Judge/Clerk of said County,

**DEPUTY PERRY ABELS SO-25**

2941 HWY 51 South

Canton, Ms. 39046

Makes affidavit that:

**RASHEID J. DAVIS**

| | | | |
|---|---|---|---|
| Date of Birth _____ | | S.S.# | |
| Address | 226 EAST MOON STREET | | |
| City | RIDGELAND | State MS | Zip 39157 |

on or about JULY 11, 2015 in the county aforesaid

DID WILLFULLY AND UNLAWFULLY, FAIL TO COMPLY WITH THE REQUEST OF DEPUTY ABELS A LAW ENFORCEMENT OFFICER WHO HAD THE AUTHORITY TO THEN AND THERE ARREST ANY PERSON FOR A VIOLATION OF THE LAW, BY FAILING TO PUT HIS HAND BEHIND HIS BACK WHEN ORDERED TO DO SO, THIS OCCURRING ON GEORGE WASHINGTON AVE IN MADISON COUNTY, MS.

[ 97-35-7 DISORDERLY CONDUCT- FAILURE TO COMPLY].

AGAINST THE PEACE AND DIGNITY OF THE STATE OF MISSISSIPPI.

Sworn to and subscribed before me, this _13_ day of _July_, 20_15_

Justice Court Judge/ Clerk

Madison County Justice Court

175 N. Union Street

Canton, Ms. 39046

# GENERAL AFFIDAVIT

D26591

THE STATE OF MISSISSIPPI

COUNTY OF MADISON

PERSONALLY APPEARED BEFORE ME  *Sarah Steele*

A Justice Court Judge/Clerk of said County,

### DEPUTY PERRY ABELS SO-25

### 2941 HWY 51 South

### Canton, Ms. 39046

Makes affidavit that:

### RASHEID J. DAVIS

| | | |
|---|---|---|
| **Date of Birth** | | **S.S.#** |
| **Address** | 226 EAST MOON STREET | |
| **City** | RIDGELAND | **State** MS   **Zip** 39157 |

on or about JULY 11, 2015 in the county aforesaid

DID WILLFULLY, UNLAWFULLY AND KNOWINGLY WHILE OPERATING A MOTOR VEHICLE DID POSSESS AN AMOUNT OF MARIJUANA (MORE THAN A GRAM BUT LESS THAN AN OUNCE) ON GEORGE WASHINGTON AVE, THIS OCCURRING IN MADISON COUNTY, MISSISSIPPI.

AGAINST THE PEACE AND DIGNITY OF THE STATE OF MISSISSIPPI.

Sworn to and subscribed before me, this 13 day of _____, 20 15

Justice Court Judge/Clerk

Madison County Justice Court

175 N. Union Street

Canton, Ms. 39046

## View Charges/Violations and Bond Information

Inmate ID#: **BK0000008850-013**      Intake Date: **7/11/2015**     Intake Time: **00:06**

Race: **B**   Sex: **M**

Name: Last: **DAVIS**     First: **RASHEID**     Middle: **JARVAR**     Date of Birth:

Case No: **SO15011112**

| | | | | TOTAL WRITTEN BOND $ | | TOTAL CASH BOND $ | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Seq# | Statute | F/M | Description | Court | | Bond Type | How Rel | Date Rel | Receipt# | Reference# | Court Date |
| 001 | 41-29-139(c)(2)(B) | M | POSS OF MARIJUANA MOTOR VEHICL | JUSTICE | N .00 | NO BOND | | | | | 00/00/0000 |
| 002 | 97-9-125 | F | Tampering | JUSTICE | N .00 | NO BOND | | | | | 00/00/0000 |
| 003 | 97-9-73 | M | Fleeing LEA Vehicle / Resistin | JUSTICE | N .00 | NO BOND | | | | | 00/00/0000 |
| 004 | 97-35-15 | M | Disturbing the Peace | JUSTICE | N .00 | NO BOND | | | | | 00/00/0000 |

Back

NOTE: Bond Amounts Pertain To New Charges Only (Status of "N")

*Justice Court*
*Video  7/14/15*

*1:00PM*

*— Andra —*

(1) Tampering w/ evidence —   $1000⁰⁰
(2) Charge(s): Resisting Arrest — $100⁰⁰
(3) Disorderly Conduct — $500⁰⁰
Failure to Comply
(4) Poss of Marij. in a
Motor Vehicle $1,000⁰⁰

**MADISON COUNTY, MISSISSIPPI**
**JUSTICE COURT**

HEARING DATE: P.G. J.P

## ARRAIGNMENT

BEFORE JUDGE: Stacey

DATE: 7/14/15

ARRESTING OFFICER: _____

CASE NO(S): _____

NAME OF DEFENDANT:
Kasheid J. Davis

ADDRESS:
226 G. Woon St, Ridgeland, MS 39157

TWO PHONE NUMBERS WHERE YOU CAN BE REACHED: 601.278.3050 (cell)
601.941.6067 (wife - Winnie Davis)

SOCIAL SECURITY # _ _ _ _    D.L.# dk#

DATE OF BIRTH_ _____

1. Copy of affidavit(s) been given to Defendant? Yes
2. Have you been read you Miranda Warning? Yes
3. Have you been given the opportunity to make a phone call? Yes
4. Have you ever failed to appear in Court? NO
5. Have you ever been convicted in any Court before? Yes
   If yes, where? 2001 - possess Marij., Mad Co, NO DL, Ridgland
   Domestic Violence, MCJC, DUI, MadCo
6. What is you employment status (please give name, address and phone of your employer, if applicable)
   Yes - Head of the Class Barber Shop
7. Are you married, and if yes, give name, address and employer of spouse?
   Yes
8. Children: Yes - 3
9. Do you have a bank account, and if yes, where? Yes - BankPlus
10. Do you own or rent your home? rent
    Who do you make monthly payments to? _____
11. Give the name of your next of kin not living with you and their address and phone number 601.291.2041 Mother
    Winnda Taylor, 6 Danielle Ct, Jxn, MS
12. If you own a vehicle, give the description and who you make monthly payments to, if applicable: _____
    Yes - 1996 GMC Yukon
13. Has an Affidavit of Indigency been completed? P.G.J.P
14. Has Defendant been given notice of hearing? P.G.J.P

CLERK _____

JUSTICE COURT JUDGE _____

# MADISON COUNTY JUSTICE COURT

TO: MADISON COUNTY CIRCUIT COURT (859-8555)

DATE: 7/14/15

RE: BOND SETTING ON FELONY AND COMPANION CASES

THE FOLLOWING APPEARED IN JUSTICE COURT ON THIS DATE. BONDS WERE SET AS SHOWN TO BE MADE RETURNABLE TO MADISON COUNTY CIRCUIT COURT.

SET BY JUDGE _Stacey_

| | | |
|---|---|---|
| Rasheid Davis | Tampering w/ Evidence | $10,000.00 |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

_Sheila Taylor, D.C._

MADISON COUNTY JUSTICE COURT

F1=.ACTION..F7.=.EXIT

Ticket/Cause.........Jdg. .Charge Dock/Page..Receipt
Defendant                         DIN. Disposition                    ..21 Recs

MIS 00 026591 . — ...2 POSS-OF-MARIJUANA-IN-MOTOR-VEHICLE-..............
DAVIS RASHED J                    AWAIT GRANDJURY ACTN TK      AF  7/11/2015
226 EAST MOON STREET              3095 ..77 .........  TR      CL  7/14/2015
RIDGELAND         MS    335665617                      15      WA

FEL 00 341502 . — ...3 POSS..W/INTENT-..............
DAVIS RASHID                      AWAIT GRANDJURY ACTN TK      AF  8/28/1995
224 NORTH WEST STREET             3084 ..20 .........  TR      CL 11/10/1995
CANTON            MS    355665617                      15      WA

MHP 20 046332 0 — ...3 No-Drivers-License (Expired)..............
DAVIS RASHED J                    GUILTY PLEA           TK     AF  8/18/2012
104 FOOLEY AVE                    3944 .103 .........   TR     CL 10/18/2012
CANTON            MS    335665617                       15     WA

MHP 20 046332 1 — ...3 No-Proof-of-Liability-Insurance..............
DAVIS RASHED J                    CASE DISMISSED        TK     AF  8/18/2012
104 FOOLEY AVE                    3944 .104 .........   TR     CL  9/17/2012
CANTON            MS    335665617                       15     WA

More....



THIS POWER VOID IF FILED WITH THE BANK DOCUMENT AND CHANGES OR DISCREPANCIES OR USED WITH WARM HAN...

Case 3:17-cv-00347-WHB-LRA Document 23-1 Filed 05/09/18 Page 04 of 48

| POWER AMOUNT $5,000 | VOID IF NOT EXECUTED BY: | POWER OF ATTORNEY | |
|---|---|---|---|

DEC 29 2015

**American Surety Company**
P.O. Box 68932, Indianapolis, IN 46268

AS5 **1053843**

KNOW ALL MEN BY THESE PRESENTS: that AMERICAN SURETY COMPANY, a corporation duly authorized and existing under the laws of the State of Indiana, does constitute and appoint the below named agent its true and lawful Attorney-in-Fact for it and in its name, place and stead, to execute, and deliver for and on its behalf, as surety, a bail bond only.

Authority of such Attorney-in-Fact is limited to appearance bonds. No authority is provided herein for the execution of surety immigration bonds or to guarantee alimony payments, fines, wage law claims or other payments of any kind on behalf of below named defendant. The named agent is appointed only to execute the bond consistent with the terms of this power of attorney. The agent is not authorized to act as agent for receipt of service of process in any criminal or civil action.

This power is void if altered or erased or used in any combination with other powers of attorney of this company or any other company to obtain the release of the defendant named below or to satisfy any bond requirement in excess of the stated face amount of this power. This power can only be used once. No authority is provided to a copy or facsimile of this power of attorney without the prior written consent of American Surety Company. The obligation of the company shall not exceed the sum of

FIVE THOUSAND ($5,000.00) DOLLARS

and provided this Power-Of-Attorney is filed with the bond and retained as a part of the court records. The said Attorney-in-Fact is hereby authorized to insert in this Power-Of-Attorney the name of the person on whose behalf this bond was given.

IN WITNESS WHEREOF, AMERICAN SURETY COMPANY has caused these presents to be signed by its duly authorized officer, proper for this purpose and its corporate seal to be hereunto affixed this _____14_____ day of _____July_____ 20 _15_ .

Bond Amount $ _2,500.00_  Appearance Date _____

Defendant: _Rasheid J. Davis_

Court _Justice_  Case # _____

County _Madison_  City _Canton_  St _MS_  Zip _39046_

Offense _Poss. OF marijuana Fleeing Disturbing the Peace_  MP

Executing Agent _Calvin Day_  MP

**AMERICAN SURETY COMPANY**

(SEAL)

_William B Carmichael_

President  ASC-9B

VS

_Rasheid J. Davis_

COUNTY OF _Madison_

Know All Men By These Presents:

That we, _Rasheid J. Davis_ AS Principal and AMERICAN SURETY COMPANY, FRED ESCO, JR. DBA FESCO'S BONDING COMPANY, a Surety (Identified by attached Power of Attorney No. _1053843_ ) are held and firmly bound unto the _Justice_ . In the sum of _2,500.00_ ,

(Court, City, County, or State)

for the payment whereof well and truly to be made we bind ourselves, our heirs, executors, administrators, successor and assigns, jointly and severally firmly by these presents.

Signed and sealed this _14_ day of _July_ A.D. 20 _15_ .

The condition of this obligation is such that if the said _Rasheid J. Davis_ Principal, shall appear at the next regular or special term of the _Justice_ Court _Canton, ms_ to be held in and for said County to answer charge of _Poss. OF marijuana Fleeing Disturbing the Peace_ and shall appear from day to day and term to term of said Court and not depart the same without leave then this obligation to be void, else to remain in fuoll force and virtue.

Taken before and approved by me:

X _____ (L.S.)

_____

AMERICAN SURETY COMPANY
FESCO'S BONDING COMPANY

By: _____

_Calvin Day_  (L.S.)

ATTORNEY-IN-FACT

THIS BOND NOT VALID UNLESS ACCOMPANIED BY AN INDIVIDUALLY NUMBERED POWER OF ATTORNEY PROPERLY EEXECUTED.

NOTE: This is an Apperance Bond and cannot be construed as a guarantee for failure to provide payment, back alimony payments, Fines, Wage Law Claims, nor can it be used as a Bond on Appeal.

1

*1012*

**FESCO'S BONDIG COMPANY**
**274 W. PEACE STREET**
CANTON, MS 39046

SEND ALL COURT NOTICES TO:
AMERICAN SURETY COMPANY
P. O. BOX 68932\
INDIANAPOLIS, INDIANA 46268

## APPEARANCE BOND

| | |
|---|---|
| Fred Esco, Jr. | Calvin Day |
| License Number: 7702927 | License Number 212461 |
| P. O. Box 549 | P.O. Box 221 |
| Canton, MS 39046 | Canton, MS 39046 |
| 601-859-1500 | 601-624-1462 |

IN THE _Justice_ COURT, STATE OF MISSISSIPPI

STATE OF MISSISSIPPI

VS
_Rasheid J. Davis_      COUNTY OF _Madison_

Know All Men By These Presents:
That we, _Rasheid J. Davis_ AS Principal and AMERICAN SURETY COMPANY, FRED ESCO, JR. DBA FESCO'S BONDING COMPANY, a Surety (Identified by attached Power of Attorney No. _1053843_ ) are held and firmly bound unto the _Justice_ . In the sum of $_2,500.00_ ,
        (Court, City, County, or State)
for the payment whereof well and truly to be made we bind ourselves, our heirs, executors, administrators, successor and assigns, jointly and severally firmly by these presents.

Signed and sealed this _14_ day of _July_ A.D. 20_15_ .

