Hollins Lester Jr

Defendant: _Hollins Lester Jr_
Address: _____
SS#: _____   St #: _____
Phone #: _____
Employer: _____
Phone # of Employer: _____
Supervisor: _____   Verified: _____

Charges: _DUI 1st, No D.L., No Ins_

Affiant: _Brad Sullivan_   Date Subpoenaed: _____

Other Witnesses: _____

Bonding Companies: _____   App. Date _04/28/15 @ 1:00 p.m_
_____   Hearing Date _08/27/15 @ 1:00 p.m_
Continued ___ to ___ for ___
Continued ___ to ___ for ___
Continued ___ to ___ for ___

Attorney: _____

Notes: _____

**EXHIBIT**
_"PP"_

MADISON COUNTY JUSTICE COURT

CASE RECORD OF STATE VERSUS HOLLINS LESTER E JR

CASE: MSO00-120608   CHARGE IMPROPER/NO DRIVER LIC

COURT DATE:   8/27/2015

HOLLINS LESTER E JR


AFFIANT/WITNESS:   SULLIVAN BRAD DEPUTY

ATTORNEY FOR DEF:

BOND:                              JAIL RCPT#
APPEAL BOND:


=========================================================================
=========================================================================

O R D E R

DEFENDANT IS FOUND:   <u>NOLLE PROSEQUI</u>

SENTENCE:
MOTION BY STATE TO NOLLE PROSEQUI


SO ORDERED, THIS THE 2 7 H DAY OF _August_, 201 5.

DOC. 4628        PAGE  180        BY: _____
                                       JUSTICE COURT JUDGE

CASE: MSO00120608   VIOLATION DATE: 3/11/2015  DATE CLOSED: 8/27/2015

MADISON COUNTY JUSTICE COURT

CASE RECORD OF STATE VERSUS HOLLINS LESTER E

CASE: MSO00-13799   CHARGE DUI

COURT DATE:   8/27/2015

HOLLINS LESTER E


AFFIANT/WITNESS:   SULLIVAN BRAD DEPUTY

ATTORNEY FOR DEF:   Defendant waived rights to attorney

BOND:  1,950.00  ESCO                    JAIL RCPT#
APPEAL BOND:


==============================================================================
==============================================================================

O R D E R

DEFENDANT IS FOUND:  <u>GUILTY PLEA</u>

SENTENCE:
  48HRS SUSPENDED.ORDERED TO ATTEND MASEP. NO DRIVING WHILE LICENSES ARE
  UNDER SUSPENSION




FINE $  <u>300.00</u>          COSTS $   315.50    TOTAL $      615.50

SO ORDERED, THIS THE <u>27/7</u> DAY OF <u>August</u> , <u>2015</u>

DOC. 4628      PAGE  178      BY:   _____
                                    JUSTICE COURT JUDGE

CASE: MSO00013799   VIOLATION DATE: 3/11/2015  DATE CLOSED:

MADISON COUNTY JUSTICE COURT

CASE RECORD OF STATE VERSUS HOLLINS LESTER E JR

CASE: MSO00-120609   CHARGE NO PROOF LIABILITY INSURANCE

COURT DATE:   8/27/2015

HOLLINS LESTER E JR


AFFIANT/WITNESS:   SULLIVAN BRAD DEPUTY

ATTORNEY FOR DEF:

BOND:                                    JAIL RCPT#
APPEAL BOND:


=================================================================================
=================================================================================

O R D E R

DEFENDANT IS FOUND:   <u>GUILTY PLEA</u>

SENTENCE:
 DEF PROVIDED PROOF OF INSURANCE AFTER THE STOP




FINE $ __100.00__          COSTS $   132.50    TOTAL $      232.50

SO ORDERED, THIS THE _27th_ DAY OF _August_, _2015_

DOC. 4628      PAGE   179      BY: _____
                                    JUSTICE COURT JUDGE

CASE: MSO00120609   VIOLATION DATE: 3/11/2015   DATE CLOSED:



IN THE JUSTICE COURT OF MADISON COUNTY, MISSISSIPPI

STATE OF MISSISSIPPI
VERSUS                                    CAUSE NO. MS000013799
HOLLINS LESTER E

WAIVER OF RIGHTS AND ENTRY OF GUILTY PLEA

I, the undersigned defendant, desire to plead guilty to the charge(s) of DUI

I understand that by pleading guilty to these charges I will be found guilty and sentenced by the Court.  The sentence may include a fine, restitution, court costs and/or imprisonment in jail.

I further understand that by entering this plea I am giving up certain rights.

I am giving up the right to a trial, to confront and cross-examine witnesses against me and to call and/or subpoena witnesses against me.

I am giving up the right to have a lawyer; I understand that if i cannot afford a lawyer, one may be appointed to represent me.

I am giving up the right to have the State prove the charges against me beyond a reasonable doubt.

I am giving up the right to a jury trial.

I further understand that if I am convicted of another crime, my guilty plea in this case could cause me to get a more severe penalty for that later crime.

I am giving up my right to object to the form and/or content of any testimony and evidence the State may introduce against me at a trial.

I understand that, if there was a trial, I would be allowed to testify, but I would not have to. If I didn't testify it could not be used against me.

I hereby certify under oath that there have been no threats or promises made to me in order to get me to enter this plea.

I further certify under oath that I have read and understand all the of the above and that I desire to waive my rights and enter a plea of guilty.

                                        _Lester Hollins_

SWORN to and subscribed before me this, the 27th day of Aug _____

                                        _____
                                        JUSTICE COURT JUDGE/CLERK

The Court finds that the defendant knowingly and intelligently and not under duress, waived his rights and entered a plea of guilty.

                                        BRUCE MCKINLEY
                                        JUSTICE COURT JUDGE

# IMPORTANT - IDENTIFICATION CARDS
## STATE FARM®

FOLD TOP AND BOTTOM OF    ON PERFORATION    FOLE    AND BOTTOM OF CARD ON PERFORATION

### MISSISSIPPI
### INSURANCE CARD

INSURED   HOLLINS, LESTER         MUTL
                                VOL
POLICY NUMBER   250 0782-C12-24     EFFECTIVE
YR  2011   MAKE  CHEVROLET     MAR 12 2015 TO   SEP 12 2015
MODEL   MALIBU     VIN  1G1ZC5EUXBF100896
AGENT    KEN JONES                 1338-AA0
PHONE    (601)853-9600      NAIC   25178

A    BODILY INJURY/PROPERTY DAMAGE LIABILITY
D    500 DEDUCT COMPREHENSIVE
G    500 DEDUCT COLLISION
H, R1

SEE REVERSE SIDE FOR ADDITIONAL COVERAGE INFORMATION

### MISSISSIPPI
### INSURANCE CARD

INSURED   HOLLINS, LESTER         MUTL
                                 VOL
POLICY NUMBER   250 0782-C12-24     EFFECTIVE
YR  2011   MAKE  CHEVROLET     MAR 12 2015 TO   SEP 12 2015
MODEL   MALIBU     VIN  1G1ZC5EUXBF100896
AGENT    KEN JONES                 1338-AA0
PHONE    (601)853-9600      NAIC   25178

A    BODILY INJURY/PROPERTY DAMAGE LIABILITY
D    500 DEDUCT COMPREHENSIVE
G    500 DEDUCT COLLISION
H, R1

SEE REVERSE SIDE FOR ADDITIONAL COVERAGE INFORMATION

KEEP A CARD IN YOUR CAR
THIS CARD IS INVALID IF THE POLICY FOR WHICH IT WAS ISSUED LAPSES OR IS TERMINATED.
**KEEP YOUR CURRENT CARD UNTIL THE EFFECTIVE DATE OF THIS CARD.**

M     53965-
        AI App

00310/02218

Justice Court of Madison County
2961 S. Liberty Street
Canton, MS  39046
859-6337

To: HOLLINS LESTER E
    110 PINE KNOLL DR 143
    RIDGELAND MS 39157

IMPORTANT NOTICE

THE STATE OF MISSISSIPPI          Date:  4/29/2015

vs:                               Cause No: MSO 00-013799

HOLLINS LESTER E

RE: DUI

This is to notify you that the above styled case has been set for

SET FOR HEARING          on the 27th day of     August A. D. 2015

at  1:00 PM.  Your attendance is required.

BRUCE MCKINLEY presiding.

Susan McCarty, Clerk
Madison County Justice Court

By: _____

Shelia Taylor, DC          DC

ALL COURT ORDERED FINES AND COST ARE DUE ON COURT DATE
WE DO NOT ACCEPT PERSONAL CHECKS OR DEBIT CARDS OR ATM CARDS

Justice Court of Madison County
2961 S. Liberty Street
Canton, MS  39046
859-6337

To: DEPUTY BRAD SULLIVAN
    2941 S LIBERTY
    CANTON MW 39046

IMPORTANT NOTICE

THE STATE OF MISSISSIPPI          Date:  4/29/2015

vs:                               Cause No: MSO 00-013799

HOLLINS LESTER E

RE: DUI

This is to notify you that the above styled case has been set for

SET FOR HEARING          on the 27th day of      August A. D. 2015

at  1:00 PM.  Your attendance is required.

BRUCE MCKINLEY presiding.

                          Susan McCarty, Clerk
                          Madison County Justice Court

                 By:  _____

                      Shelia Taylor, DC          DC

    ALL COURT ORDERED FINES AND COST ARE DUE ON COURT DATE
    WE DO NOT ACCEPT PERSONAL CHECKS OR DEBIT CARDS OR ATM CARDS

Justice Court of Madison County
2961 S. Liberty Street
Canton, MS  39046
859-6337

To: HOLLINS LESTER E JR
    110 PINE KNOLL DR APT 143
    RIDGELAND MS 39157

IMPORTANT NOTICE

THE STATE OF MISSISSIPPI          Date:  4/29/2015

vs:                               Cause No: MSO 00-120608

HOLLINS LESTER E JR

RE: IMPROPER/NO DRIVER LIC

This is to notify you that the above styled case has been set for

SET FOR HEARING          on the 27th day of     August A. D. 2015

at  1:00 PM.  Your attendance is required.

BRUCE MCKINLEY presiding.

                              Susan McCarty, Clerk
                              Madison County Justice Court

                    By:  _____

                         Shelia Taylor, DC          DC

ALL COURT ORDERED FINES AND COST ARE DUE ON COURT DATE
WE DO NOT ACCEPT PERSONAL CHECKS OR DEBIT CARDS OR ATM CARDS

Justice Court of Madison County
2961 S. Liberty Street
Canton, MS  39046
859-6337

To: DEPUTY BRAD SULLIVAN
    2941 S LIBERTY
    CANTON MW 39046

IMPORTANT NOTICE

THE STATE OF MISSISSIPPI          Date:  4/29/2015

vs:                               Cause No: MSO 00-120608

HOLLINS LESTER E JR

RE: IMPROPER/NO DRIVER LIC

This is to notify you that the above styled case has been set for

SET FOR HEARING        on the 27th day of     August A. D. 2015

at  1:00 PM.  Your attendance is required.

BRUCE MCKINLEY presiding.

                        Susan McCarty, Clerk
                        Madison County Justice Court

            By:  _____

                 Shelia Taylor, DC          DC

ALL COURT ORDERED FINES AND COST ARE DUE ON COURT DATE
WE DO NOT ACCEPT PERSONAL CHECKS OR DEBIT CARDS OR ATM CARDS

Justice Court of Madison County
2961 S. Liberty Street
Canton, MS 39046
859-6337

To: HOLLINS LESTER E JR
110 PINE KNOLL DR APT 143
RIDGELAND MS 39157

IMPORTANT NOTICE

THE STATE OF MISSISSIPPI          Date: 4/29/2015

vs:                               Cause No: MSO 00-120609

HOLLINS LESTER E JR

RE: NO PROOF LIABILITY INSURANCE

This is to notify you that the above styled case has been set for

SET FOR HEARING          on the 27th day of    August A. D. 2015

at 1:00 PM.  Your attendance is required.

BRUCE MCKINLEY presiding.

Susan McCarty, Clerk
Madison County Justice Court

By: _____

Shelia Taylor, DC          DC

ALL COURT ORDERED FINES AND COST ARE DUE ON COURT DATE
WE DO NOT ACCEPT PERSONAL CHECKS OR DEBIT CARDS OR ATM CARDS

Justice Court of Madison County
2961 S. Liberty Street
Canton, MS  39046
859-6337

To: DEPUTY BRAD SULLIVAN
2941 S LIBERTY
CANTON MW 39046

IMPORTANT NOTICE

THE STATE OF MISSISSIPPI                Date:  4/29/2015

vs:                                     Cause No: MSO 00-120609

HOLLINS LESTER E JR

RE: NO PROOF LIABILITY INSURANCE

This is to notify you that the above styled case has been set for

SET FOR HEARING          on the 27th day of    August A. D. 2015

at  1:00 PM.  Your attendance is required.

BRUCE MCKINLEY presiding.

Susan McCarty, Clerk
Madison County Justice Court

By: _____

Shelia Taylor, DC          DC



ALL COURT ORDERED FINES AND COST ARE DUE ON COURT DATE
WE DO NOT ACCEPT PERSONAL CHECKS OR DEBIT CARDS OR ATM CARDS

Justice Court of Madison County
2961 S. Liberty Street
Canton, MS  39046
859-6337

To: HOLLINS LESTER E
110 PINE KNOLL DR 143
RIDGELAND MS 39157

IMPORTANT NOTICE

THE STATE OF MISSISSIPPI          Date:  3/19/2015

vs:                               Cause No: MSO 00-013799

HOLLINS LESTER E

RE: DUI

This is to notify you that the above styled case has been set for
INITIAL APPEARANCE        on the 28th day of      April A. D. 2015
at  1:00 PM.  Your attendance is required.

BRUCE MCKINLEY presiding.

                              Susan McCarty, Clerk
                              Madison County Justice Court

                    By: _____

                              Shelia Taylor, DC          DC

ALL COURT ORDERED FINES AND COST ARE DUE ON COURT DATE
WE DO NOT ACCEPT PERSONAL CHECKS OR DEBIT CARDS OR ATM CARDS

Justice Court of Madison County
2961 S. Liberty Street
Canton, MS  39046
859-6337

To: HOLLINS LESTER E JR
    110 PINE KNOLL DR APT 143
    RIDGELAND MS 39157

IMPORTANT NOTICE

THE STATE OF MISSISSIPPI           Date:  3/19/2015

vs:                                Cause No: MSO 00-120608

HOLLINS LESTER E JR

RE: IMPROPER/NO DRIVER LIC

This is to notify you that the above styled case has been set for

INITIAL APPEARANCE          on the 28th day of      April A. D. 2015

at  1:00 PM.  Your attendance is required.

BRUCE MCKINLEY presiding.

                            Susan McCarty, Clerk
                            Madison County Justice Court

                    By:  _____

                         Shelia Taylor, DC          DC

ALL COURT ORDERED FINES AND COST ARE DUE ON COURT DATE
WE DO NOT ACCEPT PERSONAL CHECKS OR DEBIT CARDS OR ATM CARDS

Justice Court of Madison County
2961 S. Liberty Street
Canton, MS  39046
859-6337

To: HOLLINS LESTER E JR
    110 PINE KNOLL DR APT 143
    RIDGELAND MS 39157

IMPORTANT NOTICE

THE STATE OF MISSISSIPPI          Date:  3/19/2015

vs:                               Cause No: MSO 00-120609

HOLLINS LESTER E JR

RE: NO PROOF LIABILITY INSURANCE

This is to notify you that the above styled case has been set for

INITIAL APPEARANCE        on the 28th day of      April A. D. 2015

at  1:00 PM.   Your attendance is required.

BRUCE MCKINLEY presiding.

                              Susan McCarty, Clerk
                              Madison County Justice Court

                    By:  _____

                         Shelia Taylor, DC          DC

        ALL COURT ORDERED FINES AND COST ARE DUE ON COURT DATE
      WE DO NOT ACCEPT PERSONAL CHECKS OR DEBIT CARDS OR ATM CARDS

C2

## APPEARANCE BOND

| | |
|---|---|
| Ida M. Simmons<br>License Number: 7805375<br>339 Martin Luther King Dr.<br>Canton, MS 39046<br>601-859-1500 | Amaya Clark<br>License Number: 545<br>155 Harrington Drive<br>Canton, MS 39046<br>601-624-9002 |

IN THE ___Justice___ COURT, STATE OF MISSISSIPPI

STATE OF MISSISSIPPI

VS _MS_                                    COUNTY OF ___Madison___

Know All Men By These Presents:

That we, ___Lester Hollin___ AS Principal and IDA SIMMONS, DBA ESCO'S BONDING COMPANY, a Surety (Identified by attached Power of Attorney No. _69183_ ) are held and firmly bound unto the ___Justice___. In the sum of $ _1950_ ,
(Court, City, County, or State)
for the payment whereof well and truly to be made we bind ourselves, our heirs, executors, administrators, successor and assigns, jointly and severally firmly by these presents.

Signed and sealed the _12th_ day of ___March___ A.D. 20 _15_ .

The condition of this obligation is such that if the said ___Lester Hollins___, Principal, shall appear at the next regular or special term of the ___Justice___
(Name)
Court ___Canton, MS___ to be held in and for said County to answer
(Location)
charge of ___DUI 2st, No DL, No Insurance___
and shall appear from day to day and term to term of said Court and not depart the same without leave then this obligation to be void, else to remain in full force and virtue.

Taken before and approve by me:

_____          X _Lester Hollin_ (L.S.)
                                          **ESCO'S BONDING COMPANY**

By: _____          _Amaya Esco_ (L.S.)

THIS BOND NOT VALID UNLESS ACCOMPANIED BY AN INDIVIDUALLY NUMBERED POWER OF ATTORNEY PROPERLY EXEXCUTED.

NOTE: This is an Apperance Bond and cannot be construed as a guarantee for failure to provide payment, back alimony payments, Fines, Wage Law Clams, nor can it be used as a Bond on Appeal.

BAIL ONLY
POWER AMOUNT
$5,500.00

ES 09183

# ESCO'S BONDING COMPANY

274 W. PEACE STREET • CANTON, MISSISSIPPI 39046

KNOW ALL MEN BY THESE PRESENTS: that Ida M. Simmons d/b/a Esco's Bonding Company, a professional bondsman, as licensed by the Commissioner of Insurance of Mississippi, License Number 7805375, does constitute and appoint, and by thee presents does make, constitute and appoint below named agent Its true and lawful Attorney-In-Fact for it and in its name, place and stead, to execute, seal and deliver for and on its behalf and as its act and deed, as surety, a bail bond only. Authority of such Attorney-In-Fact is limited to appearance bonds and cannot be construed to guarantee defendant's future   lawful conduct, adherence to travel limitation, fines, restitution, payments or penalties, or any other condition imposed by a court not specifically related to court appearance. This Power of Attorney is for use with Bail Bonds only. Not valid if used in connection with Federal Immigration Bonds. This power void if altered or erased, void if used with other powers of this company or in combination with powers from any other surety company, void if used to furnish bail in excess of the stated face amount of this power, and can only be used once.
The obligation of the company shall not exceed the sum of

FIVE THOUSAND FIVE HUNDRED ($5,500.00) DOLLARS

AND PROVIDED THIS Power of Attorney is filed with the bond and retained as a part of the court records.  The said Attorney-In-Fact is hereby authorized to insert in this Power of Attorney the name of the person on whose behalf this bond was given.  IN WITNESS WHEREOF, Ida M. Simmons has caused these presents to be signed by its duly authorized officer, proper for the purpose and its

seal to be hereunto affixed this _____18th_____ day of _____March_____ _____2015_____

Bond Amount $ _____1,950_____ Appearance Date _____

Defendant _____hester Hollins_____

Date of Birth _____

Court _____Justice_____ City _____Canton_____

Offense _____DOJ 254 , No DL ; No Insurance_____

Executing Agent _____Amanda Esco_____

ESCO'S BONDING COMPANY

SEAL

IDA M. SIMMONS, Professional Bondsman

MISSISSIPPI DEPARTMENT OF PUBLIC SAFETY

OPERATOR MUST READ THE FOLLOWING TO THE SUBJECT:

"Mr. (Mrs. or Ms.) HOLLINS                          you have the right to refuse
the Intoxilyzer test which is being offered to determine your breath alcohol content.
Should you elect to refuse, your driver's license and/or driving privilege to operate a
motor vehicle upon the public streets and highways of this state shall be suspended for
ninety (90) days if it is the first offense, or for one (1) year if you have been
previously convicted of a violation of Section 63-11-30, Mississippi Code of 1972."
WARNING GIVEN: Y

Time of Observation Start: 23:30   Test Date: 03/11/2015   Start Test Time: 23:54

Intoxilyzer - Alcohol Analyzer Model 8000   DPS#: 36987      SN: 80-000600
Instrument Location: MADISON SO MOBILE 2   Location Number: 219
Standard Lot #: AG429701      Standard Expiration: 10/24/2016

Sub Name:  HOLLINS,LESTER,EARL
Address: 110 PINE KNOLL DR 143
City: RIDGELAND            State: MS        Zip Code: 39157
Sub DOB:         Sub Sex: M
Driver License Number: 800678605             SSN:

Operator's Name:  SULLIVAN,BRADLEY,G

| Test | BrAC(g/210L) | Time |
|------|--------------|------|
| Air Blank | 0.000 | 23:57 |
| Diagnostics | OK | 23:57 |
| Air Blank | 0.000 | 23:57 |
| Cal Check | 0.082 | 23:58 |
| Air Blank | 0.000 | 23:58 |
| Subject Test | 0.118 | 23:59 |
| Air Blank | 0.000 | 23:59 |
| Air Blank | 0.000 | 00:00 |
| Subject Test | 0.116 | 00:01 |
| Air Blank | 0.000 | 00:01 |
| Cal Check | 0.082 | 00:02 |
| Air Blank | 0.000 | 00:02 |
| Diagnostics | OK | 00:02 |



BrAC g/210L
HOLLINS 0.11

    Calibration of instrument certified to meet acceptable standards of accuracy.  This
certificate approved by the Mississippi State Crime Laboratory pursuant to Implied Consent
Act, Sec. 63-11-19, Mississippi Code of 1972, Annotated.

OPERATOR MUST READ THE FOLLOWING TO THE SUBJECT:
"You have the right to make a telephone call for legal or medical assistance after being
booked."

Driver: Y       Accident: N      Violation: Y
Enforcement Agency: MADISON SO
County and City where violation occurred: MADISON        , RIDGELAND
Judge / Clerk: JUSTICE              MADISON JUSTICE COURT
Address: 2961 S LIBERTY ST
Committed to: MADISON

Operator's Signature:                          Citation/Ticket No: 013799
              SULLIVAN,BRADLEY,G

Approved by: Mississippi Crime Laboratory & Commissioner of Public Safety

COURT COPY                          DPS/IP-01E (02/07)

## PLEASE PRINT INFORMATION
IN THE DESIGNATED BELOW, THE AFFIANT HEREIN, BEING DULY SWORN, UPON OATH DOES DEPOSE AND SAY AT THE FOLLOWING LOCATION, TIME, & DATE

| AGENCY CODE | TICKET NUMBER |
|---|---|
| D045 | 013799 |

| LOCATION | | | | HIGHWAY/STREET |
|---|---|---|---|---|
| PINE KNOLL | | | | 2000 |

| DAY | DATE | TIME OF STOP | TIME OF TEST |
|---|---|---|---|
| WED | 03/11/2015 | 23:25 | 23:54 |

| NAME (LAST, FIRST, MIDDLE) |
|---|
| HOLLINS, LESTER, EARL |

| ADDRESS |
|---|
| 110 PINE KNOLL DR 143 |

| CITY | STATE | ZIP CODE |
|---|---|---|
| RIDGELAND | MS | 39157 |

| DRIVER LICENSE NUMBER | STATE | BIRTH DATE | SEX | RACE |
|---|---|---|---|---|
| 800678605 | MS | | M | B |

| SOCIAL SECURITY | EXPIRATION | WEIGHT |
|---|---|---|
| | 02/28/2015 | 180 |

| HEIGHT | CDL LICENSE | CLASS | RESTRICTIONS | ENDORSEMENTS |
|---|---|---|---|---|
| 6-00 | N | R | | |

| VEHICLE LICENSE NUMBER | STATE | YEAR | MAKE | MODEL | VEHICLE TYPE |
|---|---|---|---|---|---|
| MDF531 | MS | 2010 | CHEVY | MALIBU | PASSENGER |

Was driver operating a commercial vehicle that required a class A, B, or C CDL at time of arrest?
N

| MADISON JUSTICE COURT |
|---|

Was driver transporting hazardous material at time of arrest?
N

ADDRESS  2961 S LIBERTY ST

CITY  CANTON

| BrAC |
|---|
| 0.11 |

## STATE OF MISSISSIPPI – DEPARTMENT OF PUBLIC SAFETY
### Receipt for Driver License and Temporary Driving Permit
### .02 or Greater BrAC

This form is valid as a driver permit for a period of thirty (30) days from the date it was issued.  Anyone using this form thirty (30) days after issuance may be driving under suspension.  All law enforcement officers may determine if the holder is driving under suspension by contacting the nearest Mississippi Highway Safety Patrol or any Mississippi Justice Information Center terminal.

This receipt and permit is issued to individuals who have taken a breath test to determine Alcohol Content and the results indicated a Breath Alcohol Content as specified under the Implied Consent Law and Section 63-1-83, Mississippi Code 1972, Annotated.

### VIOLATOR'S SUSPENSION NOTICE

This form is valid as a driver permit for a period of thirty (30) days from date of arrest.  You have the right to request a trial within thirty (30) days to the court of original jurisdiction.  If you request a trial within thirty (30) days and such trial is not commenced within thirty (30) days, then the court shall determine if the delay in the trial is your fault or that of your counsel.  If the court finds that the delay is not your fault or that of your counsel, then the court shall issue an order to the Commissioner of Public Safety extending your driving privileges pending the outcome of your case as provided under Section 63-11-23 (2), Mississippi Code.

If you do not request a trial before the expiration of this permit, your license will be suspended. The period of suspension is for ninety (90) days if you are operating a non-commercial vehicle and could be from one (1) year to ten (10) years if operating a commercial vehicle. This suspension is in addition to any other suspension imposed upon conviction for driving under the influence.

Arresting Officer's Name:  SULLIVAN, BRADLEY, G
Signature of
Arresting Officer:                              50-23          Badge No.  SO23
Enforcement Agency:  MADISON CO.

SWORN TO AND SUBSCRIBED BEFORE ME
this the 12 day of march, 20 15
Notary Public or court Clerk
WITHIN 24 HOURS MAIL TO:
Statistical Branch
Dept. D
P.O. Box 958
Jackson, Mississippi 39205

DO NOT FOLD

IP-12E  01/04

UNIFORM TRAF.. TICKET      DRIVING UNDER TH. INFLUENCE

AGENCY CODE
**0045**    **Madison County**    No **013799**

IN THE COURT DESIGNATED BELOW, THE AFFIANT HEREIN, BEING DULY SWORN, UPON OATH DOES DEPOSE AND SAY THAT WITHIN THE COUNTY OF **MADISON** STATE OF MISSISSIPPI, AT THE FOLLOWING LOCATION, TIME AND DATE:    JUDICIAL DISTRICT ☑ 1  ☐ 2

| | | | | |
|---|---|---|---|---|
| HWY / ST Pine Knoll | | | | DISTRICT 1 |
| DAY Wed | DATE 3-11-15 | TIME OF STOP 11:15 | A.M. ☑ P.M. ☐ | ACCIDENT? ☐ YES ☑ NO |

NAME (FIRST NAME, MIDDLE NAME, LAST NAME) Casper E. Hollins

LICENSE ADDRESS 111 Pine Knoll Dr 143

| | | | | |
|---|---|---|---|---|
| CITY Richland | STATE MS | ZIP CODE 3257 | | |
| DRIVER LICENSE NUMBER X056978605 | CLASS D | STATE MS | SEX M | RACE B | DATE OF BIRTH |
| VEHICLE LICENSE NUMBER MDF 231 | STATE MS | YEAR/VER 2010 | MAKE Chev | MODEL Imp | — pc |

DEFENDANT'S CURRENT ADDRESS

DEFENDANT'S CURRENT TELEPHONE NUMBER

☑ Offense occurred within the city limits of __Richland__ Mississippi
☐ Violation pursuant to Commercial Driver's License Law.  ☐ Required placard under Hazardous Materials Transportation Act

That the aforesaid person did, in violation of § 63-11-30(1) Mississippi Code of 1972, wilfully and unlawfully drive or otherwise operate a motor vehicle within this state:

☑ (a) Under the influence of intoxicating liquor; or
☐ (b) Under the influence of any other substance which impaired such person's ability to operate a motor vehicle; or
☐ (c) Under the influence of any drug or controlled substance, the possession of which is unlawful under the Mississippi Controlled Substances Law; or
     (d) Has an alcohol concentration in the person's blood, based upon grams of alcohol per 100ml of blood, or grams of alcohol per 200L of breath, as shown by a chemical analysis of the person's breath, blood or urine administered as authorized by this chapter; of:
☑ (i) Eight one-hundredths percent (.08%) or more for a person who is above the legal age to purchase alcoholic beverage under state law, to wit __.11__%; or
☐ (ii) Two one-hundredths percent (.02%) or more for a person who is below the legal age to purchase alcoholic beverages under state law, to wit ____%; or
☐ (iii) Four one-hundredths percent (.04%) or more for a person operating a commercial motor vehicle, to wit ____%.

After such person has been convicted of _____ one prior offense or _____ two prior offenses under § 63-11-30 (1) on the _____ day of _____, 20 _____ in the _____ court of _____ county/city of _____ State of _____ on the _____ day of _____, 20 _____ in the _____ court of _____ county/city of _____ State of _____ and the offenses having been committed within five years.

**AGAINST THE PEACE AND DIGNITY OF THE STATE OF MISSISSIPPI**

OFFICER'S SIGNATURE _____ UNIT / BADGE # 50-22
SWORN TO BEFORE ME, THIS THE __11__ DAY OF __March__ 20 __15__ at __11__ (AM/PM)
     Bourke A. (NAME and TITLE)

ARRAIGNMENT DATE BEFORE:
☐ MUNICIPAL COURT  ☑ JUSTICE COURT  ON THE __30th__ DAY OF __April__ 20 __15__ at __9__ (AM/PM)
COURT'S PHYSICAL ADDRESS __2961 SOUTH LIBERTY ST. CANTON, MS 39046__
COURT'S MAILING ADDRESS __2961 SOUTH LIBERTY ST. CANTON, MS 39046__
COURT'S TELEPHONE NUMER ( ) __601-859-6337__

| CASE # | PAGE # | DOCKET # |
|---|---|---|
| OFFENSE: FIRST ☑ | SECOND ☐ | THIRD OR SUBSEQUENT ☐ |

ORIGINAL/AFFIDAVIT · THIS COPY MUST BE FILED WITH THE COURT OR COURT CLERK

     Guilty - 8-27-15

THE DEFENDANT CHARGED HEREIN:
_____ WAIVED defendant's right to an attorney after having been advised by the trial judge of the defendant's right to an attorney, and, if the defendant could not afford an attorney that one would be appointed free of charge to represent the defendant; or _____ WAS REPRESENTED (EMPLOYED OR APPOINTED) by an attorney whose name, address and telephone number is:
Name _____ Phone ( ) _____
Address _____

SIGNATURE OF JUDGE _____ Dann Murphy

**ORIGINAL / AFFIDAVIT**      Rev. 7-14

## Ticket No. 120608

STATE OF MISSISSIPPI – UNIFORM TRAFFIC TICKET

No. 120608

MADISON COUNTY   Agency Code 0045

Judicial District

IN THE COURT DESIGNATED BELOW, THE AFFIANT HEREIN, BEING DULY SWORN, UPON OATH, DOES DEPOSE AND SAY AT THE FOLLOWING LOCATION, TIME AND DATE:

Affiant: Old Cochran

Location of Violation: Hwy

Day: Wed   Date: 3-11-15   Time: 11:15   ☐ AM ☑ PM   Accident ☐ yes ☑ no   District   Precinct

Defendant: (First Name) Lester   (Middle Name)   (Last Name) Hollins   Dr.

License Address: 110 Pinewood Dr. Apt 143

City: Jackson   State: MS   Zip Code: 39157

Driver's License Number: 806272605   State: MS   Class: 10   Sex: M   Race: B   Date of Birth

Vehicle License Number: MB15   State: MS   Year   Make: Chevy   Model   Type: PC

Defendant's Current Address:

Defendant's Current Telephone Number:

That the above named defendant, while operating the aforementioned motor vehicle, did willfully and unlawfully commit the offense of:
(Check Only One Offense Each Ticket)

| | | SPEED | ZONE |
|---|---|---|---|
| ☐ S92 Speeding | ☐ P02 Child Restraint Violation | | |
| ☐ M14 Disregard For Traffic Device | ☐ P04 Seatbelt Violation | | |
| ☐ N70 Driving Wrong Side Road | ☐ B31 No Drivers License (Expired) | | |
| ☐ B26 Driving While License Suspended | ☐ B55 No Motor Vehicle Inspection (Expired) | | |
| ☐ M34 Following Too Closely | ☐ B33 Expired Tag/No Tag | | |
| ☐ M70 Improper Passing | ☐ B26 Driving While License Suspended | | |
| ☐ N01 Failure To Yield Right Of Way | (Other Implied Consent Law) | | |
| ☐ M84 Reckless Driving | ☐ N50 Improper Turn | | |
| ☐ M81 Careless Driving | ☐ D36 No Proof of Liability Ins. | | |
| ☐ Explanation: | ☐ Other Violation ( ) | | |

☐ Check Only If Driver's License Is Deposited In Lieu Of Bond Or Other Security;
Violation Pursuant To Commercial Driver's License Law;
Retained Placed Under Hazardous Materials Transportation Act.

## Ticket No. 120609

STATE OF MISSISSIPPI – UNIFORM TRAFFIC TICKET

No. 120609

MADISON COUNTY   Agency Code 0045

Judicial District

IN THE COURT DESIGNATED BELOW, THE AFFIANT HEREIN, BEING DULY SWORN, UPON OATH, DOES DEPOSE AND SAY AT THE FOLLOWING LOCATION, TIME AND DATE:

Affiant: Old Cochran

Location of Violation: Hwy

Day: Wed   Date: 3-11-15   Time: 11:15   ☐ AM ☑ PM   Accident ☐ yes ☑ no   District   Precinct

Defendant: (First Name) Lester   (Middle Name)   (Last Name) Hollins   Dr.

