## Cheryl Horn

| | |
|---|---|
| From: | Tonya Ham <tham@curriejohnson.com> |
| Sent: | Monday, April 09, 2018 1:27 PM |
| To: | Cheryl Horn |
| Subject: | Brown v. Madison County |

Hello Mrs. Cheryl,

In looking at the files that I copied from your office, there are several files which do not indicate a disposition of the matter. These all seem to be traffic citations. Can you tell me if these individuals came in to pay their tickets and that's why there is nothing indicated in the file?

| Name | Date | Citation |
|---|---|---|
| Bracey, Michael A.   *worr out* | 4/3/2017 | Traffic citations<br>- Driving without license   *worr out*<br>- Careless driving   " "<br>- No proof of liability insurance   " " |
| ✓ Brown, Anthony  *pd* | 1/29/2012 | Disregard for traffic device; stop sign   *pd* |
| ✓ Davis, Veronica  *pd* | 9/1/2013 | Traffic citations:<br>- No driver's license   *pd*<br>- No proof of liability ins   *pd* |
| Guise, Undrua   *?* | 6/2/2006 | Disregard for traffic device; stop sign   *?* |
| Guise, Undrua   *pd* | 6/25/2009 | No proof of liability insurance   *pd* |
| Harris, Kenneth | 2/5/2012 | Driving while license suspended   *pd* |
| Harris, Kenneth | 3/23/2014 | No proof of liability insurance   *pd* |
| Harris, Kenneth | 4/14/2015 | No proof of liability insurance   *pd*<br><br>Broken tail light   *dismissed* |

1                    EXHIBIT ZZ

| | | |
|---|---|---|
| Harris, Kenneth | 8/16/2015 | Other violation: improper equipment *dismissed* |
| Howard, Lucas | 11/25/2014 | Traffic citation:<br>- No driver's license *dismissed* |
| Jackson, Kendreal | 4/9/2007 | No driver's license — *Guilty*<br>Expired tag — *Guilty* |
| McKay, Archie | 9/18/2014 | No proof of liability insurance — *Guilty*<br>Seatbelt violation — *Guilty* |
| Mitchell, Antonio | 7/29/2007 | Seatbelt violation — *Guilty* |
| Mitchell, Antonio | 9/29/2010 | Traffic citation<br>- Speeding: driving 82 in a 65 — *Guilty* |
| Mitchell, Antonio | 10/18/2011 | Traffic violation — *Guilty*<br>- Improper equipment (blue lights on vehicle) |
| Smith, Quincy | 2/24/2009 | Expired inspection sticker *Case dismissed* |
| Smith, Quincy | 10/1/2009 | No proof of liability insurance *Guilty* |
| Smith, Quincy | 9/24/2012 | Driving while license suspended *Guilty* |
| Smith, Quincy | 11/29/2012 | No proof of liability insurance *Guilty* |
| Smith, Quincy | 3/18/2013 | Child restraint violation — *Guilty*<br>No proof of liability insurance — *Guilty* |
| Smith, Quincy | 6/15/2013 | Driving while license suspended — *Guilty* |

| Taylor, Floyd | 2/7/2011 | No proof of liability insurance — *dropped* |
| | | Driving while license suspended — *dropped* |
| | | Expired tag — *Guilty* |
| | | Seatbelt violation — *dropped* |

Again, thank you for your assistance in this matter. Should you have any questions, please feel free to call.

Tonya R. Ham
Legal Assistant to
Edward J. Currie and Rebecca B. Cowan

CURRIE JOHNSON & MYERS, P.A.
P.O. Box 750, Jackson, MS 39205
Phone: 601-969-1010
Fax: 601-969-5120
Direct Dial: 601-608-1109

## CONFIDENTIALITY NOTICE

The information contained in this communication is PRIVILEGED AND CONFIDENTIAL and intended only for the use of the individual to whom it is addressed. If you are not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. Immediately notify us by return e-mail if you have received the communication in error. Please delete this communication and any copies thereof.