IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

**LATOYA BROWN; et al**                                                                      **PLAINTIFFS**

**v.**                                                         **CAUSE NO. 3:17cv347-WHB-LRA**

**MADISON COUNTY, MISSISSIPPI; et al**                                              **DEFENDANTS**

---

### DEFENDANTS' MOTION TO WITHDRAW THEIR MOTION TO STRIKE DECLARATIONS [DKT # 276], INCORPORATED MEMORANDUM OF AUTHORITIES [DKT # 277], AND SUPPORTING EXHIBTIS [DKT # 278-283],

---

1. On May 8, 2018, Defendants Madison County, Mississippi and Sheriff Randall S. Tucker filed their Motion to Strike Declarations [Dkt. 276] with a Supporting Memorandum of Authorities [Dkt. # 277]. The Exhibits to the Motion [Dkt. #s 278-283] were uploaded the following day on May 9, 2018.[1]

2. Defendants hereby request to withdraw their Motion to Strike Declarations [Dkt. 276], their Supporting Memorandum of Authorities [Dkt. # 277], and the Exhibits to the Motion [Dkt. #s 278-283] in light of new records Defendants have received from the Madison County Justice Court.

3. Defendants intend and reserve the right to refile their Motion to Strike Declarations along with their Memorandum of Authorities and Supporting Exhibits to reflect the new information received.

Respectfully submitted this 14th day of May, 2018.

                                        **MADISON COUNTY, MISSISSIPPI, and**
                                        **SHERIFF RANDALL C. TUCKER, IN**
                                        **HIS OFFICIAL CAPACITY**

                                        BY:   *s/ Charles E. Ross*

---

[1] The exhibits were uploaded the following day due to an ECF system error.

Michael B. Wallace (MSB #6904)
Charles E. Ross (MSB #5683)
James E. Graves, III (MSB #102252)
Charles E. Cowan (MSB #104478)
WISE CARTER CHILD & CARAWAY, P.A.
Post Office Box 651
Jackson, Mississippi  39205-0651
Telephone: 601-968-5534
Facsimile: 601- 944-7738
mbw@wisecarter.com
cer@wisecarter.com
jeg@wisecarter.com
cec@wisecarter.com

and

T. Russell Nobile (MSB #100682)
WISE CARTER CHILD & CARAWAY, P.A.
2510 14th Street, Suite 1125
Gulfport, Mississippi  39501
Telephone: 228-867-7141
Facsimile: 228-867-7142
trn@wisecarter.com

OF COUNSEL:

Rebecca B. Cowan (MSB #7735)
CURRIE JOHNSON & MYERS, P.A.
1044 River Oaks Dr.
Jackson, Mississippi  39232
P.O. Box 750
Jackson, Mississippi  39205-0750
Telephone: 601-969-1010
Facsimile:  601-969-5120
bcowan@curriejohnson.com

Katie Bryant Snell (MSB# 103607)
KATIE BRYANT SNELL, PLLC
P.O. Box 3007
Madison, Mississippi  39130-3007
Telephone: 601-460-9800
katie@katiebryantsnell.com

J. Lawson Hester
PETTIS, BARFIELD & HESTER, P.A.
4450 Old Canton Road, Suite 210

Jackson, Mississippi  39211<br>
Telephone: 601-987-5300<br>
lhester@pbhfirm.com

## **CERTIFICATE OF SERVICE**

I, Charles E. Ross, hereby certify that I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will automatically send email notification to all counsel of record.

This the 14th day of May, 2018.

<em>s/Charles E. Ross</em><br>
CHARLES E. ROSS