Travis Veronica James

Judge: _____
Case No.(s): _____
Arraignment Date: _____
Bond: _____

Defendant: _____
Address: _____
SS #: _____ SL #: _____
Phone #: _____
Employer: _____
Phone # of Employer: _____
Supervisor: _____ Verified: _____

Charges: _____

Affiant: _____ Date Subpoenaed: _____

Other Witnesses: _____

Bonding Companies: _____ App. Date: _____
Hearing Date: _____
Continued to _____ for _____
Continued to _____ for _____
Continued to _____ for _____

Attorney: _____

Notes: _____

**EXHIBIT**
KK

## Ticket No. 110429

**STATE OF MISSISSIPPI – UNIFORM TRAFFIC TICKET**

- Judicial District: ☒1 ☐2
- MADISON COUNTY
- Agency Code: 0045
- No. 110429

IN THE COURT DESIGNATED BELOW, THE AFFIANT HEREIN, BEING DULY SWORN, UPON OATH DOES DEPOSE AND SAY, AT THE FOLLOWING LOCATION, TIME AND DATE:

- Location of Violation: Yandell Ave
- At/Near: Robson
- Hwy:
- Day: Sun
- Date: 9-1-13
- Time: 1022 ☐AM ☒PM
- Accident: ☐yes ☒no
- District: 1
- Precinct: 1

- Defendant: Veronica Latrice Davis
- License Address: 388 Nicks Dr Apt 5B
- City: Canton
- State: MS
- Zip Code: 39046
- Driver's License Number: B024863 S
- Class: 10
- State: MS
- Sex: F
- Race: B
- Date of Birth: (illegible)

- Vehicle License Number: MB762
- State: MS
- Year: 14
- Make: Ford
- Model: Wind Ver
- Type: 7

Defendant's Current Address:
Defendant's Current Telephone Number:

That the above named defendant, while operating the aforementioned motor vehicle, did willfully and unlawfully commit the offense of:
(Check Only One Offense Each Ticket) SPEED ____ ZONE ____

- ☐ S92 Speeding
- ☐ M14 Disregard For Traffic Device
- ☐ N70 Driving Wrong Side Road
- ☐ B26 Driving While License Suspended
- ☐ M34 Following Too Closely
- ☐ M70 Improper Passing
- ☐ N01 Failure To Yield Right Of Way
- ☐ M84 Reckless Driving
- ☐ M81 Careless Driving
- ☐ Explanation:

- ☐ F02 Child Restraint Violation
- ☐ F04 Seatbelt Violation
- ☐ B51 No Drivers License (Expired)
- ☐ B55 No Motor Vehicle Inspection (Expired)
- ☐ B53 Expired Tag/No Tag
- ☐ B26 Driving While License Suspended (Under Implied Consent Law)
- ☐ N50 Improper Turn
- ☒ D36 No Proof of Liability Ins.
- ☐ Other Violation

- ☐ Check Only If Driver License Is Deposited In Lieu Of Bond Or Other Security
- ☐ Violation Pursuant To Commercial Driver's License Law
- ☐ Required Placard Under Hazardous Materials Transportation Act

Against the peace and dignity of the State of Mississippi.

Affiant/Officer's Signature: _____ Unit/Badge # 5223
Sworn to before me this the ___ day of ____, 20 73
Clerk: _____

You are hereby notified to appear before the court (Justice/Municipal) to answer the charge on the 31 day of Oct, 20 13 At ___ AM/PM at:
Court's Physical Address: 2961 SOUTH LIBERTY ST. CANTON, MS 39046
Court's Mailing Address: 2961 SOUTH LIBERTY ST. CANTON, MS 39046
Court's Telephone Number: 601-859-6337  www.madisoncotix.com

NOTE: CONTACT THE COURT TO CONFIRM THE COURT DATE
SEE REVERSE SIDE FOR ADDITIONAL INFORMATION

ORIGINAL/AFFIDAVIT  Case ____ Page ____ Docket ____   7-09

---

## Ticket No. 110428

**STATE OF MISSISSIPPI – UNIFORM TRAFFIC TICKET**

- Judicial District: ☒1 ☐2
- MADISON COUNTY
- Agency Code: 0045
- No. 110428

IN THE COURT DESIGNATED BELOW, THE AFFIANT HEREIN, BEING DULY SWORN, UPON OATH DOES DEPOSE AND SAY, AT THE FOLLOWING LOCATION, TIME AND DATE:

- Location of Violation: Yandell Ave
- At/Near: Robson Ave
- Hwy:
- Day: Sun
- Date: 9-1-13
- Time: 1022 ☐AM ☒PM
- Accident: ☐yes ☒no
- District: 1
- Precinct: 1

- Defendant: Veronica Latrice Davis
- License Address: 388 Nicks Dr Apt 5B
- City: Canton
- State: MS
- Zip Code: 39046
- Driver's License Number: B024863 S
- Class: 10
- State: MS
- Sex: F
- Race: B
- Date of Birth: (illegible)

- Vehicle License Number: MB762
- State: MS
- Year: 14
- Make: Ford
- Model: Windvan
- Type:

Defendant's Current Address:
Defendant's Current Telephone Number:

That the above named defendant, while operating the aforementioned motor vehicle, did willfully and unlawfully commit the offense of:
(Check Only One Offense Each Ticket) SPEED ____ ZONE ____

- ☐ S92 Speeding
- ☐ M14 Disregard For Traffic Device
- ☐ N70 Driving Wrong Side Road
- ☐ B26 Driving While License Suspended
- ☐ M34 Following Too Closely
- ☐ M70 Improper Passing
- ☐ N01 Failure To Yield Right Of Way
- ☐ M84 Reckless Driving
- ☐ M81 Careless Driving
- ☐ Explanation:

- ☐ F02 Child Restraint Violation
- ☐ F04 Seatbelt Violation
- ☒ B51 No Drivers License (Expired)
- ☐ B55 No Motor Vehicle Inspection (Expired)
- ☐ B53 Expired Tag/No Tag
- ☐ B26 Driving While License Suspended (Under Implied Consent Law)
- ☐ N50 Improper Turn
- ☐ D36 No Proof of Liability Ins.
- ☐ Other Violation

- ☐ Check Only If Driver License Is Deposited In Lieu Of Bond Or Other Security
- ☐ Violation Pursuant To Commercial Driver's License Law
- ☐ Required Placard Under Hazardous Materials Transportation Act

Against the peace and dignity of the State of Mississippi.

Affiant/Officer's Signature: _____ Unit/Badge # 5223
Sworn to before me this the 1 day of ____, 20 13
Clerk: _____

You are hereby notified to appear before the court (Justice/Municipal) to answer the charge on the 31 day of Oct, 20 13 At ___ AM/PM at:
Court's Physical Address: 2961 SOUTH LIBERTY ST. CANTON, MS 39046
Court's Mailing Address: 2961 SOUTH LIBERTY ST. CANTON, MS 39046
Court's Telephone Number: 601-859-6337  www.madisoncotix.com

NOTE: CONTACT THE COURT TO CONFIRM THE COURT DATE
SEE REVERSE SIDE FOR ADDITIONAL INFORMATION

ORIGINAL/AFFIDAVIT  Case ____ Page ____ Docket ____   7-09