**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**
**NORTHERN DIVISION**

LATOYA BROWN; LAWRENCE BLACKMON; HERBERT ANTHONY GREEN; KHADAFY MANNING; QUINNETTA MANNING; MARVIN MCFIELD; NICHOLAS SINGLETON; STEVEN SMITH; BESSIE THOMAS; and BETTY JEAN WILLIAMS TUCKER, individually and on behalf of a class of all others similarly situated,

Plaintiffs,

v.

MADISON COUNTY, MISSISSIPPI; SHERIFF RANDALL S. TUCKER, in his official capacity; and MADISON COUNTY SHERIFF'S DEPUTIES JOHN DOES #1 through #6, in their individual capacities,

Defendants.

Civil Action No. 3:17-cv-00347-WHB-LRA

**STIPULATED SCHEDULING ORDER**

Plaintiffs and Defendants hereby stipulate and agree that, subject to the approval of the Court, the following schedule shall apply with respect to the motions referenced herein:

1. The deadline for Plaintiffs to respond to (1) Defendants' Conditional Motion for Evidentiary Hearing [ECF No. 269], (2) Defendants' Motion to Strike Newspaper Articles Attached to Plaintiffs' Motion for Class Certification [ECF No. 274], and (3) Defendants' Motion

to Strike Declarations [ECF No. 285][1] is **June 7, 2018**. The deadline for Defendants' reply with respect to each motion referenced in this paragraph in **July 2, 2018**.

2. The deadline for Plaintiffs to respond to (1) Defendants' Daubert Motion and Motion in Limine to Exclude the Report and Testimony of Bryan Ricchetti [ECF No. 270] and (2) Defendants' Motion in Limine to Exclude the Declaration and Testimony of Rahul Guha [ECF No. 272] is **July 2, 2018**. The deadline for Defendants' reply with respect to each motion referenced in this paragraph is **July 23, 2018.**

3. Except as set forth herein, all other scheduling orders in this Action remain in full effect.

Dated: May 17, 2018

By: /s/ Joshua Tom
Joshua Tom

AMERICAN CIVIL LIBERTIES UNION OF MISSISSIPPI FOUNDATION
Joshua Tom (MSB #105392)
233 East Capitol Street
Jackson, MS 39201
(601) 354-3408
JTom@aclu-ms.org

AMERICAN CIVIL LIBERTIES UNION FOUNDATION
Ezekiel Edwards (*pro hac vice*)
Jeffery Robinson (*pro hac vice* forthcoming)
125 Broad Street
New York, NY 10004
(212) 549-2610
eedwards@aclu.org
jrobinson@aclu.org

By: /s/ Charles E. Ross
Charles E. Ross

WISE CARTER CHILD & CARAWAY, P.A.
Michael B. Wallace (MSB #6904)
Charles E. Ross (MSB #5683)
James E. Graves (MSB #102252)
Charles E. Cowan (MSB #104478)
Post Office Box 651
Jackson, Mississippi 39205-0651
Telephone: 601-968-5534
Facsimile: 601- 944-7738
mbw@wisecarter.com
cer@wisecarter.com
jeg@wisecarter.com
cec@wisecarter.com

WISE CARTER CHILD & CARAWAY, P.A.
T. Russell Nobile (MSB #100682)
2510 14th Street, Suite 1125
Gulfport, Mississippi 39501

[1] To the extent it is not withdrawn, the same deadlines shall apply to Defendants' initial Motion to Strike Declarations, filed on May 8, 2018 [ECF No. 276].

SIMPSON THACHER & BARTLETT LLP
Jonathan K. Youngwood (*pro hac vice*)
Janet A. Gochman (*pro hac vice*)
Isaac Rethy (*pro hac vice*)
Kavitha S. Sivashanker (*pro hac vice*)
Nihara K. Choudhri (*pro hac vice*)
Christopher Shields (*pro hac vice*)
Brooke Jarrett (*pro hac vice*)
425 Lexington Avenue
New York, NY 10017
(212) 455-2000
jyoungwood@stblaw.com
jgochman@stblaw.com
irethy@stblaw.com
kavitha.sivashanker@stblaw.com
nchoudhri@stblaw.com
christopher.shields@stblaw.com
bonnie.jarrett@stblaw.com

*Attorneys for Plaintiffs*

Telephone: 228-867-7141
Facsimile: 228-867-7142
trn@wisecarter.com
OF COUNSEL:

CURRIE JOHNSON & MYERS, P.A.
Rebecca B. Cowan (MSB #7735)
1044 River Oaks Dr.
Jackson, MS 39232
P.O. Box 750
Jackson, Mississippi 39205-0750
Telephone: 601-969-1010
Facsimile: 601-969-5120
bcowan@curriejohnson.com

KATIE BRYANT SNELL, PLLC
Katie Bryant Snell (MSB #103607)
P.O. Box 3007
Madison, Mississippi 39130-3007
Telephone: 601-460-9800
katie@katiebryantsnell.com

PETTIS, BARFIELD & HESTER, P.A.
J. Lawson Hester (MSB #2394)
4450 Old Canton Road, Suite 210
Jackson, Mississippi 39211
Telephone: (601) 987-5300
Facsimile: (601) 987-5353
lhester@pbhfirm.com

*Attorneys for Defendants*

The foregoing Stipulated Scheduling Order is approved and adopted as an Order of the Court in the United States District Court for the Southern District of Mississippi, Northern Division, this the 28th day of May, 2018.

__s/ Linda R. Anderson__________________
UNITED STATES MAGISTRATE JUDGE