IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

**LATOYA BROWN; et al.**                                                        **PLAINTIFFS**

**v.**                            **CIVIL ACTION NO. 3:17-cv-347 WHB LRA**

**MADISON COUNTY, MISSISSIPPI; et al.**                          **DEFENDANTS**

**MOTION TO EXCLUDE PLAINTIFFS' UNTIMELY DESIGNATION OF
NEW EXPERT WITNESS JUSTIN MCCRARY, PH.D. [DKT. #302-4; DKT. #304-2]**

Defendants, Madison County, Mississippi, and Sheriff Randall C. Tucker, collectively "Defendants," by and through counsel, file the following Motion to Exclude Plaintiffs' Untimely Designation of New Expert Witness Justin McCrary, Ph.D. in this matter pursuant to Fed. R. Civ. P. 26 and Fed. R. Civ. P. 37.

1. In support of this motion, Defendants adopt the reasons set forth in their separately filed Memorandum in Support of Their Motion to Exclude Plaintiffs' Untimely Designation of New Expert Witness Justin McCrary, Ph.D. [Dkt. #302-4; Dkt. #304-2].

2. Defendants rely upon the following exhibits in support of the instant motion and brief:

**Exhibit "A"**:  McCrary Cornerstone Biography

Pursuant to Fed. R. Civ. P. 26 and Fed. R. Civ. P. 37, and for all the reasons set forth in the Memorandum in Support of this Motion filed concurrently, Defendants move the Court to exclude Plaintiffs' untimely designation of new expert witness Justin McCrary, Ph.D.

This the 30th day of July, 2018.

**MADISON COUNTY, MISSISSIPPI and SHERIFF RANDALL C. TUCKER, IN HIS OFFICIAL CAPACITY**

BY: /s/ Charles E. Cowan

OF COUNSEL:

Michael B. Wallace (MSB #6904)
Charles E. Ross (MSB #5683)
James E. Graves (MSB #102252)
Charles E. Cowan (MSB #104478)
WISE CARTER CHILD & CARAWAY, P.A.
Post Office Box 651
Jackson, Mississippi  39205-0651
Telephone: 601-968-5534
Facsimile: 601- 944-7738
mbw@wisecarter.com
cer@wisecarter.com
jeg@wisecarter.com
cec@wisecarter.com

T. Russell Nobile (MSB #100682)
WISE CARTER CHILD & CARAWAY, P.A.
2510 14th Street, Suite 1125
Gulfport, Mississippi  39501
Telephone: 228-867-7141
Facsimile: 228-867-7142
trn@wisecarter.com

Rebecca B. Cowan (MSB #7735)
CURRIE JOHNSON & MYERS, P.A.
1044 River Oaks Dr.
Jackson, Mississippi 39232
P.O. Box 750
Jackson, Mississippi 39205-0750
Telephone: 601-969-1010
Facsimile:  601-969-5120
bcowan@curriejohnson.com

Katie Bryant Snell (MSB# 103607)
KATIE BRYANT SNELL, PLLC
P.O. Box 3007
Madison, Mississippi 39130-3007
Telephone: 601-460-9800
katie@katiebryantsnell.com

2

J. Lawson Hester
Jason Edward Dare
PETTIS, BARFIELD & HESTER, P.A.
4450 Old Canton Road, Suite 210
Jackson, Mississippi 39211
Telephone: 601-987-5300
lhester@pbhfirm.com
jdare@pbhfirm.com

## CERTIFICATE OF SERVICE

I, Charles E. Cowan, hereby certify that I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to the following:

Joshua Tom, Esq.
American Civil Liberties Union of Mississippi Foundation
233 E. Capitol Street
Jackson, MS 39201
JTom@aclu-ms.org
PWu@aclu-ms.org

Jonathan K. Youngwood, Esq. (*pro hac vice*)
Janet A. Gochman, Esq. (*pro hac vice*)
Isaac Rethy, Esq. (*pro hac vice*)
Nihara K. Choudhri, Esq. (*pro hac vice*)
Kavitha Satya Sivashanker, Esq. (*pro hac vice*)
Brooke Jarrett, Esq. (*pro hac vice*)
Christopher K. Shields, Esq. (*pro hac vice*)
Simpson Thatcher & Bartlett, LLP
425 Lexington Avenue
New York, NY  10017
jyoungwood@stblaw.com
jgochman@stblaw.com
irethy@stblaw.com
nchoudhri@stblaw.com
kavitha.sivashanker@stblaw.com
bonnie.jarrett@stblaw.com
christopher.shields@stblaw.com

Ezekiel Edwards, Esq. (*pro hac vice*)
Jeffery Robinson, Esq. (*pro hac vice)*
American Civil Liberties Union Foundation
125 Broad Street
New York, NY 10004
eedwards@aclu.org
jrobinson@aclu.org

So, certified this the 30th day of July, 2018.

    /s/  *Charles E. Cowan*
CHARLES E. COWAN

**CORNERSTONE RESEARCH**

Economic and Financial Consulting and Expert Testimony



# Justin McCrary

Paul J. Evanson Professor of Law;
Columbia Law School;
Senior Advisor, Cornerstone Research

*Justin McCrary is an expert in statistics and economic modeling at the intersection of law and economics, with a particular interest in antitrust.*

### Education

University of California, Berkeley, Ph.D.

Princeton University, A.B.

Justin McCrary is an expert in statistics and economic modeling at the intersection of law and economics, with a particular interest in antitrust. He has provided expert testimony on economic theory and the proper use of econometric methods at deposition and in arbitration. Professor McCrary has extensive experience as a consulting expert on antitrust cases, including for the U.S. Department of Justice in its review of AT&T's acquisition of T-Mobile. Professor McCrary has published on the use of econometric methodology, statistics, and economic theory in a range of areas.

Prior to joining Columbia University, Professor McCrary was a member of the faculty at Berkeley Law School, University of California, where he taught courses on corporations and employment law, economic theory, crime and policing, finance, statistics, and computation. He is the founding director of the UC Berkeley Social Sciences Data Laboratory, or "D-Lab," an innovative center supporting the use of big data in social science research.

Professor McCrary's research areas include the effects of tick size regulation on high-frequency trading and market quality, econometric methodology, and the economics of corporate law. Articles that he has authored or coauthored have appeared in the *American Economic Review*, the *Journal of Econometrics*, and the *Review of Economics and Statistics*, among other journals. He is a faculty research associate at the National Bureau of Economic Research and a member of the Quantitative Advisory Board of KOR Trading.

Copyright © 2018 Cornerstone Research

# Exhibit "A"