IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

**LATOYA BROWN, ET AL.**                                                                 **PLAINTIFFS**

v.                                                      **CIVIL ACTION NO. 3:17-cv-347 WHB LRA**

**MADISON COUNTY, MISSISSIPPI, ET AL.**                                      **DEFENDANTS**

### MOTION TO EXCLUDE PLAINTIFFS' UNTIMELY DESIGNATION OF [DKT. #304-4] ROBERT MCNEILLY AS NEW EXPERT WITNESS BY DEFENDANTS

Defendants, Madison County, Mississippi, and Sheriff Randall C. Tucker, in his official capacity, move this Court to exclude Plaintiffs' untimely designation of Robert McNeilly as a new expert witness in this matter pursuant to *Fed.R.Civ.P.* 26 and *Fed.R.Civ.P.* 37. In support of their Motion, Defendants hereby incorporate and adopt the facts and legal arguments set forth in their [Dkt. # 321] Memorandum supporting their Motion.

WHEREFORE, PREMISES CONSIDERED, Defendants move this Court to exclude the untimely and irrelevant report and opinions of Robert McNeilly under Rule 26 and Rule 37.

This the 30th day of July, 2018.

**MADISON COUNTY, MISSISSIPPI and
SHERIFF RANDALL C. TUCKER, IN
HIS OFFICIAL CAPACITY**

BY: /s/ Rebecca B. Cowan

OF COUNSEL:

Rebecca B. Cowan (MSB #7735)
CURRIE JOHNSON & MYERS, P.A.
1044 River Oaks Dr.
Jackson, Mississippi 39232
P.O. Box 750
Jackson, Mississippi 39205-0750
Telephone: 601-969-1010
Facsimile: 601-969-5120
bcowan@curriejohnson.com

Michael B. Wallace (MSB #6904)
Charles E. Ross (MSB #5683)
James E. Graves (MSB #102252)
Charles E. Cowan (MSB #104478)
WISE CARTER CHILD & CARAWAY, P.A.
Post Office Box 651
Jackson, Mississippi  39205-0651
Telephone: 601-968-5534
Facsimile: 601- 944-7738
mbw@wisecarter.com
cer@wisecarter.com
jeg@wisecarter.com
cec@wisecarter.com

and

T. Russell Nobile (MSB #100682)
WISE CARTER CHILD & CARAWAY, P.A.
2510 14th Street, Suite 1125
Gulfport, Mississippi  39501
Telephone: 228-867-7141
Facsimile: 228-867-7142
trn@wisecarter.com

Katie Bryant Snell (MSB# 103607)
KATIE BRYANT SNELL, PLLC
P.O. Box 3007
Madison, Mississippi 39130-3007
Telephone: 601-460-9800
katie@katiebryantsnell.com

J. Lawson Hester
Jason Edward Dare
PETTIS, BARFIELD & HESTER, P.A.
4450 Old Canton Road, Suite 210
Jackson, Mississippi 39211
Telephone: 601-987-5300
lhester@pbhfirm.com
jdare@pbhfirm.com

**CERTIFICATE OF SERVICE**

  I, Rebecca B. Cowan, hereby certify that I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to the following:

  Joshua Tom, Esq.
  American Civil Liberties Union of Mississippi Foundation
  233 E. Capitol Street
  Jackson, MS 39201
  JTom@aclu-ms.org
  PWu@aclu-ms.org

  Jonathan K. Youngwood, Esq. (*pro hac vice*)
  Janet A. Gochman, Esq. (*pro hac vice*)
  Isaac Rethy, Esq. (*pro hac vice*)
  Nihara K. Choudhri, Esq. (*pro hac vice*)
  Kavitha Satya Sivashanker, Esq. (*pro hac vice*)
  Brooke Jarrett, Esq. (*pro hac vice*)
  Jumin Lee, Esq. (*pro hac vice*)
  Christopher K. Shields, Esq. (*pro hac vice*)
  Simpson Thatcher & Bartlett, LLP
  425 Lexington Avenue
  New York, NY  10017
  jyoungwood@stblaw.com
  jgochman@stblaw.com
  irethy@stblaw.com
  nchoudhri@stblaw.com
  kavitha.sivashanker@stblaw.com
  bonnie.jarrett@stblaw.com
  christopherjumin.lee@stblaw.com
  christopher.shields@stblaw.com

  Ezekiel Edwards, Esq. (*pro hac vice*)
  Jeffery Robinson, Esq. (*pro hac vice)*
  American Civil Liberties Union Foundation
  125 Broad Street
  New York, NY 10004
  eedwards@aclu.org
  jrobinson@aclu.org

  So, certified this the 30th day of July, 2018.

               /s/  *Rebecca B. Cowan*
                 Rebecca B. Cowan