UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

| | |
|---|---|
| LATOYA BROWN; LAWRENCE BLACKMON; HERBERT ANTHONY GREEN; KHADAFY MANNING; QUINNETTA MANNING; MARVIN MCFIELD; NICHOLAS SINGLETON; STEVEN SMITH; BESSIE THOMAS; and BETTY JEAN WILLIAMS TUCKER, individually and on behalf of a class of all others similarly situated,<br><br>    Plaintiffs,<br><br>    v.<br><br>MADISON COUNTY, MISSISSIPPI; SHERIFF RANDALL S. TUCKER, in his official capacity; and MADISON COUNTY SHERIFF'S DEPUTIES JOHN DOES #1 through #6, in their individual capacities,<br><br>    Defendants. | Civil Action No. 3:17-cv-00347-WHB-LRA |

## STIPULATED SCHEDULING ORDER

Plaintiffs and Defendants hereby stipulate and agree that, subject to the approval of the Court, the following schedule shall apply with respect to the motions referenced herein:

1. The deadline for Plaintiffs to respond to (1) Defendants' Motion to Exclude Plaintiffs' Untimely Designation of New Expert Witness Justin McCrary [ECF No. 316]; (2) Defendants' Motion to Exclude Plaintiffs' Untimely Designation of New Expert Witness Patricia Frontiera [ECF No. 318]; and (3) Defendants' Motion to Exclude Plaintiffs' Untimely Designation of Robert McNeilly as New Expert Witness [ECF No. 320] is **August 20, 2018**. The deadline for

Defendants' rebuttal with respect to each motion referenced in this paragraph is **September 4, 2018**.

2.  Except as set forth herein, all other scheduling orders in the above-captioned action remain in full effect.

Dated: August 3, 2018

| | |
|---|---|
| By: /s/ *Joshua Tom* <br> Joshua Tom | By: /s/ *Charles E. Cowan* <br> Charles E. Cowan |
| AMERICAN CIVIL LIBERTIES UNION OF MISSISSIPPI FOUNDATION <br> Joshua Tom (MSB #105392) <br> 233 East Capitol Street <br> Jackson, MS 39201 <br> (601) 354-3408 <br> JTom@aclu-ms.org | WISE CARTER CHILD & CARAWAY, P.A. <br> Michael B. Wallace (MSB #6904) <br> Charles E. Ross (MSB #5683) <br> James E. Graves (MSB #102252) <br> Charles E. Cowan (MSB #104478) <br> Post Office Box 651 <br> Jackson, Mississippi 39205-0651 <br> Telephone: 601-968-5534 <br> Facsimile: 601- 944-7738 <br> mbw@wisecarter.com <br> cer@wisecarter.com <br> jeg@wisecarter.com <br> cec@wisecarter.com |
| AMERICAN CIVIL LIBERTIES UNION FOUNDATION <br> Ezekiel Edwards (*pro hac vice*) <br> Jeffery Robinson (*pro hac vice* forthcoming) <br> 125 Broad Street <br> New York, NY 10004 <br> (212) 549-2610 <br> eedwards@aclu.org <br> jrobinson@aclu.org | WISE CARTER CHILD & CARAWAY, P.A. <br> T. Russell Nobile (MSB #100682) <br> 2510 14th Street, Suite 1125 <br> Gulfport, Mississippi 39501 <br> Telephone: 228-867-7141 <br> Facsimile: 228-867-7142 <br> trn@wisecarter.com <br> OF COUNSEL: |
| SIMPSON THACHER & BARTLETT LLP <br> Jonathan K. Youngwood (*pro hac vice*) <br> Janet A. Gochman (*pro hac vice*) <br> Isaac Rethy (*pro hac vice*) <br> Kavitha S. Sivashanker (*pro hac vice*) <br> Nihara K. Choudhri (*pro hac vice*) <br> Christopher Shields (*pro hac vice*) <br> Brooke Jarrett (*pro hac vice*) <br> 425 Lexington Avenue <br> New York, NY 10017 <br> (212) 455-2000 <br> jyoungwood@stblaw.com <br> jgochman@stblaw.com <br> irethy@stblaw.com | CURRIE JOHNSON & MYERS, P.A. <br> Rebecca B. Cowan (MSB #7735) <br> 1044 River Oaks Dr. <br> Jackson, MS 39232 <br> P.O. Box 750 <br> Jackson, Mississippi 39205-0750 <br> Telephone: 601-969-1010 <br> Facsimile: 601-969-5120 <br> bcowan@curriejohnson.com |

kavitha.sivashanker@stblaw.com
nchoudhri@stblaw.com
christopher.shields@stblaw.com
bonnie.jarrett@stblaw.com

*Attorneys for Plaintiffs*

KATIE BRYANT SNELL, PLLC
Katie Bryant Snell (MSB #103607)
P.O. Box 3007
Madison, Mississippi 39130-3007
Telephone: 601-460-9800
katie@katiebryantsnell.com

PETTIS, BARFIELD & HESTER, P.A.
J. Lawson Hester (MSB #2394)
Jason Edward Dare (MSB # 100973)
4450 Old Canton Road, Suite 210
Jackson, Mississippi 39211
Telephone: (601) 987-5300
Facsimile: (601) 987-5353
lhester@pbhfirm.com
jdare@phhfirm.com

*Attorneys for Defendants*

      The foregoing Stipulated Scheduling Order is approved and adopted as an Order of the Court in the United States District Court for the Southern District of Mississippi, Northern Division, this the 6th day of August, 2018.

      S/ Linda R. Anderson_____
      UNITED STATES MAGISTRATE JUDGE