IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

**LATOYA BROWN; et al.**                                                                              **PLAINTIFFS**

**v.**                                                         **CIVIL ACTION NO. 3:17-cv-347 WHB LRA**

**MADISON COUNTY, MISSISSIPPI; et al.**                                    **DEFENDANTS**

**EMERGENCY UNOPPOSED MOTION FOR EXTENSION OF CERTAIN DEADLINE**

Defendants, Madison County, Mississippi, and Sheriff Randall C. Tucker, by and through counsel, file the following emergency unopposed motion for extension of a certain deadline contained in this Court's stipulated scheduling order [Dkt. #323] and show unto the Court the following:

1.     A stipulated scheduling order was entered by this Court on August 6, 2018, which set deadlines of September 4, 2018 for rebuttal briefs in support of Defendants' motions to exclude Plaintiffs' expert witnesses Justin McCrary, Ph.d., Patricia Frontiera, Ph.d., and Robert McNeilly. *See* [Doc. #323].

2.     One of Defendants' counsel, T. Russell Nobile, is based in Gulfport, Mississippi and is the primary attorney responsible for the preparation of Defendants' rebuttal brief in support of their Motion to Exclude Plaintiffs' Untimely Designation of New Expert Witness Patricia Frontiera [Dkt. #318]. As the court may be aware, Hurricane Gordon is currently projected to make land fall along the Mississippi Gulf Coast this evening. As a result, Governor Phil Bryant declared a state of emergency, requiring Harrison County residents to vacate coastal areas most likely to be impacted the storm. These unanticipated preparations over the last two days have

taken priority, limiting Mr. Nobile's ability to meet this Court's September 4, 2018 deadline for the Frontiera Rebuttal.  Accordingly, Defendants now move for a three (3) day extension of that deadline to file their rebuttal brief in support of their Motion to Exclude Plaintiffs' Untimely Designation of New Expert Witness Patricia Frontiera [Dkt. #318] to **September 7, 2018**.

3. This Motion is unopposed as Plaintiffs' counsel has confirmed that they do not oppose Defendants' request for an extension of that deadline from September 4, 2018 to September 7, 2018.

4. Importantly, this Motion requesting this extension is made in good faith and in the interest of judicial economy.

5. WHEREFORE, Defendants hereby respectfully request the Court enter its Order extending the deadline for Defendants to file their rebuttal brief in support of their Motion to Exclude Plaintiffs' Untimely Designation of New Expert Witness Patricia Frontiera [Dkt. #318] to **September 7, 2018**.

This the 4th day of September, 2018.

> **MADISON COUNTY, MISSISSIPPI and SHERIFF RANDALL C. TUCKER, IN HIS OFFICIAL CAPACITY**
>
> BY:  /s/  *Charles E. Cowan*
>
> OF COUNSEL:
>
> Michael B. Wallace (MSB #6904)
> Charles E. Ross (MSB #5683)
> James E. Graves (MSB #102252)
> Charles E. Cowan (MSB #104478)
> WISE CARTER CHILD & CARAWAY, P.A.
> Post Office Box 651
> Jackson, Mississippi  39205-0651
> Telephone: 601-968-5534
> Facsimile: 601- 944-7738
> mbw@wisecarter.com

cer@wisecarter.com
jeg@wisecarter.com
cec@wisecarter.com

T. Russell Nobile (MSB #100682)
WISE CARTER CHILD & CARAWAY, P.A.
2510 14th Street, Suite 1125
Gulfport, Mississippi  39501
Telephone: 228-867-7141
Facsimile: 228-867-7142
trn@wisecarter.com

Rebecca B. Cowan (MSB #7735)
CURRIE JOHNSON & MYERS, P.A.
1044 River Oaks Dr.
Jackson, Mississippi 39232
P.O. Box 750
Jackson, Mississippi 39205-0750
Telephone: 601-969-1010
Facsimile:  601-969-5120
bcowan@curriejohnson.com

Katie Bryant Snell (MSB# 103607)
KATIE BRYANT SNELL, PLLC
P.O. Box 3007
Madison, Mississippi 39130-3007
Telephone: 601-460-9800
katie@katiebryantsnell.com

J. Lawson Hester
Jason Edward Dare
PETTIS, BARFIELD & HESTER, P.A.
4450 Old Canton Road, Suite 210
Jackson, Mississippi 39211
Telephone: 601-987-5300
lhester@pbhfirm.com
jdare@pbhfirm.com

3

**CERTIFICATE OF SERVICE**

I, Charles E. Cowan, hereby certify that I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to the following:

Joshua Tom, Esq.
American Civil Liberties Union of Mississippi Foundation
233 E. Capitol Street
Jackson, MS 39201
JTom@aclu-ms.org
PWu@aclu-ms.org

Jonathan K. Youngwood, Esq. (*pro hac vice*)
Janet A. Gochman, Esq. (*pro hac vice*)
Isaac Rethy, Esq. (*pro hac vice*)
Nihara K. Choudhri, Esq. (*pro hac vice*)
Kavitha Satya Sivashanker, Esq. (*pro hac vice*)
Brooke Jarrett, Esq. (*pro hac vice*)
Christopher K. Shields, Esq. (*pro hac vice*)
Simpson Thatcher & Bartlett, LLP
425 Lexington Avenue
New York, NY  10017
jyoungwood@stblaw.com
jgochman@stblaw.com
irethy@stblaw.com
nchoudhri@stblaw.com
kavitha.sivashanker@stblaw.com
bonnie.jarrett@stblaw.com
christopher.shields@stblaw.com

Ezekiel Edwards, Esq. (*pro hac vice*)
Jeffery Robinson, Esq. (*pro hac vice)*
American Civil Liberties Union Foundation
125 Broad Street
New York, NY 10004
eedwards@aclu.org
jrobinson@aclu.org

So, certified this the 4th day of September, 2018.

    /s/  *Charles E. Cowan*
CHARLES E. COWAN