# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
# NORTHERN DIVISION

**LATOYA BROWN; et al.**                                                     **PLAINTIFFS**

**v.**                         **CIVIL ACTION NO. 3:17-cv-347 WHB LRA**

**MADISON COUNTY, MISSISSIPPI; et al.**                      **DEFENDANTS**

## ORDER GRANTING EXTENSION OF A CERTAIN DEADLINE

**BEFORE THE COURT** is Defendants, Madison County, Mississippi's, and Sheriff Randall C. Tucker's (collectively, "Defendants'") Emergency Unopposed Motion for Extension of a Certain Deadline [Dkt. #334]. This Motion is unopposed, and the Court having considered the same, finds that the Motion is well taken and should be granted.

**IT IS, THEREFORE, ORDERED AND ADJUDGED** that Defendants are granted until September 7, 2018 to file their rebuttal brief in support of their their Motion to Exclude Plaintiffs' Untimely Designation of New Expert Witness Patricia Frontiera [Dkt. #318].

**SO ORDERED**, this the 4th day of September, 2018.

                                         S/William H. Barbour, Jr.
                                         UNITED STATES DISTRICT COURT JUDGE