# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
# JACKSON DIVISION

**LATOYA BROWN; et al.**                                                **PLAINTIFFS**

**v.**                                                                   **Civ. No. 3:17cv347-WHB-LRA**

**MADISON COUNTY, MISSISSIPPI; et al**                                   **DEFENDANTS**

## NOTICE OF ATTORNEY APPEARANCE

**NOW COMES** Landon Thames of the ACLU of Mississippi, and enters an appearance as one of the counsel of record for the Plaintiffs, Latoya Brown; Lawrence Blackmon; Khadafy Manning; Quinnetta Manning; Nicholas Singleton; Steven Smith; Bessie Thomas; and Betty Jean Williams Tucker, individually and on behalf of a class of all others similarly situated, in the above-styled and numbered action.

**RESPECTFULLY SUBMITTED,** this the 12th day of September, 2018.

> **LATOYA BROWN; et al. – PLAINTIFFS**
>
> By: ___/s/ Landon Thames_____
>           Landon Thames

**COUNSEL FOR PLAINTIFFS:**

AMERICAN CIVIL LIBERTIES UNION
OF MISSISSIPPI
Joshua Tom (Miss. Bar No. 105392)
Landon Thames (Miss. Bar No. 105127)
P.O. Box 2242
Jackson, MS 39225
(601) 354-3408
JTom@aclu-ms.org
LThames@aclu-ms.org

SIMPSON THACHER & BARTLETT LLP
Jonathan K. Youngwood (*pro hac vice*)
Janet A. Gochman (*pro hac vice*)
Isaac Rethy (*pro hac vice*)
Kavitha S. Sivashanker (*pro hac vice)*
Nihara K. Choudhri (*pro hac vice*)
Christopher K. Shields (*pro hac vice*)
Brooke Jarrett (*pro hac vice)*
425 Lexington Avenue
New York, NY 10017
(212) 455-2000
jyoungwood@stblaw.com
jgochman@stblaw.com
irethy@stblaw.com
kavitha.sivashanker@stblaw.com
nchoudhri@stblaw.com
christopher.shields@stblaw.com
bonnie.jarrett@stblaw.com

AMERICAN CIVIL LIBERTIES UNION
FOUNDATION
Ezekiel Edwards (*pro hac vice*)
Jeffery Robinson (*pro hac vice*)
125 Broad Street
New York, NY 10004
(212) 549-2610
eedwards@aclu.org
jrobinson@aclu.org

## **CERTIFICATE OF SERVICE**

      I, Landon Thames, hereby certify that on this day, I electronically filed the foregoing with the Clerk of the Court using the ECF system, which sent a true and correct copy of the pleading to all counsel of record, including the following:

T. Russell Nobile (MSB #100682)
WISE CARTER CHILD & CARAWAY, P.A.
2510 14th Street, Suite 1125
Gulfport, Mississippi 39501

Michael B. Wallace (MSB #6904)
Charles E. Ross (MSB #5683)
James E. Graves (MSB #102252)
Charles E. Cowan (MSB #104478)
WISE CARTER CHILD & CARAWAY, P.A.
Post Office Box 651
Jackson, Mississippi 39205-0651

Rebecca B. Cowan (MSB #7735)
CURRIE JOHNSON & MYERS, P.A.
1044 River Oaks Dr.
Jackson, Mississippi 39232
P.O. Box 750
Jackson, Mississippi 39205-0750

Katie Bryant Snell (MSB# 103607)
KATIE BRYANT SNELL, PLLC
P.O. Box 3007
Madison, Mississippi 39130-3007

J. Lawson Hester
Jason Edward Dare
PETTIS, BARFIELD & HESTER, P.A.
4450 Old Canton Road, Suite 210
Jackson, Mississippi 39211

      **SO CERTIFIED**, this the 12th day of September, 2018

                                      */s/ Landon Thames*
                                    **LANDON THAMES**