IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
Northern Division

### ORDER TO REASSIGN CASES

PURSUANT TO Section IV of Internal Rule 1, as amended, and to equitably manage and distribute the caseload of the Court due to the retirement of Senior United States District Judge William H. Barbour, Jr., and with the consent of the affected judges, the Clerk of Court was directed to return the following civil cases to the Northern Division case assignment deck for random reassignment in accordance with Section I A of Internal Rule 1. As a result thereof, the following civil cases are hereby reassigned to the following District Judges:

| Short Style | Case Number | New Judge |
| --- | --- | --- |
| Brown v. Madison County | 3:17-cv-347 | Carlton W. Reeves |
| Collins v. Riverside | 3:17-cv-518 | Carlton W. Reeves |
| Stuart C. Irby Co. v. David Salsbury Electric Co. | 3:17-cv-951 | Daniel P. Jordan III |
| Lung v. City of Jackson | 3:17-cv-954 | Daniel P. Jordan III |
| Bryant v. Flowers | 3:18-cv-118 | Daniel P. Jordan III |
| McCright v. Pearl | 3:18-cv-306 | Daniel P. Jordan III |
| Difatte v. Canton Mart | 3:18-cv-532 | Daniel P. Jordan III |
| Ferraez v. Shelter Gen. Ins. | 3:18-cv-631 | Carlton W. Reeves |

IT IS FURTHER ORDERED that (1) the present Magistrate Judge assignment for these cases will remain unchanged, and (2) a copy hereof be docketed in each case listed above.

SO ORDERED this the 15 day of January, 2019.

DANIEL P. JORDAN III
CHIEF U. S. DISTRICT JUDGE