**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF MISSISSIPPI**
**NORTHERN DIVISION**

**LATOYA BROWN; et al**                                                         **PLAINTIFFS**

**v.**                                                          **Civ. No. 3:17cv347-CWR-LRA**

**MADISON COUNTY, MISSISSIPPI; et al**                              **DEFENDANTS**


**DEFENDANTS' MOTION FOR A SETTLEMENT CONFERENCE**

      Defendants, Madison County, Mississippi, and Sheriff Randall C. Tucker, collectively "Defendants," by and through counsel, file the following Motion for a Settlement Conference in this matter pursuant to Local Rule 16(g), and would show unto the Court in support thereof the following:

      1.     Because settlement is favored under the law, the Court's inherent power and the Local Uniform Rules of the United States District Courts for the Southern District of Mississippi allow this Court to convene a settlement conference at any time as the interests of justice dictate.

      2.     As explained in the accompanying supporting memorandum, this case is currently in a procedural posture that could foster fruitful settlement discussions. The parties have exchanged settlement offers. However, unless this matter is resolved with the Court's assistance, the parties will expend tremendous resources in re-filing and re-briefing the various motions and further litigating the merits of Plaintiffs' individual class claims.

      3.     The Court's involvement at this point would serve to ensure that the settlement discussions would be productive in potentially ending any further expenditure of the parties' or the Court's resources. If convened, this would be the first settlement conference in this case.

      4.     Accordingly, pursuant to Local Rule 16(g) and for all the reasons set forth in the Memorandum in Support of this Motion filed concurrently, Defendants request that this Court

convene a settlement conference to be attended by all parties and their counsel to take place with

all due haste.[1]

Respectfully submitted this 12th day of February, 2019.

**MADISON COUNTY, MISSISSIPPI and
SHERIFF RANDALL C. TUCKER, IN
HIS OFFICIAL CAPACITY**

BY:     /s/ Michael B. Wallace
        Michael B. Wallace (MSB #6904)
        Charles E. Ross (MSB #5683)
        James E. Graves (MSB #102252)
        Charles E. Cowan (MSB #104478)
        WISE CARTER CHILD & CARAWAY, P.A.
        Post Office Box 651
        Jackson, Mississippi  39205-0651
        Telephone: 601-968-5534
        Facsimile: 601- 944-7738
        mbw@wisecarter.com
        cer@wisecarter.com
        jeg@wisecarter.com
        cec@wisecarter.com

        T. Russell Nobile (MSB #100682)
        WISE CARTER CHILD & CARAWAY, P.A.
        2510 14th Street, Suite 1125
        Gulfport, Mississippi  39501
        Telephone: 228-867-7141
        Facsimile: 228-867-7142
        trn@wisecarter.com

        OF COUNSEL:

        Rebecca B. Cowan (MSB #7735)
        CURRIE JOHNSON & MYERS, P.A.
        1044 River Oaks Dr.
        Jackson, Mississippi  39232
        P.O. Box 750
        Jackson, Mississippi  39205-0750
        Telephone: 601-969-1010

---

[1] Defendants plan to file a separate motion requesting that this Court enter a temporary stay of the deadlines for defendants to respond to both Plaintiffs' Amended Complaint and the pending second motion for class certification and motion for leave to file a Second Amended Complaint.

Facsimile:  601-969-5120
bcowan@curriejohnson.com

Katie Bryant Snell (MSB# 103607)
KATIE BRYANT SNELL, PLLC
P.O. Box 3007
Madison, Mississippi  39130-3007
Telephone: 601-460-9800
katie@katiebryantsnell.com

J. Lawson Hester
Jason Edward Dare
PETTIS, BARFIELD & HESTER, P.A.
4450 Old Canton Road, Suite 210
Jackson, Mississippi  39211
Telephone: 601-987-5300
lhester@pbhfirm.com
jdare@pbhfirm.com

## <u>CERTIFICATE OF SERVICE</u>

I, Michael B. Wallace, hereby certify that I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to the following:

Joshua Tom, Esq.
Paloma Wu, Esq.
Landon P. Thomas, Esq.
American Civil Liberties Union of Mississippi Foundation
233 E. Capitol Street
Jackson, MS 39201
JTom@aclu-ms.org
PWu@aclu-ms.org

Jonathan K. Youngwood, Esq. (*pro hac vice*)
Janet A. Gochman, Esq. (*pro hac vice*)
Isaac Rethy, Esq. (*pro hac vice*)
Nihara K. Choudhri, Esq. (*pro hac vice*)
Kavitha Satya Sivashanker, Esq. (*pro hac vice*)
Brooke Jarrett, Esq. (*pro hac vice*)
Christopher K. Shields, Esq. (*pro hac vice*)
Simpson Thatcher & Bartlett, LLP
425 Lexington Avenue
New York, NY  10017
jyoungwood@stblaw.com
jgochman@stblaw.com
irethy@stblaw.com
nchoudhri@stblaw.com
kavitha.sivashanker@stblaw.com
bonnie.jarrett@stblaw.com
christopher.shields@stblaw.com

Ezekiel Edwards, Esq. (*pro hac vice*)
Jeffery Robinson, Esq. (*pro hac vice*)
American Civil Liberties Union Foundation
125 Broad Street
New York, NY 10004
eedwards@aclu.org
jrobinson@aclu.org

So, certified this the 12th day of February, 2019.

/s/ Michael B. Wallace
MICHAEL B. WALLACE

4