# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF MISSISSIPPI
## NORTHERN DIVISION

**LATOYA BROWN; et al.**                                                                                            **PLAINTIFFS**

**v.**                                                                            **Civ. No. 3:17cv347-CWR-LRA**

**MADISON COUNTY, MISSISSIPPI; et al.**                                **DEFENDANTS**

## DEFENDANTS' MOTION FOR A TEMPORARY STAY OF DEADLINES OR, IN THE ALTERNATIVE, FOR AN EXTENSION OF TIME

Defendants, Madison County, Mississippi, and Sheriff Randall C. Tucker, collectively "defendants," by and through counsel, respectfully move for a temporary stay of their deadlines or, in the alternative, pursuant to Fed. R. Civ. P. 6(b)(1)(A), for an extension of time to respond to plaintiffs' various filings and would show unto the Court in support thereof the following:[1]

1. Defendants submit that this Court should temporarily stay defendants' deadline to respond to plaintiffs' amended complaint [Dkt. #342], plaintiffs' second motion for class certification [Dkt. #343] and plaintiffs' motion for leave to file second amended complaint. [Dkt. #345].

2. This action was filed on May 8, 2017. [Dkt. #1]. Plaintiffs filed their initial motion for class certification on March 14, 2018. [Dkt. #226]. On January 4, 2019, the Court entered an order denying plaintiffs' motion for class certification, holding that the motion had numerous deficiencies. [Dkt. #340]. The Court granted plaintiffs thirty (30) days to file an amended complaint so they could attempt to fix their class-related problems. In doing so, the Court denied

---

[1] Pursuant to Local Rule 7(b)(4), Defendants respectfully request that this Court waive the requirement of a separate memorandum brief in support of the instant motion due to the simplicity of defendants' requested relief and the rapidly approaching February 18, 2019, deadline to respond to plaintiffs' amended complaint and two motions.

all outstanding motions without prejudice as being moot. *Id*. On February 4, 2019, plaintiffs filed an amended complaint [Dkt. #342], a motion for class certification based on the amended complaint [Dkt. #343], and a motion for leave to file a second amended complaint. [Dkt. #345]. Defendants have until February 19, 2019, to file a response to plaintiffs' amended complaint and plaintiffs' two pending motions.

3. In light of developments in this action since the beginning of 2019, defendants submit that this case in a natural posture for potential settlement and have filed a motion requesting that this Court convene a settlement conference with all due haste. [Dkt. #347].

4. In conjunction therewith, defendants respectfully request that the Court enter a temporary stay of the deadlines for defendants to respond to both the amended complaint and the two pending motions. Defendants request that the Court enter a temporary stay of their time to file all responses pending the outcome of the requested settlement conference. Defendants submit that should the settlement conference not result in this matter being resolved, this Court can enter an appropriate scheduling order. Alternatively, if the Court declines to convene a conference, defendants seek a 30-day extension from the date of that order for all responses.

5. Defendants have discussed this proposal with counsel for plaintiffs, who have declined to agree to a settlement conference. Plaintiffs offer only a one-week extension on responding to the amended complaint and the motion for class certification. Plaintiffs offer no extension on the motion for leave to file a second amended complaint absent conditions unacceptable to defendants.

6. An extension of thirty days is reasonable regardless of whether a settlement conference takes place. Plaintiffs' brief in support of class certification on their new amended complaint consists of 43 pages, eight pages more than allowed by the Court's Rule 7(b)(5) for

movants' initial and rebuttal briefs taken together.[2]  Moreover, lead counsel for defendants was unable to work on responses during the week plaintiffs' papers were filed because of a trial in the courtroom of the District Judge now presiding over this action.  Additional time under these circumstances is fully justified.

7.    Defendants make this request not for purposes of delay, but to prevent the expenditure of resources in responding to plaintiffs' new filings in light of their hope that this matter can be amicably resolved.

Respectfully submitted this 12th day of February, 2019.

        **MADISON COUNTY, MISSISSIPPI and**
        **SHERIFF RANDALL C. TUCKER, IN**
        **HIS OFFICIAL CAPACITY**

BY:   */s/ Michael B. Wallace*
        Michael B. Wallace (MSB #6904)
        Charles E. Ross (MSB #5683)
        James E. Graves (MSB #102252)
        Charles E. Cowan (MSB #104478)
        WISE CARTER CHILD & CARAWAY, P.A.
        Post Office Box 651
        Jackson, Mississippi  39205-0651
        Telephone: 601-968-5534
        Facsimile: 601- 944-7738
        mbw@wisecarter.com
        cer@wisecarter.com
        jeg@wisecarter.com
        cec@wisecarter.com

        T. Russell Nobile (MSB #100682)
        WISE CARTER CHILD & CARAWAY, P.A.
        2510 14th Street, Suite 1125
        Gulfport, Mississippi  39501
        Telephone: 228-867-7141
        Facsimile: 228-867-7142
        trn@wisecarter.com

---

[2] Had plaintiffs contacted defendants to request a deviation from the Local Rules, the parties would have had an opportunity to discuss reasonable extensions of both pages and time.

OF COUNSEL:

Rebecca B. Cowan (MSB #7735)
CURRIE JOHNSON & MYERS, P.A.
1044 River Oaks Dr.
Jackson, Mississippi  39232
P.O. Box 750
Jackson, Mississippi  39205-0750
Telephone: 601-969-1010
Facsimile:  601-969-5120
bcowan@curriejohnson.com

Katie Bryant Snell (MSB# 103607)
KATIE BRYANT SNELL, PLLC
P.O. Box 3007
Madison, Mississippi  39130-3007
Telephone: 601-460-9800
katie@katiebryantsnell.com

J. Lawson Hester
Jason Edward Dare
PETTIS, BARFIELD & HESTER, P.A.
4450 Old Canton Road, Suite 210
Jackson, Mississippi  39211
Telephone: 601-987-5300
lhester@pbhfirm.com
jdare@pbhfirm.com

## CERTIFICATE OF SERVICE

  I, Michael B. Wallace, hereby certify that I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to the following:

Joshua Tom, Esq.
Paloma Wu, Esq.
Landon P. Thomas, Esq.
American Civil Liberties Union of Mississippi Foundation
233 E. Capitol Street
Jackson, MS 39201
JTom@aclu-ms.org
PWu@aclu-ms.org

Jonathan K. Youngwood, Esq. (*pro hac vice*)
Janet A. Gochman, Esq. (*pro hac vice*)
Isaac Rethy, Esq. (*pro hac vice*)
Nihara K. Choudhri, Esq. (*pro hac vice*)
Kavitha Satya Sivashanker, Esq. (*pro hac vice*)
Brooke Jarrett, Esq. (*pro hac vice*)
Christopher K. Shields, Esq. (*pro hac vice*)
Simpson Thatcher & Bartlett, LLP
425 Lexington Avenue
New York, NY  10017
jyoungwood@stblaw.com
jgochman@stblaw.com
irethy@stblaw.com
nchoudhri@stblaw.com
kavitha.sivashanker@stblaw.com
bonnie.jarrett@stblaw.com
christopher.shields@stblaw.com

Ezekiel Edwards, Esq. (*pro hac vice*)
Jeffery Robinson, Esq. (*pro hac vice)*
American Civil Liberties Union Foundation
125 Broad Street
New York, NY 10004
eedwards@aclu.org
jrobinson@aclu.org

So, certified this the 12th day of February, 2019.

                */s/ Michael B. Wallace*
                MICHAEL B. WALLACE