IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

**LATOYA BROWN; et al.**                                                               **PLAINTIFFS**

**v.**                                                         **Civ. No. 3:17cv347-CWR-LRA**

**MADISON COUNTY, MISSISSIPPI; et al.**                             **DEFENDANTS**

**UNOPPOSED MOTION FOR INTERIM EXTENSION OF TIME TO RESPOND**

      Defendants, Madison County, Mississippi, and Sheriff Randall C. Tucker, collectively "defendants," by and through counsel, respectfully move for an interim extension of time to respond to plaintiffs' various recent filings and would show unto the Court the following in support thereof:[1]

      1.     On February 13, 2019 the Court set a telephonic hearing on defendants' motion for a temporary stay of deadlines or, in the alternative, for an extension of time to take place on February 20, 2019. In that motion, defendants requested that this Court temporarily stay their deadline to respond to plaintiffs' amended complaint [Dkt. #342], plaintiffs' second motion for class certification [Dkt. #343] and plaintiffs' motion for leave to file second amended complaint [Dkt. #345] while the Court considered defendants' request that this Court convene a settlement conference. [Dkt. #349]. Without a stay or an extension, defendants responses to those filings are due February 19, 2019, the day *before* this Court's hearing on defendants' motion for a temporary stay.

      2.     It is defendants' understanding that plaintiffs oppose the above request for a temporary stay or a thirty-day extension of time to respond. However, plaintiffs have indicated in

---

[1] Pursuant to Local Rule 7(b)(4), defendants respectfully request that this Court waive the requirement of a separate memorandum brief in support of the instant motion due to the simplicity of defendants' requested relief and the rapidly approaching February 18, 2019, deadline to respond to plaintiffs' amended complaint and two motions.

February 13, 2019, correspondence sent to Magistrate Judge Linda Anderson's chambers that they are agreeable to an interim, one-week extension of defendants time to respond to plaintiffs' various filings.

3. Accordingly, pending a ruling on defendants' motion for a temporary stay [Dkt. #349], defendants request that the Court grant defendants an interim, one-week extension of time to respond to plaintiffs' various filings listed above. If granted, the interim extension would allow defendants until February 26, 2019, to respond to plaintiffs filings and likewise grant the Court sufficient time to consider defendants' requested relief in its motion for a temporary stay.

4. Undersigned counsel for defendants has confirmed with counsel for plaintiffs that the relief requested in this motion is unopposed by plaintiffs.

Respectfully submitted this 14th day of February, 2019.

**MADISON COUNTY, MISSISSIPPI and
SHERIFF RANDALL C. TUCKER, IN
HIS OFFICIAL CAPACITY**

BY:  <u>Charles E. Cowan (MSB #104478)</u>
Michael B. Wallace (MSB #6904)
Charles E. Ross (MSB #5683)
James E. Graves (MSB #102252)
WISE CARTER CHILD & CARAWAY, P.A.
Post Office Box 651
Jackson, Mississippi  39205-0651
Telephone: 601-968-5534
Facsimile: 601- 944-7738
mbw@wisecarter.com
cer@wisecarter.com
jeg@wisecarter.com
cec@wisecarter.com

T. Russell Nobile (MSB #100682)
WISE CARTER CHILD & CARAWAY, P.A.
2510 14th Street, Suite 1125
Gulfport, Mississippi  39501
Telephone: 228-867-7141
Facsimile: 228-867-7142
trn@wisecarter.com


OF COUNSEL:

Rebecca B. Cowan (MSB #7735)
CURRIE JOHNSON & MYERS, P.A.
1044 River Oaks Dr.
Jackson, Mississippi  39232
P.O. Box 750
Jackson, Mississippi  39205-0750
Telephone: 601-969-1010
Facsimile:  601-969-5120
bcowan@curriejohnson.com

Katie Bryant Snell (MSB# 103607)
KATIE BRYANT SNELL, PLLC
P.O. Box 3007
Madison, Mississippi  39130-3007
Telephone: 601-460-9800
katie@katiebryantsnell.com

J. Lawson Hester
Jason Edward Dare
PETTIS, BARFIELD & HESTER, P.A.
4450 Old Canton Road, Suite 210
Jackson, Mississippi  39211
Telephone: 601-987-5300
lhester@pbhfirm.com
jdare@pbhfirm.com