**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**
**NORTHERN DIVISION**

**LATOYA BROWN; et al.**                                                                   **PLAINTIFFS**

**v.**                                **CIVIL ACTION NO. 3:17-cv-347-CWR-LRA**

**MADISON COUNTY, MISSISSIPPI; et al.**                                 **DEFENDANTS**

**ORDER GRANTING INTERIM EXTENSION OF TIME TO RESPOND**

**BEFORE THE COURT** is the Unopposed Motion for Interim Extension of Time to Respond [Dkt. #351] of Defendants Madison County, Mississippi and Sheriff Randall C. Tucker. This Motion is unopposed, and the Court having considered the same, finds that the Motion is well taken and should be granted.

**IT IS, THEREFORE, ORDERED AND ADJUDGED** that Defendants are granted an interim extension, until February 26, 2019, to file their responses to plaintiffs' amended complaint, [Dkt. #342], second motion for class certification, [Dkt. #343], and motion for leave to file second amended complaint, [Dkt. #345], while this Court considers the relief requested in their motion for a temporary stay of deadlines [Dkt. #349].

**SO ORDERED**, this the 14th day of February, 2019.

                                        /S/ Linda R. Anderson
                                        UNITED STATES MAGISTRATE JUDGE