UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

LATOYA BROWN; LAWRENCE BLACKMON
HERBERT ANTHONY GREEN; KHADAFY MANNING;
QUINETTA MANNING; MARVIN MCFIELD; NICHOLAS
SINGLETON; STEVEN SMITH; BESSIE THOMAS; and
BETTY JEAN WILLIAMS TUCKER, individually and on
behalf of a class of all other similarly situated,                     PLAINTIFFS

v.                              CIVIL ACTION NO. 3:17-CV-347-CWR-LRA

MADISON COUNTY, MISSISSIPPI;
SHERIFF RANDALL S. TUCKER, in his official capacity; and
MADISON COUNTY SHERIFF'S DEPUTIES JOHN
DOES #1 through #6, in their individual capacities,                     DEFENDANTS

**DEFENDANTS' RESPONSE TO PLAINTIFFS' MOTION FOR LEAVE
TO FILE SECOND AMENDED COMPLAINT**

COME NOW defendants Madison County, Mississippi and Sheriff Randall C. Tucker, in his official capacity, by and through the undersigned counsel, and state that they do not oppose Plaintiffs' Motion for Leave to File a Second Amended Complaint [Docket # 345].

THIS the 26th day of February, 2019.

          Respectfully submitted:

          **MADISON COUNTY, MISSISSIPPI and
          SHERIFF RANDALL C. TUCKER, IN
          HIS OFFICIAL CAPACITY**

      BY:    <u>Michael B. Wallace (MSB #6904)</u>
             Charles E. Ross (MSB #5683)
             James E. Graves (MSB #102252)
             Charles E. Cowan (MSB #104478)
             WISE CARTER CHILD & CARAWAY, P.A.
             Post Office Box 651
             Jackson, Mississippi  39205-0651
             Telephone: 601-968-5534
             Facsimile: 601- 944-7738

mbw@wisecarter.com
cer@wisecarter.com
jeg@wisecarter.com
cec@wisecarter.com

and

T. Russell Nobile (MSB #100682)
WISE CARTER CHILD & CARAWAY, P.A.
2510 14th Street, Suite 1125
Gulfport, Mississippi 39501
Telephone: 228-867-7141
Facsimile: 228-867-7142
trn@wisecarter.com

OF COUNSEL:

Rebecca B. Cowan (MSB #7735)
CURRIE JOHNSON & MYERS, P.A.
1044 River Oaks Dr.
Jackson, MS   39232
P.O. Box 750
Jackson, Mississippi  39205-0750
Telephone: 601-969-1010
Facsimile:  601-969-5120
bcowan@curriejohnson.com

Katie Bryant Snell (MSB# 103607)
KATIE BRYANT SNELL, PLLC
P.O. Box 3007
Madison, Mississippi  39130-3007
Telephone: 601-460-9800
katie@katiebryantsnell.com

J. Lawson Hester (MSB #2394)
Jason Edward Dare (MSB #100973)
PETTIS, BARFIELD & HESTER, P.A.
4450 Old Canton Road, Suite 210
Jackson, Mississippi  39211
Telephone: 601-987-5300
lhester@pbhfirm.com
jdare@pbhfirm.com

2