**IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION**

**LATOYA BROWN; et al**  **PLAINTIFFS**

**v.**  Civ. No.   **3:17cv347-WHB-LRA**

**MADISON COUNTY, MISSISSIPPI; et al**  **DEFENDANTS**

## MOTION FOR WITHDRAWAL
## OF ATTORNEY T. RUSSELL NOBILE

Pursuant to Local Rules 83.1(b)(3), the undersigned attorney respectfully moves to withdraw as counsel of record for Defendants. The undersigned attorney will no longer be associated with the firm Wise Carter Child & Caraway, P.A. as of May 3, 2019. Wise Carter Child & Caraway, P.A. will continue to serve as counsel for Defendants.

*s/ Russ Nobile*
T. Russell Nobile (MSB #100682)
WISE CARTER CHILD & CARAWAY, P.A.
2510 14th Street, Suite 1125
Gulfport, Mississippi  39501
Telephone: 228-867-7141
Facsimile: 228-867-7142
trn@wisecarter.com

## CERTIFICATE OF SERVICE

      I, T. Russell Nobile, hereby certify that I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to all counsel of record.

May 2, 2019                                          /s/ T. Russell Nobile