

# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
# NORTHERN DIVISION

LATOYA BROWN; LAWRENCE BLACKMON
HERBERT ANTHONY GREEN; KHADAFY MANNING;
QUINETTA MANNING; MARVIN MCFIELD; NICHOLAS
SINGLETON; STEVEN SMITH; BESSIE THOMAS; and
BETTY JEAN WILLIAMS TUCKER, individually and on
behalf of a class of all other similarly situated                         **PLAINTIFFS**

v.                                              **CIVIL ACTION NO. 3:17-cv-347-CWR-LRA**

MADISON COUNTY, MISSISSIPPI; SHERIFF
RANDALL C. TUCKER, in his official capacity; and
MADISON COUNTY SHERIFF'S DEPUTIES JOHN
DOES #1 through #6, in their individual capacities            **DEFENDANTS**

---

## AGREED ORDER LIFTING STAY FOR LIMITED PURPOSE OF ALLOWING PLAINTIFFS TO FILE AND SERVE SECOND AMENDED COMPLAINT

---

Upon plaintiffs having filed a Motion for Leave to File Second Amended Complaint, and upon defendants having informed this Court that they are not opposed to plaintiffs' Motion,

This Court hereby lifts the stay entered in this matter on February 26, 2019, for the sole purpose of allowing plaintiffs to file and serve their Second Amended Complaint.

IT IS HEREBY ORDERED AND ADJUDGED that plaintiffs' Motion for Leave to File Second Amended Complaint is hereby granted.

IT IS FURTHER ORDERED AND ADJUDGED that defendants, Madison County, Mississippi, and Sheriff Randall C. Tucker, are to file their Response to plaintiffs' Second Amended Complaint within twenty (20) days after entry of an Order lifting the stay of this matter. It is further ordered and adjudged that defendant, Slade Moore, is to file his Response to the Second Amended Complaint within twenty-one (21) days after he is served with a Summons

and a Copy of the Second Amended Complaint or twenty (20) days after entry of an Order lifting the stay of this matter, whichever is later.

SO ORDERED AND ADJUDGED, this the __10th__ day of June, 2019.

                                                   UNITED STATES MAGISTRATE JUDGE

AGREED TO:

/s/. Jonathan K. Youngwood
Counsel for Plaintiffs

/s/ Michael B. Wallace (MSB # 6904)
Counsel for Defendants