IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

**LATOYA BROWN; LAWRENCE BLACKMON; HERBERT ANTHONY GREEN; KHADAFY MANNING; QUINETTA MANNING; MARVIN MCFIELD; NICHOLAS SINGLETON; STEVEN SMITH; BESSIE THOMAS; and BETTY JEAN WILLIAMS TUCKER, individually and on Behalf of a class of all other similarly situated**         **PLAINTIFFS**

**VS.**                    **CIVIL ACTION NO. 3:17-CV-347-CWR-LRA**

**MADISON COUNTY, MISSISSIPPI; SHERIFF RANDALL S. TUCKER, in his official capacity; and MADISON COUNTY SHERIFF'S DEPUTY SLADE MOORE, in his individual capacity**         **DEFENDANTS**

## UNOPPOSED MOTION TO AMEND HEADING

Defendants, Madison County, Mississippi, and Sheriff Randall C. Tucker, in his official capacity, hereby move this Court, unopposed by Plaintiffs, for the entry of an Order Amending the Heading in this matter to reflect the correct current and existing plaintiffs and would show unto the court the following:

1. Plaintiffs' original Complaint filed on May 8, 2017, identified Herbert Anthony Green ("Green") and Marvin McField ("McField") as plaintiffs in this action. [Dkt. # 1].

2. Defendants filed Motions to Dismiss Green and McField as plaintiffs with prejudice on February 14, 2018, for their failure to prosecute their claims. [Dkt. ## 180, 182].

3. This Court entered an Order on March 16, 2018, dismissing Green and McField as plaintiffs in this action without prejudice. [Dkt. # 242].

4. Although Green and McField were not identified as plaintiffs in the Amended Complaint filed by plaintiffs on February 4, 2019, [Dkt. # 342, ¶¶ 33-40] or the Second Amended

Complaint filed by plaintiffs on June 11, 2019 [Dkt. # 363], Green and McField remain identified as parties in the case caption.

7. The parties have agreed that Green and McField should be removed from the case caption, and that the heading in this matter should reflect only the current and existing plaintiffs identified in both the Amended and Second Amended Complaints.

8. The parties have further agreed that the stay entered in this matter on February 26, 2019, be lifted for the sole purpose of allowing the heading in this matter to be corrected as set forth above.

WHEREFORE, PREMISES CONSIDERED, defendants move this Court to enter an Order correctly identifying the current and existing plaintiffs in this action, thereby removing the names of Herbert Anthony Green and Marvin McField as plaintiffs in the heading of this matter.

This the 12th day of September, 2019.

    Respectfully submitted,

    **MADISON COUNTY, MISSISSIPPI and SHERIFF RANDALL C. TUCKER, IN HIS OFFICIAL CAPACITY**

    BY: */s/ Rebecca B. Cowan*
        Rebecca B. Cowan (MSB #7735)
        CURRIE JOHNSON & MYERS, P.A.
        P.O. Box 750
        Jackson, Mississippi 39205-0750
        Telephone: 601-969-1010
        Facsimile:  601-969-5120
        bcowan@curriejohnson.com

OF COUNSEL:

Michael B. Wallace (MSB #6904)
Charles E. Ross (MSB #5683)
James E. Graves (MSB #102252)
Charles E. Cowan (MSB #104478)
WISE CARTER CHILD & CARAWAY, P.A.
Post Office Box 651
Jackson, Mississippi 39205-0651
Telephone: 601-968-5534
Facsimile: 601- 944-7738
mbw@wisecarter.com
cer@wisecarter.com
jeg@wisecarter.com
cec@wisecarter.com

Katie Bryant Snell (MSB# 103607)
KATIE BRYANT SNELL, PLLC
P.O. Box 3007
Madison, Mississippi 39130-3007
Telephone: 601-460-9800
katie@katiebryantsnell.com

J. Lawson Hester (MSB #2394)
Jason E. Dare (MSB #100973)
PETTIS, BARFIELD & HESTER, P.A.
4450 Old Canton Road, Suite 210
Jackson, Mississippi 39211
Telephone: 601-987-5300
lhester@pbhfirm.com
jdare@pbhfirm.com