IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

**LATOYA BROWN; LAWRENCE BLACKMON; HERBERT ANTHONY GREEN; KHADAFY MANNING; QUINETTA MANNING; MARVIN MCFIELD; NICHOLAS SINGLETON; STEVEN SMITH; BESSIE THOMAS; and BETTY JEAN WILLIAMS TUCKER, individually and on Behalf of a class of all other similarly situated**     **PLAINTIFFS**

**VS.**     **CIVIL ACTION NO. 3:17-CV-347-CWR-LRA**

**MADISON COUNTY, MISSISSIPPI; SHERIFF RANDALL S. TUCKER, in his official capacity; and MADISON COUNTY SHERIFF'S DEPUTY SLADE MOORE, in his individual capacity**     **DEFENDANTS**

## ORDER

Defendants, Madison County, Mississippi, and Sheriff Randall C. Tucker, in his official capacity, have moved this Court for the entry of an Order Amending the Heading in this matter to reflect the correct current and existing Plaintiffs. Plaintiffs do not object to the relief requested. The undersigned notes that District Judge William H. Barbour entered an Order [242] on March 16, 2018, wherein the Court dismissed the claims of Plaintiffs Marvin McField and Herbert Anthony Green. Inadvertently, McField and Green were not terminated as Plaintiffs on the docket of the case pursuant to that Order. McField and Green should be terminated on the docket, and the heading and style of the case should be amended to reflect their dismissal.

Upon this Court having determined that defendants' unopposed Motion should be granted, this Court hereby lifts the stay entered in this matter on February 26, 2019, for the sole purpose of allowing this Order to be entered.

**IT IS HEREBY ORDERED AND ADJUDGED** that Defendants' Unopposed Motion to Amend Heading is **GRANTED**, and that the Clerk of the Court is directed to remove and terminate Herbert Anthony Green and Marvin McField as Plaintiffs on the Court's docket in this matter, in accordance with that Order [242] entered March 16, 2018.

**IT IS FURTHER ORDERED AND ADJUDGED** that the heading in any future pleadings filed in this matter should reflect only the current and existing plaintiffs.

SO ORDERED AND ADJUDGED, this the 12th day of September 2019.

           ___/s/ Linda R. Anderson_____
           UNITED STATES MAGISTRATE JUDGE