

SOUTHERN DISTRICT OF MISSISSIPPI
FILED
OCT 22 2019
ARTHUR JOHNSTON
BY_____ DEPUTY

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

**LATOYA BROWN; et al**            **PLAINTIFFS**

**v.**            **CAUSE NO. 3:17cv347-CWR-LRA**

**MADISON COUNTY, MISSISSIPPI; et al**            **DEFENDANTS**

**AGREED FINAL JUDGMENT OF DISMSISAL WITH PREJUDICE AS TO DAMAGES CLAIMS BY KHADAFY MANNING AND QUINNETTA THOMAS MANNING ONLY**

**THIS CAUSE** has come before the Court on the joint *ore tenus* motion of Plaintiffs, Khadafy Manning and Quinnetta Thomas Manning, by and through their counsel of record, and Defendants, Madison County, Mississippi, Sheriff Randall S. Tucker, and Deputy Sheriff Slade Moore, by and through their counsel of record, as these parties have announced the mutual desire that these Plaintiffs' claims for compensatory damages, punitive damages, and attorneys' fees, costs and defenses be dismissed with prejudice. The Court, being fully advised in the premises, finds that the request should be granted pursuant to FED. R. CIV. P. 41(a)(2).

**IT IS, THEREFORE, ORDERED AND ADJUDGED** that any and all claims for damages that were or could have been filed by Plaintiffs, Khadafy Manning and Quinnetta Thomas Manning, against Madison County, Mississippi, Sheriff Randall S. Tucker, and Deputy Sheriff Slade Moore are hereby dismissed with prejudice, with each party to bear their own fees, costs and expenses. The Court further finds that pursuant to FED. R. CIV. P. 54(b), there is no just reason for delay and expressly directs entry of a Final Judgment dismissing with prejudice the claims for damages alleged by Khadafy Manning and Quinnetta Thomas Manning.

IT IS FURTHER ORDERED AND ADJUDGED that no claims for declaratory relief or injunctive relief alleged by any Plaintiff or related to the Consent Decree entered in this action are dismissed as a result of this Agreed Final Judgment.

SO ORDERED AND ADJUDGED, this the 22nd day of October, 2019.

_____
UNITED STATES DISTRICT JUDGE

AGREED AND REQUESTED BY:

By: /s/ Joshua Tom
    Joshua Tom

AMERICAN CIVIL LIBERTIES UNION OF
MISSISSIPPI FOUNDATION
Joshua Tom (MSB #105392)
233 East Capitol Street
Jackson, MS 39201
(601) 354-3408
JTom@aclu-ms.org

AMERICAN CIVIL LIBERTIES UNION
FOUNDATION
Ezekiel Edwards (pro hac vice)
125 Broad Street
New York, NY 10004
(212) 549-2610
eedwards@aclu.org

SIMPSON THACHER & BARTLETT LLP
Jonathan K. Youngwood (pro hac vice)
Janet A. Gochman (pro hac vice)
Isaac Rethy (pro hac vice)
Kavitha S. Sivashanker (pro hac vice)
Nihara K. Choudhri (pro hac vice)
Brooke Jarrett (pro hac vice)
425 Lexington Avenue
New York, NY 10017
(212) 455-2000
jyoungwood@stblaw.com
jgochman@stblaw.com
irethy@stblaw.com
kavitha.sivashanker@stblaw.com
nchoudhri@stblaw.com
bonnie.jarrett@stblaw.com

*Attorneys for Plaintiffs, Khadafy Manning & Quinnetta Thomas Manning*

By:  /s/ Michael B. Wallace
     Michael B. Wallace

| | |
|---|---|
| WISE CARTER CHILD & CARAWAY, P.A.<br>Michael B. Wallace (MSB #6904)<br>Charles E. Ross (MSB #5683)<br>James E. Graves (MSB #102252)<br>Charles E. Cowan (MSB #104478)<br>Post Office Box 651<br>Jackson, Mississippi 39205-0651<br>Telephone: 601-968-5534<br>Facsimile: 601-944-7738<br>mbw@wisecarter.com<br>cer@wisecarter.com<br>jeg@wisecarter.com<br>cec@wisecarter.com | CURRIE JOHNSON & MYERS, P.A.<br>Rebecca B. Cowan (MSB #7735)<br>1044 River Oaks Dr.<br>Jackson, MS 39232<br>P.O. Box 750<br>Jackson, Mississippi 39205-0750<br>Telephone: 601-969-1010<br>Facsimile: 601-969-5120<br>bcowan@curriejohnson.com |
| KATIE BRYANT SNELL, PLLC<br>Katie Bryant Snell (MSB #103607)<br>P.O. Box 3007<br>Madison, Mississippi 39130-3007<br>Telephone: 601-460-9800<br>katie@katiebryantsnell.com | PETTIS, BARFIELD & HESTER, P.A.<br>J. Lawson Hester (MSB #2394)<br>Jason E. Dare (MSB # 100973)<br>4450 Old Canton Road, Suite 210<br>Jackson, Mississippi 39211<br>Telephone: 601-987-5300<br>Facsimile: 601-987-5353<br>lhester@pbhfirm.com<br>jdare@phhfirm.com |

*Attorneys for Defendants, Madison County, Mississippi; Sheriff Randall S. Tucker; and Slade Moore*