# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
# JACKSON DIVISION

| | |
|---|---|
| LATOYA BROWN; LAWRENCE BLACKMON; HERBERT ANTHONY GREEN; KHADAFY MANNING; QUINNETTA MANNING; MARVIN MCFIELD; NICHOLAS SINGLETON; STEVEN SMITH; BESSIE THOMAS; and BETTY JEAN WILLIAMS TUCKER, individually and on behalf of a class of all others similarly situated,<br><br>  Plaintiffs,<br><br>         v.<br><br>MADISON COUNTY, MISSISSIPPI; SHERIFF RANDALL S. TUCKER, in his official capacity; and MADISON COUNTY SHERIFF'S DEPUTY SLADE MOORE, in his individual capacity,<br><br>  Defendants. | Civil Action No.  17-cv-347 (CWR/LRA)<br><br>**MOTION FOR WITHDRAWAL OF ATTORNEY KAVITHA SIVASHANKER** |

Pursuant to Local Rule 83.1(b)(3), the undersigned attorney Kavitha Sivashanker ("Ms. Sivashanker") respectfully moves to withdraw as one of the counsel of record for Plaintiffs in this action.  Ms. Sivashanker is no longer employed with the firm Simpson Thacher & Bartlett LLP ("Simpson Thacher") as of September 18, 2020.  Plaintiffs will continue to be represented in this matter by attorneys of record from Simpson Thacher, the American Civil Liberties Union of Mississippi Foundation, and the American Civil Liberties Union.

Date: September 18, 2020

Respectfully submitted,

*/s/ Kavitha S. Sivashanker*
Kavitha S. Sivashanker

SIMPSON THACHER & BARTLETT LLP
Kavitha S. Sivashanker (*pro hac vice*)
425 Lexington Avenue
New York, NY 10017
(212) 455-2000
kavitha.sivashanker@stblaw.com

AMERICAN CIVIL LIBERTIES UNION
OF MISSISSIPPI FOUNDATION
Joshua Tom (Miss. Bar No. 105392)
Landon Thames (Miss. Bar No. 105127)
233 East Capitol Street
Jackson, MS 39201
(601) 354-3408
JTom@aclu-ms.org
LThames@aclu-ms.org

## CERTIFICATE OF SERVICE

I hereby certify that on September 18, 2020, I caused the foregoing **MOTION FOR WITHDRAWAL OF ATTORNEY KAVITHA SIVASHANKER** to be electronically filed with the Clerk of the Court using the CM/ECF system, through which copies have been served to:

WISE CARTER CHILD & CARAWAY, P.A.
Michael B. Wallace (Miss. Bar No. 6904)
Charles E. Ross (Miss. Bar No. 5683)
James E. Graves (Miss. Bar No. 102252)
Charles E. Cowan (Miss. Bar No. 104478)
Post Office Box 651
Jackson, MS 39205
(601) 968-5534
mbw@wisecarter.com
cer@wisecarter.com
jeg@wisecarter.com
cec@wisecarter.com

CURRIE JOHNSON & MYERS, P.A.
Rebecca B. Cowan (Miss. Bar No. 7735)
P.O. Box 750
Jackson, MS 39205
(601) 969-1010
bcowan@curriejohnson.com

KATIE BRYANT SNELL, PLLC
Katie Bryant Snell (Miss. Bar No. 103607)
P.O. Box 3007
Madison, Mississippi 39130-3007
(601) 460-9800
Katie@katiebryantsnell.com

PETTIS, BARFIELD & HESTER, P.A.
J. Lawson Hester (Miss. Bar No. 2394)
4450 Old Canton Road, Suite 210
Jackson, Mississippi 39211
(601) 987-5300
lhester@pbhfirm.com

/s/ *Landon Thames*
Landon Thames