# Madison County Community Advisory Board Meeting(CAB)

## October 12, 2023

**Present Board Members:**

Calvin Guyton

Ray Carter

Robert Winn

Jimmy Houston

**Also Attending:**

Sheriff Randy Tucker

Chief Jeremy Williams

LeeAnn Sanders

Charles Cowan

Erica Barker

**Minutes from July 13, 2023 were distributed were adopted by full board present.**

**Opening Statement** was given by Sheriff Tucker. He offered the following:

> The Board was provided training records for the Deputies that included training attended and supplied through October 12,2023 They were accepted and Approved by the Board.
>
> He also stated there were NO pedestrian stops and No Road Blocks by the Sheriff's Department through October 12, 2023.
>
> The Consent Decree was placed into effect October 11, 2019.
>
> This is the 15th meeting of CAB which coincides with the four (4) year requirement per the Consent Decree filed in Federal Court. The First meeting of the Board was January 09, 2020. All of the meeting were held on the assigned dates OR made up when there was not a quorum present. The board agreed with this statement and voted to accept this statement 4 to 0.
>
> There were No complaints nor citizens present to make a complaint at this Board meeting or any other CAB Board meeting in the 4 years of its existence.
>
> There were NO complaints presented to the Federal Court reference this Consent Decree by this CAB Board.
>
> The CAB Board accepted and approved by 4 to 0 vote each of the statements and facts related by the Sheriff.



# EXHIBIT A

Erica Barker (representative of the ACLU) was given a chance to speak. Erica stated that this was her second meeting and appreciated the Board and the Sheriff's Department especially the Sheriff and his staff for the success this has been. She said she appreciated everything that had been accomplished.

The CAB Board then voted 4 to 0 to dissolve this Board after it has fulfilled its obligation to the Citizens of Madison Couty as defined by the Federal Courts in this described Consent Decree.

The CAB Board then voted 4 to 0 to close this and all meetings.