IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

| | |
|---|---|
| **LATOYA BROWN, et al.,** <br><br> *Plaintiffs*, <br><br> *v.* <br><br> **MADISON COUNTY, MISSISSIPPI, et al.,** <br><br> *Defendants*. | CAUSE NO. 3:17-CV-347-CWR-LGI |

## ORDER

Before the Court is the Defendants' Unopposed Motion for an Order Administratively Closing the Case. Docket No. 379.

The Court finds that the Defendants have complied with and satisfied their obligations under the Order and Consent Decree. Docket No. 374. Therefore, the Court finds that the matter shall now, finally, be closed.

**SO ORDERED** and **ADJUDGED**, this the 20th day of November, 2023.

s/ Carlton W. Reeves
UNITED STATES DISTRICT JUDGE