The condition of this obligation is such that if the said _Rasheid J. Davis_
Principal, shall appear at the next regular or special term of the _Justice_
Court _Canton, ms_ to be held in and for said County to answer charge of
_Poss. of marijuana Fleeing Disturbing the Peace_ and shall appear from
day to day and term to term of said Court and not depart the same without leave then this obligation to be void, else to remain in fuoll force and virtue.

Taken before and approved by me:

_____        X _____ (L.S.)
                                AMERICAN SURETY COMPANY
                                **FESCO'S BONDING COMPANY**

By: _____     _Calvin Day_ (L.S.)
                                ATTORNEY-IN-FACT
THIS BOND NOT VALID UNLESS ACCOMPANIED BY AN INDIVIDUALLY NUMBERED POWER OF ATTORNEY PROPERLY EEXCUTED.

**NOTE: This is an Apperance Bond and cannot be construed as a guarantee for failure to provide payment, back alimony payments, Fines, Wage Law Claims, nor can it be used as a Bond on Appeal.**

1

THE FACE OF THIS DOCUMENT HAS A COLORED SECURITY BACKGROUND AND MICRO PRINTING - THE REVERSE SIDE OF THIS DOCUMENT HAS A WATERMARK
THIS DOCUMENT IS VOID IF THE PINK HEAT SENSITIVE INK BOX IN THE LOWER RIGHT HAND CORNER DOES NOT DISAPPEAR WHEN RUBBED WITH WARM HANDS

| POWER AMOUNT | VOID IF NOT EXECUTED BY | POWER OF ATTORNEY | |
| $5,000 | DEC 29 2015 | American Surety Company | AS51053843 |

P.O. Box 68932, Indianapolis, IN 46268

KNOW ALL MEN BY THESE PRESENTS that AMERICAN SURETY COMPANY, a corporation duly authorized and existing under the laws of the State of Indiana, does constitute and appoint the below named agent its true and lawful Attorney-in-Fact for it and in its name, place and stead, to execute and deliver for and on its behalf, as surety, a bail bond only.

Authority of such Attorney-In-Fact is limited to appearance bonds. No authority is provided herein for the execution of surety immigration bonds or to guarantee alimony payments, fines, wage law claims or other payments of any kind on behalf of below named defendant. The named agent is appointed only to execute the bond consistent with the terms of this power of attorney. The agent is not authorized to act as agent for receipt of service of process in any criminal or civil action.
This power is void if altered or erased or used in any combination with other powers of attorney of this company or any other company to obtain the release of the defendant named below or to satisfy any bond requirement in excess of the stated face amount of this power. This power can only be used once. No authority is provided to a copy or facsimile of this power of attorney without the prior written consent of American Surety Company. The obligation of the company shall not exceed the sum of

FIVE THOUSAND ($5,000.00) DOLLARS

and provided this Power-Of-Attorney is filed with the bond and retained as a part of the court records. The said Attorney-In-Fact is hereby authorized to insert in this Power-Of-Attorney the name of the person on whose behalf this bond was given.
IN WITNESS WHEREOF, AMERICAN SURETY COMPANY has caused these presents to be signed by its duly authorized officer, proper for the purpose and its corporate seal to be hereunto affixed this _14_ day of _July_, 20_15_.

Bond Amount $ _2,500.00_    Appearance Date _____

Defendant _Rasheid J. Davis_

Court _Justice_    Case # _____

County _Madison_    City _Canton_    St _MS_ Zip _39046_

Offense _Poss. OF Marijuana Fleeing Disturbing the Peace_ MP

Executing Agent _Colleen (Day)_    MP

AMERICAN SURETY COMPANY

_William B. Carmichael_

President    ASC-9B

SEAL
AMERICAN SURETY COMPANY
★ ★ ★
★ ★ ★
INDIANA

MADISON COUNTY JUSTICE COURT

CASE RECORD OF STATE VERSUS DAVIS RASHEID J

CASE: MIS00-26591   CHARGE POSS OF MARIJUANA IN MOTOR VEHICLE

COURT DATE:   7/13/2017

DAVIS RASHEID J


AFFIANT/WITNESS:

ATTORNEY FOR DEF:  Defendant waived rights to attorney

BOND:  1,000.00  STACEY                    JAIL RCPT#
APPEAL BOND:

===============================================================================
===============================================================================

O R D E R

DEFENDANT IS FOUND:   GUILTY PLEA

SENTENCE:
   GUILTY PLEA, 90 DAYS IN THE MADISON COUNTY JAIL SUSPENDED UNDER THE
   CONDITION OF GENERAL GOOD BEHAVIOR FOR 2 YEARS AND ALL FINES AND COSTS
   PAID IN FULL. TO PAY RESTITUTION FOR CRIME LAB FEE FOR THE MADISON COUNTY
   SHERIFF'S DEPARTMENT. TO PAY $200 ON 07132017 AND 60 DAYS TO HAVE
   BALANCE PAID IN FULL.


FINE $   500.00            COSTS $   208.75     TOTAL $   808.75
                                                          708.75

SO ORDERED, THIS THE  13  DAY OF  July   , 2017.

DOC. 3095      PAGE   77       BY:
                                     JUSTICE COURT JUDGE

CASE: MIS00026591   VIOLATION DATE:  7/11/2015   DATE CLOSED:

MADISON COUNTY JUSTICE COURT

CASE RECORD OF STATE VERSUS DAVIS RASHEID J

CASE: MIS00-26589    CHARGE RESISTING ARREST

COURT DATE:    7/13/2017

DAVIS RASHEID J


AFFIANT/WITNESS:

ATTORNEY FOR DEF:  Defendant waived rights to attorney

BOND: 1,000.00  STACEY                    JAIL RCPT#
APPEAL BOND:


=================================================================
=================================================================

O R D E R

DEFENDANT IS FOUND:   GUILTY PLEA

SENTENCE:
  GUILTY PLEA, 90 DAYS IN THE MADISON COUNTY JAIL SUSPENDED UNDER THE
  CONDITION OF GENERAL GOOD BEHAVIOR FOR 2 YEARS AND TIMELY PAYMENT OF ALL
  FINES AND COSTS. SUSPENDED JAIL TIME TO RUN CONCURRENT IF ORDERS OF THE
  COURT ARE NOT FOLLOWED.


FINE $   500.00          COSTS $   183.75    TOTAL $      683.75

SO ORDERED, THIS THE  13th  DAY OF  July      2017

DOC. 3095      PAGE   74       BY:  _____
                                    JUSTICE COURT JUDGE

CASE: MIS00026589   VIOLATION DATE:  7/11/2015   DATE CLOSED:

# IN THE JUSTICE COURT OF MADISON COUNTY, MISSISSIPPI

STATE OF MISSISSIPPI

VS.

DEFENDANT: Rasheid J. Davis

Case # MIS 00-026591

MIS 00-026589

## GUILTY PLEA

I, the DEFENDANT in the above-styled case, being duly sworn, do hereby enter a PLEA OF GUILTY to: possession of marijuana in a motor vehicle  In making this plea, I truthfully state the following: ② resisting arrest

1.  I choose of my own freewill to plead guilty.
2.  I have not been threatened into pleading guilty.
3.  To my knowledge, I have not been deceived or tricked into pleading guilty.
4.  I understand the nature of the charge(s) against me.
5.  I understand the maximum and minimum penalties provided by law, which in this case are:

Minimum jail time: ① 0 ② 0  days/hours.   Maximum jail time: ① 90 days ② 6 mths days/hours.
Minimum restitution: $ 0  ① 0  Maximum restitution: $ 100.00
Minimum fines: $ ① 250.00  Maximum fines: $ ① 17,000.00 ② 500.00
Court costs and assessments $ _____.

6.  I understand that by pleading guilty I will be waiving the following constitutional rights:
    • My constitutional right to trial or, if applicable, a trial by jury;
    • My right to confront and cross-examine adverse witnesses; and
    • My right against self-incrimination.
7.  I understand that I have the right to be represented by an attorney at every stage of this case.
8.  I understand that if I cannot afford an attorney the Court may appoint an attorney to represent me in this case, free of cost, if a conviction could result in jail time or other loss of liberty.
9.  I understand that, if I am not a citizen of the United States, my plea may have immigration consequences, including, upon conviction, being removed from the United States, being denied United States citizenship, and being denied admission to the United States in the future.
10. I understand that, if I am on probation or parole, pleading guilty in this case may cause revocation of my probation or parole. I further understand that if my probation or parole is revoked, any sentence in that case may be in addition to any sentence in this case.

Rashed Davis
DEFENDANT

Sworn to and subscribed before me this the 13th day of July, 2017.

JUSTICE JUDGE

## ORDER

WHEREAS this Court having considered the above plea this day in open court and addressed the DEFENDANT personally, and finding that the plea is voluntary and intelligently made and that, based upon the charging affidavit and/or sworn testimony before this Court, there is a factual basis for the plea,

IT IS HEREBY ORDERED: This Court accepts the DEFENDANT'S PLEA OF GUILTY and:

☐    Withholds an adjudication of guilt on the offense pending the completion of the following Court imposed conditions, to wit: (Specify) _____.

☐    Enters an ADJUDICATION OF GUILT on the offense.

THE DEFENDANT MAY APPEAL THIS JUDGMENT WITHIN 30 DAYS AS PROVIDED BY THE MISSISSIPPI RULES OF CRIMINAL PROCEDURE.

ORDERED AND ADJUDGED this the _13th_ day of _July_, 2017.

_____
JUSTICE COURT JUDGE

MADISON COUNTY JUSTICE COURT

CASE RECORD OF STATE VERSUS DAVIS RASHEID J

CASE: MIS00-26590    CHARGE DISORDERLY CONDUCT-FAILURE TO COMPLY

COURT DATE:    7/13/2017

DAVIS RASHEID J


AFFIANT/WITNESS:

ATTORNEY FOR DEF:

BOND:    500.00   STACEY                    JAIL RCPT#
APPEAL BOND:


=================================================================
=================================================================

O R D E R

DEFENDANT IS FOUND:   NOLLE PROSEQUI

SENTENCE:
  MOTION BY STATE TO NOLLE PROSEQUI.


SO ORDERED, THIS THE  _13_ DAY OF  _July____,  _2017_

DOC. 3095       PAGE    76        BY: _____
                                       JUSTICE COURT JUDGE

CASE: MIS00026590    VIOLATION DATE:  7/11/2015   DATE CLOSED:  7/13/2017

Justice Court of Madison County
2961 S. Liberty Street
Canton, MS  39046
859-6337

To: ABELS PERRY DEPUTY SO-25
    2941 HWY 51 SOUTH
    CANTON MS 39046

IMPORTANT NOTICE

THE STATE OF MISSISSIPPI          Date:   4/04/2017

vs:                               Cause No: MIS 00-026591

DAVIS RASHEID J

RE: POSS OF MARIJUANA IN MOTOR VEHICLE

This is to notify you that the above styled case has been set for

SET FOR HEARING          on the 13th day of       July A. D. 2017

at  9:00 AM.  Your attendance is required.

MARSHA WEEMS STACEY presiding.

Susan McCarty, Clerk
Madison County Justice Court

By: _____

Cheryl Horn, CDC          DC

**ALL COURT ORDERED FINES AND COST ARE DUE ON COURT DATE**
**WE DO NOT ACCEPT PERSONAL CHECKS**

Justice Court of Madison County
2961 S. Liberty Street
Canton, MS  39046
859-6337


To: DAVIS RASHEID J
    226 EAST MOON STREET
    RIDGELAND MS 39157


IMPORTANT NOTICE

THE STATE OF MISSISSIPPI          Date:  4/04/2017

vs:                               Cause No: MIS 00-026591

DAVIS RASHEID J

RE: POSS OF MARIJUANA IN MOTOR VEHICLE


This is to notify you that the above styled case has been set for

SET FOR HEARING          on the 13th day of       July A. D. 2017

at  9:00 AM.  Your attendance is required.

MARSHA WEEMS STACEY presiding.


                              Susan McCarty, Clerk
                              Madison County Justice Court


                    By: _____


                    Cheryl Horn, CDC          DC


**ALL COURT ORDERED FINES AND COST ARE DUE ON COURT DATE**
**WE DO NOT ACCEPT PERSONAL CHECKS**

Justice Court of Madison County
2961 S. Liberty Street
Canton, MS  39046
859-6337


To: ABELS PERRY DEPUTY SO-25
    2941 HWY 51 SOUTH
    CANTON MS 39046


IMPORTANT NOTICE


THE STATE OF MISSISSIPPI          Date:  4/04/2017

vs:                               Cause No: MIS 00-026590

DAVIS RASHEID J

RE: DISORDERLY CONDUCT-FAILURE TO COMPLY


This is to notify you that the above styled case has been set for

SET FOR HEARING          on the 13th day of       July A. D. 2017

at  9:00 AM.   Your attendance is required.

MARSHA WEEMS STACEY presiding.


                                  Susan McCarty, Clerk
                                  Madison County Justice Court


                         By: _____


                                  Cheryl Horn, CDC          DC


**ALL COURT ORDERED FINES AND COST ARE DUE ON COURT DATE**
**WE DO NOT ACCEPT PERSONAL CHECKS**

Justice Court of Madison County
2961 S. Liberty Street
Canton, MS  39046
859-6337


To: DAVIS RASHEID J
    226 EAST MOON STREET
    RIDGELAND MS 39157


IMPORTANT NOTICE


THE STATE OF MISSISSIPPI          Date:  4/04/2017

vs:                               Cause No: MIS 00-026590

DAVIS RASHEID J

RE: DISORDERLY CONDUCT-FAILURE TO COMPLY


This is to notify you that the above styled case has been set for

SET FOR HEARING          on the 13th day of      July A. D. 2017

at  9:00 AM.  Your attendance is required.

MARSHA WEEMS STACEY presiding.