License Address: 110 Pine Knoll Dr. Apt 143

City: Jackson   State: MS   Zip Code: 39157

Driver's License Number: 806272605   State: MS   Class: 10   Sex: M   Race: B   Date of Birth

Vehicle License Number: MB15   State: MS   Year   Make: Chevy   Model   Type: PC

Defendant's Current Address:

Defendant's Current Telephone Number:

That the above named defendant, while operating the aforementioned motor vehicle, did willfully and unlawfully commit the offense of:
(Check Only One Offense Each Ticket)

| | | SPEED | ZONE |
|---|---|---|---|
| ☐ S92 Speeding | ☐ P02 Child Restraint Violation | | |
| ☐ M14 Disregard For Traffic Device | ☐ P04 Seatbelt Violation | | |
| ☐ N70 Driving Wrong Side Road | ☐ B31 No Drivers License (Expired) | | |
| ☐ B26 Driving While License Suspended | ☐ B55 No Motor Vehicle Inspection (Expired) | | |
| ☐ M34 Following Too Closely | ☐ B33 Expired Tag/No Tag | | |
| ☐ M70 Improper Passing | ☐ B26 Driving While License Suspended | | |
| ☐ N01 Failure To Yield Right Of Way | (Under Implied Consent Law) | | |
| ☐ M84 Reckless Driving | ☐ N50 Improper Turn | | |
| ☐ M81 Careless Driving | ☐ D56 No Proof of Liability Ins. | | |
| ☐ Explanation: | ☐ Other Violation ( ) | | |

☐ Check Only If Driver's License Is Deposited In Lieu Of Bond Or Other Security;
Violation Pursuant To Commercial Driver's License Law;

Hollins Lester E.

Judge: 3

Case No.(s):

Arraignment Date:

Bond:

Defendant: Hollins, Lester

Address:

SS#: SL#:

Phone #:

Employer:

Phone # of Employer:

Supervisor: Verified:

Charges: Dui 1st  Other Sub

Affiant: Elliott, George   Date Subpoenaed:

Other Witnesses:

Bonding Companies: App. Date:

Hearing Date:

Continued      to          for

Continued      to          for

Continued      to          for

Attorney:

Notes:

 

# MISSISSIPPI CRIME LABORATORY

### ASCLD/LAB Accredited since 2003



---

| | |
|---|---|
| **Lab Case #: 05-005324** | Main Laboratory |
| Request: 0001 | 1700 E. Woodrow Wilson Ave. |
| Page 1 of 2 | Jackson, MS 39216 |
| Drug Screen Report | 601-987-1600 |
| **May 27, 2005** | FAX: 601-987-1615 |

---

George Elliott
MADISON COUNTY SHERIFF OFFICE
2935 Highway 51
Canton, MS 39046

SUSPECT: Lester Hollins

REFERENCE- Agency Case # 05-7406

---

## REQUEST FOR ANALYSIS

On 4/26/2005 it was requested that the Mississippi Crime Laboratory perform the following analysis:
Drug Screen - Traffic Related

## EVIDENCE

On 4/26/2005 at 10:55 AM, Toxicology Case Coordinator Laviesta Ferrell received the following
evidence from the MADISON COUNTY SHERIFF OFFICE via George Elliott:

Evidence Submission 001 — One sealed biological specimens kit labeled "Lester Hollins"
containing one specimen container of urine

## DRUG SCREEN RESULTS

| | Method | Result |
|---|---|---|
| **Submission #: 001** | | |
| Amphetamine/Methamphetamine (Urine) | Immunoassay | Negative |
| Barbiturates (Urine) | Immunoassay | Negative |
| Benzodiazepines (Urine) | Immunoassay | Negative |
| Cannabinoids (marihuana) (Urine) | Immunoassay | * See Below |
| Cocaine metabolite (Urine) | Immunoassay | Negative |
| Methadone (Urine) | Immunoassay | Negative |
| Opiates (Urine) | Immunoassay | Negative |
| Phencyclidine (Urine) | Immunoassay | Negative |
| Propoxyphene (Urine) | Immunoassay | Negative |
| Tricyclic Antidepressants (Urine) | Immunoassay | Negative |

CONTD:



<u>Laboratory Report Continued</u>

REFERENCE- MCL Case Number 05-005324                                      Page 2 of 2

\* Immunoassay Screening indicated the need for further analysis, please refer to either "Drug
Confirmation Results" or "Remarks".

## <u>DRUG CONFIRMATION RESULTS</u>
RESULTS:

| Method | Results |
|--------|---------|
| **Submission #: 001** | |
| GC/MS | Delta-9 Carboxy THC |

*Urine from container labeled "Lester Hollins"*


Case Analyst:

*Maury Phillips*

Maury Phillips
Sec. Chief - Implied Consent

CC:

iResults DA - 20th Judicial District

Technical Reviewer:

*Sam L. Howell*

Sam Howell, DFTCB
Forensic Division Coordinator



This report represents the analytical results of the examinations performed on the items of evidence in this case. It should
be noted that this report does not represent all documentary items contained in the master file. Should additional
material be required for court purposes, please contact the laboratory as soon as possible.

All samples submitted for toxicological examination will be routinely disposed of six (6) months after analyses are
completed. If you anticipate that this evidence will be needed, please contact the laboratory to arrange for its return.

MADISON COUNTY SHERIFF'S OFFICE **COPY**
NARRATIVE

| 1. CASE NO. | | | 2. Page _____ of _____ |

1. CASE NO. 05-7406

3. COMPLAINANT'S NAME (Firm's Name if A Complainant)

4. OFFENSE DISPOSITION
10 ☒ Cleared Adult Arrest   20 ☐ Cleared Exception Adt
30 ☐ Cleared Juvenile Custody   40 ☐ Cleared Exceptional Juv.   50 ☐ Closed
61 ☐ Open/Active   62 ☐ Inactive   70 ☐ Unfounded

5. Type Offense DuI 1st (other)

6. Date/Time of Report 0020 4/25/05

7. Reporting Officer No. 5026

8. Reporting Officer's Name Geo y Elliott

**NARRATIVE**

arrested: Lester E Hollins

charge: DuI 1st (marijuana)

W. County line / I 220
CP

vehicle came thru check point. Strong odor
of marijuana coming from vehicle. Subject's
eyes heavy/bloodshot. Speech slow and
slurred, movements slow and unsure. A
small partially smoked blunt found in vehicle.
Submitted to urine test.

## MISSISSIPPI DEPARTMENT OF PUBLIC SAFETY

### OPERATOR MUST READ THE FOLLOWING TO THE SUBJECT:

(Mr.) Mrs. or Ms. ) _Lester E Hollins_ you have the right to refuse the Intoxilyzer test which is being offered to determine your breath alcohol content. Should you elect to refuse, your driver's license and/or driving privilege to operate a motor vehicle upon the public streets and highways of this state shall be suspended for ninety (90) days if it is the first offense, or for one (1) year if you have been previously convicted of a violation of Section 63-11-30, Mississippi Code of 1972." WARNING TIME: _0129_

### INTOXILYZER 5000 OPERATIONAL CHECK LIST

**Time of observation Start:** _0020_ ; Subject must be under observation for twenty minutes before test is administered. **Time of Test:** _0132_ No test shall be given to any person within twenty (20) minutes after regurgitation or consumption of any substance by mouth.

1. Make sure the instrument is on.

2. Attach the mouthpiece.

3. Press the Start Test Button.

4. Insert the Test Record Card.

5. Obtain Subject Breath Sample.

6. Remove the Test Record Card.

7. Remove the Mouthpiece.

8. Complete the Operation Checklist form and enter test information into the Intoxilyzer Log Book.

I CERTIFY THIS TO BE TRUE AND CORRECT COPY
by _Mary McNeal_ D.S.
_Record Clerk_

**Subject Tested:** _Lester E. Hollins_
(PLEASE PRINT)

**Test Conducted by:** _George Elliott_

**Date:** _Mon_ / _4/25_ , 20 _05_  Time _0132_ (A.M.) ____ P.M.
(Day)     (Month)

### OPERATOR MUST READ THE FOLLOWING TO THE SUBJECT:

"You have the right to make a telephone call for legal or medical assistance after being booked."

Citation Number: _5733_     Signature: _____

Approved by: Mississippi Crime Laboratory and
Commissioner of Public Safety

DPS IP-29 (07/02)

### SOBRIETY CHECKPOINT GUIDELINES

1  LOCATION W. County Line / I 220

2  SUPERVISOR IN CHARGE George Elliott

3  NUMBER OF OFFICERS 6

4  BRIEFING OF PERSONNEL Yes

5  METHOD OF SELECTING MOTORIST all

6  REMOVAL OF VEHICLES rotation

7  NUMBER OF ARRESTS 9

8. NUMBER OF MOTORIST FIELD TESTED 11

9  ANY UNUSUAL INCIDENT OF SAFETY PROBLEMS NO

8 DUI
2 Expired tags
3 DWLS
1 poss of marijuana
1 child restraint

I CERTIFY THIS TO BE A
TRUE AND CORRECT COPY

by _Mary McNeal_ D.S.
Record Clerk

UNIFORM TRAFFIC TICKET

| AGENCY CODE | |
| --- | --- |
| 0045 | Madison County |

DRIVING UNDER THE INFLUENCE

005733

IN THE COURT DESIGNATED BELOW, THE AFFIANT HEREIN, BEING DULY SWORN, UPON OATH DOES DEPOSE AND SAY THAT WITHIN THE COUNTY OF ___MADISON___ STATE OF MISSISSIPPI, JUDICIAL DISTRICT ☒1 ☐2

AT THE FOLLOWING LOCATION, TIME AND DATE:

| DAY | DATE | TIME OF STOP | DISTRICT | ACCOUNT |
| --- | --- | --- | --- | --- |
| W. County line / IT 220 | Monday | 4/25/05 | 0028 | ☐ YES ☐ NO |

NAME (FIRST NAME, MIDDLE NAME, LAST NAME)
Estec E. Hollins

ADDRESS
5919 Skyview Dr. TH

| | STATE | ZIP CODE |
| --- | --- | --- |
| Jackson | MS | 39213 |

| DRIVER'S LICENSE # | STATE | SEX | RACE | DATE OF BIRTH |
| --- | --- | --- | --- | --- |
| 13 **████** 2 | MS | M | B | |

| | | | | | | MODEL | | VEHICLE TYPE |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | | 05 | Ford | | Taun | | PK |

☐ Offense occurred within the city limits of ___Madison___ Mississippi

☐ Violation pursuant to Commercial Driver's License Law.  ☐ Required placard under Hazardous Materials Transportation Act

That the aforesaid person did, in violation of §63-11-30(1) Mississippi Code of 1972, wilfully and unlawfully drive or otherwise operate a motor vehicle within this state:

☐ (a) Under the influence of intoxicating liquor; or
☐ (b) under the influence of any other substance which impaired such person's ability to operate a motor vehicle; or
☐ (c) ☐ Having an alcohol concentration of eight one-hundredths percent, (.08%) or more for persons who are above the legal age to purchase alcoholic beverages under state law, to wit: ___ % or
☐ Having an alcohol concentration of two one-hundredths percent (.02%) or more for persons who are below the legal age to purchase alcoholic beverages under state law, to wit: ___ % or
☐ (d) under the influence of any drug or controlled substance, the possession of which is unlawful under the Mississippi Controlled Substances Law; or
☐ (e) having an alcohol concentration of four one-hundredths percent (.04%) or more for persons operating a commercial vehicle, to wit: ___ %.

After such person has been convicted of ___ one prior offenses or ___ two prior offenses under § 63-11-30(1) on the ___ day of ___ State of ___ in the ___ court of ___ county of ___ , State of ___ , county of ___ on the ___ day of ___ , court of ___ in the ___ county of ___ , and the offenses having been commited within five years.

AGAINST THE PEACE AND DIGNITY OF THE STATE OF MISSISSIPPI

| OFFICERS SIGNATURE | UNIT / BADGE # |
| --- | --- |
| | 5026 |

SWORN TO BEFORE ME, THIS THE ___ DAY OF ___ April ___ 2005

___Amsby Jr___
(NAME AND TITLE)

ARRAIGNMENT DATE BEFORE:
☐ MUNICIPAL COURT ☐ JUSTICE COURT ON THE 27 DAY OF May 2005
ADDRESS 128 N. UNION CANTON, MS 39046   PHONE # 601-859-5337

PAGE #
DOCKET # ___

ORIGINAL/AFFIDAVIT - THIS COPY MUST BE FILED WITH THE COURT OR COURT CLERK

THE DEFENDANT CHARGED HEREIN:
☐ WAIVED defendant's right to an attorney after having been advised by the trial judge of the defendant's right to an attorney, and, if the defendant could not afford an attorney that one would be appointed free of charge to represent the defendant; or
☐ WAS REPRESENTED (EMPLOYED OR APPOINTED) by an attorney whose name, address and telephone number is:

Name: ___ Phone: ___
Address: ___

SIGNATURE OF JUDGE

ORIGINAL/AFFIDAVIT

Rev. 7-02

UNIFORM TRAFFIC TICKET

DRIVING UNDER THE INFLUENCE

AGENCY CODE
0045

Madison County

005733

IN THE COURT DESIGNATED BELOW, THE AFFIANT HEREIN, BEING DULY SWORN, UPON OATH DOES DEPOSE AND SAY THAT WITHIN THE COUNTY OF ___ MADISON ___ STATE OF MISSISSIPPI, AT THE FOLLOWING LOCATION, TIME AND DATE                         JUDICIAL DISTRICT ☐ 1  ☐ 2

| HWY/ST. | W. County Line / I 220 | DISTRICT | 01 | | |
| DAY Monday | DATE 4/25/05 | TIME OF STOP 0020 AM | ACCIDENT? ☐ YES ☑ NO |
| NAME (FIRST NAME, MIDDLE NAME, LAST NAME) Lester E. Hollins | | | |
| ADDRESS 3919 Skyview Dr. 7H | | | |
| Jackson | STATE MS | ZIP CODE 39213 | |
| DRIVER'S LICENSE NUMBER [redacted] | CLASS R | STATE MS | SEX M | RACE B | DATE OF BIRTH |
| 138-HF-7 VEHICLE LICENSE NUMBER | STATE MS | YEAR 05 | MAKE Pont | MODEL Pont | VEHICLE TYPE P/c |

☑ Offense occurred within the city limits of ___ Madison Co ___ Mississippi.
☐ Violation pursuant to Commercial Driver's License Law.     ☐ Required placard under Hazardous Materials Transportation Act

That the aforesaid person did, in violation of §63-11-30(1) Mississippi Code of 1972, wilfully and unlawfully drive or otherwise operate a motor vehicle within this state:

☐   (a)  Under the influence of intoxicating liquor; or
☐   (b)  under the influence of any other substance which impaired such person's ability to operate a motor vehicle; or
☐   (c)  (  ) Having an alcohol concentration of eight one-hundredths percent. (.08%) or more for persons who are above the legal age to purchase alcoholic beverages under state law, to wit: _____ % or
        (  ) Having an alcohol concentration of two one-hundredths percent (.02%) or more for persons who are below the legal age to purchase alcoholic beverages under state law, to wit: _____ % or
☒   (d)  under the influence of any drug or controlled substance, the possession of which is unlawful under the Mississippi Controlled Substances Law; or
☐   (e)  having an alcohol concentration of four one-hundredths percent (.04%) or more for persons operating a commercial vehicle, to wit: _____ %.

After such person has been convicted of _____ one prior offense or _____ two prior offenses under § 63-11-30 (1) on the _____ day of _____ in the _____ court of _____ county/city of _____ State of _____; on the _____ day of _____ in the _____ court of _____ county/city of _____ , State of _____ ; and the offenses having been committed within five years.

AGAINST THE PEACE AND DIGNITY OF THE STATE OF MISSISSIPPI

OFFICER'S SIGNATURE _____     UNIT / BADGE # 5026

SWORN TO BEFORE ME, THIS THE 25 DAY OF April 2005
                                          J. Milberty JP
                                          (NAME AND TITLE)

ARRAIGNMENT DATE BEFORE:
☐ MUNICIPAL COURT  ☑ JUSTICE COURT _____ ON THE 27 DAY OF May 2005
ADDRESS 175 N. UNION, CANTON, MS 39046          PHONE # 601-859-0337

348 25 guilty 5/27/05

CASE # _____     PAGE # _____
DOCKET # _____     ORIGINAL/AFFIDAVIT - THIS COPY MUST BE FILED WITH THE COURT OR COURT CLERK

THE DEFENDANT CHARGED HEREIN:
☐ _____ WAIVED defendant's right to an attorney after having been advised by the trial judge of the defendant's right to an attorney, and, if the defendant could not afford an attorney that one would be appointed free of charge to represent the defendant; or
☐ _____ WAS REPRESENTED (EMPLOYED OR APPOINTED) by an attorney whose name, address and telephone number is:
Name: _____     Phone: _____
Address: _____

SIGNATURE OF JUDGE Cindy aggard

ORIGINAL/AFFIDAVIT                               Rev. 7-02

7406          LAWRENCE-GREENWOOD  20784

MADISON COUNTY JUSTICE COURT

CASE RECORD OF STATE VERSUS HOLLINS LESTER E

COURT DATE:   9/22/2005     SET FOR:   SET FOR HEARING

DEFENDANT NAME AND ADDRESS

HOLLINS LESTER E
3419 BAYVIEW DR. TRL
JACKSON          , MS 392130000

CL/SS                          BOND     600.00   CASH AT JAIL #4625

CASE: MS0000057733   DUI CONTROLLED SUBSTANCE

AFFIANT/WITNESS:   ELLIOTT GEORGE

ATTORNEY FOR DEF:

APPEARED: *yes*                        PLEA: *Guilt*

---

O R D E R

DEFENDANT IS FOUND: *Guilt*

SENTENCE: *Guilt*

ORIGINAL ASSESSMENT CODES:

FINE $              COSTS $   251.50   TOTAL $ *600 Convert*

PAYMENT SCHEDULE:   TODAYS AMOUNT $

                    TERMS:

                    1ST PAYMENT DUE:

SO ORDERED, THIS THE *22* DAY OF *Sept* , *05*

DOC: _____   PAGE _____        *Cind Alford*
                                   JUSTICE COURT JUDGE

*48 hours jail — susp*

*MASEP*

*Dont Drive while lic susp*

COURT ORDER FOR ATTENDANCE
THE CANTON MASEP CLASS

Pursuant to Mississippi Code Section 63-11-30(2)(a), you are ordered
to attend and successfully complete the MASEP class circled below. You
must enroll in session one and attend all four sessions in sequence.
Be sure to present this court order at your first class.

TIME: 6:30 P.M. - 9:30 P.M.
      WEDNESDAY NIGHTS

NAME HOLLINS LESTER E

ADDRESS 3919 SKYVIEW DR 7H
        JACKSON           MS 392130000

PLACE: MADISON CO. WIN JOB CENTER
       152 WATFORD PARKWAY DR.
       CANTON, MS   39046

INFORMATION: 1-800-678-2594
     or (662) 325-3423 between
     8 AM - 5 PM Monday -Friday

DRIVER'S
LICENSE

DATE OF
  BIRTH                    BAC

FEE: $150 Check or money order payable
to MASEP must be paid at Session 1

| | SESSION 1 | SESSION 2 | SESSION 3 | SESSION 4 |
|---|---|---|---|---|
| 2004 Class 8 | NOV 11 | NOV 18 | DEC 02 | DEC 09 |
| 2005 Class 1 | JAN 05 | JAN 12 | JAN 19 | JAN 26 |
| 2005 Class 2 | FEB 09 | FEB 16 | FEB 23 | MAR 02 |
| 2005 Class 3 | MAR 16 | MAR 23 | MAR 30 | APR 06 |
| 2005 Class 4 | APR 20 | APR 27 | MAY 04 | MAY 11 |
| 2005 Class 5 | MAY 25 | JUN 01 | JUN 08 | JUN 15 |
| 2005 Class 6 | JUN 22 | JUN 29 | JUL 13 | JUL 20 |
| 2005 Class 7 | AUG 10 | AUG 17 | AUG 24 | AUG 31 |
| 2005 Class 8 | SEP 14 | SEP 21 | SEP 28 | OCT 05 |
| 2005 Class 9 | OCT 12 | OCT 19 | OCT 26 | NOV 02 |
| 2005 Class 10 | NOV 09 | NOV 16 | NOV 30 | DEC 07 |

MASEP RULES:
1. Do not consume any alcohol or other
   drugs prior to attending class.
2. You must be on time for each session.
3. Do not bring guests.
4. No disruptive classroom behavior
5. You must adhere to all program rules
   and policies.

YOUTH COURT CASES ONLY:
   Report MASEP status to
Mississippi Highway Patrol

____ Yes     ____ No

PLACE JUDGE'S SEAL HERE

JUDGE: CINDY E ALFORD          CPA

COURT: MADISON CO. JUSTICE COURT

DATE: 9-02-05

Justice Court of Madison County
2961 S. Liberty Street
Canton, MS  39046
859-6337

To: HOLLINS LESTER E
    3919 SKYVIEW DR 7H
    JACKSON           MS 39213-0000

IMPORTANT NOTICE

THE STATE OF MISSISSIPPI          Date:  6/29/2005

vs:                               Cause No: MSO 00-005733

HOLLINS LESTER E     DUI CONTROLLED SUBSTANCE

This is to notify you that the above styled case has been set for

SET FOR HEARING          on the 22nd day of September A. D. 2005

at  1:00 PM.  Your attendance is required.

CINDY B ALFORD presiding.

                              Susan McCarty, Clerk
                              Madison County Justice Court

                     By: _____

                     Cheryl J Horn,D.C./CRIM        DC

        OUR ADDRESS MAY HAVE CHANGED BY YOUR COURT DATE,
           PLEASE CALL 859-6337 FOR PROPER DIRECTIONS.

          ALL COURT ORDER FINES AND COST ARE DUE ON COURT DATE



To: HOLLINS LESTER E
    3419 SYSTEM DR TH
    JACKSON            MS 39213-4324

IMPORTANT NOTICE

THE STATE OF MISSISSIPPI            Date:   6 04 2009

vs:                                 Cause no: MSO 09-005799

HOLLINS LESTER E     DUI CONTROLLED SUBSTANCE

This is to notify you that the above styled case has been set for

SET FOR HEARING           on the 22nd da  of September A. D. 2009

at  1:00 PM.   Your attendance is required.

CINDY A ALFORD presiding.

                          Susan McCarty, Clerk
                          Madison County Justice Court

                    By: _____

                    Cheryl J Horn,D.C. CRIM        10

        OUR ADDRESS MAY HAVE CHANGED BY YOUR COURT DATE.
        PLEASE CALL 859-6337 FOR PROPER DIRECTIONS.

        ALL COURT ORDER FINES AND COST ARE DUE ON COURT DATE

Justice Court of Madison County
2961 S. Liberty Street
Canton, MS  39046
859-6337


To: ELLIOTT GEORGE
    2935 HWY 51
    CANTON          MS 39046-0000


IMPORTANT NOTICE

THE STATE OF MISSISSIPPI          Date:  6/29/2005

vs:                               Cause No: MSO 00-005733

HOLLINS LESTER E     DUI CONTROLLED SUBSTANCE


This is to notify you that the above styled case has been set for

SET FOR HEARING          on the 22nd day of September A. D. 2005

at  1:00 PM.  Your attendance is required.

CINDY B ALFORD presiding.


                          Susan McCarty, Clerk
                          Madison County Justice Court


                    By: _____


                    Cheryl J Horn,D.C./CRIM       DC

        OUR ADDRESS MAY HAVE CHANGED BY YOUR COURT DATE,
           PLEASE CALL 859-6337 FOR PROPER DIRECTIONS.



       ALL COURT ORDER FINES AND COST ARE DUE ON COURT DATE



Justice Court of Madison Court
2911 N. Liberty Street
Canton, MS 39046
859-6937

To: ELLIOTT GEORGE
4959 HWY #1
CANTON                    MS 39046-0000

IMPORTANT NOTICE

THE STATE OF MISSISSIPPI              Date:   6 19 2009

vs:                                   Cause No: M50 09-009732

HOLLINS LESTER E    DUI CONTROLLED SUBSTANCE

This is to notify you that the above styled case has been set for

SET FOR HEARING          on the 22rd day of September A. D. 2009

at  1:00 PM,  your attendance is required.

CINDY E ALFORD presiding.

                              Susan McCarty, Clerk
                              Madison County Justice Court

                    By: _____

                       Cheryl J Harry,D.C. TRIM        DC

     OUR ADDRESS MAY HAVE CHANGED BY YOUR COURT DATE,
        PLEASE CALL 859-6937 FOR PROPER DIRECTIONS.

     ALL COURT ORDER FINES AND COST ARE DUE ON COURT DATE

MADISON COUNTY JUSTICE COURT

CASE RECORD OF STATE VERSUS HOLLINS LESTER E

COURT DATE:    6/21/2005     SET FOR:   INITIAL APPEARANCE

DEFENDANT NAME AND ADDRESS

HOLLINS LESTER E
3919 SKYVIEW DR 7H
JACKSON           , MS 392130000

DL/SS                          BOND     600.00   CASH AT JAIL #6828

CASE: MS000005733   DUI CONTROLLED SUBSTANCE

AFFIANT/WITNESS:   ELLIOTT GEORGE

ATTORNEY FOR DEF:

APPEARED:                          PLEA:

═══════════════════════════════════════════════════════════════════
═══════════════════════════════════════════════════════════════════

O R D E R

DEFENDANT IS FOUND:

SENTENCE:

CRIMINAL ASSESSMENT CODES:

FINE $                    COSTS $   238.00    TOTAL $

PAYMENT SCHEDULE:   TODAYS AMOUNT $

                    TERMS:

                    1ST PAYMENT DUE:

SO ORDERED, THIS THE _____ DAY OF_____._____."

DOC. _____  PAGE _____
                              JUSTICE COURT JUDGE



MADISON COUNTY JUSTICE COURT

CASE RECORD OF STATE VERSUS HOLLINS LESTER E

COURT DATE:   6/21/2005      SET FOR:   INITIAL APPEARANCE

DEFENDANT NAME AND ADDRESS

HOLLINS LESTER E
3919 SKYVIEW DR 7H
JACKSON            , MS 392130000

DL/SS                         BOND      600.00   CASH AT JAIL #6828

CASE: MS000005733   DUI CONTROLLED SUBSTANCE

AFFIANT/WITNESS:   ELLIOTT GEORGE

ATTORNEY FOR DEF:

APPEARED:                         PLEA:

O R D E R

DEFENDANT IS FOUND:

SENTENCE:

CRIMINAL ASSESSMENT CODES:

FINE $                    COSTS $   238.00     TOTAL $

PAYMENT SCHEDULE:   TODAYS AMOUNT $

                    TERMS:

                    1ST PAYMENT DUE:

SO ORDERED, THIS THE _____ DAY OF _____

DOC. _____  PAGE _____        _____
                                        JUSTICE COURT JUDGE

4/25/05          MADISON CRIMINAL INFORMATION SYSTEM          BK00037622·

LESTER E. HOLLINS          ****** RECEIPT ******   NUMBER 6,828

6/21/85
3

STATE OF MISSISSIPPI

MADISON COUNTY

| COURT | **** CHARGE **** | ** COURT DATE ** BOND AMOUNT * |
|---|---|---|
| JUSTICE | DUI/FIRST OFFENSE | 0/00/00          CASH BON |

CASH BOND ........... 💲   600.00

WRITTEN BOND ........ 💲

BOND FEES ........... 💲      25.00

TOTAL ............... 💲     625.00

OFFICER: Major, E
MAJOR,EBONY

Justice Court of Madison County
175 N. Union Street
Canton, MS  39046
859-6337

To: HOLLINS LESTER E
3919 SKYVIEW DR 7H
JACKSON                    MS 39213-0000

IMPORTANT NOTICE

THE STATE OF MISSISSIPPI          Date:  4/27/2005

vs:                               Cause No: MSO 00-005733

HOLLINS LESTER E     UNDER THE INFLUENCE OF A CONTROLLED SUBSTANCE

This is to notify you that the above styled case has been set for

INITIAL APPEARANCE        on the 21st day of      June A. D. 2005

at  1:00 PM.  Your attendance is required.

CINDY B ALFORD presiding.

Susan McCarty, Clerk
Madison County Justice Court

By: _____

Shelia Taylor, DC Crime          DC

OUR ADDRESS MAY HAVE CHANGED BY YOUR COURT DATE,
PLEASE CALL 859-6337 FOR PROPER DIRECTIONS.

ALL COURT ORDER FINES AND COST ARE DUE ON COURT DATE

_Howard Antonio K._

Judge: _12_

Case No.(s): _____

Arraignment Date: _____

Bond: _____

Defendant: _Howard Antonio R._

Address: _____

SS # _____     SL # _____

Phone # _____

Employer: _____

Phone # of Employer: _____

Supervisor: _____     Verified: _____

Charges: _Poss of Marijuana_

Affiant: _Deputy Barry Chandler_     Date Subpoenaed: _____

_____     _____

_____     _____

Other Witnesses:

_____

_____

_____

_____

_____

_____

Bonding Companies: _____     App. Date: _10/14/15  9:00 A.m._

_____     Hearing Date: _03/24/16  9:00 A.m._

_____     Continued    to_____for_____

_____     Continued    to_____for_____

_____     Continued    to_____for_____

Attorney: _____

_____

Notes: _____

_____

EXHIBIT QQ

# GENERAL AFFIDAVIT

THE STATE OF MISSISSIPPI

COUNTY OF MADISON

PERSONALLY APPEARED BEFORE ME _____ Cline Wyman _____

A Justice Court Judge/Clerk of said County,

**DEPUTY BARRY CHANDLER**

2941 HWY 51 South

Canton, Ms. 39046

Makes affidavit that:

**ANTONIO R. HOWARD**

Date of Birth _____     S.S.# _____

Address    240 NORTH HICKORY STREET

City    CANTON    State MS    Zip 39046

on or about ~~MAY 6,~~ 2015 in the county aforesaid

DID WILLFULLY, UNLAWFULLY, AND KNOWINGLY POSSESS A CONTROLLED SUBSTANCE OF A DOLLAR BILL CONTAINING A GREEN LEAFY SUBSTANCE BELEIVED TO BE MARIJUANA.OFFENSE OCCURRED IN MADISON COUNTY, STATE OF MISSISSIPPI.

AGAINST THE PEACE AND DIGNITY OF THE STATE OF MISSISSIPPI.

Sworn to and subscribed before me, this 9th day of _____ July _____, 20 16.

Justice Court Judge/ Clerk

Madison County Justice Court

175 N. Union Street

Canton, Ms. 39046

MADISON COUNTY JUSTICE COURT

CASE RECORD OF STATE VERSUS HOWARD ANTOIO R

CASE: MIS00-26578   CHARGE POSS MARIJUANA

COURT DATE:   3/24/2016

HOWARD ANTOIO R


AFFIANT/WITNESS:

ATTORNEY FOR DEF:  HON. GREGORY WEBER

BOND:    450.00  PUGH BAIL                JAIL RCPT#
APPEAL BOND:


==================================================================================
==================================================================================

O R D E R

DEFENDANT IS FOUND:  GUILTY PLEA

SENTENCE:
 GUILTY IN ABSENTIA. OFFICER WAS PRESENT.




FINE $   300.00            COSTS $   208.75    TOTAL $     508.75

SO ORDERED, THIS THE 24 DAY OF March 2016.

DOC. 3095        PAGE   89        BY
                                       JUSTICE COURT JUDGE

CASE: MIS00026578   VIOLATION DATE:  7/09/2015  DATE CLOSED:

Justice Court of Madison County
2961 S. Liberty Street
Canton, MS  39046
859-6337

To: HOWARD ANTOIO R
    240 NORTH HICKORY STREET
    CANTON MS 39046

IMPORTANT NOTICE

THE STATE OF MISSISSIPPI

vs:

HOWARD ANTOIO R

RE: POSS MARIJUANA

Date: 10/19/2015

Cause No: MIS 00-026578

This is to notify you that the above styled case has been set for

SET FOR HEARING            on the 24th day of       March A. D. 2016

at  9:00 AM.   Your attendance is required.

MARSHA WEEMS STACEY presiding.

Susan McCarty, Clerk
Madison County Justice Court

By: _____

Earnestine Brown, DC            DC

ALL COURT ORDERED FINES AND COST ARE DUE ON COURT DATE
WE DO NOT ACCEPT PERSONAL CHECKS OR DEBIT CARDS OR ATM CARDS

Justice Court of Madison County
2961 S. Liberty Street
Canton, MS  39046
859-6337


To: CHANDLER BARRY DEPUTY
    2941 HWY 51 SOUTH
    CANTON MS 39046


IMPORTANT NOTICE


THE STATE OF MISSISSIPPI          Date: 10/19/2015

vs:                               Cause No: MIS 00-026578

HOWARD ANTOIO R

RE: POSS MARIJUANA


This is to notify you that the above styled case has been set for

SET FOR HEARING          on the 24th day of        March A. D. 2016

at  9:00 AM.  Your attendance is required.

MARSHA WEEMS STACEY presiding.


                              Susan McCarty, Clerk
                              Madison County Justice Court


              By: _____


                  Earnestine Brown, DC          DC


ALL COURT ORDERED FINES AND COST ARE DUE ON COURT DATE
WE DO NOT ACCEPT PERSONAL CHECKS OR DEBIT CARDS OR ATM CARDS

Justice Court of Madison County
2961 S. Liberty Street
Canton, MS  39046
859-6337


To: HOWARD ANTOIO R
    240 NORTH HICKORY STREET
    CANTON MS 39046


IMPORTANT NOTICE


THE STATE OF MISSISSIPPI          Date:  7/14/2015

vs:                               Cause No: MIS 00-026578

HOWARD ANTOIO R

RE: POSS MARIJUANA


This is to notify you that the above styled case has been set for

INITIAL APPEARANCE        on the 14th day of    October A. D. 2015

at  9:00 AM.  Your attendance is required.

MARSHA WEEMS STACEY presiding.


                              Susan McCarty, Clerk
                              Madison County Justice Court


                    By:  _____


                              Earnestine Brown, DC          DC


**ALL COURT ORDERED FINES AND COST ARE DUE ON COURT DATE**
**WE DO NOT ACCEPT PERSONAL CHECKS OR DEBIT CARDS OR ATM CARDS**

MADISON COUNTY JUSTICE COURT
2961 SOUTH LIBERTY
CANTON MS 39046
PHONE: (601) 859-6337

3/24/2016

TO: HOWARD ANTOIO R
    240 NORTH HICKORY STREET
    CANTON            MS 39046000

RE: POSS MARIJUANA

ON 3/24/16 , YOU WERE FOUND GUILTY IN ABSENTIA ON THE ABOVE
REFERENCED CHARGES. YOUR FINE AND COSTS OF $ 508.75
MUST BE PAID BY 4/25/16 .