                              Susan McCarty, Clerk
                              Madison County Justice Court


                    By: _____


                    Cheryl Horn, CDC              DC


**ALL COURT ORDERED FINES AND COST ARE DUE ON COURT DATE**
**WE DO NOT ACCEPT PERSONAL CHECKS**

Justice Court of Madison County
2961 S. Liberty Street
Canton, MS  39046
859-6337

To: ABELS PERRY DEPUTY SO-25
    2941 HWY 51 SOUTH
    CANTON MS 39046

IMPORTANT NOTICE

THE STATE OF MISSISSIPPI          Date:   4/04/2017

vs:                               Cause No: MIS 00-026589

DAVIS RASHEID J

RE: RESISTING ARREST

This is to notify you that the above styled case has been set for

SET FOR HEARING          on the 13th day of      July A. D. 2017

at  9:00 AM.   Your attendance is required.

MARSHA WEEMS STACEY presiding.

                              Susan McCarty, Clerk
                              Madison County Justice Court

                         By: _____

                              Cheryl Horn, CDC          DC

            CC: QQQQQ QQQQQQQQQQQQQQQQQQ
                XXXXXXXXXXXXXXXXXXXXXXXX
                WAIVED RIGHTS XX 12345

**ALL COURT ORDERED FINES AND COST ARE DUE ON COURT DATE**
**WE DO NOT ACCEPT PERSONAL CHECKS**

MADISON COUNTY JUSTICE COURT

CASE RECORD OF STATE VERSUS DAVIS RASHEID J

CASE: MIS00-26591    CHARGE POSS OF MARIJUANA IN MOTOR VEHICLE

COURT DATE:    3/30/2017

DAVIS RASHEID J


AFFIANT/WITNESS:

ATTORNEY FOR DEF:

BOND:  1,000.00  STACEY              JAIL RCPT#
APPEAL BOND:


=================================================================
=================================================================

O R D E R

DEFENDANT IS FOUND:  <u>CONTINUED/RESET</u>

SENTENCE:
 CONTINUED AT BENCH FOR DEFENDANT TO GET AN ATTORNEY




FINE $ _____      COSTS $  183.75   TOTAL $     183.75

SO ORDERED, THIS THE 30th DAY OF March 2017

DOC. 3095      PAGE    77       BY:
                                  JUSTICE COURT JUDGE

CASE: MIS00026591   VIOLATION DATE:  7/11/2015  DATE CLOSED:



# MISSISSIPPI FORENSICS LABORATORY



ALI-334-T

**Lab Case #: 15-012519-0001**

Main Laboratory

DRUG ANALYSIS (JACKSON) Report

215 Allen Stuart Dr
Pearl, MS 39208
601-420-9000
FAX: 601-420-9001

January 13, 2016

Page 1 of 2

Joshua Fish
MADISON COUNTY SHERIFF OFFICE
2935 Highway 51
Canton, MS 39046
601-859-2345
REFERENCE- Agency Case # 15-11112

SUSPECT: Rashied J Davis

## REQUEST FOR ANALYSIS

On 7/23/2015 it was requested that the DRUG ANALYSIS (JACKSON) section perform the following analysis: Examination for Controlled Substances (J). This examination was completed on 1/13/2016.

Examine for the presence of a controlled substance.

## EVIDENCE

On 7/23/2015 at 1:26 PM, Forensic Scientist Geneva Denson received the following evidence from the MADISON COUNTY SHERIFF OFFICE via Joshua Fish:

Evidence Submission 001

One heat sealed plastic bag containing a plastic bag and a green leafy substance.

## EXAMINATIONS PERFORMED

Test(s) performed on submission 001
Gas Chromatography/Mass Spectrometry
Microscopic Examination

## RESULTS AND CONCLUSIONS

Evidence Submission #001

Marihuana, Amount: 24.76 grams ± 0.04 gram

CONT'D:

CERTIFIED REPORT

Laboratory Report Continued

**REFERENCE- MSFL Case Number  15-012519-0001**                                    **Page 2 of 2**

Case Analyst:                                                              Technical Reviewer:

_____                           _____

Erik Frazure, D-ABC                                                        Adrian D. Hall, D-ABC
Section Chief - Drug Analysis                                           Forensic Scientist

CC:

iResults DA - 20th Judicial District

The reported estimated expanded uncertainty of weight and/or volume represents a coverage probability of 99.7%

This report represents the analytical results of the examinations performed on the items of evidence in this case. It should be noted
that this report does not represent all documentary items contained in the master file. Should additional material be required for
court purposes, please contact the laboratory as soon as possible.

CERTIFIED REPORT



Justice Court of Madison County
2961 S. Liberty Street
Canton, MS  39046
859-6337


To: DAVIS RASHEID J
    226 EAST MOON STREET
    RIDGELAND MS 39157


IMPORTANT NOTICE


THE STATE OF MISSISSIPPI        Date:  2/13/2017

vs:                             Cause No: MIS 00-026589

DAVIS RASHEID J

RE: RESISTING ARREST

This is to notify you that the above styled case has been set for

SET FOR HEARING          on the 30th day of      March A. D. 2017

at  9:00 AM.  Your attendance is required.

MARSHA WEEMS STACEY presiding.


                           Susan McCarty, Clerk
                           Madison County Justice Court


                  By: _____


                      Shelia Taylor, DC              DC




ALL COURT ORDERED FINES AND COST ARE DUE ON COURT DATE
WE DO NOT ACCEPT PERSONAL CHECKS



Justice Court of Madison County
2961 S. Liberty Street
Canton, MS  39046
859-6337


To: ABELS PERRY DEPUTY SO-25
    2941 HWY 51 SOUTH
    CANTON MS 39046


IMPORTANT NOTICE


THE STATE OF MISSISSIPPI          Date:  2/13/2017

vs:                               Cause No: MIS 00-026589

DAVIS RASHEID J

RE: RESISTING ARREST

This is to notify you that the above styled case has been set for

SET FOR HEARING          on the 30th day of     March A. D. 2017

at  9:00 AM.   Your attendance is required.

MARSHA WEEMS STACEY presiding.


                              Susan McCarty, Clerk
                              Madison County Justice Court


                    By: _____


             Shelia Taylor, DC          DC


**ALL COURT ORDERED FINES AND COST ARE DUE ON COURT DATE
WE DO NOT ACCEPT PERSONAL CHECKS**



Justice Court of Madison County
2961 S. Liberty Street
Canton, MS  39046
859-6337

To: ABELS PERRY DEPUTY SO-25
    2941 HWY 51 SOUTH
    CANTON MS 39046

IMPORTANT NOTICE

THE STATE OF MISSISSIPPI          Date:  2/13/2017

vs:                               Cause No: MIS 00-026590

DAVIS RASHEID J

RE: DISORDERLY CONDUCT-FAILURE TO COMPLY

This is to notify you that the above styled case has been set for

SET FOR HEARING          on the 30th day of      March A. D. 2017

at  9:00 AM.  Your attendance is required.

MARSHA WEEMS STACEY presiding.

                              Susan McCarty, Clerk
                              Madison County Justice Court

                    By: _____

                    Shelia Taylor, DC          DC

**ALL COURT ORDERED FINES AND COST ARE DUE ON COURT DATE**
**WE DO NOT ACCEPT PERSONAL CHECKS**



Justice Court of Madison County
2961 S. Liberty Street
Canton, MS  39046
859-6337

To: ABELS PERRY DEPUTY SO-25
    2941 HWY 51 SOUTH
    CANTON MS 39046

IMPORTANT NOTICE

THE STATE OF MISSISSIPPI          Date:  2/13/2017

vs:                               Cause No: MIS 00-026591

DAVIS RASHEID J

RE: POSS OF MARIJUANA IN MOTOR VEHICLE

This is to notify you that the above styled case has been set for

SET FOR HEARING          on the 30th day of      March A. D. 2017

at  9:00 AM.  Your attendance is required.

MARSHA WEEMS STACEY presiding.

                          Susan McCarty, Clerk
                          Madison County Justice Court

            By: _____

            Shelia Taylor, DC              DC

**ALL COURT ORDERED FINES AND COST ARE DUE ON COURT DATE**
**WE DO NOT ACCEPT PERSONAL CHECKS**



# IDMS Verified Forms

Judge: _____

Case No. (s) _____

Arraignment Date: _____

Bond: _____

Defendant: _____

Address: _____

SS #: _____ SL #: _____

Phone #: _____

Employer: _____

Phone # of Employer: _____

Supervisor: _____ Verified: _____

Charges: _____
_____
_____

Affiant: _____ Date Subpoenaed: _____
_____
_____

Other Witnesses:
_____
_____
_____
_____
_____
_____

Bonding Companies: _____ App. Date: _____

_____ Hearing Date: _____

_____ Continued _____ to_____ for_____

_____ Continued _____ to_____ for_____

_____ Continued _____ to_____ for_____

Attorney: _____
_____

Notes: _____

EXHIBIT

tabbies

KK

## STATE OF MISSISSIPPI – UNIFORM TRAFFIC TICKET

**MADISON COUNTY**   Judicial District: ☐1 ☑2   Agency Code: 0045   N° 110429

IN THE COURT DESIGNATED BELOW, THE AFFIANT HEREIN, BEING DULY SWORN, UPON OATH DOES DEPOSE AND SAY, AT THE FOLLOWING LOCATION, TIME AND DATE.

Location of Violation: Yandell Blvd     At/Near: Robinson Rd     Hwy

| Day | Date | Time | Accident | District | Precinct |
|---|---|---|---|---|---|
| Sun | 9-1-13 | ☐ AM ☑ PM | ☐ yes ☑ no | | |

Defendant: (First Name) Veronica   Middle Name, Letrica   Last Name: Davis

License Address: 388 Ricks Dr Apt 5B

| City | State | Zip Code | Race | Date of Birth |
|---|---|---|---|---|
| Canton | MS | 39046 | B | |

Driver's License Number: 802411863

| Class | State | Sex | Make | Model | Type |
|---|---|---|---|---|---|
| D | MS | F-15 | | | |

Vehicle License Number MBB262   State MS   Year 14   Make Ford   Model   Type Van

Defendant's Current Address:

Defendant's Current Telephone Number:

That the above named defendant, while operating the aforementioned motor vehicle, did willfully and unlawfully commit the offense of:
(Check Only One Offense Each Ticket)     SPEED     ZONE

☐ S92 Speeding
☐ M14 Disregard For Traffic Device
☐ N70 Driving Wrong Side Road
☐ B26 Driving While License Suspended
☐ M34 Following Too Closely
☐ M70 Improper Passing
☐ N01 Failure To Yield Right Of Way
☐ M84 Reckless Driving
☐ M81 Careless Driving
☐ Explanation:

☐ F02 Child Restraint Violation
☐ F04 Seatbelt Violation
☐ B51 No Drivers License (Expired)
☐ B55 No Motor Vehicle Inspection (Expired)
☐ B53 Expired Tag/No Tag
☐ B26 Driving While License Suspended
     (Under Implied Consent Law)
☐ N50 Improper Turn
☑ D56 No Proof of Liability Ins.
☐ Other Violation (

☐ Check Only If Driver License Is Deposited In Lieu Of Bond Or Other Security.
☐ Violation Pursuant To Commercial Driver's License Law
☐ Required Placard Under Hazardous Materials Transportation Act.

Against the peace and dignity of the State of Mississippi.

Affiant / Officer's Signature _____   Unit / Badge # 2273

Sworn to before me this the 1 day of Oct 20 13

_____ Clerk

You are hereby notified to appear before the court (Justice/Municipal) to answer the charge on the 31 day of Oct 20 13 At _____ AM/PM at:

Court's Physical Address: **2961 SOUTH LIBERTY ST. CANTON, MS 39046**
Court's Mailing Address: **2961 SOUTH LIBERTY ST. CANTON, MS 39046**
Court's Telephone Number: **601-859-6337**   **www.madisoncotix.com**
NOTE: CONTACT THE COURT TO CONFIRM THE COURT DATE
SEE REVERSE SIDE FOR ADDITIONAL INFORMATION

ORIGINAL/AFFIDAVIT Case _____   Page _____   Docket _____     7-09

---

## STATE OF MISSISSIPPI – UNIFORM TRAFFIC TICKET

**MADISON COUNTY**   Judicial District: ☐1 ☑2   Agency Code: 0045   N° 110428

IN THE COURT DESIGNATED BELOW, THE AFFIANT HEREIN, BEING DULY SWORN, UPON OATH DOES DEPOSE AND SAY, AT THE FOLLOWING LOCATION, TIME AND DATE.

Location of Violation: Yandell Ave     At/Near: Robinson Rd     Hwy

| Day | Date | Time | Accident | District | Precinct |
|---|---|---|---|---|---|
| Sun | 9-1-13 | ☐ AM ☑ PM | ☐ yes ☐ no | | |

Defendant: (First Name) Veronica   Middle Name, Letrica   Last Name: Davis

License Address: 388 Ricks Dr Apt 5B

| City | State | Zip Code | Race | Date of Birth |
|---|---|---|---|---|
| Canton | MS | 39046 | B | |

Driver's License Number: 802413635

| Class | State | Sex | Make | Model | Type |
|---|---|---|---|---|---|
| D | MS | F-15 | | | |

Vehicle License Number MBB262   State MS   Year 14   Make Ford   Model   Type Van

Defendant's Current Address:

Defendant's Current Telephone Number:

That the above named defendant, while operating the aforementioned motor vehicle, did willfully and unlawfully commit the offense of:
(Check Only One Offense Each Ticket)     SPEED     ZONE

☐ S92 Speeding
☐ M14 Disregard For Traffic Device
☐ N70 Driving Wrong Side Road
☐ B26 Driving While License Suspended
☐ M34 Following Too Closely
☐ M70 Improper Passing
☐ N01 Failure To Yield Right Of Way
☐ M84 Reckless Driving
☐ M81 Careless Driving
☐ Explanation:

☐ F02 Child Restraint Violation
☐ F04 Seatbelt Violation
☑ B51 No Drivers License (Expired)
☐ B55 No Motor Vehicle Inspection (Expired)
☐ B53 Expired Tag/No Tag
☐ B26 Driving While License Suspended
     (Under Implied Consent Law)
☐ N50 Improper Turn
☐ D56 No Proof of Liability Ins.
☐ Other Violation (

☐ Check Only If Driver License Is Deposited In Lieu Of Bond Or Other Security.
☐ Violation Pursuant To Commercial Driver's License Law
☐ Required Placard Under Hazardous Materials Transportation Act.