YOU MAY APPEAL THIS CASE TO COUNTY COURT. YOUR APPEAL MUST
BE FILED WITH COUNTYCOURT 30 DAYS FROM _____ . YOUR
APPEAL BOND IS $_____ AND COST BOND IS $_____ .

SUSAN MCCARTY   JUSTICE COURT CLERK

WE DO NOT ACCEPT PERSONAL CHECKS OR DEBIT CARDS OR ATM CARDS

Special Power
**STATE OF MISSISSIPPI**

② 10/19/15

Power #: 84584
**Do not exceed $500,000.00**

License #: 9201154
**DONALD H. PUGH, SR. D.B.A**
*Pugh's Bail Bonding Company*
337 Ellisville Blvd., Laurel, MS 39440
Office: 601-649-4040
Cell: 601-319-1211
Fax: 601-649-4045

County _Madison_                    City of _Madison_

We, _Antonio R Howard_ , Principal, and **Donald H. Pugh, Sr.**

**D.B.A, Pugh's Bail Bonding Company** sureties agree to pay the **State of Mississippi**
_fourhundred fifty_ dollars.

**KNOW ALL MEMBERS BY THESE PRESENTS that I, DONALD H. PUGH, SR.,** of

**LAUREL, MISSISSIPPI PROFESSIONAL BAIL BONDSMAN,** do hereby make constitute

and appoint _Lashanda C Briggs-Hobbs_ to be my true, sufficient and lawful

attorney, for me and in my name, place and stead: To make execute and endorse and deliver bail

bonds for me and in my name in the State of Mississippi. Bond not exceeds $500,000.00 per bond

without my consent.

Lashanda Briggs-Hobbs
MS Lic # 1017291
601-664-8318

**Soliciting Agent Signature**

**Witness** our signature, this the ___9___ day of ___July___ 20 _15_ .

_Adrea Smith_
**NOTARY PUBLIC**

_Donald H Pugh Sr_
**DONALD H. PUGH, SR., SURETY**
**PROFESSIONAL BAIL BONDSMAN**

STATE OF MISSISSIPPI
NOTARY PUBLIC
ID # 93738
ADREA SMITH
Commission Expires
July 27, 2017
JONES COUNTY

Mississippi Statewide Notary Public
My Commission Expires July 27, 2017
Bonded Through Stegall Notary Service

POWER AMOUNT

450.00

**PUGH'S BAIL BONDING COMPANY**

Appearance Bond

84584

**DONALD H. PUGH, SR, Professional Bail Bonding Agent**
**337 Ellisville Blvd., Laurel, MS 39440**
**(O): 601-649-4040; (C) 601-319-1211**
**(F) 601-649-4045**

Case#: _____

Docket #: _____

**MISSISSIPPI LICENSE#: 9201154**

KNOW ALL MEN BY THESE PRESENTS THAT WHEREAS THE UNDERSIGNED PRINCIPAL,

_Antonio R. Howard_ _____ has been charged with the offense of

_Controlled Substance Violation_ _____

in the _Justice_ _____ Court, City of _Ridgeland_ , County of _Madison_

State of Mississippi, NOW THEREFORE WE UNDERTAKE JOINTLY AND SERVERALLY THAT SAID
PRINCIPAL SHALL APPEAR AS REQUIRED FROM DAY TO DAY AND TERM TO TERM UNTIL
DISCHARGED BY LAW, IN ANY COURT HAVING JURISDICTION IN THE MATTER, OR IF SHE
SHALL FAIL TO APPEAR, WE WILL PAY TO THE COURT, (IN WHICH THE OFFENSE IS ALLEDGED TO
HAVE BEEN COMMITTED). THIS IS AN APPEARANCE BOND ONLY, NOT A GUARANTEE OF FINE OR COURT COST.

*THE SUM OF* _four hundred fifty_ _____ *DOLLARS*

APPEAR IN COURT _____ A.M/P.M, _____ DAY OF _____ , 20 ____

PRINCIPAL: _____

PRINT NAME: _____

ADDRESS: _____

_____

PHONE #: _____

SS#: _____

INDEMNITOR: _____

PRINT NAME: _____

ADDRESS: _____

PHONE #: _____

SS#: _____

X _____
Lashanda Briggs-Hobbs
MS _____
601-_____
VOID IF NOT SIGNED BY AGENT

Lashanda Briggs-Hobbs
MS ___ # _____
601-664-6318

**AGENT INFORMATION**

THIS _9_ DAY OF _July_ , 20 _15_

X _Donald H. Pugh Sr._
VOID IF NOT SIGNED BY OWNER

COLLATERAL: _____

APPROVED BY: _____
**Sheriff, Deputy, Clerk, or Chief**

Jones Destiny A.

Judge: _____ / / _____

Case No.(s): _____

Arraignment Date: _____

Bond: _____

Defendant: Jones Destiny A.

Address: _____

SS # _____ SL # _____

Phone # _____

Employer: _____

Phone # of Employer: _____

Supervisor: _____ Verified: _____

Charges: Resisting Arrest, Disturbing the Peace

Affiant: Deputy Slade Moore    Date Subpoenaed: _____

_____    _____

_____    _____

Other Witnesses:

_____

_____

_____

_____

_____

_____

_____

Bonding Companies: _____    App. Date: 2/1/17 C 9am

_____    Hearing Date: March 9, 17 9 a.m.

_____    Continued to 5/4/17 for 9am

_____    Continued to _____ for _____

_____    Continued to _____ for _____

Attorney: _____ Bobo Waller _____

_____

Notes: CC-John Scott Leach

_____

_____

EXHIBIT

"RR"

## GENERAL AFFIDAVIT

*MIS 028341*

THE STATE OF MISSISSIPPI

COUNTY OF MADISON

PERSONALLY APPEARED BEFORE ME _Tommy Squires_

**A Justice Court Judge/Clerk of said County,**

<u>**DEPUTY SLADE MOORE SO-8**</u>

<u>2935 HWY 51 South</u>

<u>Canton, Ms. 39046</u>

**Makes affidavit that:**

<u>**DESTINY A JONES**</u>

| | | | |
|---|---|---|---|
| **Date of Birth** | | **S.S.#** | _____ |
| **Address** | <u>107 WAY CIR</u> | | |
| **City** | <u>CANTON</u> | **State** <u>MS</u> | **Zip** <u>39046</u> |

on or about <u>SUNDAY, NOVEMBER 27, 20</u>12 **in the county aforesaid**

<u>DID WILLFULLY AND UNLAWFULLY RESIST ARREST BY PULLING AWAY AND REFUSING TO BE HANDCUFFED BY DEPUTY SLADE MOORE WHO HAD THE RIGHT TO MAKE A LAWFUL ARREST. THIS OCCURRING ON I-55 AT 120 MM IN MADISON COUNTY MISSISSIPPI</u>

AGAINST THE PEACE AND DIGNITY OF THE STATE OF MISSISSIPPI.

Sworn to and subscribed before me, this _28_ day of _November_, 20 _16_

_Tommy Squires SO 6 D.C,_

Justice Court Judge/ Clerk

Madison County Justice Court

175 N. Union Street

Canton, Ms. 39046

# GENERAL AFFIDAVIT

MIS 028342
01

THE STATE OF MISSISSIPPI

COUNTY OF MADISON

PERSONALLY APPEARED BEFORE ME ___Tommy Squires___

A Justice Court Judge/Clerk of said County,

**DEPUTY SLADE MOORE SO-8**

**2941 HWY 51 South**

**Canton, Ms. 39046**

Makes affidavit that:

**DESTINY A JONES**

| | | | | |
|---|---|---|---|---|
| **Date of Birth** | | **S.S.#** | | |
| **Address** | 107 WAY CIR | | | |
| **City** | CANTON | **State** MS | **Zip** | 39046 |

on or about **SUNDAY, NOVEMBER 27**, 20**16** **in the county aforesaid**

**DISTURBING THE PEACE (97-35-15)**

**DID WILLFULLY AND UNLAWFULLY DISTURB THE PUBLIC PEACE BY YELLING AND BEING LOUD AND BOISTEROUS, IN THE PRESENSE OF TWO OR MORE PERSONS, LOCATED ON I-55 AT THE 120 MM CANTON, MS, BY WHICH THIS OFFENSE OCCURED WITHIN MADISON COUNTY, STATE OF MISSISSIPPI.**

AGAINST THE PEACE AND DIGNITY OF THE STATE OF MISSISSIPPI.

Sworn to and subscribed before me, this _28_ day of ___November___, 20_16_

_Tommy Leave S06 DC_

Justice Court Judge/ Clerk

Madison County Justice Court

175 N. Union Street

Canton, Ms. 39046

CASE RECORD OF STATE VERSUS JONES DESTINY A

CASE: MIS00-28342    CHARGE DISTURBING THE PEACE

COURT DATE:   5/04/2017

JONES DESTINY A


AFFIANT/WITNESS:

ATTORNEY FOR DEF:  HON. ROBERT WALLER

BOND:                            JAIL RCPT#
APPEAL BOND:


====================================================================
====================================================================

O R D E R

DEFENDANT IS FOUND:   REMANDED TO FILES

SENTENCE:
 MOTION BY STATE TO REMAND FOR 6 MONTHS UNDER THE CONDITION OF ALL FINES
 AND COSTS PAID IN FULL AND UPON GENERAL GOOD BEHAVIOR FOR 6 MONTHS.
 DEFENDANT DOES NOT NEED TO REPORT BACK AT THE END OF THE REMAND PERIOD
 UNDER THE CONDITION OF NO FURTHER CHARGES.

_____

_____

_____

_____

_____

SO ORDERED, THIS THE _4th_ DAY OF _May_ , _2017_ .

DOC. 2068        PAGE   98        BY: _Martin B. Duff_
                                      JUSTICE COURT JUDGE

CASE: MIS00028342   VIOLATION DATE: 11/27/2016   DATE CLOSED:



CASE RECORD OF STATE VERSUS JONES DESTINY A

CASE: MIS00-28341    CHARGE RESISTING ARREST

COURT DATE:   5/04/2017

JONES DESTINY A


AFFIANT/WITNESS:

ATTORNEY FOR DEF:  HON. ROBERT WALLER

BOND:                              JAIL RCPT#
APPEAL BOND:



==========================================================================
==========================================================================

O R D E R

DEFENDANT IS FOUND:   GUILTY PLEA

SENTENCE:
GUILTY PLEA, 30 DAYS IN THE MADISON COUNTY JAIL SUSPENDED UNDER THE
CONDITION OF NO FURTHER CHARGES OF THIS NATURE FOR 6 MONTHS. BALANCE TO
PAID IN FULL WITHIN 90 DAYS.


FINE $   250.00                COSTS $   183.75    TOTAL $      433.75

SO ORDERED, THIS THE  4th  DAY OF  May  , 2017.

DOC. 2068      PAGE    97      BY:  Martin B. Tuff

                                   JUSTICE COURT JUDGE

CASE: MIS00028341   VIOLATION DATE: 11/27/2016   DATE CLOSED

Justice Court of Madison County
2961 S. Liberty Street
Canton, MS  39046
859-6337


To: MOORE SLADE DEPUTY SO-8
    2935 HWY 51 SOUTH
    CANTON MS 39046


IMPORTANT NOTICE


THE STATE OF MISSISSIPPI            Date:  3/09/2017

vs:                                 Cause No: MIS 00-028342

JONES DESTINY A

RE: DISTURBING THE PEACE


This is to notify you that the above styled case has been set for

SET FOR HEARING          on the  4th day of      May A. D. 2017

at  9:00 AM.  Your attendance is required.

MARTINA GRIFFIN presiding.


                              Susan McCarty, Clerk
                              Madison County Justice Court


                    By: _____


                    STEPHANIE BURTON, DC          DC


ALL COURT ORDERED FINES AND COST ARE DUE ON COURT DATE
          WE DO NOT ACCEPT PERSONAL CHECKS

Justice Court of Madison County
2961 S. Liberty Street
Canton, MS 39046
859-6337

To: JONES DESTINY A
107 WAY CIRCLE
CANTON MS 39046

IMPORTANT NOTICE

THE STATE OF MISSISSIPPI            Date:  3/09/2017

vs:                                 Cause No: MIS 00-028342

JONES DESTINY A

RE: DISTURBING THE PEACE

This is to notify you that the above styled case has been set for
SET FOR HEARING           on the  4th day of      May A. D. 2017
at  9:00 AM.   Your attendance is required.
MARTINA GRIFFIN presiding.

                                    Susan McCarty, Clerk
                                    Madison County Justice Court

                        By: _____

                            STEPHANIE BURTON, DC        DC

ALL COURT ORDERED FINES AND COST ARE DUE ON COURT DATE
WE DO NOT ACCEPT PERSONAL CHECKS

Justice Court of Madison County
2961 S. Liberty Street
Canton, MS  39046
859-6337


To: MOORE SLADE DEPUTY SO-8
    2935 HWY 51 SOUTH
    CANTON MS 39046


IMPORTANT NOTICE

THE STATE OF MISSISSIPPI          Date:  3/06/2017

vs:                               Cause No: MIS 00-028341

JONES DESTINY A

RE: RESISTING ARREST


This is to notify you that the above styled case has been set for

SET FOR HEARING          on the 4th day of          May A. D. 2017

at  9:00 AM.   Your attendance is required.

MARTINA GRIFFIN presiding.


                              Susan McCarty, Clerk
                              Madison County Justice Court


                              By: ............................................................

                              STEPHANIE BURTON, DC              DC


ALL COURT ORDERED FINES AND COST ARE DUE ON COURT DATE
WE DO NOT ACCEPT PERSONAL CHECKS

Justice Court of Madison County
2961 S. Liberty Street
Canton, MS  39046
859-6337


To: JONES DESTINY A
102 WAY CIRCLE
CANTON MS 39046


IMPORTANT NOTICE

THE STATE OF MISSISSIPPI              Date:  3/06/2017

vs:                                   Cause No: MIS 00-028341

JONES DESTINY A

RE: RESISTING ARREST


This is to notify you that the above styled case has been set for

SET FOR HEARING              on the 4th day of        May A. D. 2017

at  9:00 AM.  Your attendance is required.

MARTINA GRIFFIN presiding.


                                    Susan McCarty, Clerk
                                    Madison County Justice Court


                          By: ...................................................................


                          STEPHANIE BURTON, DC                DC


ALL COURT ORDERED FINES AND COST ARE DUE ON COURT DATE
WE DO NOT ACCEPT PERSONAL CHECKS

DATE: _3/06/2017_

TO: JUDGE MARTINA GRIFFIN_____

RE: STATE OF MISSISSIPPI

      VERSUS

   JONES DESTINY A_____

AFFIANT/DEFENDANT/ATTORNEY HAS CALLED REQUESTING A CONTINUANCE
IN THIS CASE FOR THE FOLLOWING REASON:

PER CHIEF WILLIAMS OF MADISON COUNTY S.O., THIS OFFICER_____
WILL BE IN TRAINING, THURSDAY, MARCH 9TH._____
REQUESTING CONTINUANCE ON ALL CASES_____
_____
_____

_____ CONTINUANCE WILL BE GRANTED

_____ CONTINUANCE WILL NOT BE GRANTED

THIS THE 6th DAY OF March , 2017

MARTINA GRIFFIN

Susan McCarty JCC_____
DEPUTY CLERK



**Susan McCarty**

|          |                               |
|----------|-------------------------------|
| .n:      | Jeremy Williams               |
| sent:    | Monday, March 06, 2017 12:52 PM |
| To:      | Susan McCarty                 |
| subject: | Thursday court                |

Midnight shift has some training scheduled on Thursday that is going to conflict with court. I am a week behind letting you know. But if possible to get a continuance for Slade Moore, Donovan Gerlach, and James Hall on Thursday that would help us out. Rylon Thompson is the only other midnight guy scheduled on Thursday, but his cases are at 1 p.m. so he should be fine to make the afternoon court.

Thanks,

Jeremy Williams
Chief Deputy

Madison County Sheriff's Department
2941 Hwy 51 Canton, MS  39046
Office Phone: 601-855-0715
    :: 601-855-0779



This Email is covered by the Electronic Communications Privacy Act, 18 U.S.C. §§ 2510-2521 and is legally privileged. The information contained in this Email is intended only for use of the individual or entity named above. If the reader of this message is not the intended recipient, or the employee or agent responsible to deliver it to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited by the Madison County Sheriff's Department. If you have received this communication in error, please immediately notify our office by telephone at 601-855-0715, and destroy the original message.



Justice Court of Madison County
2961 S. Liberty Street
Canton, MS  39046
859-6337


To: JONES DESTINY A
    107 WAY CIRCLE
    CANTON MS 39046


IMPORTANT NOTICE


THE STATE OF MISSISSIPPI          Date:  2/02/2017

vs:                               Cause No: MIS 00-028341

JONES DESTINY A

RE: RESISTING ARREST


This is to notify you that the above styled case has been set for

SET FOR HEARING          on the  9th day of      March A. D. 2017

at  9:00 AM.   Your attendance is required.

MARTINA GRIFFIN presiding.


                              Susan McCarty, Clerk
                              Madison County Justice Court


                    By: _____


                    Cheryl Horn, CDC            DC



**ALL COURT ORDERED FINES AND COST ARE DUE ON COURT DATE**
**WE DO NOT ACCEPT PERSONAL CHECKS**

Justice Court of Madison County
2961 S. Liberty Street
Canton, MS  39046
859-6337

To: MOORE SLADE DEPUTY SO-8
    2935 HWY 51 SOUTH
    CANTON MS 39046

IMPORTANT NOTICE

THE STATE OF MISSISSIPPI            Date:  2/02/2017

vs:                                 Cause No: MIS 00-028341

JONES DESTINY A

RE: RESISTING ARREST

This is to notify you that the above styled case has been set for

SET FOR HEARING            on the  9th day of      March A. D. 2017

at  9:00 AM.   Your attendance is required.

MARTINA GRIFFIN presiding.

                              Susan McCarty, Clerk
                              Madison County Justice Court

                    By: _____

                    Cheryl Horn, CDC              DC

**ALL COURT ORDERED FINES AND COST ARE DUE ON COURT DATE
WE DO NOT ACCEPT PERSONAL CHECKS**

Justice Court of Madison County
2961 S. Liberty Street
Canton, MS  39046
859-6337

To: JONES DESTINY A
    107 WAY CIRCLE
    CANTON MS 39046

IMPORTANT NOTICE

THE STATE OF MISSISSIPPI          Date:  2/02/2017

vs:                               Cause No: MIS 00-028342

JONES DESTINY A

RE: DISTURBING THE PEACE

This is to notify you that the above styled case has been set for

SET FOR HEARING          on the  9th day of      March A. D. 2017

at  9:00 AM.   Your attendance is required.

MARTINA GRIFFIN presiding.

                              Susan McCarty, Clerk
                              Madison County Justice Court

                    By: _____

                              Cheryl Horn, CDC                DC

ALL COURT ORDERED FINES AND COST ARE DUE ON COURT DATE
        WE DO NOT ACCEPT PERSONAL CHECKS

Justice Court of Madison County
2961 S. Liberty Street
Canton, MS  39046
859-6337

To: MOORE SLADE DEPUTY SO-8
    2935 HWY 51 SOUTH
    CANTON MS 39046

IMPORTANT NOTICE

THE STATE OF MISSISSIPPI          Date:  2/02/2017

vs:                               Cause No: MIS 00-028342

JONES DESTINY A

RE: DISTURBING THE PEACE

This is to notify you that the above styled case has been set for

SET FOR HEARING        on the  9th day of      March A. D. 2017

at  9:00 AM.  Your attendance is required.

MARTINA GRIFFIN presiding.

Susan McCarty, Clerk
Madison County Justice Court

By: _____

Cheryl Horn, CDC               DC

**ALL COURT ORDERED FINES AND COST ARE DUE ON COURT DATE**
**WE DO NOT ACCEPT PERSONAL CHECKS**

2/1/17

CTION TO BE TAKEN BY CLERK UPON REQUEST OF COUNTY
ROSECUTOR

ATE VERSUS

_Destiny Jones_

< SET FOR TRIAL

__ SET FOR PLEA

SET FOR NON-ADJUDICATION

nela Hancock, County Prosecutor



Justice Court of Madison County
2961 S. Liberty Street
Canton, MS  39046
859-6337

To: JONES DESTINY A
    107 WAY CIRCLE
    CANTON MS 39046

IMPORTANT NOTICE

THE STATE OF MISSISSIPPI          Date: 12/09/2016

vs:                               Cause No: MIS 00-028342

JONES DESTINY A

RE: DISTURBING THE PEACE

This is to notify you that the above styled case has been set for
INITIAL APPEARANCE          on the  1st day of  February A. D. 2017
at  9:00 AM.  Your attendance is required.
MARTINA GRIFFIN presiding. .

                              Susan McCarty, Clerk
                              Madison County Justice Court


                    By: _____


                    STEPHANIE BURTON, DC          DC


ALL COURT ORDERED FINES AND COST ARE DUE ON COURT DATE
        WE DO NOT ACCEPT PERSONAL CHECKS

Justice Court of Madison County
2961 S. Liberty Street
Canton, MS  39046
859-6337


To: JONES DESTINY A
    107 WAY CIRCLE
    CANTON MS 39046


IMPORTANT NOTICE


THE STATE OF MISSISSIPPI             Date: 12/09/2016

vs:                                  Cause No: MIS 00-028341

JONES DESTINY A

RE: RESISTING ARREST


This is to notify you that the above styled case has been set for

INITIAL APPEARANCE        on the  1st day of  February A. D. 2017

at  9:00 AM.  Your attendance is required.

MARTINA GRIFFIN presiding.


                        Susan McCarty, Clerk
                        Madison County Justice Court


           By: _____


           STEPHANIE BURTON, DC            DC


**ALL COURT ORDERED FINES AND COST ARE DUE ON COURT DATE**
**WE DO NOT ACCEPT PERSONAL CHECKS**

THIS DOCUMENT HAS BLUE PRINTING ATTACHED HERE IN RED INK ON BORDER AND NUMBERED IN RED 422552 FILED 05/09/18 Page 10 of 20 TABBED WITH WARM HAN

| POWER AMOUNT | VOID IF NOT EXECUTED BY: | POWER OF ATTORNEY | AS1 | 422552 |
|---|---|---|---|---|
| $1,000 | MAY 15 2017 | **American Surety Company** | | |

P.O. Box 68932, Indianapolis, IN 46268

KNOW ALL MEN BY THESE PRESENTS: that AMERICAN SURETY COMPANY, a corporation duly authorized and existing under the laws of the State of Indiana, does constitute and appoint the below named agent its true and lawful Attorney-in-Fact for it and in its name, place and stead, to execute, and deliver for and on its behalf, as surety, a bail bond only.

Authority of such Attorney-in-Fact is limited to appearance bonds. No authority is provided herein for the execution of surety immigration bonds or to guarantee alimony payments, fines, wage law claims or other payments of any kind on behalf of below named defendant. The named agent is appointed only to execute the bond consistent with the terms of this power of attorney. The agent is not authorized to act as agent for receipt of service of process in any criminal or civil action.

This power is void if altered or erased or used in any combination with other powers of attorney of this company or any other company to obtain the release of the defendant named below or to satisfy any bond requirement in excess of the stated face amount of this power. This power can only be used once. No authority is provided to a copy or facsimile of this power of attorney without the prior written consent of American Surety Company. The obligation of the company shall not exceed the sum of

ONE THOUSAND ($1,000.00) DOLLARS

and provided this Power-Of-Attorney is filed with the bond and retained as a part of the court records. The said Attorney-In-Fact is hereby authorized insert in this Power-Of-Attorney the name of the person on whose behalf this bond was given.

IN WITNESS WHEREOF, AMERICAN SURETY COMPANY has caused these presents to be signed by its duly authorized officer, proper for this purpose and its corporate seal to be hereunto affixed this _____ 27th _____ day of _____ November _____, 20 16 .

Bond Amount $ _1,000_ _____ Appearance Date _____

Defendant: _Destiny Jones_

Court _Justice_ _____ Case # _____

County _Madison_ City _Canton_ St. _MS_ Zip _39046_

Offense _Disturbing the Peace , Fleeing hEA_ MP

Executing Agent _Amun Eke_ MP

**AMERICAN SURETY COMPANY**

AMERICAN SURETY COMPANY
★ ★ ★
SEAL
★ ★ ★
INDIANA

_William B Carmichael_
President        ASC-9A



FESCO'S BONDING COMPANY

274 PEACE STREET

CANTON, MS 39046

SEND ALL COURT NOTICE TO:

AMERICAN SURETY COMPANY

P. O. BOX 68932

INDIANAPOLIS, INDIANA 46268

## APPEARANCE BOND

FRED ESCO, JR

LICENSE NUMBER: 7702927

274 W. PEACE STREET

CANTON, MS. 39046

AMAYA ESCO

LICENSE NUMBER: 545

155 HARRINGTON DR.

CANTON, MS. 39046

IN THE _Justice_ COURT, COUNTY OF _Madison_ STATE OF MISSISSIPPI

VS _MS_

_Destiny Jones_

KNOWN ALL MEN BY THESE PRESENTS:

THAT _FESCO's Bonding_ AS PRINCIPAL AND AMERICAN SURETY COMPANY, FRED ESCO, JR DBA FESCO'S BONDING COMPANY, AS SURETY (IDENTIFIED BY ATTACHED POWER OF ATTORNEY NO _422552_ ARE HELD AND FIRMLY BOUNDY UNTO THE _Justice_ . IN THE SUM OF _1,000_ , FOR THE

PAYMENT WHEREOF WELL AND TRULY TO BE MADE WE BIND OURSELVES, OUR HEIRS, EXECUTORS, ADMINISTRATORS, SUCCESSOR AND ASSIGN JOINTLY AND SEVERALLY FIRMLY BY THESE PRESENTS.

SIGNED AND SEALED THIS _27th_ DAY OF _November_ A.D. 20 _16_ . THE CONDITION OF THIS OBLIGATION IS SUCH THAT IF THE SAID _Destiny Jones_ , PRINCIPAL, SHALL APPEAR AT THE NEXT REGULAR OR SPECIAL TERM OF THE _Justice_ COURT _Canton MS_ TO BER HELD IN AND FOR SAID COUNTY TO ANSWER CHARGE OF _Disturbing the Peace , Fleeing h E A_

------------------------------ AND SHALL APPEAR FROM DAY TO DAY AND TERM TO TERM OF

SAID COURT AND NOT DEPART THE SAME WITHOUT LEAVE THEN THIS OBLIGATION TO BE VOID, ELSE TO REMAIN IN FULL FORCE AND VIRTUE.

TAKEN BEFORE AND APPROVED BY ME:

_____

(LS)

BY:_____

(LS)

x _Destiny JM_

PRINCIPAL SIGNATURE

x _Amaya Esco_

ATTORNEY-IN-FACT

AMERICAN SURETY COMPANY/ FESCO BONDING COMPANY

THIS BOND NOT VALID UNLESS ACCOMPANIED BY AN INDIVIDUALLY NUMBERED POWER OF ATTORNEY PROPERLY EXECUTED

NOTE: This is an Appearance Bond and construed as a guarantee for failure to provide payment, back alimony payment, Fines, Wage Law Claims, nor can it be used as a Bond Appeal.

McKAY ARCHIE B.

convert refund

Judge:

Case No.(s):

Arraignment Date:

Bond:

SL #

Defendant:

Address:

SS #

Phone #

Employer:

Phone # of Employer:

Supervisor:

Verified:

Charges:

Affiant:

Date Subpoenaed:

Other Witnesses:

EXHIBIT

SS

Justice Court of Madison County
2961 S. Liberty Street
Canton, MS  39046
859-6337

To: MCKAY ARCHIE B
    1213 CAUTHEN RD
    CAMDEN MS 39045

IMPORTANT NOTICE

THE STATE OF MISSISSIPPI          Date:  1/21/2016

vs:                               Cause No: MSO 00-119623

MCKAY ARCHIE B

RE: IMPROPER/NO DRIVER LIC

This is to notify you that the above styled case has been set for

TO PRESENT PROOF DOC       on the 10th day of   February A. D. 2016

at  9:00 AM.  Your attendance is required.

MARSHA WEEMS STACEY presiding.

                                  Susan McCarty, Clerk
                                  Madison County Justice Court


                          By: _____


                                  Cheryl Horn, CDC          DC


ALL COURT ORDERED FINES AND COST ARE DUE ON COURT DATE
WE DO NOT ACCEPT PERSONAL CHECKS OR DEBIT CARDS OR ATM CARDS

Justice Court of Madison County
2961 S. Liberty Street
Canton, MS  39046
859-6337


To: MCKAY ARCHIE B
    1213 CAUTHEN RD
    CAMDEN MS 39045


IMPORTANT NOTICE


THE STATE OF MISSISSIPPI          Date:  1/21/2016

vs:                               Cause No: MSO 00-119624

MCKAY ARCHIE B

RE: NO PROOF LIABILITY INSURANCE


This is to notify you that the above styled case has been set for

TO PRESENT PROOF DOC     on the 10th day of   February A. D. 2016

at  9:00 AM.  Your attendance is required.

MARSHA WEEMS STACEY presiding.


                                  Susan McCarty, Clerk
                                  Madison County Justice Court


                        By: _____


                                  Cheryl Horn, CDC          DC


**ALL COURT ORDERED FINES AND COST ARE DUE ON COURT DATE**
**WE DO NOT ACCEPT PERSONAL CHECKS OR DEBIT CARDS OR ATM CARDS**

MADISON COUNTY JUSTICE COURT

CASE RECORD OF STATE VERSUS MCKAY ARCHIE B

CASE: MSO00-119623   CHARGE IMPROPER/NO DRIVER LIC

COURT DATE:   2/10/2016

MCKAY ARCHIE B


AFFIANT/WITNESS:   CHANDLER BARRY DEPUTY

ATTORNEY FOR DEF:

BOND:   500.00   CASH AT JAIL #24964   JAIL RCPT#
APPEAL BOND:


==========================================================================
==========================================================================

O R D E R

DEFENDANT IS FOUND:   CASE DISMISSED

SENTENCE:
MOTION BY STATE TO DISMISS/DEFENDANT PROVIDED PROOF OF VALID D/L
REFUND BOND


SO ORDERED, THIS THE  10  DAY OF  Feb       2016

DOC. 3095      PAGE   40            BY

JUSTICE COURT JUDGE

CASE: MSO00119623   VIOLATION DATE:  4/11/2015   DATE CLOSED:

MADISON COUNTY JUSTICE COURT

CASE RECORD OF STATE VERSUS MCKAY ARCHIE B

CASE: MSO00-119624   CHARGE NO PROOF LIABILITY INSURANCE

COURT DATE:   2/10/2016

MCKAY ARCHIE B


AFFIANT/WITNESS:   CHANDLER BARRY DEPUTY

ATTORNEY FOR DEF:

BOND:   650.00   CASH AT JAIL #24964   JAIL RCPT#
APPEAL BOND:


=====================================================================
=====================================================================

O R D E R

DEFENDANT IS FOUND:   GUILTY PLEA

SENTENCE:
 DEFENDANT PROVIDED PROOF OF INSURANCE AFTER STOP.
 CONVERT AND REFUND BOND



FINE $   100.00           COSTS $   132.50     TOTAL $      232.50

SO ORDERED, THIS THE   10   DAY OF   Feb    2016

DOC. 3095        PAGE   39        BY
                                        JUSTICE COURT JUDGE

CASE: MSO00119624   VIOLATION DATE: 4/11/2015   DATE CLOSED:

# IMPORTANT - IDEN

STATE

FOLD TOP AND BOTTOM OF CARD ON PERFORATION

## MISSISSIPPI
## INSURANCE CARD

INSURED    MCKAY, RUBY

MUTL
VOL

POLICY NUMBER   251 1562-D14-24          EFFECTIVE
YR  1997   MAKE  GMC            JAN 28 2016  TO   APR 14 2016
MODEL  K1500                 VIN  1GTEK19R1VES19513
AGENT   ARNEL BOLDEN                      3052-AA0
PHONE  (601)859-8554          NAIC   25178

A    BODILY INJURY/PROPERTY DAMAGE LIABILITY
H, U1

SEE REVERSE SIDE FOR ADDITIONAL COVERAGE INFORMATION

KEEP A CAR:
THIS CARD IS INVALID IF THE POLICY FOR WHI
KEEP YOUR CURRENT CARD UNTIL

00047/02525

141849 1 04 24  2012 m(Sp.no.No)

Valid license + insurance with State Farm



## STATE OF MISSISSIPPI – UNIFORM TRAFFIC TICKET

**MADISON COUNTY**   Judicial District: ☐ 1  ☐ 2   Agency Code: **0045**   № **119624**

IN THE COURT DESIGNATED BELOW, THE AFFIANT HEREIN, BEING DULY SWORN, UPON OATH DOES DEPOSE AND SAY, AT THE FOLLOWING LOCATION, TIME AND DATE:

Location of Violation: _____   At/Near _____   Hwy _____

| Day | Date | Time ☐ AM ☐ PM | Accident ☐ yes ☐ no | District | Precinct |
|---|---|---|---|---|---|

Defendant: (First Name) _____ Middle Name _____ Last Name _____

License Address _____

| City | State | Zip Code | Date of Birth |
|---|---|---|---|

Driver's License Number _____   Class _____ State _____ Sex _____ Race _____

Vehicle License Number _____ State _____ Year _____ Make _____ Model _____ Type _____

Defendant's Current Address: _____

Defendant's Current Telephone Number: _____

That the above named defendant, while operating the aforementioned motor vehicle, did willfully and unlawfully commit the offense of:

(Check Only One Offense Each Ticket)     SPEED _____   ZONE _____

- ☐ S92 Speeding
- ☐ M14 Disregard For Traffic Device
- ☐ N70 Driving Wrong Side Road
- ☐ B26 Driving While License Suspended
- ☐ M34 Following Too Closely
- ☐ M70 Improper Passing
- ☐ N01 Failure To Yield Right Of Way
- ☐ M84 Reckless Driving
- ☐ M81 Careless Driving
- ☐ Explanation _____

- ☐ F02 Child Restraint Violation
- ☐ F94 Seatbelt Violation
- ☐ B51 No Drivers License (Expired)
- ☐ B55 No Motor Vehicle Inspection (Expired)
- ☐ B53 Expired Tag/No Tag
- ☐ B26 Driving While License Suspended (Under Implied Consent Law)
- ☐ N50 Improper Turn
- ☐ D36 No Proof of Liability Ins.
- ☐ Other Violation (_____)

- ☐ Check Only If Driver License is Deposited In Lieu Of Bond Or Other Security.
- ☐ Violation Pursuant To Commercial Driver's License Law.