Against the peace and dignity of the State of Mississippi.

Affiant / Officer's Signature _____   Unit / Badge # 2273

Sworn to before me this the 1 day of Oct 20 13

_____ Clerk

You are hereby notified to appear before the court (Justice/Municipal) to answer the charge on the 31 day of Oct 20 13 At _____ AM/PM at:

Court's Physical Address: **2961 SOUTH LIBERTY ST. CANTON, MS 39046**
Court's Mailing Address: **2961 SOUTH LIBERTY ST. CANTON, MS 39046**
Court's Telephone Number: **601-859-6337**   **www.madisoncotix.com**
NOTE: CONTACT THE COURT TO CONFIRM THE COURT DATE
SEE REVERSE SIDE FOR ADDITIONAL INFORMATION

ORIGINAL/AFFIDAVIT Case _____   Page _____   Docket _____     7-09

*LaToya Brown, et al. vs. Madison County, Mississippi, et al.*
**United States District Court**
**Southern District of Mississippi**
**Civil Action No. 3:17-CV-347-WHB-LRA**

## AFFIDAVIT OF RECORDS CUSTODIAN

I, Chief Jeremy Williams, am the duly authorized custodian of the Madison County Sheriff's Department's records on **Demario Day**, and as such have the authority to certify the attached records. The records attached hereto constitute a true and correct copy of the incident report from **September 27, 2010**. The attached records were prepared by the personnel of **Madison County Sheriff's Department**, or person acting under the control of either, in the ordinary course of business.

And further affiant saith not.

By: _____
Chief Deputy Jeremy Williams

SWORN TO AND SUBSCRIBED before me, this the 3rd day of May, 2018.

_____
NOTARY PUBLIC

My Commission Expires:

02/17/20

STATE OF MISSISSIPPI
NOTARY PUBLIC
ID #58304
LYNN THORNBURG
Commission Expires
Jan 17, 2020
MADISON COUNTY

**EXHIBIT**

LL

## Madison County Detention Center

2935 Highway 51 South
Canton, MS 39046
Sheriff Randall Tucker

### Intake Report

Date and Time Released:    09/30/2010  13:24

**[ Person ]**
**Name:** DEMARIO D. DAY
**ADDR:** 707 MACE ST    Apt#:C30
CANTON, MISSISSIPPI
39046
**HOME #:** (601) 209-4683
**DOB:**
**AGE:** 026
**POB:** JACKSON, MISSISSIPPI

**[ Description ]**
**HGT:** 601          **WGT:** 180
**RACE:** BLACK      **SEX:** M
**HAIR:** BLACK      **EYE:** BROWN
**FHAIR:** FULL      **COMPL:** LIGHT
BEA                  BR
**TEETH:** HAS ALL
**SMT1:** TAT L ARM TAT R ARM
**SMT2:**
**MSTAT:** NO        **HAND:** R
**EDUC:** HIGH       **HISP:** N
SCH
**CITIZ:** UNITED STATES

**[ Identifiers ]**
**SSN#:**
**OLN:**

**FBI#:**           **SID#:**
MS06432190
**INS#:**           **DOC#:**

**[ Emergency Contact / Employer / School ]**
**NAME:** PAULA DAY
**ADDR:** SAME
**EMER TEL:** (601) 209-4683
**EMPLOYER:** UNEMPLOYED
**EMPLOYER ADDR:**
**OCCUPATION:**  **EMPL#:** (000)
STUDENT          000-0000

**[ Intake / Booking ]**
**OFF DATE:** 09/27/2010 - **Case#:** SO10017859
**INTAKE DATE:** 09/27/2010   **TIME:** 10:52
**INTAKE #:** BK0000055439 - 001
**ARRESTING AGENCY:** MADISON SO
**ARR OFF:** SMITH, GEORGE DARIAN
**INTAKE OFF:** Z-CARSON, LATASHA Y.

**[ Bond Information ]**
**WRITTEN BOND:** $ .00
**CASH BOND:** $ .00

| No. | -- | STATUTE | FEL/MIS | DESCRIPTION | WHICH COURT | BOND AMT | REFERENCE# |
|---|---|---|---|---|---|---|---|
| 1 | N | 41-29-139 | F | Controlled Substance Violation | CIRCUIT | 30000.00 | DAVIS |

Court Date: 09/30/2010
POSS W INTENT TO SELL

JJ Chp _____
Case No(s) _____
Arraignment Date _____
Bond _____

Defendant: Diss Dominique

Address: _____

SS # _____   Sex _____

Phone # _____

Employer _____

Phone of Employer _____

Supervisor _____   Verified _____

Charges: DUI 1st + Insurance

Affiant: Chris McDonald   Date Subpoenaed _____

_____
_____

Other Witnesses _____
_____
_____
_____
_____

Bonding Companies _____   Arr Date: Nov 8 '08 10am
Hearing Date: Dec 11 '08 10am
Continued to: _____   for _____
Continued to: _____   for _____
Continued to: _____   for _____

Attorney _____
_____

Notes _____
_____

EXHIBIT

MM

**STATE OF MISSISSIPPI · UNIFORM TRAFFIC TICKET**

IN THE COURT DESIGNATED BELOW THE AFFIANT HEREIN, BEING DULY SWORN, UPON OATH DOES DEPOSE AND SAY AT THE FOLLOWING LOCATION, TIME AND DATE:

(NAME OF LAW ENFORCEMENT AGENCY)  AGENCY CODE
COUNTY/MUNICIPALITY OF:    **0046**    № 064448

**MADISON COUNTY**    JUDICIAL DISTRICT  ☐ 1  ☐ 2

| Location of Violation | Officer |
|---|---|
| Hwy 22 | Railroad |

| Day | Date | Time | Accident | District | Precinct |
|---|---|---|---|---|---|
| Tue. | 04/15/08 | 1455 ☐ AM ☑ PM | ☐ yes ☑ no | | |

| Defendant: (First Name) | Middle Name | Last Name) |
|---|---|---|
| Domunique | | Doss |

Address
117 Compress St.

| City | State | Zip Code |
|---|---|---|
| Flora | MS | 39071 |

| Driver's License No. | Class | State | Sex | Race | Date of Birth |
|---|---|---|---|---|---|
| ~~(redacted)~~ | R | MS | M | B | |

| Vehicle License Number | State | Year | Make | Model | Type |
|---|---|---|---|---|---|
| MAU201 | MS | 09 | Niss | Exe | 4 dr |

THAT THE ABOVE NAMED DEFENDANT, WHILE OPERATING THE AFOREMENTIONED MOTOR VEHICLE, DID WILLFULLY AND UNLAWFULLY COMMIT THE OFFENSE OF:

(CHECK ONLY ONE OFFENSE EACH TICKET)

| Speed | Zone |
|---|---|
| | |

☐ S92 Speeding
☐ M14 Disregard For Traffic Device
☐ N70 Driving Wrong Side Road
☐ B26 Driving While License Suspended
☐ M34 Following Too Closely
☐ M70 Improper Passing
☐ N01 Failure to Yield Right Of Way

☐ B02 Child Restraint Violation
☐ B04 Seatbelt Violation
☐ B51 No Drivers License (Expired)
☐ B55 No Motor Vehicle Inspection (Expired)
☐ B53 Expired Tag/No Tag
☐ B26 Driving While License Suspended
    (Under Implied Consent Law)
☐ M84 Reckless Driving
☐ M81 Careless Driving
☐ N50 Improper Turn
☐ B30 No Proof Of Liability Ins.

☐ Other Violation - (Code Section _____)
Explanation _____
☐ Check Only If Driver License Is Deposited In Lieu Of Bond Or Other Security.

☐ Violation Pursuant To Commercial Driver's License Law
☐ Required Placard Under Hazardous Materials Transportation Act.

Against the peace and dignity of the State of Mississippi.

Affiant / Officer's Signature _____   Unit / Badge # V-5
Sworn to before me this the 21 Day of Apr (Year) 08

Clerk _____

You are hereby notified to appear before or contact the Justice/Municipal Court clerk on or before the 30 day of MAY (Year) 08   At 9:00 ☐AM/PM at
Address:  **2961 SOUTH LIBERTY ST. CANTON, MS 39046**
                                              **601-859-6387**
Telephone Number

(This copy must be filed with the Court or Court Clerk)

ORIGINAL / AFFIDAVIT    Case _____ Page _____ Docket _____

0-1-02

(1)  7/8/08

UNIFORM TRAFFIC TICKET                    DRIVING UNDER THE INFLUENCE

AGENCY COI **0045**       Madison County              ² □ **008536**

IN THE COURT DESIGNATED BELOW, THE AFFIANT HEREIN, BEING DULY SWORN, UPON OATH DOES DEPOSE AND SAY
THAT WITHIN THE COUNTY OF ___MADISON___                        STATE OF MISSISSIPPI,
AT THE FOLLOWING LOCATION, TIME AND DATE                    JUDICIAL DISTRICT 1☑   □ 2

| HWY / ST Aug 22 at Rail Road | DISTRICT |
| DAY Tues | DATE 4/15/08 | TIME OF STOP 2:58 ☑ AM PM | ACCIDENT? □ YES ☑ NO |

NAME (FIRST NAME, MIDDLE NAME, LAST NAME) Demonique R. Doss

ADDRESS 117 Congress St.

| CITY Flora | STATE MS | ZIP CODE 39071 |
| DRIVER LICENSE NUMBER 800181458 | CLASS R | STATE MS | SEX M | RACE B | DATE OF BIRTH |
| VEHICLE LICENSE NUMBER MAL 201 | STATE MS | YEAR 09 | MAKE Nissan | MODEL Sentra | VEHICLE TYPE 4-D |

☑ Offense occurred within the city limits of ___Flora___     Mississippi
□ Violation pursuant to Commercial Driver's License Law.   □ Required placard under Hazardous Materials Transportation Act
That the aforesaid person did, in violation of §63-11-30(1) Mississippi Code of 1972, wilfully and unlawfully drive or otherwise operate
a motor vehicle within this state:
- □ (a) Under the influence of intoxicating liquor; or
- □ (b) under the influence of any other substance which impaired such person's ability to operate a motor vehicle; or
- □ (c) ☑ Having an alcohol concentration of eight one-hundredths percent (.08%) or more for persons who are above the legal age to purchase alcoholic beverages under state law, to wit: _____ % or
  - □ Having an alcohol concentration of two one-hundredths percent (.02%) or more for persons who are below the legal age to purchase alcoholic beverages under state law, to wit: _____ % or
- ☒ (d) under the influence of any drug or controlled substance, the possession of which is unlawful under the Mississippi Controlled Substances Law; or
- □ (e) having an alcohol concentration of four one-hundredths percent (.04%) or more for persons operating a commercial vehicle, to wit: _____ %.
After such person has been convicted of _____ one prior offense or _____ two prior offenses under § 63-11-30 (1) on the _____ day
_____ in the _____ court of _____ county/city of _____ State of
_____ on the _____ day of _____ in the _____ court of
county/city of _____ State of _____; and the offenses having been committed within five years.

                    AGAINST THE PEACE AND DIGNITY OF THE STATE OF MISSISSIPPI

OFFICER'S SIGNATURE _____     UNIT / BADGE # 50-14

SWORN TO BEFORE ME, THIS THE 22 DAY OF _April_ 8 Trickill
                                                    (NAME AND TITLE)

ARRAIGNMENT DATE BEFORE:
□ MUNICIPAL COURT  ☑ JUSTICE COURT JC ON THE 30 DAY OF May 2008
ADDRESS 178 N. UNION, CANTON, MS 39046        PHONE 601-859-8377

Dec 0408  Guilty in absentia

| CASE # | PAGE # |
| DOCKET # | ORIGINAL/AFFIDAVIT - THIS COPY MUST BE FILED WITH THE COURT OR COURT CLERK |

THE DEFENDANT CHARGED HEREIN:
_____ WAIVED defendant's right to an attorney after having been advised by the trial judge of the defendant's right to an attorney; and, if the defendant could not afford an attorney that one would be appointed free of charge to represent the defendant; or
_____ WAS REPRESENTED (EMPLOYED OR APPOINTED) by an attorney whose name, address and telephone number is:
Name: _____   Phone: _____
Address: _____

                    SIGNATURE OF JUDGE _____

              ORIGINAL/AFFIDAVIT                    Rev. 7-02

MADISON COUNTY JUSTICE COURT
2761 SOUTH LIBERTY
CANTON MS 39046

STATE OF MISSISSIPPI

VERSUS

DOSS DOMINIQUE                          DEFENDANT

### ORDER TO RELEASE PRISONER

TO THE SHERIFF OF MADISON COUNTY:

### DEFENDANT IS RELEASED ON HIS OWN RECOGNIZANCE ON ALL JUSTICE COURT CHARGES:

CONDITIONS OF RELEASE:

4-5 days

THIS THE 4th DAY OF November, 2009

MAMIE CHINN
MADISON COUNTY JUSTICE COURT

JUSTICE COURT CHARGES:

OF THE CANTON MASEP CLASS

Pursuant to Mississippi Code Section 63-11-30(2)(a), you are ordered to attend and successfully complete the MASEP class circled below. You must enroll in session one and attend all four sessions in sequence. Be sure to present this court order at your first class.