---

## STATE OF MISSISSIPPI – UNIFORM TRAFFIC TICKET

**MADISON COUNTY**   Judicial District: ☐ 1  ☐ 2   Agency Code: **0045**   № **119623**

IN THE COURT DESIGNATED BELOW, THE AFFIANT HEREIN, BEING DULY SWORN, UPON OATH DOES DEPOSE AND SAY, AT THE FOLLOWING LOCATION, TIME AND DATE:

Location of Violation: _____   At/Near _____   Hwy _____

| Day | Date | Time ☐ AM ☐ PM | Accident ☐ yes ☐ no | District | Precinct |
|---|---|---|---|---|---|

Defendant: (First Name) _____ Middle Name _____ Last Name _____

License Address _____

| City | State | Zip Code | Date of Birth |
|---|---|---|---|

Driver's License Number _____   Class _____ State _____ Sex _____ Race _____

Vehicle License Number _____ State _____ Year _____ Make _____ Model _____ Type _____

Defendant's Current Address: _____

Defendant's Current Telephone Number: _____

That the above named defendant, while operating the aforementioned motor vehicle, did willfully and unlawfully commit the offense of:

(Check Only One Offense Each Ticket)     SPEED _____   ZONE _____

- ☐ S92 Speeding
- ☐ M14 Disregard For Traffic Device
- ☐ N70 Driving Wrong Side Road
- ☐ B26 Driving While License Suspended
- ☐ M34 Following Too Closely
- ☐ M70 Improper Passing
- ☐ N01 Failure To Yield Right Of Way
- ☐ M84 Reckless Driving
- ☐ M81 Careless Driving
- ☐ Explanation _____

- ☐ F02 Child Restraint Violation
- ☐ F94 Seatbelt Violation
- ☐ B51 No Drivers License (Expired)
- ☐ B55 No Motor Vehicle Inspection (Expired)
- ☐ B53 Expired Tag/No Tag
- ☐ B26 Driving While License Suspended (Under Implied Consent Law)
- ☐ N50 Improper Turn
- ☐ D36 No Proof of Liability Ins.
- ☐ Other Violation (_____)

- ☐ Check Only If Driver License is Deposited In Lieu Of Bond Or Other Security.
- ☐ Violation Pursuant To Commercial Driver's License Law.

Judge: _____
Case No. of: _____
Arraignment Date: _____
Bond: _____

Defendant: _____
Address: _____
SS #: _____   SL #: _____
Phone #: _____
Employer: _____
Phone # of Employer: _____
Supervisor: _____   Verified: _____

Charges: _____

Affiant: _____   Date Subpoenaed: _____

Other Witnesses:

_____
_____
_____
_____
_____
_____

Bonding Companies: _____   App. Date: _____
_____   Hearing Date: _____
_____   Continued   to_____   for_____
_____   Continued   to_____   for_____
_____   Continued   to_____   for_____

Attorney: _____
_____

Notes: _____
_____
_____

**EXHIBIT**

"TT"

## STATE OF MISSISSIPPI - UNIFORM TRAFFIC TICKET

IN THE COURT DESIGNATED BELOW, THE AFFIANT HEREIN, BEING DULY SWORN, UPON OATH DOES DEPOSE AND SAY: AT THE FOLLOWING LOCATION, TIME AND DATE:

| (NAME OF LAW ENFORCEMENT AGENCY) COUNTY/MUNICIPALITY OF: | AGENCY CODE 004B | № 052339 |
|---|---|---|
| MADISON COUNTY | JUDICIAL DISTRICT ☒ 1 ☐ 2 | |

| Location of Violation | S 1st St | Clark St |
|---|---|---|

| Day | Date | Time | Accident | District | Precinct |
|---|---|---|---|---|---|
| Sun | 7/29/07 | 1259 ☐AM ☒PM | ☐yes ☒no | 1 | 1 |

| Defendant (First Name) | Middle Name | Last Name |
|---|---|---|
| Antonio | D | Mitchell |

| Address | 120 Emmit Rd |
|---|---|

| City | State | Zip Code |
|---|---|---|
| Flora | MS | 39071 |

| Driver ████████ | Class | State | Sex | Race | Date of Birth |
|---|---|---|---|---|---|
| | R | MS | M | B | |

| Vehicle/Tag Number | State | Year | Make | Model | Type |
|---|---|---|---|---|---|
| 685 HPE | MS | 08 | Ford | Bronc | Tru |

THAT THE ABOVE NAMED DEFENDANT, WHILE OPERATING THE AFOREMENTIONED MOTOR VEHICLE, DID WILLFULLY AND UNLAWFULLY COMMIT THE OFFENSE OF:

(CHECK ONLY ONE OFFENSE EACH TICKET)

| | | | |
|---|---|---|---|
| Speed | Zone | | |

- ☐ F702 Child Restraint Violation
- ☒ B704 Seatbelt Violation
- ☐ S92 Speeding
- ☐ M14 Disregard For Traffic Device
- ☐ N70 Driving Wrong Side Road
- ☐ B26 Driving While License Suspended
- ☐ M34 Following Too Closely
- ☐ M70 Improper Passing
- ☐ N01 Failure to Yield Right Of Way
- ☐ B51 No Drivers License (Expired)
- ☐ B55 No Motor Vehicle Inspection (Expired)
- ☐ B55 Expired Tag/No Tag
- ☐ B26 Driving While License Suspended (Under Implied Consent Law)
- ☐ M84 Reckless Driving
- ☐ M83 Careless Driving
- ☐ N50 Improper Turn
- ☐ I236 No Proof Of Liability Ins.
- ☐ Other Violation - (Code Section _____ )

Explanation: _____

☐ Check Only If Driver License Is Deposited In Lieu Of Bond Or Other Security.

☐ Violation Pursuant To Commercial Driver's License Law
☐ Required Placard Under Hazardous Materials Transportation Act

Against the peace and dignity of the State of Mississippi.

Affiant / Officer's Signature _____  Unit / Badge # 52

Sworn to before me this the 31 Day of August ___ (Year) ___

Clerk _____

You are hereby notified to appear before or contact the (Justice/Municipal) court clerk on or before the 31 day of Aug ___ (Year) ___ At _____ AM/PM at

Address: 2961 SOUTH LIBERTY ST. CANTON, MS 39046

Telephone Number ____ 601-859-6337

(This copy must be filed with the Court or Court Clerk)

ORIGINAL / AFFIDAVIT        Case _____  Page _____  Docket _____

8-1-02

*Mitchell, Antonio*

PIP

Judge: _4_ _____

Case No.(s): _____

Arraignment Date: _____

Bond: _____

Defendant: *Mitchell, Antonio*

Address: _____

SS # _____   SL # _____

Phone # _____

Employer: _____

Phone # of Employer: _____

Supervisor: _____   Verified: _____

Charges: *Poss of Marij in a motor vehicle*

Affiant: *Scott Graves*   Date Subpoenaed: _____

Other Witnesses:

Bonding Companies: _____   App. Date: *03/24/16 @ 9:00 A.M.*

Hearing Date: _____

Continued   to _____ for _____

Continued   to _____ for _____

Continued   to _____ for _____

Attorney: _____

Notes: _____

CASE NO MIS 00 027070 ___          JUDGE  BRUCE MCKINLEY

CHARGE   POSS OF MARIJUANA IN MOTOR VEHICLE

GENERAL AFFIDAVIT

THE STATE OF MISSISSIPPI

COUNTY OF MADISON

PERSONALLY APPEARED BEFORE ME STEPHANIE BURTON, DC

A JUSTICE COURT CLERK OF MADISON COUNTY,

        GRAVES SCOTT DEPUTY S030
        2941 SOUTH LIBERTY ST
        CANTON              MS  39046-0000

MAKES AFFIDAVIT THAT

        MITCHELL ANTONIO D
        120 EMMIT RD
        FLORA              MS  39071-0000

ON OR ABOUT 12/03/2015 IN MADISON COUNTY, MISSISSIPPI

        DID WILLFULLY, UNLAWFULLY, AND KNOWINGLY WHILE
        OPERATING A MOTOR VEHICLE POSSESS IN HIS
        PERSON AN AMOUNT OF IN EXCESS OF 1 GRAM BUT NOT
        MORE THAN 30 GRAMS ON 12032015 AT KEARNEY PARK
        RD AND MIDDLE RD IN FLORA, MS, THIS OCCURRING IN
        MADISON COUNTY, MS.

AGAINST THE PEACE AND DIGNITY OF THE STATE OF MISSISSIPPI.

                    _Scott Graves_  S030

SWORN TO AND SUBSCRIBED BEFORE ME, THIS THE 12/03/2015

        MADISON COUNTY JUSTICE COURT

        2941 SOUTH LIBERTY, CANTON, MS 39046

MADISON COUNTY JUSTICE COURT

CASE RECORD OF STATE VERSUS MITCHELL ANTONIO D

CASE: MIS00-27078    CHARGE POSS OF MARIJUANA IN MOTOR VEHICLE

COURT DATE:   2/24/2016

MITCHELL ANTONIO D


AFFIANT/WITNESS:

ATTORNEY FOR DEF:  Defendant waived rights to attorney

BOND:    600.00  AC BAILBOND           JAIL RCPT#
APPEAL BOND:


==================================================================
==================================================================

O R D E R

DEFENDANT IS FOUND:   GUILTY PLEA

SENTENCE:




FINE $   350.00            COSTS $   208.75    TOTAL $      558.75

SO ORDERED, THIS THE 24th DAY OF February , 2016

DOC. 4648      PAGE   65      BY:   _____
                                   JUSTICE COURT JUDGE

CASE: MIS00027078   VIOLATION DATE: 12/03/2015  DATE CLOSED:

IN THE JUSTICE COURT OF MADISON COUNTY, MISSISSIPPI

STATE OF MISSISSIP.
VERSUS                                      CAUSE NO. MI900027028
MITCHELL, ANTONIO D

WAIVER OF RIGHTS AND ENTRY OF GUILTY PLEA

I, the undersigned defendant, desire to plead guilty to the
charge(s) of POSS OF MARIJUANA IN MOTOR VEHICLE

I understand that by pleading guilty to these charges I will
be found guilty and sentenced by the Court.  The sentence
may include a fine, restitution, court costs and/or imprison-
ment in jail.

I further understand that by entering this plea I am giving
up certain rights.

I am giving up the right to a trial, to confront and cross-
examine witnesses against me and to call and/or subpoena wit-
nesses against me.

I am giving up the right to have a lawyer; I understand that
if i cannot afford a lawyer, one may be appointed to repre-
sent me.

I am giving up the right to have the State prove the charges
against me beyond a reasonable doubt.

I am giving up the right to a jury trial.

I further understand that if I am convicted of another crime,
my guilty plea in this case could cause me to get a more severe
penalty for that later crime.

I am giving up my right to object to the form and/or content
of any testimony and evidence the State may introduce against
me at a trial.

I understand that, if there was a trial, I would be allowed
to testify, but I would not have to. If I didn't testify it
could not be used against me.

I hereby certify under oath that there have been no threats
or promises made to me in order to get me to enter this plea.

I further certify under oath that I have read and understand
all the of the above and that I desire to waive my rights and
enter a plea of guilty.

SWORN to and subscribed before me this, the 24th day of _____ 2016

_____
JUSTICE COURT JUDGE/CLERK

The Court finds that the defendant knowingly and intelligently
and not under duress, waived his rights and entered a plea of guilty.

BRUCE MCKINLEY
JUSTICE COURT JUDGE

Justice Court of Madison County
2961 S. Liberty Street
Canton, MS  39046
859-6337

To: MITCHELL ANTONIO D
    120 EMMIT RD
    FLORA MS 39071

IMPORTANT NOTICE

THE STATE OF MISSISSIPPI          Date: 12/14/2015

vs:                               Cause No: MIS 00-027078

MITCHELL ANTONIO D

RE: POSS OF MARIJUANA IN MOTOR VEHICLE

This is to notify you that the above styled case has been set for
INITIAL APPEARANCE        on the 24th day of  February A. D. 2016
at  9:00 AM.  Your attendance is required.

BRUCE MCKINLEY presiding.

                          Susan McCarty, Clerk
                          Madison County Justice Court

                 By: _____

                     Shelia Taylor, DC         DC

ALL COURT ORDERED FINES AND COST ARE DUE ON COURT DATE
WE DO NOT ACCEPT PERSONAL CHECKS OR DEBIT CARDS OR ATM CARDS

Only the original Power of Attorney
Will bind the surety

**POWER OF ATTORNEY**
**AC BAILBOND COMPANY LLC**
207 TRAVIS COVE FLORA, MS 39071   (601)940-8776

POWER
NUMBER AC **0640**

THIS POWER VOID IF NOT USED BY:   DEC 30-2018

POWER AMOUNT $ 0-50,000

KNOW ALL MEN BY THESE PRESENTS, that AC BAILBOND COMPANY LLC a corporation duly organized and existing under the law of the state of Mississippi, has constituted and appointed, and does hereby constitute and appoint, its true and lawful Attorney-in-Fact, with full power and authority to sign the company's name and affix its corporate seal to, and to deliver on its behalf as surety, any and all obligations as herein provided and the execution of such obligations in pursuance of these presents shall be as binding upon the company as fully and to all intents and purposes as if done by the regularly elected officers of said company at its home office in their own proper person; and the said company hereby ratifies and confirms all and whatsoever its said Attorney-in-Fact may lawfully do the premises by virtue of these presents.

THIS POWER OF ATTORNEY IS VOID IF ALTERED OR ERASED, THE OBLIGATION OF THE COMP, ANY SHALL NOT EXCEED THE SUM OF 50,000
FIFTY THOUSANDS DOLLARS ****************************************************************
AND MAY BE EXECUTED FOR RECOGIZANCE ON CRIMINAL BAIL BOND ONLY

Authority of such Attorney-in-Fact is limited to the execution of appearance bonds and cannot be construed to guarantee defendant's future lawful conduct adherence to travel limitation, fines, restitution, payments or penalties, or any other condition imposed by court not specifically related to court appearances. A separate Power of Attorney must be attached to each bond executed. Powers of Attorney must not be returned to Attorney-in- Fact, but should remain permanent part of the court records.

Bond Amount $ _600.00_   Date Executed _December 3 2015_

Defendant _Antonio Mitchell_   D.O.B _____

Case # _____   Appearance Date _____

Offense _Poss. of Marijuana in motor vehicle_

Court County _Madison_ Court State _MS_   Day/Dip _Justice_

Court City _Canton_

If rewrite, give orig power $ _____   Increase _____   Decrease _____

Executing Agent _Fredrick_ _____
SIGNATURE OF APPLICABLE AGENT OR COURT ASSIGNED AGENT

NOTICE: Stacking of Power is strictly prohibited. No more than one power from this surety may be used to post anyone bail amount.

IN WITNESS WHEREOF, said AC BAILBOND COMPANY LLC, by virtue of authority concerned by its Board of Directors, has caused these presents to be sealed with its corporate seal signed by the chairman of the Board of Director and attested by its PRESIDENT, this 8th day of May 2015.

_____
ANDREW CAMPHOR CHAIRMAN OF THE BOARD

_____
LISA CAMPHOR VICE CHAIRMAN OF THE BOARD

2015

150012346

**ORIGINAL**

# 𝒜.   𝒞. ℬail ℬonding



STATE OF MISSISSIPPI
COUNTY OF _Madison_          Power# AC _0640_

We, _Antonio Mitchell_ Principal, and A.C. Bail Bonding
Company LLC, Agree and bind ourselves to pay unto the State of Mississippi
_Six hundred_ Dollars ($ _600.00_ ) unless, the
said _Antonio Mitchell_ shall not appear before the
_Justice_ court of _Madison_ county in the City of
_Canton_ the ____ day_____ of 20 ___ time _____ to
answer the charge of _P.S. of Marijuana in Motor Vehicle_ then
and there remain from day to day remanded to files in the court having
jurisdiction in the matter.

Written Day of the Bond _3_ day of _December_ 20_15_

Principal's _signature_
Approved By_____

ATTORNEY-IN-FACT (SURETY) ANDREW CAMPHOR
207 TRAVIS COVE
FLORA, MS 39071

Approved This 14th Day of May 2015

CERTIFIED COPY

AC109203

FILED
THIS DAY

OCT 0 6 2015

LEE WESTBROOK
CIRCUIT CLERK

## QUALIFYING POWER OF ATTORNEY

KNOW ALL MEN BY THESE PRESENTS: AC Bail Bond Company, a Mississippi corporation having its principal office in the City of Flora, county of Madison, State of Mississippi, does hereby make constitute appoint

Andrew Camner /Broderick Washington

In the City of *Canton*, County of *Madison*, State of Mississippi with limited authority, its true and lawful Agent and Attorney-in-Fact, with full power and authority hereby conferred to sign, execute, acknowledge and deliver for and on its behalf as Surety, subject to the limitation as herein set forth, any and all papers and documents necessary or incidental to the making of Bail Bonds in Judicial Proceedings, whether criminal or civil; supersedes bonds, peace bonds, appeal bonds or any other kind of appearance bond in any State Court, County Court or Municipal Court, not to exceed the amount on any one bond of

***Two Hundred and Fifty Thousand Dollars & No/100 ($250,000.00)*** ***
PROVIDED individual power of attorney be attached to each bond executed and REMAIN A PERMANENT PART OF THE COURT RECORD.

The acknowledgement and execution of any such document by the said Attorney-in-Fact shall be as binding upon this Company as if such bond has been executed and acknowledged by the regularly elected officers of this Company.

All authority conferred shall expire and terminate without notice at midnight on *MAY 18, 2018* a Bail Bond Company further certifies that the following is a true and exact copy of a resolution of the Board of Directors of AC Bail Bond Company, duly adopted and now in force, to wit: All bonds of the Corporation shall be executed in the corporate name of the Company, by the President or Vice President, or by such other officers as the Board of Directors may authorize. The President or Vice President, Secretary, or any Assistant Secretary may appoint Attorneys-in-Fact or agents who shall have authority to issue bonds in the name of the Company. The Corporate Seal is not necessary for the validity of any bonds of the Corporation.

IN WITNESS WHEREOF, the AC Bail Bond Company has caused these presents to be executed by its Officers this day of *Sept. 25, 2015*.

AC BAIL BOND COMPANY

By _____
Andrew Camphor

State of Mississippi
County of Madison

On the date above written, before me, a Notary Public, personally appeared *Andrew Camphor*, who being by me duly sworn, acknowledged that he signed the above Power of Attorney of the said AC Bail Bond Company and acknowledged same to be the voluntary act and deed of said corporation

*Donis O. Shields*
Notary Public

My commission expires:

MITCHELL ANTONIO D.

Judge:

Case No.(s):

Arraignment Date:

Defendant:

Address:

SS #:

Phone#:

Employer:

Phone # of Employer:

Supervisor:                                    Verified:

Charges:

Affiant:                                    Subpoenaed:

Other Witnesses:

Bonding Companies:                    App. Date:

Hearing Date:

Continued        to            for

Continued        to            for

Continued        to            for

Attorney:

Notes:

## STATE OF MISSISSIPPI - UNIFORM TRAFFIC TICKET

IN THE COURT ORDAINED BELOW, THE AFFIANT HEREIN, BEING DULY SWORN, UPON OATH
DOES DEPOSE AND SAY, AT THE FOLLOWING LOCATION, TIME AND DATE:

MISSISSIPPI HIGHWAY SAFETY PATROL

| JUDICIAL DISTRICT | AGENCY CODE | SHORT HOST ROOT NUMBER |
|---|---|---|
| 1 □ 2 | 9045 | 9 1980966 |

LOCATION OF VIOLATION: LAKE Harbour

AIRBAR: Plan orchard   HWY

| DAY | DATE | TIME | ACCIDENT | DISTRICT | PRECINCT |
|---|---|---|---|---|---|
| Tue | 10-18-11 | 0715 □AM □PM | □ YES ☒NO | 01 | C |

DEFENDANT (FIRST NAME) Antonio   (MIDDLE NAME) D   (LAST NAME) Mitchell

LICENSE ADDRESS: 120 Emmit ROAD

| CITY | STATE | ZIP CODE |
|---|---|---|
| Flora | Ms | 39071 |

| DRIVER'S LICENSE NUMBER | CLASS | STATE | SEX | RACE | DATE OF BIRTH |
|---|---|---|---|---|---|
| 801656213 | RMs | MS | M | B | |

| VEHICLE LICENSE NUMBER | STATE | YEAR | MAKE | MODEL | TYPE |
|---|---|---|---|---|---|
| BN3487 | MS | 11 | Honda Accord | | P-C |

Defendant's current address: SAA

Defendant's current telephone number: 

THAT THE ABOVE NAMED DEFENDANT, WHILE OPERATING THE AFOREMENTIONED
MOTOR VEHICLE, DID WILLFULLY AND UNLAWFULLY COMMIT THE OFFENSE OF:

☑ Check Only One Offense Each Ticket

| Speed | Zone |
|---|---|
| | |

- □ S92 Speeding
- □ M14 Disregard Per Traffic Device
- □ N70 Driving Wrong Side Road
- □ B26 Driving While License Suspended
- □ M34 Following Too Closely
- □ M70 Improper Passing
- □ N01 Failure to Yield Right Of Way

- □ I302 Child Restraint Violation
- □ F04 Seatbelt Violation
- □ I351 No Drivers License (Expired)
- □ B55 No Motor Vehicle Inspection (Expired)
- □ B53 Expired Tag
- □ B26 Driving While License Suspended (Under Implied Consent Law)
- □ M94 Reckless Driving
- □ M81 Careless Driving
- □ N50 Improper Turn
- □ I758 No Proof of Liability Insurance

☑ Other Violation - [Code Section 63-7-13]

Explanation: Inoper. (Blue Lights on Veh.)

- □ Check Only if Driver License is Domiciled In Lieu Of Bond or Other Security.
- □ Violation Pursuant To Commercial Driver's License Law
- □ Required Placard Under Hazardous Materials Transportation Act.

AGAINST THE PEACE AND DIGNITY OF THE STATE OF MISSISSIPPI.

AFFIANT / OFFICER'S SIGNATURE: Bill McClellan   UNIT & BADGE: G26

SWORN TO BEFORE ME THIS THE 18th DAY OF Nobember   20 11

CLERK: 

You are hereby ordered to appear before the Court (JUSTICE/MUNICIPAL) to answer the
charge on the 29 day of Nov., 20 11 at 0900 □AM □PM at the

Court's Physical Address: 

Court's Mailing Address: 

Court's Telephone Number: 

NOTE: CONTACT THE COURT TO CONFIRM THE COURT DATE
SEE REVERSE SIDE FOR ADDITIONAL INFORMATION

(This copy must be filed with the Court or Court Clerk)

ORIGINAL / AFFIDAVIT   CASE _____ PAGE _____ DOCKET _____

07-09

Judge: _____

Case No.(s): _____

Arraignment Date: _____

Bond: _____

Defendant: _____

Address: _____

SS.#: _____        SL#: _____

Phone #: _____

Employer: _____

Phone # of Employer: _____

Supervisor: _____        Verified: _____

Charges: _____

Affiant: _____        Date Subpoenaed: _____

_____

_____

Other Witnesses: _____

_____

_____

_____

_____

_____

Bonding Companies: _____        App. Date: _____

_____        Hearing Date: _____

_____        Continued    to_____for_____

_____        Continued    to_____for_____

                             Continued    to_____for_____

Attorney: _____

Notes: _____

_____

_____

# STATE OF MISSISSIPPI - UNIFORM TRAFFIC TICKET

IN THE COURT DESIGNATED BELOW, THE AFFIANT HEREIN, BEING DULY SWORN, UPON OATH DOTH DEPOSE AND SAY AT THE FOLLOWING LOCATION, TIME AND DATE:

MISSISSIPPI HIGHWAY SAFETY PATROL

| COUNTY OF: Madison | AGENCY CODE 80 45 | ORIGINATING TICKET NUMBER: 9 1721829 |
| JUDICIAL DISTRICT ☐ 1 ☐ 2 | | |

LOCATION OF VIOLATION
MS

| AT/NEAR Liv Vein | HWY 49 |
| DAY Wed | DATE 9-29-10 | TIME 2000 ☐ AM ☐ PM | ACCIDENT ☐ YES ☐ NO | DISTRICT 01 | PRECINCT |

DEFENDANT (FIRST NAME, MIDDLE NAME, LAST NAME)
Antonio W. Mitchell

LICENSE ADDRESS
120 Emmit Rd

| CITY Flora | STATE MS | ZIP CODE 39071 |

| DRIVER'S LICENSE NUMBER 801656213 | CLASS R | STATE MS | SEX M | RACE B | DATE OF BIRTH |

| VEHICLE LICENSE NUMBER MOY160 | STATE MS | YEAR 11 | MAKE Chrys | MODEL | TYPE Van |

Defendant's current address _____

Defendant's current telephone number _____

THAT THE ABOVE NAMED DEFENDANT, WHILE OPERATING THE AFOREMENTIONED MOTOR VEHICLE, DID WILLFULLY AND UNLAWFULLY COMMIT THE OFFENSE OF:
(Check Only One Offense Each Ticket)

Speed 82 Zone 55

☐ S92 Speeding
☐ M14 Disregard For Traffic Device
☐ N70 Driving Wrong Side Road
☐ B26 Driving While License Suspended
☐ M34 Following Too Closely
☐ M90 Improper Passing
☐ N01 Failure To Yield Right Of Way
☐ Other Violation - (Code Section)

☐ F02 Child Restraint Violation
☐ F04 Seatbelt Violation
☐ B51 No Drivers License (Expired)
☐ B55 No Motor Vehicle Inspection (Expired)
☐ B53 Expired Tag
☐ B26 Driving While License Suspended (Under Implied Consent Law)
☐ M84 Reckless Driving
☐ M81 Careless Driving
☐ N50 Improper Turn
☐ D36 No Proof of Liability Insurance

Explanation: _____

☐ Check Only If Driver License Is Deposited In Lieu Of Bond Or Other Security.
☐ Violation Pursuant To Commercial Driver's License Law
☐ Required Placard Under Hazardous Materials Transportation Act.

AGAINST THE PEACE AND DIGNITY OF THE STATE OF MISSISSIPPI.

AFFIANT / OFFICER'S SIGNATURE _____ UNIT / BADGE # CSD

SWORN TO BEFORE ME THIS THE ____ DAY OF Oct 20 10

CLERK Loulyn Jackson D.C.

You are hereby notified to appear before the Court (JUSTICE) (MUNICIPAL) to answer the charge on the ____ day of Oct, 20 10, 90 ____ ☐ AM ☐ PM at the Court's Physical Address _____

Court's Mailing Address _____

Court's Telephone Number _____
NOTE: CONTACT THE COURT TO CONFIRM THE COURT DATE
SEE REVERSE SIDE FOR ADDITIONAL INFORMATION

(This copy must be filed with the Court or Court Clerk)

ORIGINAL / AFFIDAVIT      CASE ____ PAGE ____ DOCKET ____      07-09

**Pate Earnest Lee**

Judge: 2

Case No.(s): _____

Arraignment Date: _____

Bond: _____

Defendant: **Pate Earnest Lee**

Address: _____

SS # _____   SL # _____

Phone # _____

Employer: _____

Phone # of Employer: _____

Supervisor: _____   Verified: _____

Charges: **Poss of Paraphernalia**

Affiant: **Agent Lee Brock**   Date Subpoenaed: _____

Other Witnesses: _____

Bonding Companies: _____   App. Date: **9/16/15 @ 9:00 A.M.**

Hearing Date: _____

Continued to _____ for _____

Continued to _____ for _____

Continued to _____ for _____

Attorney: _____

Notes: _____

EXHIBIT

UU

# GENERAL AFFIDAVIT

O26957
2

**THE STATE OF MISSISSIPPI**

**COUNTY OF MADISON**

**PERSONALLY APPEARED BEFORE ME** _Russell Kirby  A4 oc_

**A Justice Court Judge/Clerk of said County,**

<u>**AGENT LEE BROCK**</u>

<u>2935 HWY 51 South</u>

<u>Canton, Ms. 39046</u>

Makes affidavit that:

<u>**EARNEST LEE PATE**</u>

**Date of Birth**        **S.S.#**

**Address**     <u>117 COMPRESS ST</u>

**City**     <u>FLORA</u>     **State** <u>MS</u>     **Zip** <u>39071</u>

on or about <u>JUNE 9TH</u>, 20<u>15</u> in the county aforesaid

<u>POSSESSION OF PARAPHERNALIA</u>

<u>DID WILLFULLY AND UNLAWFULLY POSSESS WITH INTENT TO USE PARAPHERNALIA TO INHALE BY HEATING IT UP WITH THE HOMEMADE PIPE AND COPPER WIRE TO INTRODUCE INTO THE HUMAN BODY A CONTROLLED SUBSTANCE IN VIOLATION OF THE UNIFORM CONTROLLED SUBSTANCE LAW.</u>

AGAINST THE PEACE AND DIGNITY OF THE STATE OF MISSISSIPPI.

Sworn to and subscribed before me, this <u>09th</u> day of <u>June</u>, 20<u>15</u>.

Justice Court Judge/ Clerk

Madison County Justice Court

175 N. Union Street

Canton, Ms. 39046

IN THE JUSTICE COURT OF MADISON COUNTY, MISSISSIPPI

STATE OF MISSISSIPPI
VERSUS
PATE EARNEST LEE

CAUSE NO. MIS00026457

## WAIVER OF RIGHTS AND ENTRY OF GUILTY PLEA

I, the undersigned defendant, desire to plead guilty to the charge(s) of POSS OF PARAPHERNALIA

I understand that by pleading guilty to these charges I will be found guilty and sentenced by the Court. The sentence may include a fine, restitution, court costs and/or imprisonment in jail.

I further understand that by entering this plea I am giving up certain rights.

I am giving up the right to a trial, to confront and cross-examine witnesses against me and to call and/or subpoena witnesses against me.

I am giving up the right to have a lawyer; I understand that if i cannot afford a lawyer, one may be appointed to represent me.

I am giving up the right to have the State prove the charges against me beyond a reasonable doubt.

I am giving up the right to a jury trial.

I further understand that if I am convicted of another crime, my guilty plea in this case could cause me to get a more severe penalty for that later crime.

I am giving up my right to object to the form and/or content of any testimony and evidence the State may introduce against me at a trial.

I understand that, if there was a trial, I would be allowed to testify, but I would not have to. If I didn't testify it could not be used against me.

I hereby certify under oath that there have been no threats or promises made to me in order to get me to enter this plea.

I further certify under oath that I have read and understand all the of the above and that I desire to waive my rights and enter a plea of guilty.

SWORN to and subscribed before me this, the 16 day of Sept 2015

JUSTICE COURT JUDGE/CLERK

The Court finds that the defendant knowingly and intelligently and not under duress, waived his rights and entered a plea of guilty.

MARSHA WEEMS STACEY
JUSTICE COURT JUDGE

MADISON COUNTY JUSTICE COURT

CASE RECORD OF STATE VERSUS PATE EARNEST LEE

CASE: MIS00-26457   CHARGE POSS OF PARAPHERNALIA

COURT DATE:   9/16/2015

PATE EARNEST LEE


AFFIANT/WITNESS:

ATTORNEY FOR DEF:  Defendant waived rights to attorney

BOND:   450.00  A&D                    JAIL RCPT#
APPEAL BOND:


=================================================================
=================================================================

O R D E R

DEFENDANT IS FOUND:   GUILTY PLEA

SENTENCE:
 GUILTY PLEA. ORDERED TO 6 MONTHS OF PROBATION WITH COURT WATCH.



FINE $   100.00          COSTS $   183.75    TOTAL $      283.75
SO ORDERED, THIS THE  16  DAY OF  Sept     2015.

DOC. 3099      PAGE   213      BY
                                   JUSTICE COURT JUDGE

CASE: MIS00026457   VIOLATION DATE:          DATE CLOSED:



Justice Court of Madison County
2961 S. Liberty Street
Canton, MS  39046
859-6337

To: PATE EARNEST LEE
117 COMPRESS STREET
FLORA ,MS 39071

IMPORTANT NOTICE

THE STATE OF MISSISSIPPI            Date:  7/01/2015

vs:                                 Cause No: MIS 00-026457

PATE EARNEST LEE

RE: POSS OF PARAPHERNALIA

This is to notify you that the above styled case has been set for

INITIAL APPEARANCE        on the 16th day of September A. D. 2015

at  9:00 AM.  Your attendance is required.

MARSHA WEEMS STACEY presiding.

Susan McCarty, Clerk
Madison County Justice Court



By: _____

Shelia Taylor, DC            DC

ALL COURT ORDERED FINES AND COST ARE DUE ON COURT DATE
WE DO NOT ACCEPT PERSONAL CHECKS OR DEBIT CARDS OR ATM CARDS

**A&D BAIL BONDING COMPANY**



TRUST,PATIENCE,RESPECT,FAITH,LOYALTY,HONEST,INTEGRITY,WORTHY,TIMELY,HUMBLE

"What Can BLUE Do for you?"

Broderick Washington
Bail Agent

A & D Bail Bonds
749 Hwy 49 N
Suite 5
Flora, MS 39071

Cell: 601.214.0492
Office: 601.879.8292
Email: blueballbonds@gmail.com

State, Federal, Transfer Bonds

AGENT: Broderick Washington

208 Travis Cove Flora, MS 39071

601-214-0492 / LS# 10176610

Power# _IS/K-375974_

**STATE OF MISSISSIPPI**

**COUNTY OF** _Madison_

We, _Earnest Lee Pate_ Principal, and International Fidelity Insurance Company A&D Bail Bonding Company, Agree and bind ourselves to pay unto the state of Mississippi _Four hundred fifty_ Dollars ($ _450.00_ ) unless, the said _Earnest Lee Pate_ shall not appear before the _Justice_ court of _Madison_ county in the City of _Canton_ the _____ day _____ of 20_____ time _____ to answer the charge _Poss. of Paraphernalia_ then and there remain from day to day remanded to files in the court having jurisdiction in the matter.