TIME: 6:30 P.M. - 9:30 P.M.
     TUESDAY NIGHTS

NAME DOSS DOMINIQUE R

ADDRESS 112 COMPRESS ST
        FLORA         MS 390710000

PLACE: MADISON CO. WIN JOB CENTER
      152 WATFORD PARKWAY DR.
      CANTON, MS   39046

INFORMATION: 1-800-678-2534
    or (662) 325-3423 between
    8 AM - 5 PM Monday -Friday

DRIVER'S
LICENSE 800181458

DATE OF
BIRTH _____    BAC _____

FEE: $150 Check or money order payable to MASEP must be paid at Session 1

| | SESSION 1 | SESSION 2 | SESSION 3 | SESSION 4 |
|---|---|---|---|---|
| 2010 Class 1 | JAN 05 | JAN 12 | JAN 19 | JAN 26 |
| 2010 Class 2 | FEB 09 | FEB 16 | FEB 23 | MAR 02 |
| 2010 Class 3 | MAR 09 | MAR 16 | MAR 23 | MAR 30 |
| 2010 Class 4 | APR 13 | APR 20 | APR 27 | MAY 04 |
| 2010 Class 5 | MAY 18 | MAY 25 | JUN 01 | JUN 08 |
| 2010 Class 6 | JUN 22 | JUN 29 | JUL 13 | JUL 20 |
| 2010 Class 7 | AUG 03 | AUG 10 | AUG 17 | AUG 24 |
| 2010 Class 8 | SEP 07 | SEP 14 | SEP 21 | SEP 28 |
| 2010 Class 9 | OCT 05 | OCT 12 | OCT 19 | OCT 26 |
| 2010 Class 10 | NOV 02 | NOV 09 | NOV 16 | NOV 30 |

MASEP RULES:
1. Do not consume any alcohol or other drugs prior to attending class.
2. You must be on time for each session.
3. Do not bring guests.
4. No disruptive classroom behavior
5. You must adhere to all program rules and policies.

JUDGE: MAMIE CHINN

COURT: MADISON CO. JUSTICE COURT

DATE: Mar 04, 09

YOUTH COURT CASES ONLY:
Report MASEP status to Mississippi Highway Patrol

_____ Yes _____ No

PLACE JUDGE'S SEAL HERE

Mail to MASEP, Box 5287
Ms. State, MS 39762

ADISON COUNTY JUSTICE COU

CASE RECORD OF STATE VERSUS DOSS DOMUNIQUE

CASE: MSO00-64448    CHARGE NO PROOF LIABILITY INSURANCE

COURT DATE:  11/04/2009

DOSS DOMUNIQUE
117 COMPRESS ST
FLORA                MS 39071-0000

AFFIANT/WITNESS:  MSGT JOHN M HARRIS

ATTORNEY FOR DEF:  HON. GREGORY WEBER

BOND:                            JAIL RCPT#
APPEAL BOND:

================================================================
================================================================

O R D E R

DEFENDANT IS FOUND:  <u>GUILTY PLEA</u>

SENTENCE:   TIME SERVED RELEASED       INDIGENT

FINE $ __500.00__      COSTS $   119.50    TOTAL $     619.50

SO ORDERED, THIS THE  4  DAY OF  nov   2009

DOC. 1576      PAGE   183      BY: _____
                                  JUSTICE COURT JUDGE

CASE: MSO00064448   VIOLATION DATE:  4/15/2008   DATE CLOSED: 11/04/2009

MADISON COUNTY JUSTICE COURT
2961 SOUTH LIBERTY
CANTON MS 39046
PHONE: (601) 859-6337

12/05/2008

TO: DOSS DOMUNIQUE
117 COMPRESS ST
FLORA                    MS 390710000

RE: NO PROOF LIABILITY INSURANCE

ON _12/4/08_ YOU WERE FOUND GUILTY IN ABSENTIA ON THE ABOVE
REFERENCED CHARGES.   YOUR FINE AND COSTS OF $ _614.50_
MUST BE PAID BY _12/19/08_

YOU MAY APPEAL THIS CASE TO COUNTY COURT. YOUR APPEAL MUST
BE FILED WITH COUNTYCOURT 30 DAYS FROM _____ . YOUR
APPEAL BOND IS $_____ AND COST BOND IS $_____ .

SUSAN MCCARTY   JUSTICE COURT CLERK

WE DO NOT ACCEPT PERSONAL CHECKS OR DEBIT CARDS OR ATM CARDS

MADISON COUNTY JUSTICE COURT
2961 SOUTH LIBERTY
CANTON MS 39046
PHONE: (601) 859-6337

12/05/2008

TO: DOSS DOMUNIQUE R
117 COMPRESS ST
FLORA                    MS 390710000

RE: DUI

ON *12/4/08*, YOU WERE FOUND GUILTY IN ABSENTIA ON THE ABOVE
REFERENCED CHARGES.  YOUR FINE AND COSTS OF $ *542.00*
MUST BE PAID BY *12/19/08*.

YOU MAY APPEAL THIS CASE TO COUNTY COURT. YOUR APPEAL MUST
BE FILED WITH COUNTYCOURT 30 DAYS FROM _____ . YOUR
APPEAL BOND IS $_____ AND COST BOND IS $_____ .

SUSAN MCCARTY  JUSTICE COURT CLERK

WE DO NOT ACCEPT PERSONAL CHECKS OR DEBIT CARDS OR ATM CARDS

CASE RECORD OF STATE VERSUS DOSS DOMINIQUE

CASE: MS000064448   NO PROOF LIABILITY INSURANCE

COURT DATE:   12/04/2008      SET FOR:   SET FOR HEARING

DOSS DOMINIQUE
117 COMPRESS ST
FLORA                    , MS 390710000

BOND

AFFIANT/WITNESS:   MSGT JOHN M HARRIS

ATTORNEY FOR DEF:

APPEARED: ...............................      PLEA: ...............................

ORDER

DEFENDANT IS FOUND: *guilty in absence*

SENTENCE:

FINE $ ...............................      COSTS $   114.50      TOTAL $

PAYMENT SCHEDULE:   TODAYS AMOUNT $ ...............................

                    TERMS: ...............................

                    1ST PAYMENT DUE: ...............................

SO ORDERED, THIS THE ____ DAY OF ____ Dec ____, 2008

DOC. _____      PAGE _____

JUSTICE COURT JUDGE

Justice Court of Madison County
2961 S. Liberty Street
Canton, MS  39046
859-6337

To:  DOSS DOMUNIQUE
     117 COMPRESS ST
     FLORA MS 39071

IMPORTANT NOTICE

THE STATE OF MISSISSIPPI              Date:  7/09/2008

vs:                                  Cause No:  MSO 00-064448

DOSS DOMUNIQUE       NO PROOF LIABILITY INSURANCE

This is to notify you that the above styled case has been set for

SET FOR HEARING           on the  4th day of   December A. D. 2008

at  9:00 AM   Your attendance is required.

MAMIE CHINN presiding.

                              Susan McCarty, Clerk
                              Madison County Justice Court

                    By: _____


                    Cheryl J Horn, DC              DC




     ALL COURT ORDERED FINES AND COST ARE DUE ON COURT DATE
   WE DO NOT ACCEPT PERSONAL CHECKS OR DEBIT CARDS OR ATM CARDS

Justice Court of Madison County
2961 S. Liberty Street
Canton, MS  39046
859-6337

To:  DOSS DOMUNIQUE R
     117 COMPRESS ST
     FLORA MS 39071

IMPORTANT NOTICE

THE STATE OF MISSISSIPPI          Date:  7/09/2008

vs:                               Cause No:  MSO 00-008536

DOSS DOMUNIQUE R     DUI

This is to notify you that the above styled case has been set for

SET FOR HEARING          on the  4th day of  December A. D. 2008

at  9:00 AM.   Your attendance is required.

MAMIE CHINN presiding.

                              Susan McCarty, Clerk
                              Madison County Justice Court

                    By:  _____


                    Cheryl J Horn, DC                    DC


ALL COURT ORDERED FINES AND COST ARE DUE ON COURT DATE
WE DO NOT ACCEPT PERSONAL CHECKS OR DEBIT CARDS OR ATM CARDS

Justice Court of Madison County
2961 S. Liberty Street
Canton, MS  39046
859-6337

To:  DEPUTY CHRIS MCDONALD
     2941 S LIBERTY
     CANTON MS 39046

IMPORTANT NOTICE

THE STATE OF MISSISSIPPI          Date:  7/09/2008

vs:                               Cause No:  MSO 00-008536

DOSS DOMUNIQUE R     DUI

This is to notify you that the above styled case has been set for

SET FOR HEARING          on the  4th day of  December A. D. 2008

at  9:00 AM.   Your attendance is required.

MAMIE CHINN presiding.

                              Susan McCarty, Clerk
                              Madison County Justice Court

                    By: _____


                    Cheryl J Horn, DC              DC



       ALL COURT ORDERED FINES AND COST ARE DUE ON COURT DATE
    WE DO NOT ACCEPT PERSONAL CHECKS OR DEBIT CARDS OR ATM CARDS

Justice Court of Madison County
2961 S. Liberty Street
Canton, MS  39046
859-6337

To: MSGT JOHN M HARRIS
2941 S LIBERTY
CANTON MS 39046

IMPORTANT NOTICE

THE STATE OF MISSISSIPPI            Date:  7/09/2008

vs:                                 Cause No: MSO 00-064448

DOSS DOMUNIQUE        NO PROOF LIABILITY INSURANCE

This is to notify you that the above styled case has been set for
SET FOR HEARING            on the  4th day of  December A. D. 2008
at  9:00 AM.   Your attendance is required.
MAMIE CHINN presiding.

Susan McCarty, Clerk
Madison County Justice Court

By: _____


Cheryl J Horn, DC                    DC


ALL COURT ORDERED FINES AND COST ARE DUE ON COURT DATE
WE DO NOT ACCEPT PERSONAL CHECKS OR DEBIT CARDS OR ATM CARDS

Justice Court of Madison County
2961 S. Liberty Street
Canton, MS  39046
859-6337

To:  DOSS DOMUNIQUE R
     117 COMPRESS ST
     FLORA MS 39071

IMPORTANT NOTICE

THE STATE OF MISSISSIPPI            Date:   5/07/2008

vs:                                 Cause No:  MSO 00-008536

DOSS DOMUNIQUE R     DUI

This is to notify you that the above styled case has been set for
INITIAL APPEARANCE        on the  8th day of      July A. D. 2008
at  1:00 PM   Your attendance is required.
MAMIE CHINN presiding.

                              Susan McCarty, Clerk
                              Madison County Justice Court

                    By:  _____

                    Cheryl J Horn, DC              DC

ALL COURT ORDER FINES AND COST ARE DUE ON COURT DATE
NO PERSONAL CHECKS, DEBIT OR ATM CARDS ACCEPTED

Justice Court of Madison County
2961 S. Liberty Street
Canton, MS  39046
859-6337

To:  DOSS DOMUNIQUE
     117 COMPRESS ST
     FLORA MS 39071

IMPORTANT NOTICE

THE STATE OF MISSISSIPPI              Date:  5/07/2008

vs:                                  Cause No:  MSO 00-064448

DOSS DOMUNIQUE       NO PROOF LIABILITY INSURANCE

This is to notify you that the above styled case has been set for
INITIAL APPEARANCE       on the  8th day of      July A. D. 2008
at  1:00 PM.   Your attendance is required.
MAMIE CHINN presiding.

                         Susan McCarty, Clerk
                         Madison County Justice Court

               By:  _____


                         Cheryl J Horn, DC              DC


ALL COURT ORDER FINES AND COST ARE DUE ON COURT DATE
NO PERSONAL CHECKS, DEBIT OR ATM CARDS ACCEPTED

Justice Court of Madison County
2961 S. Liberty Street
Canton, MS  39046
859-6337

To: DOSS DOMUNIQUE R
    117 COMPRESS ST
    FLORA MS 39071

IMPORTANT NOTICE

THE STATE OF MISSISSIPPI              Date:   4/29/2008

vs:                                  Cause No: MSO 00-008536

DOSS DOMUNIQUE R      DUI

This is to notify you that the above styled case has been set for
INITIAL APPEARANCE        on the  8th day of      June A. D. 2008
at  1:00 PM.   Your attendance is required.
MAMIE CHINN presiding.

                              Susan McCarty, Clerk
                              Madison County Justice Court

                         By: _____

                         Cheryl J Horn, DC              DC

ALL COURT ORDER FINES AND COST ARE DUE ON COURT DATE
NO PERSONAL CHECKS, DEBIT OR ATM CARDS ACCEPTED

Goise, Onaroa L.