Written Day of the Bond _18_ day of _June_ 20 _15_

Principal's⊗ _____

Approved By_____

**(ATTORNEY-IN-FACT (SURETY) BENJAMIN WALLACE**

**APPROVED THIS 06TH DAY OF JUNE 2006**

**INTERNATIONAL FIDELITY INSURANCE COMPANY P.O. BOX 9810 CALABASAS, CA 91302**

TELEPHONE 1(818)-222-4999

BENJAMIN WALLACE

553 HAZELTON DR.

MADISON, MS 39110

601-879-8292 OR 601-879-9151 (FAX)

# Certified Copy
# QUALIFYING POWER OF ATTORNEY

IQP 87898

**KNOW ALL MEN BY THESE PRESENTS:** That INTERNATIONAL FIDELITY INSURANCE COMPANY, a New Jersey Corporation, having its principal office in the City of Newark, County of Essex, State of New Jersey, does hereby make constitute and appoint

*Broderick D. Washington, Benjamin Wallace*

in the City of *Canton*, County of *Madison*, State of *Mississippi*, its true and lawful Agent and Attorney-in-Fact, with full power and authority hereby conferred to sign, execute, acknowledge and deliver for and on its behalf as Surety, subject to the limitation as herein set forth, any and all papers and documents necessary or incidental to the making of Bail Bonds in Judicial Proceedings, whether criminal or civil; supersedeas bonds, peace bonds, appeal bonds or any other kind of appeal bond in any State Court, County Court or Municipal Court, and in all U.S. Federal Courts and all U.S. Federal Agencies; not to exceed the amount of

***Two Hundred Fifty Thousand Dollars and 00\100 ($250,000.00)*** *** on any one bond.

PROVIDED individual power of attorney be attached to each bond executed AND REMAIN A PERMANENT PART OF THE COURT RECORD.

The acknowledgement and execution of any such document by the said Attorney-in-Fact shall be as binding upon this Company as if such bond had been executed and acknowledged by the regularly elected officers of this Company.

All authority hereby conferred shall expire and terminate without notice at midnight on **September 30, 2015**. INTERNATIONAL FIDELITY INSURANCE COMPANY further certifies that the following is a true and exact copy of a resolution of the Board of Directors of INTERNATIONAL FIDELITY INSURANCE COMPANY, duly adopted and now in force, to-wit: All bonds of the Corporation shall be executed in the corporate name of the Company by the President or Vice-President, or by such other officers as the Board of Directors may authorize. The President or Vice-President, or any Assistant Secretary may appoint Attorneys-in-Fact or agents who shall have authority to issue bonds in the name of the Company. The Corporate Seal is not necessary for the validity of any bonds of the Corporation.

IN WITNESS WHEREOF, the said INTERNATIONAL FIDELITY INSURANCE COMPANY has caused these presents to be executed by its officers this day of August 20, 2013.

QUALIFYING POWER ONLY, NOT TO BE ATTACHED TO ANY BOND.
VALID ONLY IF INDIVIDUAL POWER OF ATTORNEY IS ATTACHED TO EACH BOND EXECUTED. DO NOT ACCEPT IF COPY.

INTERNATIONAL FIDELITY INSURANCE COMPANY

By: _____
Norman Konvitz, EXECUTIVE VICE PRESIDENT

State of NEW JERSEY
County of ESSEX  ss.

On the date above written, before me, a Notary Public, personally appeared NORMAN R. KONVITZ who being by me duly sworn, acknowledged that he signed the above Power of Attorney as Exec. Vice President of the said INTERNATIONAL FIDELITY INSURANCE COMPANY and acknowledged said instrument to be the voluntary act and deed of said corporation.

*Angela Guerrero*
NOTARY PUBLIC
#L0105 (5dU)   My Commission Expires September 15, 2015

_____
Notary Public

WARNING – ACCEPT ONLY IF YOU MAY VERIFY THAT THIS IS AN ORIGINAL DOCUMENT
1. THE FACE OF THIS FORM IS PRINTED IN BLACK AND BLUE INKS WITH A SHADED BACKGROUND.
2. THIS PAPER CONTAINS A TRUE WATERMARK. HOLD UP TO A LIGHT TO SEE THE WORDS "SAFE" AND "VERIFY FIRST" IN THE PAPER.

Only the original Power of Attorney will bind this Surety.

# POWER OF ATTORNEY

INTERNATIONAL FIDELITY INSURANCE COMPANY
P.O. BOX 9810, CALABASAS, CA 91372-9810 (800) 935-2245

| POWER NUMBER | IS1K-375974 |
| --- | --- |

THIS POWER VOID IF NOT USED BY: August 31, 2015    POWER AMOUNT $    1,100

KNOW ALL MEN BY THESE PRESENTS, that INTERNATIONAL FIDELITY INSURANCE COMPANY, a corporation duly organized and existing under the laws of the State of New Jersey, has constituted and appointed, and does hereby constitute and appoint, its true and lawful Attorney-in-Fact, with full power and authority to sign the company name and affix its corporate seal to, and deliver on its behalf as surety, any and all obligations as herein provided, and the execution of such obligations in pursuance of these presents shall be as binding upon the company as fully and to all intents and purposes as if done by the regularly elected officers of said company at its home office in their own proper person, and the said company hereby ratifies and confirms all and whatsoever its said Attorney-in-Fact may lawfully do and perform in the premises by virtue of these presents.

THIS POWER OF ATTORNEY IS VOID IF ALTERED OR ERASED, THE OBLIGATION OF THE COMPANY SHALL NOT EXCEED THE SUM OF

ONE THOUSAND ONE HUNDRED DOLLARS***********************

AND MAY BE EXECUTED FOR RECOGNIZANCE ON CRIMINAL BAIL BONDS ONLY.

Authority of such Attorney-in-Fact is limited to the execution of appearance bonds and cannot be construed to guarantee defendant's future lawful conduct, adherence to travel limitation, fines, restitution, payments or penalties, or any other condition imposed by a court not specifically related to court appearances. A separate Power of Attorney must be attached to each bond executed. Powers of Attorney must not be returned to Attorney-in-Fact, but should remain a permanent part of the court records.

Bond Amt $ 450.00    Date Executed June 19, 2015

Defendant Earnest Lee Pate    D.O.B.

Case #    Appearance Date

Offense Poss. of Paraphernalia

Court County Madison

Court City Canton    Court State MS    Div./Dept. Justice

If rewrite, give orig. power #    ☐ Increase   ☐ Decrease

Executing Agent Philip Wray    Signature if applicable, add your COURT assigned Agent #

NOTICE: Stacking of Powers is strictly prohibited. No more than one power from this Surety may be used to post any one bail amount.

IN WITNESS WHEREOF, said INTERNATIONAL FIDELITY INSURANCE COMPANY, by virtue of authority conferred by its Board of Directors, has caused these presents to be sealed with its corporate seal, signed by its Chairman of the Board and attested by its Secretary, this 23rd day of March, 1998.

Francis Mitterhoff, Chairman of the Board

Norman Korvitz, Secretary

NOT VALID FOR IMMIGRATION

Form# IFI.0100 (9/06)    ORIGINAL

02110131

*LaToya Brown, et al. vs. Madison County, Mississippi, et al.*
**United States District Court**
**Southern District of Mississippi**
**Civil Action No. 3:17-CV-347-WHB-LRA**

## AFFIDAVIT OF RECORDS CUSTODIAN

I, Chief Jeremy Williams, am the duly authorized custodian of the Madison County Sheriff's Department's records on **Delores Smith**, and as such have the authority to certify the attached records. The records attached hereto constitute a true and correct copy of the incident reports dated: April 18, 2004, June 26, 2004, August 21, 2004, February 19, 2006, March 20, 2006 October 22, 2006, December 19, 2007, April 22, 2009, May 29, 2010, October 18, 2010, May 3, 2014, June 15, 2014, September 24, 2015, April 2, 2016, December 18, 2016, April 5, 2017, and November 26, 2017. The attached records were prepared by the personnel of **Madison County Sheriff's Department**, or person acting under the control of either, in the ordinary course of business.

And further affiant saith not.

By: _____
Chief Jeremy Williams

SWORN TO AND SUBSCRIBED before me, this the 3rd day of May, 2018.

_____
NOTARY PUBLIC

My Commission Expires:

01/17/20

STATE OF MISSISSIPPI
NOTARY PUBLIC
ID #58304
LYNN THORNBURG
Commission Expires
Jan 17, 2020
MADISON COUNTY

**EXHIBIT**

VV



MADISON COUNTY SO
2941 U.S. Highway 51
Canton, MS 39046
Sheriff Randall Tucker
       601-859-2345

## INCIDENT REPORT

| Incident Number | Report Date | Report Time | Day of Week | Primary Officer |
|---|---|---|---|---|
| **SO04007582** | **04/18/04** | **17:12** | **SUNDAY** | ID# **1930   Z-FISHER, STAN S** |

| Received | Dispatched | Arrived | Cleared | Occurred Between the Dates/Times Of: | |
|---|---|---|---|---|---|
| **17:12** | **17:14** | **17:29** | **17:39** | **04/18/04  17:12**  and:  **04/18/04  17:12** | |

| Address (House No, Dir, Street) | City | Address (Bldg, Unit, Apt) |
|---|---|---|
| **316   ROCKY HILL RD** | **CANTON, MS** | **Bldg:   Apt:** |

| Premise Type | Zone/Beat | Grid/Tract | Subdivision |
|---|---|---|---|
| | **SUNDAY** | **1** | **NON APPLICABLE** |

| Original Offense Description | Actual Offense Description | Weapons Involved |
|---|---|---|
| **ARMED SUBJECT CALL** | **ARMED SUBJECT CALL** | **UNKNOWN** |

| UCR Description | Attempt/Completed | Forced Entry | Call Disposition |
|---|---|---|---|
| | **C** | | **HBO (HANDLED BY OFFICER)** |

| Additional Offenses | UCR Descriptions |
|---|---|
| | |

| Additional Information/Comments |
|---|
| **CALLER ADVISED THAT HER BROTHER PULLED A GUN ON HER HUSBAND LEE ERVIN THOMAS** |

| Investigator Assigned | Status of the Incident |
|---|---|
| | |

| Supervisor #1 | Supervisor #2 |
|---|---|
| | |

## PERSONS INVOLVED

| Person No | Involvement | If Victim, Relationship to Offender (if applicable) | Confidential |
|---|---|---|---|
| **001** | **REPORTING PARTY** | | |

| Name | Race | Gender | HGT | WGT | Date of Birth |
|---|---|---|---|---|---|
| **DELORIS   SMITH** | | | | | **00/00/0000** |

| Age Then | Age Today | Hair | Eyes | Complexion | Build | Facial Hair |
|---|---|---|---|---|---|---|
| | **000** | | | | | |

| Social Security | Address | Telephone |
|---|---|---|
| **000 - 00 - 0000** | | **00000 - 859 - 6616** |

| Employment | Work Address | Work Telephone |
|---|---|---|
| | | **00000 - 000 - 0000** |

| Occupation | Driver's License |
|---|---|
| | |

Complete Incident Report                                                        Page 1 of 1



MADISON COUNTY SO
2941 U.S. Highway 51
Canton, MS 39046
Sheriff Randall Tucker
601-859-2345

## INCIDENT REPORT

| Incident Number | Report Date | Report Time | Day of Week | Primary Officer |
|---|---|---|---|---|
| **SO04012661** | **06/26/04** | **02:52** | **SATURDAY** | ID# **2547**   **HENDERSON, KIM** |

| Received | Dispatched | Arrived | Cleared | Occurred Between the Dates/Times Of: |
|---|---|---|---|---|
| **02:52** | **02:52** | **03:29** | **03:42** | **06/26/04  02:52**   and:   **06/26/04  02:52** |

| Address (House No, Dir, Street) | City | Address (Bldg, Unit, Apt) |
|---|---|---|
| **274   CAMDEN RD** | **PICKENS, MS** | **Bldg:      Apt:** |

| Premise Type | Zone/Beat | Grid/Tract | Subdivision |
|---|---|---|---|
|  | **SATURDAY** | **1** | **NON APPLICABLE** |

| Original Offense Description | Actual Offense Description | Weapons Involved |
|---|---|---|
| **DISTURBANCE** | **DISTURBANCE** | **UNKNOWN** |

| UCR Description | Attempt/Completed | Forced Entry | Call Disposition |
|---|---|---|---|
|  | **C** |  | **HBO (HANDLED BY OFFICER)** |

| Additional Offenses | UCR Descriptions |
|---|---|
|  |  |

| Additional Information/Comments |
|---|
| **CELL PHONE CALLER STATES HIS WIFE IS IN A WHI CUT CIERRA AND IS GOING TO GET HER BROTHER TO BEAT HIM UP** |

| Investigator Assigned | Status of the Incident |
|---|---|
|  |  |

| Supervisor #1 | Supervisor #2 |
|---|---|
|  |  |

## PERSONS INVOLVED

| Person No | Involvement | If Victim, Relationship to Offender (if applicable) | Confidential |
|---|---|---|---|
| **001** | **REPORTING PARTY** |  |  |

| Name | Race | Gender | HGT | WGT | Date of Birth |
|---|---|---|---|---|---|
| **DELORIS   SMITH** |  |  |  |  | **00/00/0000** |

| Age Then | Age Today | Hair | Eyes | Complexion | Build | Facial Hair |
|---|---|---|---|---|---|---|
|  | **000** |  |  |  |  |  |

| Social Security | Address | Telephone |
|---|---|---|
| **000 - 00 - 0000** |  | **00000 - 000 - 0000** |

| Employment | Work Address | Work Telephone |
|---|---|---|
|  |  | **00000 - 000 - 0000** |

| Occupation | Driver's License |
|---|---|
|  |  |



MADISON COUNTY SO
2941 U.S. Highway 51
Canton, MS 39046
Sheriff Randall Tucker
    601-859-2345

## INCIDENT REPORT

| Incident Number | Report Date | Report Time | Day of Week | Primary Officer |
|---|---|---|---|---|
| **SO04016847** | **08/21/04** | **13:44** | **SATURDAY** | ID# **5493   WYMAN, CLINE H** |

| Received | Dispatched | Arrived | Cleared | Occurred Between the Dates/Times Of: |
|---|---|---|---|---|
| **13:44** | **13:44** | **13:47** | **14:32** | **08/21/04  13:44**  and:  **08/21/04  13:44** |

| Address (House No, Dir, Street) | City | Address (Bldg, Unit, Apt) |
|---|---|---|
| **274   CAMDEN RD** | **PICKENS, MS** | **Bldg:   Apt:** |

| Premise Type | Zone/Beat | Grid/Tract | Subdivision |
|---|---|---|---|
| | **SATURDAY** | **1** | **NON APPLICABLE** |

| Original Offense Description | Actual Offense Description | Weapons Involved |
|---|---|---|
| **BURGLARY** | **BURGLARY** | **UNKNOWN** |

| UCR Description | Attempt/Completed | Forced Entry | Call Disposition |
|---|---|---|---|
| | **C** | | **HBO (HANDLED BY OFFICER)** |

| Additional Offenses | UCR Descriptions |
|---|---|
| | |

**Additional Information/Comments**
**CALLER ADVISED ALBERT SMITH IS TRYING TO TAKE HER 1985
BROWN CHEVROLET CELEBRITY.**

| Investigator Assigned | Status of the Incident |
|---|---|
| | |

| Supervisor #1 | Supervisor #2 |
|---|---|
| | |

## PERSONS INVOLVED

| Person No | Involvement | If Victim, Relationship to Offender (if applicable) | Confidential |
|---|---|---|---|
| **001** | **REPORTING PARTY** | | |

| Name | Race | Gender | HGT | WGT | Date of Birth |
|---|---|---|---|---|---|
| **DELORIS   SMITH** | | | | | **00/00/0000** |

| Age Then | Age Today | Hair | Eyes | Complexion | Build | Facial Hair |
|---|---|---|---|---|---|---|
| | **000** | | | | | |

| Social Security | Address | Telephone |
|---|---|---|
| **000 - 00 - 0000** | | **00000 - 954 - 9027** |

| Employment | Work Address | Work Telephone |
|---|---|---|
| | | **00000 - 000 - 0000** |

| Occupation | Driver's License |
|---|---|
| | |



MADISON COUNTY SO
2941 U.S. Highway 51
Canton, MS 39046
Sheriff Randall Tucker
601-859-2345

## INCIDENT REPORT

| Incident Number SO06003473 | Report Date 02/19/06 | Report Time 18:14 | Day of Week SUNDAY | Primary Officer ID# 1737  Z-DIXON, MICHAEL A |
|---|---|---|---|---|

| Received 18:14 | Dispatched 18:22 | Arrived 18:47 | Cleared 19:23 | Occurred Between the Dates/Times Of: 02/19/06  18:14  and:  02/19/06  18:14 |
|---|---|---|---|---|

| Address (House No, Dir, Street) 336  ROCKY HILL RD | City CANTON, MS | Address (Bldg, Unit, Apt) Bldg:    Apt: |
|---|---|---|

| Premise Type RESIDENCE/HOME | Zone/Beat NORTH | Grid/Tract 1 | Subdivision NON APPLICABLE |
|---|---|---|---|

| Original Offense Description DISTURBANCE-DOMESTIC VIOLENCE | Actual Offense Description MALICIOUS MISCHIEF | Weapons Involved UNKNOWN |
|---|---|---|

| UCR Description VANDALISM/DAMAGE | Attempt/Completed C | Forced Entry | Call Disposition REPORT FILED |
|---|---|---|---|

| Additional Offenses | UCR Descriptions |
|---|---|

Additional Information/Comments
**CALLER ADVISED TYRON WILSON**

| Investigator Assigned | Status of the Incident |
|---|---|

| Supervisor #1 | Supervisor #2 |
|---|---|

## PERSONS INVOLVED

| Person No 001 | Involvement REPORTING PARTY | If Victim, Relationship to Offender (if applicable) | | Confidential |
|---|---|---|---|---|

| Name ALBERT  SMITH | | | Race B | Gender M | HGT | WGT | Date of Birth 99/99/1999 |
|---|---|---|---|---|---|---|---|

| Age Then | Age Today 000 | Hair | Eyes | Complexion | Build | Facial Hair |
|---|---|---|---|---|---|---|

| Social Security 000 - 00 - 0000 | Address | Telephone 00000 - 919 - 6125 |
|---|---|---|

| Employment | Work Address | Work Telephone 00000 - 000 - 0000 |
|---|---|---|

| Occupation | Driver's License |
|---|---|

| Person No 002 | Involvement VICTIM-INDIVIDUAL | If Victim, Relationship to Offender (if applicable) | | Confidential |
|---|---|---|---|---|

| Name DELOURIS  SMITH | | | Race B | Gender F | HGT | WGT | Date of Birth 99/99/1999 |
|---|---|---|---|---|---|---|---|

| Age Then | Age Today 000 | Hair | Eyes | Complexion | Build | Facial Hair |
|---|---|---|---|---|---|---|

| Social Security | Address 326 ROCKY HILL RD   PICKENS  MS | Telephone 60100 - 919 - 6125 |
|---|---|---|

| Employment | Work Address | Work Telephone 00000 - 000 - 0000 |
|---|---|---|

| Occupation | | Driver's License | |
|---|---|---|---|

| Person No 003 | Involvement **SUSPECT** | If Victim, Relationship to Offender (if applicable) | Confidential |
|---|---|---|---|

| Name **TYRONE   WILSON** | | Race **B** | Gender **M** | HGT | WGT | Date of Birth **99/99/1999** |
|---|---|---|---|---|---|---|

| Age Then **27** | Age Today **000** | Hair | Eyes | Complexion | Build | Facial Hair |
|---|---|---|---|---|---|---|

| Social Security **000 - 00 - 0000** | Address **326 ROCKY HILL RD   CAMDEN  MS** | | Telephone **60100 - 919 - 6125** |
|---|---|---|---|

| Employment | Work Address | Work Telephone **00000 - 000 - 0000** |
|---|---|---|

| Occupation | Driver's License |
|---|---|

| Person No 004 | Involvement **SUSPECT** | If Victim, Relationship to Offender (if applicable) | Confidential |
|---|---|---|---|

| Name **TEQUILLA   HARRIS** | | Race **B** | Gender **F** | HGT | WGT | Date of Birth **99/99/1999** |
|---|---|---|---|---|---|---|

| Age Then **27** | Age Today **000** | Hair | Eyes | Complexion | Build | Facial Hair |
|---|---|---|---|---|---|---|

| Social Security **000 - 00 - 0000** | Address **HARRIS RD      MS** | | Telephone **00000 - 000 - 0000** |
|---|---|---|---|

| Employment | Work Address | Work Telephone **00000 - 000 - 0000** |
|---|---|---|

| Occupation | Driver's License |
|---|---|

### VEHICLES INVOLVED

| Vehicle No **001** | Vehicle Involvement **SUSPECT** | Year **1992** | Make **OLDSMOBILE** | Model **CIE** | Style **PASSENGER** |
|---|---|---|---|---|---|
| Serial Number **1G3QL543N6395410** | Color (Top and Bottom) **WHITE   WHITE** | | | Plate **MS   162MCJ** | Expires **06** |
| Registered Owner | | | Legal Owner **DELOURIS SMITH** | | |
| Comments | | | | | |
| Addl Comments | | | | | |

Complete Incident Report                                                                          Page 1 of 1



MADISON COUNTY SO
2941 U.S. Highway 51
Canton, MS 39046
Sheriff Randall Tucker
601-859-2345

## INCIDENT REPORT

| Incident Number SO06005586 | Report Date 03/20/06 | Report Time 22:36 | Day of Week MONDAY | Primary Officer ID# 800  BROCK, WILLIAM L |
|---|---|---|---|---|

| Received 22:36 | Dispatched 22:37 | Arrived 22:57 | Cleared 02:07 | Occurred Between the Dates/Times Of: 03/20/06  22:36  and:  03/20/06  22:36 |
|---|---|---|---|---|

| Address (House No, Dir, Street) 326  ROCKY HILL RD | City CANTON, MS | Address (Bldg, Unit, Apt) Bldg:   Apt: |
|---|---|---|

| Premise Type RESIDENCE/HOME | Zone/Beat NORTH | Grid/Tract 1 | Subdivision NON APPLICABLE |
|---|---|---|---|

| Original Offense Description DISTURBANCE-FAMILY | Actual Offense Description DISTURBANCE-DOMESTIC VIOLENCE | Weapons Involved NONE |
|---|---|---|

| UCR Description ASSAULT-SIMPLE | Attempt/Completed C | Forced Entry | Call Disposition ARREST MADE |
|---|---|---|---|

| Additional Offenses | UCR Descriptions |
|---|---|

| Additional Information/Comments CALLER ADVISED THAT HER HUSBAND ALBERT SMITH IS MAKING ALBERT SMITH IN CUSTODY 2312 |
|---|

| Investigator Assigned | Status of the Incident |
|---|---|

| Supervisor #1 | Supervisor #2 |
|---|---|

## PERSONS INVOLVED

| Person No 001 | Involvement VICTIM-INDIVIDUAL | If Victim, Relationship to Offender (if applicable) | Confidential |
|---|---|---|---|

| Name DELORIS  SMITH | Race B | Gender F | HGT | WGT | Date of Birth |
|---|---|---|---|---|---|

| Age Then 044 | Age Today 056 | Hair | Eyes | Complexion | Build | Facial Hair |
|---|---|---|---|---|---|---|

| Social Security | Address 326 ROCKY HILL RD   CAMDEN   MS | Telephone 60100 - 919 - 6125 |
|---|---|---|

| Employment | Work Address | Work Telephone 00000 - 000 - 0000 |
|---|---|---|

| Occupation | Driver's License |
|---|---|



MADISON COUNTY SO
2941 U.S. Highway 51
Canton, MS 39046
Sheriff Randall Tucker
601-859-2345

## INCIDENT REPORT

| Incident Number SO06019844 | Report Date 10/22/06 | Report Time 20:12 | Day of Week SUNDAY | Primary Officer ID# 2258  GRAVES, ROBERT SCOTT |
|---|---|---|---|---|

| Received 20:12 | Dispatched 20:18 | Arrived 20:41 | Cleared 21:16 | Occurred Between the Dates/Times Of: 10/22/06  20:12  and:  10/22/06  20:12 |
|---|---|---|---|---|

| Address (House No, Dir, Street) 326  ROCKY HILL RD | City CANTON, MS | Address (Bldg, Unit, Apt) Bldg:      Apt: |
|---|---|---|

| Premise Type RESIDENCE/HOME | Zone/Beat NORTH | Grid/Tract 1 | Subdivision NON APPLICABLE |
|---|---|---|---|

| Original Offense Description DISTURBANCE-FAMILY | Actual Offense Description DISTURBANCE-OF THE PEACE | Weapons Involved UNKNOWN |
|---|---|---|

| UCR Description DISORDERLY CONDUCT | Attempt/Completed C | Forced Entry | Call Disposition REPORT FILED |
|---|---|---|---|

| Additional Offenses | UCR Descriptions |
|---|---|

Additional Information/Comments
**ALBERT SMITH HAS ASSAULTED HIS FAMILY MEMBERS // BLUE SHORTS WITH WHITE STRIPES // AMR ON SCENE @ 2046 // MS-28 950MDK / 162MCJ / SO30 ADV SMITH ALBERT WILL LEAVING FOR THE NIGHT**

| Investigator Assigned | Status of the Incident |
|---|---|
| Supervisor #1 | Supervisor #2 |

## PERSONS INVOLVED

| Person No 001 | Involvement REPORTING PARTY | If Victim, Relationship to Offender (if applicable) | | Confidential |
|---|---|---|---|---|

| Name MARILYN  WILSON | Race B | Gender F | HGT | WGT | Date of Birth 99/99/1999 |
|---|---|---|---|---|---|

| Age Then | Age Today 000 | Hair | Eyes | Complexion | Build | Facial Hair |
|---|---|---|---|---|---|---|

| Social Security 000 - 00 - 0000 | Address | Telephone 60100 - 919 - 6125 |
|---|---|---|

| Employment | Work Address | Work Telephone 00000 - 000 - 0000 |
|---|---|---|

| Occupation | Driver's License |
|---|---|

| Person No 002 | Involvement VICTIM-INDIVIDUAL | If Victim, Relationship to Offender (if applicable) | | Confidential |
|---|---|---|---|---|

| Name DELOURIS  SMITH | Race B | Gender F | HGT | WGT | Date of Birth |
|---|---|---|---|---|---|

| Age Then 045 | Age Today 056 | Hair | Eyes | Complexion | Build | Facial Hair |
|---|---|---|---|---|---|---|

| Social Security | Address 326 ROCKY HILL RD  PICKENS  MS | Telephone 60100 - 919 - 6125 |
|---|---|---|

| Employment UNEMPLOYED | Work Address | Work Telephone 00000 - 000 - 0000 |
|---|---|---|

| Occupation | Driver's License |
|---|---|
|  |  |

| Person No | Involvement | If Victim, Relationship to Offender (if applicable) | | Confidential |
|---|---|---|---|---|
| 003 | SUSPECT |  | |  |

| Name | | Race | Gender | HGT | WGT | Date of Birth |
|---|---|---|---|---|---|---|
| ALBERT   SMITH | | B | M | 509 | 225 |  |

| Age Then | Age Today | Hair | Eyes | Complexion | Build | Facial Hair |
|---|---|---|---|---|---|---|
| 042 | 053 | BLACK | BROWN |  |  |  |

| Social Security | Address | Telephone |
|---|---|---|
|  | 326 ROCKY HILL RD   PICKEN   MS | 60100 - 919 - 6125 |

| Employment | Work Address | Work Telephone |
|---|---|---|
| PECO FOODS | CANTON | 60100 - 855 - 5001 |

| Occupation | Driver's License |
|---|---|
|  |  |

Complete Incident Report                                                                Page 1 of 1



MADISON COUNTY SO
2941 U.S. Highway 51
Canton, MS 39046
Sheriff Randall Tucker
            601-859-2345

## INCIDENT REPORT

| Incident Number SO07022804 | Report Date 12/19/07 | Report Time 22:04 | Day of Week WEDNESDAY | Primary Officer ID# 1727  DAVIS, RICHARD T III (BEAU) |
|---|---|---|---|---|

| Received 22:04 | Dispatched 22:04 | Arrived 22:19 | Cleared 22:50 | Occurred Between the Dates/Times Of: 12/19/07  22:04  and:  12/19/07  22:04 |
|---|---|---|---|---|

| Address (House No, Dir, Street) 326   ROCKY HILL RD | City CANTON, MS | Address (Bldg, Unit, Apt) Bldg:     Apt: |
|---|---|---|

| Premise Type | Zone/Beat | Grid/Tract | Subdivision NON APPLICABLE |
|---|---|---|---|

| Original Offense Description DISTURBANCE | Actual Offense Description DISTURBANCE | Weapons Involved UNKNOWN |
|---|---|---|

| UCR Description | Attempt/Completed C | Forced Entry | Call Disposition HBO (HANDLED BY OFFICER) |
|---|---|---|---|

| Additional Offenses | UCR Descriptions |
|---|---|

| Additional Information/Comments CP ADV HER HUSBAND ALBERT SMITH JUMPED ON HER//BM WEARING SH WHT SHIRT AND PJ PANTS//SUB IN INTOX// |
|---|

| Investigator Assigned | Status of the Incident |
|---|---|

| Supervisor #1 | Supervisor #2 |
|---|---|

## PERSONS INVOLVED

| Person No 001 | Involvement REPORTING PARTY | If Victim, Relationship to Offender (if applicable) | | Confidential |
|---|---|---|---|---|

| Name DELORIS   SMITH | Race | Gender | HGT | WGT | Date of Birth 00/00/0000 |
|---|---|---|---|---|---|

| Age Then | Age Today 000 | Hair | Eyes | Complexion | Build | Facial Hair |
|---|---|---|---|---|---|---|

| Social Security 000 - 00 - 0000 | Address | Telephone 00000 - 528 - 1266 |
|---|---|---|

| Employment | Work Address | Work Telephone 00000 - 000 - 0000 |
|---|---|---|

| Occupation | Driver's License |
|---|---|



MADISON COUNTY SO
2941 U.S. Highway 51
Canton, MS 39046
Sheriff Randall Tucker
601-859-2345