Judge: _____

Case No.(s): _____

Arraignment Date: _____

Bond: _____

Defendant: _____

Address: _____

SS # _____  SL # _____

Phone # _____

Employer: _____

Phone # of Employer: _____

Supervisor: _____  Verified: _____

Charges: _____

Affiant: _____  Date Subpoenaed: _____

Other Witnesses:

_____

_____

_____

_____

_____

_____

_____

Bonding Companies: _____  App. Date: _____

_____  Hearing Date: _____

_____  Continued to_____for_____

_____  Continued to_____for_____

_____  Continued to_____for_____

Attorney: _____

Notes: _____

**EXHIBIT**

tabbles

NN

## STATE OF MISSISSIPPI - UNIFORM TRAFFIC TICKET

IN THE COURT DESIGNATED BELOW, THE AFFIANT HEREIN, BEING DULY SWORN, UPON
OATH DOES DEPOSE AND SAY: AT THE FOLLOWING LOCATION, TIME AND DATE:

| MISSISSIPPI HIGHWAY SAFETY PATROL COUNTY | Madison | AGENCY CODE 96 75 | (RIGHT DIGIT TICKET NUMBER) 91125911 |
|---|---|---|---|

JUDICIAL DISTRICT ☐ 1 ☐ 2

| LOCATION OF VIOLATION | I-55 N | AT/NEAR A & B | HWY 51 |
|---|---|---|---|

| DAY Thu | DATE 6/25/09 | TIME 2315 ☐ AM ☒ PM | ACCIDENT ☐ YES ☐ NO | DISTRICT | PRECINCT C |
|---|---|---|---|---|---|

| DEFENDANT (FIRST NAME, | MIDDLE NAME, | LAST NAME) |
|---|---|---|
| Andrew | L | Guse |

ADDRESS 2876 Mary Dale St.

| CITY Jackn | STATE MS | ZIP CODE 39212 |
|---|---|---|

| DRIVER'S LICENSE NUMBER 700307241 | CLASS Rm | STATE MS | SEX M | RACE B | DATE OF BIRTH |
|---|---|---|---|---|---|

| VEHICLE LICENSE NUMBER MCM-556 | STATE MS | YEAR 10 | MAKE Nissan | MODEL Gy | TYPE Pk |
|---|---|---|---|---|---|

THAT THE ABOVE NAMED DEFENDANT, WHILE OPERATING THE AFOREMENTIONED
MOTOR VEHICLE, DID WILLFULLY AND UNLAWFULLY COMMIT THE OFFENSE OF:

(CHECK ONLY ONE OFFENSE EACH TICKET)

| Speed | Zone |
|---|---|
|  |  |

- ☐ F02 Child Restraint Violation
- ☐ F04 Seatbelt Violation
- ☐ B51 No Drivers License (Expired)
- ☐ B55 No Motor Vehicle Inspection (Expired)
- ☐ B53 Expired Tag/No Tag
- ☐ B26 Driving While License Suspended Under Implied Consent Law)
- ☐ M84 Reckless Driving
- ☐ M81 Careless Driving
- ☐ N50 Improper Turn
- ☒ B36 No Proof Of Liability Ins.

- ☐ S92 Speeding
- ☐ M14 Disregard For Traffic Device
- ☐ N70 Driving Wrong Side Road
- ☐ B26 Driving While License Suspended
- ☐ M34 Following Too Closely
- ☐ M70 Improper Passing
- ☐ N01 Failure To Yield Right Of Way

☐ Other Violation - [Code Section _____ ]

Explanation: _____

☐ Check Only If Driver License Is Deposited In Lieu Of Bond Or Other Security.

☐ Violation Pursuant To Commercial Driver's License Law
☐ Required Placard Under Hazardous Materials Transportation Act.

AGAINST THE PEACE AND DIGNITY OF THE STATE OF MISSISSIPPI.

AFFIANT / OFFICER'S SIGNATURE _____ UNIT / BADGE # 528

SWORN TO BEFORE ME THIS THE 14th DAY OF August (YEAR) 2009

CLERK Stacy Davis DC

YOU ARE HEREBY NOTIFIED TO APPEAR BEFORE OR CONTACT THE JUSTICE (MUNICIPAL) COURT CLERK ON OR

BEFORE THE 20th DAY OF July (YEAR) 09 AT _____ AM/PM AT _____

ADDRESS: _____

_____ TELEPHONE NUMBER _____

(This copy must be filed with the Court or Court Clerk)

ORIGINAL/AFFIDAVIT     CASE _____  PAGE _____  DOCKET _____

10-98

Harris Network

Judge:
Case No. (s):
Arraignment Date:
Bond:

Defendant:
Address:
SS#                                              SL#
Phone #:
Employer:
Phone # of Employer:
Supervisor:                                      Verified:

Charges:

Affiant:                                         Date Subpoenaed:

Other Witnesses:

Bonding Companies:                    App. Date:
                                      Hearing Date:
                                      Continued   to_____for_____
                                      Continued   to_____for_____
                                      Continued   to_____for_____

Attorney:

Notes:

EXHIBIT

OO

IN THE JUSTICE COURT OF MADISON COUNTY, MISSISSIPPI

STATE OF MISSISSIPPI

VERSUS

Kenneth Derrell Harris

THIS DAY THE ABOVE DEFENDANT APPEARING BEFORE THE MADISON

COUNTY JUSTICE COURT FOR BOND SETTING, AND THE COURT HAVING
CONSIDERED ALL DOCUMENTATION PRESENTED FINDS AS FOLLOWS:

_____ DEFENDANT'S BOND REMAINS THE SAME

_____ BOND CANNOT BE SET AT THIS TIME AS JUSTICE COURT HAS
NO CHARGES FILED AGAINST DEFENDANT, AND IS UNABLE
TO OBTAIN ANY INFORMATION REGARDING DEFENDANT'S
ARREST AND/OR THE COURT OF JURISDICTION.

_____ DEFENDANT'S BOND IS CHANGED AS FOLLOWS:

_____ $_____

_____ $_____

_____ $_____

_____ $_____

_____ $_____

SO ORDERED, THIS THE 6 DAY OF November, 2012

_____
JUSTICE COURT JUDGE

## STATE OF MISSISSIPPI – UNIFORM TRAFFIC TICKET

Judicial District: ☐ 1 ☐ 2

**MADISON COUNTY**   Agency Code **0046**   N⁰ 097909

IN THE COURT DESIGNATED BELOW, THE AFFIANT HEREIN, BEING DULY SWORN, UPON OATH DOES DEPOSE AND SAY: AT THE FOLLOWING LOCATION, TIME AND DATE:

Location of Violation: Ranch'o   At/Near: Holmes   Hwy

Day: Sun   Date: 25-12   Time: 1:30 ☐ AM ☑ PM   Accident: ☐ yes ☑ no   District   Precinct

Defendant: (First Name) Kenneth  (Middle Name)  (Last Name) Harris

License Address: 216 Sharon Rd

City: Canton   State: MS   Zip Code: 3902

Driver's License Number: 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   Class: R   State: MS   Sex: M   Race: B   Date of Birth:

Vehicle License Number   State: MS   Year: 12   Make: Dodge   Model: 4D   Type: M&R

Defendant's Current Address:

Defendant's Current Telephone Number:

That the above named defendant, while operating the aforementioned motor vehicle, did willfully and unlawfully commit the offense of:

(Check Only One Offense Each Ticket)   SPEED   ZONE

☐ S92 Speeding
☐ M14 Disregard For Traffic Device
☐ N70 Driving Wrong Side Road
☑ B26 Driving While License Suspended
☐ M34 Following Too Closely
☐ M70 Improper Passing
☐ N01 Failure To Yield Right Of Way
☐ M84 Reckless Driving
☐ M81 Careless Driving
☐ Explanation: _____

☐ F02 Child Restraint Violation
☐ F04 Seatbelt Violation
☐ B51 No Drivers License (Expired)
☐ B55 No Motor Vehicle Inspection (Expired)
☐ B53 Expired Tag/No Tag
☐ B26 Driving While License Suspended (Under Implied Consent Law)
☐ N50 Improper Turn
☐ D36 No Proof of Liability Ins.
☐ Other Violation (_____)

☐ Check Only If Driver License Is Deposited In Lieu Of Bond Or Other Security.
☐ Violation Pursuant To Commercial Driver's License Law.
☐ Required Placard Under Hazardous Material Transportation Act.

Against the peace and dignity of the State of Mississippi.

Affiant / Officer's Signature _____   Unit 7 Badge# ____

Sworn to before me this the ___ day of February, 20 12

Clerk _____ DC

You are hereby notified to appear before the court (Justice/Municipal) to answer the charge on the ___ day of Mar, 20 12 At ___ AM/PM at:

Court's Physical Address: 2961 SOUTH LIBERTY ST. CANTON, MS 39046

Court's Mailing Address: 2961 SOUTH LIBERTY ST. CANTON, MS 39046

Court's Telephone Number: 601-859-6337   www.madisoncotfx.com

NOTE: CONTACT THE COURT TO CONFIRM THE COURT DATE
SEE REVERSE SIDE FOR ADDITIONAL INFORMATION

ORIGINAL/AFFIDAVIT Case ___ Page ___ Docket ___   7-09

LAWRENCE-GREENWOOD 00600

Judge:

Case No. (s):

Arraignment Date:

Bond:

Defendant:

Address:

SS #: ___ SL #:

Phone #:

Employer:

Phone # of Employer:

Supervisor: ___ Verified:

Charges: ~~dismissed~~ 1/10/13 DUI'S No Ins.

Affiant: Jamie Knight   Date Subpoenaed:

Other Witnesses:

Bonding Companies: ___ App. Date:

Hearing Date: Jan. 10, 2013 9am

Continued to March, 2013 9am for

Continued to ___ for

Continued to ___ for

Attorney:

Notes: Jan 10, 2013 Dus only

## STATE OF MISSISSIPPI – UNIFORM TRAFFIC TICKET

No. 103031

Judicial District ☒1 ☐2

**MADISON COUNTY**   Agency Code 0045

IN THE COURT DESIGNATED BELOW, THE AFFIANT HEREIN, BEING DULY SWORN, UPON OATH DOES DEPOSE AND SAY, AT THE FOLLOWING LOCATION, TIME AND DATE:

Location of Violation: Hwy 51 / Union St

| Day | Date | Year | Time ☐AM ☒PM | Accident ☐yes ☒no | District | Precinct |
|-----|------|------|------|------|------|------|
| Mon | 11/5/12 | | 0938 | | | |

Defendant: (First Name) Kenneth   (Middle Name) D   (Last Name) Harris

License Address: 314 Sharon Rd

| City | State | Zip Code |
|------|-------|----------|
| Canton | MS | 39046 |

Driver's License Number: 801 30 3113

| Class | State | Sex | Race | Date of Birth |
|-------|-------|-----|------|---------------|
| R | MS | M | B | |

Vehicle License Number: MDA 755   State MS   Year 13   Make Chevrolet   Model Cruze   Type R

Defendant's Current Address: _____

Defendant's Current Telephone Number: _____

That the above named defendant, while operating the aforementioned motor vehicle, did willfully and unlawfully commit the offense of:

(Check Only One Offense Each Ticket)

SPEED _____   ZONE _____

- ☐ S92 Speeding
- ☐ M14 Disregard For Traffic Device
- ☐ N70 Driving Wrong Side Road
- ☐ E26 Driving While License Suspended
- ☐ M34 Following Too Closely
- ☐ M70 Improper Passing
- ☐ N61 Failure To Yield Right Of Way
- ☐ M84 Reckless Driving
- ☐ M81 Careless Driving
- ☐ Explanation: _____
- ☐ F02 Child Restraint Violation
- ☐ F04 Seatbelt Violation
- ☐ B51 No Drivers License (Expired)
- ☐ B55 No Motor Vehicle Inspection (Expired)
- ☐ E55 Expired Tag/No Tag
- ☐ E26 Driving While License Suspended (Under Implied Consent Law)
- ☐ N50 Improper Turn
- ☐ D36 No Proof of Liability Ins.
- ☐ Other Violation: _____
- ☐ Check Only If Driver License Is Deposited In Lieu Of Bond Or Other Security.
- ☐ Violation Pursuant To Commercial Driver's License Law.
- ☐ Required Placard Under Hazardous Materials Transportation Act.

Against the peace and dignity of the State of Mississippi.

Affiant / Officer's Signature _____   Unit / Badge # 33

Sworn to before me this the ____ day of December, 20 12

Clerk: Jovetta Goskins N.

You are hereby notified to appear before the court (Justice/Municipal) to answer the charge on the 28th day of December, 20 12 At _____ AM/PM At:

Court's Physical Address: **2961 SOUTH LIBERTY ST, CANTON, MS 39046**

Court's Mailing Address: **2961 SOUTH LIBERTY ST, CANTON, MS 39046**

Court's Telephone Number: **601-859-6337**   www.madisoncotfix.com

NOTE: CONTACT THE COURT TO CONFIRM THE COURT DATE
SEE REVERSE SIDE FOR ADDITIONAL INFORMATION

ORIGINAL/AFFIDAVIT   Case _____   Page _____   Docket _____   7-09

---

## STATE OF MISSISSIPPI – UNIFORM TRAFFIC TICKET

No. 103032

Judicial District ☒1 ☐2

**MADISON COUNTY**   Agency Code 0045

IN THE COURT DESIGNATED BELOW, THE AFFIANT HEREIN, BEING DULY SWORN, UPON OATH DOES DEPOSE AND SAY, AT THE FOLLOWING LOCATION, TIME AND DATE:

Location of Violation: Hwy 51 / Union St

| Day | Date | Year | Time ☐AM ☒PM | Accident ☐yes ☒no | District | Precinct |
|-----|------|------|------|------|------|------|
| Mon | 11/5/12 | | 0938 | | | |

Defendant: (First Name) Kenneth   (Middle Name) D   (Last Name) Harris

License Address: 314 Sharon Rd

| City | State | Zip Code |
|------|-------|----------|
| Canton | MS | 39046 |

Driver's License Number: 801 30 3113

| Class | State | Sex | Race | Date of Birth |
|-------|-------|-----|------|---------------|
| R | MS | M | B | |

Vehicle License Number: MDA 755   State MS   Year 13   Make Chevrolet   Model Cruze   Type R

Defendant's Current Address: _____

Defendant's Current Telephone Number: _____

That the above named defendant, while operating the aforementioned motor vehicle, did willfully and unlawfully commit the offense of:

(Check Only One Offense Each Ticket)

SPEED _____   ZONE _____

- ☐ S92 Speeding
- ☐ M14 Disregard For Traffic Device
- ☐ N70 Driving Wrong Side Road
- ☐ E26 Driving While License Suspended
- ☐ M34 Following Too Closely
- ☐ M70 Improper Passing
- ☐ N61 Failure To Yield Right Of Way
- ☐ M84 Reckless Driving
- ☐ M81 Careless Driving
- ☐ Explanation: _____
- ☐ F02 Child Restraint Violation
- ☐ F04 Seatbelt Violation
- ☐ B51 No Drivers License (Expired)
- ☐ B55 No Motor Vehicle Inspection (Expired)
- ☐ E55 Expired Tag/No Tag
- ☐ E26 Driving While License Suspended (Under Implied Consent Law)
- ☒ N50 Improper Turn
- ☐ D36 No Proof of Liability Ins.
- ☐ Other Violation: _____
- ☐ Check Only If Driver License Is Deposited In Lieu Of Bond Or Other Security.
- ☐ Violation Pursuant To Commercial Driver's License Law.
- ☐ Required Placard Under Hazardous Materials Transportation Act.