## INCIDENT REPORT

| Incident Number | Report Date | Report Time | Day of Week | Primary Officer | |
|---|---|---|---|---|---|
| SO09006660 | 04/22/09 | 14:24 | WEDNESDAY | ID# 2258   GRAVES, ROBERT SCOTT | |

| Received | Dispatched | Arrived | Cleared | Occurred Between the Dates/Times Of: | |
|---|---|---|---|---|---|
| 14:24 | 14:25 | 14:34 | 15:07 | 04/22/09  14:24   and:   04/22/09  14:24 | |

| Address (House No, Dir, Street) | City | Address (Bldg, Unit, Apt) |
|---|---|---|
| KING RANCH RD / KING RANCH CIR | CANTON, MS | Bldg:      Apt: |

| Premise Type | Zone/Beat | Grid/Tract | Subdivision |
|---|---|---|---|
| HIGHWAY/ROAD/ALLEY | 10-6 AT THE SO | | NON APPLICABLE |

| Original Offense Description | Actual Offense Description | Weapons Involved |
|---|---|---|
| ACCIDENT PROPERTY DAMAGE M/CAR | ACCIDENT W/INJURIES MULTI CAR | UNKNOWN |

| UCR Description | Attempt/Completed | Forced Entry | Call Disposition |
|---|---|---|---|
| ALL OTHER OFFENSES | C | | REPORT FILED |

| Additional Offenses | UCR Descriptions |
|---|---|
| | |

| Additional Information/Comments |
|---|
| 10-50 INVOLVING HEAD START BUS UNKNOWN CROSS ON KING RANCH |

| Investigator Assigned | Status of the Incident |
|---|---|
| | |

| Supervisor #1 | Supervisor #2 |
|---|---|
| | |

## PERSONS INVOLVED

| Person No 001 | Involvement DRIVER | If Victim, Relationship to Offender (if applicable) | Confidential |
|---|---|---|---|

| Name R L BROWN | Race B | Gender M | HGT | WGT | Date of Birth 06/06/1950 |
|---|---|---|---|---|---|

| Age Then 058 | Age Today 067 | Hair | Eyes | Complexion | Build | Facial Hair |
|---|---|---|---|---|---|---|

| Social Security 000 - 00 - 0000 | Address 181 IRVIN ROAD   BENTONIA   MS | Telephone 66200 - 528 - 8084 |
|---|---|---|

| Employment | Work Address DL MS 801 04 5502 | Work Telephone 00000 - 000 - 0000 |
|---|---|---|

| Occupation | Driver's License |
|---|---|

| Person No 002 | Involvement OWNER | If Victim, Relationship to Offender (if applicable) | Confidential |
|---|---|---|---|

| Name L & B TRUCKING | Race X | Gender X | HGT | WGT | Date of Birth 99/99/1999 |
|---|---|---|---|---|---|

| Age Then | Age Today 000 | Hair | Eyes | Complexion | Build | Facial Hair |
|---|---|---|---|---|---|---|

| Social Security 000 - 00 - 0000 | Address P.O. BOX 7558   JACKSON   MS | Telephone 00000 - 000 - 0000 |
|---|---|---|

| Employment | Work Address | Work Telephone 00000 - 000 - 0000 |
|---|---|---|

Complete Incident Report

| Occupation | Driver's License |
|---|---|
| | |

| Person No 003 | Involvement **DRIVER** | If Victim, Relationship to Offender (if applicable) | Confidential |
|---|---|---|---|

| Name **CECIL   BROWN** | Race **B** | Gender **F** | HGT | WGT | Date of Birth |
|---|---|---|---|---|---|

| Age Then 063 | Age Today 072 | Hair | Eyes | Complexion | Build | Facial Hair |
|---|---|---|---|---|---|---|

| Social Security **000 - 00 - 0000** | Address **102 JADE COVE  CANTON   MS** | Telephone **60100 - 361 - 0960** |
|---|---|---|

| Employment | Work Address **DL MS 801 49 8627** | Work Telephone **00000 - 000 - 0000** |
|---|---|---|

| Occupation | Driver's License |
|---|---|

| Person No 004 | Involvement **PASSENGER** | If Victim, Relationship to Offender (if applicable) | Confidential |
|---|---|---|---|

| Name **DELOURIS   SMITH** | Race **B** | Gender **F** | HGT | WGT | Date of Birth **99/99/1999** |
|---|---|---|---|---|---|

| Age Then 47 | Age Today 000 | Hair | Eyes | Complexion | Build | Facial Hair |
|---|---|---|---|---|---|---|

| Social Security **000 - 00 - 0000** | Address **326 ROCKY HILL ROAD  PICKENS  MS** | Telephone **00000 - 000 - 0000** |
|---|---|---|

| Employment | Work Address | Work Telephone **00000 - 000 - 0000** |
|---|---|---|

| Occupation | Driver's License |
|---|---|

| Person No 005 | Involvement **PASSENGER** | If Victim, Relationship to Offender (if applicable) | Confidential |
|---|---|---|---|

| Name **LATIA   WILLIAMS** | Race **B** | Gender **F** | HGT | WGT | Date of Birth **20/99/9999** |
|---|---|---|---|---|---|

| Age Then 05 | Age Today 000 | Hair | Eyes | Complexion | Build | Facial Hair |
|---|---|---|---|---|---|---|

| Social Security **000 - 00 - 0000** | Address **1106 HOLMES AVE   CANTON   MS** | Telephone **00000 - 000 - 0000** |
|---|---|---|

| Employment | Work Address | Work Telephone **00000 - 000 - 0000** |
|---|---|---|

| Occupation | Driver's License |
|---|---|

| Person No 006 | Involvement **PASSENGER** | If Victim, Relationship to Offender (if applicable) | Confidential |
|---|---|---|---|

| Name **KEUNDRIA   JOHNSON** | Race **B** | Gender **M** | HGT | WGT | Date of Birth **20/99/9999** |
|---|---|---|---|---|---|

| Age Then 04 | Age Today 000 | Hair | Eyes | Complexion | Build | Facial Hair |
|---|---|---|---|---|---|---|

| Social Security **000 - 00 - 0000** | Address **538 WASHINGTON STREET   CANTON   MS** | Telephone **00000 - 000 - 0000** |
|---|---|---|

| Employment | Work Address | Work Telephone **00000 - 000 - 0000** |
|---|---|---|

| Occupation | | Driver's License | |
|---|---|---|---|

| Person No **007** | Involvement **PASSENGER** | If Victim, Relationship to Offender (if applicable) | | Confidential |
|---|---|---|---|---|

| Name **MONTRAYVIOUS   CARTER** | | Race **B** | Gender **M** | HGT | WGT | Date of Birth **20/99/9999** |
|---|---|---|---|---|---|---|

| Age Then **06** | Age Today **000** | Hair | Eyes | Complexion | Build | Facial Hair |
|---|---|---|---|---|---|---|

| Social Security **000 - 00 - 0000** | Address **327 WELCH STREET APT A   CANTON   MS** | | Telephone **00000 - 000 - 0000** |
|---|---|---|---|

| Employment | Work Address | Work Telephone **00000 - 000 - 0000** |
|---|---|---|

| Occupation | | Driver's License | |
|---|---|---|---|

| Person No **008** | Involvement **PASSENGER** | If Victim, Relationship to Offender (if applicable) | | Confidential |
|---|---|---|---|---|

| Name **FREDERICO   MORRIS** | | Race **B** | Gender **M** | HGT | WGT | Date of Birth **20/99/9999** |
|---|---|---|---|---|---|---|

| Age Then **05** | Age Today **000** | Hair | Eyes | Complexion | Build | Facial Hair |
|---|---|---|---|---|---|---|

| Social Security **000 - 00 - 0000** | Address **390 RICKS DR APT C   CANTON   MS** | | Telephone **00000 - 000 - 0000** |
|---|---|---|---|

| Employment | Work Address | Work Telephone **00000 - 000 - 0000** |
|---|---|---|

| Occupation | | Driver's License | |
|---|---|---|---|

| Person No **009** | Involvement **PASSENGER** | If Victim, Relationship to Offender (if applicable) | | Confidential |
|---|---|---|---|---|

| Name **DE'MARKEVION   ROBINSON** | | Race **B** | Gender **M** | HGT | WGT | Date of Birth **20/99/9999** |
|---|---|---|---|---|---|---|

| Age Then **05** | Age Today **000** | Hair | Eyes | Complexion | Build | Facial Hair |
|---|---|---|---|---|---|---|

| Social Security **000 - 00 - 0000** | Address **390 RICKS DR APT C   CANTON   MS** | | Telephone **00000 - 000 - 0000** |
|---|---|---|---|

| Employment | Work Address | Work Telephone **00000 - 000 - 0000** |
|---|---|---|

| Occupation | | Driver's License | |
|---|---|---|---|

| Person No **010** | Involvement **PASSENGER** | If Victim, Relationship to Offender (if applicable) | | Confidential |
|---|---|---|---|---|

| Name **JAKIEAH   MCDONALD** | | Race **B** | Gender **F** | HGT | WGT | Date of Birth **20/99/9999** |
|---|---|---|---|---|---|---|

| Age Then **05** | Age Today **000** | Hair | Eyes | Complexion | Build | Facial Hair |
|---|---|---|---|---|---|---|

| Social Security **000 - 00 - 0000** | Address **355 BOYD STREET APT A   CANTON   MS** | | Telephone **00000 - 000 - 0000** |
|---|---|---|---|

| Employment | Work Address | Work Telephone **00000 - 000 - 0000** |
|---|---|---|

| Occupation | | Driver's License | |
|---|---|---|---|

| Person No 011 | Involvement PASSENGER | If Victim, Relationship to Offender (if applicable) | Confidential |
|---|---|---|---|

| Name JAMARION  BURKS | | | Race B | Gender M | HGT | WGT | Date of Birth 20/99/9999 |
|---|---|---|---|---|---|---|---|

| Age Then 05 | Age Today 000 | Hair | Eyes | Complexion | Build | Facial Hair |
|---|---|---|---|---|---|---|

| Social Security 000 - 00 - 0000 | Address 315 WELCH STREET APT A  CANTON  MS | Telephone 00000 - 000 - 0000 |
|---|---|---|

| Employment | Work Address | Work Telephone 00000 - 000 - 0000 |
|---|---|---|

| Occupation | Driver's License |
|---|---|

| Person No 012 | Involvement PASSENGER | If Victim, Relationship to Offender (if applicable) | Confidential |
|---|---|---|---|

| Name CHRISTIAN  JACKSON | | | Race B | Gender M | HGT | WGT | Date of Birth 20/99/9999 |
|---|---|---|---|---|---|---|---|

| Age Then 04 | Age Today 000 | Hair | Eyes | Complexion | Build | Facial Hair |
|---|---|---|---|---|---|---|

| Social Security 000 - 00 - 0000 | Address 236 BOYD STREET  CANTON  MS | Telephone 00000 - 000 - 0000 |
|---|---|---|

| Employment | Work Address | Work Telephone 00000 - 000 - 0000 |
|---|---|---|

| Occupation | Driver's License |
|---|---|

| Person No 013 | Involvement OWNER | If Victim, Relationship to Offender (if applicable) | Confidential |
|---|---|---|---|

| Name FRIENDS OF CHILDREN | Race X | Gender X | HGT | WGT | Date of Birth 99/99/1999 |
|---|---|---|---|---|---|

| Age Then | Age Today 000 | Hair | Eyes | Complexion | Build | Facial Hair |
|---|---|---|---|---|---|---|

| Social Security 000 - 00 - 0000 | Address 454 TROLIO STREET  CANTON  MS | Telephone 00000 - 000 - 0000 |
|---|---|---|

| Employment | Work Address | Work Telephone 00000 - 000 - 0000 |
|---|---|---|

| Occupation | Driver's License |
|---|---|

## VEHICLES INVOLVED

| Vehicle No 001 | Vehicle Involvement ACCIDENT | Year 1995 | Make MACK TRUCKS | Model | Style DUMP TRUCK |
|---|---|---|---|---|---|

| Serial Number | Color (Top and Bottom) WHITE  WHITE | | Plate MS  B485015 | Expires 09 |
|---|---|---|---|---|

| Registered Owner | Legal Owner L&B TRUCKING |
|---|---|

| Comments |
|---|

| Addl Comments |
|---|

Complete Incident Report

| Vehicle No | Vehicle Involvement | | Year | Make | Model | | Style |
|---|---|---|---|---|---|---|---|
| **002** | **ACCIDENT** | | **2002** | **FREIGHTLINER TR** | | | **SCHOOL BUS** |

| Serial Number | Color (Top and Bottom) | | Plate | | Expires |
|---|---|---|---|---|---|
| | **YELLOW   YELLOW** | | **MS   SB3072** | | **10** |

| Registered Owner | Legal Owner |
|---|---|
| | **FRIENDS OF CHILDREN** |

| Comments |
|---|
| |

| Addl Comments |
|---|
| |

Complete Incident Report                                                                 Page 1 of 2



MADISON COUNTY SO
2941 U.S. Highway 51
Canton, MS 39046
Sheriff Randall Tucker
      601-859-2345

## INCIDENT REPORT

| Incident Number **SO10009371** | Report Date **05/29/10** | Report Time **16:39** | Day of Week **SATURDAY** | Primary Officer  ID# **4960  D-60 STRAIT, THOMAS** |
|---|---|---|---|---|

| Received **16:39** | Dispatched **16:42** | Arrived **17:07** | Cleared **17:21** | Occurred Between the Dates/Times Of: **05/29/10  16:39**  and:  **05/29/10  16:39** |
|---|---|---|---|---|

| Address (House No, Dir, Street) **326   ROCKY HILL RD** | City **CANTON, MS** | Address (Bldg, Unit, Apt) **Bldg:     Apt:** |
|---|---|---|

| Premise Type **RESIDENCE/HOME** | Zone/Beat | Grid/Tract | Subdivision **NON APPLICABLE** |
|---|---|---|---|

| Original Offense Description **ASSAULT-HARASSING PHONE CALLS** | Actual Offense Description **INFORMATION ONLY** | Weapons Involved **NONE** |
|---|---|---|

| UCR Description **ALL OTHER OFFENSES** | Attempt/Completed **C** | Forced Entry **N** | Call Disposition **REPORT FILED** |
|---|---|---|---|

| Additional Offenses | UCR Descriptions |
|---|---|

| Additional Information/Comments  **CALLER ADVISE SOMEBODY HAD CALLED HER PHONE AND THREATENED H ER** |
|---|

| Investigator Assigned | Status of the Incident |
|---|---|

| Supervisor #1 **Z-MCNEAL, MARY A** | Supervisor #2 **Z-MCNEAL, MARY A** |
|---|---|

## PERSONS INVOLVED

| Person No **001** | Involvement **CALLER** | If Victim, Relationship to Offender (if applicable) | Confidential |
|---|---|---|---|

| Name **DELORIS   SMITH** | Race **B** | Gender **F** | HGT **508** | WGT **190** | Date of Birth |
|---|---|---|---|---|---|

| Age Then **49** | Age Today **056** | Hair **BLACK** | Eyes **BROWN** | Complexion **BLACK** | Build **MEDIUM** | Facial Hair **NOT APPLIC** |
|---|---|---|---|---|---|---|

| Social Security | Address **326 ROCKY HILL ROAD   CAMDEN   MS** | Telephone **76900 - 233 - 4107** |
|---|---|---|

| Employment | Work Address | Work Telephone **00000 - 000 - 0000** |
|---|---|---|

| Occupation | Driver's License |
|---|---|

| Person No **002** | Involvement **SUSPECT** | If Victim, Relationship to Offender (if applicable) | Confidential |
|---|---|---|---|

| Name **PATRICIA   GRIFFIN** | Race **B** | Gender **F** | HGT **999** | WGT **999** | Date of Birth **99/99/9999** |
|---|---|---|---|---|---|

| Age Then **0** | Age Today **000** | Hair **UNKNOWN** | Eyes **UNKNOWN** | Complexion **UNKNOWN** | Build **UNKNOWN** | Facial Hair **NOT APPLIC** |
|---|---|---|---|---|---|---|

| Social Security **999 - 99 - 9999** | Address **MS** | Telephone **76900 - 000 - 0000** |
|---|---|---|

Complete Incident Report                                                    Page 2 of 2

| Employment | Work Address | Work Telephone |
|---|---|---|
| | | **00000 - 000 - 0000** |

| Occupation | Driver's License |
|---|---|
| | |

### NARRATIVE DATA

ON 05-28-10 I DEPUTY STRAIT WAS DISPATCHED TO 326 ROCKY HILL ROAD TO TAKE A
REPORT ON HARASSING PHONE CALLS. WHEN I ARRIVED I MEET WITH DELOURIS SMITH
WHO TOLD ME HER COUSIN IS CALLING HER AND THREATENING TO SHOOT HER BECAUSE
SHE THINKS MRS. SMITH IS MESSING WITH HER BOYFRIEND. MRS. SMITH WAS NOT ABLE TO
GIVE ME ANY OTHER INFORMATION THAT WOULD HELP IN THE INVESTIGATION. 326 ROCKY
HILL ROAD IS NOT ON FILE...EOR

Complete Incident Report                                                    Page 1 of 3



**MADISON COUNTY SO**
2941 U.S. Highway 51
Canton, MS 39046
Sheriff Randall Tucker
601-859-2345

## INCIDENT REPORT

| Incident Number | Report Date | Report Time | Day of Week | Primary Officer |
|---|---|---|---|---|
| SO10019256 | 10/18/10 | 15:47 | MONDAY | ID# 1990   Z-GAGNARD, ANTHONY C |

| Received | Dispatched | Arrived | Cleared | Occurred Between the Dates/Times Of: | |
|---|---|---|---|---|---|
| 15:47 | 15:47 | 15:54 | 16:49 | 10/18/10  15:47   and:   10/18/10  15:47 | |

| Address (House No, Dir, Street) | City | Address (Bldg, Unit, Apt) |
|---|---|---|
| 644   CHURCH RD | MADISON, MS | Bldg:   Apt: |

| Premise Type | Zone/Beat | Grid/Tract | Subdivision |
|---|---|---|---|
| PARKING LOT | 10-6 AT THE SO | | ALL OTHER |

| Original Offense Description | Actual Offense Description | Weapons Involved |
|---|---|---|
| LARCENY | BURGLARY-AUTO | UNKNOWN |

| UCR Description | Attempt/Completed | Forced Entry | Call Disposition |
|---|---|---|---|
| LARCENY-LARCENY FR MOTOR VEH | C | | REPORT FILED |

| Additional Offenses | UCR Descriptions |
|---|---|
| | |

| Additional Information/Comments |
|---|
| WAREHOUSE# 8 BEHIND JOHNSON CONTROL - R/P SUSPECTS JOHNNY VANCE HAS TAKEN MONEY FROM HER PURSE / COMPL IN WHI SUV |

| Investigator Assigned | Status of the Incident |
|---|---|
| | |

| Supervisor #1 | Supervisor #2 |
|---|---|
| Z-MCNEAL, MARY A | Z-MCNEAL, MARY A |

## PERSONS INVOLVED

| Person No | Involvement | If Victim, Relationship to Offender (if applicable) | Confidential |
|---|---|---|---|
| 001 | CALLER | | |

| Name | | Race | Gender | HGT | WGT | Date of Birth |
|---|---|---|---|---|---|---|
| DELOURIS  JEAN  SMITH | | B | F | 509 | 170 | |

| Age Then | Age Today | Hair | Eyes | Complexion | Build | Facial Hair |
|---|---|---|---|---|---|---|
| 49 | 056 | BLACK | BROWN | MEDIUM | MEDIUM | NOT APPLIC |

| Social Security | Address | Telephone |
|---|---|---|
| | 326 ROCKY HILL RD   PICKENS   MS | 60100 - 497 - 9517 |

| Employment | Work Address | Work Telephone |
|---|---|---|
| ANM SERVICES | 644 CHURCH RD | 00000 - 000 - 0000 |

| Occupation | Driver's License |
|---|---|
| | |

| Person No | Involvement | If Victim, Relationship to Offender (if applicable) | Confidential |
|---|---|---|---|
| 002 | FIELD INTERVIEW | | |

| Name | | Race | Gender | HGT | WGT | Date of Birth |
|---|---|---|---|---|---|---|
| JOHNNY  LEE  VANCE | | B | M | 509 | 120 | |

| Age Then | Age Today | Hair | Eyes | Complexion | Build | Facial Hair |
|---|---|---|---|---|---|---|
| 22 | 030 | BLACK | BROWN | MEDIUM | SLIM | CLEAN SHAV |

| Social Security | Address | Telephone |
|---|---|---|
| | 835 ACADEMY PARK DR  CANTON  MS | 60100 - 000 - 0000 |

Complete Incident Report

| Employment | | Work Address | | Work Telephone |
|---|---|---|---|---|
| ANM SERVICES | | 644 CHURCH RD | | 00000 - 000 - 0000 |
| Occupation | | Driver's License | | |

| Person No | Involvement | If Victim, Relationship to Offender (if applicable) | Confidential |
|---|---|---|---|
| 003 | FIELD INTERVIEW | | |

| Name | | Race | Gender | HGT | WGT | Date of Birth |
|---|---|---|---|---|---|---|
| CHRISTIE  BYRD | | B | F | 999 | 999 | |

| Age Then | Age Today | Hair | Eyes | Complexion | Build | Facial Hair |
|---|---|---|---|---|---|---|
| 21 | 028 | BLACK | BROWN | MEDIUM | MEDIUM | NOT APPLIC |

| Social Security | Address | Telephone |
|---|---|---|
| | 619 JAMES ST  CANTON  MS | 60100 - 000 - 0000 |

| Employment | Work Address | Work Telephone |
|---|---|---|
| ANM SERVICES | 644 CHURCH RD | 00000 - 000 - 0000 |
| Occupation | Driver's License | |

## PROPERTY INVOLVED

| Article No | Property Involvement | Make | Model | Serial Number |
|---|---|---|---|---|
| 001 | STOLEN | US CURRENCY | N/A | N/A |

| Quanity | Color | In House Description | UCR Description |
|---|---|---|---|
| 240 | N/A | CASH, COINS, CU | MONEY |

| Date / Value Stolen | Date / Value Recovered | Date / Value Damaged/Received |
|---|---|---|
| 10/18/10   $240 | 00/00/00   $0 | 00/00/00   $ |

| Comments |
|---|
| |

| Article No | Property Involvement | Make | Model | Serial Number |
|---|---|---|---|---|
| 002 | STOLEN | UNK | WALLET | |

| Quanity | Color | In House Description | UCR Description |
|---|---|---|---|
| 1 | PINK AND BLACK | PURSE, WALLET, | PURSES/HANDBAGS/WALL |

| Date / Value Stolen | Date / Value Recovered | Date / Value Damaged/Received |
|---|---|---|
| 10/18/10   $20 | 00/00/00   $0 | 00/00/00   $ |

| Comments |
|---|
| WALLET ALSO CONTAINED HER MS DRIVERS LICENSE, HER SS CARD, AND HER CHILDRENS SS CARDS. |

## VEHICLES INVOLVED

| Vehicle No | Vehicle Involvement | Year | Make | Model | Style |
|---|---|---|---|---|---|
| 001 | VICTIM'S | 2000 | ISUZU | RLL | PASSENGER |

| Serial Number | Color (Top and Bottom) | Plate | Expires |
|---|---|---|---|
| 4S2CK58WXY4346840 | WHITE   WHITE | MS  MCE378 | 11 |

| Registered Owner | Legal Owner |
|---|---|
| DELOURIS  SMITH | DELOURIS  SMITH |

| Comments |
|---|
| |

| Addi Comments |
|---|
| |

## NARRATIVE DATA

ON 10/18/10 I, DEPUTY GAGNARD, RESPONDED TO 644 CHURCH RD, ANM SERVICES WAREHOUSE NUMBER 8, IN REFERENCE TO AN AUTO BURGLARY. UPON ARRIVAL I SPOKE WITH THE COMPLAINANT, DELOURIS SMITH, WHO ADVISED THAT ON THIS DATE BETWEEN 1145 HOURS AND 1600 HOURS SOMEONE STOLE HER WALLET FROM HER VEHICLE. THE WALLET WAS PINK AND BLACK IN COLOR AND CONTAINED $240.00 IN CASH, HER MS

DRIVERS LICENSE, HER SS CARD, AND HER CHILDRENS SS CARDS. SHE ADVISED ME THAT HER WALLET WAS INSIDE HER PURSE WHICH WAS SITTING ON THE FRONT PASSENGER SEAT OF HER VEHICLE, AND THAT THE VEHICLE DOORS WERE NOT LOCKED. SHE ADVISED ME THAT THE VEHICLE WAS SITTING IN THE PARKING LOT NEXT TO THE BUILDING AT THIS LOCATION. THE COMPLAINANT ADVISED ME THAT SHE, HER DAUGHTER, AND TWO OTHER WAREHOUSE WORKERS ALL WENT TO LUNCH IN HER CAR TODAY, AND THAT THE TWO OTHER WORKERS SAW THAT SHE HAD MONEY IN HER WALLET. THE OTHER TWO WORKERS WERE IDENTIFIED AS JOHNNY VANCE AND CHRISTIE BYRD. I SPOKE WITH BOTH OF THESE SUBJECTS SEPARATELY, AND BOTH OF THEM DENIED TAKING THE MONEY OR HAVING ANY KNOWLEDGE OF WHAT MIGHT HAVE HAPPENED TO THE MONEY. UPON FURTHER INVESTIGATION I LEARNED THAT JOHNNY VANCE HAS BEEN PREVIOUSLY ARRESTED BY CANTON PD FOR RECEIVING STOLEN PROPERTY. I DID ASK BOTH MR VANCE AND MS BYRD IF THEY WOULD VOLUNTARILY EMPTY THEIR POCKETS AND BOTH DID SO, BUT NO MONEY WAS DISCOVERED. THE COMPLAINANT WAS VERY ADAMANT THAT MR VANCE WAS INVOLVED IN THIS, BUT SHE WAS UNABLE TO PROVIDE ME WITH ANY PROOF OR EVIDENCE TO SUPPORT HER ACCUSATION. SHE WAS GIVEN A CASE CARD. END OF REPORT.

Complete Incident Report                                                                                          Page 1 of 2



MADISON COUNTY SO
2941 U.S. Highway 51
Canton, MS 39046
Sheriff Randall Tucker
        601-859-2345

## INCIDENT REPORT

| Incident Number SO14006905 | Report Date 05/03/14 | Report Time 17:30 | Day of Week SATURDAY | Primary Officer ID# 2247   NEWSOME, NEWMAN |
|---|---|---|---|---|

| Received 17:30 | Dispatched 17:39 | Arrived 18:05 | Cleared 18:21 | Occurred Between the Dates/Times Of: 05/03/14  17:30   and:   05/03/14  17:30 |
|---|---|---|---|---|

| Address (House No, Dir, Street) 0   NOT ON FILE | City PICKENS, MS | Address (Bldg, Unit, Apt) Bldg:      Apt: |
|---|---|---|

| Premise Type HIGHWAY/ROAD/ALLEY | Zone/Beat 10-6 AT THE SO | Grid/Tract | Subdivision NON APPLICABLE |
|---|---|---|---|

| Original Offense Description ACCIDENT WITH ANIMAL | Actual Offense Description ACCIDENT WITH ANIMAL | Weapons Involved UNKNOWN |
|---|---|---|

| UCR Description ALL OTHER OFFENSES | Attempt/Completed C | Forced Entry | Call Disposition REPORT FILED |
|---|---|---|---|

| Additional Offenses | UCR Descriptions |
|---|---|

Additional Information/Comments
VEH VS DEER //

| Investigator Assigned | Status of the Incident |
|---|---|

| Supervisor #1 SMITH, GEORGE DARIAN | Supervisor #2 SMITH, GEORGE DARIAN |
|---|---|

## PERSONS INVOLVED

| Person No 001 | Involvement CALLER | If Victim, Relationship to Offender (if applicable) | Confidential |
|---|---|---|---|

| Name ALBERT   JONES | Race 000 | Gender 000 | HGT 000 | WGT 000 | Date of Birth 00/00/0000 |
|---|---|---|---|---|---|

| Age Then | Age Today 000 | Hair | Eyes | Complexion | Build | Facial Hair |
|---|---|---|---|---|---|---|

| Social Security 000 - 00 - 0000 | Address | Telephone 00000 - 000 - 0000 |
|---|---|---|

| Employment | Work Address | Work Telephone 00000 - 000 - 0000 |
|---|---|---|

| Occupation | Driver's License |
|---|---|

| Person No 002 | Involvement VICTIM-COMPLAINANT | If Victim, Relationship to Offender (if applicable) | Confidential |
|---|---|---|---|

| Name DELOURIS JEAN SMITH | Race B | Gender F | HGT 509 | WGT 170 | Date of Birth |
|---|---|---|---|---|---|

| Age Then 52 | Age Today 056 | Hair BLACK | Eyes BROWN | Complexion FAIR | Build UNKNOWN | Facial Hair UNKNOWN |
|---|---|---|---|---|---|---|

| Social Security | Address 326 ROCKYHILL ROAD  PICKENS  MS | Telephone 00000 - 000 - 0000 |
|---|---|---|

| Employment | Work Address | Work Telephone 00000 - 000 - 0000 |
|---|---|---|

Complete Incident Report

Page 2 of 2

| Occupation | Driver's License |
|---|---|
|  | **MS802057721** |

## VEHICLES INVOLVED

| Vehicle No **001** | Vehicle Involvement **ACCIDENT** | | Year **2002** | Make **DODGE** | | Model **INTREPID** | Style **HARDTOP 4** |
|---|---|---|---|---|---|---|---|

| Serial Number **2B3HD56M62H244234** | Color (Top and Bottom) **WHITE   WHITE** | | | | Plate **MS   MAR244** | Expires **15** |
|---|---|---|---|---|---|---|

| Registered Owner **DELOURS  SMITH** | Legal Owner **SAME AS ABOVE** |
|---|---|

| Comments |
|---|
|  |

| Addl Comments |
|---|
|  |

### NARRATIVE DATA

On Saturday May 3, 2014 Deputy Bernard Newsome, Jr was dispatched to 326 Rocky Hill Road to speak with a complainant in reference to an accident involving a deer. Upon arrival Deputy Newsome came in contact with a b/f who was identified as Delouris J. Smith. Ms. Smith stated that around 5am or 6am she was traveling west on Loring Road when a deer ran into the driver's side area of vehicle, which caused minor damage. No further information End Of report.



MADISON COUNTY SO
2941 U.S. Highway 51
Canton, MS 39046
Sheriff Randall Tucker
601-859-2345

## INCIDENT REPORT

| Incident Number SO14009378 | Report Date 06/15/14 | Report Time 21:51 | Day of Week SUNDAY | Primary Officer ID# 2705  JONES, ALBERT JR |
|---|---|---|---|---|

| Received 21:51 | Dispatched 21:53 | Arrived 22:09 | Cleared 22:35 | Occurred Between the Dates/Times Of: 06/15/14  21:51   and:   06/15/14  21:51 |
|---|---|---|---|---|

| Address (House No, Dir, Street) 326   ROCKY HILL RD | City CANTON, MS | Address (Bldg, Unit, Apt) Bldg:     Apt: |
|---|---|---|

| Premise Type | Zone/Beat | Grid/Tract | Subdivision ALL OTHER |
|---|---|---|---|

| Original Offense Description DISTURBANCE-FAMILY | Actual Offense Description DISTURBANCE-FAMILY | Weapons Involved |
|---|---|---|

| UCR Description | Attempt/Completed C | Forced Entry | Call Disposition HBO (HANDLED BY OFFICER) |
|---|---|---|---|

| Additional Offenses | UCR Descriptions |
|---|---|

**Additional Information/Comments**
ALBERT SMITH / INTOXICATED / VERBAL , THEATENING TO JUMP ON
HER

| Investigator Assigned | Status of the Incident |
|---|---|

| Supervisor #1 | Supervisor #2 |
|---|---|

## PERSONS INVOLVED

| Person No 001 | Involvement CALLER | If Victim, Relationship to Offender (if applicable) | Confidential |
|---|---|---|---|

| Name DELORIS   SMITH | Race | Gender | HGT | WGT | Date of Birth 00/00/0000 |
|---|---|---|---|---|---|

| Age Then | Age Today 000 | Hair | Eyes | Complexion | Build | Facial Hair |
|---|---|---|---|---|---|---|

| Social Security 000 - 00 - 0000 | Address | Telephone 60100 - 519 - 7796 |
|---|---|---|

| Employment | Work Address | Work Telephone 00000 - 000 - 0000 |
|---|---|---|

| Occupation | Driver's License |
|---|---|



MADISON COUNTY SO
2941 U.S. Highway 51
Canton, MS 39046
Sheriff Randall Tucker
601-859-2345

## INCIDENT REPORT

| Incident Number SO15015649 | Report Date 09/24/15 | Report Time 19:03 | Day of Week THURSDAY | Primary Officer ID# 1165   CHANDLER, BARRY |
|---|---|---|---|---|

| Received 19:03 | Dispatched 19:04 | Arrived 19:18 | Cleared 19:53 | Occurred Between the Dates/Times Of: 09/24/15  19:03   and:   09/24/15  19:03 |
|---|---|---|---|---|

| Address (House No, Dir, Street) 326  ROCKY HILL RD | City PICKENS, MS | Address (Bldg, Unit, Apt) Bldg:   Apt: |
|---|---|---|

| Premise Type | Zone/Beat 10-6 AT THE SO | Grid/Tract | Subdivision NON APPLICABLE |
|---|---|---|---|

| Original Offense Description DISTURBANCE-DISORDERLY CONDUCT | Actual Offense Description DISTURBANCE-DISORDERLY CONDUCT | Weapons Involved |
|---|---|---|

| UCR Description | Attempt/Completed C | Forced Entry | Call Disposition REPORT FILED |
|---|---|---|---|

| Additional Offenses | UCR Descriptions |
|---|---|

**Additional Information/Comments**
CALLER ADVISED HER STEP DAUGHTER IS TRYING TO FIGHT HER / LE
AH SMITH 20

| Investigator Assigned | Status of the Incident |
|---|---|

| Supervisor #1 | Supervisor #2 |
|---|---|

## PERSONS INVOLVED

| Person No 001 | Involvement CALLER | If Victim, Relationship to Offender (if applicable) | Confidential |
|---|---|---|---|

| Name DELORES   SMITH | Race | Gender | HGT | WGT | Date of Birth 00/00/0000 |
|---|---|---|---|---|---|

| Age Then | Age Today 000 | Hair | Eyes | Complexion | Build | Facial Hair |
|---|---|---|---|---|---|---|

| Social Security 000 - 00 - 0000 | Address | Telephone 66200 - 704 - 0945 |
|---|---|---|

| Employment | Work Address | Work Telephone 00000 - 000 - 0000 |
|---|---|---|

| Occupation | Driver's License |
|---|---|

Complete Incident Report

Page 1 of 1



MADISON COUNTY SO
2941 U.S. Highway 51
Canton, MS 39046
Sheriff Randall Tucker
601-859-2345

## INCIDENT REPORT

| Incident Number SO16005142 | Report Date 04/02/16 | Report Time 19:17 | Day of Week SATURDAY | Primary Officer ID# 515  ABELS, PERRY C. | | |
|---|---|---|---|---|---|---|
| Received 19:17 | Dispatched 19:17 | Arrived 19:37 | Cleared 20:00 | Occurred Between the Dates/Times Of: 04/02/16  19:17  and:  04/02/16  19:17 | | |

| Address (House No, Dir, Street) 326  ROCKY HILL RD | City CANTON, MS | Address (Bldg, Unit, Apt) Bldg:    Apt: |
|---|---|---|

| Premise Type | Zone/Beat | Grid/Tract | Subdivision NON APPLICABLE |
|---|---|---|---|

| Original Offense Description DISTURBANCE-DOMESTIC VIOLENCE | Actual Offense Description DISTURBANCE-DOMESTIC VIOLENCE | Weapons Involved |
|---|---|---|

| UCR Description | Attempt/Completed C | Forced Entry | Call Disposition HBO (HANDLED BY OFFICER) |
|---|---|---|---|

| Additional Offenses | UCR Descriptions |
|---|---|

**Additional Information/Comments**
HUSBAND INTOX ALBERT SMITH 801305004 GRABBED HER AROUND HER NECK // R/P 802057721 / VERBAL ONLY

| Investigator Assigned | Status of the Incident |
|---|---|
| Supervisor #1 | Supervisor #2 |

## PERSONS INVOLVED

| Person No 001 | Involvement CALLER | If Victim, Relationship to Offender (if applicable) | | | | Confidential |
|---|---|---|---|---|---|---|

| Name DELOURIS   SMITH | Race | Gender | HGT | WGT | Date of Birth 00/00/0000 |
|---|---|---|---|---|---|

| Age Then | Age Today 000 | Hair | Eyes | Complexion | Build | Facial Hair |
|---|---|---|---|---|---|---|

| Social Security 000 - 00 - 0000 | Address | Telephone 66200 - 739 - 0996 |
|---|---|---|

| Employment | Work Address | Work Telephone 00000 - 000 - 0000 |
|---|---|---|

| Occupation | Driver's License |
|---|---|



**MADISON COUNTY SO**
2941 U.S. Highway 51
Canton, MS 39046
Sheriff Randall Tucker
601-859-2345

## INCIDENT REPORT

| Incident Number SO16019708 | Report Date 12/18/16 | Report Time 01:13 | Day of Week SUNDAY | Primary Officer ID# 4340  REDD, DAVID B |
|---|---|---|---|---|

| Received 01:13 | Dispatched 01:14 | Arrived 01:33 | Cleared 03:49 | Occurred Between the Dates/Times Of: 12/18/16  01:13  and:  12/18/16  01:13 |
|---|---|---|---|---|

| Address (House No, Dir, Street) 326  ROCKY HILL RD | City PICKENS, MS | Address (Bldg, Unit, Apt) Bldg:     Apt: |
|---|---|---|

| Premise Type RESIDENCE/HOME | Zone/Beat NORTH | Grid/Tract | Subdivision NON APPLICABLE |
|---|---|---|---|

| Original Offense Description DISTURBANCE-FAMILY | Actual Offense Description DISTURBANCE-FAMILY | Weapons Involved KNIFE/CUTTING INSTRUMENT |
|---|---|---|

| UCR Description ALL OTHER OFFENSES | Attempt/Completed C | Forced Entry N | Call Disposition ARREST MADE |
|---|---|---|---|

| Additional Offenses | UCR Descriptions |
|---|---|

Additional Information/Comments
ALBERT SMITH WAS TRYING TO RAPE A 28 YR OLD FEMALE, HAD A KN
IFE AT THE SON // ALBERT SMITH // 1 IN CUSTODY 1:52

| Investigator Assigned | Status of the Incident |
|---|---|

| Supervisor #1 MOORE, SLADE | Supervisor #2 MOORE, SLADE |
|---|---|

## PERSONS INVOLVED

| Person No 001 | Involvement CALLER | If Victim, Relationship to Offender (if applicable) | | Confidential |
|---|---|---|---|---|

| Name DELOURIS  JEAN  SMITH | | Race B | Gender F | HGT 509 | WGT 180 | Date of Birth |
|---|---|---|---|---|---|---|

| Age Then 55 | Age Today 056 | Hair BLACK | Eyes BROWN | Complexion DARK BROWN | Build MEDIUM | Facial Hair NOT APPLIC |
|---|---|---|---|---|---|---|

| Social Security | Address 326 ROCKY HILL RD  PICKENS  MS | Telephone 66200 - 739 - 0996 |
|---|---|---|

| Employment | Work Address | Work Telephone 00000 - 000 - 0000 |
|---|---|---|

| Occupation | Driver's License MS802057721 |
|---|---|

| Person No 002 | Involvement ARREST | If Victim, Relationship to Offender (if applicable) | | Confidential |
|---|---|---|---|---|

| Name ALBERT   SMITH | | Race B | Gender M | HGT 510 | WGT 240 | Date of Birth |
|---|---|---|---|---|---|---|

| Age Then 52 | Age Today 053 | Hair BLACK | Eyes BROWN | Complexion DARK BROWN | Build BROAD | Facial Hair NOT APPLIC |
|---|---|---|---|---|---|---|

| Social Security | Address 326 ROCKY HILL RD  PICKENS  MS | Telephone 00000 - 000 - 0000 |
|---|---|---|

| Employment RETIRED PECOS | | Work Address | Work Telephone 00000 - 000 - 0000 |
| Occupation | | Driver's License MS801305004 | |

| Person No 003 | Involvement INVOLVED | | If Victim, Relationship to Offender (if applicable) | | Confidential |

| Name TYRONE LORENZO WILSON | | | Race B | Gender M | HGT 509 | WGT 157 | Date of Birth |

| Age Then 37 | Age Today 038 | Hair BLACK | Eyes BROWN | Complexion DARK BROWN | Build SLIM | | Facial Hair GOATEE |

| Social Security | | Address 316 ROCKY HILL RD   PICKENS   MS | | Telephone 76900 - 234 - 0716 |
| Employment | | Work Address | | Work Telephone 00000 - 000 - 0000 |
| Occupation | | Driver's License MS802151013 | |

| Person No 004 | Involvement INVOLVED | | If Victim, Relationship to Offender (if applicable) | | Confidential |

| Name DANNA   THOMAS | | | Race B | Gender F | HGT 509 | WGT 128 | Date of Birth |

| Age Then 28 | Age Today 029 | Hair BLACK | Eyes BROWN | Complexion MEDIUM BRO | Build SMALL | | Facial Hair NOT APPLIC |

| Social Security | | Address 105 LASHONDA CR   CANTON   MS | | Telephone 60100 - 407 - 4749 |
| Employment | | Work Address | | Work Telephone 00000 - 000 - 0000 |
| Occupation | | Driver's License MS802218118 | |

### NARRATIVE DATA

On December 18, 2016 (Sunday), I Deputy David Redd (MCSO 42) received a disturbance call on 326 Rocky Hill Rd. Dispatch also stated that the offender had a knife and was trying to stab the son (Tyrone Wilson). When I arrived I spoke with the son, Tyrone Wilson. He said he was in another room with his girlfriend when the house lights went out. He got up to check to see what happened. When he was walking through the den, he noticed Albert Smith standing over his cousin, Danna Thomas with his hand in her pants in what appeared to be Albert playing with Danna's vagina. Danna was passed out asleep and was unaware of Albert's touching. Tyrone said he stood there for a moment to make sure he actually saw what he thought and when he was sure, he confronted Albert. Albert became angry and went to the kitchen and grabbed a kitchen knife and tried to assault Tyrone with the knife. The mother, Delouris Smith was asleep on the other couch close to where Danna was. She woke up along with Danna to see Albert trying to attack Tyrone with the knife. Delouris got in between them to keep Albert from stabbing Tyrone. Delouris stated Albert calmed down and placed the knife down and Tyrone left the house, but Tyrone returned. When I spoke to Danna, she told me she was unaware that Albert was touching her. Delouris said she did not see Albert touching her, but she awoke to the disturbance between Albert and Tyrone. I spoke with Albert and he denied all of it, but he appeared extremely drunk and was causing problems within the house mouthing back and forth with Delouris. Deputy Bernard Newsome (MCSO 35) arrived on scene and we placed Albert in custody. I told Tyrone and Danna they could file charges on Albert. I charged Albert with Disturbing the Peace and he was given a $500 bond.