Against the peace and dignity of the State of Mississippi.

Affiant / Officer's Signature _____   Unit / Badge # 33

Sworn to before me this the ____ day of December, 20 12

Clerk: Jovetta Goskins

You are hereby notified to appear before the court (Justice/Municipal) to answer the charge on the 28th day of December, 20 12 At _____ AM/PM At:

Court's Physical Address: **2961 SOUTH LIBERTY ST, CANTON, MS 39046**

Court's Mailing Address: **2961 SOUTH LIBERTY ST, CANTON, MS 39046**

Court's Telephone Number: **601-859-6337**   www.madisoncotfix.com

NOTE: CONTACT THE COURT TO CONFIRM THE COURT DATE
SEE REVERSE SIDE FOR ADDITIONAL INFORMATION

ORIGINAL/AFFIDAVIT   Case _____   Page _____   Docket _____   7-09

MAD~~ON COUNTY JUSTICE COURT

### CASE RECORD OF STATE VERSUS HARRIS KENNETH D

CASE: MSO00-103032   CHARGE NO PROOF LIABILITY INSURANCE

COURT DATE:   3/07/2013

HARRIS KENNETH D
216 SHARON RD
CANTON                    MS 39046-0000

AFFIANT/WITNESS:   DEPUTY JAMIE KNIGHT

ATTORNEY FOR DEF:

BOND:                                    JAIL RCPT#
APPEAL BOND:

========================================================================
========================================================================

O R D E R

DEFENDANT IS FOUND:   GUILTY PLEA

SENTENCE:
 PRESENTED PROOF AFTER THE STOP

FINE $   100.00          COSTS $   132.50     TOTAL $   (232.50)

SO ORDERED, THIS THE   7  DAY OF   March 2013

DOC. 1888      PAGE   96       BY:

                              JUSTICE COURT JUDGE

CASE: MSO00103032   VIOLATION DATE: 11/05/2012   DATE CLOSED:

30 t~ pay

# AUTOMOBILE APPLICATION

**ACCC INSURANCE COMPANY - MISSISSIPPI**
P. O. BOX 681628
HOUSTON, TX 77268-1628

PHONE: (281) 919-0150
TOLL FREE: (800) 672-2818

...plicant Name: ELLAWEASE LUCKETT
2nd Policyholder:
Phone: (601) 859-3540

Address: 216 SHARON RD
City: CANTON   State: MS   Zip: 39046-9666   Territory: 126
Coverage Effective   From: 3/6/2013   At (Time): 3:50 PM   To: 9/7/2013
Previous Carrier:

| Producer #: | 6185 |
|---|---|
| Producer Name: | ESCO'S INSURANCE AGENCY |
| Address: | 274 W PEACE ST |
| | CANTON MS 39046-4326 |
| Phone: | (601) 859-8236 |

**POLICY TERM**

6 months/17% down pay + 5 installments

Policy Number: _____   Expiration Date: _____

## DESCRIPTION OF OWNED VEHICLES

| ...r | Year | Make | Model | Body Style | Vehicle Identification Number | Sym | Vehicle Use |
|---|---|---|---|---|---|---|---|
| | 1996 | CHEVROLET | LUMINA | SEDAN 4 DR. | 2G1WL52M1T1173591 | 5 | W |

**GARAGE ADDRESS**

**MAILING ADDRESS (if different than insured Address)**
Street Address:
City/State/Zip:

**NAME and ADDRESS OF LOSS PAYEE or ADDITIONAL INTEREST**

...sidents of the household age 14 and over, including all unmarried children, wards, and foster children that are not emancipated, even if not a ...rt of the household: No coverage for Unlisted Drivers. For each show name, date of birth, sex, and marital status, even if not an operator.

| Name | Date of Birth Mo Day Yr | Sex | M/S | Class | PTS | Driver's License Number | State | Occupation | 1 Way Miles |
|---|---|---|---|---|---|---|---|---|---|
| ...AWEASE LUCKETT | | M | S | S15 | 0 | 001684081 | MS | RETIRED | 10 |
| ...NY HARRIS | | M | S | S8 | 0 | 801303143 | MS | WORKER | 15 |

| COVERAGES | | LIMITS OF LIABILITY | PREMIUM Car 1 |
|---|---|---|---|
| ...y Injury Liability | $ | 25,000 each Person | |
| | $ | 50,000 each Accident | 74 |
| ...ty Damage Liability | $ | 25,000 each Accident | 83 |
| ...al Payments   ($ Ded) | $ | each Person | |

| | | | |
|---|---|---|---|
| ...red | Bodily Injury Liability | $ | each Person |
| ...st | | $ | each Accident |
| ...ge | Property Damage Liability   ($ Ded) | $ | each Accident |
| ...ge for Damage to Your Auto... Collision) Actual Cash Value less Ded | Car 1 $ | $ | |
| ...sion) Actual Cash Value less Ded | $ | $ | |
| ...and Labor | $ | $ | |
| ...eimbursement   ($ per day) (each disablement) | $ | $ | |

| | Sub-Total by Auto | 157 | 0 | 0 |
|---|---|---|---|---|
| | Policy Fee | 10 | | |
| | TOTAL | 167 | | |

If Physical Damage Coverage is desired or required, complete n VEHICLE INSPECTION FORM for each vehicle. The form(s) must be signed by both the applicant and his/ her agent. No Physical Damage Coverage shall be afforded without a completed VEHICLE INSPECTION FORM attached to this application.

| Discounts | Car 1 |
|---|---|
| | |

| Surcharges | |
|---|---|
| | |

...ires SR22 Filing? ☐ Yes ☒ No   Check if any operator of the automobile has ever had: ☐ Epilepsy ☐ Stroke ☐ Diabetes ☐ Loss of Eye ☐ Cerebral Palsy ☐ Loss of limb unless compensated for by vehicle modification

Statement of all accidents and traffic violations during the past 36 months for all drivers:

| Name of Driver | Type of Accident/Type of Violation | Date | At fault (Yes or No) |
|---|---|---|---|
| | | | |

...cant been advised that failure to disclose all accidents and violations will...

Justice Court of Madison County
2961 S. Liberty Street
Canton, MS  39046
859-6337

To: HARRIS KENNETH D
    216 SHARON RD
    CANTON MS 39046

IMPORTANT NOTICE

THE STATE OF MISSISSIPPI          Date:  1/14/2013

vs:                               Cause No: MSO 00-103032

HARRIS KENNETH D

RE: NO PROOF LIABILITY INSURANCE

This is to notify you that the above styled case has been set for
TO PRESENT PROOF DOC      on the  7th day of      March A. D. 2013
at  9:00 AM.  Your attendance is required.
MAMIE CHINN presiding.

                                  Susan McCarty, Clerk
                                  Madison County Justice Court

                        By: _____

                                  Cheryl J Horn, DC          DC

                        CC: BRING INSURANCE CARD AS SOON
                            AS YOU GET IT.

     ALL COURT ORDERED FINES AND COST ARE DUE ON COURT DATE
    WE DO NOT ACCEPT PERSONAL CHECKS OR DEBIT CARDS OR ATM CARDS

MADISON COUNTY JUSTICE COURT

CASE RECORD OF STATE VERSUS HARRIS KENNETH D

CASE: MSO00-103031   CHARGE DRIVING W/SUSPEND LIC

COURT DATE:   1/10/2013

HARRIS KENNETH D
216 SHARON RD
CANTON              MS 39046-0000

AFFIANT/WITNESS:  DEPUTY JAMIE KNIGHT

ATTORNEY FOR DEF:

BOND:                        JAIL RCPT#
APPEAL BOND:

================================================================
================================================================

O R D E R

DEFENDANT IS FOUND:  <u>CASE DISMISSED</u>

SENTENCE:
 PRESENTED PROOF OF BEING REINSTATED


SO ORDERED, THIS THE ___10___ DAY OF _____ 2013

DOC. 1888        PAGE   91        BY: _____
                                  JUSTICE COURT JUDGE

CASE: MSO00103031   VIOLATION DATE: 11/05/2012   DATE CLOSED:  1/10/2013

MISSISSIPPI

Department of Public Safety
Date:   12/14/12
Office: JACHQ-MVR      Mach ID: POS-45583
Cashier:503299
Batch:  69949          Tran #: 105
=======================================

Reinstatement Fee
Receipt #: 02992398

DL/ID #:   801303113
           HARRIS           KENNETH

        Payment Total:           $25.00

=======================================
    Transaction Total:           $25.00
       Cash Tendered :           $40.00
       Change Tendered :       ($15.00)

        www.dps.state.ms.us
    You may renew your license up to
    6 months prior to expiration.
    Thank you for your payment.

Justice Court of Madison County
2961 S. Liberty Street
Canton, MS  39046
859-6337


To: DEPUTY JAMIE KNIGHT
    2941 S LIBERTY
    CANTON MS 39046


IMPORTANT NOTICE

THE STATE OF MISSISSIPPI            Date: 12/28/2012

vs:                                 Cause No: MSO 00-103031

HARRIS KENNETH D

RE: DRIVING W/SUSPEND LIC


This is to notify you that the above styled case has been set for

SET FOR HEARING            on the 10th day of   January A. D. 2013

at  9:00 AM.  Your attendance is required.

MAMIE CHINN presiding.

                          Susan McCarty, Clerk
                          Madison County Justice Court


                   By: _____


                      Cheryl J Horn,DC            DC


ALL COURT ORDERED FINES AND COST ARE DUE ON COURT DATE
WE DO NOT ACCEPT PERSONAL CHECKS OR DEBIT CARDS OR ATM CARDS

Justice Court of Madison County
2961 S. Liberty Street
Canton, MS  39046
859-6337


To: DEPUTY JAMIE KNIGHT
    2941 S LIBERTY
    CANTON MS 39046


IMPORTANT NOTICE


THE STATE OF MISSISSIPPI          Date: 12/28/2012

vs:                               Cause No: MSO 00-103031

HARRIS KENNETH D

RE: DRIVING W/SUSPEND LIC


This is to notify you that the above styled case has been set for

SET FOR HEARING            on the 10th day of    January A. D. 2013

at  9:00 AM.  Your attendance is required.

MAMIE CHINN presiding.


                              Susan McCarty, Clerk
                              Madison County Justice Court


                    By: _____



                    Cheryl J Horn,DC                DC



**ALL COURT ORDERED FINES AND COST ARE DUE ON COURT DATE**
**WE DO NOT ACCEPT PERSONAL CHECKS OR DEBIT CARDS OR ATM CARDS**

Justice Court of Madison County
2961 S. Liberty Street
Canton, MS  39046
859-6337

To: HARRIS KENNETH D
216 SHARON RD
CANTON MS 39046

IMPORTANT NOTICE

THE STATE OF MISSISSIPPI                 Date: 12/28/2012

vs:                                      Cause No: MSO 00-103031

HARRIS KENNETH D

RE: DRIVING W/SUSPEND LIC

This is to notify you that the above styled case has been set for

SET FOR HEARING             on the 10th day of    January A. D. 2013

at  9:00 AM.  Your attendance is required.

MAMIE CHINN presiding.

Susan McCarty, Clerk
Madison County Justice Court

By: _____

Cheryl J Horn,DC                      DC

ALL COURT ORDERED FINES AND COST ARE DUE ON COURT DATE
WE DO NOT ACCEPT PERSONAL CHECKS OR DEBIT CARDS OR ATM CARDS

Justice Court of Madison County
2961 S. Liberty Street
Canton, MS  39046
859-6337

TO: DEPUTY JAMIE KNIGHT
    2941 S LIBERTY
    CANTON MS 39046

IMPORTANT NOTICE

THE STATE OF MISSISSIPPI          Date: 12/28/2012

VS:                               Cause No: MSO 00-103032

HARRIS KENNETH D

RE: NO PROOF LIABILITY INSURANCE

This is to notify you that the above styled case has been set for
SET FOR HEARING          on the 10th day of   January A. D. 2013
at  9:00 AM.  Your attendance is required.
MAMIE CHINN presiding.

                              Susan McCarty, Clerk
                              Madison County Justice Court


                    By: _____


                    Cheryl J Horn,DC              DC


ALL COURT ORDERED FINES AND COST ARE DUE ON COURT DATE
WE DO NOT ACCEPT PERSONAL CHECKS OR DEBIT CARDS OR ATM CARDS

Justice Court of Madison County
2961 S. Liberty Street
Canton, MS  39046
859-6337

To: HARRIS KENNETH D
    216 SHARON RD
    CANTON MS 39046

IMPORTANT NOTICE

THE STATE OF MISSISSIPPI              Date: 12/28/2012

vs:                                   Cause No: MSO 00-103032

HARRIS KENNETH D

RE: NO PROOF LIABILITY INSURANCE

This is to notify you that the above styled case has been set for

SET FOR HEARING          on the 10th day of   January A. D. 2013

at  9:00 AM.  Your attendance is required.

MAMIE CHINN presiding.