End of Report
Deputy David Redd MCSO 42
December 18, 2016

Complete Incident Report                                                                Page 1 of 1



MADISON COUNTY SO
2941 U.S. Highway 51
Canton, MS 39046
Sheriff Randall Tucker
601-859-2345

## INCIDENT REPORT

| Incident Number | Report Date | Report Time | Day of Week | Primary Officer |
|---|---|---|---|---|
| SO17005132 | 04/05/17 | 22:18 | WEDNESDAY | ID# 1914  FLAX, ELTON P |

| Received | Dispatched | Arrived | Cleared | Occurred Between the Dates/Times Of: |
|---|---|---|---|---|
| 22:18 | 22:18 | 22:46 | 00:29 | 04/05/17  22:18    and:    04/05/17  22:18 |

| Address (House No, Dir, Street) | City | Address (Bldg, Unit, Apt) |
|---|---|---|
| 326   ROCKY HILL RD | CANTON, MS | Bldg:    Apt: |

| Premise Type | Zone/Beat | Grid/Tract | Subdivision |
|---|---|---|---|
| | | | ALL OTHER |

| Original Offense Description | Actual Offense Description | Weapons Involved |
|---|---|---|
| DISTURBANCE | DISTURBANCE | |

| UCR Description | Attempt/Completed | Forced Entry | Call Disposition |
|---|---|---|---|
| | C | | REPORT FILED |

| Additional Offenses | UCR Descriptions |
|---|---|
| | |

**Additional Information/Comments**
ALBERT SMITH (INTOXICATED) GRABBED R/P'S ARM; THEN BROKE TRU
CK WINDOW; @ 336 ROCKY HILL RD (KNIVES IN HOUSE)

| Investigator Assigned | Status of the Incident |
|---|---|
| | |

| Supervisor #1 | Supervisor #2 |
|---|---|
| | |

## PERSONS INVOLVED

| Person No | Involvement | If Victim, Relationship to Offender (if applicable) | Confidential |
|---|---|---|---|
| 001 | CALLER | | |

| Name | Race | Gender | HGT | WGT | Date of Birth |
|---|---|---|---|---|---|
| DELORIS   SMITH | | | | | 00/00/0000 |

| Age Then | Age Today | Hair | Eyes | Complexion | Build | Facial Hair |
|---|---|---|---|---|---|---|
| | 000 | | | | | |

| Social Security | Address | Telephone |
|---|---|---|
| 000 - 00 - 0000 | | 66200 - 739 - 0996 |

| Employment | Work Address | Work Telephone |
|---|---|---|
| | | 00000 - 000 - 0000 |

| Occupation | Driver's License |
|---|---|
| | |



MADISON COUNTY SO
2941 U.S. Highway 51
Canton, MS 39046
Sheriff Randall Tucker
601-859-2345

## INCIDENT REPORT

| Incident Number SO17017613 | Report Date 11/26/17 | Report Time 12:40 | Day of Week SUNDAY | Primary Officer ID# 1963  EVANS, JOEL | |
|---|---|---|---|---|---|
| Received 12:40 | Dispatched 12:40 | Arrived 12:40 | Cleared 13:07 | Occurred Between the Dates/Times Of: 11/26/17  12:14   and:   11/26/17  12:14 | |

| Address (House No, Dir, Street) LORING RD / TRUITT RD | City CANTON, MS | Address (Bldg, Unit, Apt) Bldg:    Apt: |
|---|---|---|
| Premise Type HIGHWAY/ROAD/ALLEY | Zone/Beat | Grid/Tract | Subdivision |

| Original Offense Description AMBULANCE CALL | Actual Offense Description AMBULANCE CALL | Weapons Involved UNKNOWN |
|---|---|---|

| UCR Description ALL OTHER OFFENSES | Attempt/Completed C | Forced Entry | Call Disposition AMBULANCE (TRANSPORT) |
|---|---|---|---|
| Additional Offenses | | UCR Descriptions | |

**Additional Information/Comments**
CALLER ADV HIS STEP FATHER IS HAVING A POSSIBLE HEART ATTACK
PAFFORD 466

| Investigator Assigned | Status of the Incident |
|---|---|
| Supervisor #1 SQUIRES, TOMMY | Supervisor #2 SQUIRES, TOMMY |

## PERSONS INVOLVED

| Person No 001 | Involvement VICTIM-COMPLAINANT | If Victim, Relationship to Offender (if applicable) | | Confidential |
|---|---|---|---|---|
| Name ALBERT   SMITH | | Race B | Gender M | HGT 999 | WGT 999 | Date of Birth |

| Age Then 053 | Age Today 053 | Hair UNKNOWN | Eyes UNKNOWN | Complexion UNKNOWN | Build UNKNOWN | Facial Hair UNKNOWN |
|---|---|---|---|---|---|---|
| Social Security | Address 326 ROCKY HILL RD  PICKENS  MS | | Telephone 66200 - 739 - 2526 | | | |
| Employment | Work Address | | Work Telephone 00000 - 000 - 0000 | | | |
| Occupation | Driver's License | | | | | |

| Person No 002 | Involvement REPORTING PARTY | If Victim, Relationship to Offender (if applicable) | | Confidential |
|---|---|---|---|---|
| Name DELOURIS   SMITH | | Race B | Gender F | HGT 999 | WGT 999 | Date of Birth |

| Age Then 056 | Age Today 056 | Hair UNKNOWN | Eyes UNKNOWN | Complexion UNKNOWN | Build UNKNOWN | Facial Hair UNKNOWN |
|---|---|---|---|---|---|---|
| Social Security | Address 326 ROCKY HILL RD  PICKENS  MS | | Telephone 66200 - 739 - 0996 | | | |
| Employment | Work Address | | Work Telephone 00000 - 000 - 0000 | | | |

| Occupation | Driver's License |
|---|---|

### VEHICLES INVOLVED

| Vehicle No 001 | Vehicle Involvement VICTIM'S | Year 0000 | Make CHEVROLET | Model TRAILBLAZER | Style SPORT UTIL |
|---|---|---|---|---|---|

| Serial Number | Color (Top and Bottom) WHITE  WHITE | | Plate MS  MDY277 | Expires 18 |
|---|---|---|---|---|

| Registered Owner | Legal Owner |
|---|---|

| Comments |
|---|

| Addl Comments |
|---|

### NARRATIVE DATA

On 11/27/2017 at 12:40 p.m. I was traveling East on Loring Rd approaching Truitt Rd when I observed a black female in a white Chevrolet Trailblazer waiving from Truitt Rd. It appeared the female was trying to get my attention, so I slowed and pulled onto Truitt Rd and asked the female if she was okay. The female stated her husband, who was sitting in the front passenger seat, was having a heart attack. I notified dispatch, and EMS was dispatched to my location. I identified the female as Delouris Smith, and her husband(patient) as Albert Smith. Several minutes later a Valley View FD unit arrived on scene and rendered medical aid until Pafford Ambulance arrived. Albert Smith was transported to St. Dominic Hospital via Pafford Ambulance. EOR

Judge: _____

Case No.(s): _____

Arraignment Date: _____

Bond: _____

Defendant: **Smith Quincy**

Address: _____

SS # _____   SL # _____

Phone # _____

Employer: _____

Phone # of Employer: _____

Supervisor: _____   Verified: _____

Charges: **DWLS, No insurance**

_____

Affiant: _____   Date Subpoenaed: _____

_____

_____

Other Witnesses:

_____

_____

_____

_____

_____

_____

Bonding Companies: **Cash Bond**   App. Date: **8/8/12 9:00 a.m**

_____   Hearing Date: Sept 6, 9 a m

_____   Continued ___ to _____ for _____

_____   Continued ___ to _____ for _____

_____   Continued ___ to _____ for _____

Attorney: _____

Notes: **To present documentation**

_____

_____

**EXHIBIT**

WW

MADISON COUNTY JUSTICE COURT

CASE RECORD OF STATE VERSUS SMITH QUINCY CORDET

CASE: MSO00-99283    CHARGE DRIVING W/SUSPEND LIC

COURT DATE:    9/06/2012

SMITH QUINCY CORDET
109 SUNSET AVE
CANTON                MS 39046-0000

AFFIANT/WITNESS:  JOHNSON HUNT DEPUTY

ATTORNEY FOR DEF:  HON. GREGORY WEBER

BOND:    250.00  CASH AT JAIL #20546   JAIL RCPT#
APPEAL BOND:

========================================================
========================================================

O R D E R

DEFENDANT IS FOUND:  GUILTY_____

SENTENCE:
  GUILTY IN ABSENTIA. 48 HOURS, SUSPENDED
  CLERK ORDERED TO CONVERT CASH BOND AS APPLICABLE

FINE $ __200.00_____     COSTS $ __132.50    TOTAL $     332.50

SO ORDERED, THIS THE _____ DAY OF_____ 20/.)

DOC. 1868      PAGE  131      BY: _____
                                  JUSTICE COURT JUDGE

CASE: MSO00099283   VIOLATION DATE: 4/20/2012  DATE CLOSED:

MADISON COUNTY JUSTICE COURT

CASE RECORD OF STATE VERSUS SMITH QUINCY CORDEZ

CASE: MSO00-97576   CHARGE NO PROOF LIABILITY INSURANCE

COURT DATE:   9/06/2012

SMITH QUINCY CORDEZ
204 DOBSON AVE
CANTON          MS 39046-0000

AFFIANT/WITNESS:  JONES ALBERT COUNTY PATROL

ATTORNEY FOR DEF:

BOND:    650.00  CASH AT JAIL #20546   JAIL RCPT#
APPEAL BOND:

==================================================================
==================================================================

O R D E R

DEFENDANT IS FOUND:  GUILTY_____

SENTENCE:
 GUILTY IN ABSENTIA. CLERK ORDERED TO CONVERT CASH BOND AS APPLICABLE

FINE $ __500.00_____     COSTS $  132.50    TOTAL $     632.50

SO ORDERED, THIS THE ___ DAY OF_____2012

DOC. 1860      PAGE   80      BY:_____
                                JUSTICE COURT JUDGE

CASE: MSO00097576   VIOLATION DATE: 12/31/2011  DATE CLOSED:



Justice Court of Madison County
2961 S. Liberty Street
Canton, MS  39046
859-6337

To: SMITH QUINCY CORDET
    109 SUNSET AVE
    CANTON MS 39046

IMPORTANT NOTICE

THE STATE OF MISSISSIPPI          Date:  8/13/2012

vs:                               Cause No: MSO 00-099283

SMITH QUINCY CORDET

RE: DRIVING W/SUSPEND LIC

This is to notify you that the above styled case has been set for

TO PRESENT PROOF DOC     on the  6th day of September A. D. 2012

at  9:00 AM.  Your attendance is required.

MAMIE CHINN presiding.

                              Susan McCarty, Clerk
                              Madison County Justice Court

                    By: _____

                              Cheryl J Horn,DC          DC

     ALL COURT ORDERED FINES AND COST ARE DUE ON COURT DATE
    WE DO NOT ACCEPT PERSONAL CHECKS OR DEBIT CARDS OR ATM CARDS

Justice Court of Madison County
2961 S. Liberty Street
Canton, MS  39046
859-6337

To: SMITH QUINCY CORDEZ
    204 DOBSON AVE
    CANTON MS 39046

IMPORTANT NOTICE

THE STATE OF MISSISSIPPI             Date:  8/13/2012

vs:                                  Cause No: MSO 00-097576

SMITH QUINCY CORDEZ

RE: NO PROOF LIABILITY INSURANCE

This is to notify you that the above styled case has been set for
TO PRESENT PROOF DOC     on the  6th day of September A. D. 2012
at  9:00 AM.  Your attendance is required.
MAMIE CHINN presiding.

                                    Susan McCarty, Clerk
                                    Madison County Justice Court

                           By: _____

                           Cheryl J Horn,DC              DC

**ALL COURT ORDERED FINES AND COST ARE DUE ON COURT DATE**
**WE DO NOT ACCEPT PERSONAL CHECKS OR DEBIT CARDS OR ATM CARDS**

Justice Court of Madison County
2961 S. Liberty Street
Canton, MS  39046
859-6337

To: SMITH QUINCY CORDET
    204 DOBSON AVE
    CANTON MS 39046

IMPORTANT NOTICE

THE STATE OF MISSISSIPPI          Date:  5/18/2012

vs:                               Cause No:  MSO 00-099283

SMITH QUINCY CORDET DRIVING W/SUSPEND LIC

This is to notify you that the above styled case has been set for
TO PRESENT PROOF DOC       on the 8th day of    August A. D. 2012
at  9:00 AM    Your attendance is required.
MAMIE CHINN presiding.

                                  Susan McCarty, Clerk
                                  Madison County Justice Court

                          By: _____

                                  Mary Luckett.DC              DC

ALL COURT ORDERED FINES AND COST ARE DUE ON COURT DATE
WE DO NOT ACCEPT PERSONAL CHECKS OR DEBIT CARDS OR ATM CARDS

4/21/12          MADISON CRIMINAL INFORMATION SYSTEM          BK0000048125-003

QUINCY C. SMITH              ****** RECEIPT ******    NUMBER 20,546
XXX-XX-2958

    STATE OF MISSISSIPPI          *Not enough money*

    MADISON COUNTY


    COURT          **** CHARGE ****        ** COURT DATE ** BOND AMOUNT *
    JUSTICE     Driving with Suspended/revoked   0/00/00      250.00   CASH BON
    JUSTICE     Failure of Owner or Operator o   0/00/00      650.00   CASH BON *MSO 97576*

MO # 14466115042       CASH BOND ..........    $     900.00

                       BOND FEES ..........    $      25.00


                       TOTAL ..............    $     925.00


                              OFFICER: *Jemma L. Kelly 0444*

SMITH, Quincy C.

3

Judge:

Case No(s):

Arraignment Date:

Bond:

Defendant: Smith, Quincy C.

Address:

SS #                                          SID:

Phone #

Employer:

Phone # of Employer:

Supervisor:_____    Verified:_____

Charges: Driving while License suspended

Affiant:_____    Date Subpoenaed:_____

Other Witnesses:

Bonding Companies:_____    App. Date: 02-20-13 @ 9am

Hearing Date:_____

Continued   to_____for_____

Continued   to_____for_____

Continued   to_____for_____

Attorney:

Notes: To present proof

MADISON COUNTY JUSTICE COURT

CASE RECORD OF STATE VERSUS SMITH QUINCY C

CASE: MS000-103247   CHARGE DRIVING W/SUSPEND LIC

COURT DATE:   2/20/2013

SMITH QUINCY C
109 SUNSET AVE
CANTON          MS 39046-0000

AFFIANT/WITNESS:   DEPUTY WILL WEISENBERGER

ATTORNEY FOR DEF:   HON. GREGORY WEBER

BOND:                          JAIL RCPT#
APPEAL BOND:

===============================================================================
===============================================================================

O R D E R

DEFENDANT IS FOUND:   GUILTY_____

SENTENCE:
 DEFENDANT FAILED TO APPEAR TO PRESENT PROOF OF VALID LICENSE.
 GUILTY IN ABSENTIA, 48 HOURS SUSPENDED.


FINE $ __400.00_____        COSTS $   132.50     TOTAL $      532.50

SO ORDERED, THIS THE 20 DAY OF Feb 13.

DOC. 3948     PAGE 199          BY: _____
                                    JUSTICE COURT JUDGE

CASE: MS000103247   VIOLATION DATE:   9/24/2012   DATE CLOSED:

Justice Court of Madison County
2961 S. Liberty Street
Canton, MS 39046
859-6337

To: SMITH QUINCY C
    109 SUNSET AVE
    CANTON MS 39046

IMPORTANT NOTICE

THE STATE OF MISSISSIPPI          Date: 10/25/2012

vs:                               Cause No: MSO 00-103247

SMITH QUINCY C

RE: DRIVING W/SUSPEND LIC

This is to notify you that the above styled case has been set for
TO PRESENT PROOF DOC     on the 20th day of  February A. D. 2013
at  9:00 AM.  Your attendance is required.

BILL WEISENBERGER presiding.

                              Susan McCarty, Clerk
                              Madison County Justice Court

                    By: _____


                              Korea Davis, DC              DC


**ALL COURT ORDERED FINES AND COST ARE DUE ON COURT DATE
WE DO NOT ACCEPT PERSONAL CHECKS OR DEBIT CARDS OR ATM CARDS**

Judge: _____

Case No.(s): _____

Arraignment Date: _____

Bond: _____

Defendant: _____

Address: _____

SS # _____  SL # _____

Phone # _____

Employer: _____

Phone # of Employer: _____

Supervisor: _____  Verified: _____

Charges: _____
_____

Affiant: _____  Date Subpoenaed: _____
_____
_____

Other Witnesses:
_____
_____
_____
_____
_____
_____
_____

Bonding Companies: _____  App. Date: _____
_____  Hearing Date: _____
_____  Continued to _____ for _____
_____  Continued to _____ for _____
Continued to _____ for _____

Attorney: _____
_____

Notes: _____
_____

# STATE OF MISSISSIPPI – UNIFORM TRAFFIC TICKET

| | Judicial District: □ 1   □ 2 | |
|---|---|---|
| **MADISON COUNTY** | Agency Code  **0045** | № **105485** |

IN THE COURT DESIGNATED BELOW, THE AFFIANT HEREIN, BEING DULY SWORN, UPON OATH DOES DEPOSE AND SAY, AT THE FOLLOWING LOCATION, TIME AND DATE:

Location of Violation
_Hwy 16_

Address _Madison_   Hwy

| Day | Date | Time _6:32_ | Accident | District | Precinct |
|---|---|---|---|---|---|
| _Thur_ | _11-29-12_ | □ AM □ PM | □ yes ☑ no | | |

Defendant: ( First Name,   Middle Name,   Last Name)
_Quincy   L.   Smith_

License Address
_204 Robison Ave_

| City | State | Zip Code |
|---|---|---|
| _Canton_ | _M_ | _8076_ |

Driver's License Number   _881779986_

| Class | State | Sex | Race | Date of Birth |
|---|---|---|---|---|
| _B_ | _MS_ | _M_ | _B_ | |

Vehicle License Number _MDN619_   State _MS_   Year _9/13_   Make _Mercury_   Model _Mercury_   Type _4dc_

Defendant's Current Address: _____

Defendant's Current Telephone Number: _____

That the above named defendant, while operating the aforementioned motor vehicle, did willfully and unlawfully commit the offense of:
(Check Only One Offense Each Ticket)

| SPEED | ZONE |
|---|---|

- □ S92 Speeding
- □ M14 Disregard For Traffic Device
- □ N70 Driving Wrong Side Road
- □ B26 Driving While License Suspended
- □ M34 Following Too Closely
- □ M70 Improper Passing
- □ N01 Failure To Yield Right Of Way
- □ M84 Reckless Driving
- □ M81 Careless Driving
- □ Explanation: _____

- □ F02 Child Restraint Violation
- □ F04 Seatbelt Violation
- □ B51 No Drivers License (Expired)
- □ B55 No Motor Vehicle Inspection (Expired)
- □ B53 Expired Tag/No Tag
- □ B26 Driving While License Suspended
     (Under Implied Consent Law)
- □ N50 Improper Turn
- ☑ D36 No Proof of Liability Ins.
- □ Other Violation (_____)

- □ Check Only If Driver License Is Deposited In Lieu Of Bond Or Other Security.
- □ Violation Pursuant To Commercial Driver's License Law.
- □ Required Placard Under Hazardous Materials Transportation Act.

Against the peace and dignity of the State of Mississippi.

Affiant / Officer's Signature _____   Unit / Badge # _282_

Sworn to before me this the _1_ day of _December_, 20 _12_

Clerk _____

You are hereby notified to appear before the court (Justice/Municipal) to answer the charge on the _27_ day of _Feb_, 20 _12_ at _9:00am_ AM/PM at:

Court's Physical Address: **2961 SOUTH LIBERTY ST. CANTON, MS 39046**

Court's Mailing Address: **2961 SOUTH LIBERTY ST. CANTON, MS 39046**

Court's Telephone Number: **601-859-6337**   **www.madisoncotix.com**

NOTE: CONTACT THE COURT TO CONFIRM THE COURT DATE
SEE REVERSE SIDE FOR ADDITIONAL INFORMATION

ORIGINAL/AFFIDAVIT Case _____   Page _____   Docket _____   7-09

_PC – Smith & (Pass)_
_~ DWLS_   LAWRENCE-GREENWOOD 00600

Judge: _____

Case No.(s): _____

Arraignment Date: _____

Bond: _____

Defendant: _____

Address: _____

SS # _____ SL # _____

Phone # _____

Employer: _____

Phone # of Employer: _____

Supervisor: _____ Verified: _____

Charges: _____
_____

Affiant: _____ Date Subpoenaed: _____
_____ _____
_____ _____

Other Witnesses:
_____
_____
_____
_____
_____
_____

Bonding Companies: _____ App. Date: _____
_____ Hearing Date: _____
_____ Continued to_____ for_____
_____ Continued to_____ for_____
Continued to_____ for_____

Attorney: _____
_____

Notes: _____
_____
_____

## Ticket No. 105959

**STATE OF MISSISSIPPI – UNIFORM TRAFFIC TICKET**   No. 105959

MADISON COUNTY   Judicial District: □1 □2   Agency Code: 0045   Date: _____

IN THE COURT DESIGNATED BELOW THE AFFIANT HEREIN, BEING DULY SWORN, UPON OATH DOES DEPOSE AND SAY, AT THE FOLLOWING LOCATION, TIME AND DATE

Location of Violation: Richard Circle / Dobson   Am/Pm   At/Near   Hwy

Day: Nov   Date: 3-18-13   Time: 8:22   □ AM □ PM   Accident □ yes □ no   District   Precinct

Defendant: (First Name) Winky   (Middle Name) Corder   (Last Name) Singleton

License Address: 201 Dobson Ave

City: Canton   State: M.S.   Zip Code: 57046   Race: B   Date of Birth: _____

Driver's License Number: 801774986   State: MS   Year: 13   Class: B   Sex: M   Age: B   Model: Mazda   Type: _____

Vehicle License Number: MDL619   State: MS   Year: 13   Make: Mazda   Model: _____

Defendant's Current Address: _____

Defendant's Current Telephone Number: 769-233-3021

That the above named defendant, while operating the aforementioned motor vehicle, did willfully and unlawfully commit the offense of:

☐ S92 Speeding  ☐ F02 Child Restraint Violation
☐ M14 Disregard For Traffic Device  ☐ F04 Seatbelt Violation
☐ N70 Driving Wrong Side Road  ☐ B51 No Drivers License (Expired)
☐ B26 Driving While License Suspended  ☐ B55 No Motor Vehicle Inspection (Expired)
☐ M34 Following Too Closely  ☐ B53 Expired Tag/No Tag
☐ M70 Improper Passing  ☐ B26 Driving While License Suspended (Under Implied Consent Law)
☐ N01 Failure To Yield Right Of Way  ☐ N50 Improper Turn
☐ M84 Reckless Driving  ☐ D56 No Proof of Liability Ins.
☐ M81 Careless Driving  ☐ Other Violation
☐ Explanation:  
☐ Check Only If Driver License Is Deposited In Lieu Of Bond Or Other Security.
☐ Violation Pursuant To Commercial Driver's License Law.
☐ Required Placard Under Hazardous Materials Transportation Act.

Against the peace and dignity of the State of Mississippi.

Affiant / Officer's Signature: _____   Unit / Badge #: 50-26

Sworn to before me this 18 day of March, 20 13

Clerk: Lt. O. Brown DC

Court's Telephone Number: 601-859-6337   www.madisoncofix.com
Court's Physical Address: 2961 SOUTH LIBERTY ST. CANTON, MS 39046
Court's Mailing Address: 2961 SOUTH LIBERTY ST. CANTON, MS 39046

ORIGINAL/AFFIDAVIT Case _____ Page _____ Docket _____

## Ticket No. 105958

**STATE OF MISSISSIPPI – UNIFORM TRAFFIC TICKET**   No. 105958

(duplicate of above ticket content, No. 105958)

Thompson Terrance T.

CC

Judge: _____

Case No.(s): _____

Arraignment Date: _____

Bond: _____

Defendant: Thompson Terrance T.

Address: _____

SS # _____ SL # _____

Phone # _____

Employer: _____

Phone # of Employer: _____

Supervisor: _____ Verified: _____

Charges: Poss of Controlled Substance, W/in Poss of a Firearm, Poss of Paraphernalia

Affiant: Deputy Will Weisenberger   Date Subpoenaed: _____

_____

_____

Other Witnesses:

_____

_____

_____

_____

_____

_____

Bonding Companies: _____   App. Date: 7/23/14 @ 9:00 A.M.

3500 °° cash   Hearing Date: 9/25/14  9:00 A.M.

Continued   to_____for_____

Continued   to_____for_____

Continued   to_____for_____

Attorney: _____

Notes: Herbert Green

**EXHIBIT**

"XX"

CASE NO <u>MIS 00 024620</u>            JUDGE  <u>BRUCE MCKINLEY</u>

CHARGE  <u>POSS OF CONTR SUBSTANCE W/IN POSS OF FIREARM</u>

## GENERAL AFFIDAVIT

THE STATE OF MISSISSIPPI

COUNTY OF MADISON

PERSONALLY APPEARED BEFORE ME Mary Luckett,DC

A JUSTICE COURT CLERK OF MADISON COUNTY,

             WEISENBERGER WILL DEPUTY
             2941 HWY 51 SOUTH
             CANTON        MS  39046-0000

MAKES AFFIDAVIT THAT

             THOMPSON TERRANCE T
             380 BOYD STREET
             CANTON        MS  39046-0000

ON OR ABOUT  4/07/2014 IN MADISON COUNTY, MISSISSIPPI

       DID WILLFULLY, UNLAWFULLY AND KNOWINGLY POSS A
       CONTROLLED SUBSTANCE TO WIT: MARIJUANA WHILE IN
       POSSESSION OF A FIRE ARM.  THIS OCCURRED AT IN
       THE PARKING LOT OF MADISON COUNTY JUSTICE.

AGAINST THE PEACE AND DIGNITY OF THE STATE OF MISSISSIPPI.

SWORN TO AND SUBSCRIBED BEFORE ME, THIS THE  <u>4/08/2014</u>

         MADISON COUNTY JUSTICE COURT.

       2961 SOUTH LIBERTY, CANTON, MS 39046

CASE NO MIS 00 024621                           JUDGE   BRUCE MCKINLEY

CHARGE   POSS OF PARAPHERNALIA

### GENERAL AFFIDAVIT

THE STATE OF MISSISSIPPI

COUNTY OF MADISON

PERSONALLY APPEARED BEFORE ME Mary Luckett,DC

A JUSTICE COURT CLERK OF MADISON COUNTY,

            WEISENBERGER WILL DEPUTY
            2941 HWY 51 SOUTH
            CANTON              MS  39046-0000

MAKES AFFIDAVIT THAT

            THOMPSON TERRANCE T
            380 BOYD STREET
            CANTON              MS  39046-0000

ON OR ABOUT  4/07/2014 IN MADISON COUNTY, MISSISSIPPI

       DID WILLFULLY AND UNLAWFULLY POSSESS PARAPHERNALIA
       WITH INTENT TO USE OR OTHERWISE INTRODUCE INTO THE
       HUMAN BODY A CONTROLLED SUBSTANCE IN VIOLATION OF
       THE UNIFORM CONTROLLED SUBSTANCE LAW. THIS OCCURR-
       ED IN THE PARKING LOT OF THE MADISON COUNTY
       JUSTICE COURT IN MADISON COUNTY, MS.

AGAINST THE PEACE AND DIGNITY OF THE STATE OF MISSISSIPPI.

SWORN TO AND SUBSCRIBED BEFORE ME, THIS THE 4/08/2014

       MADISON COUNTY JUSTICE COURT
       2961 SOUTH LIBERTY, CANTON, MS 39046

MADISON COUNTY JUSTICE COURT

CASE RECORD OF STATE VERSUS THOMPSON TERRANCE T

CASE: MIS00-24620    CHARGE POSS OF CONTR SUBSTANCE W/IN POSS OF FIREARM

COURT DATE:   9/25/2014

THOMPSON TERRANCE T


AFFIANT/WITNESS:

ATTORNEY FOR DEF:  Defendant waived rights to attorney

BOND:  3,000.00   CASH AT JAIL #23662    JAIL RCPT#
APPEAL BOND:


===================================================================================
===================================================================================

O R D E R

DEFENDANT IS FOUND:   <u>GUILTY PLEA</u>

SENTENCE:
 REFUND CASH BOND OF 2316.25




FINE $ <u>  500.00  </u>         COSTS $   183.75    TOTAL $      683.75

SO ORDERED, THIS THE <u>25th</u> DAY OF <u>September</u> , <u>2014</u> .

DOC. 4592      PAGE  147        BY: _____
                                    JUSTICE COURT JUDGE

CASE: MIS00024620    VIOLATION DATE:          DATE CLOSED:

MADISON COUNTY JUSTICE COURT

CASE RECORD OF STATE VERSUS THOMPSON TERRANCE T

CASE: MIS00-24621    CHARGE POSS OF PARAPHERNALIA

COURT DATE:   9/25/2014

THOMPSON TERRANCE T


AFFIANT/WITNESS:

ATTORNEY FOR DEF:

BOND:    500.00   CASH AT JAIL #23662    JAIL RCPT#
APPEAL BOND:


===================================================================================
===================================================================================

O R D E R

DEFENDANT IS FOUND:   <u>NOLLE PROSEQUI</u>

SENTENCE:
 MOTION BY STATE TO NOLLE PROSEQUI/REFUND CASH BOND OF 500.00



SO ORDERED, THIS THE <u>25TH</u> DAY OF <u>September</u>, 2014.

DOC. 4592      PAGE  148        BY: _____
                                   JUSTICE COURT JUDGE

CASE: MIS00024621   VIOLATION DATE:          DATE CLOSED:



IN THE JUSTICE COURT OF MADISON COUNTY MISSISSIPPI

STATE OF MISSISSIPPI
VERSUS                                    CAUSE NO. MIS00024620
THOMPSON TERRANCE T

<u>WAIVER OF RIGHTS AND ENTRY OF GUILTY PLEA</u>

I, the undersigned defendant, desire to plead guilty to the charge(s) of POSS OF CONTR SUBSTANCE W/IN POSS OF FIREARM

I understand that by pleading guilty to these charges I will be found guilty and sentenced by the Court. The sentence may include a fine, restitution, court costs and/or imprison-ment in jail.

I further understand that by entering this plea I am giving up certain rights.