                              Susan McCarty, Clerk
                              Madison County Justice Court

                    By: _____


                    Cheryl J Horn,DC              DC


ALL COURT ORDERED FINES AND COST ARE DUE ON COURT DATE
WE DO NOT ACCEPT PERSONAL CHECKS OR DEBIT CARDS OR ATM CARDS

```
Defendant   MSO . . . 103032 . . .          Affiant   . . .
HARRIS KENNETH D
216 SHARON RD
CANTON         MS 39046-0000
           LFM 12/20/2012-12:56 ERJ                              Appeal
  Tk 11/05/2012      Af.              JCJ    1         Date
  Tr 12/28/2012      Wa.              Con             Bond
  Dr  1/30/2013      Sv.              Docket          Cash
  Cl.                Rt.              Page
Comm                                          A/C  1000  Fine     500.00
Disp AWAITING ACTION      Bond                          Fee/A     112.50
Desc NO PROOF LIABILITY INSURANCE                       Suspd
  DLN 801303113            St MS Tag MDB959   Exp 13 MS  Paid
Speed      Zn     Badge S033 Hwy UNION ST     BAC       Adjus
  Sex M Rc B DOB .    Mak CHEV Mod     Ty PC Cl  Spec   Bal      612.50
Def Atty          Case Filed 12/20/2012 12:56:39 ERJ
  . . . Date  Rcpt Comments . . . . . . . . . .  . . . Paid by  . . . . .  Amount
    12/28/2012
    ──         DEF STOP IN TODAY TO REQUEST FOR A COURT DATE ADDRESS IS
    12/28/2012
    ──         CORRECT WANT TO SHOW PROOF ABOUT INS PLACED IN CLERK BOX
                                                              Bottom

F1 = Action . . . . F3 = PayList . . . . . F7 = Exit . . . . F9 = Sentence . . . . F11 = Hist
```

12/28/12   *Cheryl*

*Set for Court*

*he Want both of his Ticket*

*Set for Court*

*Thanks*
*Sharon*

```
Defendant   MSO ... 103031            Affiant
HARRIS KENNETH D
216 SHARON RD
CANTON              MS 39046-0000                              Appeal
                 LFM 12/20/2012-12:56 ERJ
   Tk 11/05/2012   Af              JCJ      1          Date
   Tr 12/28/2012   Wa              Con                 Bond
   Dr  1/30/2013   Sv              Docket              Cash
   Cl               Rt             Page
Comm                                          A/C  1000  Fine   226.50
Disp AWAITING ACTION      Bond                          Fee/A  112.50
Desc DRIVING W/SUSPEND LIC                              Suspd
   DLN 801303113         St MS Tag MDB959  Exp 13 MS   Paid
Speed       Zn       Badge S033 Hwy UNION ST   BAC     Adjus
   Sex M Rc B DOB          Mak CHEV Mod    Ty PC Cl  Spec   Bal   339.00
Def Atty           Case Filed 12/20/2012 12:56:13 ERJ
   Date  Rcpt Comments                         Paid by           Amount
   12/28/2012     DEF STOP IN TODAY TO REQUEST FOR A COURT DATE TO SHOW
   12/28/2012     PROOF OF VALID DL SET FOR COURT AND MAIL TO DEF PLACED IN
                                                              More...

F1 = Action ... F3 = PayList .... F7 = Exit ... F9 = Sentence .... F11 = Hist
```

Harris Kennen Center

Judge: _____
Case No.(s): _____
Arraignment Date: _____
Bond: _____

Defendant: _____
Address: _____
SS #: _____   SL #: _____
Phone #: _____
Employer: _____
Phone # of Employer: _____
Supervisor: _____   Verified: _____

Charges: _____
_____

Affiant: _____   Date Subpoenaed: _____
_____
_____

Other Witnesses:
_____
_____
_____
_____

Bonding Companies: _____   App. Date _____
_____   Hearing Date: _____
Continued   to: _____   for _____
Continued   to: _____   for _____
Continued   to: _____   for _____

Attorney: _____
_____

Notes: _____
_____
_____

# STATE OF MISSISSIPPI – UNIFORM TRAFFIC TICKET

| | Judicial District: ☐ 1 ☐ 2 | |
|---|---|---|
| **MADISON COUNTY** | Agency Code 0045 | № 112457 |

IN THE COURT DESIGNATED BELOW, THE AFFIANT HEREIN, BEING DULY SWORN, UPON OATH DOES DEPOSE AND SAY: AT THE FOLLOWING LOCATION, TIME AND DATE:

| Location of Violation | At/Near | Hwy |
|---|---|---|
| Rankin Rd. | Sharon Rd. | |

| Day | Date | Time | Accident | District | Precinct |
|---|---|---|---|---|---|
| SUN | 3/23/14 | 1322 ☐ AM ☑ PM | ☐ yes ☑ no | | |

| Defendant: (First Name, | Middle Name, | Last Name) |
|---|---|---|
| Kenneth | Derrell | Harris |

License Address
216 SHaron Rd.

| City | State | Zip Code |
|---|---|---|
| Canton | MS | 39046 |

| Driver's License Number | Class | State | Sex | Race | Date of Birth |
|---|---|---|---|---|---|
| 801 30 3113 | R | MS | M | B | |

| Vehicle License Number | State | Year | Make | Model | Type |
|---|---|---|---|---|---|
| MCH 534 | MS | 8/14 | Chevy | malibu | 4-D |

Defendant's Current Address: _____

Defendant's Current Telephone Number: _____

That the above named defendant, while operating the aforementioned motor vehicle, did willfully and unlawfully commit the offense of:
(Check Only One Offense Each Ticket)                    SPEED          ZONE

| | |
|---|---|
| ☐ S92 Speeding | ☐ F02 Child Restraint Violation |
| ☐ M14 Disregard For Traffic Device | ☐ F04 Seatbelt Violation |
| ☐ N70 Driving Wrong Side Road | ☐ B51 No Drivers License (Expired) |
| ☐ B26 Driving While License Suspended | ☐ B55 No Motor Vehicle Inspection (Expired) |
| ☐ M38 Following Too Closely | ☐ B53 Expired Tag/No Tag |
| ☐ M70 Improper Passing | ☐ B26 Driving While License Suspended |
| ☐ N01 Failure To Yield Right Of Way | (Under Implied Consent Law) |
| ☐ M84 Reckless Driving | ☐ N50 Improper Turn |
| ☐ M81 Careless Driving | ☑ D36 No Proof of Liability Ins. |
| ☐ Explanation: _____ | ☐ Other Violation (_____) |

☐ Check Only If Driver License Is Deposited In Lieu Of Bond Or Other Security.
☐ Violation Pursuant To Commercial Driver's License Law.
☐ Required Placard Under Hazardous Materials Transportation Act.

Against the peace and dignity of the State of Mississippi

| Affiant / Officer's Signature | Unit / Badge # 16 |
|---|---|
| Sworn to before me this the _____ day of _____, 20 ____ | |
| Clerk | |

You are hereby notified to appear before the court (Justice/Municipal) to answer the charge on the **24** day of **April**, 20 **14** At _____ AM/PM at:

Court's Physical Address: **2961 SOUTH LIBERTY ST. CANTON, MS 39046**

Court's Mailing Address: **2961 SOUTH LIBERTY ST. CANTON, MS 39046**

Court's Telephone Number: **601-859-6337**          www.madisoncotix.com

NOTE: CONTACT THE COURT TO CONFIRM THE COURT DATE
SEE REVERSE SIDE FOR ADDITIONAL INFORMATION

ORIGINAL/AFFIDAVIT Case _____ Page _____ Docket _____

7-09

LAWRENCE-GREENWOOD 00600

Judge: _____

Case No.(s): _____

Arraignment Date: _____

Bond: _____

Defendant: _____

Address: _____

SS # _____ SL # _____

Phone # _____

Employer: _____

Phone # of Employer: _____

Supervisor: _____ Verified: _____

Charges: _____
_____

Affiant: _____ Date Subpoenaed: _____
_____
_____

Other Witnesses:
_____
_____
_____
_____
_____
_____

Bonding Companies: _____ App. Date: _____
_____ Hearing Date: _____
_____ Continued to_____ for_____
_____ Continued to_____ for_____
Continued to_____ for_____

Attorney: _____
_____

Notes: _____
_____
_____

## Ticket No. 119017

**STATE OF MISSISSIPPI – UNIFORM TRAFFIC TICKET**

**MADISON COUNTY**

Judicial District: ☐ 1 ☐ 2
Agency Code: 0045

No. 119017

IN THE COURT DESIGNATED BELOW, THE AFFIANT HEREIN, BEING DULY SWORN, UPON OATH DOES DEPOSE AND SAY: AT THE FOLLOWING LOCATION, TIME AND DATE

| Location of Violation | | | | |
|---|---|---|---|---|

| Day | Date | Time 2041 | ☐ AM ☒ PM | Accident ☐ yes ☒ no | District | Precinct | Hwy |
|---|---|---|---|---|---|---|---|
| Fri | 4-14-15 | | | | | | |

Defendant (First Name) Kenneth  Middle Name Derrell  Last Name Harris

License Address: 212 Pine Grove Rd

| City | State | Zip Code |
|---|---|---|
| Canton | MS | 3904L |

Defendant's Current Address:
Defendant's Current Telephone Number:

That the above named defendant, while operating the aforementioned motor vehicle, did willfully and unlawfully commit the offense of:
(Check Only One Offense Each Ticket)

Driver's License Number: 801303113

| Vehicle License Number | State | Year | Make | Class | State | Sex | Race | Date of Birth |
|---|---|---|---|---|---|---|---|---|
| MCH 534 | MS | 15 | Chevy | B | M | B | | 3904L |

Model Malibu  Type PC

☐ S92 Speeding           SPEED        ZONE
☐ M14 Disregard For Traffic Device
☐ F94 Seatbelt Violation
☐ N70 Driving Wrong Side Road
☐ B51 No Drivers License (Expired)
☐ B26 Driving While License Suspended
☐ B55 No Motor Vehicle Inspection (Expired)
☐ M34 Following Too Closely
☐ B53 Expired Tag/No Tag
☐ B26 Driving While License Suspended
☐ M70 Improper Passing
☐ N01 Failure To Yield Right Of Way    (Under Implied Consent Law)
☐ N30 Improper Turn
☐ M84 Reckless Driving
☒ D56 No Proof of Liability Ins.
☐ M81 Careless Driving
☐ Explanation:
☐ Other Violation

☐ Check Only If Driver License Is Deposited In Lieu Of Bond Or Other Security.
☐ Violation Pursuant To Commercial Driver's License Law.
☐ Required Placard Under Hazardous Materials Transportation Act.

Against the peace and dignity of the State of Mississippi.

Affiant / Officer's Signature _____   Unit / Badge # 2028

Sworn to before me this the ____ day of _____, 20___ AM/PM at:

Clerk _____

Court's Telephone Number: 601-859-6837
Court's Physical Address: 2961 SOUTH LIBERTY ST., CANTON, MS 39046
Court's Mailing Address: 2961 SOUTH LIBERTY ST., CANTON, MS 39046
www.madisoncotix.com

You are hereby notified to appear before the court (Justice/Municipal) to answer the charge on the ___ day of ____ 20___ AM.

NOTE: CONTACT COURT TO CONFIRM THE COURT DATE
SEE REVERSE SIDE FOR ADDITIONAL INFORMATION

ORIGINAL/AFFIDAVIT Case _____ Page _____ Docket _____

---

## Ticket No. 119015

**STATE OF MISSISSIPPI – UNIFORM TRAFFIC TICKET**

**MADISON COUNTY**

Judicial District: ☐ 1 ☐ 2
Agency Code: 0045

No. 119015

IN THE COURT DESIGNATED BELOW, THE AFFIANT HEREIN, BEING DULY SWORN, UPON OATH DOES DEPOSE AND SAY: AT THE FOLLOWING LOCATION, TIME AND DATE

| Location of Violation | | | | |
|---|---|---|---|---|

| Day | Date | Time 2041 | ☐ AM ☒ PM | Accident ☐ yes ☒ no | District | Precinct | Hwy |
|---|---|---|---|---|---|---|---|
| Fri | 4-14-15 | | | | | | |

Defendant (First Name) Kenneth  Middle Name Derrell  Last Name Harris

License Address: 212 Pine Grove Rd

| City | State | Zip Code |
|---|---|---|
| Canton | MS | 3904L |

Defendant's Current Address:
Defendant's Current Telephone Number:

That the above named defendant, while operating the aforementioned motor vehicle, did willfully and unlawfully commit the offense of:
(Check Only One Offense Each Ticket)

Driver's License Number: 801303113

| Vehicle License Number | State | Year | Make | Class | State | Sex | Race | Date of Birth |
|---|---|---|---|---|---|---|---|---|
| MCH 534 | MS | 15 | Chevy | B | M | B | | 3904L |

Model Malibu  Type PC

☐ S92 Speeding           SPEED        ZONE
☐ M14 Disregard For Traffic Device
☐ F94 Seatbelt Violation
☐ N70 Driving Wrong Side Road
☐ B51 No Drivers License (Expired)
☐ B26 Driving While License Suspended
☐ B55 No Motor Vehicle Inspection (Expired)
☐ M34 Following Too Closely
☐ B53 Expired Tag/No Tag
☐ B26 Driving While License Suspended
☐ M70 Improper Passing
☐ N01 Failure To Yield Right Of Way    (Under Implied Consent Law)
☐ N30 Improper Turn
☐ M84 Reckless Driving
☒ M81 Careless Driving
☐ Explanation: Broken Tail Light
☐ Other Violation

☐ Check Only If Driver License Is Deposited In Lieu Of Bond Or Other Security.
☐ Violation Pursuant To Commercial Driver's License Law.
☐ Required Placard Under Hazardous Materials Transportation Act.

Against the peace and dignity of the State of Mississippi.

Affiant / Officer's Signature _____   Unit / Badge # 2028

Sworn to before me this the ____ day of _____, 20___ AM/PM at:

Clerk _____

Court's Telephone Number: 601-859-6837
Court's Physical Address: 2961 SOUTH LIBERTY ST., CANTON, MS 39046
Court's Mailing Address: 2961 SOUTH LIBERTY ST., CANTON, MS 39046
www.madisoncotix.com

You are hereby notified to appear before the court (Justice/Municipal) to answer the charge on the ___ day of ____ 20___ AM.

NOTE: CONTACT COURT TO CONFIRM THE COURT DATE
SEE REVERSE SIDE FOR ADDITIONAL INFORMATION

ORIGINAL/AFFIDAVIT Case _____ Page _____ Docket _____