I am giving up the right to a trial, to confront and cross-examine witnesses against me and to call and/or subpoena wit-nesses against me.

I am giving up the right to have a lawyer; I understand that if i cannot afford a lawyer, one may be appointed to repre-sent me.

I am giving up the right to have the State prove the charges against me beyond a reasonable doubt.

I am giving up the right to a jury trial.

I further understand that if I am convicted of another crime, my guilty plea in this case could cause me to get a more severe penalty for that later crime.

I am giving up my right to object to the form and/or content of any testimony and evidence the State may introduce against me at a trial.

I understand that, if there was a trial, I would be allowed to testify, but I would not have to. If I didn't testify it could not be used against me.

I hereby certify under oath that there have been no threats or promises made to me in order to get me to enter this plea.

I further certify under oath that I have read and understand all the of the above and that I desire to waive my rights and enter a plea of guilty.

SWORN to and subscribed before me this, the 25th day of September 2014

_____
JUSTICE COURT JUDGE/CLERK

The Court finds that the defendant knowingly and intelligently and not under duress, waived his rights and entered a plea of guilty.

BRUCE MCKINLEY
JUSTICE COURT JUDGE

Justice Court of Madison County
2961 S. Liberty Street
Canton, MS  39046
859-6337

To: THOMPSON TERRANCE T
    380 BOYD STREET
    CANTON MS 39046

IMPORTANT NOTICE

THE STATE OF MISSISSIPPI            Date:  7/25/2014

vs:                                 Cause No: MIS 00-024620

THOMPSON TERRANCE T

RE: POSS OF CONTR SUBSTANCE W/IN POSS OF FIREARM

This is to notify you that the above styled case has been set for

SET FOR HEARING          on the 25th day of September A. D. 2014

at  9:00 AM.   Your attendance is required.

BRUCE MCKINLEY presiding.

                            Susan McCarty, Clerk
                            Madison County Justice Court


                   By:  _____


                            Earnestine Brown, DC          DC


ALL COURT ORDERED FINES AND COST ARE DUE ON COURT DATE
WE DO NOT ACCEPT PERSONAL CHECKS OR DEBIT CARDS OR ATM CARDS

Justice Court of Madison County
2961 S. Liberty Street
Canton, MS  39046
859-6337

To: THOMPSON TERRANCE T
    380 BOYD STREET
    CANTON MS 39046

IMPORTANT NOTICE

THE STATE OF MISSISSIPPI          Date:  7/25/2014

vs:                               Cause No: MIS 00-024621

THOMPSON TERRANCE T

RE: POSS OF PARAPHERNALIA

This is to notify you that the above styled case has been set for

SET FOR HEARING          on the 25th day of September A. D. 2014

at  9:00 AM.   Your attendance is required.

BRUCE MCKINLEY presiding.

                    Susan McCarty, Clerk
                    Madison County Justice Court

          By: _____


          Earnestine Brown, DC          DC


     ALL COURT ORDERED FINES AND COST ARE DUE ON COURT DATE
     WE DO NOT ACCEPT PERSONAL CHECKS OR DEBIT CARDS OR ATM CARDS

Justice Court of Madison County
2961 S. Liberty Street
Canton, MS  39046
859-6337

To: WEISENBERGER WILL DEPUTY
    2941 HWY 51 SOUTH
    CANTON MS 39046

IMPORTANT NOTICE

THE STATE OF MISSISSIPPI              Date:  7/25/2014

vs:                                   Cause No: MIS 00-024621

THOMPSON TERRANCE T

RE: POSS OF PARAPHERNALIA

This is to notify you that the above styled case has been set for

SET FOR HEARING          on the 25th day of September A. D. 2014

at  9:00 AM.   Your attendance is required.

BRUCE MCKINLEY presiding.

                      Susan McCarty, Clerk
                      Madison County Justice Court


          By: _____


                      Earnestine Brown, DC          DC


   ALL COURT ORDERED FINES AND COST ARE DUE ON COURT DATE
 WE DO NOT ACCEPT PERSONAL CHECKS OR DEBIT CARDS OR ATM CARDS

Justice Court of Madison County
2961 S. Liberty Street
Canton, MS  39046
859-6337

To: THOMPSON TERRANCE T
380 BOYD STREET
CANTON MS 39046

IMPORTANT NOTICE

THE STATE OF MISSISSIPPI          Date:  6/16/2014

vs:                               Cause No: MIS 00-024620

THOMPSON TERRANCE T

RE: POSS OF CONTR SUBSTANCE W/IN POSS OF FIREARM

This is to notify you that the above styled case has been set for

INITIAL APPEARANCE      on the 23rd day of      July A. D. 2014

at  9:00 AM.   Your attendance is required.

BRUCE MCKINLEY presiding.

                                  Susan McCarty, Clerk
                                  Madison County Justice Court

                         By: _____

                              Shelia Taylor, DC          DC

ALL COURT ORDERED FINES AND COST ARE DUE ON COURT DATE
WE DO NOT ACCEPT PERSONAL CHECKS OR DEBIT CARDS OR ATM CARDS



Justice Court of Madison County
2961 S. Liberty Street
Canton, MS  39046
859-6337

To: THOMPSON TERRANCE T
    380 BOYD STREET
    CANTON MS 39046

IMPORTANT NOTICE

THE STATE OF MISSISSIPPI        Date:  6/16/2014

vs:                             Cause No: MIS 00-024621

THOMPSON TERRANCE T

RE: POSS OF PARAPHERNALIA

This is to notify you that the above styled case has been set for

INITIAL APPEARANCE       on the 23rd day of       July A. D. 2014

at  9:00 AM.   Your attendance is required.

BRUCE MCKINLEY presiding.

                          Susan McCarty, Clerk
                          Madison County Justice Court

                 By: _____


                 Shelia Taylor, DC            DC


ALL COURT ORDERED FINES AND COST ARE DUE ON COURT DATE
WE DO NOT ACCEPT PERSONAL CHECKS OR DEBIT CARDS OR ATM CARDS



Bond # _____
Charge(s) ① Poss of Marij _____
White in poss of firearm — 200⁰⁰
② Poss of Para. — 500⁰⁰ Cash

**MADISON COUNTY, MISSISSIPPI**
**JUSTICE COURT**

HEARING DATE: *Will Set*

## ARRAIGNMENT

BEFORE JUDGE: *Weisenberger*                    DATE: *4/8/14*

ARRESTING OFFICER: *Will Weisenberger Jr.*        CASE NO(S): _____

                                                  Custo AJC office

NAME OF DEFENDANT: *Terrance T. Thompson*

                                                  Sister

ADDRESS: *380   Boyd St. Mom      1518 Edgewood Place Clinton*

TWO PHONE NUMBERS WHERE YOU CAN BE REACHED: *601-559-1658 - mom*
*601-317-2597 - cell*

SOCIAL SECURITY # _____        D.L.# _____

DATE OF BIRTH _____

1. Copy of affidavit(s) been given to Defendant? *Yes*
2. Have you been read you Miranda Warning? *Yes*
3. Have you been given the opportunity to make a phone call? *Yes*
4. Have you ever failed to appear in Court? *ⱢⱭ Yes*
5. Have you ever been convicted in any Court before? *Yes*
   If yes, where? *M County*

6. What is your employment status (please give name, address and phone of your employer, if applicable) _____
   *No*

7. Are you married, and if yes, give name, address and employer of spouse?
   *No*

8. Children: *No*

9. Do you have a bank account, and if yes, where? *No*

10. Do you own or rent your home? _____
    Who do you make monthly payments to? *No*

11. Give the name of your next of kin not living with you and their address and phone number
    *Jaquilyn Thompson - 302 Bella cove DR Canto—*

12. If you own a vehicle, give the description and who you make monthly payments to, if applicable: _____
    *No*

13. Has an Affidavit of Indigency been completed? _____
4. Has Defendant been given notice of hearing? *Will Set*

_____                    _____
CLERK                              JUSTICE COURT JUDGE

IN THE JUSTICE COURT OF MADISON COUNTY MISSISSIPPI

STATE OF MISSISSIPPI
VERSUS                                    CAUSE NO. MIS00024620
THOMPSON TERRANCE T

### WAIVER OF RIGHTS AND ENTRY OF GUILTY PLEA

I, the undersigned defendant, desire to plead guilty to the charge(s) of POSS OF CONTR SUBSTANCE W/IN POSS OF FIREARM

I understand that by pleading guilty to these charges I will be found guilty and sentenced by the Court. The sentence may include a fine, restitution, court costs and/or imprisonment in jail.

I further understand that by entering this plea I am giving up certain rights.

I am giving up the right to a trial, to confront and cross-examine witnesses against me and to call and/or subpoena witnesses against me.

I am giving up the right to have a lawyer; I understand that if i cannot afford a lawyer, one may be appointed to represent me.

I am giving up the right to have the State prove the charges against me beyond a reasonable doubt.

I am giving up the right to a jury trial.

I further understand that if I am convicted of another crime, my guilty plea in this case could cause me to get a more severe penalty for that later crime.

I am giving up my right to object to the form and/or content of any testimony and evidence the State may introduce against me at a trial.

I understand that, if there was a trial, I would be allowed to testify, but I would not have to. If I didn't testify it could not be used against me.

I hereby certify under oath that there have been no threats or promises made to me in order to get me to enter this plea.

I further certify under oath that I have read and understand all the of the above and that I desire to waive my rights and enter a plea of guilty.

_____

SWORN to and subscribed before me this, the 25th day of _____ 2014

_____
JUSTICE COURT JUDGE/CLERK

The Court finds that the defendant knowingly and intelligently and not under duress, waived his rights and entered a plea of guilty.

_____
BRUCE MCKINLEY
JUSTICE COURT JUDGE

Bond #_____
Charge(s) ① _Poss_ß_Mari¡_____
_While in poss ß firearm — 2500⁰⁰_
② _Poss_ß_Para¡._ — 500⁰⁰ _Cash_

**MADISON COUNTY, MISSISSIPPI**
**JUSTICE COURT**

HEARING DATE: _Will Set_

## ARRIGNMENT

BEFORE JUDGE _Weisenberger_          DATE: _4/8/14_

ARRESTING OFFICER: _Will Weisenberger Jr._     CASE NO(S):_____

NAME OF DEFENDANT:                        _Chesto ATC office_
_Terrance T. Thompson_
                                                    _Sister_
ADDRESS: _380 Boyd St - Mom_   _1518 Edgewood Place Clinton_

TWO PHONE NUMBERS WHERE YOU CAN BE REACHED: _601-559-8659 - Mom_
                                            _601-367-2597 - cell_

SOCIAL SECURITY #_____          D.L.#_____

DATE OF BIRTH_____

1. Copy of affidavit(s) been given to Defendant? _Yes_
2. Have you been read you Miranda Warning? _Yes_
   Have you been given the opportunity to make a phone call? _yes_
4. Have you ever failed to appear in Court? ~~Yes~~ _No_
5. Have you ever been convicted in any Court before? _yes_
   If yes, where? _M County_

6. What is you employment status (please give name, address and phone of your employer, if applicable)_____
   _No_

7. Are you married, and if yes, give name, address and employer of spouse?
   _No_

8. Children: _No_
9. Do you have a bank account, and if yes, where? _No_

10. Do you own or rent your home?_____
    Who do you make monthly payments to? _No_

11. Give the name of your next of kin not living with you and their address and phone number_
    _Jacquilin Thompson - 302 Bella code DR Canto—_
12. If you own a vehicle, give the description and who you make monthly payments to, if applicable:_____
    _No_

Has an Affidavit of Indigency been completed?_____
Has Defendant been given notice of hearing? _Will Set_

CLERK _____        JUSTICE COURT JUDGE _____

Thompson Terrance Mone

Judge: _____

Case No.(s): _____

Arraignment Date: _____

Bond: _____

Defendant: Thompson Terrance J.

Address: _____

SS # _____   SL # _____

Phone # _____

Employer: _____

Phone # of Employer: _____

Supervisor: _____   Verified: _____

Charges: Carrying a Conceal Weapon

Affiant: Sgt. Sam Howard SO 30   Date Subpoenaed: _____

Other Witnesses:

Bonding Companies: _____   App. Date: 3|8|17 @ 9am

Hearing Date: _____

Continued   to_____for_____

Continued   to_____for_____

Continued   to_____for_____

Attorney: _____

Notes: _____

THE STATE OF MISSISSIPPI

COUNTY OF MADISON

PERSONALLY APPEARED BEFORE ME _Darian Smith_

A Justice Court Judge/Clerk of said County,

**SGT. SAM HOWARD (SO-32)**

2941 Hwy 51 South

Canton, MS 39046

Makes affidavit that:

**TERRANCE TYRONE THOMPSON**

| | | | | |
|---|---|---|---|---|
| Date of Birth | | S.S.# | | |
| Address | 380 BOYD STREET | | | |
| City | CANTON | State MS | Zip | 39046 |

on or about JANUARY 23, 2017 **in the county aforesaid**

DID WILLFULLY, UNLAWFULLY, AND KNOWINGLY CARRY CONCEALED IN WHOLE OR PART A TAURUS, 9MM, MODEL PT111 G2, SERIAL #TIR24018 A DEADLY WEAPON AT CANTON ESTATES APT.'S LOCATED AT 388 RICKS DRIVE, CANTON IN MADISON COUNTY MISSISSIPPI.

DEADLY WEAPON; CARRYING WHILE CONCEALED {97-37-1}

AGAINST THE PEACE AND DIGNITY OF THE STATE OF MISSISSIPPI.

Sworn to and subscribed before me, this _23_ day of _Jan_, 20_17_.

Justice Court Judge/ Clerk

Madison County Justice Court

175 N. Union Street

Canton, Ms. 39046

STATE OF MISSISSIPPI

VERSUS                                              CAUSE NO. MISC0026532

THOMPSON TERRANCE TYRONE

### WAIVER OF RIGHTS AND ENTRY OF GUILTY PLEA

I, the undersigned defendant, desire to plead guilty to the charge(s) of CARRYING A CONCEALED WEAPON

I understand that in pleading guilty to these charges I will be found guilty and sentenced by the Court.  The sentence may include a fine, restitution, court costs and/or imprisonment in jail.

I further understand that by entering this plea I am giving up certain rights.

I am giving up the right to a trial, to confront and cross-examine witnesses against me and to call and/or subpoena witnesses against me.

I am giving up the right to have a lawyer; I understand that if I cannot afford a lawyer, one may be appointed to represent me.

I am giving up the right to have the State prove the charges against me beyond a reasonable doubt.

I am giving up the right to a jury trial.

I further understand that if I am convicted of another crime, my guilty plea in this case could cause me to get a more severe penalty for that later crime.

I am giving up my right to object to the form and/or content of any testimony and evidence the State may introduce against me at a trial.

I understand that, if there was a trial, I would be allowed to testify, but I would not have to. If I didn't testify it could not be used against me.

I hereby certify under oath that there have been no threats or promises made to me in order to get me to enter this plea.

I further certify under oath that I have read and understand all the of the above and that I desire to waive my rights and enter a plea of guilty.

_Terrance Thompson_

SWORN to and subscribed before me this, the _8_ day of _March_

_Martin B. Griffin_
JUSTICE COURT JUDGE PLACE 4

The Court finds that the defendant knowingly and intelligently, and not under duress, waives his rights and enters a plea of guilty.

MARTINA GRIFFIN
JUSTICE COURT JUDGE

MADISON COUNTY JUSTICE COURT

CASE RECORD OF STATE VERSUS THOMPSON TERRANCE TYRONE

CASE: MIS00-28508    CHARGE CARRYING A CONCEALED WEAPON

COURT DATE:    3/08/2017

THOMPSON TERRANCE TYRONE


AFFIANT/WITNESS:

ATTORNEY FOR DEF:  Defendant waived rights to attorney

BOND:    500.00  INTERNATIONAL          JAIL RCPT#
APPEAL BOND:


================================================================
================================================================

O R D E R

DEFENDANT IS FOUND:  GUILTY PLEA

SENTENCE:
 GUILTY PLEA. 10 DAYS IN THE MADISON COUNTY JAIL SUSPENDED UNDER THE
 CONDITION OF NO FURTHER CHARGES AND ALL FINES ARE PAID IN FULL.
 TO PAY $50 ON 03082017 AND BALANCE TO BE PAID IN FULL WITHIN 90 DAYS.



FINE $   200.00            COSTS $   183.75    TOTAL $      383.75

SO ORDERED, THIS THE   8  DAY OF  March    , 2017.

DOC. 2068      PAGE  152          BY:  _____
                                       JUSTICE COURT JUDGE

CASE: MIS00028508    VIOLATION DATE:  1/23/2017   DATE CLOSED:

Justice Court of Madison County
2961 S. Liberty Street
Canton, MS  39046
859-6337


To: THOMPSON TERRANCE TYRONE
    380 BOYD STREET
    CANTON MS 39046


IMPORTANT NOTICE


THE STATE OF MISSISSIPPI          Date:  2/06/2017

vs:                               Cause No: MIS 00-028508

THOMPSON TERRANCE TYRONE

RE: CARRYING A CONCEALED WEAPON


This is to notify you that the above styled case has been set for
INITIAL APPEARANCE          on the  8th day of      March A. D. 2017
at  9:00 AM.  Your attendance is required.
MARTINA GRIFFIN presiding.


                              Susan McCarty, Clerk
                              Madison County Justice Court


                    By:  _____


                    STEPHANIE BURTON, DC          DC


ALL COURT ORDERED FINES AND COST ARE DUE ON COURT DATE
WE DO NOT ACCEPT PERSONAL CHECKS

# INTERNATIONAL FIDELITY INSURANCE COMPANY
## AND
## AMERICAN NATIONAL BAIL BONDING AGENCY, LLC.

BAIL AGENT _George Sandifer_
LICENSE NO: _8970392_

_Sally Slaughter_
_wic # 10286088_
_601-850-0447_

P.O. Box 720388
Byram, MS 39272

CASE NO: _____
POWER NO: _ISIK-477779_
PIN NO: _____
RACE: _BLACK_
SEX: _MALE_
SSN: _____
DOB: _____

INTERNATIONAL FIDELITY INSURANCE COMPANY
AMERICAN NATIONAL BAIL BONDING AGENCY, LLC

State of Mississippi
County of _____ _MADISON_ _____

We, _Terrence Thompson_ _____ Principal, and International Fidelity Insurance
Company and American National Bail Bonding Agency, LLC., agree and bind ourselves to pay unto the State of
Mississippi _Five hundred_
Dollars ($ _500_ ) unless the said _Terrence Thompson_ _____ shall
appear before the _Justice_ _____ Court of _Madison_ _____ County
at the next term thereof held at the courthouse in the _____ Judicial District of said County in the City
of _Canton_ _____ on the ____ day of _next_ _____ 20___ time _____
to answer to a charge of _Discharging / displaying a firearm_ _____
_____ and then and there remain from day to day and
term to term, until discharged by law, said charge being by AFFIDAVIT.

Witness our Signatures, this the _2nd_ Day of _January_ A.D. _2017_
Principal: _Terrence Thompson_ Address: _380 boyd St_
Surety: International Fidelity Insurance Co. Inc. 26560 Agoura Rd., Suite 100, Calabasas, CA 91302

_George Sandifer / Sally Slaughter_
Agents for International Fidelity Insurance Co.
American National Bail Bonding Agency, LLC

Approved: this _____ day of _____,

Sheriff _____ County, Miss.
By _____ Deputy

Attorney _____
Address _____

If Defendant fails to appear on proper Court Date. The SURETY must be notified via Certified mail at the following address.
International Fidelity Insurance Co., Inc., 26560 Agoura Rd., Suite 100, Calabasas, CA 91302
Tel: 1-800-935-2245
and a courtesy copy is requested to be mailed or faxed to American National Bail Bonding Agency, LLC
P.O. Box 720388, Byram, Mississippi 39272 • Fax: 601-373-0069 • Tel: 601-371-6700

VERIFY FIRST - THIS DOCUMENT IS PRINTED IN BLUE, RED & BLACK INKS.

| POWER OF ATTORNEY | POWER NUMBER |
| --- | --- |
| | IS1K-417779 |

**INTERNATIONAL FIDELITY INSURANCE COMPANY**
PO BOX 9810, CALABASAS CA 91372-9810
(800) 935-2245

POWER AMOUNT $   1,100

KNOW ALL MEN BY THESE PRESENTS, that INTERNATIONAL FIDELITY INSURANCE COMPANY, a corporation duly organized and existing under the laws of the State of New Jersey, has constituted and appointed, and does hereby constitute and appoint, its true and lawful Attorney-in-Fact, with full power and authority to sign the company's name and affix its corporate seal to and deliver on its behalf as surety, any and all obligations as herein provided, and the execution of such obligations in pursuance of these presents, shall be as binding upon the said company, as fully and to all intents and purposes, as if done by the regularly elected officers of said company at its home office in their own proper persons, and the said company hereby ratifies and confirms all and whatsoever its said Attorney-in-Fact may lawfully do and perform in the premises by virtue of these presents.

THIS POWER OF ATTORNEY IS VOID IF ALTERED OR ERASED, THE OBLIGATION OF THE COMPANY SHALL NOT EXCEED ONE SUM OF

**ONE THOUSAND ONE HUNDRED DOLLARS***********************

AND MAY BE EXECUTED FOR RECOGNIZANCE ON CRIMINAL BAIL BONDS ONLY.

Authority of such Attorney-in-Fact is limited to the execution of appearance bonds and cannot be construed to guarantee defendant's future lawful conduct, adherence to travel limitation, fines, restitution, payments or penalties, or any other condition imposed by a court not specifically related to court appearances. A separate Power of Attorney must be attached to each bond executed. Powers of Attorney must not be returned to Attorney-in-Fact, but should remain a permanent part of the court records.

NOTICE: Stacking of Powers is strictly prohibited. No more than one power from this Surety may be used to post any one bail amount.

IN WITNESS WHEREOF, said INTERNATIONAL FIDELITY INSURANCE COMPANY, by virtue of authority conferred by its Board of Directors, has caused these presents to be sealed with its corporate seal, signed by its Chairman of the Board and attested by its Secretary, this 23rd day of March, 1998.

| NOT VALID FOR IMMIGRATION |
| --- |

---

Only the original Power of Attorney will bear this Surety.

THIS POWER VOID IF NOT USED BY: DECEMBER 31, 2017

Bond Amt $   500

Defendant   Fenwell Thompson

Case #

Offense   Disorderly / Displaying a firearm

Court County,   Madison

Court City   Canton

If rewrite, give orig. power #

Executing Agent   Brian Smith

Date Executed   1-24-17

Appearance Date   next

DOB:   12/23/93

Court State   MS   Div/Dept:   Justice

☐ Increase   ☐ Decrease

Signature(s) appointed, and its COURT assigned Agent's

Form# IFI.0100 (9/06)

ORIGINAL

02364364

Tillman, Montreal

3

Judge: _____

Case No.(s): _____

Arraignment Date: _____

Bond: _____

Defendant: _____

Address: _____

SS # _____ SL # _____

Phone # _____

Employer: _____

Phone # of Employer: _____

Supervisor: _____ Verified: _____

Charges: Domestic Violence

Affiant: Estella Lee                Date Subpoenaed: _____

_____

_____

Other Witnesses:

_____

_____

_____

_____

_____

_____

Bonding Companies: _____ App. Date: _____

_____ Hearing Date: _____

_____ Continued   to_____for_____

_____ Continued   to_____for_____

Continued   to_____for_____

Attorney: _____

_____

Notes: _____

_____

**EXHIBIT**

YY

CASE NO MIS 00 020082 __                    JUDGE  CINDY B ALFORD

CHARGE  DOMESTIC VIOLENCE

GENERAL AFFIDAVIT

THE STATE OF MISSISSIPPI

COUNTY OF MADISON

PERSONALLY APPEARED BEFORE ME Mary Luckett,DC

A JUSTICE COURT CLERK OF MADISON COUNTY,                    1,000

          LEE ESTELLA
          707 MACE STREET A-14
          CANTON          MS  39046-0000

MAKES AFFIDAVIT THAT

          TILLMAN MONTREAL
          100 VIRGIN MARY ROAD
          CAMDEN          MS  39045-0000

ON OR ABOUT 12/14/2011 IN MADISON COUNTY, MISSISSIPPI

          DID PURPOSELY, KNOWINGLY AND UNLAWFULLY COMMIT AN
          ACT OF DOMESTIC VIOLENCE IN THAT HE CAUSED BODILY
          INJURY TO AFFIANT BY HITTING HER WITH A FIST IN
          THE HEAD, FACE AND BACK. AFFIANT STATED THAT DE-
          FENDANT TOOK NUDE PICTURES OF HER ON HIS PHONE AND
          SEND IT OUT TO OTHER PEOPLE.
          AFFIANT HAD THE FOLLOWING RELATIONSHIP TO DEFEN-
          DANT AT THE TIME OF THE ASSAULT:  CURRENT DATE RE-
          LATIONSHIP.  THIS OCCURRED IN MADISON COUNTY, MS.

AGAINST THE PEACE AND DIGNITY OF THE STATE OF MISSISSIPPI.

                              Estella Lee

SWORN TO AND SUBSCRIBED BEFORE ME THIS THE 12/15/2011

                              Mary Luckett D.C.
          MADISON COUNTY JUSTICE COURT

          2961 SOUTH LIBERTY, CANTON, MS 39046

IN THE JUSTICE COURT OF MADISON COUNTY, MISSISSIPPI

STATE OF MISSISSIPPI                          CASE# MBS00020083

    VS

TILLMAN MONTREAL

CHARGE: DOMESTIC VIOLENCE

TO THE CLERK OF THE MADISON COUNTY JUSTICE COURT:

✓  ISSUE WARRANT AND INDICATE BOND ON SAME AS $ 1,000

_____  WARRANT WILL NOT BE ISSUED

_____  SET FOR PROBABLE CAUSE HEARING

_____  FELONY CASE ONLY

_____  PROBABLE CAUSE EXISTS FOR ISSUANCE OF WARRANT

_____  LIST CHARGE IF DIFFERENT FROM ABOVE

_____

SO ORDERED, THIS THE 19 DAY OF Dec , 11

SIGNATURE: Cindy Alford
        JUDGE CINDY B ALFORD

    RECUSE: _____

SO ORDERED, THIS THE _____ DAY OF _____, ____

SIGNATURE: _____
        JUDGE CINDY B ALFORD

MADISON COUNTY JUSTICE COURT

CASE RECORD OF STATE VERSUS TILLMAN MONTREAL

CASE: MIS00-20083    CHARGE DOMESTIC VIOLENCE

COURT DATE:   7/11/2012

TILLMAN MONTREAL
100 VIRGIN MARY ROAD
CAMDEN              MS 39045-0000

AFFIANT/WITNESS:  CONSTABLE MIKE BROWN

ATTORNEY FOR DEF:  HON. GREGORY WEBER

BOND:                          JAIL RCPT#
APPEAL BOND:

=======================================================================
=======================================================================

O R D E R

DEFENDANT IS FOUND:  <u>GUILTY PLEA</u>

SENTENCE:
 RELEASED TO TIME SERVED, INDIGENT.
 DEFENDANT ORDERED TO HAVE NO UNINVITED CONTACT WITH AFFIAN/VICTIM, IN
 ANY MANNER.

FINE $ _____    COSTS $   157.50    TOTAL $      157.50

SO ORDERED, THIS THE _____ DAY OF_____,_____.

DOC. 2955        PAGE   138        BY:_____
                                        JUSTICE COURT JUDGE

CASE: MIS00020083   VIOLATION DATE:          DATE CLOSED:  7/11/2012

*** W A R R A N T ***

THE STATE OF MISSISSIPPI

TO ANY LAWFUL OFFICER of Madison County: Greetings:

    WE COMMAND YOU to take the body of:
                TILLMAN MONTREAL
                100 VIRGIN MARY ROAD
                CAMDEN            MS 39045-0000
if to be found in your County, and he/she safely keep, so that you
have his/her body before a Justice Court Judge of Madison County,  in
said state, to be holden at the office of the undersigned, in Madison
County,  2961 S. Liberty Street, Canton, MS  39046, then and there to
ANSWER unto the State of Mississippi on a charge of:

DOMESTIC VIOLENCE

    HEREIN FAIL NOT, and have then there this writ, with the  manner
you have executed the same.  Given under my hand and seal, and
issued the 20th day of December, 2011.


Officer:  CONSTABLE MIKE BROWN

Served date: _____          _____Cindy Algee_____

                                       Madison County Justice Court Clerk/Judge

Bond Amount:1000.00          By: Cheryl J Horn,DC              D.C.

Vehicle:                     00  Tag No:

DOB:          Sex: M Race:    DLN:

IN THE JUSTICE COURT OF MADISON COUNTY, MISSISSIPPI

STATE OF MISSISSIPPI

CASE# MIS00020083

VS

TILLMAN MONTREAL

CHARGE: DOMESTIC VIOLENCE

TO THE CLERK OF THE MADISON COUNTY JUSTICE COURT:

✓ ISSUE WARRANT AND INDICATE BOND ON SAME AS $ 1,000

_____ WARRANT WILL NOT BE ISSUED

_____ SET FOR PROBABLE CAUSE HEARING

_____ FELONY CASE ONLY

_____ PROBABLE CAUSE EXISTS FOR ISSUANCE OF WARRANT

_____ LIST CHARGE IF DIFFERENT FROM ABOVE

_____

SO ORDERED, THIS THE 19 DAY OF Dec , 11

SIGNATURE: _____
            JUDGE CINDY B ALFORD

RECUSE: _____

SO ORDERED, THIS THE _____ DAY OF _____, ___

SIGNATURE: _____
            JUDGE CINDY B ALFORD

CASE NO MIS 00 020083 __                    JUDGE   CINDY B ALFORD

CHARGE   DOMESTIC VIOLENCE

GENERAL AFFIDAVIT

THE STATE OF MISSISSIPPI

COUNTY OF MADISON

PERSONALLY APPEARED BEFORE ME Mary Luckett,DC

A JUSTICE COURT CLERK OF MADISON COUNTY,

                LEE ESTELLA
                707 MACE STREET A-14
                CANTON                MS   39046-0000

MAKES AFFIDAVIT THAT

                TILLMAN MONTREAL
                100 VIRGIN MARY ROAD
                CAMDEN                MS   39045-0000

ON OR ABOUT 12/14/2011 IN MADISON COUNTY, MISSISSIPPI

                DID PURPOSELY, KNOWINGLY AND UNLAWFULLY COMMIT AN
                ACT OF DOMESTIC VIOLENCE IN THAT HE CAUSED BODILY
                INJURY TO AFFIANT BY HITTING HER WITH A FIST IN
                THE HEAD, FACE AND BACK.   AFFIANT STATED THAT DE-
                FENDANT TOOK NUDE PICTURES OF HER ON HIS PHONE AND
                SEND IT OUT TO OTHER PEOPLE.
                AFFIANT HAD THE FOLLOWING RELATIONSHIP TO DEFEN-
                DANT AT THE TIME OF THE ASSAULT:  CURRENT DATE RE-
                LATIONSHIP.  THIS OCCURRED IN MADISON COUNTY, MS.

AGAINST THE PEACE AND DIGNITY OF THE STATE OF MISSISSIPPI.

                        Estella Lee

SWORN TO AND SUBSCRIBED BEFORE ME THIS THE 12/15/2011

                        Mary Luckett D C
                MADISON COUNTY JUSTICE COURT
                2961 SOUTH LIBERTY, CANTON, MS 39046

# FACT SHEET

YOUR NAME: Estella Lee

ADDRESS: 707 mare St #-14

'Canton

PHONE(S): 601-253-2887

EMPLOYER: _____

## THE PERSON I WANT TO FILE CHARGES AGAINST IS:

NAME: Montreal Tillmen

ADDRESS: 100 Virgin merry Road

Carmen

PHONE: 601-253-6169

EMPLOYER: _____

THE DATE OF THE INCIDENT: Dec-14.2011
(describe what happened below)

he has put his hand on me hit me
en my head with his fist in my face in my Back
also take picture of my make picture
of my on the phone sedd to people
also call me out of my name
Boyfriend cure 8 month

## FACT SHEET

# PLEASE READ THE FOLLOWING CAREFULLY

CRIMINAL AFFIDAVITS ARE FILED AGAINST PERSON(S) WHO HAVE BROKEN A STATE OR LOCAL LAW IN ACCORDANCE WITH THE MISSISSIPPI CODE OF 1972, ANN. AND COUNTY ORDINANCES.

AFTER COMPLETING THIS FACT SHEET, IF APPLICABLE, YOUR CRIMINAL AFFIDAVIT WILL BE PREPARED BY A CLERK. <u>YOU WILL BE SWORN TO THIS AFFIDAVIT.</u>
<u>YOUR FILE WILL THEN BE GIVEN TO THE PROPER JUDGE.</u>
<u>THE JUDGE WILL THEN DECIDE TO ISSUE A WARRANT, SET FOR PROBABLE CAUSE, OR TAKE NO ACTION.</u>

<u>IF THE JUDGE ORDERS A PROBABLE CAUSE HEARING YOU WILL BE NOTIFIED TO APPEAR BEFORE THE JUDGE BEFORE WARRANT IS CONSIDERED.</u>

<u>IF A WARRANT IS ISSUED, IT WILL BE GIVEN TO THE PROPER LAW ENFORCEMENT OFFICER TO BE SERVED. ONCE THE DEFENDANT HAS BEEN ARRESTED, THE COURT WILL NOTIFY YOU AT THE ADDRESS GIVEN OF YOUR COURT DATE.</u>

<u>IT IS VERY IMPORTANT THAT YOU GIVE US YOUR CORRECT ADDRESS.</u>

<u>IT IS VERY IMPORTANT THAT YOU GIVE US ANY INFORMATION YOU HAVE REGARDING THE ADDRESS OF THE DEFENDANT. LACK OF THIS INFORMATION WILL SLOW DOWN THE SERVICE OF THE WARRANT.</u>

<u>CHARGES CANNOT BE DROPPED OUT OF COURT, AND YOU WILL BE RESPONSIBLE FOR ANY COSTS INCURRED TO DROP THE CHARGES WHEN APPEARING BEFORE THE JUDGE.</u>

<u>YOU CANNOT FILE CHARGES AGAINST SOMEONE BECAUSE THEY OWE YOU MONEY. YOU WILL NEED TO FILE A CIVIL SUIT TO ATTEMPT TO COLLECT MONEY.</u>

<u>I HAVE READ THE ABOVE, AND FULLY UNDERSTAND.</u>

_Cotella Lee_

(SIGN)


PLEASE FILL OUT THE REVERSE SIDE OF THIS SHEET.